1  ROB BONTA
   Attorney General of California
2  EMILY D. W. SWEET
   Supervising Deputy Attorney General
3  ASHLEY REYES
   Deputy Attorney General
4  State Bar No. 312120
    2550 Mariposa Mall, Room 5090
5   Fresno, CA  93721-2271
    Telephone:  (559) 705-2312
6   Fax:  (559) 445-5106
    E-mail:  Ashley.Reyes@doj.ca.gov
7  *Attorneys for Defendants, Officer Ramon Silva and
   the State of California, acting by and through the
8  California Highway Patrol*

9            IN THE UNITED STATES DISTRICT COURT

10          FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL BY DEFENDANT STATE OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1441(a) (FEDERAL QUESTION) AND DEMAND FOR JURY TRIAL**<br><br><br>Trial Date: Not yet set.<br>Action Filed: 7/28/2023 |

20  **To the Clerk and Honorable Judges of the United States District Court for the**

21  **Central District of California:**

22       PLEASE TAKE NOTICE that pursuant to 28 U.S.C. section 1441(a),

23  Defendants, Officer Ramon Silva and the State of California, acting by and through

24  the California Highway Patrol remove to this Court the state court action described

25  below:

26                         **STATE COURT ACTION**

27       1.   On July 28, 2023, an action was commenced in the Superior Court of the

28  State of California, County of Los Angeles, entitled <u>Sandra Kirkman et al. v. State</u>

1  of California et al., state case number 23CMCV01174. This Complaint named State
2  of California, California Highway Patrol, and Officer Ramon Silva as defendants.
3  The Complaint alleges federal civil rights claims under 42 U.S.C. § 1983.

## RECORD FROM STATE COURT

5  2.  A true and correct copy of the conformed Complaint that was served on
6  Defendant State of California, acting by and through the California Highway Patrol
7  ("CHP"), via personal service on August 14, 2023 for this state court action is
8  attached herewith as **Exhibit 1**.
9  3.  A true and correct copy of the conformed Summons that was served on
10 CHP on August 14, 2023 for this state court action is attached herewith as **Exhibit
11 2**.
12 4.  CHP has not been served with any other documents from the state court
13 action.
14 5.  A true and correct copy of the conformed Complaint that was served on
15 Officer Ramon Silva, via personal service on August 16, 2023 for this state court
16 action is attached herewith as **Exhibit 3**.
17 6.  A true and correct copy of the conformed Summons that was served on
18 Officer Ramon Silva on August 16, 2023 for this state court action is attached
19 herewith as **Exhibit 4**.
20 7.  Officer Ramon Silva has not been served with any other documents from
21 the state court action.

## TIMELINESS OF NOTICE OF REMOVAL

23 7.  CHP was served with the Summons and Complaint on August 14, 2023.
24 Officer Ramon Silva was served with the Complaint on August 16, 2023. The 30-
25 day removal period under 28 U.S.C. section 1446(b)(1) runs from the date of
26 service of the summons and complaint. Since the service date was August 14, 2023,
27 ///
28 ///

the 30-day removal period ends on September 11, 2023 for CHP, and September 15, 2023 for Officer Ramon Silva. Therefore, this removal notice is timely, as it is being filed on September 11, 2023.

## REMOVAL JURISDICTION

8. Plaintiffs' Complaint alleges federal law claims under 42 U.S.C. § 1983 against CHP and Officer Silva. These federal claims appear in counts 1, 2, and 3 of the Complaint. (Ex. 1, ¶¶ 34-64.) Specifically, counts 1 through 3 invoke 42 U.S.C. § 1983 and allege violations of Civil Rights for excessive force, denial of medical care, and substantive due process. (Ex. 1, ¶¶34-64.)

9. These federal claims are causes of action over which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343(a)(3). The action is therefore subject to removal to this Court pursuant to 28 U.S.C. § 1441(a).

10. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a). The state law claims are based on the same alleged events and transactions that are raised by Plaintiffs in support of their claims that arise under the federal constitution and federal statute. (Ex. 1, ¶¶65-81.)

## VENUE

11. The state action was filed in the Los Angeles County Superior Court. The primary events giving rise to the action are alleged to have occurred in the county of Los Angeles, California. Therefore, venue in the Central Division of this Court is proper pursuant to 28 U.S.C. §§ 84(c)(1), and 1391(a) and (b).

## RELATED CASES

12. To the best of Defendants' knowledge, there are no related cases pending in this Court.

## JOINDER/CONSENT BY OTHER DEFENDANTS IN REMOVAL

13. There are no other named defendants in this action.

///
///

## NOTIFICATION TO ADVERSE PARTY

14. This Notice of Removal will be promptly served on Plaintiffs (through their attorney of record), and a copy of the same will be filed with the Clerk of the Superior Court of the State of California, County of Los Angeles.

## CONCLUSION

Accordingly, this action is subject to removal from state to federal court, and Defendants respectfully requests that this civil action be removed from the Superior Court of the State of California, County of Los Angeles, to the Central District of the United States District Court.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, subdivision (b), Defendants hereby make a demand for a jury trial on any issue triable of right by a jury.

Dated: September 11, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
EMILY D. W. SWEET
Supervising Deputy Attorney General

*/s/ Ashley Reyes*
ASHLEY REYES
Deputy Attorney General
*Attorneys for Defendants, Officer Ramon Silva and the State of California, acting by and through the California Highway Patrol*

LA2023603259
95521556.docx