Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

Case No. <u>2:23-cv-07532-DMG-SSC</u>   Case Name: <u>Sandra Kirkman, et al. v. State of California, et al.</u>

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL** [ ] Court [x] Jury<br><br>Duration Estimate: 5-7 days | 4/15/2025<br>(Tuesday)[3] | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br><br>4 wks before trial | 3/18/2025<br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | 05/03/2024 |
| Non–Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | 11/22/2024 |
| Motion Cut-Off (filing deadline) | at least 13 wks before FPTC | 11/8/2024 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | 12/3/2024 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | 1/7/2025 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | 2/4/2025 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | 2/18/2025 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | 2/25/2025 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | 3/4/2025 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | | |

**EXHIBIT A**

---

[3]   Trials commence on Tuesdays. Final pretrial conferences are held on Tuesdays.