# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–07532–DMG–SSC<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __11/6/2023__

Document No.:   __13__

Title of Document:   __Stipulation for Protective Order__

**ERROR(S) WITH DOCUMENT:**

The parties have used the Courts Model Protective Order. When the parties submit a protective order based on this model order, a redline (or comparison) should also be provided by email to SSC_chambers@cacd.uscourts.gov that shows all the differences between the submitted order and model order. No redline version has been received.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __November 13, 2023__     By: __/s/ *Teagan C Snyder  teagan_snyder@cacd.uscourts.gov*__
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**