# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23–cv–07532–DMG–SSC<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __11/6/2023__ | __13__ | __Stipulation for Protective Order__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    Counsel is directed to send a redline (or comparison) version that shows all the differences between the submitted order and model order to SSC_Chambers@cacd.uscourts.gov

DATED: November 13, 2023              /s/ *Stephanie S. Christensen*
                                                      United States Magistrate Judge