ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General
ASHLEY REYES
Deputy Attorney General
State Bar No. 312120
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721-2271
 Telephone:  (559) 705-2312
 Fax:  (559) 445-5106
 E-mail:  Ashley.Reyes@doj.ca.gov
*Attorneys for Defendants Officer Ramon Silva and the State of California, acting by and through the California Highway Patrol*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>**DECLARATION OF DEPUTY ATTORNEY GENERAL ASHLEY REYES IN SUPPORT OF DEFENDANTS' MOTION TO STAY CERTAIN DISCOVERY AND AMEND SCHEDULING ORDER**<br><br>Date: January 12, 2024<br>Time: 9:30 a.m.<br>Courtroom: 8C<br>Judge: Honorable Dolly M. Gee<br><br>Trial Date: Not yet set.<br>Action Filed: 7/28/2023 |

I, Ashley Reyes, declare as follows:

1. I am a duly appointed Deputy Attorney General and am assigned to represent Defendants in the above-captioned action.  The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2. This incident is currently under investigation by the Office of the Attorney General, California Department of Justice (DOJ), pursuant to California Assembly Bill 1506.  Many of the factual circumstances at the center of the DOJ's

review involve the same facts and assertions set forth by plaintiffs in this civil lawsuit. As of the date of filing this motion, it is my understanding that the DOJ's review remains open and pending.

3. In accordance with Fed. R. Civ. Proc. 26, the parties met and conferred in preparation for filing a Rule 26 Joint Report in advance of the Scheduling Conference. As part of these meet and confer discussions, the parties addressed the need for a possible motion to stay discovery pending completion of the DOJ's review of the subject shooting.

4. On November 17, 2023, I spoke with Plaintiffs' counsel, Shannon Leap, regarding a proposed stipulation to stay discovery pertaining to Officer Silva pending the outcome of the DOJ's investigation. Ms. Leap informed me that Plaintiffs would not be amenable to entering into a stipulation and would oppose a motion to stay the proceedings. We were therefore unable to reach an agreement.

5. The parties will be diligent in conducting other discovery that does not involve the officer defendant. Plaintiff has already propounded written discovery to Defendant State, who will be providing responses thereto, as well as documents including non-privileged investigatory materials.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4, 2023, at Fresno, California.

                                            */s/ Ashley Reyes*
                                            Ashley Reyes

LA2023603259
95535016.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | *Sandra Kirkman, et al. v. State of California, et al.* | No. | **2:23-cv-07532-DMG-SSC** |

I hereby certify that on <u>December 4, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF DEPUTY OF ATTORNEY GENERAL ASHLEY REYES IN SUPPORT OF DEFENDANTS' MOTION TO STAY CERTAIN DISCOVERY AND AMEND SCHEDULING ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 4, 2023</u>, at Fresno, California.

| | |
|---|---|
| Carrie Vue | */s/ Carrie Vue* |
| Declarant | Signature |

LA2023603259
95535050.docx