Name, Address and Telephone Number of Attorney(s):
Dale K. Galipo (SBN 144074)
Shannon J. Leap (SBN 339574)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818)347-3333

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Kirkman, Carlos Alaniz, individually and as successors-in-interest to John Alaniz, Deceased<br><br>v.<br><br>State of California, Ramon Silva, and Does 1-10<br><br>Plaintiff(s) / Defendant(s). | CASE NUMBER<br><br>2:23-cv-07532-DMG-SSC<br><br>REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☑ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 12/19/2023    /s/ Dale K. Galipo
                    Attorney for Plaintiff  Sandra Kirkman and Carlos Alaniz

Dated: 12/19/2023    /s/ Shannon J. Leap
                    Attorney for Plaintiff  Sandra Kirkman and Carlos Alaniz

Dated: 12/19/2023    /s/ Ashley N. Reyes
                    Attorney for Defendant  State of California, Ramon Silva

Dated:
                    Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)         REQUEST: ADR PROCEDURE SELECTION         Page 1 of 1