# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sandra Kirkman, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:23-cv-07532-DMG-SSC |
| v. | |
| State of California, et al., | MOTION RE: INFORMAL DISCOVERY DISPUTE |
| Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Christensen. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge: Stephanie S. Christensen

Date/Time: October 8, 2024 at 2:00 PM

Dated: September 25, 2024

By: /s/ T. Snyder
Deputy Clerk