1 | **LAW OFFICES OF DALE K. GALIPO**
2 | Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
3 | 21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
4 | Tel:   (818) 347-3333
Fax:   (818) 347-4118

5 | *Attorneys for Plaintiffs*

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

SANDRA KIRKMAN, CARLOS
11 | ALANIZ, individually and successors-
12 | in-interest to JOHN ALANIZ,
deceased,
13

|  Plaintiffs,
14 | vs.
15

16

STATE OF CALIFORNIA, RAMON
17 | SILVA, and DOES 1-10, inclusive,

18 |  Defendants.

Case No. 2:23-cv-07532-DMG-SSC
*Hon. Hon. Dolly M. Gee*
*Magistrate Judge: Stephanie S.*
*Christensen*

**DECLARATION OF CARLOS
LOPEZ ALANIZ AS SUCCESSOR
IN INTEREST TO JOHN JOSEPH
ALANIZ (C.C.P. § 377.32)**

**[Cal. Code Civ. Proc. §377]**

## C.C.P. § 377.32 DECLARATION OF CARLOS LOPEZ ALANIZ AS SUCCESSOR IN INTEREST TO JOHN JOSEPH ALANIZ

I, Carlos Lopez Alaniz, do hereby declare as follows:

1.      My name is Carlos Lopez Alaniz, I am a competent adult over the age of eighteen.

2.      I am personally familiar with the facts contained herein, and would competently testify thereto if called upon to do so.

3.      The name of the decedent in this action is John Joseph Alaniz ("Decedent").

4.      I am the biological father of Decedent.

5.      Decedent died on May 4, 2022, in the city of Paramount, California.

6.      No proceeding is now pending in California for administration of Decedent's estate.

7.      I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the mother of Decedent.

8.      No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding, with the exception of plaintiff Sandra Alani-Akana Kirkman, Decedent's biological mother, who has also executed a declaration as Decedent's successors-in-interest.

9.      A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

/ / /

/ / /

/ / /

/ / /

/ / /

1    I, Carlos Lopez Alaniz, declare under penalty of perjury under the laws

2  of the State of California that the foregoing is true and correct.

3

4

5    Executed on _____ in _____, California.

     10/28/2024            La Habra

6

7

8    _____
                    Carlos Lopez Alaniz

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CARLOS LOPEZ ALANIZ AS SUCCESSOR IN INTEREST TO
JOHN JOSEPH ALANIZ (C.C.P. § 377.32