# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052022116205
LOCAL REGISTRATION NUMBER: 3202219026084

### DECEDENT'S PERSONAL DATA
- 1. NAME OF DECEDENT – FIRST (Given): JOHN
- 2. MIDDLE: JOSEPH
- 3. LAST (Family): ALANIZ
- AKA: —
- 4. DATE OF BIRTH: 01/25/1988
- 5. AGE Yrs.: 34
- 6. SEX: M
- 7. DATE OF DEATH: 05/04/2022
- 8. HOUR (24 Hours): 1208
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: [redacted]
- 11. EVER IN U.S. ARMED FORCES?: YES
- 12. MARITAL STATUS/SRDP: NEVER MARRIED
- 13. EDUCATION – Highest Level/Degree: SOME COLLEGE
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: YES — MEXICAN
- 16. DECEDENT'S RACE: PACIFIC ISLANDER
- 17. USUAL OCCUPATION: AIRFORCE AIRCRAFT MECHANIC
- 18. KIND OF BUSINESS OR INDUSTRY: MILITARY
- 19. YEARS IN OCCUPATION: 4

### USUAL RESIDENCE
- 20. DECEDENT'S RESIDENCE: 3857 WEST 182ND STREET
- 21. CITY: TORRANCE
- 22. COUNTY/PROVINCE: LOS ANGELES
- 23. ZIP CODE: 90504
- 24. YEARS IN COUNTY: 20
- 25. STATE/FOREIGN COUNTRY: CA

1 OF 2

### INFORMANT
- 26. INFORMANT'S NAME, RELATIONSHIP: SANDRA LANI KIRKMAN, MOTHER
- 27. INFORMANT'S MAILING ADDRESS: [redacted]

### SPOUSE/SRDP AND PARENT INFORMATION
- 28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: —
- 29. MIDDLE: —
- 30. LAST (BIRTH NAME): —
- 31. NAME OF FATHER/PARENT – FIRST: CARLOS
- 32. MIDDLE: LOPEZ
- 33. LAST: ALANIZ
- 34. BIRTH STATE: CA
- 35. NAME OF MOTHER/PARENT – FIRST: SANDRA
- 36. MIDDLE: LANI
- 37. LAST (BIRTH NAME): AKANA
- 38. BIRTH STATE: CA

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- 39. DISPOSITION DATE: 05/17/2022
- 40. PLACE OF FINAL DISPOSITION: RES CARLOS LOPEZ ALANIZ
- 41. TYPE OF DISPOSITION(S): CREMATE/RESIDENCE
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER: —
- 44. NAME OF FUNERAL ESTABLISHMENT: O'CONNOR MORTUARY
- 45. LICENSE NUMBER: FD1293
- 46. SIGNATURE OF LOCAL REGISTRAR: MUNTU DAVIS MD
- 47. DATE: 05/17/2022

### PLACE OF DEATH
- 101. PLACE OF DEATH: ST. FRANCIS MEDICAL CENTER
- 102. IF HOSPITAL, SPECIFY ONE: ER/OP
- 104. COUNTY: LOS ANGELES
- 105. FACILITY ADDRESS: 3630 E IMPERIAL HWY
- 106. CITY: LYNWOOD

### CAUSE OF DEATH
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: DEFERRED
  - (B): 
  - (C): 
  - (D): 
- 108. DEATH REPORTED TO CORONER?: YES
- REFERRAL NUMBER: 2022-04841
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: YES
- 111. USED IN DETERMINING CAUSE?: YES
- 112. OTHER SIGNIFICANT CONDITIONS: NONE
- 113. WAS OPERATION PERFORMED: NO
- 113A. IF FEMALE, PREGNANT IN LAST YEAR?: UNK

### PHYSICIAN'S CERTIFICATION
- 114. I CERTIFY... : (blank)
- 115. SIGNATURE AND TITLE OF CERTIFIER: (blank)
- 116. LICENSE NUMBER: —
- 117. DATE: —
- 118. TYPE ATTENDING PHYSICIAN'S NAME: —

### CORONER'S USE ONLY
- 119. MANNER OF DEATH: Pending Investigation
- 120. INJURED AT WORK?: UNK
- 121. INJURY DATE: —
- 122. HOUR: —
- 123. PLACE OF INJURY: —
- 124. DESCRIBE HOW INJURY OCCURRED: —
- 125. LOCATION OF INJURY: —
- 126. SIGNATURE OF CORONER / DEPUTY CORONER: EVONNE R-JACKSON
- 127. DATE: 05/16/2022
- 128. TYPE NAME, TITLE OF CORONER: EVONNE R-JACKSON, DEP CORONER

STATE REGISTRAR: A B C D E
FAX AUTH.#: —
CENSUS TRACT: —

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

*003608024*



Health Officer and Registrar, MD

DATE ISSUED: OCT 12 2022

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE