Docusign Envelope ID: 716D9F34-0F2D-47ED-8B2D-064716459B86

**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br>*Hon. Hon. Dolly M. Gee*<br>*Magistrate Judge: Stephanie S. Christensen*<br><br>**DECLARATION OF SANDRA LANI-AKANA KIRKMAN AS SUCCESSOR IN INTEREST TO JOHN JOSEPH ALANIZ (C.C.P. § 377.32)**<br><br>[Cal. Code Civ. Proc. §377] |

# C.C.P. § 377.32 DECLARATION OF SANDRA ALANI-AKANA KIRKMAN AS SUCCESSOR IN INTEREST TO JOHN JOSEPH ALANIZ

I, Sandra Alani-Akana Kirkman, do hereby declare as follows:

1. My name is Sandra Alani-Akana Kirkman, I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein, and would could competently testify thereto if called upon to do so.

3. The name of the decedent in this action is John Joseph Alaniz ("Decedent").

4. I am the biological mother of Decedent.

5. Decedent died on May 4, 2022, in the city of Paramount, California.

6. No proceeding is now pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the mother of Decedent.

8. No other persons have a superior right to commence this action or proceeding, or to be substituted for Decedent in this pending action or proceeding, with the exception of plaintiff Carlos Lopez Alaniz, Decedent's biological father, who has also executed a declaration as Decedent's successors-in-interest.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

/ / /
/ / /
/ / /
/ / /
/ / /

1    I, Sandra Alani-Akana Kirkman, declare under penalty of perjury under
2 the laws of the State of California that the foregoing is true and correct.

4   Executed on _____10/28/2024_____ in _____Laguna Niguel_____, California.

                         Signed by:
                         *Sandra Kirkman*
                         5B8DED31D95E439...
                 _____
                      Sandra Alani-Akana Kirkman