# EXHIBIT A

# COUNTY OF LOS ANGELES
## DEPARTMENT OF PUBLIC HEALTH

**CERTIFICATE OF DEATH — STATE OF CALIFORNIA**

STATE FILE NUMBER: 3052022116205
LOCAL REGISTRATION NUMBER: 3202219026084

### Decedent's Personal Data
- 1. Name of Decedent – First (Given): **JOHN**
- 2. Middle: **JOSEPH**
- 3. Last (Family): **ALANIZ**
- 4. Date of Birth: 01/25/1988
- 5. Age: 34
- 6. Sex: M
- 9. Birth State/Foreign Country: CA
- 10. Social Security Number: [redacted]
- 11. Ever in U.S. Armed Forces?: YES
- 12. Marital Status: NEVER MARRIED
- 7. Date of Death: 05/04/2022
- 8. Hour (24 Hours): 1208
- 13. Education – Highest Level/Degree: SOME COLLEGE
- 14/15. Was Decedent Hispanic/Latino(a)/Spanish?: YES — MEXICAN
- 16. Decedent's Race: PACIFIC ISLANDER
- 17. Usual Occupation: AIRFORCE AIRCRAFT MECHANIC
- 18. Kind of Business or Industry: MILITARY
- 19. Years in Occupation: 4

### Usual Residence
- 20. Decedent's Residence: 3857 WEST 182ND STREET
- 21. City: TORRANCE
- 22. County/Province: LOS ANGELES
- 23. Zip Code: 90504
- 24. Years in County: 20
- 25. State/Foreign Country: CA

1 OF 2

### Informant
- 26. Informant's Name, Relationship: SANDRA LANI KIRKMAN, MOTHER
- 27. Informant's Mailing Address: [redacted]

### Spouse/SRDP and Parent Information
- 28-30. Name of Surviving Spouse/SRDP: —
- 31. Name of Father/Parent – First: CARLOS
- 32. Middle: LOPEZ
- 33. Last: ALANIZ
- 34. Birth State: CA
- 35. Name of Mother/Parent – First: SANDRA
- 36. Middle: LANI
- 37. Last (Birth Name): AKANA
- 38. Birth State: CA

### Funeral Director / Local Registrar
- 39. Disposition Date: 05/17/2022
- 40. Place of Final Disposition: RES CARLOS LOPEZ ALANIZ
- 41. Type of Disposition(s): CREMATE/RESIDENCE
- 42. Signature of Embalmer: NOT EMBALMED
- 43. License Number: —
- 44. Name of Funeral Establishment: O'CONNOR MORTUARY
- 45. License Number: FD1293
- 46. Signature of Local Registrar: MUNTU DAVIS MD
- 47. Date: 05/17/2022

### Place of Death
- 101. Place of Death: ST. FRANCIS MEDICAL CENTER
- 102. If Hospital, Specify One: ER/CP (X)
- 104. County: LOS ANGELES
- 105. Facility Address: 3630 E IMPERIAL HWY
- 106. City: LYNWOOD

### Cause of Death
- 107. Cause of Death:
  - (A) Immediate Cause: DEFERRED
  - (B): —
  - (C): —
  - (D): —
- 108. Death Reported to Coroner?: YES
- Referral Number: 2022-04841
- 109. Biopsy Performed?: —
- 110. Autopsy Performed?: YES
- 111. Used in Determining Cause?: YES
- 112. Other Significant Conditions: NONE
- 113. Was Operation Performed for Any Condition in Item 107 or 112?: NO
- 113A. If Female, Pregnant in Last Year?: X (boxed)

### Physician's Certification
- 114–118: (blank)

### Coroner's Use Only
- 119. Manner of Death: Pending Investigation (X)
- 120. Injured at Work?: —
- 121. Injury Date: —
- 122. Hour: —
- 123. Place of Injury: —
- 124. Describe How Injury Occurred: —
- 125. Location of Injury: —
- 126. Signature of Coroner/Deputy Coroner: EVONNE R-JACKSON
- 127. Date: 05/16/2022
- 128. Type Name, Title of Coroner/Deputy Coroner: EVONNE R-JACKSON, DEP CORONER

### State Registrar
- A / B / C / D / E: (blank)
- Fax Auth.#: —
- Census Tract: —

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



*003608024*

Health Officer and Registrar, MD

DATE ISSUED: OCT 12 2022

*This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.*

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE