IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>[PROPOSED] ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR MODIFICATION OF CURRENT SCHEDULING ORDER AND TRIAL CONTINUANCE |

   Having considered Defendants' Application for Modification of Current Scheduling Order and Trial Continuance, this Court finds that:

   GOOD CAUSE DOES EXIST to grant Defendants' Application and the current Scheduling Order is modified as set forth in Defendants Application.

OR

   GOOD CAUSE DOES NOT EXIST to grant Defendants' Application, and the request is therefore denied.

   Dated: _____   _____
                                    HONORABLE DOLLY M. GEE

LA2023603259
95601420.docx

1

## CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Sandra Kirkman, et al. v. State of California, et al.** | No. | **2:23-cv-07532-DMG-SSC** |

I hereby certify that on <u>November 4, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR MODIFICATION OF SCHEDULING ORDER AND TRIAL CONTINUANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 4, 2024</u>, at Fresno, California.

| | |
|---|---|
| Carrie Vue | */s/ Carrie Vue* |
| Declarant | Signature |

LA2023603259
95601405.docx