IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>**[PROPOSED] ORDER ON DEFENDANTS EX PARTE APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br><br>Judge: Honorable Dolly M. Gee<br>Trial Date: April 15, 2024<br>Action Filed: July 28, 2023 |

Having considered Defendants' Application for an Order Granting Leave to File Documents Under Seal, this Court finds that:

GOOD CAUSE DOES EXIST to grant Defendants' Application and the following documents shall be filed under seal:

| Document | Portion Filed Under Seal |
|---|---|
| Declaration of Deputy Attorney General Ashley Reyes in Support of the Office of the Attorney General's Motion to Withdraw as Counsel | Paragraphs 4 and 9 |

OR

GOOD CAUSE DOES NOT EXIST to grant Defendants' Application, and the request is therefore denied.

Dated: _____       _____

Honorable Dolly M. Gee

LA2023603259
95605012.docx