IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. CV 23-07532-DMG (SSCx)<br><br>**ORDER ON DEFENDANTS *EX PARTE* APPLICATION FOR AN ORDER GRANTING LEAVE TO FILE DOCUMENTS UNDER SEAL [44]** |

Having considered Defendants' Application for an Order Granting Leave to File Documents Under Seal, and for compelling reasons shown, the Court GRANTS Defendants' Application and the following documents shall be filed under seal:

| Document | Portion Filed Under Seal |
|---|---|
| Declaration of Deputy Attorney General Ashley Reyes in Support of the Office of the Attorney General's Motion to Withdraw as Counsel | Paragraphs 4 and 9 |

Pursuant to Local Rule 79-5.2.2(c), Defendants shall e-file the unredacted document(s) separately on the docket consistent with this Order within three (3) days of this Order.

DATED: December 4, 2024

_____
DOLLY M. GEE
Chief United States District Judge