ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
ASHLEY REYES
Deputy Attorney General
State Bar No. 312120
 2550 Mariposa Mall, Room 5090
 Fresno, CA  93721-2271
 Telephone: (559) 705-2312
 Fax: (559) 445-5106
 E-mail:  Ashley.Reyes@doj.ca.gov
*Attorneys for Defendant, State of California, acting by and through the California Highway Patrol, and Officer Ramon Silva*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>**DECLARATION OF DEPUTY ATTORNEY GENERAL ASHLEY REYES IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL [DOCS. 48 & 49]**<br><br>Judge:        Honorable Dolly M. Gee<br>Trial Date:   04/15/2025<br>Action Filed: 7/28/2023 |

I, Ashley Reyes, declare as follows:

1. I am a duly appointed Deputy Attorney General and am assigned to represent Defendants in the above-captioned action. The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2. The withdrawal as counsel by the Office of the Attorney General is necessitated due to a conflict of interest, as identified by California Rules of Professional Conduct, Rule 1.7. This ethical conflict has only recently arisen, and

1

my office has moved promptly to withdraw as counsel. The basis for the ethical conflict, and the facts relating to it, are identified in my declaration that has previously been filed under seal and described more briefly below, and I will be ready and available to provide the Court with any additional information relating to the details of the ethical conflict and the need to withdraw the Court believes necessary during an in camera proceeding, out of the presence of the Plaintiffs and their counsel, should the Court feel such is necessary.

3. On November 27, 2024, our office filed an *ex parte* request for leave to file a document under seal. (Doc. 44.) This request was made prior to filing Defendants' Motion to Withdraw as Counsel to allow for the filing of my declaration in support thereof under seal, which contained attorney-client privileged communications. This order was granted December 4, 2024. (Doc. 47.)

4. On December 4, 2024, our office filed Defendants' Motion to Withdraw as Counsel. (Docs. 48 & 49.) The grounds, justification, and facts supporting the California Attorney General's withdrawal are set forth in the motion and accompanying documents. In short, these grounds for justification include:

   a. The ethical conflict requiring withdrawal has only recently arisen. Defendants' counsel attempted to identify ethical and legally permissible methods of waiving the conflict but are unable to do so.

   b. The Office of the Attorney General does not have a reasonable belief that it will be able to provide competent and diligent representation to CHP, Officer Ramon, and the DOJ, without prejudicing the interests of the other, even if it could obtain informed written consent from each client.

   c. The Office of the Attorney General has concluded that withdrawal is mandated because the sections within our office that are responsible for the AB 1506 investigation have taken an adverse position on behalf of their client (the Department of Justice) with regards to the production of evidence and records collected during the AB 1506 investigation.

1　　　　5.　　The next available hearing date in this matter is January 3, 2025, a date
2　that is eleven days from the date of expert disclosures (Doc. 45), and three months
3　away from the April 15, 2025 trial date.
4　　　　6.　　On December 5, 2024, I informed Plaintiffs' counsel, Shannon Leap, that
5　our office would be moving *ex parte* for an order shortening time to hear the
6　Motion to Withdraw. Ms. Leap indicated that her office would not be opposing this
7　application, but asked that their office have time to file an opposition to the motion
8　to withdraw by December 13, 2024, and a hearing date on or before December 20,
9　2024.
10　　　　I declare under penalty of perjury under the laws of the United States of
11　America that the foregoing is true and correct.
12　　　　Executed on December 6, 2024, at Fresno, California.

　　　　　　　　　　　　　　　　　　　　　*/s/ Ashley Reyes*
　　　　　　　　　　　　　　　　　　　　　　Ashley Reyes

LA2023603259
95605733.docx

# CERTIFICATE OF SERVICE

Case Name:  **Sandra Kirkman, et al. v. State of California, et al.**   No.  **2:23-cv-07532-DMG-SSC**

I hereby certify that on December 6, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF DEPUTY ATTORNEY GENERAL ASHLEY REYES IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL [DOCS. 48 & 49]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 6, 2024, at Fresno, California.

| Carrie Vue | */s/ Carrie Vue* |
|---|---|
| Declarant | Signature |

LA2023603259
95605782.docx