ROB BONTA
Attorney General of California
NORMAN D. MORRISON
Supervising Deputy Attorney General
ASHLEY REYES
Deputy Attorney General
State Bar No. 312120
  2550 Mariposa Mall, Room 5090
  Fresno, CA  93721-2271
  Telephone: (559) 705-2312
  Fax: (559) 445-5106
  E-mail:  Ashley.Reyes@doj.ca.gov
*Attorneys for Defendants State of California, acting by and through the California Highway Patrol, and Officer Ramon Silva*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,**<br><br>Plaintiffs,<br><br>v.<br><br>**STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,**<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>**DECLARATION OF DEPUTY ATTORNEY GENERAL ASHLEY REYES REGARDING STATUS OF COMPLIANCE WITH ORDER GRANTING MOTION TO SHORTEN TIME AND REGARDING HEARING ON MOTION TO WITHDRAW [DOC. 52]**<br><br>Date:           December 20, 2024<br>Time:          9:30 a.m.<br>Courtroom:  8C<br>Judge:         Honorable Dolly M. Gee<br>Trial Date:   04/15/2025<br>Action Filed: 7/28/2023 |

I, Ashley Reyes, declare as follows:

1. I am a duly appointed Deputy Attorney General and am assigned to represent Defendants in the above-captioned action. The facts set forth herein are within my personal knowledge, except where otherwise indicated, and if called to testify herein I could and would competently testify thereto.

2. On December 12, 2024, I electronically served the State of California, acting by and through the California Highway Patrol (CHP), and CHP Officer Ramon Silva with the Order Granting Motion to Shorten Time and Regarding

1

1 | Hearing on Motion to Withdraw as instructed by the Court. (Doc. 52.) Both CHP and Officer Silva acknowledged receipt of the Order.

3. Attached hereto as Exhibits **A** and **B** are true and correct copies of the proofs of service on CHP and CHP Officer Ramon Silva.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 13, 2024, at Fresno, California.

*/s/ Ashley Reyes*
Ashley Reyes

LA2023603259
95606543.docx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

# DECLARATION OF SERVICE BY E-MAIL

Case Name:  ***Sandra Kirkman, et al. v. State of California, et al.***
Case No.:   **2:23-cv-07532-DMG-SSC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On December 12, 2024, I served the attached **ORDER GRANTING MOTION TO SHORTEN TIME AND REGARDING HEARING ON MOTION TO WITHDRAW** by transmitting a true copy via electronic mail, addressed as follows:

Kristen Preston, Esq.
California Highway Patrol
Office of Legal Affairs
601 N. 7th Street
Sacramento, CA 9584141
Kristen.Preston@chp.ca.gov
Arcineda.Adriana@chp.ca.gov
CaLloyd@chp.ca.gov
JPoper@chp.ca.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 12, 2024, at Fresno, California.

| Ashley Reyes | /s/ Ashley Reyes |
|---|---|
| Declarant | Signature |

LA2023603259
95606400.docx

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19     **EXHIBIT B**
20
21
22
23
24
25
26
27
28

# DECLARATION OF SERVICE BY E-MAIL

Case Name:   *Sandra Kirkman, et al. v. State of California, et al.*
Case No.:    **2:23-cv-07532-DMG-SSC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On December 12, 2024, I served the attached **ORDER GRANTING MOTION TO SHORTEN TIME AND REGARDING HEARING ON MOTION TO WITHDRAW** by transmitting a true copy via electronic mail, addressed as follows:

Officer Ramon Silva
1601 Corporate Center Drive
Monterey Park, CA 91754-2020
Cell phone: (323) 595-0618
RASilva@chp.ca.gov

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 12, 2024, at Fresno, California.

| Ashley Reyes | */s/ Ashley Reyes* |
|---|---|
| Declarant | Signature |

LA2023603259
95606400.docx

# CERTIFICATE OF SERVICE

Case Name: **Sandra Kirkman, et al. v. State of California, et al.**   No. **2:23-cv-07532-DMG-SSC**

I hereby certify that on <u>December 13, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF DEPUTY ATTORNEY GENERAL ASHLEY REYES REGARDING STATUS OF COMPLIANCE WITH ORDER GRANTING MOTION TO SHORTEN TIME AND REGARDING HEARING ON MOTION TO WITHDRAW [DOC. 52]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 13, 2024</u>, at Fresno, California.

| Carrie Vue | */s/ Carrie Vue* |
|---|---|
| Declarant | Signature |

LA2023603259