**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sandra Kirkman, et al.<br><br>PLAINTIFF(S)<br>v.<br>State of California, et al.<br><br>DEFENDANT(S) | CASE NUMBER: 2:23-cv-07532-DMG-SSC<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Ashley Reyes    CA Bar Number: 312120

Firm or agency: Office of the Attorney General

Address: 2550 Mariposa Mall, Suite 5090 Fresno, CA 93721

Telephone Number: 559-705-2312

E-mail: Ashley.Reyes@doj.ca.gov

Counsel of record for the following party or parties: Defendants, State of California, acting by and through the California Highway Patrol, and Officer Ramon Silva

Other members of the same firm or agency also seeking to withdraw: Norman D. Morrison, all members of the Office of the Attorney General

**SECTION II - NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Lee H. Roistacher          CA Bar Number: SBN 179619

Firm or agency: DEAN GAZZO ROISTACHER LLP

Address: 440 Stevens Avenue, Suite 100 Solana Beach, CA 92075

Telephone Number: (858) 380-4683

E-mail: lroistacher@deangazzo.com

**SECTION III - SIGNATURES**

*Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: Dec 13, 2024          Signature: /s/ Ashley Reyes

                            Name: Ashley Reyes

*New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: 12/13/2024          Signature: [signature]

                          Name: LEE H. ROISTACHER

*Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: 12/13/2024          Signature: Carolyn Lloyd

                          Name: Carolyn Lloyd

                          Title: Chief Counsel, CHP

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Sandra Kirkman, et al. v. State of California, et al.** | No. | **2:23-cv-07532-DMG-SSC** |

I hereby certify that on <u>December 16, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR APPROVAL OF SUBSTITUTION OF WITHDRAWAL OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 16, 2024</u>, at Fresno, California.

| Carrie Vue | */s/ Carrie Vue* |
|---|---|
| Declarant | Signature |

LA2023603259
95606612.docx