UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Sandra Kirkman, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cv-07532-DMG-SSC |
| v. | |
| State of California, et al. | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Officer Ramon Silva    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

☐ to substitute  Lee H. Roistacher  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

440 Stevens Avenue, Suite 100 Solana Beach
*Street Address*

Solana Beach CA 92075         lroistacher@dcangazzo.com
*City, State, Zip*              *E-Mail Address*

(858) 380-4683                   SBN 179619
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of  Ashley N Reyes, Norman D. Morrison
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED   ☐ DENIED

☐ The Court hereby orders that the request of  Ashley N. Reyes, Norman D. Morrison
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for  Defendant, Officer Ramon Silva
**is hereby** ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY

# CERTIFICATE OF SERVICE

Case Name: **Sandra Kirkman, et al. v. State of California, et al.**   No. **2:23-cv-07532-DMG-SSC**

I hereby certify that on <u>December 16, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF WITHDRAWAL OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 16, 2024</u>, at Fresno, California.

| Carrie Vue | */s/ Carrie Vue* |
|---|---|
| Declarant | Signature |

LA2023603259
95606612.docx