UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 23-7532-DMG (SSCx)** | Date | December 18, 2024 |
| Title | ***Sandra Kirkman, et al., v. State of California, et al.*** | Page | 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: [IN CHAMBERS] ORDER GRANTING REQUESTS TO SUBSTITUTE [54, 55], GRANTING IN PART AND DENYING IN PART MOTION TO WITHDRAW [48], AND VACATING HEARING ON MOTION TO WITHDRAW**

    The Court **GRANTS** the requests of Defendants the State of California and Ramon Silva to substitute attorney Lee H. Roistacher of Dean Gazzo Roistacher LLP[1] for attorneys Ashley Reyes and Norman D. Morrison of the Office of the Attorney General. [Doc. ## 54, 55.] The clerk is hereby **ORDERED** to terminate Notices of Electronic Filing for the withdrawing attorneys in this case.

    The Court also **GRANTS** the motion to withdraw inasmuch as it seeks the same relief. The Court **DENIES** the remainder of the motion to withdraw, which requests a continuance of the deadlines in this action, especially since the discovery cut-off and motion cut-off already expired prior to the filing of the motion to withdraw. *See* Doc. # 25 at 18; Initial Standing Order at 11 ("A request to continue or extend dates or deadlines that have already expired is presumptively a lack of due diligence.") [Doc. # 8]. The December 20, 2024 hearing on the motion to withdraw is **VACATED**, and appearances in this Court on that date are unnecessary. Defense counsel shall give notice of this Order to Defendants in advance of December 20, 2024.

**IT IS SO ORDERED**.

---

[1] Roistacher's contact information is as follows: 440 Stevens Avenue, Suite 100, Solana Beach, CA 92075; 858-380-4683, lroistacher@deangazzo.com.