1  Dean Gazzo Roistacher LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  Kimberly A. Sullivan, Esq. (SBN 317857)
   440 Stevens Avenue, Suite 100
3  Solana Beach, CA  92075
   Telephone:  (858) 380-4683
4  Facsimile: (858) 492-0486
   E-mail:    lroistacher@deangazzo.com
5             ksullivan@deangazzo.com

6  Attorneys for Defendants
   State of California by and through California
7  Highway Patrol and Officer Ramon Silva

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10 SANDRA KIRKMAN AND              Case No.: 2:23-cv-07532-DMG-SSC
   CARLOS ALANIZ,
11 INDIVIDUALLY AND AS            **DEFENDANTS' NOTICE OF**
   SUCCESSORS-IN-INTEREST TO      **MOTION AND MOTION TO**
12 JOHN ALANIZ, DECEASED,         **MODIFY SCHEDULING ORDER;**
                                  **MEMORANDUM OF POINTS AND**
13            Plaintiff,          **AUTHORITIES; AND**
                                  **DECLARATIONS OF LEE H.**
14        v.                      **ROISTACHER AND CAROLYN**
                                  **LLOYD**
15 STATE OF CALIFORNIA;
   RAMON SILVA; AND DOES 1-10,
16 INCLUSIVE,                     Date:    February 7, 2025
                                  Time:    9:30 a.m.
17            Defendant.          Dept:    8C
                                  Judge:   Hon. Dolly M. Gee
18
19                                Complaint Filed: July 28, 2023
                                  Trial Date: April 15, 2025
20

21       TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF

22 RECORD:

23       **PLEASE TAKE NOTICE** that on February 7, 2025 at 9:30 a.m. or as soon

24 thereafter as the matter may be heard in Courtroom 8C of the above-entitled court,

25 located at 50 West 1st Street, Los Angeles, California, 90012, defendants State of

26 California by and through California Highway Patrol and Officer Ramon Silva

27 will move the Court under Federal Rule of Civil Procedure 16(b) to modify the

28 scheduling order for "good cause" to continue for 90-days the March 18, 2025

                                  1

1    final pretrial conference (and associated "trial filings") and the April 15, 2025 trial

2    date.

3         This motion will be based on this notice and motion, the memorandum of

4    points and authorities, the declarations of Lee H. Roistacher and Carolyn Lloyd,

5    and the pleadings and papers filed herein.

6         This motion is made following the conference of counsel pursuant to L.R.

7    7-3 which took place on December 20, 2024.

8

9    Dated: January 3, 2025           Dean Gazzo Roistacher LLP

10

11                    By:  */s/ Lee H. Roistacher*

12                        Lee H. Roistacher
                    Kimberly A. Sullivan

13                        Attorneys for Defendants

14                        State of California by and through
                    California Highway Patrol and

15                        Officer Ramon Silva

16

17

18

19

20

21

22

23

24

25

26

27

28