Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
Kimberly A. Sullivan, Esq. (SBN 317857)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:    lroistacher@deangazzo.com
           ksullivan@deangazzo.com

Attorneys for Defendants
State of California by and through California
Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED, | Case No.: 2:23-cv-07532-DMG-SSC |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE DEFENDANTS' NOTICE OF MOTION AND MOTION TO MODIFY SCHEDULING ORDER** |
| v. | Date: February 7, 2025<br>Time: 9:30 a.m.<br>Dept: 8C<br>Judge: Hon. Dolly M. Gee |
| STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE, | |
| Defendant. | Complaint Filed: July 28, 2023<br>Trial Date: April 15, 2025 |

Having reviewed and considered the associated Motion to Modify Scheduling Order, the scheduling order is modified to reflect the following deadlines:

| | |
|---|---|
| Trial (Jury) | 7-14-25 @ 8:30 a.m. |
| Final Pretrial Conference | 6-16-25 @ 2:00 p.m. |
| Motion in Limine Filing Deadline | 6-2-25 |
| Opposition to Motion in Limine Filing Deadline | 6-9-25 |
| Proposed Pretrial Conference Order | 6-2-25 |
| Contentions of Fact/Law | 6-2-25 |

1

Case No. 2:23-cv-07532-DMG-SSC

| | | |
|---|---|---|
| 1 | Pretrial Exhibit Stipulation | 6-2-25 |
| 2 | Joint Exhibit List | 6-2-25 |
| 3 | Witness Lists & Joint Trial Witness Time Estimate Form | 6-2-25 |
| 4 | Agreed Statement of the Case | 6-2-25 |
| 5 | Proposed Voir Dire Questions | 6-2-25 |
| 6, 7 | Joint Statement of Jury Instructions & Joint Statement Disputed Instructions | 6-2-25 |
| | Verdict Forms | 6-2-25 |

**IT IS SO ORDERED**.

Dated: _____       _____
                                    HON. DOLLY M. GEE
                                    United States District Court Judge