Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (SBN 339574)
*sleap@galipolaw.com*
**LAW OFFICES OF DALE K. GALIPO**
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333 / Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>Assigned to:<br>*Hon. Dolly M. Gee*<br>*Hon. Stephanie S. Christensen*<br><br>**JOINT STIPULATION FOR AN EXTENDED BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED DISPOSITIVE MOTION; STIPULATION TO DISMISS CERTAIN CLAIMS** |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs SANDRA KIRKMAN and CARLOS ALANIZ, individually and as successors in interest to John Alaniz, deceased; and Defendants STATE OF CALIFORNIA, ACTING BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL, and RAMON SILVA ("the Parties"), by and through their respective attorneys of record, as follows:

1. The Parties have met and conferred regarding Defendants' anticipated motion

for summary judgment. The meet and confer discussions began on December 30, 2024 via email and written correspondence and continued by phone call on January 2, 2025.

2. During the meet and confer process, the Parties have narrowed the issues to be raised in Defendants' motion for summary judgment, and the Parties also agreed to an extended briefing schedule.

3. Accordingly, the Parties stipulate and agree as follows: Plaintiffs shall dismiss the following claim asserted in their operative complaint: (1) Claim 2, Denial of Medical Care (42 U.S.C. § 1983). Additionally, Plaintiffs shall dismiss the allegations in their Complaint made in paragraph 73, subsections (d), (e), (f), and (g) only as well as their claims for punitive damages against Defendant Ramon Silva.

4. The Parties also agree that Plaintiffs shall have two weeks to oppose Defendants' motion for summary judgment, which is also reflected in the Parties' Joint Scheduling Report (Dkt. No. 12 at p. 6). An extended briefing schedule is also consistent with this Court's Standing Order (Dkt. No. 8 at p. 6, "Whenever possible, the party moving for summary judgment should provide more than the minimum 28-day notice for motions.").

5. Additionally, Plaintiffs' lead trial counsel, Mr. Galipo will be in trial on the current last day to hear dispositive motions, February 21, 2025, but would be available to appear at a hearing set for February 28, 2025.

6. Therefore, the Parties respectfully request a brief continuance of the last day to hear a dispositive motion from February 21, 2025 to February 28, 2025 to accommodate this extended briefing schedule.

7. The Parties further hereby respectfully request that the Court set the hearing date on Defendants' anticipated motion for summary judgment for February 28, 2025 at 9:30 a.m.

8. The Parties stipulate that GOOD CAUSE exists for this Court to order the following briefing schedule, including because the Parties have a mediation scheduled in this case to take place on January 15, 2025, which could potentially result in the hearing coming off calendar:

| Event | Current Date | Proposed Date |
|---|---|---|
| Last Day to Hear Dispositive Motions | February 21, 2025 | February 28, 2025 |
| Last Day to file a Reply Brief re: Dispositive Motion | February 7, 2025 | February 14, 2025 |
| Last Day to file an Opposition to a Dispositive Motion | January 31, 2025 | February 7, 2025 |
| Last Day to file a Dispositive Motion | January 24, 2025 | January 24, 2025 |

**IT IS SO STIPULATED.**

DATED: January 8, 2025        **DEAN GAZZO ROISTACHER**

By: */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
Attorneys for Defendants, State of California, acting by and through the California Highway Patrol, and Ramon Silva

DATED: January 8, 2025        **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Dale K. Galipo*
Dale K. Galipo, Esq.
Shannon J. Leap Esq.[1]
Attorneys for Plaintiffs

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.