**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>*Assigned to:*<br>*Hon. Dolly M. Gee*<br>*Hon. Stephanie S. Christensen*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION FOR AN EXTENDED BRIEFING SCHEDULE ON DEFENDANTS' ANTICIPATED DISPOSITIVE MOTION; STIPULATION TO DISMISS CERTAIN CLAIMS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the Parties Stipulation regarding an extended briefing schedule for Defendants' Anticipated Dispositive Motion, Stipulation to Dismiss Certain Claims, and Request for Continuance of the Last Day to hear dispositive motions, and finding good cause therefrom, hereby orders the following:

1. The following of Plaintiffs' claims shall be dismissed: (1) Claim 2 for the Denial of Medical Care (42 U.S.C. § 1983); (2) Plaintiff's allegations made in in Paragraph 73 (in Claim 5) of their Complaint for Damages, subsections

-1-

(d),(e),(f), and (g) only; and (3) Plaintiffs' claims for punitive damages against Defendant Ramon Silva.

2. Plaintiffs shall have two weeks to oppose Defendants' motion for summary judgment.

3. The hearing on Defendants' motion for summary judgment shall be set for February 28, 2025 at 9:30 a.m.

4. The parties shall comply with the following briefing schedule on Defendants' motion for summary judgment:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Last Day to Hear Dispositive Motions | February 21, 2025 | February 28, 2025 |
| Last Day to file a Reply Brief re: Dispositive Motion | February 7, 2025 | February 14, 2025 |
| Last Day to file an Opposition to a Dispositive Motion | January 31, 2025 | February 7, 2025 |
| Last Day to file a Dispositive Motion | January 24, 2025 | January 24, 2025 |

**IT IS SO ORDERED.**

DATED: _____    UNITED STATES DISTRICT COURT

_____
Hon. Dolly M. Gee
United States Chief District Judge