| | |
|---|---|
| 1 | Dean Gazzo Roistacher LLP |
| 2 | Lee H. Roistacher, Esq. (SBN 179619) |
|   | 440 Stevens Avenue, Suite 100 |
| 3 | Solana Beach, CA  92075 |
|   | Telephone:  (858) 380-4683 |
| 4 | Facsimile:  (858) 492-0486 |
|   | E-mail:  lroistacher@deangazzo.com |

Attorneys for Defendants
State of California by and through California Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE, <br><br> Defendant. | Case No.: 2:23-cv-07532-DMG-SSC <br><br> **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA; MEMORANDUM OF POOINTS AND AUTHORITIES; SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS AND CONCULSIONS OF LAW; DECLARATION OF LEE H. ROISTACHER; DECLARTION OF DAVID BLAKE** <br><br> Date:            February 28, 2025 <br> Time:            2:00 p.m. <br> Courtroom:   8C <br> Judge:           Hon. Dolly M. Gee <br><br> Complaint Filed: July 28, 2023 <br> Trial Date: April 15, 2025 |

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 28, 2025 at 2:00 p.m. or as soon thereafter as the matter may be heard in Courtroom 8C of the above-entitled court, located at 350 West 1st Street, Los Angeles, CA, 90012, defendants State of California by and through California Highway Patrol and Officer Ramon Silva

1

Case No. 2:23-cv-07532-DMG-SSC

will move the Court under Federal Rule of Civil Procedure 56 for summary judgment against plaintiffs.

This motion will be based on this notice and motion, the memorandum of points and authorities, the separate statement of undisputed material facts and conclusions of law, the declaration of Lee H. Roistacher and exhibits thereto, the declaration of David Blake, and the pleadings and papers filed herein.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 2, 2025. *See* Doc 60.

Dated: January 24, 2025                                          Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
Lee H. Roistacher
Attorneys for Defendants
State of California by and through
California Highway Patrol and
Officer Ramon Silva
Email: lroistacher@deangazzo.com