# EXHIBIT 1

A true and correct copy of a video recording ("Truck Video") produced pursuant to subpoena by the California Department of Justice, California Police Shooting Investigation Team as DOJ002222.MOV. A storage device with the video recording is being separately transmitted to the Court.