# EXHIBIT 4

1              TRANSCRIPTION OF RECORDED

2

3                    911 CALLS

4

5                       ON

6                  MAY 4, 2022

7              PARAMOUNT, CALIFORNIA

8

9

10

11

12

13

14

15

16

17  Transcribed by:  Victoria Brown,

18                   Foothill Transcription Company

19                   August 26, 2022

20                   Elk Grove, California

21

22                    --o0o--

23

24

25

1

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

1               - RECORDINGS -

2     CALL 1 - CALL ON WEDNESDAY, MAY 4, 2022, 11:17:59 A.M.

3   **Dispatch:**     911 Emergency.  What are you reporting?

4   **Andrew:**       Hello.  Hi.  Um -- I'm on the -- uh -- the

5                     105 right before -- um -- the -- getting on

6                     the 710.  Uh -- some guy just got hit by a

7                     truck.  He jumped in front of the truck.

8   **Dispatch:**     Okay.  So, 105 just before the 710 and he

9                     jumped in front of the big rig?

10  **Andrew:**       Yeah.  He jumped in front of a big rig.

11  **Dispatch:**     Ooh.  Okay.  And this is a pedestrian from

12                    the center divider or right shoulder?

13  **Andrew:**       Uh -- right shoulder.  Far right lane.

14                    First lane.

15  **Dispatch:**     Okay.  I'll start -- uh -- paramedics out

16                    there with CHP.  So, the far-right lane?

17                    And where's the big rig driver right now?

18                    Is he still in the truck?

19  **Andrew:**       Uh -- he's right next to me.

20  **Dispatch:**     Okay.  So, you've -- uh -- what color's that

21                    big rig, please?

22  **Andrew:**       Uh -- it's white.

23  **Dispatch:**     White in the slow lane.  Okay.  Vehicle

24                    versus ped.  Okay.  And the pedestrian, do

25                    you know if he's still, without looking, I

DOJ02404

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | | guess, is he still laying in lanes? |
| 2 | **Andrew:** | Uh -- he's still breathing.  Um -- |
| 3 | **Dispatch:** | Okay. |
| 4 | **Andrew:** | He's just looking up at us.  But he's |
| 5 | | bleeding a lot. |
| 6 | **Dispatch:** | Okay.  Stay on line with me.  I'm going to |
| 7 | | get fire department.  Since you're there, |
| 8 | | you stopped to help.  What's your name? |
| 9 | **Andrew:** | Andrew. |
| 10 | **Dispatch:** | Okay.  You stopped to help, and then -- or |
| 11 | | what kind of car are you in? |
| 12 | **Andrew:** | I'm -- I'm in -- uh -- in a white truck. |
| 13 | | Pickup truck. |
| 14 | **Dispatch:** | Okay.  But you're not related.  Okay.  RP |
| 15 | | stopped to help. |
| 16 | **Andrew:** | Yeah.  It just happened right in front of us |
| 17 | | and I almost hit the guy because he was |
| 18 | | rolling on the -- on the freeway. |
| 19 | **Dispatch:** | Wow.  Okay.  So, C -- |
| 20 | **Andrew:** | Gio, Gio. |
| 21 | **Dispatch:** | CH -- okay.  Hold on. |
| 22 | **Fire:** | L.A. County Fire Operator 67. |
| 23 | **Dispatch:** | Hi.  It's CHP.  I have a caller who's on |
| 24 | | scene with a crash.  A big rig versus a |
| 25 | | pedestrian. |

3

|    |            |                                                        |
|----|------------|--------------------------------------------------------|
| 1  | **Andrew:** | Hey, hey, hey, hey. |
| 2  | **Dispatch:** | Okay.  Well, I guess I know -- Andrew are |
| 3  |            | you still online?  He says the ped -- |
| 4  | **Andrew:** | Yeah. |
| 5  | **Dispatch:** | -- jumped in front of a big rig and he's |
| 6  |            | bleeding. |
| 7  | **Andrew:** | Hey, hey, hey, hey.  He's trying to kill |
| 8  |            | himself.  He's trying to kill himself.  He's |
| 9  |            | trying to put his head underneath the tire. |
| 10 | **Dispatch:** | Westbound 105 east of 710. |
| 11 | **Fire:**   | Okay I'm sorry.  Which (inaudible) -- |
| 12 | **Andrew:** | Hey, hey, hey (overlapping). |
| 13 | **Dispatch:** | Westbound 105 east of the 710 in the slow |
| 14 |            | lane. |
| 15 | **Fire:**   | 710.  And it's a pedestrian versus a big |
| 16 |            | rig? |
| 17 | **Dispatch:** | Yes. |
| 18 | **Andrew:** | Yes. |
| 19 | **Dispatch:** | He said he jumped -- |
| 20 | **Andrew:** | He's -- |
| 21 | **Dispatch:** | Go ahead, sir. |
| 22 | **Andrew:** | He's trying to kill himself right now.  Hey |
| 23 |            | man, hey man.  Hey, hey, hey. |
| 24 | **Dispatch:** | So, is he walking around, Andrew? |
| 25 | **Andrew:** | Yes, yes. |

DOJ02406

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

|    |             |                                                   |
|----|-------------|---------------------------------------------------|
| 1  | **Dispatch:** | I thought you said he was --                     |
| 2  | **Andrew:**   | Yes, yes.  He's walking around.  He's trying     |
| 3  |               | -- he's trying to jump in front of more          |
| 4  |               | cars.                                             |
| 5  | **Dispatch:** | Okay.  Ped now walking around.                   |
| 6  | **Fire:**     | In front of cars and -- um -- CHP, what's        |
| 7  |               | your log for this?                                |
| 8  | **Dispatch:** | Okay.  It's our logged -- uh -- 1047.            |
| 9  | **Fire:**     | Okay.  And your phone number, sir, with area     |
| 10 |               | code is 818-318-9913?                             |
| 11 | **Andrew:**   | Uh -- yes.                                        |
| 12 | **Fire:**     | How old does he look if you had to guess,        |
| 13 |               | sir?                                              |
| 14 | **Andrew:**   | Uh -- probably like 28 to 30.                    |
| 15 | **Fire:**     | 30s.  Okay.                                       |
| 16 | **Andrew:**   | But he -- he -- he -- he's trying to jump in     |
| 17 |               | front of more cars.  I'm trying to stop him.     |
| 18 | **Fire:**     | Okay.  And it's westbound 105 east of the        |
| 19 |               | 710.  Do you know what part of the city          |
| 20 |               | that's in?                                        |
| 21 | **Andrew:**   | Uh -- I don't.                                    |
| 22 | **Fire:**     | Maybe Paramount?                                  |
| 23 | **Dispatch:** | Yeah.  It comes up Paramount --                  |
| 24 | **Andrew:**   | Yes, yes.                                         |
| 25 | **Dispatch:** | -- for us.                                        |

DOJ02407

| | | |
|---|---|---|
| 1 | **Fire:** | Okay, because our log 8356 CHP.  And right |
| 2 | | now, sir, he's awake.  Right? |
| 3 | **Andrew:** | Yes, he -- he -- |
| 4 | **Fire:** | He's responding to you when you call out to |
| 5 | | him?  Is he listening at all or? |
| 6 | **Andrew:** | He -- no, no.  He's not listening at all. |
| 7 | | He's just trying -- |
| 8 | **Fire:** | Okay. |
| 9 | **Andrew:** | -- to jump in front of more cars. |
| 10 | **Fire:** | But he's breathing.  He hasn't been hit yet? |
| 11 | **Male:** | Careful. |
| 12 | **Andrew:** | You be careful, you be careful.  Please, |
| 13 | | please, please, please.  Come on.  No. |
| 14 | **Male:** | (Inaudible). |
| 15 | **Andrew:** | Bro, come on.  No. |
| 16 | **Fire:** | 8356. |
| 17 | **Andrew:** | Fucking sh -- |
| 18 | **Fire:** | Did he get hit? |
| 19 | **Andrew:** | Yes.  He did.  He's on the front of another |
| 20 | | truck. |
| 21 | **Fire:** | He's under -- he got hit by a truck? |
| 22 | **Andrew:** | Yes. |
| 23 | **Fire:** | Is he awake? |
| 24 | **Andrew:** | Yes.  He's trying to jump in front of more |
| 25 | | cars. |

6

DOJ02408

| | | |
|---|---|---|
| 1 | **Fire:** | Okay. So, he's still moving? He's not -- |
| 2 | | he's not down on the ground or anything? |
| 3 | **Andrew:** | Yeah, yeah. |
| 4 | **Fire:** | Okay. All right, sir. We're on our way. |
| 5 | | We're going to be there shortly, okay? |
| 6 | | Thank you for your help. CHP will see you |
| 7 | | out there. |
| 8 | **Dispatch:** | Okay. Very good. |
| 9 | **Fire:** | Thank you, 8356. |
| 10 | **Andrew:** | Hey, man. You need to stop. You need to |
| 11 | | stop. |
| 12 | **Dispatch:** | Location. Uh -- Andrew, what's your |
| 13 | | location? Are you still westbound 105 east |
| 14 | | of the 710. |
| 15 | **Andrew:** | Yes, westbound on 105. |
| 16 | **Dispatch:** | Okay. |
| 17 | **Andrew:** | Coming up on the Pasadena ramp. |
| 18 | **Dispatch:** | Westbound 105, east of 710 in slow lane. |
| 19 | | Are you still in the slow lane or second to |
| 20 | | the slow lane? |
| 21 | **Andrew:** | He's on the far shoulder. He's on the |
| 22 | | shoulder. |
| 23 | **Dispatch:** | Now -- ped now to right shoulder. So, you |
| 24 | | pulled him over to right shoulder? |
| 25 | **Andrew:** | Yeah. |

7

DOJ02409

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | **Dispatch:** | The other car that bumped him or -- did they |
| 2 | | stop or kept going? |
| 3 | **Andrew:** | Yeah, yeah.  They stopped. |
| 4 | **Dispatch:** | Okay.  Second vehicle -- what kind of car is |
| 5 | | that? |
| 6 | **Andrew:** | It's a silver, I think, Chevy. |
| 7 | **Dispatch:** | So, that's a truck.  A Chevrolet Silverado? |
| 8 | **Andrew:** | Yeah. |
| 9 | **Dispatch:** | Silverado truck pulled over.  Okay.  Are you |
| 10 | | able to hold him down and keep him on the |
| 11 | | right shoulder Andrew? |
| 12 | **Andrew:** | Uh -- yeah.  But right now, he's sitting on |
| 13 | | the shoulder. |
| 14 | **Dispatch:** | Okay, okay.  I'm trying to get airship |
| 15 | | overhead, and I have two units en route but |
| 16 | | -- um -- we can't get there fast enough. |
| 17 | | God, what's going on, and you see the |
| 18 | | Pasadena freeway sign, right? |
| 19 | **Andrew:** | Yeah. |
| 20 | **Dispatch:** | Okay.  My unit says he's coming from 710 at |
| 21 | | Florence trying to get there sooner.  So, is |
| 22 | | he -- is he conscious or is he unconscious |
| 23 | | because if he -- |
| 24 | **Andrew:** | Yes.  Well, we're walking towards the sign |
| 25 | | right now.  He's still looking. |

8

DOJ02410

| | | |
|---|---|---|
| 1 | **Dispatch:** | Is he -- is the ped up and walking again? |
| 2 | **Andrew:** | Yeah, yeah.  Well, we're walking down the |
| 3 | | 105 on the shoulder. |
| 4 | **Dispatch:** | Where's he walking?  With traffic or against |
| 5 | | traffic? |
| 6 | **Andrew:** | On the shoulder with traffic. |
| 7 | **Dispatch:** | And you're walking with him or what? |
| 8 | **Andrew:** | Yes, yes.  I'm trying to stop him from going |
| 9 | | into the freeway. |
| 10 | **Dispatch:** | Trying to stop him.  Okay.  And, okay, can |
| 11 | | you stop him or does he -- he look too crazy |
| 12 | | to stop? |
| 13 | **Andrew:** | He -- he -- he -- he -- he's not -- he's |
| 14 | | not.  He's not going to stop. |
| 15 | **Dispatch:** | Ped is on si -- |
| 16 | **Andrew:** | He is set on trying to kill himself. |
| 17 | **Dispatch:** | Ped kill himself.  Okay.  Is -- so, are you |
| 18 | | able -- you're no longer able to hold him |
| 19 | | down? |
| 20 | **Andrew:** | Uh -- I mean he's covered in blood.  I don't |
| 21 | | really want to touch him but if he's going |
| 22 | | to try to go in the freeway -- |
| 23 | **Dispatch:** | Okay.  Ped is still -- |
| 24 | **Andrew:** | -- I will stop him.  Stop it.  Stop.  We |
| 25 | | need to stop traffic, man.  By the time |

9

| 1 | | they're going to get here to stop traffic, |
|---|---|---|
| 2 | | he's going to keep trying to kill himself. |
| 3 | **Dispatch:** | RP says for CHP to stop all traffic.  Okay. |
| 4 | | Let's see if we can. |
| 5 | **Andrew:** | Yeah.  He's still trying to jump in front of |
| 6 | | traffic. |
| 7 | **Dispatch:** | Is he approaching Garfield or -- or you're |
| 8 | | still near the 710? |
| 9 | **Andrew:** | Uh -- I see the 710 -- uh -- the Long Beach |
| 10 | | in Pasadena north, the sign. |
| 11 | **Dispatch:** | Okay.  You're still in that area?  Eastbound |
| 12 | | 105 east and Long Beach.  Someone said by |
| 13 | | Garfield. |
| 14 | **Andrew:** | Yeah.  The 105 west for the El Segundo and |
| 15 | | then the 710 north. |
| 16 | **Dispatch:** | Okay.  I'm going to see if the units could |
| 17 | | stop traffic.  I sent that message. |
| 18 | **Andrew:** | Please.  Yes, he's going to keep trying. |
| 19 | **Dispatch:** | Where is he now?  Is he on the right |
| 20 | | shoulder? |
| 21 | **Andrew:** | Yes. |
| 22 | **Dispatch:** | Is he walking with traffic? |
| 23 | **Andrew:** | Yes, with traffic. |
| 24 | **Dispatch:** | Walking with traffic.  Is he past the 710 or |
| 25 | | above -- before the 710? |

10

DOJ02412

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | **Andrew:** | Uh -- well, we're coming up on the 710 right |
| 2 | | now. |
| 3 | **Dispatch:** | Still going westbound 105, right? |
| 4 | **Andrew:** | Yeah, yeah. |
| 5 | **Dispatch:** | So, you're between Garfield and the 710, |
| 6 | | right? |
| 7 | **Andrew:** | Yeah. |
| 8 | **Dispatch:** | Going westbound 105.  Okay.  On right |
| 9 | | shoulder.  Okay.  I have a unit exiting on |
| 10 | | Garfield.  So, you're going to see an -- um |
| 11 | | -- it might be a motorcycle officer pulling |
| 12 | | up.  Are you walking?  Are you in a car or |
| 13 | | you walking with -- behind him? |
| 14 | **Andrew:** | I -- I'm walking right with him. |
| 15 | **Dispatch:** | Okay.  Is he under the Garfield overpass or |
| 16 | | something? |
| 17 | **Andrew:** | Yeah, he just passed that.  I see the |
| 18 | | officer right now? |
| 19 | **Dispatch:** | You see him?  Okay. |
| 20 | **Andrew:** | Yeah. |
| 21 | **Dispatch:** | Flag him down or jump up and down and show |
| 22 | | him where the ped is.  I'm sure he could |
| 23 | | find him. |
| 24 | **Andrew:** | Yeah. |
| 25 | **Dispatch:** | RP sees CHP unit.  Do you see a put -- a |

DOJ02413

| | | |
|---|---|---|
| 1 | | motorcycle unit or patrol vehicle? |
| 2 | **Andrew:** | Yeah, yeah.  Right in front of us. |
| 3 | **Dispatch:** | Motorcycle unit?  Okay.  I'll just put the |
| 4 | | -- okay.  Yeah.  They're on scene now.  Okay |
| 5 | | then.  I'm going to hang up, Andrew, and |
| 6 | | thank you for your help on this.  We really, |
| 7 | | really -- |
| 8 | **Andrew:** | He's going to -- he's going to try jumping |
| 9 | | in front of traffic. |
| 10 | **Dispatch:** | -- appreciate it.  I -- I have units on |
| 11 | | scene, so just stay away from him.  Let the |
| 12 | | units do their job and try to detain him. |
| 13 | **Andrew:** | No way. |
| 14 | **Dispatch:** | Did he run back in traffic or what happened? |
| 15 | **Andrew:** | I don't know if those are less than lethals |
| 16 | | but they just -- they shot him.  They were |
| 17 | | -- they -- he was charging at them and they |
| 18 | | shot him. |
| 19 | **Dispatch:** | Darn it.  Did he have any -- okay. |
| 20 | **Andrew:** | He had something in his hand -- |
| 21 | **Dispatch:** | All right, sir.  Okay, then just -- |
| 22 | **Andrew:** | -- but it didn't look like a gun. |
| 23 | **Dispatch:** | Okay.  But he was charging at the units? |
| 24 | **Andrew:** | Yeah. |
| 25 | **Dispatch:** | Okay, Andrew.  Just stay behind and then |

12

DOJ02414

|     |            |                                                        |
| --- | ---------- | ------------------------------------------------------ |
| 1   |            | have -- the officer will come to you and               |
| 2   |            | talk to you.  So, thank you again for your             |
| 3   |            | help, sir.                                             |
| 4   | **Andrew:**    | You're welcome.                                    |
| 5   | **Dispatch:**  | Well, all right.  Bye-bye.                         |
| 6   | **CALL 2 - CALL ON WEDNESDAY, MAY 4, 2022, 11:19:23** |                          |
| 7   | **Dispatch:**  | 911 Emergency.  What are you reporting?            |
| 8   | **Male 2:**    | Hey, yeah.  Um -- someone just -- um --             |
| 9   |            | under the bridge, jumped out in front of my            |
| 10  |            | truck and -- um -- he tried to commit                  |
| 11  |            | suicide then -- um -- I hit him.  But he's             |
| 12  |            | not on the truck.  Please I need --                    |
| 13  | **Dispatch:**  | Okay.  Where are you?  Are you --                  |
| 14  | **Male 2:**    | -- I need --                                        |
| 15  | **Dispatch:**  | -- okay, hold on.  What street are you on?         |
| 16  | **Male 2:**    | Um -- I'm in California.                            |
| 17  | **Dispatch:**  | Right.  But what street are you on, sir?           |
| 18  |            | Are you on the street or you on the freeway?           |
| 19  | **Male 2:**    | Um -- he's trying to commit again.  He's           |
| 20  |            | trying to do it again.                                 |
| 21  | **Dispatch:**  | Sir -- sir, you need to take a breath.             |
| 22  | **Male 2:**    | He's -- God.                                        |
| 23  | **Dispatch:**  | Okay?                                               |
| 24  | **Male:**      | He's trying -- he's trying to commit               |
| 25  |            | suicide.                                               |

13

DOJ02415

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMC-SSC   Sandra Kirkman, et al. v. State of California, et al. 02-24-2025   Document 64-1   Filed 01/24/25   Page 15 of 23   Page ID #:742

| | | |
|---|---|---|
| 1 | **Dispatch:** | Okay.  I -- sir.  But -- okay.  You're not |
| 2 | | helping at all because we need to know where |
| 3 | | you are so we can get the fire department |
| 4 | | started out there. |
| 5 | **Male 2:** | Hey. |
| 6 | **Dispatch:** | Where are you, sir? |
| 7 | **Male 2:** | He's trying to kill him -- uh -- I mean I -- |
| 8 | | oh, my god -- |
| 9 | **Dispatch:** | Sir. |
| 10 | **Male 2:** | I'm in Long Beach -- Long Beach at 710. |
| 11 | **Dispatch:** | Okay.  So, what are the two cross streets |
| 12 | | there, though? |
| 13 | **Male 2:** | Um -- |
| 14 | **Dispatch:** | What street were you driving on?  Take a |
| 15 | | breath.  What street were you driving on? |
| 16 | **Male 2:** | Um -- um -- what -- the street -- um -- I |
| 17 | | can't see any sign here.  Um -- |
| 18 | **Dispatch:** | Are you on Paramount? |
| 19 | **Male 2:** | Long Beach, yes.  Uh -- |
| 20 | **Dispatch:** | Okay.  So -- |
| 21 | **Male 2:** | You -- you know -- you know around here. |
| 22 | | Can you talk to her, please? |
| 23 | **Dispatch:** | Hello?  Hi, this is 911.  What's his |
| 24 | | location? |
| 25 | **Castillo:** | We're with -- uh -- 105 west and the 710 |

14

DOJ02416

| | | |
|---|---|---|
| 1 | | traveling west. |
| 2 | **Dispatch:** | Okay.  So, you're actually on the freeway? |
| 3 | **Castillo:** | Yeah.  We're actually on the freeway. |
| 4 | **Dispatch:** | Oh -- |
| 5 | **Castillo:** | He's trying to kill himself right now. |
| 6 | **Dispatch:** | Okay.  So, it's a guy who tried to kill |
| 7 | | himself?  He tried to jump into -- in front |
| 8 | | of a car? |
| 9 | **Castillo:** | Actually, the -- the truck driver -- he hit |
| 10 | | him but he tried to get another truck driver |
| 11 | | to hit him back again. |
| 12 | **Dispatch:** | Okay.  All right.  It looks like we have the |
| 13 | | call.  We have the fire department on the |
| 14 | | way.  Can you tell if the person is still |
| 15 | | alive?  Can you see? |
| 16 | **Castillo:** | Yeah, he's still alive.  Well, actually he's |
| 17 | | up.  He's running away for his other -- my |
| 18 | | -- my (inaudible) partner is trying to get |
| 19 | | him. |
| 20 | **Dispatch:** | Okay. |
| 21 | **Castillo:** | He's trying to kill himself right now. |
| 22 | **Dispatch:** | All right.  Is -- uh -- are you before or |
| 23 | | after the 710? |
| 24 | **Castillo:** | Uh -- before the 7 -- |
| 25 | **Dispatch:** | You're just before it. |

15

DOJ02417

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC   Sandra Kirkman v Carlos Alaniz, County of California, et al.   Document 64   Filed 01/24/25   Page 17 of 23   Page ID #:744

| | | |
|---|---|---|
| 1 | **Castillo:** | -- before the 710.  Yeah. |
| 2 | **Dispatch:** | Okay.  Hold on.  One second.  What does he |
| 3 | | look like? |
| 4 | **Castillo:** | Uh -- he's Hispanic.  He's wearing a black |
| 5 | | sweater with some -- uh -- I'll say some |
| 6 | | green shorts. |
| 7 | **Dispatch:** | Okay.  Green shorts.  Does he look like he |
| 8 | | might be a transient? |
| 9 | **Castillo:** | Yeah. |
| 10 | **Dispatch:** | Okay, and where is he at right now?  Is he |
| 11 | | on the right shoulder? |
| 12 | **Castillo:** | Yeah.  We're actually trying to get him |
| 13 | | because we trying to call him because he's |
| 14 | | trying to like -- another car just hit him |
| 15 | | right now. |
| 16 | **Dispatch:** | Another car just hit him? |
| 17 | **Castillo:** | Yeah.  He jumped into another car right now. |
| 18 | **Dispatch:** | Okay.  So, he just -- okay and what kind of |
| 19 | | car just hit him? |
| 20 | **Castillo:** | Uh -- Silverado, grey Silverado. |
| 21 | **Dispatch:** | Okay.  So, a grey ch -- okay.  All right. |
| 22 | | Did you actually witness the whole -- the |
| 23 | | whole thing? |
| 24 | **Castillo:** | Yeah.  I was -- well, I've been waiting here |
| 25 | | right now.  But he's just trying to get a -- |

16

DOJ02418

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

|     |            |                                                       |
| --- | ---------- | ----------------------------------------------------- |
| 1   |            | jump into another car.                                |
| 2   | **Dispatch:** | Okay.  Hold on one second.                          |
| 3   | **Castillo:** | We need like a cop really fast.                      |
| 4   | **Dispatch:** | Okay.  And did the Chevy Silverado, did it           |
| 5   |            | stop?                                                 |
| 6   | **Castillo:** | Yeah, yeah.  He's actually -- really               |
| 7   |            | actually stopped right now.                           |
| 8   | **Dispatch:** | Okay.  All right.  Sir, what -- what is your         |
| 9   |            | name?                                                 |
| 10  | **Castillo:** | Uh -- my name is Giovanni Castillo.  We            |
| 11  |            | we're actually from Metro.                            |
| 12  | **Dispatch:** | Oh, you do?  Okay.  Okay.  And what is your          |
| 13  |            | --                                                    |
| 14  | **Castillo:** | Yeah.                                               |
| 15  | **Dispatch:** | -- phone number?                                     |
| 16  | **Castillo:** | 818-318-9913.                                       |
| 17  | **Dispatch:** | 9913?  Can you ask the guy -- uh -- who hit          |
| 18  |            | the -- is he the big rig driver?                      |
| 19  | **Castillo:** | Yeah.  He drive -- I'm actually with the           |
| 20  |            | driver right now.                                     |
| 21  | **Dispatch:** | Okay.  What is his name?                             |
| 22  | **Castillo:** | I'll ask him right now.  What's your name?         |
| 23  | **Cecil:** | You got a death wish?  You got a death wish?           |
| 24  | **Castillo:** | I don't know.  He says a homeless guy.  He's       |
| 25  |            | trying to kill himself.  Actually, the truck          |

17

DOJ02419

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | | driver that hit him right now is too as |
| 2 | | well. |
| 3 | **Cecil:** | Yeah. |
| 4 | **Dispatch:** | Okay.  Can you -- can you get what -- what |
| 5 | | is -- the person who called in, can you get |
| 6 | | what his name is? |
| 7 | **Castillo:** | What is your name? |
| 8 | **Cecil:** | (Inaudible) they're not going to kill me. |
| 9 | **Castillo:** | What is your na -- what is your name? |
| 10 | **Cecil:** | Cecil. |
| 11 | **Castillo:** | (Inaudible) Cecil. |
| 12 | **Dispatch:** | How do you -- how does he spell it?  I can't |
| 13 | | quite hear him. |
| 14 | **Castillo:** | (Inaudible) 911. |
| 15 | **Cecil:** | Hello. |
| 16 | **Dispatch:** | Hello? |
| 17 | **Cecil:** | Yes. |
| 18 | **Dispatch:** | Okay.  Can you spell your name? |
| 19 | **Cecil:** | C-E-C-I-L. |
| 20 | **Dispatch:** | I-L.  Okay, and you're the big rig driver? |
| 21 | **Cecil:** | Am I what? |
| 22 | **Dispatch:** | Are you the big rig driver? |
| 23 | **Cecil:** | No.  I am not.  I'm -- I got a pickup truck. |
| 24 | **Dispatch:** | Okay, and you were in the grey Chevy |
| 25 | | Silverado? |

18

| | | |
|---|---|---|
| 1 | **Cecil:** | Yes, I am. |
| 2 | **Dispatch:** | Okay.  What is your phone number, sir? |
| 3 | **Cecil:** | It is 562-896-4413. |
| 4 | **Dispatch:** | Okay.  Just be really careful while you guys |
| 5 | | are waiting out there.  We have -- uh -- we |
| 6 | | have several officers as well as the fire |
| 7 | | department en route to the area.  I don't |
| 8 | | want you guys to walk into any traffic lanes |
| 9 | | so -- so you guys don't get hit.  Just be |
| 10 | | really careful while you're waiting on -- |
| 11 | **Cecil:** | I am in the emergency lane, yes. |
| 12 | **Dispatch:** | You are?  Okay.  All right.  Yeah, we do |
| 13 | | have the call.  We have -- we have a lot of |
| 14 | | help on the way to you.  Just be really |
| 15 | | careful, okay? |
| 16 | **Cecil:** | I will.  Thank you.  Thank you. |
| 17 | **Dispatch:** | Okay.  Thank you.  Uh-huh.  Bye-bye. |
| 18 | | **CALL 3 - CALL ON WEDNESDAY, MAY 4, 2022, 11:30:10** |
| 19 | **Dispatch:** | 911 Emergency Reporting. |
| 20 | **Female:** | Hi, there's a guy in the middle of the |
| 21 | | freeway on the 105, right before the 710. |
| 22 | **Dispatch:** | On the eastbound or westbound side? |
| 23 | **Female:** | On the westbound and he's -- um -- he's -- I |
| 24 | | -- I passed right by him.  He's bloodied.  I |
| 25 | | don't know what happened but it looks like |

19

DOJ02421

| 1 | | somebody else is trying to stop him from -- |
|---|---|---|
| 2 | **Dispatch:** | Okay. Where are you? Westbound near where? |
| 3 | **Female:** | Um -- right before the 710 -- um -- like |
| 4 | | just -- I just -- uh -- got on the 710. So, |
| 5 | | he's -- um -- |
| 6 | **Dispatch:** | Okay. You don't see -- you don't see any |
| 7 | | CHP in the area yet? |
| 8 | **Female:** | There's a helicopter flying around but I'm |
| 9 | | not sure if it's for that or -- |
| 10 | **Dispatch:** | Yeah, yeah, that's what it's for. He's |
| 11 | | giving us updates. |
| 12 | **Female:** | -- (overlapping) oh. |
| 13 | **Dispatch:** | We have -- uh -- we have officers on the way |
| 14 | | right now, okay? |
| 15 | **Female:** | Okay. Thank you. |
| 16 | **Dispatch:** | All right. Thank you. Bye-bye. |
| 17 | **Female:** | Uh-huh. Bye-bye. |
| 18 | | **(End of Call)** |
| 19 | | **CALL 4 - CALL ON WEDNESDAY, MAY 4, 2022, 12:45:01 P.M.** |
| 20 | **Dispatch:** | 911 Emergency. What are you reporting? |
| 21 | **Female 2:** | Hi. I'm stuck in the 105 freeway and -- um |
| 22 | | -- it seems like everybody's going to |
| 23 | | reverse on the highway for the accident that |
| 24 | | just happened. |
| 25 | **Dispatch:** | Yeah. That normally does happen. |

20

DOJ02422

| | | |
|---|---|---|
| 1 | **Female 2:** | (Overlapping) so, it's okay for us to go in |
| 2 | | reverse? |
| 3 | **Dispatch:** | It's not okay but people still do it. |
| 4 | **Female 2:** | I -- I -- uh -- |
| 5 | **Dispatch:** | I'm not telling you it's okay because the |
| 6 | | officers will come out and try to do some |
| 7 | | traffic control when they can break away |
| 8 | | from what's going on. |
| 9 | **Female 2:** | Okay.  Okay.  I'll -- I'll talk to the CHP. |
| 10 | | I see them right here right now.  I think |
| 11 | | they are letting -- okay.  I'll just talk to |
| 12 | | them. |
| 13 | **Dispatch:** | Okay. |
| 14 | **Female 2:** | Thank you, bye. |
| 15 | **Dispatch:** | You're welcome.  Bye-bye. |
| 16 | | - RECORDINGS CONCLUDED - |
| 17 | | --o0o-- |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

DOJ02423

1                    TRANSCRIBER'S CERTIFICATE

2

3

4  STATE OF CALIFORNIA      )

5                            )  ss.

6  COUNTY OF SACRAMENTO     )

7

8

9      This is to certify that I, Victoria Brown, transcribed

10  the audio recording of 911 calls taken on May 4, 2022; that

11  the pages numbered 1 through 21 constitute said transcript;

12  that the same is a complete and accurate transcription of

13  the aforesaid to the best of my ability.

14

15      August 26, 2022

16

17

18

19                    Victoria Brown,
                       Foothill Transcription Company

20

21

22                    --o0o--

23

24

25

22