# EXHIBIT 5

A true and correct copy of 911 call recordings produced pursuant to subpoena by the California Department of Justice, California Police Shooting Investigation Team as DOJ00211.WAV. A storage device with the video recording is being separately transmitted to the Court.