# EXHIBIT 10

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1                    TRANSCRIPTION OF RECORDED

 2

 3                    DISPATCH TRANSMISSIONS

 4

 5                            ON

 6                       MAY 4, 2022

 7

 8                 PARAMOUNT, CALIFORNIA

 9

10

11

12

13

14

15

16

17

18

19

20  Transcribed by:    Tamyra Morgan,

21                     Foothill Transcription Company

22                     August 29, 2022

23                     Elk Grove, California

24                          --o0o--

25
```

-1-

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

1     **CALL 1 - CALL ON WEDNESDAY, MAY 4, 2022, 11:20:04 A.M.**

2   **Dispatch:**     82-74 or the 74 or 179.  Westbound 105 east

3               of the 710.  It's a big rig versus a ped

4               blocking the slow lane.

5   **74:**         82-74, I copy.

6   **Dispatch:**     74, I'm going to start South LA as well, a

7               duplicate call putting it near Long Beach.

8   **74:**         74, I copy.

9   **Dispatch:**     74 copies.

10   **S-12:**       82-S-12, I copy.

11   **Dispatch:**     S-12 copies.

12   **710:**       710 Mary from the office.

13   **Dispatch:**     710 Mary from the office.  Duplicate caller

14               advising the pedestrian may have jumped in

15               front of the rig on purpose.

16   **74:**         74, copy.

17     **CALL 2 - CALL ON WEDNESDAY, MAY 4, 2022, 11:21:22 A.M.**

18   **Dispatch:**     Again, it's still getting dup calls on this

19               party.  They're saying he 10-31.  West 105

20               east of the 710.  Ped is back up, walking in

21               lanes, bleeding, and trying to jump in front

22               of other vehicles.  I have no description

23               except for a male.

24   **74:**         74, copy.

25   **Dispatch:**     74 copies.

DOJ02426

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC Sandra Kirkman, Carlos Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC Document Filed 01/24/25 Page 4 of 30 Page ID #:973

| 1 | **Mary-2:** | Mary-2 also from (inaudible) from southbound |
| 2 | | to Cesar Chavez. |
| 3 | **Dispatch:** | Mary-2 from south 710 to Cesar Chavez. |
| 4 | | Party is a male Hispanic, black shirt, green |
| 5 | | shorts.  He is a homeless party.  Male |
| 6 | | Hispanic, black shirt, green shorts. |
| 7 | **Mary-2:** | Mary-2, I copy.  Can you see if there's an |
| 8 | | airship available to check that out. |
| 9 | **Dispatch:** | All right.  Requesting an airship. |
| 10 | **LASO Air 8:** | And LA CHP on the yellow Sheriff's Air 8 on |
| 11 | | the frequency.  What's the pinpoint? |
| 12 | **Dispatch:** | LASO Air 8, we're in two locations.  Either |
| 13 | | west 105 east of the 710 or west 105 near |
| 14 | | Long Beach Boulevard.  It's a pedestrian |
| 15 | | who is suicidal, jumping in front of big |
| 16 | | rigs and vehicles.  A male Hispanic |
| 17 | | transient wearing black shirt, green shorts. |
| 18 | **LASO Air 8:** | Okay.  Sheriff's Air 8, we're about three |
| 19 | | minutes out. |
| 20 | **Dispatch:** | LASO Air 8 at about three minutes out.  And |
| 21 | | a party possibly got hit by another vehicle. |
| 22 | **Mary-2:** | Mary-2, copy.  What's the location now? |
| 23 | **Dispatch:** | Let me ascertain from the call taker. |
| 24 | **CALL 3 - CALL ON WEDNESDAY, MAY 4, 2022, 11:23:17 A.M.** | |
| 25 | **420:** | 420 I revalidate too en route to that. |

-3-

DOJ02427

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC   Sandra Kirkman v. State of California, et al.   Document 64   Filed 01/24/25   Page 5 of 30   Page ID #:974

1    **Dispatch:**      420 en route.

2      **CALL 4 - CALL ON WEDNESDAY, MAY 4, 2022, 11:23:38 A.M.**

3    **Mary-30:**       Mary-30, you can notify Santa Fe Springs as

4                       well.

5    **Dispatch:**      West 105 east of the 710 is what we're being

6                       told.  Copy, roll Springs as well.

7      **CALL 5 - CALL ON WEDNESDAY, MAY 4, 2022, 11:24:13 A.M.**

8    **Dispatch 2:**    83-651.

9    **651:**           651, go ahead.

10   **Dispatch 2:**    Yeah, East LA is responding to 11-79.  Looks

11                      like a possible 10-31.  West 105 east of the

12                      710.  Crescent Springs will start that way.

13                      Vehicle has hit the ped several times.  He

14                      apparently jumped in front of the vehicle.

15   **651:**           651, I copy, enroute.

16   **Dispatch 2:**    10-4.

17   **MAZEEP 2:**      MAZEEP 2, can you 10-9 that last, Travis?

18   **Dispatch 2:**    11-79, possibly 10-31.  West 105 east of the

19                      710.  Springs is requesting -- has been

20                      requested by East LA.  The vehicle versus

21                      ped.  Ped jumped in front of a vehicle.

22                      He's been hit several times, slow lane.

23   **MAZEEP 2:**      MAZEEP 2, show me en route.

24   **Dispatch 2:**    MAZEEP 2 also en route.

25     **CALL 6 - CALL ON WEDNESDAY, MAY 4, 2022, 11:24:35 A.M.**

-4-

DOJ02428

1    **Dispatch:**      It looks like a party stopped who may have

2                       hit this ped.  They are in a Silver Chevy

3                       Silverado.  That party is standing by on the

4                       right shoulder.

5    **74:**            74, copy.

6    **Dispatch:**      74 copies.  Ped is on the right shoulder and

7                       we may have a party holding him down.

8    **74:**            74, copy.

9    **Mary-2:**        Mary-2, copy.  We're southbound at Florence.

10   **Dispatch:**      Mary-2 from southbound at Florence.

11     **CALL 7 - CALL ON WEDNESDAY, MAY 4, 2022, 11:25:27 A.M.**

12   **Officer:**       (Inaudible) LASO, just letting you know I'll

13                      be en route.

14     **CALL 8 - CALL ON WEDNESDAY, MAY 4, 2022, 11:26:29 A.M.**

15   **LASO Air 8:**    And, yes, Sheriff's Air 8 overhead now.  It

16                      looks like they're walking on the right

17                      shoulder.  They're just past Garfield now.

18                      I'm sorry.  They're coming up to Garfield

19                      from Paramount.  Right shoulder westbound

20                      105.

21   **Dispatch:**      West 105 approaching Garfield?

22   **LASO Air 8:**    That's affirm, ma'am.  They're walking

23                      towards Garfield.  So, if you guys want to

24                      shut down traffic of either Paramount or

25                      east of Paramount.  The guy is walking on

                                -5-

| | | |
|---|---|---|
| 1 | | the right shoulder with someone else coming |
| 2 | | up to Garfield. |
| 3 | **Dispatch:** | 10-4.  West 105 approaching Garfield, |
| 4 | | walking toward the Garfield off.  There's |
| 5 | | two parties walking.  Advising we may want |
| 6 | | to shut down traffic from east of Garfield. |
| 7 | **LASO Air 8:** | Yeah, he missed the -- the off-ramp.  He's |
| 8 | | walking on the shoulder.  I mean he can |
| 9 | | still climb up the embankment and get on |
| 10 | | north Garfield, but he's currently on the |
| 11 | | right shoulder. |
| 12 | **Dispatch:** | Missed the off-ramp.  Currently on the right |
| 13 | | shoulder. |
| 14 | **74:** | 74, I'll be turning around on Lakewood.  Can |
| 15 | | you advise Springs as well? |
| 16 | **LASO Air 8:** | Okay.  The guy is running across traffic |
| 17 | | now.  He's running southbound across traffic |
| 18 | | lanes. |
| 19 | **Dispatch:** | Ped running southbound across traffic.  Use |
| 20 | | caution.  Southbound across traffic.  Ped is |
| 21 | | running in lanes.  We've got Springs and |
| 22 | | South LA both en route. |
| 23 | **LASO Air 8:** | Okay.  He's walking back over to the |
| 24 | | shoulder now.  Nearly missed -- get -- |
| 25 | | nearly was hit by a vehicle.  He's walking |

DOJ02430

1          back over to the shoulder now right before

2          Garfield.

3    **Dispatch:**     Almost hit by a vehicle.  Walking on the

4          right shoulder approaching Garfield.

5    **CALL 9 - CALL ON WEDNESDAY, MAY 4, 2022, 11:27:45 A.M.**

6    **Dispatch 2:**   And this for the units responding to the

7          10-31, 11-79.  The ped is up, full of blood,

8          and running southbound in lanes.

9    **601:**          601, confirm southbound.

10   **Dispatch 2:**   Across the freeway, across the lanes.

11         Correct.  Is running southbound from that

12         location.  West 105 east of the 710.  It

13         looks like East LA should be going 97

14         shortly.

15   **601:**          601, I copy.

16   **Dispatch 2:**   10-4.

17   **650:**          650 also en route.

18   **Dispatch 2:**   That last unit also en route, just ID for

19         me?

20   **650:**          650.

21   **Dispatch 2:**   6-5-0, copy.

22   **MAZEEP 2:**     MAZEEP 2, I'm going to start a break

23         westbound 105 approaching Paramount.

24   **Dispatch 2:**   MAZEEP 2 going to start a break.

25   **MAZEEP 2:**     2, (inaudible) there's a airship ahead.  He

-7-

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC   Sandra Kirkman v. Carlos Alaniz, State of California, et al.   Document 97-3532   Filed 01/24/25   Page 9 of 30   Page ID #:978

| | |
|---|---|
| 1 | can come on the gold. |
| 2 | **Dispatch 2:** Yeah, they got one on the yellow.  LASO Air |
| 3 | 8 is currently above and on the yellow. |
| 4 | **MAZEEP 2:** 2, I'm going to switch to the yellow. |
| 5 | **Dispatch 2:** MAZEEP 2 going to the yellow. |
| 6 | **CALL 10 - CALL ON WEDNESDAY, MAY 4, 2022, 11:28:54 A.M.** |
| 7 | **LASO Air 8:** Still working his way out towards Garfield |
| 8 | on the right shoulder.  Looks like traffic |
| 9 | is starting to back up now further up to |
| 10 | east now. |
| 11 | **Dispatch:** Still approaching Garfield westbound side. |
| 12 | Traffic backing up. |
| 13 | **MAZEEP 2:** LA MAZEEP 2 on the yellow.  I have a break |
| 14 | started westbound 105 approaching Garfield. |
| 15 | **Dispatch:** West 105 approaching Garfield, MAZEEP 2 -- |
| 16 | 83 MAZEEP 2 with a break. |
| 17 | **CALL 11 - CALL ON WEDNESDAY, MAY 4, 2022, 11:29:00 A.M.** |
| 18 | **S-11:** 83-S-11 show me en route for that. |
| 19 | **Dispatch 2:** 83-S-11 is also en route west 105 east of |
| 20 | the 710. |
| 21 | **CALL 12 - CALL ON WEDNESDAY, MAY 4, 2022, 11:29:53 A.M.** |
| 22 | **Mary-2:** Mary-2, I'm exiting at Garfield now. |
| 23 | **Dispatch:** 82-Mary-2 exiting Garfield. |
| 24 | **LASO Air 8:** Hey, guys, you guys are going to have to |
| 25 | contact him on the freeway, not on the |

-8-

DOJ02432

```
 1                    Garfield off-ramp, so you guys are going

 2                    to have to stay on the 105 westbound.  He's

 3                    on the shoulder just coming up to Garfield

 4                    now.

 5   Dispatch:        Air 8 advising stay on the west 105.  Take

 6                    the right shoulder as you're approaching

 7                    Garfield.

 8   74:              There's a -- looks like a semi-truck

 9                    involved and it's going be east -- westbound

10                    east of Garfield.  The party is standing by

11                    in lanes.  I'm continuing to the ped.

12   Dispatch:        West 105 east of Garfield is where the semi

13                    is standing by in lanes.  That's the

14                    original call.

15   LASO Air 8:      All right.  He's underneath the Garfield

16                    overpass right now, right shoulder.

17   Dispatch:        Under the Garfield overpass, right shoulder.

18   74:              74, 97 as well as the MAZEEP unit.

19   Dispatch:        74, 97 with 83 MAZEEP 2.

20     CALL 13 - CALL ON WEDNESDAY, MAY 4, 2022, 11:30:32 A.M.

21   Dispatch 2:      Westbound.

22     CALL 14 - CALL ON WEDNESDAY, MAY 4, 2022, 11:31:01 A.M.

23   Mary-2:          10-97.

24   Dispatch:        82-Mary-2, 97.  All units standby.  West 105

25                    under Garfield.
```

DOJ02433

1   **Mary-2:**       Tell them to standby for that unit.  We're

2                       on the break.

3    **CALL 15 - CALL ON WEDNESDAY, MAY 4, 2022, 11:31:12 A.M.**

4   **S-16:**          S-16, do we have a confirmed 10-20 on that

5                       11-79 on the 105?

6   **Dispatch 2:**   Yeah.  It's looking like westbound 105 under

7                       Garfield.

8   **S-16:**          S-16, I copy.  Thank you.

9   **Dispatch 2:**   10-4.

10    **CALL 16 - CALL ON WEDNESDAY, MAY 4, 2022, 11:31:30 A.M.**

11  **Mary-2:**       Mary-2, he has his hands in his pockets

12                      (inaudible).

13  **Dispatch:**     The party has his hands in his pockets.

14  **MAZEEP 2:**     (Inaudible) unit.

15  **Dispatch:**     83 MAZEEP 2, 97.

16    **CALL 17 - CALL ON WEDNESDAY, MAY 4, 2022, 11:31:59 A.M.**

17  **MAZEEP 2:**     MAZEEP 2, shots fired, shots fired.

18  **Dispatch:**     Shots fired, shots fired.  West 105 east of

19                      Garfield.

20  **S-12:**         S-12, copy.

21  **Dispatch:**     82-S-12 copies.

22  **MAZEEP 2:**     MAZEEP 2, suspect down, still breathing.

23  **Dispatch:**     Suspect down, still breathing.  West 105

24                      east of Garfield.

25  **Air 1:**         Air 1, copy.  Status of officers, please.

-10-

| | | |
|---|---|---|
| 1 | **Dispatch:** | MAZEEP 2 or Mary, what's the status on CHP |
| 2 | | units? |
| 3 | **LASO Air 8:** | (Inaudible) You have three officers on |
| 4 | | scene.  They're going to be detaining at |
| 5 | | gunpoint facing west. |
| 6 | **Dispatch:** | LASO Air 8 advising three officers on scene |
| 7 | | facing west and detaining one. |
| 8 | **LASO Air 8:** | Also, ma'am, if you want to get fire to |
| 9 | | start staging Garfield and 105. |
| 10 | **Dispatch:** | Garfield at the 105, have fire staged.  And |
| 11 | | when I -- can get a response from a unit, |
| 12 | | just advise status of CHP officers. |
| 13 | | **CALL 18 - CALL ON WEDNESDAY, MAY 4, 2022, 11:32:11 A.M.** |
| 14 | **Dispatch 2:** | Units responding, shots have been fired |
| 15 | | westbound east of Garfield.  Shots fired. |
| 16 | **Officer:** | (Inaudible), copy. |
| 17 | **Dispatch 2:** | Yeah.  Suspect is down, still breathing. |
| 18 | | Shots fired west 105 east of Garfield. |
| 19 | | Looks like by East LA units. |
| 20 | **650:** | 650, copy.  We're approaching Garfield now. |
| 21 | **Dispatch 2:** | 650 approaching Garfield now.  S-11, you |
| 22 | | copy all? |
| 23 | **Officer:** | (Inaudible). |
| 24 | **S-11:** | 82-S-11, I'm going to switch to yellow.  I |
| 25 | | just heard the shots fired call. |

-11-

1   **Dispatch 2:**     Okay.  I'm going to show S-11 switching to
2                       the yellow.
3     **CALL 19 - CALL ON WEDNESDAY, MAY 4, 2022, 11:33:13 A.M.**
4   **420:**            420, 97.  Is it Code 4?
5   **Dispatch:**       420, 97.  One more time, go with your
6                       traffic.
7   **420:**            Code 4 (inaudible).
8   **Dispatch:**       420, are you putting out a Code 4?
9   **420:**            Negative, 97.
10  **Dispatch:**       420, 97.
11    **CALL 20 - CALL ON WEDNESDAY, MAY 4, 2022, 11:33:37 A.M.**
12  **650:**            650, we'll be 97 and switching over to the
13                      yellow.
14  **Dispatch 2:**     650 on scene, switching over to the yellow.
15  **Officer:**        (Inaudible) I'm going 97.  Can you contact
16                      fire and have them stage until we go --
17                      until we get to Code 4?
18  **Dispatch 2:**     I can't copy that traffic. 10-9.
19  **Officer:**        (Inaudible) I'm going 97.  Fire is about to
20                      go 97.  Can you call them and tell them to
21                      stage until we get a Code 4?
22  **Dispatch 2:**     I copy all.  We'll have fire stage until
23                      there's a complete Code 4 there.
24    **CALL 21 - CALL ON WEDNESDAY, MAY 4, 2022, 11:33:57 A.M.**
25  **LASO Air 8:**     If you have the CHP units responding, let's

-12-

```
 1              get that Garfield westbound on-ramp shut
 2              down from Garfield, please.
 3  Dispatch:   Shut down Garfield on to westbound for the
 4              airship.  Do I have a responding unit that
 5              can handle that?
 6  620:        MAZEEP 2 620 (inaudible).
 7  Dispatch:   620, copies.
 8  Officer:    (Inaudible) 97.
 9  Officer:    Fire access get on Garfield onto the 105 and
10              access wrong way.
11  Dispatch:   Garfield onto the westbound, access wrong
12              way for fire?
13  Officer:    Yeah.  Have them get on westbound from
14              Garfield and then just come back wrong way.
15  Dispatch:   Westbound from Garfield onto the west 105
16              access, wrong way for fire.
17    CALL 22 - CALL ON WEDNESDAY, MAY 4, 2022, 11:34:22 A.M.
18  650:        Yeah, I want to remain on the gold.
19  Dispatch 2:   650 will remain on the gold.
20    CALL 23 - CALL ON WEDNESDAY, MAY 4, 2022, 11:34:55 A.M.
21  651:        651, you can have fire roll up.
22  Dispatch 2:   651, we'll have fire roll up.
23    CALL 24 - CALL ON WEDNESDAY, MAY 4, 2022, 11:35:03 A.M.
24  LASO Air 8:  Okay.  It looks like you have one fire squad
25              going Code 6 on scene.
```

-13-

DOJ02437

1   **Dispatch:**      Fire squad going 97 for the airship.

2      **CALL 25 - CALL ON WEDNESDAY, MAY 4, 2022, 11:35:39 A.M.**

3   **650:**           650, we have fire is on scene rendering aid.

4   **Dispatch 2:**    650, copy.  Fire is one scene west 105 over

5                      Garfield.

6      **CALL 26 - CALL ON WEDNESDAY, MAY 4, 2022, 11:36:01 A.M.**

7   **S-12:**          S-12, do we have a status of the officers?

8   **Dispatch:**      Can I get an update on the status?

9   **Mary-2:**        Mary-2, there's no injuries to the CHP

10                     officers on scene.  We have fire on scene.

11                     We're working on the suspect.

12  **Dispatch:**      No injuries to CHP units on scene.  Fire is

13                     working on the subject.

14  **Mary-2:**        You can clear the air now.

15  **Dispatch:**      Copy to clear the air west 105 east of

16                     Garfield.  WQA 72-111-36.

17  **LASO Air 8:**    Yeah.  Mary 2, if you want to let Springs

18                     you know, I'll let them here 10-22.

19  **Dispatch:**      Santa Fe Springs, 97.

20     **CALL 27 - CALL ON WEDNESDAY, MAY 4, 2022, 11:36:40 A.M.**

21  **S-11:**          83-S-11, I'm going to be 97.

22  **Dispatch 2:**    3-S-11, copy.  On scene.

23     **CALL 28 - CALL ON WEDNESDAY, MAY 4, 2022, 11:37:37 A.M.**

24  **72-Mary:**       72-Mary, 97.

25  **Dispatch 3:**    82-72 Mary, 97.

-14-

1      **CALL 29 - CALL ON WEDNESDAY, MAY 4, 2022, 11:38:27 A.M.**

2    **400:**          LA 2-400, 97.  98 on the 2002 victim.  En

3                      route to 1182 on Record (phonetic).

4    **Dispatch 3:**   400, 10-4.  Showing en route 823 North

5                      Record.

6    **S-12:**         82-S-12, if we can go counter reports,

7                      please.

8    **Dispatch 3:**   82-S-12, 10-4.  We'll go to counters.

9      **CALL 30 - CALL ON WEDNESDAY, MAY 4, 2022, 11:38:41 A.M.**

10   **650:**          83-650, is there any responding units coming

11                     up quick?

12   **MAZEEP 1:**     MAZEEP 1, I'm westbound west of Paramount.

13   **Dispatch 2:**   Yeah, MAZEEP 1 is westbound west Paramount.

14                     Go ahead.

15   **650:**          Copy.

16   **Dispatch 2:**   650, copy.

17     **CALL 31 - CALL ON WEDNESDAY, MAY 4, 2022, 11:39:17 A.M.**

18   **Mary-2:**       Mary-2.

19   **Dispatch 3:**   Mary-2, go ahead.

20   **Mary-2:**       Can you contact Paramount SO and they can

21                     help us clear out the Paramount and Garfield

22                     over the 105.

23   **Dispatch 3:**   10-4.  We'll advise SO they can assist and

24                     clean out Paramount and Garfield over the

25                     105.

                              -15-

| | | |
|---|---|---|
| 1 | **David-16:** | 83-David-16 on the yellow.  Can you advise |
| 2 | | best access? |
| 3 | **Dispatch 3:** | Can a unit advise best access for 83 David |
| 4 | | 16. |
| 5 | **LASO Air 8:** | LA CHP on the yellow.  Sheriff's Air 8, |
| 6 | | we're clearing the area.  CHP Airship is |
| 7 | | coming overhead just to the north of the 105 |
| 8 | | at South Gate, south of the 105.  It's going |
| 9 | | to be Paramount if you guys want to shut |
| 10 | | down Garfield from the overpass and see if |
| 11 | | you can contact those agencies. |
| 12 | **Dispatch 3:** | Sheriff Air 8, 10-4.  North of the overpass |
| 13 | | at South Gate and south of Paramount.  We'll |
| 14 | | advise them.  Showing 98, CHP responding 97, |
| 15 | | and any unit can advise of best access.  Is |
| 16 | | it Paramount on for 83 David 16? |
| 17 | | **CALL 32 - CALL ON WEDNESDAY, MAY 4, 2022, 11:39:52 A.M.** |
| 18 | **652:** | 652, I'm 97 on the air.  Confirm with S-11. |
| 19 | | He wants to divert all traffic south of |
| 20 | | Paramount? |
| 21 | **Dispatch 2:** | 83-S-11. |
| 22 | **S-11:** | Yeah, that's affirm.  If you have any |
| 23 | | responding units, tell them to take the |
| 24 | | center median. |
| 25 | **Dispatch 2:** | 652, that affirm.  Divert off of Paramount. |

-16-

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1              Any other responding units take the center

 2              median.

 3  S-11:       83-S-11, we're Code 4 here as well.  The

 4              party is being worked on by county fire.

 5  Dispatch 2: 3-S-11, I copy.  Code 4 there at the scene.

 6              Party is being worked on by county fire.

 7              West 105 over Garfield.

 8    CALL 33 - CALL ON WEDNESDAY, MAY 4, 2022, 11:40:43 A.M.

 9  S-12:       S-12, I believe it's going to be wrong way

10              from Garfield, best access.

11  Dispatch 3: 83 David-16, wrong way from Garfield.

12              Garfield onto westbound 105 and back up.

13  David-16:   David-16, I copy that.  Thank you.

14  Dispatch 3: 10-4.

15  862:        Hey, Los Angeles 862, I'm yellow, overhead

16              now.

17  Dispatch 3: 862 on the yellow, overhead.

18    CALL 34 - CALL ON WEDNESDAY, MAY 4, 2022, 11:41:29 A.M.

19  S-12:       S-12, 97.

20  Dispatch 3: 82-S-12, 10-97.

21    CALL 35 - CALL ON WEDNESDAY, MAY 4, 2022, 11:41:45 A.M.

22  862:        And LA 862, for the units responding as

23              well, just to confirm, it is Garfield I'd be

24              on and wrong way.

25  Dispatch 3: 862, 10-4.  Access Garfield on and the wrong
```

-17-

DOJ02441

1           way.

2       **CALL 36 - CALL ON WEDNESDAY, MAY 4, 2022, 11:42:14 A.M.**

3   **S-12:**         82-S-12, command post will be on westbound

4                     105 underneath Garfield.

5   **Dispatch 3:**   83-S-12, 10-4.  Command post is westbound

6                     105 underneath Garfield.

7   **400:**          LA 400, I'm going to divert for 11-83,

8                     westbound 10 to the 710 north, 710 south

9                     transition (inaudible) by citizens.

10  **Dispatch 3:**   400, at westbound 10 at southbound 710?

11  **400:**          400, that's affirm.

12  **Dispatch 3:**   10-4.  I'll show you en route for a citizen

13                    report of a TC on the trans road.

14      **CALL 37 - CALL ON WEDNESDAY, MAY 4, 2022, 11:42:58 A.M.**

15  **MAZEEP 1:**     MAZEEP 1, Caltrans 97 and is flaring off all

16                    lanes to Paramount.  Closure is going to be

17                    established as of now.

18  **Dispatch 2:**   Closure is established as of now, Paramount

19                    off.  All vehicles being diverted that way.

20                    Caltrans is 97.

21  **650:**          650, copy.

22  **Dispatch 2:**   650 copies that.

23      **CALL 38 - CALL ON WEDNESDAY, MAY 4, 2022, 11:43:25 A.M.**

24  **Frank-2:**      LA to Q, Frank-2, David-2 and David-6, 97 at

25                    the 1199.

                            -18-

DOJ02442

1  **Dispatch 3:**    Frank 2, David 2, and David 6, 97.

2     **CALL 39 - CALL ON WEDNESDAY, MAY 4, 2022, 11:44:29 A.M.**

3  **L-1:**            LA 82-L-1 and L-2 are en route.

4  **Dispatch 3:**    L-1 and L-2 en route.

5     **CALL 40 - CALL ON WEDNESDAY, MAY 4, 2022, 11:44:45 A.M.**

6  **650:**            650, 27, 29.

7  **Dispatch 2:**    650, 27, 29, go ahead.

8  **650:**            Is David 8252797.

9  **Dispatch 2:**    David 8252797, stand by.

10    **CALL 41 - CALL ON WEDNESDAY, MAY 4, 2022, 11:46:02 A.M.**

11 **David-16:**      16, 10-97.

12 **Dispatch 3:**    83-David-16, 10-97.

13 **620:**            82-620, I'm 97.

14 **Dispatch 3:**    82-620, 10-97.

15    **CALL 42 - CALL ON WEDNESDAY, MAY 4, 2022, 11:46:23 A.M.**

16 **Dispatch 2:**    650, John Alaniz is valid, male Black/Brown,

17                   5'4", 230.  Stand by for a 29.

18    **CALL 43 - CALL ON WEDNESDAY, MAY 4, 2022, 11:47:26 A.M.**

19 **862:**            Los Angeles 862.

20 **Dispatch 3:**    862, go ahead.

21 **862:**            Just to advise, there's numerous vehicles

22                   stopped and double parking on Garfield over

23                   the 105, a bunch of spectators there.  One,

24                   for officer safety and also if you have one

25                   unit there that can start moving those

                            -19-

1          vehicles.  They're starting to cause some

2          delays.

3  **Dispatch 3:**    862, 10-4.  There's numerous vehicles

4          stopped and double parked on Garfield.  This

5          is a 10-39 to Southgate PD and to Lakewood

6          SO to clear out Garfield over the 105.

7  **David-9:**    82-David-9, we're in position.  We'll clear

8          those vehicles out.

9  **Dispatch 3:**    82-David-9 in position.  Will clear the

10          vehicles out.

11  **David-9:**    And 82-David-9, to expedite the removing of

12          vehicles, we'll be blocking southbound

13          Garfield at Howery Street.

14  **Dispatch 3:**    David-9, 10-4.  Will be blocking southbound

15          Garfield at Howery Street.

16    **CALL 44 - CALL ON WEDNESDAY, MAY 4, 2022, 11:49:14 A.M.**

17  **862:**    10-LA-862, looks like you've already got a

18          couple of SOs here, started to assist with

19          the removal of the vehicles on Garfield.

20  **Dispatch 3:**    862, 10-4.  A couple of SO are 97 assisting

21          in removing the vehicles.

22    **CALL 45 - CALL ON WEDNESDAY, MAY 4, 2022, 11:50:22 A.M.**

23  **Dispatch 3:**    82-S-12 LA?

24    **CALL 46 - CALL ON WEDNESDAY, MAY 4, 2022, 11:50:49 A.M.**

25  **862:**    LA 862, it looks like they're putting the

-20-

1              pedestrian into the ambulance now.

2  **Dispatch 3:**   862, 10-4.  Putting the pedestrian into the

3              ambulance now.

4  **S-12:**       Being transported to Saint Francis.

5  **Dispatch 3:**   S-12, 10-4.  To Saint Francis.  And S-12,

6              5-C is making a callout to C-A-T and MAIT.

7    **CALL 47 - CALL ON WEDNESDAY, MAY 4, 2022, 11:51:50 A.M.**

8  **400:**        The party's vehicle is movable, and will be

9              710 south.  It's south of the 10.

10 **Dispatch 3:**   400, copy.  Yeah, southbound 710 just south

11             of the 10.

12 **400:**        The party has advised CHP he has AAA on the

13             way.  Can you confirm and then get ETA on

14             the tow (inaudible)?

15 **Dispatch 3:**   400, go with the vehicle description and the

16             party's name or membership number.

17   **CALL 48 - CALL ON WEDNESDAY, MAY 4, 2022, 12:01:48 P.M.**

18 **S-3:**        LA 82-S-3, 97.

19 **Dispatch 3:**   82-S-3, 97 westbound 105.

20 **Frank-1:**     Frank-1, same traffic.

21 **Dispatch 3:**   Frank-1 showing 97.

22   **CALL 49 - CALL ON WEDNESDAY, MAY 4, 2022, 12:03:16 P.M.**

23 **Dispatch 3:**   82-S-12, Caltrans is en route for the

24             closure.

25   **CALL 50 - CALL ON WEDNESDAY, MAY 4, 2022, 12:03:53 P.M.**

                          -21-

DOJ02445

Sandra Kirkman v. Carlos Alante, State of California, et al., 2:23-cv-07532-DMG-SSC

| | | |
|---|---|---|
| 1 | **Dispatch 3:** | 82-S-12 LA? |
| 2 | **S-12:** | 12. |
| 3 | **Dispatch 3:** | Caltrans is en route and will issue a SIG |
| 4 | | alert.  Just confirm westbound 105 at |
| 5 | | Garfield and are any on-ramps closed? |
| 6 | **S-12:** | S-12, that can be affirm.  The Garfield |
| 7 | | on-ramp to the northbound 710 and westbound |
| 8 | | 105 will be shut down. |
| 9 | **Dispatch 3:** | 10-4.  Will issue a SIG alert and |
| 10 | | (inaudible) westbound 105 at Garfield and |
| 11 | | Garfield onto northbound 710 and westbound |
| 12 | | 105. |
| 13 | **CALL 51 - CALL ON WEDNESDAY, MAY 4, 2022, 12:17:55 P.M.** | |
| 14 | **S-12:** | S-12. |
| 15 | **Dispatch 3:** | S-12, go ahead. |
| 16 | **S-12:** | S-12, best access is going to be the |
| 17 | | Garfield on-ramp to the westbound 105, and |
| 18 | | new command post is going to be set up at |
| 19 | | the westbound 105 to the 710 since that's |
| 20 | | going to be the access point, and that's |
| 21 | | where we'll establish the command post. |
| 22 | **Dispatch 3:** | 82-S-12, 10-4.  The new command post will be |
| 23 | | established westbound 105 to the -- to the |
| 24 | | 710 connector, and the best access is |
| 25 | | Garfield on-ramp to the westbound 105. |

DOJ02446

1     **CALL 52 - CALL ON WEDNESDAY, MAY 4, 2022, 12:27:46 P.M.**

2  **S-12:**          82-S-12.

3  **Dispatch 3:**    82-S-12, go ahead.

4  **S-12:**          82-S-12, just to confirm, media staging is

5                     going to be on Garfield over the 105.

6  **Dispatch 3:**    10-4.  Media staging on Garfield over the

7                     105.

8     **CALL 53 - CALL ON WEDNESDAY, MAY 4, 2022, 12:29:02 P.M.**

9  **S-211:**         S-211.

10 **Dispatch 2:**    S-211, go ahead.

11 **S-211:**         I know we have a hard closure in place, but

12                    this incident started back at Lakewood and

13                    Florence.  We don't want anybody leaving yet

14                    in case they saw something that might have

15                    occurred between Lakewood and the location

16                    where I'm at now.  So, we need to have the

17                    units that are here, if they're leaving

18                    (inaudible) either ask to speak to the

19                    person if they saw anything and jot down a

20                    name of who might have seen something.  This

21                    started back at Lakewood.

22 **Dispatch 2:**    You're a little broken.  I copy some of it.

23                    The incident started back at Lakewood and

24                    for our units to question anyone that may

25                    have seen anything in that area from

                                -23-

 1                  Lakewood to the location you're at.

 2     **CALL 54 - CALL ON WEDNESDAY, MAY 4, 2022, 1:56:31 P.M.**

 3   **82-C:**        LA 82-C, show me 10-97 at the scene.

 4   **Dispatch 3:**  82-C, 97.

 5     **CALL 55 - CALL ON WEDNESDAY, MAY 4, 2022, 3:26:01 P.M.**

 6   **82-C:**        LA 82-C, show me 10-98 en route to 19.

 7   **Dispatch 4:**  82-C, 10-98 en route to 19.

 8   **L-1:**         LA 2-L-1, same traffic.

 9   **Dispatch 4:**  82-L-1, 10-4, 98.

10     **CALL 56 - CALL ON WEDNESDAY, MAY 4, 2022, 3:27:29 P.M.**

11   **Dispatch 3:**  82-S-12 or S-4, just confirm the -- for

12                   Baldwin Park to respond to the scene for the

13                   Mandarin translation.

14   **S-4:**         82-S-4, give me one second, ma'am.

15   **Dispatch 4:**  10-4.

16   **David-9:**     Yeah, 82-David-9, the heavy duty 11-85 is

17                   97.

18   **Dispatch 4:**  82-David-9, copy.  The heavy duty 11-85 is

19                   97.

20     **CALL 57 - CALL ON WEDNESDAY, MAY 4, 2022, 3:30:02 P.M.**

21   **S-4:**         82-S-4, can the -- you have that BP unit

22                   respond to the scene, please.

23   **Dispatch 4:**  82-S-4, 10-4, will do.

24     **CALL 58 - CALL ON WEDNESDAY, MAY 4, 2022, 3:31:55 P.M.**

25   **Dispatch 4:**  82-S-4, Baldwin Park is en route to the

                              -24-

DOJ02448

|    |            |                                                        |
|----|------------|--------------------------------------------------------|
| 1  |            | scene.  And Lakewood is advising they're               |
| 2  |            | posted on Garfield north of the 105 and                |
| 3  |            | Garfield south of the 105.                             |
| 4  | **S-4:**       | LA 82-S-4, copy.                                       |
| 5  | **Dispatch 4:** | 82-David-9, you're on Garfield north of of           |
| 6  |            | the 105?                                               |
| 7  | **David-9:**   | David-9, that's affirm.  Holding the on-ramp          |
| 8  |            | to the 105.                                            |
| 9  | **Dispatch 4:** | 10-4.  Lakewood is advising they have to             |
| 10 |            | clear.  They don't have anyone to send to              |
| 11 |            | replace them.  Do I need to send another               |
| 12 |            | unit there?                                            |
| 13 | **David-9:**   | They have cones in place.  If they have to            |
| 14 |            | clear, have them leave the cones in place,             |
| 15 |            | and that should suffice.                               |
| 16 | **Dispatch 4:** | 10-4.  They have cones in place.  We'll see          |
| 17 |            | if they can leave the cones.  Do I have a              |
| 18 |            | unit on Garfield south of the 105?                     |
| 19 | **David-9:**   | (Inaudible).                                          |
| 20 | **Dispatch 4:** | David-9, sorry.  I couldn't copy.                    |
| 21 | **David-9:**   | LA 82-David-9, that's affirm.  They have a           |
| 22 |            | unit south of the 105 also with cones in               |
| 23 |            | place.  If they can leave the cones in                 |
| 24 |            | place.                                                 |
| 25 | **Dispatch 4:** | 10-4.                                                |

-25-

DOJ02449

1      **CALL 59 - CALL ON WEDNESDAY, MAY 4, 2022, 3:41:06 P.M.**

2  **420:**          82-420, 98.

3  **Dispatch 4:**   82-420, 10-98.

4  **82-C:**         LA 82-C and L-1 at the office.

5  **Dispatch 4:**   82-C and L-1 at the office.

6      **CALL 60 - CALL ON WEDNESDAY, MAY 4, 2022, 4:25:44 P.M.**

7  **74:**           82-74, did you copy.  I'm 97 at Garfield

8                    onto west 105 to relieve the unit.

9  **Dispatch 4:**   74, I copy your 10-97 to relieve the unit at

10                   Garfield on-ramp the westbound 105.

11 **Officer:**      (Inaudible).

12 **Dispatch 4:**   (Inaudible) traffic can you 10-9?

13     **CALL 61 - CALL ON WEDNESDAY, MAY 4, 2022, 4:32:06 P.M.**

14 **Dispatch 4:**   82-S-4 LA.

15 **S-4:**          Go ahead, ma'am.

16 **Dispatch 4:**   S-4, South Gate PD is requesting to know if

17                   Garfield Street can be reopened.  They had

18                   it shut down.

19     **CALL 62 - CALL ON WEDNESDAY, MAY 4, 2022, 4:39:29 P.M.**

20 **David-9:**      LA 82-David-9, I've been relieved by 82-74.

21                   Be en route 10-19.

22 **Dispatch 4:**   David-9, I copy. You've been relieved by

23                   82-74.  Show you en route to 10-19.

24     **CALL 63 - CALL ON WEDNESDAY, MAY 4, 2022, 5:16:30 P.M.**

25 **711:**          Los Angeles 711.

DOJ02450

| | |
|---|---|
| 1 | **Dispatch 4:**   711, go ahead. |
| 2 | **711:**          Yes, ma'am.  Just advising that I am 98 from |
| 3 | the scene at the 105 and Garfield and back |
| 4 | en route to Southern Division. |
| 5 | **Dispatch 4:**   711, I copy you're 98 from the scene.  Can |
| 6 | you just tell me where you're en route to? |
| 7 | **711:**          Southern Division, my home office. |
| 8 | **Dispatch 4:**   711, I copy.  En route to the home office. |
| 9 | **CALL 64 - CALL ON WEDNESDAY, MAY 4, 2022, 5:54:18 P.M.** |
| 10 | **74:**           LA 82-74, do you have traffic? |
| 11 | **Dispatch 4:**   82-S-4, TMC is requesting estimated closure |
| 12 | duration. |
| 13 | **74:**           74, can you 10-9? |
| 14 | **Dispatch 4:**   74, TMC is requesting an estimated closure |
| 15 | duration. |
| 16 | **CALL 65 - CALL ON WEDNESDAY, MAY 4, 2022, 5:54:52 P.M.** |
| 17 | **74:**           82-74, unknown at this time. |
| 18 | **Dispatch 4:**   2-74 -- 4, I copy. |
| 19 | **CALL 66 - CALL ON WEDNESDAY, MAY 4, 2022, 8:17:59 P.M.** |
| 20 | **500:**         LA 82-500, I'll be 98. |
| 21 | **Dispatch 4:**   82-500, 10-98. |
| 22 | **S-4:**         82-S-4. |
| 23 | **Dispatch 4:**   82-S-4, go ahead. |
| 24 | **S-4:**         (Inaudible) roadway is going to be open and |
| 25 | (inaudible) let Caltrans pick up the |

-27-

```
 1                    closure.  Can you do me a favor?  Can I --
 2                    could you reach out to Santa Fe Springs,
 3                    South LA, and West LA and thank them for
 4                    their help -- help for me, please?
 5   Dispatch 4:   80 -- 82-S-4, I copy, officer.
 6      CALL 67 - CALL ON WEDNESDAY, MAY 4, 2022, 8:41:36 P.M.
 7   74:           LA 82-74, closure has been picked up.
 8                    Everything is all open.  I'll be 98.
 9   Dispatch 5:   74, 10-4.
10                      - RECORDING CONCLUDED -
11
12                         --o0o--
13
14
15
16
17
18
19
20
21
22
23
24
25
```

-28-

DOJ02452

1              TRANSCRIBER'S CERTIFICATE

2

3

4   STATE OF CALIFORNIA      )

5                            )  ss.

6   COUNTY OF SACRAMENTO     )

7

8

9       This is to certify that I, Tamyra Morgan, transcribed

10  the audio recording of Dispatch Transmissions taken on

11  May 4, 2022; that the pages numbered 1 through 28

12  constitute said transcript; that the same is a complete and

13  accurate transcription of the aforesaid to the best of my

14  ability.

15

16      August 29, 2022

17                          *Tamyra Morgan*

18

19                          Tamyra Morgan
                            Foothill Transcription Company

20

21

22

23

24

25              --o0o--

                -29-

DOJ02453