# EXHIBIT 11

A true and correct copy of law enforcement dispatch transmission recordings from May 4, 2022 produced pursuant to subpoena by the California Department of Justice, California Police Shooting Investigation Team as as DOJ00221.WAV. A storage device with the recording is being separately transmitted to the Court.