# EXHIBIT 12

Deposition of

# Cecil Daniel Verdugo

November 19, 2024

Sandra Kirkman

vs.

State of California



```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4   SANDRA KIRKMAN AND CARLOS        )
     ALANIZ, INDIVIDUALLY AND AS      )
 5   SUCCESSORS-IN-INTEREST TO JOHN   )
     ALANIZ, DECEASED,                )
 6                                    )
                 Plaintiffs,          )
 7                                    )
        vs.                           ) 2:23-cv-07532
 8                                    ) DMG-SSC
     STATE OF CALIFORNIA; RAMON SILVA;)
 9   AND DOES 1-10, INCLUSIVE,        )
                                      )
10               Defendants.          )
     _____)
11

12     REMOTE DEPOSITION OF CECIL DANIEL VERDUGO, taken on

13       behalf of Defendants at 1:03 p.m., Tuesday,

14     November 19th, 2024, before Michael G. McMorran,

15   Certified Shorthand Reporter No. 13735 of the State of

16           California, RPR, pursuant to Notice.

17                     Job No. 10153335

18

19

20

21

22

23

24

25
```

```
 1      A      It is first word D-e-l, second word
 2   T-o-r-n-a-s-o-l.
 3      Q      Thank you.  Now, it's my understanding that
 4   you were a witness to an incident that took place on
 5   May 4th of 2022 on the 105 freeway in Paramount,
 6   California; is that correct?
 7      A      It is.
 8      Q      Can you walk me through that date and time,
 9   what you were doing?
10      A      My son Joseph and I were on our way to where I
11   used to be employed in Port of L.A.  I had just merged
12   onto the 105 freeway headed west.
13             And as traffic was slowing, and I merged over
14   to -- I guess probably the third lane.  And I must have
15   been doing 20 miles an hour, something to that effect.
16   And the truck that I was passing was all but stopped.
17             And there was a commotion going on that I
18   didn't get the gist of until a gentleman jumped out in
19   front of me, and I hit . . .
20             Actually, he just didn't casually jump out in
21   front of me.  He charged me, much like a football
22   player would, I suppose.  And he fell, got up and kept
23   on walking.
24             I, of course, passed it all up and parked.
25   And maybe a block and a half, maybe more, and other
```

1   ==gentlemen were trying to help him, I guess.==
2   ==In retrospect, I found out they were trying to==
3   ==help him, you know, save him from himself, I guess.==
4   ==Nonetheless, I parked and remained there for the==
5   ==duration.==
6       Q    Okay.  So I want to unpack that a little bit.
7   So you were with your son, Joseph.  And that's
8   Joseph Verdugo?
9       A    It is.
10      Q    Okay.  And were you driving?
11      A    Yes.
12      Q    And Joseph was your passenger?
13      A    He was.
14      Q    And what kind of car were you driving that
15  day?
16      A    2016 Chevy Silverado.
17      Q    And what color was it?
18      A    Silver.
19           (Reporter clarification.)
20  BY MS. REYES:
21      Q    Okay.  Now, you were on the 105 freeway headed
22  west, and you merged into the third lane; is that
23  correct?
24      A    Yes.
25      Q    And you said you were traveling about 20 miles

```
 1              And, again, he charged my truck.
 2      Q    Now, with the commotion, how many people did
 3   you see in the lane that you just described?
 4      A    I couldn't guess because I saw the count of
 5   the people that were in that pickup truck.  It was a
 6   work pickup truck.  There were three -- I believe three
 7   men, gentlemen in there, and then the person in
 8   question.
 9      Q    Okay.  And when you saw, you know, the person
10   in question, did he have any visible injuries?
11      A    Couldn't really tell to tell you honestly.
12   There was blood on my truck after the fact.
13              But from what I understand, the truck hit him
14   at much higher speed.  And so, you know, that may have
15   been, you know, from that impact, not mine.  I don't
16   know.
17      Q    Okay.  Now, after, you know, you saw this
18   commotion going on as you described, you said that the
19   individual in question had charged at your vehicle?
20      A    Yes.
21      Q    Can you describe that for me a little bit
22   more?
23      A    Okay.  If you can picture this, you know,
24   picture the football players as they move, you know,
25   and he actually made a move if I can -- you can't see
```

 1  me.
 2          He charged me like this.  It was a stout guy.
 3  And I could imagine he must have played football or
 4  something, but that's what it seemed like to me.  I'm
 5  not a sports guy, but that's what it looked like to me.
 6          He broke away from the gentlemen.  I couldn't
 7  tell you how many of them were trying to hold him or
 8  something to that effect, and he ran into my truck.
 9     Q    And just for the record -- so what you were
10  describing as a football move was just someone charging
11  with full force?
12          Was he sprinting?
13     A    He moved like that.
14     Q    Okay.  So he moved forward pretty abruptly; is
15  that accurate?
16     A    Mmm-hmm.
17     Q    And did he -- when he charged at your vehicle,
18  do you recall whether he ducked his head down to charge
19  as well, or did he just charge it with his -- with the
20  middle of his body?
21     A    He had cowered down because, you know, when I
22  hit him, I couldn't see him, not all of him anyway.
23     Q    Now, you had said that he had broke away from
24  a gentleman.  Do you recall if any of the gentlemen
25  that were around him prior to him charging at your

```
1    truck had any sort of safety vest on?
2         A    Actually did.  I can remember.  It's like --
3    you've probably seen it before -- traffic safety,
4    reflective stripes on it, and they were bright orange.
5         Q    Now, what part of your vehicle did the
6    individual hit when he charged your vehicle or charged
7    at your vehicle?
8         A    I mean, he broke the grill and dented the
9    hood.
10        Q    And --
11        A    Very front of it.  I'm sorry.
12        Q    No, that's okay.
13             What did the individual do after he hit your
14   car?
15        A    He -- I couldn't tell you if he fell because,
16   you know, obviously I can't see.  The truck is kind of
17   high.  The next thing I know, he's up and walking.
18             And I think -- you know, because I did look
19   back.  I was just, you know, kind of dazed by it all.
20             As I parked, the other guys that were, you
21   know, involved in it, so to speak, were trying to hold
22   him.  But he charged on and walked off and passed me
23   up.
24             I thought, quite frankly, he was going to stop
25   at me.  But, no, he passed right up and kept on
```

1   walking.  And that's all I know.
2        Q    Now, after he got hit and you saw him just,
3   you know, get up and continue to walk, did you see any
4   visible injuries on him at that time?
5        A    No.
6        Q    No?
7        A    No.  I'm sorry.  You didn't hear me.
8        Q    And what did you do after -- after he had
9   darted in front of your car?
10       A    What happened after?
11       Q    Yes.  Like, what did you do after that
12  happened?
13       A    My jaw dropped.  I'm sorry.  I remained there
14  for seconds.  And then thinking that I maybe was the
15  cause of an accident or whatever that you might think
16  or an individual, I moved over.
17            Didn't know really what to do.  But, again, I
18  went to the emergency lane there, to the right.  You
19  know, didn't even coast.  I was creeping, actually, and
20  then, again, I stopped.
21       Q    Did you try and talk to the individual at all
22  after you stopped?
23       A    Did not.
24       Q    Now, after the individual darted and ran into
25  your vehicle, did you -- can you describe his demeanor

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2
 3   STATE OF CALIFORNIA        )
                                ) SS.
 4   COUNTY OF ORANGE           )
 5
 6            I, Michael McMorran, hereby certify:
 7            I am a duly qualified Certified Shorthand
 8   Reporter in the state of California, holder of
 9   Certificate Number CSR 13735 issued by the Court
10   Reporters Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)).
12            I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b), and prior to being
15   examined, the witness was first duly sworn by me. (Fed.
16   R. Civ. P. 28(a), 30(f)(1)).
17            I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ.
21   P. 28).
22            I am the deposition officer that
23   stenographically recorded the testimony in the
24   foregoing deposition and the foregoing transcript is a
25                         /  /  /
```

```
 1   true record of the testimony given by the witness.
 2   (Fed. R. Civ. P. 30(f)(1)).
 3            Before completion of the deposition, review of
 4   the transcript [ X ] was [   ] was not requested.  If
 5   requested, any changes made by the deponent (and
 6   provided to the reporter) during the period allowed,
 7   are appended hereto.  (Fed. R. Civ. P. 30(e)).
 8
 9   Dated: 11/21/2024
10
11
12
13                MICHAEL G. MCMORRAN, CSR No. 13735
14
15
16
17
18
19
20
21
22
23
24
25
```