# EXHIBIT 13

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC   Document 60-17   Filed 01/24/25   Page 2 of 2   Page ID #:1013
Sandra Kirkman v. Carlos Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC



DOJ01786