# EXHIBIT 14

A true and correct copy of the video from Ramon Silva's BWC of the May 4, 2022 incident produced by CHP during discovery as STATEOFCA 007879 with the file name Axon Body 2 Video X81626525 2022-05-01 112520.MP4.  A storage device with the video recording is being separately transmitted to the Court.