# EXHIBIT 15

1          TRANSCRIPTION OF RECORDED INTERVIEW

2

3                    OF

4

5           JONATHAN VAN DRAGT

6

7             MAY 10, 2022

8        MONTEREY PARK, CALIFORNIA

9

10

11

12

13

14

15

16

17

18 Interviewed by:   Sergeant Sean Pomerleau,

19                 Sergeant Adam Taylor,

20                 CALIFORNIA HIGHWAY PATROL

21

22

23      The record reflects all relevant statements and conversations occurring during the course of the interrogation, but is not verbatim.  For clarity,

24 superfluous words, phrases, verbal pauses and/or inaudible tones have been eliminated.

25

-1-

STATEOFCA000067

JONATHAN VAN DRAGT   **CONFIDENTIAL**   MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

1                                                      May 10, 2022

2                          --OOO--

3  **Pomerleau:**       Good afternoon.  Before we get started, I'd

4                       like the opportunity to go around the table

5                       and introduce everyone present by name, ID

6                       number, and what office and role you're

7                       assigned.  I'll start off.  Today's date is

8                       May 10th, 2022.  Time is 1135 hours.  My

9                       name is Sergeant Shawn Pomerleau, ID 16129.

10                      I'm with the Southern Division Critical

11                      Incident Investigation Team.  This is case

12                      number C22501003.  We're at the East Los

13                      Angeles CHP Station.

14 **Taylor:**          Sergeant Adam Taylor, ID 15633, the Southern

15                      Division Critical Incident Investigation

16                      Team.

17 **Whittenberg:**     Bob Whittenberg, area rep Santa Fe Springs

18                      Area.

19 **Van Dragt:**       John Van Dragt, ID 18412, out of Santa Fe

20                      Springs CHP.

21 **Cheek:**           Jose Cheek, he represented the California

22                      Association of Highway Patrolmen and rep for

23                      Van Dragt.

24 **Pomerleau:**       All right, thank you.  We're here to provide

25                      a voluntary statement from Officer Jonathan

-2-

| | | |
|---|---|---|
| 1 | | Van Dragt regarding the officer involved |
| 2 | | shooting that occurred on May 4th, 2022. |
| 3 | | And just to clarify the questions we're |
| 4 | | going to ask, unless otherwise noted, are |
| 5 | | only for the events that occurred on May |
| 6 | | 4th, okay? |
| 7 | **Van Dragt:** | Okay. |
| 8 | **Pomerleau:** | All right. Tell me about the previous 24 |
| 9 | | hours prior to your shooting. |
| 10 | **Cheek:** | He's not going to answer that unless he's |
| 11 | | compelled. |
| 12 | **Pomerleau:** | Noted. What was the last shift you work |
| 13 | | prior to the shift on which this incident |
| 14 | | took place? |
| 15 | **Van Dragt:** | I worked my graveyard shift the night before |
| 16 | | so from 2130 to 0600. |
| 17 | **Pomerleau:** | And that was on May 3rd? |
| 18 | **Van Dragt:** | Yes. |
| 19 | **Pomerleau:** | And you mentioned you had an hour an hour |
| 20 | | and a half sleep prior to -- |
| 21 | **Van Dragt:** | About an hour and 10 minutes. Yes, sir. |
| 22 | **Pomerleau:** | Where are you on time to the morning of the |
| 23 | | detail of the MAZEEP. |
| 24 | **Van Dragt:** | So, I was a little behind schedule that |
| 25 | | morning. I wasn't necessarily late, but I |

-3-

JONATHAN VAN DRAGT    **CONFIDENTIAL**
**SUBJECT TO STIPULATED PROTECTIVE ORDER**
STATEOFCA000069
MAY 10, 2022

| | | |
|---|---|---|
| 1 | | did come across a 2002 suspect on my way to |
| 2 | | the detail that morning, so that made me a |
| 3 | | little later. |
| 4 | **Pomerleau:** | Tell me about the detail you're working. |
| 5 | | What was the location of it? |
| 6 | **Van Dragt:** | So, I was working the Eastbound 105, |
| 7 | | Studebaker off-ramp. They were doing |
| 8 | | something with the dirt hill there. They |
| 9 | | were repairing the hill or something with |
| 10 | | it. So, we had all traffic diverted to the |
| 11 | | 605 with that ramp closed, the off-ramp was. |
| 12 | **Pomerleau:** | Do you have any secondary employment? |
| 13 | **Van Dragt:** | No. |
| 14 | **Pomerleau:** | Do you take prescription medication? |
| 15 | **Cheek:** | He's not going to answer that unless he's |
| 16 | | compelled. |
| 17 | **Pomerleau:** | Noted. Do you use any illegal drugs? |
| 18 | **Van Dragt:** | No. |
| 19 | **Pomerleau:** | Do you have any medical conditions that |
| 20 | | might impact your judgment or physical |
| 21 | | abilities? |
| 22 | **Van Dragt:** | No. |
| 23 | **Pomerleau:** | You mentioned that you had some hearing |
| 24 | | issues after the incident. Did you report |
| 25 | | this? |

-4-

STATEOFCA000070

JONATHAN VAN DRAGT    **CONFIDENTIAL**    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Van Dragt:** | Yes. |
| 2 | **Pomerleau:** | Have you seen a physician for these |
| 3 | | injuries? |
| 4 | **Van Dragt:** | Not yet. |
| 5 | **Pomerleau:** | Do you have any vision problems? |
| 6 | **Van Dragt:** | No. |
| 7 | **Pomerleau:** | Do you wear glasses? |
| 8 | **Van Dragt:** | Yes. |
| 9 | **Pomerleau:** | What is your measure of vision acuity, if |
| 10 | | you know. |
| 11 | **Van Dragt:** | I don't know. |
| 12 | **Pomerleau:** | Do you wear contact lenses? |
| 13 | **Van Dragt:** | I do but not on the day of the incident. |
| 14 | **Pomerleau:** | On the day of the incident, were you wearing |
| 15 | | a jacket? |
| 16 | **Van Dragt:** | No. |
| 17 | **Pomerleau:** | You were wearing a gun belt, correct? |
| 18 | **Van Dragt:** | Yes. |
| 19 | **Pomerleau:** | Were you wearing a department-issued |
| 20 | | firearm? |
| 21 | **Van Dragt:** | Yes. |
| 22 | **Pomerleau:** | Did you discharge your primary firearm the |
| 23 | | morning of the incident? |
| 24 | **Van Dragt:** | No. |
| 25 | **Pomerleau:** | Has there been any special modifications to |

–5–

JONATHAN VAN DRAGT      **CONFIDENTIAL**      MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | your firearm? |
| 2 | **Van Dragt:** | No. |
| 3 | **Pomerleau:** | How about a weapon mounted light? |
| 4 | **Van Dragt:** | No. |
| 5 | **Pomerleau:** | Changed grips? |
| 6 | **Van Dragt:** | No. |
| 7 | **Pomerleau:** | Were you using department-issued ammunition |
| 8 | | at the time of the incident? |
| 9 | **Van Dragt:** | Yes. |
| 10 | **Pomerleau:** | What are the number of rounds you have in |
| 11 | | your firearm? |
| 12 | **Van Dragt:** | So, 15 in the magazine and one of the |
| 13 | | chamber. |
| 14 | **Pomerleau:** | Were you trained to use this firearm at the |
| 15 | | academy or transitioned into the field? |
| 16 | **Van Dragt:** | Transition in the field. |
| 17 | **Pomerleau:** | Do you recalled your la$t date of |
| 18 | | qualification? |
| 19 | **Van Dragt:** | I don't know. |
| 20 | **Pomerleau:** | Were you wearing an electronic control |
| 21 | | device that morning? |
| 22 | **V.an Dragt:** | Yes. |
| 23 | **Pomerleau:** | Were you wearing a department issued ECD? |
| 24 | **Van Dragt:** | Yes. |
| 25 | **Pomerleau:** | Is it the TaserX2? |

-6-

STATEOFCA000072

JONATHAN VAN DRAGT    **CONFIDENTIAL**                    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Van Dragt:** | I believe so.  I don't know the exact — we |
| 2 | | used to have the X26, I believe, so I think |
| 3 | | this was the X2. |
| 4 | **Pomerleau:** | Okay.  Did you test the ECD prior to |
| 5 | | starting your shift? |
| 6 | **Van Dragt:** | I don't recall. |
| 7 | **Pomerleau:** | Did you check out the ECD on a sign out |
| 8 | | sheet or anything of that nature? |
| 9 | **Van Dragt:** | I believe so, yes.  I had — I had worked |
| 10 | | two days in a row.  So, I that same taser |
| 11 | | for a few days, so. |
| 12 | **Pomerleau:** | Do you recall the last date of your |
| 13 | | department certification on ECD? |
| 14 | **Van Dragt:** | I don't recall. |
| 15 | **Pomerleau:** | That morning, were you wearing a handheld |
| 16 | | radio? |
| 17 | **Van Dragt:** | Yes. |
| 18 | **Pomerleau:** | Was there anything else on your belt?  You |
| 19 | | already mentioned the RCB.  There's things |
| 20 | | that we've already mentioned in the other |
| 21 | | interview. |
| 22 | **Van Dragt:** | The only thing I didn't mentioned earlier |
| 23 | | was my keyholder.  I had a keyholder on me. |
| 24 | **Pomerleau:** | The morning of the incident, were you |
| 25 | | wearing sunglasses? |

JONATHAN V'AN DRAGT    **CONFIDENTIAL**
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

STATEOFCA000073

MAY 10, 2022

| | | |
|---|---|---|
| 1 | **Van Dragt:** | No. |
| 2 | **Pomerleau:** | Was your uniform damaged as a result of the |
| 3 | | incident? |
| 4 | **Van Dragt:** | No. |
| 5 | **Pomerleau:** | Was any of your equipment damaged during the |
| 6 | | incident? |
| 7 | **Van Dragt:** | No. |
| 8 | **Pomerleau:** | Was your vehicle equipped with MVARS or |
| 9 | | WMVARS. |
| 10 | **Van Dragt:** | MVARS. |
| 11 | **Pomerleau:** | Was the video functioning? |
| 12 | **Van Dragt:** | Yes. |
| 13 | **Pomerleau:** | How did you verify it was functioning? |
| 14 | **Van Dragt:** | It was on during the event?  I saw the red |
| 15 | | light on, and it was recording along with my |
| 16 | | — the mic was green. |
| 17 | **Pomerleau:** | Did you do a pre-patrol check prior to going |
| 18 | | out on your shift? |
| 19 | **Van Dragt:** | No.  Oh, pre-patrol for the patrol vehicle? |
| 20 | **Pomerleau:** | For the MVARS. |
| 21 | **Van Dragt:** | No. |
| 22 | **Pomerleau:** | Was the audio functioning? |
| 23 | **Van Dragt:** | Yes, I believe so.  The mike was working. |
| 24 | **Pomerleau:** | Okay.  How did you verify it was |
| 25 | | functioning? |

-8-

STATEOFCA000074

JONATHAN VAN DRAGT    **CONFIDENTIAL**    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Van Dragt:** | Oh, I — due to the fact that I saw the |
| 2 | | light was on.  It was green. |
| 3 | **Pomerleau:** | Did you fill out a 36D and sign it out at |
| 4 | | the end of the shift for your MVARS? |
| 5 | **Van Dragt:** | For that day? |
| 6 | **Pomerleau:** | For that day. |
| 7 | **Van Dragt:** | No, I've never seen.  I haven't touched it. |
| 8 | | They took my MVARS. |
| 9 | **Pomerleau:** | Okay, but did you sign out the sheet and you |
| 10 | | know how we started sign out like 36D every |
| 11 | | time we go out for MVARS. |
| 12 | **Van Dragt:** | Did I put my name on it in that morning?. |
| 13 | **Pomerleau:** | Right.  And you have to get a disc number |
| 14 | | and all that. |
| 15 | **Van Dragt:** | I don't recall because I was running late so |
| 16 | | I don't know if I did or not.  And I haven't |
| 17 | | seen that sheet. |
| 18 | **Pomerleau:** | And did you turn in your MVARS disc to be |
| 19 | | booked into evidence? |
| 20 | **Van Dragt:** | No.  They — I never saw the car again. |
| 21 | | They took it. |
| 22 | **Pomerleau:** | Okay. |
| 23 | **Van Dragt:** | I believe they pulled the whole unit. |
| 24 | **Pomerleau:** | Got it.  Is the patrol vehicle equipped with |
| 25 | | a siren? |

-9-

STATEOFCA000075

JONATHAN VAN DRAGT     **CONFIDENTIAL**                    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Van Dragt:** | Yes. |
| 2 | **Pomerleau:** | Is this particular patrol vehicle your |
| 3 | | assigned vehicle? |
| 4 | **Van Dragt:** | Yes. |
| 5 | **Pomerleau:** | So, you normally drive this vehicle? |
| 6 | **Van Dragt:** | Yes, every day. |
| 7 | **Pomerleau:** | Do you recall the location of this incident? |
| 8 | **Van Dragt:** | Yes. |
| 9 | **Pomerleau:** | What was that location? |
| 10 | **Van Dragt:** | Westbound 105 just west of Garfield. |
| 11 | **Pomerleau:** | How would you describe the location of the |
| 12 | | incident? |
| 13 | **Van Dragt:** | It's a freeway with a HOV and an unknown |
| 14 | | type, like with four or five lanes. I lose |
| 15 | | track right there with how many lanes. It |
| 16 | | has a right shoulder the dirt embankment. |
| 17 | **Pomerleau:** | What were the weather conditions at the time |
| 18 | | of the incident? |
| 19 | **Van Dragt:** | Just daylight and I believe it was clear. |
| 20 | **Pomerleau:** | Where were you — where were you located |
| 21 | | when you received the call for service for |
| 22 | | this incident? |
| 23 | **Van Dragt:** | I was in the closure, eastbound 105 on the |
| 24 | | Studebaker off. |
| 25 | **Pomerleau:** | When you heard the call for service, can you |

-10-

STATEOFCA000076

JONATHAN VAN DRAGT    **CONFIDENTIAL**                    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | tell me about your mindset. |
| 2 | **Van Dragt:** | I was concerned with the party that had been |
| 3 | | run over, that was being reported was run |
| 4 | | over multiple times. |
| 5 | **Pomerleau:** | How did this make you feel? Anything out of |
| 6 | | the ordinary? |
| 7 | **Van Dragt:** | No. Just wanted to get there and help out. |
| 8 | **Pomerleau:** | Knowing the nature of pedestrian calls |
| 9 | | walking on the freeway, did it raise your |
| 10 | | awareness level in this area? |
| 11 | **Van Dragt:** | I mean pedestrian was always — you never |
| 12 | | know what's going on. So, I'm always more |
| 13 | | aware and more alert. |
| 14 | **Pomerleau:** | When you responded, did you request backup |
| 15 | | or additional units to respond at this point |
| 16 | | with you? |
| 17 | **Van Dragt:** | No. |
| 18 | **Pomerleau:** | When you arrived on scene, did you see |
| 19 | | anything that would indicate members of the |
| 20 | | public were in fear or danger? |
| 21 | **Van Dragt:** | Like I told you earlier the, semitruck |
| 22 | | driver pointing and jumping up and down and |
| 23 | | running — or running towards me, that |
| 24 | | seemed like he was kind of in fear. Like, |
| 25 | | something was going on, but. |

-11-

JONATHAN VAN DRAGT    **CONFIDENTIAL**    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Pomerleau:** | So, you saw several people running on scene. |
| 2 | **Van Dragt:** | Like, the first initial semitruck I came |
| 3 | | across, he ran at me and told me on the |
| 4 | | information, pointing, like almost jumping, |
| 5 | | like, he's that way. And then the initial |
| 6 | | pedestrian that I saw that was a pedestrian, |
| 7 | | he was running towards the motor. |
| 8 | **Pomerleau:** | So, when you saw that what was going through |
| 9 | | your mind at that point? |
| 10 | **Van Dragt:** | It was a little confusion like what's going |
| 11 | | on? Like what's — how is this — this came |
| 12 | | out as a ped that's getting run over and |
| 13 | | lanes and we're so far from that semitruck. |
| 14 | | How are they — I was just more like how are |
| 15 | | this is all involved? Kind of, you know, |
| 16 | | like, because we're far. It!s got to be, I |
| 17 | | want to say, a mile. I mean, it's a long |
| 18 | | way, so. |
| 19 | **Pomerleau:** | So, you arrive on scene. Did you see |
| 20 | | anything when you first noticed the |
| 21 | | pedestrian that would make you believe that |
| 22 | | he was a threat? |
| 23 | **Van Dragt:** | So, like I said when I — the first |
| 24 | | pedestrian was — it wasn't the right one. |
| 25 | | So then when I exited my patrol vehicle and |

-12-

1    I saw he was with his hands in his pockets

2    that and just staring off in the lanes that

3    immediately just brought my awareness up

4    like, okay, something's going on.  So, he --

5    I can say that could be a threat with your

6    hands in your pockets, right?

7  **Pomerleau:**    Do you recall the radio traffic you put out

8    upon arriving on scene?

9  **Van Dragt:**    I believe I went 97, maybe was 297 and then

10    that's all I said.

11  **Pomerleau:**    Did you relay any information from dispatch

12    regarding the movements of the pedestrian or

13    what he was doing with his hands?

14  **Van Dragt:**    No.

15  **Pomerleau:**    What was your thought process as you watched

16    the pedestrian aggressively running towards

17    the patrol unit when you were standing

18    there?

19  **Van Dragt:**    Running towards my location?  I was afraid

20    he was going to attack me.  That was my

21    immediate process and and giving myself more

22    space due to him advancing on me so quickly.

23  **Pomerleau:**    When the pedestrian did this, when he began

24    running out your patrol vehicle or running

25    at you, did you say anything to him to stop

-13-

STATEOFCA000079

JONATHAN VAN DRAGT    **CONFIDENTIAL**    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| 1 | | or did you mention anything? |
|---|---|---|
| 2 | Van Dragt: | I initially advised him to let me see your |
| 3 | | hands and that was the only way I could get |
| 4 | | any -- that was only verbiage I can get out |
| 5 | | due to him advancing me so quickly, trying |
| 6 | | to get time and distance and transitioning |
| 7 | | all at once all in a-matter of seconds. |
| 8 | | Nothing else to say. |
| 9 | Pomerleau: | So, just to clarify, where were you standing |
| 10 | | during the taser deployment? |
| 11 | Van Dragt: | I was moving — I was still moving to the |
| 12 | | front of my patrol vehicle, so like almost |
| 13 | | at the right.  In my mind when I tased -- |
| 14 | | when I deployed my taser, I was at the right |
| 15 | | front of the patrol car like, and then I |
| 16 | | continued my movement.  I ended up over here |
| 17 | | so I believe my taser deployment happened |
| 18 | | somewhere at the left front vendor or on the |
| 19 | | front of the patrol vehicle as he was still |
| 20 | | advancing on me. |
| 21 | Pomerleau: | When you fired your taser, where was the |
| 22 | | other officer in proximity to you? |
| 23 | Van Dragt: | I have no idea other than me hearing the |
| 24 | | shots to my right.  So, I couldn't tell you |
| 25 | | where he was exactly, but he was — it was |

-14-

JONATHAN VAN DRAGT      **CONFIDENTIAL**                    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | to my right.   Someone was to my right so, |
| 2 | | but and I lost contact with him after I |
| 3 | | exited my patrol car and I only — I only |
| 4 | | knew again once we met up on the other side |
| 5 | | of the patrol car. |
| 6 | Pomerleau: | When you initially saw him and he had his |
| 7 | | hands in his pocket and right before he |
| 8 | | charged you, do you know how far the motor |
| 9 | | officer was from the pedestrian on the |
| 10 | | shoulder? |
| 11 | Van Dragt: | I don't know.   I lost contact with him when |
| 12 | | I exited my patrol car. |
| 13 | Pomerleau: | When the pedestrian began running at you, |
| 14 | | did you — did you have your taser in your |
| 15 | | hand? |
| 16 | Van Dragt: | No, I had my firearm. |
| 17 | Pomerleau: | Okay.   I know it was only a split second, |
| 18 | | but when the pedestrian began to run at you |
| 19 | | and he then began — he then was out of your |
| 20 | | view because you retreated, what was going |
| 21 | | through your mind at that point? |
| 22 | Van Dragt: | I don't think he was ever out of my view.   I |
| 23 | | had him in view the whole time, and entire |
| 24 | | time, he was up in a shooting platform |
| 25 | | running towards me because as I advanced -- |

-15-

1    or I mean not advance.    As I made my way
2    around the patrol car, he was still coming
3    at me.    So, I don't — I never lost contact
4    with him.    Like, I made my way around.    I
5    think my door was opened.    And so, I made my
6    way around that and made my way to the front
7    of the patrol car.
8    Pomerleau:    So, you have — you had sight of him that
9    whole entire time.
10   Van Dragt:    Yes.    Until I — after I deployed my taser,
11                 I would say that's the only moment where I
12                 came and I made sure I didn't hit the front
13                 of the car and I was over here at that
14                 point, so I deployed my taser on the move.
15   Pomerleau:    When you were interviewed earlier, you
16                 mentioned that you were in fear of being
17                 attacked.    Were you fear of your life?
18   Van Dragt:    I was fear.of being injured.    Yes, I would
19                 say I could be in fear for my life other —
20                 I just didn't know what was going to happen.
21                 It was very — he seem very aggressive.    And
22                 fear — I was definitely in fear of being
23                 injured by whatever he had in his hands.
24   Pomerleau:    At any point, did you notice the other
25                 officer on scene draw his firearm.

-16-

STATEOFCA000082

JONATHAN VAN DRAGT    **CONFIDENTIAL**    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Van Dragt:** | Only after the shots were fired, and I |
| 2 | | noticed his firearm was out. |
| 3 | **Pomerleau:** | After you discharged your ECD, what did you |
| 4 | | do next? |
| 5 | **Van Dragt:** | At that point, I was near the right front of |
| 6 | | the patrol car.  I dropped the taser, put |
| 7 | | out traffic for shots fired and then |
| 8 | | immediately retrieved my firearm. |
| 9 | **Pomerleau:** | After you put out that radio traffic, did |
| 10 | | the pedestrian make any spontaneous |
| 11 | | statements while he was on the ground? |
| 12 | **Van Dragt:** | No. |
| 13 | **Pomerleau:** | After the shooting, can you tell me why you |
| 14 | | did not approach at this point? |
| 15 | **Van Dragt:** | Immediately after? |
| 16 | **Pomerleau:** | Immediately after. |
| 17 | **Van Dragt:** | Due to just assessing the scene, checking |
| 18 | | the other officer in case there — |
| 19 | | obviously, if he had other weapons on him, |
| 20 | | we're trained to not approach immediately |
| 21 | | due to the fact that I had seen the whatever |
| 22 | | he — whatever it was the objects on the |
| 23 | | ground.  And I wanted to get to him as soon |
| 24 | | as possible to render medical aid.  I made a |
| 25 | | decision to grab gloves and move forward and |

-17-

STATEOFCA000083

| | | |
|---|---|---|
| 1 | | try to place him in cuffs. |
| 2 | **Pomerleau:** | After the shooting, was the pedestrian not |
| 3 | | showing his hands? |
| 4 | **Van Dragt:** | The pedestrian wasn't responsive.  Like |
| 5 | | there wasn't, like, there was no movement. |
| 6 | | There wasn't, like, it wasn't like an active |
| 7 | | movement to hide his hands.  Like I've seen, |
| 8 | | you know, in previous incidents.  But it |
| 9 | | wasn't like, he was — there was just no |
| 10 | | response from the pedestrian. |
| 11 | **Pomerleau:** | After the shooting, did you think there was |
| 12 | | a possibility he had a weapon? |
| 13 | **Van Dragt:** | There's a — there could always be a weapon. |
| 14 | | He could have been hiding another weapon or |
| 15 | | hiding somewhere on him. |
| 16 | **Pomerleau:** | You mentioned that you rendered medical aid. |
| 17 | | What exactly did you do to render medical |
| 18 | | aid? |
| 19 | **Van Dragt:** | I placed them in handcuffs.  I rolled him |
| 20 | | over onto his -- I assistant other officers |
| 21 | | rolling them over onto his back.  And then I |
| 22 | | guided the other officer to put the |
| 23 | | tourniquet on, so. |
| 24 | **Pomerleau:** | Okay.  So, you assisted -- |
| 25 | **Van Dragt:** | Yes. |

-18-

STATEOFCA000084

JONATHAN VAN DRAGT   **CONFIDENTIAL**                                    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Pomerleau:** | — the rendering of medical aid. Was a |
| 2 | | request immediately made to the fire |
| 3 | | department and ambulance to respond? |
| 4 | **Van Dragt:** | I did not make the request. I believe they |
| 5 | | were staging. |
| 6 | **Pomerleau:** | When the third officer arrived on scene, is |
| 7 | | at the point where you approached the |
| 8 | | pedestrian to render medical aid? |
| 9 | **Van Dragt:** | There was an officer to my left in the back |
| 10 | | of the patrol car. So that's third officer |
| 11 | | and then I would say, yes, that's what, |
| 12 | | that's when we decided to approach. And |
| 13 | | then there was another officer that came in |
| 14 | | from the, I was say, above us. Like he was |
| 15 | | in lanes, and then he assisted as well. I |
| 16 | | couldn't tell you who grab the other — his |
| 17 | | right arm — his, I guess I grabbed his left |
| 18 | | arm. And then who grabbed the other arm, |
| 19 | | I'm not sure who did that. But we brought |
| 20 | | them together, cuffed him, immediately |
| 21 | | rendered aid. |
| 22 | **Pomerleau:** | Did you notify your supervisor of the ECD |
| 23 | | deployment when they arrived on scene? |
| 24 | **Van Dragt:** | I talked to a sergeant on A watch there. I |
| 25 | | don't know if I told him that I deployed the |

-19-

STATEOFCA000085

JONATHAN VAN DRAGT    **CONFIDENTIAL**                    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | taser or not. |
| 2 | **Pomerleau:** | Did you tell any supervisor that you |
| 3 | | deployed to the ECD. |
| 4 | **Van Dragt:** | I didn't talk to anyone, so.  I talked to |
| 5 | | that Sergeant.  I think he checked on me. |
| 6 | | And then I couldn't tell you what we've |
| 7 | | said, but. |
| 8 | **Pomerleau:** | Okay.  Is there anything I have not |
| 9 | | discussed do you think would be pertinent to |
| 10 | | my investigation you'd like to add? |
| 11 | **Van Dragt:** | Nothing we talked about. |
| 12 | **Pomerleau:** | sergeant Taylor, is there anything you'd |
| 13 | | like to add to this interview? |
| 14 | **Taylor:** | A few clarifying questions.  What's the |
| 15 | | distance from Studebaker to Garfield |
| 16 | | approximately? |
| 17 | **Van Dragt:** | A few miles.  I would say two to three. |
| 18 | **Taylor:** | Were you wearing your glasses, prescription |
| 19 | | glasses, on May 4th during this incident? |
| 20 | **Van Dragt:** | Yes, I was. |
| 21 | **Taylor:** | That area, I know it's right at the end of |
| 22 | | Santa Fe Springs' border with the East, but |
| 23 | | are you aware of — have you ever heard of |
| 24 | | any pedestrian calls in that area in the |
| 25 | | past on the 105. |

-20-

STATEOFCA000086

JONATHAN VAN DRAGT    **CONFIDENTIAL**                    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Van Dragt:** | There is, oh, yes, on the 105.  There are |
| 2 | | pedestrian calls. |
| 3 | **Taylor:** | And in your experience with dealing with |
| 4 | | pedestrians on the freeway, have you ever |
| 5 | | dealt with pedestrians on the freeway that |
| 6 | | are under the influence of drugs or that are |
| 7 | | having mental episodes? |
| 8 | **Van Dragt:** | Yes. |
| 9 | **Taylor:** | Were those possibilities going through your |
| 10 | | mind during — responding or what's on scene |
| 11 | | of this call? |
| 12 | **Van Dragt:** | Yes.  It went through my mind that maybe |
| 13 | | there's something else going on here |
| 14 | | especially when it came out — the 1031 part |
| 15 | | of it, so. |
| 16 | **Taylor:** | When you deployed your taser, was there any |
| 17 | | reaction from the — from the subject to let |
| 18 | | you know that whether it was effective or |
| 19 | | not? |
| 20 | **Van Dragt:** | As I -- immediately after deploying my taser |
| 21 | | is when the volley of shots happened and the |
| 22 | | subject dropped, fell. |
| 23 | **Taylor:** | And when he fell to the ground, could you |
| 24 | | see where his hands landed in relation to |
| 25 | | his body? |

-21-

JONATHAN VAN DRAGT    **CONFIDENTIAL**                          MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

1   **Van Dragt:**   I don't recall where they were.

2   **Taylor:**   When you transition from your taser -- I'm

3   sorry, from your, originally from your --

4   from your firearm to your taser, so as you

5   stated earlier that you could have a clear

6   view of what he had in his hands and you

7   were confident that it was not a firearm.

8   So, you felt confident to transition to non-

9   deadly force and to pull your taser out, do

10   you know about what your distance was from

11   you to the suspect when you were able to

12   identify that object in his hand as as not a

13   firearm?

14   **Van Dragt:**   Right when he — on when he was on the

15   shoulder is when I can see that, to me, it

16   wasn't a firearm based on the size of it.

17   **Taylor:**   Right.

18   **Van Dragt:**   I was hoping I was correct.

19   **Taylor:**   Do you know about what your distance was

20   when —

21   **Van Dragt:**   I would say, like I said, 30 feet —

22   **Taylor:**   Okay.

23   **Van Dragt:**   — 30, 35 feet, like because that was the

24   back of my patrol vehicle·, so.

25   **Taylor:**   And you don't know what the distance was at

-22-

STATEOFCA000088

JONATHAN VAN DRAGT    **CONFIDENTIAL**    MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | that time between the suspect and the motor |
| 2 | | officer? |
| 3 | Van Dragt: | I don't know where the motor was, so. |
| 4 | Taylor: | You stated earlier that after the shooting |
| 5 | | the motor officer feared that he had been |
| 6 | | hit.  That he'd been shot.  What made you |
| 7 | | think that? |
| 8 | Van Dragt: | He asked me to check him. |
| 9 | Taylor: | Okay.  That's all the questions I have. |
| 10 | Pomerleau: | All right.  With that, we will conclude this |
| 11 | | interview.  The time is now 1200 hours. |
| 12 | | (Recording Ends) |
| 13 | | - INTERVIEW CONCLUDED - |
| 14 | | |
| 15 | | --o O o-- |

-23-

STATEOFCA000089

JONATHAN VAN DRAGT   **CONFIDENTIAL**   MAY 10, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

TRANSCRIBER'S CERTIFICATE

1

2

3

4    STATE OF CALIFORNIA      )

5                             )   ss.

6    COUNTY OF SACRAMENTO     )

7

8

9        This is to certify that **I** transcribed the foregoing

10   page·s 1 to ·23 to the best of my ability from digital

11   recording(s) provided to me by, CHP, Southern Division.

12   Digital recording(s) were received by Foothill

13   Transcription Company on May 13, 2022.

14       I have subscribed this certificate at Elk Grove,

15   California, this 24th day of May, 2022.

16

17                    *Tamyra Morgan*

18

19                    Tamyra Morgan
                      Foothill Transcription Company

20

21

22

23

24                    --oOo--

25

-24-

JONATHAN VAN DRAGT    **CONFIDENTIAL**
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

STATEOFCA000090

MAY 10, 2022

1    I have used all reasonable diligence in reviewing this

2    transcription and to the best of my knowledge the

3    information contained herein is true and complete."

4

5    Date: f—Z1- 2.

6

7

8    ___2.-R.U.f.p._____

9    (Investigator)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-25-