# EXHIBIT 16

1    TRANSCRIPTION OF RECORDED INTERVIEW

2

3    OF

4

5    RAMON SILVA

6

7    MAY 9, 2022

8    MONTEREY PARK, CALIFORNIA

9

10

11

12

13

14

15

16

17

18    Interviewed by:    sergeant Sean Pomerleau,

19                       Sergeant Adam Taylor,

20                       CALIFORNIA HIGHWAY PATROL

21

22

23    The record reflects all relevant statements and
      conversations occurring during the course of the
      interrogation, but is not verbatim.  For clarity,
24    superfluous words, phrases, verbal pauses and/or inaudible
      tones have been eliminated.
25

-1-

|    |    |
|----|----|
| 1  | May 9, 2022 |
| 2  | --oOo-- |
| 3  | **Pomerleau:** Good afternoon. Before we get started, I'd |
| 4  | like to take the opportunity to go around |
| 5  | the table and introduce everybody present by |
| 6  | name, ID, what office you're from, and the |
| 7  | role you're assigned. I'll start off. My |
| 8  | name is Sergeant Pomerleau, Shawn Pomerleau, |
| 9  | ID is 16129. I'm with the Southern Division |
| 10 | Critical Incident Investigation Team. The |
| 11 | case number for this is C22501003. Today's |
| 12 | date is May 9th, 2022. It is approximately |
| 13 | 1359 hours. |
| 14 | **Taylor:** Sergeant Adam Taylor, ID 15633, Southern |
| 15 | Division Critical Incident Investigation. |
| 16 | **Cheek:** Jose Cheek, I'm a representative the |
| 17 | California Association of Highway Patrolmen |
| 18 | representing Officer Silva. |
| 19 | **Silva:** My name is Ramon Silva, ID 19056. I'm a |
| 20 | motor officer assigned to the East Los |
| 21 | Angeles office. |
| 22 | **Johnson:** And Jake Johnson on behalf of Officer Silva |
| 23 | from the California Association Highway |
| 24 | Patrolmen. |
| 25 | **Pomerleau:** Thank you. All right, thank you. Just so |

-2-

RAMON SILVA     **CONFIDENTIAL**     STATEOFCA000041     MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| 1 | | we all know we're here to provide a |
| 2 | | voluntary statement from Officer Ramon Silva |
| 3 | | regarding the officer involved shooting that |
| 4 | | occurred on May 4th, 2022.  Just to clarify, |
| 5 | | the questions we're going to be asking, |
| 6 | | unless otherwise noted, are for the events |
| 7 | | that occurred on May 4th only, okay.  Just |
| 8 | | to verify your graduation date from the |
| 9 | | academy, was it January 2008? |
| 10 | **Silva:** | No, sir. |
| 11 | **Pomerleau:** | When was your — when was your graduation |
| 12 | | date? |
| 13 | **Silva:** | July. |
| 14 | **Pomerleau:** | July, okay. |
| 15 | **Silva:** | Reported January. |
| 16 | **Pomerleau:** | Got it.  On the day of the incident, what |
| 17 | | was your call sign? |
| 18 | **Silva:** | Mary 2. |
| 19 | **Pomerleau:** | Who was your direct supervisor that day? |
| 20 | **Silva:** | Acting Sergeant Officer Keene. |
| 21 | **Pomerleau:** | Tell me about the 24 hours prior to your |
| 22 | | shooting. |
| 23 | **Johnson:** | He's not going to answer that unless he's |
| 24 | | being compelled. |
| 25 | **Pomerleau:** | Noted.  What was the last shift you worked |

-3-

RAMON SILVA    **CONFIDENTIAL**    STATE OF CA 002022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | prior to the shift on which this incident |
| 2 | | took place? |
| 3 | **Silva:** | The day before. |
| 4 | **Pomerleau:** | And did you work your normal hours on that |
| 5 | | day? |
| 6 | **Silva:** | Yes. |
| 7 | **Pomerleau:** | Did you work any extended shift hours at the |
| 8 | | day prior to. |
| 9 | **Johnson:** | Also, not going to answer unless he's being |
| 10 | | compelled. |
| 11 | **Pomerleau:** | What time did you go to sleep on May 3rd, |
| 12 | | 2022? |
| 13 | **Johnson:** | Also, not going to answer unless he's been |
| 14 | | compelled. |
| 15 | **Pomerleau:** | What time did you wake up on May 4th, 2022? |
| 16 | **Silva:** | I woke up probably about 4:00 in the |
| 17 | | morning. |
| 18 | **Pomerleau:** | Where you on time for briefing the morning |
| 19 | | of the incident? |
| 20 | **Silva:** | I don't attend briefings, sir. |
| 21 | **Pomerleau:** | You go 10-8 from the field? |
| 22 | **Silva:** | Yes, sir. |
| 23 | **Pomerleau:** | Upon going 10-8 in the area, did you |
| 24 | | immediately start receiving calls? |
| 25 | **Silva:** | Huh-uh.  No. |

-4-

| | | |
|---|---|---|
| 1 | **Pomerleau:** | Do you have any secondary employment? |
| 2 | **Silva:** | Also not going to answer unless he's being |
| 3 | | compelled. |
| 4 | **Pomerleau:** | Did you consume any alcoholic beverages |
| 5 | | within 24 hours leading to this incident? |
| 6 | **Silva:** | Also not going to answer unless he's being |
| 7 | | compelled. |
| 8 | **Pomerleau:** | Do you take any prescription medication? |
| 9 | **Silva:** | Also not going to answer unless he's being |
| 10 | | compelled. |
| 11 | **Pomerleau:** | Do you use any type of illegal drugs. |
| 12 | **Silva:** | **No.** |
| 13 | **Pomerleau:** | Do you have any medical conditions that |
| 14 | | might impact your judgment or physical |
| 15 | | abilities? |
| 16 | **Silva:** | No. |
| 17 | **Pomerleau:** | We're you injured during this incident? |
| 18 | **Silva:** | Not that you can see. |
| 19 | **Pomerleau:** | Were you seen by a — by a physician for any |
| 20 | | injuries as a result of this incident? |
| 21 | **Silva:** | No. |
| 22 | **Pomerleau:** | Do you have any vision problems? |
| 23 | **Silva:** | No. |
| 24 | **Pomerleau:** | Do you wear glasses, prescription glasses? |
| 25 | **Silva:** | I wear contacts. |

-5-

STATEOFCA000044

RAMON SILVA        **CONFIDENTIAL**        MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Pomerleau:** | What is your measure of vision acuity? |
| 2 | **Silva:** | I don't know, sir. |
| 3 | **Pomerleau:** | Was your nameplate on your uniform the day |
| 4 | | of the incident? |
| 5 | **Silva:** | Yes |
| 6 | **Pomerleau:** | Were you wearing a jacket? |
| 7 | **Silva:** | No. |
| 8 | **Pomerleau:** | Were you wearing a gun belt on the day of |
| 9 | | the incident? |
| 10 | **Silva:** | Yes. |
| 11 | **Pomerleau:** | Were *you* wearing your department-issued |
| 12 | | firearm? |
| 13 | **Silva:** | Yes. |
| 14 | **Pomerleau:** | What is the color of your firearm? |
| 15 | **Silva:** | Black. |
| 16 | **Pomerleau:** | Is this the firearm you discharged the |
| 17 | | morning of the incident? |
| 18 | **Silva:** | Yes. |
| 19 | **Pomerleau:** | Has there been any special modifications to |
| 20 | | your firearm? |
| 21 | **Silva:** | No. |
| 22 | **Pomerleau:** | Does your weapon have a mounted light? |
| 23 | **Silva:** | No. |
| 24 | **Pomerleau:** | Does it have changed grips? |
| 25 | **Silva:** | No. |

-6-

RAMON SILVA    **CONFIDENTIAL**    MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Pomerleau:** | Were you using department-issued ammunition |
| 2 | | at the time of the incident? |
| 3 | **Silva:** | Yes. |
| 4 | **Pomerleau:** | Were you trained to use this firearm at the |
| 5 | | academy or transitioned in the field? |
| 6 | **Silva:** | In the field. |
| 7 | **Pomerleau:** | Do you recall the last date of your |
| 8 | | department qualification? |
| 9 | **Silva:** | No. |
| 10 | **Pomerleau:** | Were you carrying a secondary firearm on |
| 11 | | your person the date and time of the |
| 12 | | incident? |
| 13 | **Silva:** | No. |
| 14 | **Pomerleau:** | Were you carrying an ammo pouch? |
| 15 | **Silva:** | Like mag pouches? |
| 16 | **Pomerleau:** | Mag pouch. |
| 17 | **Silva:** | Yes .. |
| 18 | **Pomerleau:** | Was it a department-issued ammunition pouch |
| 19 | | or magazine pouch? |
| 20 | **Silva:** | Yes, sir. |
| 21 | **Pomerleau:** | How many do you carry on your belt? |
| 22 | **Silva:** | Total of two magazine pouches which hold, |
| 23 | | like, four magazines. |
| 24 | **Pomerleau:** | Were you wearing a ECD, electronic control |
| 25 | | device? |

-7-

RAMON SILVA

**CONFIDENTIAL**
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

STATEOFCA000046
MAY 9, 2022

| | | |
|---|---|---|
| 1 | **Silva:** | Yes, sir. |
| 2 | **Pomerleau:** | Were you wearing your RCB, rapid containment |
| 3 | | baton impact weapon? |
| 4 | **Silva:** | Yes, sir. |
| 5 | **Pomerleau:** | Were you wearing handcuffs? |
| 6 | **Silva:** | I had some on my duty belt, but I wasn't — |
| 7 | | yes. |
| 8 | **Pomerleau:** | Were you wearing a handheld radio? |
| 9 | **Silva:** | Yes. |
| 10 | **Pomerleau:** | Anything else on your belt? |
| 11 | **Silva:** | That's it. |
| 12 | **Pomerleau:** | Is there's any special equipment you carry |
| 13 | | on your belt other than what you just |
| 14 | | mentioned above? |
| 15 | **Silva:** | Correct. |
| 16 | **Pomerleau:** | There is no other special equipment other |
| 17 | | than what we mentioned above or? |
| 18 | **Silva:** | I'm kind of confused of the question.  I |
| 19 | | have no other special equipment other than |
| 20 | | what you just described, sir. |
| 21 | **Pomerleau:** | Thank you.  The day of the — the date and |
| 22 | | time of the incident were you wearing a |
| 23 | | department-approved helmet? |
| 24 | **Silva:** | A what, sir? |
| 25 | **Pomerleau:** | A department-approved helmet. |

-8-

STATEOFCA000047

RAMON SILVA          **CONFIDENTIAL**                    MAY 9, 2022
            **SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Silva:** | Yes sir. |
| 2 | **Pomerleau:** | Motor helmet.  Were you wearing sunglasses? |
| 3 | **Silva:** | Yes. |
| 4 | **Pomerleau:** | Were you photographed in uniform after the |
| 5 | | incident? |
| 6 | **Silva:** | Yes. |
| 7 | **Pomerleau:** | By whom? |
| 8 | **Silva:** | I don't know who, sir. |
| 9 | **Pomerleau:** | When you were photographed, was that how you |
| 10 | | were at the time of the incident or did you |
| 11 | | remove anything? |
| 12 | **Silva:** | It was exactly how I was dressed the date |
| 13 | | and time of the incident? |
| 14 | **Pomerleau:** | Was your uniform damaged as a result of the |
| 15 | | incident? |
| 16 | **Silva:** | No. |
| 17 | **Pomerleau:** | Was any of your equipment damaged during the |
| 18 | | incident? |
| 19 | **Silva:** | No. |
| 20 | **Pomerleau:** | I understand you said that you wore body- |
| 21 | | worn camera.  Was the video functioning at |
| 22 | | the time of the incident? |
| 23 | **Silva:** | Yes. |
| 24 | **Pomerleau:** | Do you edit body-worn camera footage prior |
| 25 | | to booking it into evidence? |

—9—

STATEOFCA000048

RAMON SILVA          **CONFIDENTIAL**                    MAY 9, 2022
          **SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Silva:** | No. |
| 2 | **Pomerleau:** | Do you fill out a 36D at the end of the |
| 3 | | shift?  Would you? |
| 4 | **Silva:** | No. |
| 5 | **Pomerleau:** | On the date and time of the incident, what |
| 6 | | was the make and model of your patrol |
| 7 | | motorcycle? |
| 8 | **Silva:** | It's a Harley Davidson FLH TP.  It's |
| 9 | | essentially an Electra Glide Police Model. |
| 10 | **Pomerleau:** | And was it fully marked,_ a fully marked CHP |
| 11 | | patrol motorcycle? |
| 12 | **Silva:** | Yes sir. |
| 13 | **Pomerleau:** | Was the patrol motorcycle equipped with a |
| 14 | | forward red light and where your emergency |
| 15 | | lights activated during this incident, |
| 16 | | meaning code three? |
| 17 | **Silva:** | Yes sir. |
| 18 | **Pomerleau:** | And is this patrol motorcycle equipped with |
| 19 | | blue lights and red lights? |
| 20 | **Silva:** | Yes. |
| 21 | **Pomerleau:** | Is it a patrol vehicle motorcycle — patrol |
| 22 | | motorcycle equipped with a siren? |
| 23 | **Silva:** | Yes. |
| 24 | **Pomerleau:** | With the siren activated? |
| 25 | **Silva:** | When, sir? |

-10-

STATEOFCA000049

RAMON SILVA          **CONFIDENTIAL**                    MAY 9, 2022
              **SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Pomerleau:** | Anytime during your response? |
| 2 | **Silva:** | Yes. |
| 3 | **Pomerleau:** | Is the patrol motorcycle your assigned a |
| 4 | | patrol motorcycle? |
| 5 | **Silva:** | Yes. |
| 6 | **Pomerleau:** | Were you solo on your patrol motorcycle? |
| 7 | **Silva:** | Yes. |
| 8 | **Pomerleau:** | If there were any malfunctions to your |
| 9 | | lights or siren, would you have taken out |
| 10 | | these — this particular patrol motorcycle? |
| 11 | **Silva:** | Absolutely. |
| 12 | **Pomerleau:** | Let me let me rephrase the question again. |
| 13 | | If there were any malfunctions to your |
| 14 | | lights and your siren, would you have taken |
| 15 | | out this particular patrol vehicle? |
| 16 | **Silva:** | Are you asking if there was, like, defective |
| 17 | | lights, siren — |
| 18 | **Pomerleau:** | Yeah, if there was anything defective. |
| 19 | **Silva:** | — and jumped on another bike? |
| 20 | **Pomerleau:** | Would you — no. Would you have taken this |
| 21 | | patrol vehicle — this patrol motorcycle out |
| 22 | | if — |
| 23 | **Silva:** | I would not have, sir. I would have parked |
| 24 | | it in the motor bay and jumped on another |
| 25 | | functioning motorcycle. |

-11-

RAMON SILVA          **CONFIDENTIAL**          MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | **Pomerleau:** | Got you.  What was the location of this |
| 2 | | incident? |
| 3 | **Silva:** | Westbound 105 in the approximately area of |
| 4 | | Garfield Avenue. |
| 5 | **Pomerleau:** | How would you describe the location of this |
| 6 | | incident? |
| 7 | **Silva:** | It's a freeway, urban, densely populated. |
| 8 | **Pomerleau:** | On the date and time of the incident, were |
| 9 | | you using East LA's radio frequency during |
| 10 | | the call for service? |
| 11 | **Silva:** | Yes. |
| 12 | **Pomerleau:** | When you received the call for service, can |
| 13 | | you tell me about your initial mindset? |
| 14 | **Silva:** | Well, to clarify, I did not personally |
| 15 | | receive this call.  You know, I wasn't |
| 16 | | assigned the call.  I just monitored the |
| 17 | | radio traffic, and I made a conscious |
| 18 | | decision on my own to respond.  My mindset |
| 19 | | at the time, you know, it's not something I |
| 20 | | don't feel I can adequately describe in |
| 21 | | words.  You know, I'm a patrolman.  There's, |
| 22 | | you know, I'm just trying to get to the |
| 23 | | call, sir.  In terms of you know, what I'm |
| 24 | | thinking of, there's not a lot.  it's just |
| 25 | | more of a reaction if I can adequately |

-12-

STATEOFCA000051

RAMON SILVA    **CONFIDENTIAL**    MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | describe it.  So, I just respond to a call. |
| 2 | | My goal is to take care of business. |
| 3 | **Pomerleau:** | So, just to go a little bit further into |
| 4 | | that.  How did it make you feel inside? |
| 5 | | Like, anything out of the ordinary hearing |
| 6 | | in this particular call come out over the |
| 7 | | air? |
| 8 | **Silva:** | Initially, no.  Unfortunately, we get calls |
| 9 | | like this almost regularly. |
| 10 | **Pomerleau:** | How many pedestrian calls approximately have |
| 11 | | you investigated prior to this one in your |
| 12 | | — in that particular area? |
| 13 | **Silva:** | That I — off the top of my head, you know, |
| 14 | | I can't give you a number but the area's |
| 15 | | proximity to the LA River and the underpass |
| 16 | | is, you know, that whole area is a hotbed |
| 17 | | for, you know, people, transients, people |
| 18 | | experiencing homelessness walking on the |
| 19 | | freeway.  So, I can't give you an adequate |
| 20 | | number, but we've received several calls in |
| 21 | | that general vicinity of people walking on |
| 22 | | the freeway. |
| 23 | **Pomerleau:** | Got you.  Knowing the nature of pedestrian |
| 24 | | calls walking on the freeway, did it raise |
| 25 | | your awareness level in this particular area |

-13-

STATEOFCA000052

RAMON SILVA                **CONFIDENTIAL**                MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | that's a hotbed? |
| 2 | **Silva:** | Yes. |
| 3 | **Pomerleau:** | Did you or anybody else request backup while |
| 4 | | responding to the call? |
| 5 | **Silva:** | I requested an airship. |
| 6 | **Pomerleau:** | All right.  Now I'm going to get into when |
| 7 | | you arrived on scene.  When you arrived on |
| 8 | | scene, did you see anything that went in |
| 9 | | indicate members of the public were in fear |
| 10 | | or danger? |
| 11 | **Silva:** | I don't know, sir.  I don't recall. |
| 12 | **Pomerleau:** | Did you — did you hear what the pedestrian |
| 13 | | in the orange work vests was yelling when he |
| 14 | | ran past you on the shoulder area? |
| 15 | **Silva:** | No, sir. |
| 16 | **Pomerleau:** | So, after arriving on scene and seeing that |
| 17 | | pedestrian running past you and I also |
| 18 | | noticed that you were waving people around |
| 19 | | just to get them out of the way, what was -- |
| 20 | | what was going through your mind at this |
| 21 | | point? |
| 22 | **Silva:** | Specifically, when I'm waving people away, |
| 23 | | what was going through our mind was I wanted |
| 24 | | to isolate the source of the calls.  You |
| 25 | | know, the person who's running in and out of |

-14-

STATEOFCA000053

RAMON SILVA                    **CONFIDENTIAL**                    MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | traffic.   I wanted to isolate that person, |
| 2 | | you know, for — to have our — you know, to |
| 3 | | have a tactical advantage.  You know, not to |
| 4 | | get anybody else injured in the process of, |
| 5 | | you know, effecting an arrest or civilian |
| 6 | | person. |
| 7 | Pomerleau: | Did the circumstance of this call cause you |
| 8 | | to draw your firearm upon arriving on scene? |
| 9 | Silva: | Yes. |
| 10 | Pomerleau: | What was the pedestrian involved in this |
| 11 | | incident doing when you arrived on scene? |
| 12 | Silva: | He had his hands in his pocket. |
| 13 | Pomerleau: | Do you recall seeing anything that |
| 14 | | pedestrian was doing to make you believe he |
| 15 | | was a threat? |
| 16 | Silva: | Yes. |
| 17 | Pomerleau: | What was that? |
| 18 | Silva: | He was failing to comply with my commands of |
| 19 | | showing me his hands. |
| 20 | Pomerleau: | Do you recall the radio traffic you put out |
| 21 | | upon arriving on scene? |
| 22 | Silva: | Yes. |
| 23 | Pomerleau: | What was that radio traffic? |
| 24 | Silva: | Like I previously said in the previous |
| 25 | | interview, I was content on just waiting for |

-15-

STATEOFCA000054

RAMON SILVA          **CONFIDENTIAL**          MAY 9, 2022
          **SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | somebody else to arrive so I don't know |
| 2 | | exactly what I told dispatch, but I told her |
| 3 | | that I was on standby for additional units. |
| 4 | Pomerleau: | Upon initial — no, I'm not going to ask |
| 5 | | that question. You've already answered it. |
| 6 | | What was your thought process as you watched |
| 7 | | the pedestrian aggressively walking towards |
| 8 | | the patrol unit on scene? |
| 9 | Silva: | Well, walking — you stated walking, sir, |
| 10 | | but he wasn't walking. He was actively |
| 11 | | running. It was fear. Fear for my |
| 12 | | partner's life. |
| 13 | Pomerleau: | Did you see the pedestrian's face or hear |
| 14 | | him say anything prior to approaching the |
| 15 | | patrol vehicle? |
| 16 | Silva: | I don't recall. |
| 17 | Pomerleau: | Did the suspect gives you any indication he |
| 18 | | was going to be a threat to you or the other |
| 19 | | officer on scene? |
| 20 | Silva: | Yes. |
| 21 | Pomerleau: | What indication was that? |
| 22 | Silva: | Failing to comply with my commands to show |
| 23 | | me his hands and aggressively charging at my |
| 24 | | partner, who was also on scene. |
| 25 | Pomerleau: | When the pedestrian began to run around the |

-16-

| | | |
|---|---|---|
| 1 | | patrol vehicle and was out of your view, |
| 2 | | what was going through your mind? |
| 3 | **Silva:** | That I couldn't see. That I lost sight of |
| 4 | | an armed subject and I didn't know where it |
| 5 | | was going to pop out from. |
| 6 | **Pomerleau:** | Where was the other officer in proximity to |
| 7 | | the pedestrian when the pedestrian was no |
| 8 | | longer in your line of sight? |
| 9 | **Silva:** | Are you asking me where — I'm sorry, can |
| 10 | | you just rephrase it? Or are you asking me |
| 11 | | where the patrol car was? Or where the -- |
| 12 | **Pomerleau:** | I was wondering, for the officer, where was |
| 13 | | he standing when he began to charge behind |
| 14 | | the car? |
| 15 | **Silva:** | The officer was — so the pedestrian was |
| 16 | | obscured from my view, obviously behind the |
| 17 | | patrol vehicle and the officer was to the |
| 18 | | left rear of that patrol vehicle directly in |
| 19 | | my line, you know, pretty much directly in |
| 20 | | front of me. |
| 21 | **Pomerleau:** | Were you in fear of your life or the other |
| 22 | | officer's lives on the scene. |
| 23 | **Silva:** | Yes. |
| 24 | **Pomerleau:** | What did the suspect immediately do upon |
| 25 | | reappearing from the rear of the patrol |

-17-

STATEOFCA000056

RAMON SILVA                **CONFIDENTIAL**                MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

```
 1                  vehicle?  Please describe in detail.
 2   Silva:         So, he was — when he reappeared it was
 3                  simultaneous to the shot I heard being
 4                  fired.  And at that point he was, you know,
 5                  in the moments thereafter, like I said,
 6                  like, it happens the blink of an eye.  I
 7                  hear the shot and then I see the person, the
 8                  pedestrian, still charging towards me and my
 9                  partner with his hands above his waist
10                  directly in front of him, imitating a
11                  shooting platform.
12   Pomerleau:     Did it appear that the pedestrian punched
13                  out both his hands and was going to
14                  discharge a firearm?
15   Silva:         Yes.
16   Pomerleau:     When you discharge your firearm, was there
17                  any innocent parties behind the pedestrian?
18   Silva:         At the time, like I couldn't tell you if
19                  there were.  Obviously, after the fact, I
20                  observed there was a tractor trailer but
21                  when I made the conscious decision to fire,
22                  I had no recollection.
23   Pomerleau:     After you discharged your firearm, what did
24                  you do next?
25   Silva:         I advised the my partner that we should seek
```

-18-

RAMON SILVA                    **CONFIDENTIAL**
                      **SUBJECT TO STIPULATED PROTECTIVE ORDER**

STATEOFCA000057

MAY 9, 2022

| | | |
|---|---|---|
| 1 | | cover, you know. |
| 2 | **Pomerleau:** | Did the pedestrian voluntarily give up? |
| 3 | **Silva:** | No. |
| 4 | **Pomerleau:** | Did the pedestrian make any spontaneous |
| 5 | | statements? |
| 6 | **Silva:** | No. |
| 7 | **Pomerleau:** | Did you render medical aid to the suspect? |
| 8 | **Silva:** | Not me personally, sir. But, my partners on |
| 9 | | scene, yes. |
| 10 | **Pomerleau:** | Was a request immediately made for the fire |
| 11 | | department and ambulance to respond |
| 12 | | afterward? |
| 13 | **Silva:** | I initially — I don't recall specifically. |
| 14 | | But I recall hearing somebody say, you know, |
| 15 | | have fire staged somewhere. But in that |
| 16 | | moment that we're, you know, having to |
| 17 | | coordinate with ambulance or fire, a random |
| 18 | | ambulance just pulled up due to the traffic. |
| 19 | **Pomerleau:** | Did you notify the communication center that |
| 20 | | shots had been fired? |
| 21 | **Silva:** | Not me personally, no. |
| 22 | **Pomerleau:** | After the shooting, can you tell me why you |
| 23 | | didn't approach at this point? |
| 24 | **Silva:** | Because there was a subject, a potentially |
| 25 | | lethal, dangerous person with his hands |

-19-

RAMON SILVA                **CONFIDENTIAL**                STATEOFCA000058

MAY 9, 2022

**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | concealed from us not complying with any |
| 2 | | commands.  His hands were underneath his |
| 3 | | body, so I didn't see his hands. |
| 4 | **Pomerleau:** | That answered my next question perfectly. |
| 5 | | Did you think he had a weapon? |
| 6 | **Silva:** | Absolutely. |
| 7 | **Pomerleau:** | When the third officer arrived on scene, did |
| 8 | | you formulate a plan to approach the |
| 9 | | pedestrian and render medical aid. |
| 10 | **Silva:** | That I can recall, yes. |
| 11 | **Pomerleau:** | Despite being in a stressful situation, you |
| 12 | | maintained a level of approach and continued |
| 13 | | to provide directions to the two other |
| 14 | | officers on scene.  Can you tell me what was |
| 15 | | going through your mind during that moment? |
| 16 | **Silva:** | No, sir.  Not that I can recall |
| 17 | | specifically.  I mean, the best I can say is |
| 18 | | that we still have a job to do.  We've got |
| 19 | | to take care of the subject. |
| 20 | **Pomerleau:** | Who relieved your firearm after the |
| 21 | | shooting? |
| 22 | **Silva:** | No one.  Not immediately after the shooting. |
| 23 | | It happened hours, hours after, when I |
| 24 | | returned back to the office. |
| 25 | **Pomerleau:** | Is there anything else we have not discussed |

-20-

| | | |
|---|---|---|
| 1 | | that you think is pertinent to my |
| 2 | | investigation you'd like to add? |
| 3 | **Silva:** | No, sir. |
| 4 | **Pomerleau:** | Sergeant Taylor, is there anything you would |
| 5 | | like to add to this interview. |
| 6 | **Taylor:** | A few clarifying questions.  For |
| 7 | | clarification, you were carrying a total of |
| 8 | | five magazines including the one in your |
| 9 | | weapon. |
| 10 | **Silva:** | Yes, sir. |
| 11 | **Taylor:** | And one round in the chamber? |
| 12 | **Silva:** | Yes, sir. |
| 13 | **Taylor:** | On your personal body-worn camera, what's |
| 14 | | your daily routine to download data off of |
| 15 | | it? |
| 16 | **Silva:** | I plug it into the SIM card, the program |
| 17 | | that's compatible with it, and I save it on |
| 18 | | a hard drive that's locked in my desk. |
| 19 | **Taylor:** | And that — |
| 20 | **Silva:** | I transfer the video from the body-worn |
| 21 | | camera onto the hard drive. |
| 22 | **Taylor:** | On, like, a docking station or? |
| 23 | **Silva:** | It's a -- oh, it's like a USB cable. |
| 24 | **Taylor:** | Okay. |
| 25 | **Silva:** | The audio jack?  I don't know the technical |

-21-

STATEOFCA000060

RAMON SILVA          **CONFIDENTIAL**          MAY 9, 2022
              **SUBJECT TO STIPULATED PROTECTIVE ORDER**

```
 1                         term for it.
 2  Taylor:    Is there any — how do you keep those files
 3             like organized or on that hard drive?  Do
 4             you itemize them?  Are they saved by date,
 5             or?
 6  Silva:     They just all save automatically by date.
 7  Taylor:    By date?
 8  Silva:     Correct.
 9  Taylor:    Do you know how many shots you fired?
10  Silva:     I do.
11  Taylor:    How many?
12  Silva:     Six.
13  Taylor:    Why six?
14  Silva:     Because I did the round count in front of me
15             and that was — the mag.  I did the tactical
16             reload and —
17  Taylor:    Let me rephrase, I'm sorry.  Why didn't you
18             fire five rounds, or why didn't you fire
19             seven rounds?
20  Silva:     I can't adequately answer that question.
21             I --
22  Taylor:    Was there still a threat present --
23  Silva:     Oh, okay.
24  Taylor:    — a deadly threat present after four
25             rounds, after five rounds?
```

-22-

| | | |
|---|---|---|
| 1 | **Silva:** | So, I use the appropriate amount of rounds |
| 2 | | to essentially neutralize the target — |
| 3 | | lethal threat. |
| 4 | **Taylor:** | So, after the fire the sixth round, did you |
| 5 | | still feel there was a deadly threat |
| 6 | | present? |
| 7 | **Silva:** | No. |
| 8 | **Taylor:** | Okay. As far as fire and ambulance being |
| 9 | | requested, it would be typical since this |
| 10 | | call originally came out as a 1179, would |
| 11 | | fire and ambulance already been.rolling into |
| 12 | | that — into that area? |
| 13 | **Silva:** | That's accurate, sir. |
| 14 | **Taylor:** | Okay. You said you didn't notify dispatch |
| 15 | | that shots had been fired. Did somebody on |
| 16 | | scene notified dispatch that shots had been |
| 17 | | fired? |
| 18 | **Silva:** | Yes, sir. |
| 19 | **Taylor:** | To the question of who relieved you of your |
| 20 | | firearm after the shooting, you mentioned |
| 21 | | that it wasn't directly after the shooting |
| 22 | | but later back at the office. Do you |
| 23 | | remember who relieved you of your firearm at |
| 24 | | that time? |
| 25 | **Silva:** | I don't recall the person's name, but it was |

-23-

RAMON SILVA        **CONFIDENTIAL**                    **MAY** 9, 2022
        **SUBJECT TO STIPULATED PROTECTIVE ORDER**

|   |   |   |
|---|---|---|
| 1 | | somebody employed by the Department of |
| 2 | | Justice. |
| 3 | **Taylor:** | That's all the clarifying questions I have. |
| 4 | **Pomerleau:** | Okay.  With that, we will conclude the |
| 5 | | interview. |
| 6 | **Johnson:** | I've got a few. |
| 7 | **Pomerleau:** | I'm sorry. |
| 8 | **Johnson:** | Just one thing.  Were you aware of — after |
| 9 | | the shooting occurred and the events |
| 10 | | evolved, were you aware of any taser |
| 11 | | deployment? |
| 12 | **Silva:** | Not that I can remember.  Not that I |
| 13 | | remember at the time. |
| 14 | **Johnson:** | Are you aware now that any — of any Taser |
| 15 | | deployment. |
| 16 | **Silva:** | After the fact, yes. |
| 17 | **Johnson:** | And do you know who deployed a taser after |
| 18 | | the fact? |
| 19 | **Silva:** | It was the partner officer.  I don't |
| 20 | | remember his name, but the guy -- |
| 21 | **Johnson:** | The guy — officer from Santa Fe Springs. |
| 22 | **Silva:** | Correct. |
| 23 | **Johnson:** | And did you — did you hear the word — any |
| 24 | | advance warning prior to shooting at the |
| 25 | | suspect that a taser might be deployed at |

-24-

STATEOFCA000063

RAMON SILVA       **CONFIDENTIAL**       MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**

| | | |
|---|---|---|
| 1 | | any time? |
| 2 | **Silva:** | No. |
| 3 | **Johnson:** | How about after you shot the suspect?  Did |
| 4 | | you hear anybody say they were going to |
| 5 | | deploy the taser? |
| 6 | **Silva:** | No. |
| 7 | **Johnson:** | Say the word taser or anything related to |
| 8 | | using taser on somebody? |
| 9 | **Silva:** | I did not hear any of that. |
| 10 | **Johnson:** | That's all I have. |
| 11 | **Pomerleau:** | All right.  With that, we'll conclude the |
| 12 | | interview.  Time is now 1429 hours. |
| 13 | | (Recording Ends) |
| 14 | | - **INTERVIEW CONCLUDED** - |
| 15 | | |
| 16 | | --oOo-- |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

-25-

STATEOFCA000064

RAMON SILVA                **CONFIDENTIAL**                MAY 9, 2022
                **SUBJECT TO STIPULATED PROTECTIVE ORDER**

TRANSCRIBER'S CERTIFICATE

1

2

3

4    STATE OF CALIFORNIA      )

5                             )    ss.

6    COUNTY OF SACRAMENTO     )

7

8

9         This is to certify that I transcribed the foregoing

10   pages 1 to 25 to the best of my ability from digital

11   recording(s) provided to me by, CHP, Southern Division.

12   Digital recording(s) were received by Foothill

13   Transcription Company on May 13, 2022.

14        I have subscribed this certificate at Elk Grove,

15   California, this 22nd day of May, 2022.

16

17

18                        *Tamyra Morgan*

19                        Tamyra Morgan
                          Foothill Transcription Company

20

21

22

23

24                    --oOo--

25

-26-

RAMON SILVA        **CONFIDENTIAL**                    MAY 9, 2022
               **SUBJECT TO STIPULATED PROTECTIVE ORDER**

STATEOFCA000065

1    r have used all reasonable diligence in reviewing this

2    transcription and to the best of my knowledge the

3    information contained herein is true and complete."

4

5    Date: '11-t-i-i.1-

6

7

8    *5::fo:u-1.1-p/*

9    (Investigator}

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-27-

STATEOFCA000066

RAMON SILVA    **CONFIDENTIAL**    MAY 9, 2022
**SUBJECT TO STIPULATED PROTECTIVE ORDER**