# EXHIBIT 17

A true and correct copy of the MVARS from Jonathan Van Dragt's patrol vehicle of the May 4, 2022 incident and produced pursuant to subpoena by the California Department of Justice, California Police Shooting Investigation Team as DOJ00223.MP4. A storage device with the video recording is being separately transmitted to the Court.