# EXHIBIT 18

A true and correct copy of a video file titled STATEOFCA007879 Axon Body 2 Video X81626525 2022-05-04 112520-241118141634 (Side by Side) created by David Blake, as referenced in paragraph 6.A. of his declaration.  A storage device with this recording is being separately transmitted to the Court.