# EXHIBIT 20

A true and correct copy of a video file titled SILVA BWC_SEQUENCE w ANNOTATION.mp4. created by David Blake, as referenced in paragraph 6.C. of his declaration.  A storage device with this recording is being separately transmitted to the Court.