# EXHIBIT 21









FRAME: 3
OFRAME:12562
TIME: 00:00:00.100
OTIME: 00:06:59.152































FRAME: 18
OFRAME:12577
TIME: 00:00:00.600
OTIME: 00:06:59.652





FRAME: 20
OFRAME:12579
TIME: 00:00:00.667
OTIME: 00:06:59.719





