# EXHIBIT 22























