# EXHIBIT 23











FRAME: 3
OFRAME:12712
TIME: 00:00:00.100
OTIME: 00:07:04.157





FRAME: 6
OFRAME: 12715
TIME: 00:00:00.200
OTIME: 00:07:04.257















FRAME: 13
OFRAME: 12722
TIME: 00:00:00.433
OTIME: 00:07:04.490



FRAME: 14
OFRAME:12723
TIME: 00:00:00.467
OTIME: 00:07:04.524

