# EXHIBIT 24





FRAME: 1
OFRAME: 12710
TIME: 00:00:00.033
OTIME: 00:07:04.090



FRAME: 2
OFRAME:12711
TIME: 00:00:00.066
OTIME: 00:07:04.123





FRAME: 5
OFRAME: 12714
TIME: 00:00:00.166
OTIME: 00:07:04.223

FRAME: 6
OFRAME: 12715
TIME: 00:00:00.200
OTIME: 00:07:04.257















FRAME: 13
OFRAME:12722
TIME: 00:00:00.433
OTIME: 00:07:04.490



