# EXHIBIT 25

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC   Document 68-29   Sandra Kirkman Carlos Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC   Filed 01/24/25   Page 2 of 23   Page ID #:1146

1

2

3

4

5

6

7

8

9

10

11

12

13          California Department of Justice

14                  Silva, Ramon

15      ROI 05 - BI-LA2022-00016 - ZHOU, Yang - wit

16

17

18

19

20

21

22

23

24

25

                                        Page 1

DOJ04226

```
 1              SPECIAL AGENT TONY BACA:  Today is
 2   Wednesday, May 4th, 2022.  It's approximately
 3   1717 hours.  My name is Tony Baca, last name B A
 4   C A, from the California Police Shooting
 5   Investigative Team, Cal DOJ.  Also pressing with
 6   me --
 7              INVESTIGATOR JASON CHILD:  Investigator
 8   Jason Child, C H I L D with the California
 9   Highway Patrol, Southern Division Investigative
10   Services Unit.
11              INTERPRETER OFFICER LIU:  Officer Liu
12   assigned to CHP Baldwin Park Area office, and a
13   Mandarin-certified speaker.
14              SPECIAL AGENT TONY BACA:  And also
15   present with us --
16              YANG ZHOU:  My name is a Yang Zhou.  My
17   first name is Y A N G.  My last name is Z H O U.
18   And my birthday is November 28, 1989.  And my job
19   is a truck driver.
20              INTERPRETER OFFICER LIU:  All right.
21   So basically trying to ascertain what he observed
22   on the roadway.
23              YANG ZHOU:  (Speaking in Mandarin)
24              INTERPRETER OFFICER LIU:  Okay, so it
25   was heavy traffic when he's trying to connect to
```

```
 1   710.  So he's trying to connect from 105
 2   westbound to 710 southbound through heavy
 3   traffic.  When he observed that party, he also
 4   observed a patrol vehicle already on scene and
 5   there was interaction going on between the party
 6   and the police officer.  On his left side, there
 7   was another patrol vehicle drove past him.
 8          So when he got, when he stopped on
 9   scene, he observed the officer.  The officer was
10   already outside his vehicle.  The officer had his
11   right hand raised and advising the party to stop.
12          The party was standing to the right
13   side of his truck facing in a westerly direction.
14   Officer's patrol vehicle was to the left front.
15   So it will be, that would be what?  South.  So
16   this is a westbound, southwest, so southwest of
17   the relation to his truck.  Officer already
18   standing outside, raising his right hand telling
19   the party to stop.
20          So when officer told him to stop, he
21   was charging at the officer with arm raised to
22   the front of his body.  So fist was clinched and
23   was charging towards the officer.  And so the
24   party and the officer was approximately 5 to 6
25   feet apart.
```

Page 3

DOJ04228

```
 1              Okay.  The officer that was closer to

 2       him discharged his firearm and the officer behind

 3       him also got out of the car and discharged the

 4       firearm.

 5              Correction on the previous statement.

 6       He didn't see the officer exit the vehicle, the

 7       second officer, but the second officer to the

 8       back of his patrol vehicle also discharged a

 9       firearm.

10              So he heard a total of four shots

11       approximately.  So he witnessed the whole thing

12       in the driver's seat of his truck.

13              So he has more to add.  So after the

14       discharge of firearm, he saw the officer back up

15       a little bit and then later re-approach the party

16       that was on the floor.  The officer did approach

17       the suspect and attempt to resuscitate the

18       vehicle -- I mean the party by pressing his arms

19       on the one.  One officer approached the party

20       that was down the ground and tried to push on his

21       chest and the other officer approached them to

22       make sure they are all right.

23              And so about 3 to 4 meters back to

24       where the party was, there was another vehicle

25       possibly belongs to this, this party.  So that
```

                                                    Page 4

DOJ04229

1    vehicle was stopped further back with the door

2    open.  That's why he assumed that car belongs to

3    that party.  And he observed the party was

4    wandering on the, on the roadway.  I'm going to

5    try to ascertain in what direction he was

6    wandering.

7              So he was pacing in lane in a northern

8    direction and southerly direction to the lane on

9    his right side.  So I think that's the Number 2

10   Lane of the connector road.  So he was walking

11   towards a northerly direction and turned around,

12   walked in a southerly direction.  But he remained

13   in that lane.

14             INVESTIGATOR JASON CHILD:  In the

15   Number 2 Lane?

16             INTERPRETER OFFICER LIU:  Number 2 Lane

17   of the connector.  So whatever the slow lane was.

18             INVESTIGATOR JASON CHILD:  Yeah.

19             INTERPRETER OFFICER LIU:  So it's to

20   the right side of his truck, big rig.

21             SPECIAL AGENT TONY BACA:  For

22   clarification purposes, he said he saw two

23   officers shooting?

24             YANG ZHOU:  (Speaking in Mandarin)

25             INTERPRETER OFFICER LIU:  So he

                                        Page 5

DOJ04230

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC   Sandra Kirkman, Carlos Alaniz v. State of California, et al, 2:23-cv-07532-DMG-SSC   Document 68-23   Filed 01/24/25   Page 7 of 23   Page ID #:1151

1  witnessed two officers with both guns drawn, but

2  he was unsure if both officers discharged their

3  firearms, but he did hear total of four shots.

4  INVESTIGATOR JASON CHILD:  What color

5  was the firearm?

6  YANG ZHOU:  (Speaking in Mandarin)

7  INTERPRETER OFFICER LIU:  Both officers

8  had black guns, pistols.  It's about 3 to 4

9  meters back before he stopped at that location.

10  He already witnessed the party standing outside

11  the car and the police was already trying to

12  contact the party.

13  INVESTIGATOR JASON CHILD:  The police

14  are trying to contact the party?

15  YANG ZHOU:  (Speaking in Mandarin)

16  INTERPRETER OFFICER LIU:  He already

17  saw the officer has his right arm, the right hand

18  raised and advising the party to stop, or at

19  least appears to be advising the party to stop.

20  SPECIAL AGENT TONY BACA:  How many

21  times did the officer to talk to the individual?

22  YANG ZHOU:  (Speaking in Mandarin)

23  INTERPRETER OFFICER LIU:  He only heard

24  one time the officer said stop.

25  SPECIAL AGENT TONY BACA:  And is that

Page 6

DOJ04231

```
 1   the same officer that shot?
 2            YANG ZHOU:  (Speaking in Mandarin)
 3            INTERPRETER OFFICER LIU:  So after the
 4   -- the officer in the front had his hand raised,
 5   advising the party to stop.  Then the party
 6   charged at him.  He withdraw his gun and shot at
 7   the party.  Then he saw the second officer
 8   approach.  From his angle, he only saw that
 9   officer after the fact, but the gun was drawn,
10   but he did not see the second officer discharge
11   the firearm.
12            INVESTIGATOR JASON CHILD:  How long did
13   this take, the whole incident?
14            YANG ZHOU:  (Speaking in Mandarin)
15            INTERPRETER OFFICER LIU:  About 30
16   seconds from the moment he first saw the party,
17   about 30 seconds.
18            So he has a vantage point from his
19   cabin because it's higher than usual.  So he
20   observed the incident a little bit prior before
21   he arrived next to the scene.
22            SPECIAL AGENT TONY BACA:  Anything
23   happen prior to arriving to the scene?
24            YANG ZHOU: (Speaking in Mandarin)
25            INTERPRETER OFFICER LIU:  Nothing
```

Page 7

DOJ04232

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1    happened.  But he advised that party just seems a

 2    little intoxicated as he was wandering, like I

 3    said, in a northerly direction, southerly

 4    direction in the Number 2 Lane of the connector

 5    road.

 6              And he advised other than the initial

 7    patrol unit on scene, there was additional two-

 8    man patrol vehicle with lights passing him on the

 9    left side.  And that prior to the shooting, two

10    more, two more units drove past this car, or

11    truck.

12              INVESTIGATOR JASON CHILD:  How many

13    officers were present?

14              YANG ZHOU:  (Speaking in Mandarin)

15              INTERPRETER OFFICER LIU:  So he's

16    claiming after the shooting, other than the two

17    officers on scene, about four or five seconds

18    later, there was already additional units on

19    scene, but he can't recall how many officers was

20    present on the scene.

21              SPECIAL AGENT TONY BACA:  Was the

22    party, you mentioned the party, decedent, the

23    suspect, was he holding anything in his hands?

24              YANG ZHOU:  (Speaking in Mandarin)

25              INTERPRETER OFFICER LIU:  So from his
```

Page 8

DOJ04233

1    angle, he didn't see, or at least observe any

2    object in the party's hand as he has a clenched

3    fist, both clenched fists.

4            SPECIAL AGENT TONY BACA:  When the

5    officer was giving him commands, was he

6    listening?  Was he obeying the commands?

7            YANG ZHOU:  (Speaking in Mandarin)

8            INTERPRETER OFFICER LIU:  He wasn't

9    following the command.  The moment, the moment

10   the officer advised him to stop, he quickly

11   charged towards the officer.

12           SPECIAL AGENT TONY BACA:  He charged.

13   How fast was he moving, about?

14           YANG ZHOU:  (Speaking in Mandarin)

15           INTERPRETER OFFICER LIU:  So prior to

16   office telling him to stop, he was walking.  And

17   when the officer tell him to stop, he suddenly

18   charged towards the officer with the clinched

19   fists.  He doesn't know the speed, so I don't

20   know.  Do you remember the distance?  I don't

21   recall the distance.

22           SPECIAL AGENT TONY BACA: Ask him.

23           YANG ZHOU:  (Speaking in Mandarin)

24           INTERPRETER OFFICER LIU:  He said about

25   five.  So the officer was standing behind his

                                        Page 9

DOJ04234

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1    opened patrol vehicle door and he advised the
 2    party to stop.  And the party was approximately
 3    you said two feet -- about five feet and he saw
 4    the party charging towards the officer with
 5    clenched fists.
 6               SPECIAL AGENT TONY BACA:  The officer,
 7    was he saying anything?
 8               YANG ZHOU:  (Speaking in Mandarin)
 9               INTERPRETER OFFICER LIU:  He didn't say
10    anything.  He said that party appears to be
11    intoxicated or at least under the influence of
12    something because he was wandering on the roadway
13    and pacing from north to south.
14               SPECIAL AGENT TONY BACA:  And what lane
15    was he in?
16               INTERPRETER OFFICER LIU:  He was on the
17    right lane.  According to him, it was next to his
18    truck.  So that would be the Number 2 Lane of the
19    connector road or the slow lane because it's
20    right before the main line as well.  So I don't
21    know if --
22               INVESTIGATOR JASON CHILD:  It would be
23    considered -- for our purposes, it would be
24    considered the connector.
25               INTERPRETER OFFICER LIU: So it would be
```

Page 10

DOJ04235

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Sandra Kirkman v. Carlos Alanis, State of California, et al., 2:23-cv-07532-DMG-SSC

```
 1   the Number 2 Lane of the connector road.

 2              SPECIAL AGENT TONY BACA:  And anything

 3   else.  Did he observe anything else?

 4              YANG ZHOU:  (Speaking in Mandarin)

 5              INTERPRETER OFFICER LIU:  Okay.  He

 6   advised when the party charged towards the

 7   officer, the officer actually took a step back

 8   before he fired the firearm.

 9              SPECIAL AGENT TONY BACA:  Did he see

10   anybody with the yellow gun or anything?  A taser

11   or anything?

12              YANG ZHOU:  (Speaking in Mandarin).

13   No, I didn't see.

14              INTERPRETER OFFICER LIU:  No, he didn't

15   observe any officer holding a yellow weapon like

16   this.  So he never experienced anything like

17   this.  So the only thing he can recall was just a

18   black, black weapon.

19              SPECIAL AGENT TONY BACA:  And then did

20   he take cover?

21              YANG ZHOU:  (Speaking in Mandarin)

22              INTERPRETER OFFICER LIU:  No, he was in

23   shock.  So he froze.  He never ducked down.

24              SPECIAL AGENT TONY BACA:  How long had

25   he been working then?
```

Page 11

DOJ04236

1        YANG ZHOU:  (Speaking in Mandarin)

2        INTERPRETER OFFICER LIU:  Okay.  So he

3   started working or left the warehouse at 10:30 in

4   the morning and when he got on scene it was

5   approximately 11:30, so only one-hour apart.

6        SPECIAL AGENT TONY BACA:  That's his

7   normal shift?

8        YANG ZHOU:  (Speaking in Mandarin)

9        INTERPRETER OFFICER LIU:  So his normal

10  working hours is 2 a.m. to 2 p.m., a 12-hour

11  shift.  So it is still within his normal working

12  hours.

13       SPECIAL AGENT TONY BACA:  Okay.  Any

14  other questions?

15       INTERPRETER OFFICER LIU:  So I asked

16  him if the officer is able to avoid, because he's

17  charging him.  He said the distance was too close

18  and there's no way for an officer to avoid.

19       SPECIAL AGENT TONY BACA:  Anything else

20  he wants to add?

21       YANG ZHOU:  No, no.  I think that's it.

22       SPECIAL AGENT TONY BACA:  And you

23  called your dispatch when this whole thing

24  happened?

25       YANG ZHOU:  (Speaking in Mandarin)

Page 12

DOJ04237

```
 1              INTERPRETER OFFICER LIU:  So he advised
 2   the dispatch there was a shooting on the freeway.
 3   And he remained on scene.
 4              SPECIAL AGENT TONY BACA:  Does he
 5   remember when the shooting happened?
 6              INTERPRETER OFFICER LIU:  Does he
 7   remember what?
 8              SPECIAL AGENT TONY BACA:  Does he what
 9   time it was?
10              YANG ZHOU:  (Speaking in Mandarin)
11              INTERPRETER OFFICER LIU:  So he said he
12   advised the dispatch at approximately 11.30.  So
13   he believed the incident probably occurred at
14   11:29.
15              SPECIAL AGENT TONY BACA:  Okay.
16              YANG ZHOU:  (Speaking in Mandarin)
17              INTERPRETER OFFICER LIU:  The incident
18   was abrupt and very short.  So he never witnessed
19   if the party was struck by any vehicle.
20              SPECIAL AGENT TONY BACA:  Thank you for
21   your time, appreciate it.  This concludes our
22   interview at approximately 1740 hours.  Thank
23   you, sir, appreciate it.  And thank you for
24   interpreting.
25              (Interview concluded)
```

Page 13

DOJ04238

```
 1              C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:  May 27, 2022

17

18

19

20

21

22

23

24

25
```

Page 14

**[05 - door]**

| 0 | | b | chp 2:12 |
|---|---|---|---|
| **05** 1:15 | **able** 12:16 | | **claiming** 8:16 |
| | **abrupt** 13:18 | **b** 2:3 | **clarification** 5:22 |
| **1** | **accurate** 14:4 | **baca** 2:1,3,14 5:21 | **clenched** 9:2,3 |
| | **add** 4:13 12:20 | 6:20,25 7:22 8:21 | 10:5 |
| **105** 3:1 | **additional** 8:7,18 | 9:4,12,22 10:6,14 | **clinched** 3:22 9:18 |
| **10:30** 12:3 | **advised** 8:1,6 9:10 | 11:2,9,19,24 12:6 | **close** 12:17 |
| **11.30.** 13:12 | 10:1 11:6 13:1,12 | 12:13,19,22 13:4 | **closer** 4:1 |
| **11501** 14:14 | **advising** 3:11 6:18 | 13:8,15,20 | **color** 6:4 |
| **11:29** 13:14 | 6:19 7:5 | **back** 4:8,14,23 5:1 | **command** 9:9 |
| **11:30** 12:5 | **agent** 2:1,14 5:21 | 6:9 11:7 | **commands** 9:5,6 |
| **12** 12:10 | 6:20,25 7:22 8:21 | **baldwin** 2:12 | **concluded** 13:25 |
| **1717** 2:3 | 9:4,12,22 10:6,14 | **basically** 2:21 | **concludes** 13:21 |
| **1740** 13:22 | 11:2,9,19,24 12:6 | **believed** 13:13 | **connect** 2:25 3:1 |
| **1989** 2:18 | 12:13,19,22 13:4 | **belongs** 4:25 5:2 | **connector** 5:10,17 |
| | 13:8,15,20 | **bi** 1:15 | 8:4 10:19,24 11:1 |
| **2** | **angle** 7:8 9:1 | **big** 5:20 | **considered** 10:23 |
| | **anybody** 11:10 | **birthday** 2:18 | 10:24 |
| **2** 5:9,15,16 8:4 | **apart** 3:25 12:5 | **bit** 4:15 7:20 | **contact** 6:12,14 |
| 10:18 11:1 12:10 | **appears** 6:19 | **black** 6:8 11:18,18 | **correction** 4:5 |
| 12:10 | 10:10 | **body** 3:22 | **country** 14:12 |
| **2022** 2:2 14:16 | **appreciate** 13:21 | | **cover** 11:20 |
| **27** 14:16 | 13:23 | **c** | |
| **28** 2:18 | **approach** 4:15,16 | **c** 2:4,8 14:1,1 | **d** |
| | 7:8 | **cabin** 7:19 | |
| **3** | **approached** 4:19 | **cal** 2:5 | **d** 2:8 |
| | 4:21 | **california** 1:13 2:4 | **date** 14:16 |
| **3** 4:23 6:8 | **approximately** 2:2 | 2:8 | **decedent** 8:22 |
| **30** 7:15,17 | 3:24 4:11 10:2 | **called** 12:23 | **department** 1:13 |
| **300** 14:13 | 12:5 13:12,22 | **car** 4:3 5:2 6:11 | **direction** 3:13 5:5 |
| **330** 14:12 | **area** 2:12 | 8:10 | 5:8,8,11,12 8:3,4 |
| | **arm** 3:21 6:17 | **certified** 2:13 | **discharge** 4:14 |
| **4** | **arms** 4:18 | **certify** 14:3 | 7:10 |
| | **arrived** 7:21 | **charged** 7:6 9:11 | **discharged** 4:2,3,8 |
| **4** 4:23 6:8 | **arriving** 7:23 | 9:12,18 11:6 | 6:2 |
| **4th** 2:2 | **ascertain** 2:21 5:5 | **charging** 3:21,23 | **dispatch** 12:23 |
| | **asked** 12:15 | 10:4 12:17 | 13:2,12 |
| **5** | **assigned** 2:12 | **chest** 4:21 | **distance** 9:20,21 |
| | **assumed** 5:2 | **child** 2:7,8 5:14,18 | 12:17 |
| **5** 3:24 | **attempt** 4:17 | 6:4,13 7:12 8:12 | **division** 2:9 |
| | **avoid** 12:16,18 | 10:22 | **doj** 2:5 |
| **6** | | | **door** 5:1 10:1 |
| | | | |
| **6** 3:24 | | | |
| | | | |
| **7** | | | |
| | | | |
| **710** 3:1,2 | | | |
| | | | |
| **a** | | | |
| | | | |
| **a.m.** 12:10 | | | |

Veritext Legal Solutions
866 299-5127

DOJ04240

**[drawn - observed]**

| | | | |
|---|---|---|---|
| **drawn**  6:1 7:9 | **h** | **investigative**  2:5,9 | **m** |
| **driver**  2:19 | | **investigator**  2:7,7 | |
| **driver's**  4:12 | **h**  2:8,17 | 5:14,18 6:4,13 | **main**  10:20 |
| **drove**  3:7 8:10 | **hand**  3:11,18 6:17 | 7:12 8:12 10:22 | **man**  8:8 |
| **ducked**  11:23 | 7:4 9:2 | **j** | **mandarin**  2:13,23 |
| **e** | **hands**  8:23 | | 5:24 6:6,15,22 7:2 |
| | **happen**  7:23 | **jason**  2:7,8 5:14 | 7:14,24 8:14,24 |
| **e**  14:1 | **happened**  8:1 | 5:18 6:4,13 7:12 | 9:7,14,23 10:8 |
| **exit**  4:6 | 12:24 13:5 | 8:12 10:22 | 11:4,12,21 12:1,8 |
| **experienced**  11:16 | **hear**  6:3 | **job**  2:18 | 12:25 13:10,16 |
| **f** | **heard**  4:10 6:23 | **justice**  1:13 | **mean**  4:18 |
| | **heavy**  2:25 3:2 | **k** | **mentioned**  8:22 |
| **f**  14:1 | **higher**  7:19 | | **meters**  4:23 6:9 |
| **facing**  3:13 | **highway**  2:9 | **know**  9:19,20 | **mineola**  14:14 |
| **fact**  7:9 | **holding**  8:23 | 10:21 | **moment**  7:16 9:9 |
| **fast**  9:13 | 11:15 | **l** | 9:9 |
| **feet**  3:25 10:3,3 | **hour**  12:5,10 | | **morning**  12:4 |
| **firearm**  4:2,4,9,14 | **hours**  2:3 12:10,12 | **l**  2:8 | **moving**  9:13 |
| 6:5 7:11 11:8 | 13:22 | **la2022-00016**  1:15 | **n** |
| **firearms**  6:3 | **hyde**  14:3 | **lane**  5:7,8,10,13 | |
| **fired**  11:8 | **i** | 5:15,16,17 8:4 | **n**  2:17 14:1 |
| **first**  2:17 7:16 | | 10:14,17,18,19 | **name**  2:3,3,16,17 |
| **fist**  3:22 9:3 | **incident**  7:13,20 | 11:1 | 2:17 |
| **fists**  9:3,19 10:5 | 13:13,17 | **ledanski**  14:3 | **never**  11:16,23 |
| **five**  8:17 9:25 10:3 | **individual**  6:21 | **left**  3:6,14 8:9 12:3 | 13:18 |
| **floor**  4:16 | **influence**  10:11 | **legal**  14:11 | **normal**  12:7,9,11 |
| **following**  9:9 | **initial**  8:6 | **lights**  8:8 | **north**  10:13 |
| **foregoing**  14:4 | **interaction**  3:5 | **line**  10:20 | **northerly**  5:11 8:3 |
| **four**  4:10 6:3 8:17 | **interpreter**  2:11 | **listening**  9:6 | **northern**  5:7 |
| **freeway**  13:2 | 2:20,24 5:16,19 | **little**  4:15 7:20 8:2 | **november**  2:18 |
| **front**  3:14,22 7:4 | 5:25 6:7,16,23 7:3 | **liu**  2:11,11,20,24 | **number**  5:9,15,16 |
| **froze**  11:23 | 7:15,25 8:15,25 | 5:16,19,25 6:7,16 | 8:4 10:18 11:1 |
| **further**  5:1 | 9:8,15,24 10:9,16 | 6:23 7:3,15,25 | **ny**  14:14 |
| **g** | 10:25 11:5,14,22 | 8:15,25 9:8,15,24 | **o** |
| | 12:2,9,15 13:1,6 | 10:9,16,25 11:5 | |
| **g**  2:17 | 13:11,17 | 11:14,22 12:2,9 | **o**  2:17 14:1 |
| **giving**  9:5 | **interpreting**  13:24 | 12:15 13:1,6,11 | **obeying**  9:6 |
| **going**  3:5 5:4 | **interview**  13:22 | 13:17 | **object**  9:2 |
| **ground**  4:20 | 13:25 | **location**  6:9 | **observe**  9:1 11:3 |
| **gun**  7:6,9 11:10 | **intoxicated**  8:2 | **long**  7:12 11:24 | 11:15 |
| **guns**  6:1,8 | 10:11 | | **observed**  2:21 3:3 |
| | | | 3:4,9 5:3 7:20 |

DOJ04241

**[occurred - times]**

**occurred** 13:13
**office** 2:12 9:16
**officer** 2:11,11,20
   2:24 3:6,9,9,10,17
   3:20,21,23,24 4:1
   4:2,6,7,7,14,16,19
   4:21 5:16,19,25
   6:7,16,17,21,23
   6:24 7:1,3,4,7,9
   7:10,15,25 8:15
   8:25 9:5,8,10,11
   9:15,17,18,24,25
   10:4,6,9,16,25
   11:5,7,7,14,15,22
   12:2,9,15,16,18
   13:1,6,11,17
**officer's** 3:14
**officers** 5:23 6:1,2
   6:7 8:13,17,19
**okay** 2:24 4:1 11:5
   12:2,13 13:15
**old** 14:12
**open** 5:2
**opened** 10:1
**outside** 3:10,18
   6:10

**p**

**p.m.** 12:10
**pacing** 5:7 10:13
**park** 2:12
**party** 3:3,5,11,12
   3:19,24 4:15,18
   4:19,24,25 5:3,3
   6:10,12,14,18,19
   7:5,5,7,16 8:1,22
   8:22 10:2,2,4,10
   11:6 13:19
**party's** 9:2
**passing** 8:8
**patrol** 2:9 3:4,7,14
   4:8 8:7,8 10:1

**pistols** 6:8
**point** 7:18
**police** 2:4 3:6 6:11
   6:13
**possibly** 4:25
**present** 2:15 8:13
   8:20
**pressing** 2:5 4:18
**previous** 4:5
**prior** 7:20,23 8:9
   9:15
**probably** 13:13
**proceedings** 14:5
**purposes** 5:22
   10:23
**push** 4:20

**q**

**questions** 12:14
**quickly** 9:10

**r**

**r** 14:1
**raised** 3:11,21
   6:18 7:4
**raising** 3:18
**ramon** 1:14
**recall** 8:19 9:21
   11:17
**record** 14:5
**relation** 3:17
**remained** 5:12
   13:3
**remember** 9:20
   13:5,7
**resuscitate** 4:17
**rig** 5:20
**right** 2:20 3:11,12
   3:18 4:22 5:9,20
   6:17,17 10:17,20
**road** 5:10 8:5
   10:19 11:1 14:12

**roadway** 2:22 5:4
   10:12
**roi** 1:15

**s**

**saw** 4:14 5:22 6:17
   7:7,8,16 10:3
**saying** 10:7
**scene** 3:4,9 7:21
   7:23 8:7,17,19,20
   12:4 13:3
**seat** 4:12
**second** 4:7,7 7:7
   7:10
**seconds** 7:16,17
   8:17
**see** 4:6 7:10 9:1
   11:9,13
**services** 2:10
**shift** 12:7,11
**shock** 11:23
**shooting** 2:4 5:23
   8:9,16 13:2,5
**short** 13:18
**shot** 7:1,6
**shots** 4:10 6:3
**side** 3:6,13 5:9,20
   8:9
**silva** 1:14
**sir** 13:23
**slow** 5:17 10:19
**solutions** 14:11
**sonya** 14:3
**south** 3:15 10:13
**southbound** 3:2
**southerly** 5:8,12
   8:3
**southern** 2:9
**southwest** 3:16,16
**speaker** 2:13
**speaking** 2:23
   5:24 6:6,15,22 7:2

**7:14,24 8:14,24
   9:7,14,23 10:8
   11:4,12,21 12:1,8
   12:25 13:10,16
**special** 2:1,14 5:21
   6:20,25 7:22 8:21
   9:4,12,22 10:6,14
   11:2,9,19,24 12:6
   12:13,19,22 13:4
   13:8,15,20
**speed** 9:19
**standing** 3:12,18
   6:10 9:25
**started** 12:3
**statement** 4:5
**step** 11:7
**stop** 3:11,19,20
   6:18,19,24 7:5
   9:10,16,17 10:2
**stopped** 3:8 5:1
   6:9
**struck** 13:19
**suddenly** 9:17
**suite** 14:13
**sure** 4:22
**suspect** 4:17 8:23

**t**

**t** 14:1,1
**take** 7:13 11:20
**talk** 6:21
**taser** 11:10
**team** 2:5
**tell** 9:17
**telling** 3:18 9:16
**thank** 13:20,22,23
**thing** 4:11 11:17
   12:23
**think** 5:9 12:21
**time** 6:24 13:9,21
**times** 6:21

Veritext Legal Solutions
866 299-5127

DOJ04242

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

**[today - zhou]**

| | |
|---|---|
| **today** 2:1 | **wants** 12:20 |
| **told** 3:20 | **warehouse** 12:3 |
| **tony** 2:1,3,14 5:21 | **way** 12:18 |
| 6:20,25 7:22 8:21 | **weapon** 11:15,18 |
| 9:4,12,22 10:6,14 | **wednesday** 2:2 |
| 11:2,9,19,24 12:6 | **westbound** 3:2,16 |
| 12:13,19,22 13:4 | **westerly** 3:13 |
| 13:8,15,20 | **wit** 1:15 |
| **total** 4:10 6:3 | **withdraw** 7:6 |
| **traffic** 2:25 3:3 | **witnessed** 4:11 6:1 |
| **transcript** 14:4 | 6:10 13:18 |
| **tried** 4:20 | **working** 11:25 |
| **truck** 2:19 3:13,17 | 12:3,10,11 |
| 4:12 5:20 8:11 | |
| 10:18 | **y** |
| **true** 14:4 | **y** 2:17 |
| **try** 5:5 | **yang** 1:15 2:16,16 |
| **trying** 2:21,25 3:1 | 2:23 5:24 6:6,15 |
| 6:11,14 | 6:22 7:2,14,24 |
| **turned** 5:11 | 8:14,24 9:7,14,23 |
| **two** 5:22 6:1 8:7,9 | 10:8 11:4,12,21 |
| 8:10,16 10:3 | 12:1,8,21,25 |
| | 13:10,16 |
| **u** | **yeah** 5:18 |
| **u** 2:17 | **yellow** 11:10,15 |
| **unit** 2:10 8:7 | |
| **units** 8:10,18 | **z** |
| **unsure** 6:2 | **z** 2:17 |
| **usual** 7:19 | **zhou** 1:15 2:16,16 |
| | 2:23 5:24 6:6,15 |
| **v** | 6:22 7:2,14,24 |
| **vantage** 7:18 | 8:14,24 9:7,14,23 |
| **vehicle** 3:4,7,10,14 | 10:8 11:4,12,21 |
| 4:6,8,18,24 5:1 | 12:1,8,21,25 |
| 8:8 10:1 13:19 | 13:10,16 |
| **veritext** 14:11 | |
| | |
| **w** | |
| **walked** 5:12 | |
| **walking** 5:10 9:16 | |
| **wandering** 5:4,6 | |
| 8:2 10:12 | |

Veritext Legal Solutions
866 299-5127

DOJ04243

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a) If the deposition testimony is
stenographically recorded, the deposition officer
shall send written notice to the deponent and to
all parties attending the deposition when the
Original transcript of the testimony for each
session of the deposition is available for reading,
correcting, and signing, unless the deponent and
the attending parties agree on the record that the
reading, correcting, and signing of the transcript
of the testimony will be waived or that the
reading, correcting, and signing of a transcript of
the testimony will take place after the entire
deposition has been concluded or at some other
specific time.

(b) For 30 days following each notice under
subdivision (a), unless the attending parties and
the deponent agree on the record or otherwise in
writing to a longer or shorter time period, the
deponent may change the form or the substance of
the answer to a question, and may either approve
the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the
deponent may change the form or the substance of
the answer to any question and may approve or
refuse to approve the transcript by means of a
letter to the deposition officer signed by the
deponent which is mailed by certified or registered
mail with return receipt requested. A copy of that
letter shall be sent by first-class mail to all
parties attending the deposition.

(d) For good cause shown, the court may shorten
the 30-day period for making changes, approving, or
refusing to approve the transcript.

(e) The deposition officer shall indicate on the
original of the transcript, if the deponent has not
already done so at the office of the deposition
officer, any action taken by the deponent and
indicate on the original of the transcript, the
deponent's approval of, or failure or refusal to
approve, the transcript. The deposition officer
shall also notify in writing the parties attending
the deposition of any changes which the deponent
timely made in person.

(f) If the deponent fails or refuses to approve
the transcript within the allotted period, the

DOJ04245

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

DOJ04246

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.