# EXHIBIT 26

California Department of Justice

Silva, Ramon

ROI 06 - BI-LA2022-00016 - Horbino, Evencio

Page 1

DOJ00168

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1              SPECIAL AGENT TONY BACA:  Today is May

 2     4th.  It's approximately 3:58 or 1558 hours.  My

 3     name is Tony Baca, that's B A C A, from the

 4     California Department of Justice, California

 5     Police Shooting Investigative Team.  Also present

 6     with me is --

 7              SPECIAL AGENT ALVIN HERNANDEZ:  Special

 8     Agent Alvin Hernandez, ID Number 17-0035.

 9              INVESTIGATOR JASON CHILD:  Investigator

10     Jason Child, ID 20868.

11              SPECIAL AGENT TONY BACA:  And we're

12     here with Mr. Evencio Horbino.  Can you spell out

13     your first and last name?

14              EVENCIO HORBINO:  E V E N C I O for

15     Evencio.  Last name Horbino, H O R B I N O.

16              SPECIAL AGENT TONY BACA:  And your date

17     of birth?

18              EVENCIO HORBINO:  May 3 1954.

19              SPECIAL AGENT TONY BACA:  We're here in

20     regards to an incident that happened earlier

21     today.  If you would tell us what you what you

22     saw, what you remember?

23              EVENCIO HORBINO:  Okay.  I was driving,

24     following this truck.  And all of a sudden they

25     stopped.  And I saw this guy running towards,
```

                                                    Page 2

DOJ00169

```
 1    towards the patrol car.  The guy, the other

 2    police on the passenger side tells him to stop

 3    walking, but he keeps on walking.  And when he

 4    told him to stop, he suddenly run towards the

 5    passenger side -- I mean on the driver's side.

 6    And the police told him to stop.  He didn't stop.

 7    He ran faster, facing, look him once, and then go

 8    towards the driver's side, and that's when he got

 9    shot.

10             SPECIAL AGENT TONY BACA:  What lane

11    were you driving in?

12             EVENCIO HORBINO:  I'm sorry?

13             SPECIAL AGENT TONY BACA:  What were you

14    driving, first of all?

15             EVENCIO HORBINO:  Right where my truck

16    is.

17             SPECIAL AGENT TONY BACA:  Where's your

18    truck at because we're recording.  This is not a

19    video, sir.

20             EVENCIO HORBINO:  It's on the second

21    lane.

22             SPECIAL AGENT TONY BACA:  Which way is

23    it facing?

24             EVENCIO HORBINO:  Facing towards --

25             SPECIAL AGENT TONY BACA:  That's west,
```

Page 3

```
 1   that side.  That's east.
 2            EVENCIO HORBINO:  West.
 3            SPECIAL AGENT TONY BACA:  And what
 4   freeway is this?
 5            EVENCIO HORBINO:  105 Freeway?
 6            SPECIAL AGENT TONY BACA:  And where
 7   were you heading towards?
 8            EVENCIO HORBINO:  I'm going towards to
 9   the 710 Freeway.
10            SPECIAL AGENT TONY BACA:  What lane
11   where you in?
12            EVENCIO HORBINO:  Second lane to the
13   right?
14            SPECIAL AGENT TONY BACA:  So you're in
15   the second lane to the right and you were
16   traveling westbound towards the 710 Freeway?
17            EVENCIO HORBINO:  Yes, sir.
18            SPECIAL AGENT TONY BACA:  Okay.  And
19   you're driving a white --
20            EVENCIO HORBINO:  White Toyota Tacoma
21   truck.
22            SPECIAL AGENT TONY BACA:  So a Tacoma.
23   Okay.  And how far are you from where the
24   shooting happened?
25            EVENCIO HORBINO:  It's probably about
```

Page 4

DOJ00171

```
 1   four lengths, car.

 2             SPECIAL AGENT TONY BACA:  Four lengths

 3   cars?

 4             EVENCIO HORBINO:  Yes.  Just where it

 5   is right now.

 6             SPECIAL AGENT TONY BACA:  Where it is?

 7   Okay.  And you said that you saw something.  What

 8   did you see?

 9             EVENCIO HORBINO:  I see the guy walking

10   towards the patrol car.  And then the police told

11   him to stop, but he didn't stop.  He kept on

12   walking, going faster and faster.  I heard the

13   police telling him to stop.  He went faster and

14   faster.  He didn't, he didn't, he didn't stop.

15   The police told him to stop and he didn't stop.

16   That's when he got shot.

17             SPECIAL AGENT TONY BACA:  What was he

18   wearing?

19             EVENCIO HORBINO:  I know he was wearing

20   a shorts.

21             SPECIAL AGENT TONY BACA:  Shorts.

22   Okay.  Do you remember how he looked?

23             EVENCIO HORBINO:  He's kind of big guy,

24   a little bit dark, the way I see it.  And then

25   yeah.
```

Page 5

DOJ00172

```
 1              SPECIAL AGENT TONY BACA:  So the police
 2     said "Stop."  Those were their words?
 3              EVENCIO HORBINO:  Yeah, yeah.
 4              SPECIAL AGENT TONY BACA:  How many
 5     times did you tell him?
 6              EVENCIO HORBINO:  Probably 3, 3 times.
 7     Stop.  Stop.  Stop.
 8              SPECIAL AGENT TONY BACA:  How many
 9     times did they tell him?
10              EVENCIO HORBINO:  I would say about
11     three times.
12              INVESTIGATOR JASON CHILD:  Your window
13     is down so you heard it clearly?
14              EVENCIO HORBINO:  Yeah.
15              INVESTIGATOR JASON CHILD:  Okay.
16              EVENCIO HORBINO:  Because I was, I was
17     already looking at it.  Why?  So I'm keeping my
18     eyes.
19              INVESTIGATOR JASON CHILD:  Okay.
20              SPECIAL AGENT TONY BACA:  Was the
21     traffic moving or was it slow?
22              EVENCIO HORBINO:  Yeah, it was moving
23     slow, slow.  It started from over there slowing
24     and all of a sudden police come over, all over
25     the place, and that's when that car stopped and
```

Page 6

DOJ00173

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1   then tell him to stop and he doesn't stop.

 2               SPECIAL AGENT TONY BACA:  Where did it

 3   start?

 4               EVENCIO HORBINO:  The what?

 5               SPECIAL AGENT TONY BACA:  You said it

 6   started from over there.

 7               EVENCIO HORBINO:  Oh, the traffic?

 8               SPECIAL AGENT TONY BACA:  Where, where?

 9               EVENCIO HORBINO:  The traffic was

10   slowed down about I would say about a mile.

11               INVESTIGATOR JASON CHILD:  A mile?

12               EVENCIO HORBINO:  Yeah.

13               INVESTIGATOR JASON CHILD:  Okay.

14               EVENCIO HORBINO:  It's slowing down.

15               SPECIAL AGENT TONY BACA:  Where was

16   this guy?  Did you see him on the freeway?

17               EVENCIO HORBINO:  No, I only see him on

18   the back of the,  they're already, on the back of

19   the patrol car.  About maybe about, about two car

20   lengths behind the squad truck.

21               SPECIAL AGENT TONY BACA:  Was he

22   walking?

23               EVENCIO HORBINO:  Walking, he was

24   walking?

25               SPECIAL AGENT TONY BACA:  How was he
```

Page 7

```
 1   acting?

 2              EVENCIO HORBINO:  Kind of looks like

 3   high guy.  Maybe some drugs or I didn't know

 4   because he doesn't, he doesn't listen to the

 5   police.  I mean if he is a straight guy, you

 6   know, he should -- he should have followed what

 7   he was being told to do.

 8              INVESTIGATOR JASON CHILD Okay.  And

 9   which way was he walking?

10              EVENCIO HORBINO:  He was walking in

11   front of this truck, behind the squad car.

12              INVESTIGATOR JASON CHILD:  What truck

13   are you pointing at?

14              EVENCIO HORBINO:  The gardener's truck,

15   the white one.  That and behind the squad car, in

16   between, that's where I saw.

17              INVESTIGATOR JASON CHILD:  And what did

18   you hear?

19              EVENCIO HORBINO:  Well the police told

20   him to stop and stop three times.  He didn't

21   stop.  He went faster as he gets closer to the

22   driver's side.  And that's when he got shot.

23              SPECIAL AGENT TONY BACA:  Where were

24   his hands?

25              EVENCIO HORBINO:  Just walking.
```

Page 8

DOJ00175

Sandra Kirkman v. Carlos Alcantar, State of California, et al. 2:23-cv-07532-DMG-SSC

1      SPECIAL AGENT TONY BACA:  The whole

2  time?

3      EVENCIO HORBINO:  The whole time.

4  Yeah, going faster as it gets closer to the

5  driver's side.  That's why he got I think that's

6  why he got shot.

7      SPECIAL AGENT TONY BACA:  Driver's side

8  of what?

9      EVENCIO HORBINO:  Oof the squad car,

10  patrol car.

11      SPECIAL AGENT TONY BACA:  Did he have

12  anything in his hands?

13      EVENCIO HORBINO:  I didn't see, I

14  didn't I didn't notice it.

15      SPECIAL AGENT TONY BACA:  Did you see

16  his hands?

17      EVENCIO HORBINO:  No.

18      SPECIAL AGENT TONY BACA:  You didn't

19  see his hands?

20      EVENCIO HORBINO:  No.

21      SPECIAL AGENT TONY BACA:  He had his

22  back towards you?

23      EVENCIO HORBINO:  On the side.

24      SPECIAL AGENT TONY BACA:  What side was

25  towards you?

Page 9

DOJ00176

```
 1              EVENCIO HORBINO:  On the side.  I think
 2    it's on the side.
 3              SPECIAL AGENT TONY BACA:  What are you
 4    pointing?  What side are you are you pointing at?
 5              EVENCIO HORBINO:  On my left-hand side,
 6    I believe.  Left hand side I think.  I'm not
 7    really sure.  But he has a bag, but I didn't see
 8    his hand.  I saw him walking with his back.  I
 9    don't know, maybe it's (indiscernible) inside.
10              INVESTIGATOR JASON CHILD:  So he had a
11    backpack?
12              EVENCIO HORBINO:  Yeah.
13              INVESTIGATOR JASON CHILD:  What color
14    was the backpack?
15              EVENCIO HORBINO:  Kind of dark.  It's
16    not white.  I know that.
17              INVESTIGATOR JASON CHILD:  How many
18    shots did you hear?
19              EVENCIO HORBINO:  Three or four.
20              INVESTIGATOR JASON CHILD:  Did you see
21    the officer that shot him?
22              EVENCIO HORBINO:  Yes.
23              INVESTIGATOR JASON CHILD:  What was he
24    wearing?
25              EVENCIO HORBINO:  Police color.
```

Page 10

DOJ00177

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1                    INVESTIGATOR JASON CHILD:  Can you
 2       describe it to me?
 3                    EVENCIO HORBINO:  Like kaki.
 4                    SPECIAL AGENT TONY BACA:  What are you
 5       pointing at?
 6                    EVENCIO HORBINO:  The police officer.
 7                    SPECIAL AGENT TONY BACA:   What's he
 8       wearing?  What color?
 9                    EVENCIO HORBINO:  What's that?  Kaki?
10       I'm color blind
11                    SPECIAL AGENT TONY BACA:  How did you
12       know he was a police officer?
13                    EVENCIO HORBINO:  Because he's in
14       uniform.
15                    SPECIAL AGENT TONY BACA:  Did you see
16       anything else?  Did you see anything else on him
17       that made him a police officer?
18                    EVENCIO HORBINO:  No because, he's on
19       my back.  He's facing like this.
20                    SPECIAL AGENT TONY BACA:  Okay.  Did
21       you see anything in front of him?
22                    EVENCIO HORBINO:  No I did not because
23       I was looking at his back.
24                    SPECIAL AGENT TONY BACA:  Okay.  And
25       you heard him say commands to the individual?
```

Page 11

DOJ00178

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1              EVENCIO HORBINO:  Yes.
 2              SPECIAL AGENT TONY BACA:  Questions,
 3  sir?
 4              INVESTIGATOR JASON CHILD:  How quick,
 5  what was cadence of the shots?  You said there's
 6  three or four shots.
 7              EVENCIO HORBINO:  Pop, pop, pop, pop.
 8              INVESTIGATOR JASON CHILD:  How many?
 9              EVENCIO HORBINO:  Three or four.
10              INVESTIGATOR JASON CHILD:  How many
11  police officers did you see talking to him?
12              EVENCIO HORBINO:  Two.
13              INVESTIGATOR JASON CHILD:  And where
14  were they standing in relation what's out there?
15              EVENCIO HORBINO:  One in the back, one
16  in the front.
17              INVESTIGATOR JASON CHILD:  The back of
18  what?  The front of what?
19              EVENCIO HORBINO:  The back of squad
20  car.
21              INVESTIGATOR JASON CHILD:  The SUV?
22              EVENCIO HORBINO:  Yes.
23              INVESTIGATOR JASON CHILD:  The SUV.
24  One in the back and then where was the other one?
25              EVENCIO HORBINO:  One the front.
```

Page 12

DOJ00179

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1                INVESTIGATOR JASON CHILD:  How close to

 2     the SUV were they standing?

 3                EVENCIO HORBINO:  I think he is close

 4     to the passenger side, the other one.

 5                INVESTIGATOR JASON CHILD:  Where?

 6                EVENCIO HORBINO:  Close to the door of

 7     the squad car.

 8                SPECIAL AGENT TONY BACA:  That's where

 9     one of them, and the other one was standing

10     where?

11                EVENCIO HORBINO:  The one was on the

12     back following the guy.  And then the other one

13     close to the passenger door side of the squad

14     car.

15                INVESTIGATOR JASON CHILD:  And which

16     one shot?

17                EVENCIO HORBINO:  The one on, the one

18     on the back.

19                INVESTIGATOR JASON CHILD:  How many of

20     them shot, of the officers that you saw?

21                EVENCIO HORBINO:  How many who shot?

22                INVESTIGATOR JASON CHILD:  You said

23     there's two officers, right?

24                EVENCIO HORBINO:  Yeah.

25                INVESTIGATOR JASON CHILD:  Did both of
```

Page 13

DOJ00180

```
 1    them shot or just one?

 2             EVENCIO HORBINO:  No, just one, just

 3    one.

 4             INVESTIGATOR JASON CHILD:  Okay.  And

 5    where was that one?

 6             EVENCIO HORBINO:  The one on the front

 7    of the white truck.  I'm sorry.

 8             INVESTIGATOR JASON CHILD:  You're okay.

 9             EVENCIO HORBINO:  The one on the back -

10    -

11             INVESTIGATOR JASON CHILD:  The back of

12    the patrol car?

13             EVENCIO HORBINO:  Yes.

14             INVESTIGATOR JASON CHILD:  Okay.

15             SPECIAL AGENT TONY BACA:  What was he

16    wearing?  Do you remember what he was wearing?

17             EVENCIO HORBINO:  Yeah.  The police, I

18    don't know what, what color is that?  Khaki.

19             SPECIAL AGENT TONY BACA:  Any other

20    questions, Alvin?

21             SPECIAL AGENT ALVIN HERNANDEZ:  Not

22    right now.

23             SPECIAL AGENT TONY BACA:  Is it okay if

24    we contact you if we have any other questions?

25             EVENCIO HORBINO:  Sure.
```

                                                  Page 14

DOJ00181

```
 1              SPECIAL AGENT TONY BACA:  Okay.  And I
 2   got your phone number as --
 3              EVENCIO HORBINO:  (562) 773-3603.  Oh,
 4   that's the guy that has my driver's license, I
 5   think.
 6              SPECIAL AGENT TONY BACA:  Do you have
 7   photos or a movie?
 8              EVENCIO HORBINO:  No.  This one is like
 9   after.
10              SPECIAL AGENT TONY BACA:  Anything that
11   you have, can we get a copy of or can you send it
12   to us right now?
13              EVENCIO HORBINO:  That's just this one,
14   this to.  That's it.
15              SPECIAL AGENT TONY BACA:  Did you take
16   any pictures during the incident?
17              EVENCIO HORBINO:  No, no.
18              SPECIAL AGENT TONY BACA:  After the
19   incident?
20              EVENCIO HORBINO:  This is after, this
21   is after like after a while.
22              SPECIAL AGENT TONY BACA:  How are you?
23   Are you okay?
24              EVENCIO HORBINO:  Yeah, because my boss
25   was asking where are you?  I said I'm stuck on
```

Page 15

DOJ00182

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Sandra Kirkman v. Carlos Alantuz, et al., State of California

```
 1   the freeway.
 2             SPECIAL AGENT TONY BACA:  You're
 3   working right now?
 4             EVENCIO HORBINO:  Yes.
 5             SPECIAL AGENT TONY BACA:  Okay.  Is
 6   that a work car?
 7             EVENCIO HORBINO:  Yes.
 8             SPECIAL AGENT TONY BACA:  Okay.  Where
 9   do you work at?
10             EVENCIO HORBINO:  Garden Grove.
11             SPECIAL AGENT TONY BACA:  Garden Grove.
12             SPECIAL AGENT TONY BACA:  What do you
13   do?
14             EVENCIO HORBINO:  I'm accounts payable,
15   accounts receivable and a driver.
16             SPECIAL AGENT TONY BACA:  Okay.  Who
17   you work for?
18             EVENCIO HORBINO:  Talsco Manufacturing.
19             SPECIAL AGENT TONY BACA:  What do you
20   do?
21             EVENCIO HORBINO:  Accounts payable,
22   accounts receivable.
23             SPECIAL AGENT TONY BACA:  Okay.
24             EVENCIO HORBINO:  And a driver.
25             SPECIAL AGENT TONY BACA:  And a driver.
```

Page 16

DOJ00183

```
 1    You've got a lot of jobs. A lot of overtime, huh?
 2             EVENCIO HORBINO:  Yeah.
 3             SPECIAL AGENT TONY BACA:  All right.
 4    Any other questions?
 5             INVESTIGATOR JASON CHILD:  I'm good.
 6             SPECIAL AGENT TONY BACA:  All right.
 7    This concludes our interview.  It's 1609.  Thank
 8    you, sir, for your time.  And if I have any
 9    questions, I'll be in contact with you.
10             EVENCIO HORBINO:  You're welcome.
11             SPECIAL AGENT TONY BACA:  Thank you.
12             (Interview concluded)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 17

DOJ00184

```
 1                C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date: May 27, 2022

17

18

19

20

21

22

23

24

25
```

                                          Page 18

DOJ00185

**[06 - faster]**

| 0 |
|---|
| **06** 1:15 |

| 1 |
|---|
| **105** 4:5 |
| **11501** 18:14 |
| **1558** 2:2 |
| **1609** 17:7 |
| **17-0035** 2:8 |
| **1954** 2:18 |

| 2 |
|---|
| **2022** 18:16 |
| **20868** 2:10 |
| **27** 18:16 |

| 3 |
|---|
| **3** 2:18 6:6,6 |
| **300** 18:13 |
| **330** 18:12 |
| **3:58** 2:2 |

| 4 |
|---|
| **4th** 2:2 |

| 5 |
|---|
| **562** 15:3 |

| 7 |
|---|
| **710** 4:9,16 |
| **773-3603** 15:3 |

| a |
|---|
| **accounts** 16:14,15 16:21,22 |
| **accurate** 18:4 |
| **acting** 8:1 |
| **agent** 2:1,7,8,11 2:16,19 3:10,13 3:17,22,25 4:3,6 4:10,14,18,22 5:2 5:6,17,21 6:1,4,8 6:20 7:2,5,8,15,21 7:25 8:23 9:1,7,11 9:15,18,21,24 |

10:3 11:4,7,11,15
11:20,24 12:2
13:8 14:15,19,21
14:23 15:1,6,10
15:15,18,22 16:2
16:5,8,11,12,16
16:19,23,25 17:3
17:6,11
**alvin** 2:7,8 14:20 14:21
**approximately** 2:2
**asking** 15:25

| b |
|---|
| **b** 2:3,15 |
| **baca** 2:1,3,11,16 2:19 3:10,13,17 3:22,25 4:3,6,10 4:14,18,22 5:2,6 5:17,21 6:1,4,8,20 7:2,5,8,15,21,25 8:23 9:1,7,11,15 9:18,21,24 10:3 11:4,7,11,15,20 11:24 12:2 13:8 14:15,19,23 15:1 15:6,10,15,18,22 16:2,5,8,11,12,16 16:19,23,25 17:3 17:6,11 |
| **back** 7:18,19 9:22 10:8 11:19,23 12:15,17,19,24 13:12,18 14:9,11 |
| **backpack** 10:11 10:14 |
| **bag** 10:7 |
| **believe** 10:6 |
| **bi** 1:15 |
| **big** 5:23 |
| **birth** 2:17 |

| bit 5:24 |
|---|
| **blind** 11:10 |
| **boss** 15:24 |

| c |
|---|
| **c** 2:3,14 18:1,1 |
| **cadence** 12:5 |
| **california** 1:13 2:4 2:4 |
| **car** 3:1 5:1,10 6:25 7:19,19 8:11,15 9:9,10 12:20 13:7 13:14 14:12 16:6 |
| **cars** 5:3 |
| **certify** 18:3 |
| **child** 2:9,10 6:12 6:15,19 7:11,13 8:8,12,17 10:10 10:13,17,20,23 11:1 12:4,8,10,13 12:17,21,23 13:1 13:5,15,19,22,25 14:4,8,11,14 17:5 |
| **clearly** 6:13 |
| **close** 13:1,3,6,13 |
| **closer** 8:21 9:4 |
| **color** 10:13,25 11:8,10 14:18 |
| **come** 6:24 |
| **commands** 11:25 |
| **concluded** 17:12 |
| **concludes** 17:7 |
| **contact** 14:24 17:9 |
| **copy** 15:11 |
| **country** 18:12 |

| d |
|---|
| **dark** 5:24 10:15 |
| **date** 2:16 18:16 |
| **department** 1:13 2:4 |

| describe 11:2 |
|---|
| **door** 13:6,13 |
| **driver** 16:15,24,25 |
| **driver's** 3:5,8 8:22 9:5,7 15:4 |
| **driving** 2:23 3:11 3:14 4:19 |
| **drugs** 8:3 |

| e |
|---|
| **e** 2:14,14 18:1 |
| **earlier** 2:20 |
| **east** 4:1 |
| **evencio** 1:15 2:12 2:14,15,18,23 3:12,15,20,24 4:2 4:5,8,12,17,20,25 5:4,9,19,23 6:3,6 6:10,14,16,22 7:4 7:7,9,12,14,17,23 8:2,10,14,19,25 9:3,9,13,17,20,23 10:1,5,12,15,19 10:22,25 11:3,6,9 11:13,18,22 12:1 12:7,9,12,15,19 12:22,25 13:3,6 13:11,17,21,24 14:2,6,9,13,17,25 15:3,8,13,17,20 15:24 16:4,7,10 16:14,18,21,24 17:2,10 |
| **eyes** 6:18 |

| f |
|---|
| **f** 18:1 |
| **facing** 3:7,23,24 11:19 |
| **far** 4:23 |
| **faster** 3:7 5:12,12 5:13,14 8:21 9:4 |

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC Document 62-4 Filed 12/24/24 Page 21 of 27   Page
ID #:1188
Sandra Kirkman v. Carlos Alantar, State of California, et al. 2:23-cv-07532-DMG-SSC

**[first - police]**

| | | | |
|---|---|---|---|
| **first** 2:13 3:14 | 6:10,14,16,22 7:4 | 12:17,21,23 13:1 | **moving** 6:21,22 |
| **followed** 8:6 | 7:7,9,12,14,17,23 | 13:5,15,19,22,25 | **n** |
| **following** 2:24 | 8:2,10,14,19,25 | 14:4,8,11,14 17:5 | **n** 2:14,15 18:1 |
| 13:12 | 9:3,9,13,17,20,23 | **jobs** 17:1 | **name** 2:3,13,15 |
| **foregoing** 18:4 | 10:1,5,12,15,19 | **justice** 1:13 2:4 | **notice** 9:14 |
| **four** 5:1,2 10:19 | 10:22,25 11:3,6,9 | **k** | **number** 2:8 15:2 |
| 12:6,9 | 11:13,18,22 12:1 | **kaki** 11:3,9 | **ny** 18:14 |
| **freeway** 4:4,5,9,16 | 12:7,9,12,15,19 | **keeping** 6:17 | **o** |
| 7:16 16:1 | 12:22,25 13:3,6 | **keeps** 3:3 | **o** 2:14,15,15 18:1 |
| **front** 8:11 11:21 | 13:11,17,21,24 | **kept** 5:11 | **officer** 10:21 11:6 |
| 12:16,18,25 14:6 | 14:2,6,9,13,17,25 | **khaki** 14:18 | 11:12,17 |
| **g** | 15:3,8,13,17,20 | **kind** 5:23 8:2 | **officers** 12:11 |
| **garden** 16:10,11 | 15:24 16:4,7,10 | 10:15 | 13:20,23 |
| **gardener's** 8:14 | 16:14,18,21,24 | **know** 5:19 8:3,6 | **oh** 7:7 15:3 |
| **go** 3:7 | 17:2,10 | 10:9,16 11:12 | **okay** 2:23 4:18,23 |
| **going** 4:8 5:12 9:4 | **hours** 2:2 | 14:18 | 5:7,22 6:15,19 |
| **good** 17:5 | **huh** 17:1 | **l** | 7:13 8:8 11:20,24 |
| **grove** 16:10,11 | **hyde** 18:3 | **la2022-00016** 1:15 | 14:4,8,14,23 15:1 |
| **guy** 2:25 3:1 5:9 | **i** | **lane** 3:10,21 4:10 | 15:23 16:5,8,16 |
| 5:23 7:16 8:3,5 | **incident** 2:20 | 4:12,15 | 16:23 |
| 13:12 15:4 | 15:16,19 | **ledanski** 18:3 | **old** 18:12 |
| **h** | **indiscernible** 10:9 | **left** 10:5,6 | **once** 3:7 |
| **h** 2:15 | **individual** 11:25 | **legal** 18:11 | **oof** 9:9 |
| **hand** 10:5,6,8 | **inside** 10:9 | **lengths** 5:1,2 7:20 | **overtime** 17:1 |
| **hands** 8:24 9:12 | **interview** 17:7,12 | **license** 15:4 | **p** |
| 9:16,19 | **investigative** 2:5 | **listen** 8:4 | **passenger** 3:2,5 |
| **happened** 2:20 | **investigator** 2:9,9 | **little** 5:24 | 13:4,13 |
| 4:24 | 6:12,15,19 7:11 | **look** 3:7 | **patrol** 3:1 5:10 |
| **heading** 4:7 | 7:13 8:8,12,17 | **looked** 5:22 | 7:19 9:10 14:12 |
| **hear** 8:18 10:18 | 10:10,13,17,20,23 | **looking** 6:17 11:23 | **payable** 16:14,21 |
| **heard** 5:12 6:13 | 11:1 12:4,8,10,13 | **looks** 8:2 | **phone** 15:2 |
| 11:25 | 12:17,21,23 13:1 | **lot** 17:1,1 | **photos** 15:7 |
| **hernandez** 2:7,8 | 13:5,15,19,22,25 | **m** | **pictures** 15:16 |
| 14:21 | 14:4,8,11,14 17:5 | **manufacturing** | **place** 6:25 |
| **high** 8:3 | **j** | 16:18 | **pointing** 8:13 10:4 |
| **horbino** 1:15 2:12 | **jason** 2:9,10 6:12 | **mean** 3:5 8:5 | 10:4 11:5 |
| 2:14,15,18,23 | 6:15,19 7:11,13 | **mile** 7:10,11 | **police** 2:5 3:2,6 |
| 3:12,15,20,24 4:2 | 8:8,12,17 10:10 | **mineola** 18:14 | 5:10,13,15 6:1,24 |
| 4:5,8,12,17,20,25 | 10:13,17,20,23 | **movie** 15:7 | 8:5,19 10:25 11:6 |
| 5:4,9,19,23 6:3,6 | 11:1 12:4,8,10,13 | | 11:12,17 12:11 |

Page 2

DOJ00187

**[police - white]**

| | | | |
|---|---|---|---|
| 14:17 | **shooting** 2:5 4:24 | **start** 7:3 | 8:23 9:1,7,11,15 |
| **pop** 12:7,7,7,7 | **shorts** 5:20,21 | **started** 6:23 7:6 | 9:18,21,24 10:3 |
| **present** 2:5 | **shot** 3:9 5:16 8:22 | **stop** 3:2,4,6,6 5:11 | 11:4,7,11,15,20 |
| **probably** 4:25 6:6 | 9:6 10:21 13:16 | 5:11,13,14,15,15 | 11:24 12:2 13:8 |
| **proceedings** 18:5 | 13:20,21 14:1 | 6:2,7,7,7 7:1,1 | 14:15,19,23 15:1 |
| | **shots** 10:18 12:5,6 | 8:20,20,21 | 15:6,10,15,18,22 |
| **q** | **side** 3:2,5,5,8 4:1 | **stopped** 2:25 6:25 | 16:2,5,8,11,12,16 |
| **questions** 12:2 | 8:22 9:5,7,23,24 | **straight** 8:5 | 16:19,23,25 17:3 |
| 14:20,24 17:4,9 | 10:1,2,4,5,6 13:4 | **stuck** 15:25 | 17:6,11 |
| **quick** 12:4 | 13:13 | **sudden** 2:24 6:24 | **toyota** 4:20 |
| | **silva** 1:14 | **suddenly** 3:4 | **traffic** 6:21 7:7,9 |
| **r** | **sir** 3:19 4:17 12:3 | **suite** 18:13 | **transcript** 18:4 |
| **r** 2:15 18:1 | 17:8 | **sure** 10:7 14:25 | **traveling** 4:16 |
| **ramon** 1:14 | **slow** 6:21,23,23 | **suv** 12:21,23 13:2 | **truck** 2:24 3:15,18 |
| **ran** 3:7 | **slowed** 7:10 | | 4:21 7:20 8:11,12 |
| **really** 10:7 | **slowing** 6:23 7:14 | **t** | 8:14 14:7 |
| **receivable** 16:15 | **solutions** 18:11 | **t** 18:1,1 | **true** 18:4 |
| 16:22 | **sonya** 18:3 | **tacoma** 4:20,22 | **two** 7:19 12:12 |
| **record** 18:5 | **sorry** 3:12 14:7 | **take** 15:15 | 13:23 |
| **recording** 3:18 | **special** 2:1,7,7,11 | **talking** 12:11 | |
| **regards** 2:20 | 2:16,19 3:10,13 | **talsco** 16:18 | **u** |
| **relation** 12:14 | 3:17,22,25 4:3,6 | **team** 2:5 | **uniform** 11:14 |
| **remember** 2:22 | 4:10,14,18,22 5:2 | **tell** 2:21 6:5,9 7:1 | |
| 5:22 14:16 | 5:6,17,21 6:1,4,8 | **telling** 5:13 | **v** |
| **right** 3:15 4:13,15 | 6:20 7:2,5,8,15,21 | **tells** 3:2 | **v** 2:14 |
| 5:5 13:23 14:22 | 7:25 8:23 9:1,7,11 | **thank** 17:7,11 | **veritext** 18:11 |
| 15:12 16:3 17:3,6 | 9:15,18,21,24 | **think** 9:5 10:1,6 | **video** 3:19 |
| **road** 18:12 | 10:3 11:4,7,11,15 | 13:3 15:5 | |
| **roi** 1:15 | 11:20,24 12:2 | **three** 6:11 8:20 | **w** |
| **run** 3:4 | 13:8 14:15,19,21 | 10:19 12:6,9 | **walking** 3:3,3 5:9 |
| **running** 2:25 | 14:23 15:1,6,10 | **time** 9:2,3 17:8 | 5:12 7:22,23,24 |
| | 15:15,18,22 16:2 | **times** 6:5,6,9,11 | 8:9,10,25 10:8 |
| **s** | 16:5,8,11,12,16 | 8:20 | **way** 3:22 5:24 8:9 |
| **saw** 2:22,25 5:7 | 16:19,23,25 17:3 | **today** 2:1,21 | **wearing** 5:18,19 |
| 8:16 10:8 13:20 | 17:6,11 | **told** 3:4,6 5:10,15 | 10:24 11:8 14:16 |
| **second** 3:20 4:12 | **spell** 2:12 | 8:7,19 | 14:16 |
| 4:15 | **squad** 7:20 8:11 | **tony** 2:1,3,11,16 | **welcome** 17:10 |
| **see** 5:8,9,24 7:16 | 8:15 9:9 12:19 | 2:19 3:10,13,17 | **went** 5:13 8:21 |
| 7:17 9:13,15,19 | 13:7,13 | 3:22,25 4:3,6,10 | **west** 3:25 4:2 |
| 10:7,20 11:15,16 | **standing** 12:14 | 4:14,18,22 5:2,6 | **westbound** 4:16 |
| 11:21 12:11 | 13:2,9 | 5:17,21 6:1,4,8,20 | **white** 4:19,20 8:15 |
| **send** 15:11 | | 7:2,5,8,15,21,25 | 10:16 14:7 |

Veritext Legal Solutions
866 299-5127

DOJ00188

**[window - yeah]**

| | |
|---|---|
| **window** | 6:12 |
| **words** | 6:2 |
| **work** | 16:6,9,17 |
| **working** | 16:3 |

**y**

**yeah** 5:25 6:3,3,14
  6:22 7:12 9:4
  10:12 13:24 14:17
  15:24 17:2

Page 4

DOJ00189

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

California Code of Civil Procedure

Article 5. Transcript or Recording

Section 2025.520

(a) If the deposition testimony is
stenographically recorded, the deposition officer
shall send written notice to the deponent and to
all parties attending the deposition when the
Original transcript of the testimony for each
session of the deposition is available for reading,
correcting, and signing, unless the deponent and
the attending parties agree on the record that the
reading, correcting, and signing of the transcript
of the testimony will be waived or that the
reading, correcting, and signing of a transcript of
the testimony will take place after the entire
deposition has been concluded or at some other
specific time.

(b) For 30 days following each notice under
subdivision (a), unless the attending parties and
the deponent agree on the record or otherwise in
writing to a longer or shorter time period, the
deponent may change the form or the substance of
the answer to a question, and may either approve
the transcript of the deposition by signing it, or

refuse to approve the transcript by not signing it.

(c) Alternatively, within this same period, the deponent may change the form or the substance of the answer to any question and may approve or refuse to approve the transcript by means of a letter to the deposition officer signed by the deponent which is mailed by certified or registered mail with return receipt requested. A copy of that letter shall be sent by first-class mail to all parties attending the deposition.

(d) For good cause shown, the court may shorten the 30-day period for making changes, approving, or refusing to approve the transcript.

(e) The deposition officer shall indicate on the original of the transcript, if the deponent has not already done so at the office of the deposition officer, any action taken by the deponent and indicate on the original of the transcript, the deponent's approval of, or failure or refusal to approve, the transcript. The deposition officer shall also notify in writing the parties attending the deposition of any changes which the deponent timely made in person.

(f) If the deponent fails or refuses to approve the transcript within the allotted period, the

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

deposition shall be given the same effect as though it had been approved, subject to any changes timely made by the deponent.

(g) Notwithstanding subdivision (f), on a seasonable motion to suppress the deposition, accompanied by a meet and confer declaration under Section 2016.040, the court may determine that the reasons given for the failure or refusal to approve the transcript require rejection of the deposition in whole or in part.

(h) The court shall impose a monetary sanction under Chapter 7 (commencing with Section 2023.010) against any party, person, or attorney who unsuccessfully makes or opposes a motion to suppress a deposition under this section, unless the court finds that the one subject to the sanction acted with substantial justification or that other circumstances make the imposition of the sanction unjust.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

DOJ00193