# EXHIBIT 27

# Case No: BI-LA2022-00016

# ATTACHMENT: 004

DOJ04248

# SUSPICIOUS INJURY REPORT
## STATE OF CALIFORNIA
### California Office of Emergency Services

# Cal OES 2-920
__Confidential Document__

---

Penal Code Section 11160 requires that if any health practiti~~c~~ ~~it,~~ provides medical services for a wound or physical injury inflicted as a result of ~~s of a firearm, shall~~ make a telephone report immediately or as soon as possible ~~tten report within 2~~ working days of receiving the information to a local law enfo~~(Cal OES 2-920) for~~ submitting the written report.

> LA ST FRANCIS MEDICAL CENTER
> Trauma, Southsudan One
> Att Dr: No att. providers found
> 05/04/74    U  148 y.o.
> 7700065126606   Emergency        112266444

**This form is used by law enforcement only and is confidential in accordance with Section 11163.2 of the Penal Code.
In no case shall the person identified as a suspect be allowed access to the injured person's whereabouts.**

---

## Part A:   PATIENT WITH SUSPICIOUS INJURY

| 1. Name of Patient (Last, First, Middle) | | 2. Birth Date | 3. Gender | 4. SAFE Telephone Number |
|---|---|---|---|---|
| | | | ☑ M   ☐ F | (   ) |

5. Patient Address (Number and Street / Apt – **No P.O. Box**)        City        State        Zip

| 6. Patient Speaks English  ☐ Yes  ☐ No  If No, identify language spoken: ___UNK___ | 7. Date and Time of Injury  Date: 5/4/22   Time: ___   ☐ am ☐ pm ☐ unknown |
|---|---|

8. Location / Address Where Injury Occurred, if Available.   Check here if unknown: ☐
1051 Garfield

9. Patient description of the incident. Include any identifying information about the person the patient alleges caused the injury and the names of any persons who may know about the incident.       ☐ Additional Pages Attached

35yo attempted SI hit by 1 car
4 GSW, Rt chest/thigh
by CHP    Lt

| 10. Name of Suspect, if Identified by the Patient | 11. Relationship to Patient | ☑ No Relationship |
|---|---|---|

12. Suspicious Injury Description. Include a brief description of physical findings, lab tests completed or pending, and other pertinent information.       ☐ Additional Pages

Dr. Strumwasser, Trauma MD
Dr. Woo, Dr. Emergency dpt.          TOD 12:08
Moses, RN

---

## Part B:   REQUIRED – AGENCIES RECEIVING PHONE AND WRITTEN REPORTS

| 13. Law Enforcement Agency Notified By Phone (Mandated by PC 11160) | 14. Date and Time Reported  Date: 5/4/22  Time: 12:01  am (pm) |
|---|---|

| 15. Name of Person Receiving Phone Report (First and Last) | 16. Title  CHP Portillo | 17. Phone Number  (323) 980-4600 |
|---|---|---|

| 18. Law Enforcement Agency Receiving Written Report (Mandated by PC 11160)  East LA CHP | 19. Agency Incident Number |
|---|---|

---

## Part C:   PERSON FILING REPORT

| 20. Name of Health Practitioner (First and Last)  Veronica Acosta | Title  LCSW | Telephone  3109007856 |
|---|---|---|

| 21. Employer's Name  St. Francis Medical Center | Phone Number  3109004525 |
|---|---|

| 22. Employer's Address (Number and Street)  3630 E Imperial Hwy | City  Lynwood | State | Zip  90262 |
|---|---|---|---|

| 23. HEALTH PRACTITIONER'S SIGNATURE:  Acosta | 26. Date Signed:  5/4/2022 |
|---|---|

Cal OES 2-920 (2001)

| | | | |
|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

LACLAO
1320 N Eastern Avenue
City of Los Angeles, CA 90063
Work: (323) 881-2411

**LA COUNTY**

## Incident Info

| | | | |
|---|---|---|---|
| **Unit Notified by Dispatch Date/Time:** | 05/04/2022 11:21:09 | **Incident Number:** | LAC22148094 |
| **Mass Casualty Incident:** | No | **Sequence Number:** | CF2205040488 |
| **EMS Vehicle (Unit) Number:** | S98 | **EMS Unit Call Sign:** | S98 |
| **Dispatch Complaint:** | T/C PED INVOLVED - ALS | **Disposition:** | (ALS) Patient Treated, Transported |
| **Location Code:** | FR - Freeway | | |
| **Incident Address:** | WB 105 EO 710 FWY PARAMOUNT, CA 90723 | **GPS Location:** | 33.91135,-118.1649 |

## Provider and Times

**Agency :** LACoFD     **Unit ID:** S98     **Level of Care:** Advanced Life Support

**Dispatch:** 05/04/2022 11:21:09
**Arrival:** 05/04/2022 11:29:12
**At Patient:** 05/04/2022 11:35:12
**Left Scene:** 05/04/2022 12:16:12
**At Facility:** 05/04/2022 12:24:12
**Facility Equip :** 05/04/2022 12:25:08
**Available:** 05/04/2022 12:30:12

## Additional Responding Units

### LACoFD Units

| Unit ID | Level of Care | PSAP Call Date/Time | Notified by Dispatch Date/Time | En Route Date/Time |
|---|---|---|---|---|
| E57 | BLS-Basic /EMT | 11:19:47 | 11:21:09 | 11:21:22 |

### Transporting Units

| Transport Agency | Transport Unit Number |
|---|---|
| WEST MED/MCCORMICK AMBULANCE | 000 |

## Crew Members

### Crew Members

| Crew Member ID | Crew Member Level | Crew Member Response Role |
|---|---|---|
| DIGBY, ADAM (P41473) | Paramedic | Paramedic Driver (Documenter) |
| SCHAEPER, PATRICK (P41470) | Paramedic | Primary Patient Caregiver -ALS Unit |

### PPE

| EMS Professional (Crew Member) ID | Personal Protective Equipment Used |
|---|---|
| DIGBY, ADAM (P41473) | Mask-N95 |
| SCHAEPER, PATRICK (P41470) | Mask-N95 ; Gloves |

## Transported To

**Receiving Facility:** SFM Saint Francis Medical Center

Page 1 of 13

DOJ04250

| | | | |
|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

**Facility Address:** 3630 E Imperial Hwy, Lynwood, CA 90262
**Incident/Patient Disposition:** (ALS) Patient Treated, Transported
**Transport To:** Criteria - Specialty Center
**Hospital Capability:** Trauma Center Level 2 (TC)
**Reason:**

**Base Hospital Contacted:** SFM Saint Francis Medical Center

**# Patients Transported:** 1        **# Patients at Scene:** 1

## Patient Information

**Name:** Unknown,Male,
**Date of Birth:** Unable to Complete        **Age:** 35 Years        **Gender:** Male
**Est. Weight (lbs.):** 225        **Est. Weight (kg):** 102.1

**Color Code Weight:**

**Home Address:** Unknown , ,

## Patient History

**Med/Surg History:** Unable to Complete
**Medication Allergies**

Unable to Complete

**Allergic to ASA?:** No

**Current Medications**

Unable to Complete

## Patient Assessment

**Distress Level:** Severe

**Dispatch Complaint:** T/C PED INVOLVED

**Chief Complaint:** Penetrating Traumatic Arrest
**Other Complaints:**

**Primary Impression:** Traumatic Arrest, Penetrating
**Other Impressions:**

**Mechanism of injury:** Firearm Injury, Assault/Intentional (GSW)

## Treatment Protocols

**Protocols Used**

Traumatic Arrest - 1243

## GCS/ Stroke Scale

### GCS

| Date/Time | Eye | Motor | Verbal | Total Score |
|---|---|---|---|---|

DOJ04251

| | | | | | |
|---|---|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | | **Sequence Number:** CF2205040488 | |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | | **Rec Facility:** SFM Saint Francis Medical Center | |

| 11:40:53 | 1 - None | 1 - None | 1 - None | 3 |
|---|---|---|---|---|

## Stroke Assessment

**Stroke Scale Type**

LAMS

LAMS

LAMS

LAMS

LAMS

LAMS

LAMS

### Therapies/ Procedures/ Meds/ Defib

#### Procedures

| Date/Time | TM # | Procedure | Procedure Successful |
|---|---|---|---|
| 11:36:01 | SCHAEPER, PATRICK (P41470) | CPR | Yes |
| 11:36:02 | SCHAEPER, PATRICK (P41470) | AED | |
| 11:36:04 | SCHAEPER, PATRICK (P41470) | OPA - Oropharyngeal Airway Insertion | Yes |
| 11:36:36 | SCHAEPER, PATRICK (P41470) | Bag-Mask Ventilations (BMV) | |
| 11:37:44 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | No |
| 11:38:19 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | No |
| 11:39:48 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | Yes |
| 11:41:32 | SCHAEPER, PATRICK (P41470) | Dressing Application | Yes |
| 11:42:49 | SCHAEPER, PATRICK (P41470) | Needle Thoracostomy | Yes |
| 11:46:28 | SCHAEPER, PATRICK (P41470) | ALS Assessment | Yes |

#### Medications

| Date/Time Medication Administered | Medication Crew (Healthcare Professionals) ID | Medication Given | Medication Dosage/ Units | Medication Administered Route |
|---|---|---|---|---|
| 11:39:12 | SCHAEPER, PATRICK (P41470) | OX - Oxygen | 15 Liters Per Minute (LPM [gas]) | Bag Valve Mask (BVM) |

DOJ04252

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:38:00
**File Name:** ZOLL_20220504113800.png



DOJ04253

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:48:00
**File Name:** ZOLL_20220504114929.png



DOJ04254

| **Date/Time:** | 05/04/2022 11:21:09 | **Patient Name:** | Unknown, Male | **Incident Number:** | LAC22148094 | **Sequence Number:** | CF2205040488 |
|---|---|---|---|---|---|---|---|
| **EMS Agency Name:** | LACoFD | **Unit Number:** | S98 | **Incident/Patient Disposition:** | (ALS) Patient Treated, Transported | **Rec Facility:** | SFM Saint Francis Medical Center |

Time: 05/04/2022 11:52:58
File Name: ZOLL_20220504115258.png



DOJ04255

Sandra Kirkman C-8186

**Date/Time:** 05/04/2022  11:21:09  **Patient Name:** Unknown, Male  **Incident Number:** LAC22148094  **Sequence Number:** CF2205040488

**EMS Agency Name:** LACoFD  **Unit Number:** S98  **Incident/Patient Disposition:** (ALS) Patient Treated, Transported  **Rec Facility:** SFM Saint Francis Medical Center

**Time:** 05/04/2022 11:54:58
**File Name:** ZOLL_20220504115458.png



DOJ04256

| | | | |
|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:56:28
**File Name:** ZOLL_20220504115628.png



DOJ04257

**Date/Time:** 05/04/2022 11:21:09
**EMS Agency Name:** LACoFD

**Patient Name:** Unknown, Male
**Unit Number:** S98

**Incident Number:** LAC22148094
**Incident/Patient Disposition:** (ALS) Patient Treated, Transported

**Sequence Number:** CF2205040488
**Rec Facility:** SFM Saint Francis Medical Center

**Time:** 05/04/2022 11:58:28
**File Name:** ZOLL_20220504115828.png



DOJ04258

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

**Time:** 05/04/2022 12:00:58
**File Name:** ZOLL_20220504120058.png



| | Arrest Details | | |
|---|---|---|---|
| **Advance Directives:** N - No | **Cardiac Arrest:** Yes, Prior to EMS Arrival | **Cardiac Arrest Etiology:** Trauma - TR | **Arrest Witnessed By:** Witnessed by Law Enforcement |
| | | **EMS CPR Time:** 05/04/2022 11:30:49 | |
| | | **Type of CPR Provided:** Compressions-Continuous; Ventilation-Bag Valve Mask | |
| | | | **CPR Care Provided Prior to EMS Arrival:** No |
| **First Monitored Arrest Rhythm of the Patient:** PEA | **Any Return of Spontaneous Circulation:** No | **AED Use Prior to EMS Arrival:** No | |
| **Reason CPR/Resuscitation Discontinued:** | | | |

DOJ04259

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
|---|---|---|---|---|---|---|---|
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

## Physical

### Exams

| Date/Time of Assessment | Airway/Face | Lung Exam Breathing Summary | Level of Consciousness | Skin | Head | Eye Exam | Chest | Chest/Lungs Assessment | Abdomen | Extremities | Back/Spine |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Eye - Bilat | | | | | |
| 11:46:29 | Airway - Patent | A - Apnea | Unresponsive (U) | F - Flushed | Puncture | eral: I - Pinpoint | Punc ture | Puncture | | Upper Leg - Leg-Upper-Right: Puncture; Gunshot wound with tourniquet placed over | |

## Special Circumstances

**Suspected Abuse/Neglect?:**

**Suspected ETOH?:**

**Suspected Drugs?:** N/A or Not Recorded

### Recreational Substance History

## Vitals

### Vitals

| Date/Time Vital Signs Taken | Vitals Crew Members ID | Blood Pressure | Heart Rate/ Pulse | Respiratory Rate | O2 | Pain Scale Score | ETCO2 |
|---|---|---|---|---|---|---|---|
| 11:38:00 | SCHAEPER, PATRICK (P41470) | / | 117 | 6 | 0 | | 11 |
| 11:40:53 | SCHAEPER, PATRICK (P41470) | Not Applicable / | Not Applicable | Not Applicable | Not Applicable | 0 | |
| 11:44:08 | SCHAEPER, PATRICK (P41470) | / | | | Not Applicable | 0 | |
| 11:48:00 | SCHAEPER, PATRICK (P41470) | / | 26 | | | | |
| 11:52:58 | SCHAEPER, PATRICK (P41470) | / | 118 | | | | 0 |
| 11:54:58 | SCHAEPER, PATRICK (P41470) | / | 99 | | | | 7 |
| 11:56:28 | SCHAEPER, PATRICK (P41470) | / | 57 | | | | 0 |
| 11:58:28 | SCHAEPER, PATRICK (P41470) | / | 94 | 5 | | | 11 |
| 12:00:58 | SCHAEPER, PATRICK (P41470) | / | | | | | 0 |

### Airway Confirmations

## Transfer of Care

**Care Transferred To:** F - Facility       **Facility Name:** SFM Saint Francis Medical Center       **Facility Code:** 20446

DOJ04260

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |
| | | | | # Patients Transported: | 1 | Code 3: | Code 3 |
| | | | | | | Transport Mode: | |

Transfer of Care Airway

## Narrative

**Paramedic Narrative:**
Aos to find pt laying supine on freeway in severe distress
CC of cardiac arrest resulting from penetrating trauma
Upon our arrival, pt aox0, 1/1/1 gcs
Ems was initially called to scene for pt running onto freeway as part of an apparent suicide attempt
Lunging in front of traffic
CHP arrived at patient before our arrival at scene and engaged with patient
By the time we arrived at pt, he had suffered multiple gunshot wounds and was pulseless with only agonal breathing
After two agonal breaths, pt became pulseless and apneic
Pt chest exposed, placed on pads and rhythm assessed
Pt found to be in PEA at approx 30 bpm
Compressions begun immediately, with opa placement and bvm therapy initiated at the same time
Once more resources arrived on scene, medics were able to move from BLS to ALS interventions
Head to toe assessment completed
CHP stating they fired a grazing shot at pts head, laceration noted to occipital
GSW noted to upper right chest
CHP also stating pt has GSW to right thigh, though wound never visualized by ems
Tourniquet placed by CHP, who state that wound is directly beneath tourniquet so it was left in place
Fourth gsw noted to left lower leg
Two attempts at IO insertion in right proximal tibia, but IO needle broke on both attempts
Third attempt at insertion at left proximal tibia, this time successful
Fluid resuscitation begun
Chest seal placed over gsw to upper right chest
LS absent with BVM
Needle thoracostomy performed on affected side, mid axillary
Significant blood return from catheter after insertion
Rhythm and pulse checks continued to be performed during this time, no shockable rhythm ever noted
Ambulance arrival time at scene delayed due to access issues and freeway traffic, hence transport delay
Immediately upon ambulance arrival on scene, pt loaded and transport initiated to sfm
Pt monitored en route to sfm where transfer of care was performed with ER staff
All times approximate

## Signatures

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Date/Time of Signature:** 05/04/2022 11:24:10

**Signature Graphic:**



**Name:** SCHAEPER , PATRICK

## Controlled Substances

### Controlled Substances

DOJ04261

| | | | | | |
|---|---|---|---|---|---|
| **Date/Time:** | 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** | LAC22148094 | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** | LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** | (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

Intentionally left blank if none given.

**Attachments**

**File Name:** 20220504113554_AR15C012729
**Modified By:** ADAM DIGBY
**Modified On:** 05/04/2022 16:14:22

DOJ04262

| Benchmark | Your Patient Has Expired | CHECK OFF | Time Task Completed Initial Entry |
|---|---|---|---|
| **10-25 Min.**<br><br>After your patient is pronounced | **Your Patient Expires**<br>• Curtains are drawn for patient privacy<br>• Family is notified of the death if they are not present<br>• Patient is carefully arranged in bed for viewing.<br>• If no family is coming, patient goes to the morgue.<br>If family is present at time of death, call for a chaplain from Spiritual Care Services  Ericsson  7660    Office 8515 | ✓ | MN 1209 |
| **Mandatory CALLS**<br><br>**WITHIN 1 HOUR OF THE DEATH** | 4. Report the Death to the Decedent Affairs Desk **Ext 8622**<br>5. FAX a copy of the "Record of Death" form to **(310) 900-8880**<br>6. Notify/Page the Administrative House Supervisor<br>4. Call Onelegacy– Organ Donor Representatives **1-800-338-6112** | ✓ | MN 1222 |
| **WITHIN 2 HOURS OF THE DEATH** | • MD and Consultants are Notified<br>• "Is your Patient a Coroner Case?"<br>  *Check Green Sheet*<br>• Give family "Comfort in Your Time of Loss" Booklet<br>• Patient is cleaned and enshrouded | ✓ | MN 1245 |
| **WITHIN 3-4 HOURS OF THE DEATH** | • Belongings/Valuables gathered and tagged<br>• Inventory form is completed for any personal property<br>• Money, cell phones, items of value goes to the hospital safe in Admitting – Not to the Morgue.<br>• Transport is called to the unit for discharge to the morgue.<br>• Transporter with RN at bedside confirms ID is on wrist, toe, and shroud; <u>all 3 match</u>.<br>• At the 3-Hour mark the patient must go to the morgue to preserve them for their funeral.<br>• At the 4-Hour mark the patient's medical chart must go to Decedent Affairs/Nursing Administration to prepare their release to mortuary or coroners. | ✓ | MN 1250 |

This checklist was completed by:

Staff Signature _____     Date/Time 05/04/2022 @ 1253

Print Name  MOSES NZEOGU

Addressograph

🏥 St. Francis Medical Center

**Expired Patient Check-off List**
Revision 04/2018



LA ST FRANCIS MEDICAL CENTER          TRAUMA 02
Trauma, Southsudan One
Att Dr: Randy E Woo, MD                112266444
05/04/74    U   148 y.o.              05/04/22
7700065126606  Emergency

DOJ04263

## St. Francis Medical Center

3630 East Imperial Highway, Lynwood, CA 90262

310-900-8900

### ADMISSION/REGISTRATION

| Patient | Medical Record # | CSN# | Hospital Acct # | Fin Class/Reimb Type |
|---|---|---|---|---|
| Trauma, Southsudan One Preferred Name | 112266444 | 7700065126606 | 706000149224 | GOVT/ |

| Admit/Serv Dt Time | IP Admit Dt/Time | ED Arr Dt Time | Disch Dt Time | Room/Bed | Location | Service |
|---|---|---|---|---|---|---|
| 5/4/2022 1159 | N/A N/A | 5/4/22 1159 | 5/4/2022 1834 | TRAUMA 02 | SFMC ER | Emergency Medicine |

| Pt Class | Arrival Mode | Point of Origin | Priority | Primary Care | Office Phone |
|---|---|---|---|---|---|
| Emergency | ALS Ambulanc | Home | Trauma Center | None Pcp, MD | None |

| Chief Complaint | Admission Diagnosis | User |
|---|---|---|
| TRAUMA | | MNZEOGU |

| Emergency Physician | Office Phone | Attending Physician | Office Phone | Admitting Physician | Office Phone |
|---|---|---|---|---|---|
| Randy E Woo | 310-900-4525 | | | | |

### PATIENT

| SSN | DOB | Age | Sex | MS | Religion | VIP | Conf |
|---|---|---|---|---|---|---|---|
| xxx-xx-0001 | 5/4/1874 | 148 y.o. | U | Unknown | Unknown | | |

| Race | Ethnicity | Preferred | Maiden Other |
|---|---|---|---|
| Unknown | Unknown | Unknown | |

Address:
UNKNOWN
LYNWOOD, CA 90262

Alternative Address:
Care of:

Home Phone: 999-999-9999          Cell Phone:

### PATIENT EMPLOYER

Employer:
Address:

Work Phone:
Occupation:

### GUARANTOR

Name:        TRAUMA,SOUTHSUDAN ONE          SSN: xxx-xx-0001
Address:  UNKNOWN
          LYNWOOD, CA 90262

Home Phone: 999-999-9999
Relationship to Patient: Self

### GUARANTOR EMPLOYER

Employer:
Address:

Work Phone:
Occupation:

### EMERGENCY CONTACT 1

Relationship to Patient: Other
Name:            UNK,UNK
Address:
Home Ph:
Work Ph:
Cell Ph:            999-999-9999

### EMERGENCY CONTACT 2

Relationship to Patient:
Name:            *No Contact Specified*
Address:
Home Ph:
Work Ph:
Mobile ph:

### Insurance # 1

Payor/Plan: TRAUMA /TRAUMA PATIENT

Address:
10100 PIONEER BLVD #200
SANTA FE, CA 90670-8299

Subscriber: TRAUMA,SOUTHSUDAN O*
Pat Rel to Subscriber: Self
Group Name:
Group Number: 0001
Subscriber ID: 000000

### Authorization

Auth:

### Insurance # 2

Payor/Plan: /
DOB:
Address:

Subscriber:
Pat Rel to Subscriber:
Group Name:
Group Number:
Subscriber ID:

### Authorization

Auth:

### OTHER INFO

| Organ Donor:      N Primary Isolation:  No active isolations | Influenza Vaccine this Season? Pneumococcal Vaccine ever? | Accident Occurrence: ONSET OF SYMPTOMS/ILLNES*  Date: 5/4/2022 |
|---|---|---|

CSN:          Printed: 5/4/22 8:19 PM

DOJ04264

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC Document 209-4 Filed 02/24/25 Page 19 of 32 Page ID #:1213
Sandra Kirkman, Carlos Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC

**Date of Death:** 05 / 04 / 2022 **Time:** 1208 **Unit/Room** I-2 ☐Code Blue ☐Armband ☐DNR ☐In Restraints ☐ Restraints w/in 24hrs

| **P A T I E N T** | **First Name:** South Sudan One | **Last Name:** Trauma | **Medical Record#** 112266444 |
|---|---|---|---|
| | **Age:** unk | **Date of Birth:** unk | **Male** ☒ **Female** ☐ **Fetal-Unknown** ☐ | **Ethnicity:** Hispanic |
| | **Home Address:** unk | | **Home Phone#** |
| | **City:** unk | | **Faith:** |

| **M D s** | **Primary MD:** unk | **Phone:** | **Notified?** Yes / No **Autopsy?** Yes / No |
|---|---|---|---|
| | **Consult MD:** unk | **Phone:** | **Notified?** Yes / No **Autopsy?** Yes / No |
| | **MD to Sign Death Certificate:** | **Phone:** | **Notified?** Yes / No **Autopsy?** Yes / No |

| **A D M I T** | **Date Patient Admitted:** 5/4/2022 | | **Time Admitted:** 1159 |
|---|---|---|---|
| | **Patient Diagnosis:** Cardiac Arrest. Cardiac Tamponade | **FROM:** ER ☐ MD Office ☐ Nursing Home ☐ **Other:** ☒ street | |

**O R G A N D O N O R**
**I notified organ donor contact at OneLegacy**
At hotline number: 1-800-338-6112
The number given to me was: R 2205-00746
Date: 05/04/22 Time: 1236

**My Signature:** Moses Nzeogu
**Print Name:** MOSES NZEOGU **Position:** RN

| **F A M I L Y** | Significant Other to this Patient - Family, Friends, or Legal Guardian | | |
|---|---|---|---|
| | **Name:** | **Relation** | **Phone:** |
| | **Name:** | **Relation** | **Phone:** |
| | **Notification** of Family/Friend - **Notified By (Staff Name and Position):** | | **Date:** **Time:** |

**Does the Patient Family Request An Autopsy?** ☐ NO ☐ YES ☒ UNKNOWN AT THIS TIME

If Yes, MD must write an order in Progress Notes and family must sign an Autopsy Consent Form. The entire 3 part Autopsy Consent and Record of Patient Death must be delivered with the chart to Nursing Administration within 2 hours of Patient's demise. Only patients with MDs who have privileges at SFMC will be autopsied. Payment may be required.

**C O R O N E R**
Patients who expire within 24 hours of admission, post-surgery, 24 hours after an ER Admit, victims of accidents (cars, falls, or violent crime) may be considered a Coroner Case. **If no physician will sign the patient Death Certificate the patient is to be considered a Coroner investigation. Case # is:** 2022-0484 **Deputy Name:**

Process in this manner:
Complete a Form 18 and sign it. Call the Coroner at 1-323-343-0711 to report the death. Write the Coroner case number on form. Have the entire chart for this admission copied by Medical Records ASAP. Fax Record of Death and facesheet to (310)900-8880. The patient chart copy, the original Form 18, and the Patient Death Form are to be brought to Decedent Affairs ASAP.

**M O R T U A R Y**
**Plans Being Made for Patient's Mortuary Services - Please Check an Area**
Patient's Family/Legal Representative has already made arrangements with a mortuary, they are as follows:
**Name of Mortuary:**
**Address:** **Phone Number:**
**Signature of Family Member:** **Relation:**
☐ **No arrangements have been made. Family will call Decedent Affairs (310) 900-8622 with their information.**

| **Released Date:** | **Mortuary Rep:** | **Mortuary:** |
|---|---|---|
| | | **Mortuary Address:** |
| **Time:** | **SFMC Witness:** | **Phone #** |

☩ **St. Francis Medical Center**

**Record of Patient Death**

FORM #55.002 Rev 10,19. Distribution: Entire Set to Nursing Administration

AHS 7800 & DECEDENT AFFAIRS 8622

REPORT THIS DEATH NOW!

LA ST FRANCIS MEDICAL CENTER
Trauma, Southsudan One          TRAUMA 02
Att Dr: Randy E Woo, MD
05/04/74   U   148 y.o.          112266444
7700065126606  Emergency        05/04/22

At Release of Patient: White Copy-Med Records, Yellow-N Admin

DOJ04265

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Sandra Kirkman, Carlos Alaniz v. State of California, et al., 2:23-cv-07532-DMG-SSC



St. Francis Medical Center

MONITOR STRIPS RECORD

44-137 (Rev. 1/16)   Cardiology/Respiratory

PATIENT IDENTIFICATION
LA ST FRANCIS MEDICAL CENTER
Trauma, Southsudan One
Att Dr: No att. providers found
05/04/74   U   148 y.o.                112266444
7700065126606  Emergency

DO J04266

COUNTY OF LOS ANGELES
DEPARTMENT OF MEDICAL EXAMINER-CORONER

HOSPITAL AND NURSING
CARE FACILITY REPORT

1104 NORTH MISSION ROAD
LOS ANGELES, CALIF. 90033

# 18

TO REPORT A DEATH — PHONE (323) 343-0711 FAX (323) 222-7041
COMPLETE ALL LINES, USE INK. IF UNKNOWN OR NOT APPLICABLE, SO STATE.

Saint Francis Medical Center
NAME OF FACILITY

CC# _____

ADDRESS 3630 East Imperial Hw HOSPITAL PHONE # 310) 900-8900

NAME OF DECEDENT Trauma Southsudan one

SOURCE OF IDENTIFICATION _____ DOB Ink AGE unkn SEX Male RACE Hispanic

DATE OF DEATH 05-04-2022 TIME 1208

PRONOUNCED BY Dr Strumwasser   MEDICAL RECORD OR PATIENT FILE # 112266444

## ALL ADMISSION BLOOD SAMPLES/SPECIMENS NEED TO BE HELD FOR
## THE CORONER OR ACCOMPANY DECEDENT/DO NOT DISCARD

DATE ENTERED HOSPITAL 05/04/2022 ___ TIME ___ 1159

☐ SELF  ☒ AMBULANCE (Name or #) 22 05040488  ☒ ER DEATH?  ☐ IN PATIENT DEATH?

FROM The Street/ freeway
(STATE WHETHER HOME, HOSPITAL OR OTHER)  GIVE ADDRESS          (IF HOSPITAL ATTACH THEIR HISTORY)

ADMITTED BY: Woo _____ M.D.   PRIMARY ATTENDING PHYSICIAN Strumwasser M.D.

OFFICE PHONE # _____   OFFICE PHONE # _____

INJURIES GSW x 3, Right chest, Right thigh, left tibia PLACE _____ CAUSE _____
(TRAFFIC, FALL, ETC.)

DESCRIBE INJURIES: DATE 5/4/22 TIME 1159

pt arrived in traumatic full arrest and asystole, CPR
in progress. According to the paramedics, pt was possibly

CLINICAL HISTORY: Suicidal as he was running around on the 105
freeway. Medics also said that pt was hit by a big rig
and also a car and he was also shot three times by the
CHP. Three gunshot wounds noted on the right chest,
right thigh and left tibia. Multiple attempts to resuscitate
pt were unsuccessful, pt was pronounced dead at 1208.

SURGICAL PROCEDURES: STATE TYPE, DATE, TIME AND RESULTS OF ANY OPERATION OR AMPUTATION PERFORMED

WAS A BULLET OR OTHER FOREIGN OBJECTS RECOVERED?  SPECIFY _____

LABORATORY: REPORT ON PATHOLOGY SPECIMENS TAKEN _____ DATE & TIME _____

LABORATORY PHONE NUMBER _____

MICROBIOLOGY CULTURE RESULTS: _____ NO _____ YES (ATTACH REPORT)

TOXICOLOGY SCREEN: _____ NO _____ YES (ATTACH RESULTS)

RADIOLOGICAL STUDIES: _____ NO _____ YES (ATTACH RESULTS)

REMARKS: ESPECIALLY SYMPTOMS PRECEDING AND DURING TERMINAL EPISODE

IN MY OPINION, THE CAUSE OF DEATH IS: _____

BY _____ M.D.   -OR-   _____
                              NURSE/HOSPITAL ADMINISTRATOR

OFFICE PHONE # _____   OFFICE PHONE # _____

6H655 (REV.9/13)

THE BODY WILL NOT BE REMOVED BY THE CORONER WITHOUT THIS COMPLETED REPORT AND COPIES OF ALL CHARTS

**SUSPICIOUS INJURY REPORT**

**STATE OF CALIFORNIA**
**California Office of Emergency Services**

# Cal OES 2-920

**Confidential Document**

Penal Code Section 11160 requires that if any health practitioner, within t[...]
services for a wound or physical injury inflicted as a result of assaultive or [...] n, shall
make a telephone report immediately or as soon as possible. They shall [...] vithin 2
working days of receiving the information to a local law enforcement age[...] 20) for
submitting the written report.

```
LA ST FRANCIS MEDICAL CENTER
Trauma, Southsudan One
Att Dr: No att. providers found
05/04/74   U  148 y.o.              112266444
7700065126606  Emergency
```

This form is used by law enforcement only and is confidential in accordance with Section 11163.2 of the Penal Code.
In no case shall the person identified as a suspect be allowed access to the injured person's whereabouts.

## Part A: PATIENT WITH SUSPICIOUS INJURY

| 1. Name of Patient (Last, First, Middle) | 2. Birth Date | 3. Gender ☑ M ☐ F | 4. SAFE Telephone Number |
|---|---|---|---|

5. Patient Address (Number and Street / Apt – **No P.O. Box**)      City      State      Zip

6. Patient Speaks English
☐ Yes ☐ No If No, identify language spoken: **UNK**

7. Date and Time of Injury
Date: **5/4/22** Time: ☐ am ☐ pm ☐ unknown

8. Location / Address Where Injury Occurred, if Available. Check here if unknown: ☐
**1051 Garfield**

9. Patient description of the incident. Include any identifying information about the person the patient alleges caused the injury and the names of any persons who may know about the incident.      ☐ Additional Pages Attached

**3 Syo attempted SI hit by 1 car**
**4 GSW, Rt chest/thigh**
**by CHP    Lt**

10. Name of Suspect, if Identified by the Patient | 11. Relationship to Patient | ☑ No Relationship

12. Suspicious Injury Description. Include a brief description of physical findings, lab tests completed or pending, and other pertinent information.      ☐ Additional Pages

**Dr. Strumwasser, Trauma MD**
**Dr. Woo, Dr. Emergency dpt.      TOD 12:08**
**Moses, RN**

## Part B: REQUIRED – AGENCIES RECEIVING PHONE AND WRITTEN REPORTS

13. Law Enforcement Agency Notified By Phone (Mandated by PC 11160) | 14. Date and Time Reported Date: **5/4/22** Time: **12:01** am ☐ pm

15. Name of Person Receiving Phone Report (First and Last) | 16. Title **CHP Portillo** | 17. Phone Number **(323) 980-4600**

18. Law Enforcement Agency Receiving Written Report (Mandated by PC 11160) **East LA CHP** | 19. Agency Incident Number

## Part C: PERSON FILING REPORT

20. Name of Health Practitioner (First and Last) **Veronica Acosta** | Title **LCSW** | Telephone **310 900 7856**

21. Employer's Name **St Francis Medical Center** | Phone Number **3109004525**

22. Employer's Address (Number and Street) **3630 E Imperial Hwy** City **Lynwood** State Zip **90262**

23. HEALTH PRACTITIONER'S SIGNATURE: **Acosta** | 26. Date Signed: **5/4/2022**

Cal OES 2-920 (2001)

DOJ04268

# TRAUMA FLOW SHEET

TIME OF ACTIVATION: _1144_ TIME OF ARRIVAL: _1159_ DATE: _5/4/22_

MODE OF ARRIVAL: ☐ PRIVATE VEHICLE ☑ AMBULANCE ☐ WALK-IN ☐ AIR

SEQUENCE # _220504088_ RA/SQUAD # _98_ CITY OF INJURY/ ZIP CODE: _____

## TRAUMA TEAM

☑ TIER I ☐ TIER II ☐ TIER III ☐ OB ☐ CONSULT ☐ NOT NOTIFIED
☐ UPGRADE TIER I-II

| Responders Arrived | NOTIFIED | ARRIVED | |
|---|---|---|---|
| ANESTHESIOLOGIST | 1144 | 1150 | MD NAME: Outvave |
| EMERGENCY MEDICINE | 1144 | 1154 | MD NAME: WOO |
| TRAUMA SURGEON | 1144 | 1153 | MD NAME: Shmwasser |
| TRAUMA NURSE CLINICIAN | 1144 | 1149 | NAME: Matt/Jenifer |
| OR NURSE | WA bloc 2/1144 | 1152 | NAME: MlouTn |
| CCRN | | | NAME: |
| L&D NURSE | | | NAME: |
| OTHER: NAP | 1144 | 1151 | NAME: Fabiole |

## MECHANISM OF INJURY

☑ Auto: ☐ Driver ☐ Passenger ☐ Pedestrian ☐ Bicyclist
☐ Ejection ☐ Extrication ☐ PSI ___
☐ Seat Belt: ☐ Yes ☐ No ☐ Air Bag ☐ PSI ___

☐ MC: Speed (mph) ___ ☐ Bicycle: Speed (mph) ___
☐ Helmet: ☐ No ☐ Yes: ☐ 1/2 ☐ 3/4 ☐ Full

☐ Stab ☑ GSW X 3 ☐ Assault

☐ Crush ☐ Burn ☐ Fall ___ ft ☐ Impalement

☐ Found Down ☐ Industrial Accident

☐ Suspected Abuse: ☐ Child ☐ Elder ☐ IPV

☑ Other _Suicidal_

## PRE-HOSPITAL INFORMATION

☑ Bag Valve Mask
☐ C-Collar
☐ Combitube
☑ CPR
☐ Intubation ___ FR ___ CM
☐ Oxygen ___ l/min via ___

☐ Backboard
☐ Blood Glucose ___
☑ Needle Thoracostomy: (R) L / B
☐ Splint
☐ Tourniquet: Time ___
☐ Traction ___

☐ Estimated Blood Loss (EBL)
_no Left tibia_
☐ Meds: ___
☑ Vitals _0/0_

## PATIENT INFORMATION

Age _33_ Sex _Male_ Height _5'8"_ estimated/stated Weight _250_ lb/kg estimated/stated Broselow Tape Color ___

Ethnicity _Hispanic_ Tetanus Status _unknown_ ALLERGIES: _unknown_

PREVIOUS MEDICAL HISTORY: ☐ DM ☐ HTN ☐ CHF ☐ ESRD ☐ CVA ___ ☐ OTHER _unknown_

MEDICATIONS: _unknown_

## PSYCHOSOCIAL

☐ Family Notified Contact: ___ Number: ___

☐ SBIRT+/- Screening Tool ___ Referred Y / N ___ ☐ Abuse/violence screening +/- Reported ___

☐ Social Worker ☐ Police ___ ☐ Report# ___ ☐ DCFS ☐ SART ☐ DAPS ☐ Other ___

| Nurse Name | Signature/Title | Initials |
|---|---|---|
| MOSES NZEOGU | — RN | MN |
| | | |
| | | |
| | | |

✚ St. Francis Medical Center

TRAUMA FLOW SHEET
PAGE 1 of 4

F080 (04/22)

Trauma, Southsudan One
Att Dr: No att. providers found
05/04/74 U 148 y.o.
7700065126806 Emergency
112266444
LA ST FRANCIS MEDICAL CENTER

DOJ04269

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC   Document 61-1   Filed 01/24/25   Page 33 of 32   Page
Sandra Kirkman, Carlos Alaniz v. State of California, et al. 2:23-cv-07532   Page 33 of 32   Page
ID #:1218

| Time | PAIN | BP | HR | Rhythm | RR | O2 Sat | Temp | Pupils | | Glasgow | | | | |
|------|------|----|----|--------|----|--------|------|--------|--|---------|--|--|--|--|
| | | | | | | | | L | R | E | V | M | Total |
| 1159 | unk | O | O | - | O | | | R NR | R NR | 1 | 1 | 1 | 3 |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |
| | | | | | | | | R NR | R NR | | | | |

| MEDICATIONS GIVEN | ROUTE | TIME | RESPONSE | INITIALS | MEDICATIONS GIVEN | ROUTE | TIME | RESPONSE | INITIALS |
|-------------------|-------|------|----------|----------|-------------------|-------|------|----------|----------|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| PROCEDURES | Time | Size | By | Comments/Results |
|------------|------|------|-----|------------------|
| Intubation | 1200 | | Sufrave | ☑Oral ☐Nasal ☐Color CHG +/- |
| Cricothyroidotomy | | | | |
| Chest Tube   R / L / B | 1202 | | WDU | |
| Thoracotomy   R / L / B | 1200 | | Brumwese | |
| #1 IV/Saline Lock | 1208 | 18 | Jenifer | Site R/LAC D/C Time: |
| #2 IV/Saline Lock | 1207 | 20 | Matt | Site (L) arm D/C Time: |
| MTP Initiated | | | | D/C Time: |
| Central Line | | | | Site: D/C Time: |
| Intraosseous | PTA | | Medics | Site L tibia D/C Time: |
| Warming Measures | | | | ☐ Blankets  ☐ Bair Hugger  ☐ Rapid Infuser |
| FAST/E-FAST/Limited FAST | | | | ☐ Positive  ☐ Negative |
| Gastric Tube | | | | ☐ Oral  ☐ Nasal |
| Foley Catheter | | | | Blood ☐ Positive ☐ Negative |
| Splints | | | | Site: D/C Time: |
| Other | | | | Site: D/C Time: |
| Pelvic binder | | | | Site: D/C Time: |
| Tourniquet | | | | Site: D/C Time: |
| Laceration repair | | | | Site: |
| Traction | | | | Site: D/C Time: |
| Ventilator | Vt | FiO2 | Rate | Mode |

**SERIAL HEMOCUE**

| LABS | TIME |
|------|------|
| TRAUMA PANEL I, II, III | |
| ☐ TEG ☐ Troponin ☐ ABG | |
| ☐ KB ☐ LACTATE | |
| ☐ Serum / Urine Preg. | |

| RADIOLOGY | TIME |
|-----------|------|
| CXR | |
| PELVIS X-RAY | |
| EXTREMITY | |
| CT: HEAD / FACE | |
| CT C-SPINE | |
| CT CHEST | |
| CT ABD/PELVIS | |
| CTA/ANGIOGRAM/EMBOLIZATION | |
| OTHER | |
| OTHER | |

**St. Francis Medical Center**

**TRAUMA FLOW SHEET**
**PAGE 3 of 4**



ST. FRANCIS MEDICAL CENTER
Trauma, Southsudan One
Att Dr: No att. providers found
05/04/74   U   148 y.o.          112266444
7700065126606   Emergency

DOJ04270

# St. Francis Medical Center

0030 East Imperial Highway
Lynwood, California 90262
Telephone: 310 900 8610

Patient MR#:                     Acct #:

Patient Name:

Sex:        Birthdate:        Location:

Ordering Physician:

ABO/Rh:         Antibody Screen:

Request #:              KDU #:

Patient Antibodies:

Patient Instructions:

Unit#: W 2021 22 555 922-7
Component: 50470 NL        Volume: ___ cc

ABO/Rh: O NEG    Expiration Date: 5/14/22
                 INCOMPLETE

Major Crossmatch is: NOT APPLICABLE

Remarks:

Tech: JK   5/14/22

ISSUE/RETURN RECORDS: Inspect for appearance color, clots, hemolysis and intact entry ports

| BASE | ISSUED BY | INSPECTION | RECEIVED BY | DATE | TIME | RETURNED BY | DATE | TIME | TECHNOLOGIST |
|------|-----------|------------|-------------|------|------|-------------|------|------|--------------|
| 1 | JK | JK | | 5/4 | 1445 | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |

## TRANSFUSION ADMINISTRATION RECORDS

                                                          YES    NO (If no, please explain)
1. M.D. order on chart                                    [ ]    [ ]
2. Legal Consent Obtained                                 [ ]    [ ]
3. Patient name and DOB confirmed verbally by patient or nurse  [ ]    [ ]

I confirm that immediately before starting the transfusion two (2) licensed personnel have individually checked the patient name and ID number on the wrist band and that it matches exactly the name and ID number on the transfusion administration form and compatibility tag on the blood product.

Signature:

If applicable:
Removed from Cooler:      Date:      Time:      Signature:
Started by:               Date:      Time:
Ended by:                 Date:      Time:

Not Given Spiked

| Vital Signs | Temp | Pulse | Resp | BP | Date | Time | Initials |
|-------------|------|-------|------|----|----|------|----------|
| Pre-Transfusion | | | | | | | |
| 15 Minutes after Start | | | | | | | |
| Post-Transfusion | | | | | | | |

Patient constantly monitored for 1st 15 minutes  [ ] YES   [ ] NO   Comments:

Reaction [ ] NO   [ ] YES  Time of onset ____  TRANSFUSION REACTION suspected, please complete information below:

| SIGNS AND SYMPTOMS | ACTIONS |
|---|---|
| 1 [ ] Respiratory Distress/S.O.B/Dyspnea | 1. Slow Transfusion. Notify Physician |
| 2. [ ] Rash/Itching | 2. Slow Transfusion. Notify Physician (who may elect to give antihistamines) |
| 3. [ ] Fever: Highest ____   [ ] Shaking Chills<br>[ ] Chest or Back Pain  [ ] Nausea<br>[ ] B.P. change  [ ] Hematuria<br>[ ] Other - Explain ____ | 3 STOP TRANSFUSION. Maintain I.V., T.K.O. with saline<br><br>IMMEDIATELY<br><br>Notify Physician.  Notify Blood Bank.<br><br>Send blood bag, tubing, completed form and post transfusion urine sample to the laboratory. |
| Signature: ____   R.N. | |

TRANSFUSION

LABORATORY DIRECTORS

DOJ04271

Trauma, Southsudan One (MRN 112266444) DOB: 05/04/1874          Encounter Date: 05/04/2022

# Trauma, Southsudan One

MRN: 112266444

**ED** 5/4/2022 (6 hours)          Last attending: Randy E Woo, MD • with Treatment team
Status: Discharged                Primary impression: Cardiac arrest
SFMC Emergency Room               Chief complaint: Trauma

## ED Provider Notes

Lorraine Rowe, ER Scribe • Emergency Medicine

Unsigned

Procedure Orders
   1. Chest Tube [278235162] ordered by Randy E Woo, MD

   ◻ St. Francis Medical Center

3630 EAST IMPERIAL HIGHWAY
LYNWOOD CA 90262
310-900-8900

**Emergency Department Provider Note**
Date of Service: 5/4/22
Provider: Randy Woo, MD

**Southsudan One Trauma**
**MRN**: 112266444 **Acct#** 706000149224

| HISTORY OF PRESENT ILLNESS |
|---|

**CC:** *Trauma*

**HPI:**
Southsudan One Trauma is a 148 y.o. adult brought in by ambulance from running around on
105 freeway for traumatic full arrest, s/p being shot by CHP 3 times with GSWs to right chest,
right thigh and tight shin. Per EMS, pt was believed to have SI and was on the freeway
attempting to be hit by cars. Unknown if pt was hit by a car. Per Ems, pt was GCS 3 on scene
and on the monitor he never had a shockable rhythm and was asystole en route.
Compressions started on scene and fluids administered en route.

History: unknown


PCP is No PCP, MD None

History is provided by: EMS
History is limited by: Unable to complete full history due to: Cardiac Arrest


| REVIEW OF SYSTEMS |
|---|

Printed by Tina Sutton at 5/4/22 8:20 PM                                    Page 1 of 6

Trauma, Southsudan One (MRN 112266444) DOB: 05/04/1874         Encounter Date: 05/04/2022

**Review of Systems**
**Unable to complete full ROS due to: Cardiac Arrest**

| PAST MEDICAL HISTORY |
|---|

**History:**
No past medical history on file.
No past surgical history on file.
**Social History**

Tobacco Use
- Smoking status:          Not on file
- Smokeless tobacco:       Not on file
Substance Use Topics
- Alcohol use:             Not on file
- Drug use:                Not on file

No family history on file.

**Previous Medications**
 No medications on file

**Allergies:** Southsudan One Trauma has no allergies on file.

*PMH, PSH, SH reviewed. Agree or addended above.*

| PHYSICAL EXAMINATION |
|---|

| Triage Vitals | |
|---|---|
| Temp | |
| BP | |
| Pulse | |
| Resp | |
| SpO2 | |
| Weight / BMI: | There is no height or weight on file to calculate BMI. |

**PHYSICAL EXAM:**
**CONSTITUTIONAL:** Patient is lying on gurney and is unresponsive, GCS 3.
**HEAD:** Head is atraumatic
**EYES:** Pupils are fixed and nonreactive
**ENT:** Oropharynx is clear and patent
**NECK:** Supple. No masses
**RESPIRATORY CHEST:** Apneic, GSW to right chest
**CARDIOVASCULAR:** No heart sounds heard. No palpable carotid or femoral pulses
**ABDOMEN:** Soft, non-distended. No masses
**EXTREMITY:** no edema, no deformity, GSWs to right thigh and shin.
**NEURO:** Unresponsive to external stimuli
**SKIN:** Pale. No jaundice. No diaphoresis. Prolonged capillary refill

| Results |
|---|

DOJ04273

Trauma, Southsudan One (MRN 112266444) DOB: 05/04/1874          Encounter Date: 05/04/2022

### Lab results:
Labs Reviewed
**CBC W/ AUTO DIFF**
**BASIC METABOLIC PANEL**
**APTT**
**PROTIME-INR**
**TROPONIN I**
**URINALYSIS, W/ REFLEX TO MICRO AND CULT,**
**IF INDICATED**
**ETHANOL**
**URINE DRUG SCREEN**
**TYPE AND SCREEN**

ED Labs reviewed independently by me.

### Radiology Results:
Imaging Results
   None

---

### ED COURSE/MEDICAL DECISION MAKING

**Orders Placed This Encounter**
Procedures
- CHEST TUBE INSERTION
- CBC W/ AUTO DIFF
- BASIC METABOLIC PANEL
- APTT
- Protime-INR
- Troponin I
- Urinalysis
- Ethanol
- Drugs of Abuse Screen Urine
- Pulse Oximetry
- Cardiac Monitoring
- ED 411 Tech Communication
- Type and screen

Medications - No data to display

### Current Vitals:
There were no vitals taken for this visit.

### MDM/ED Course:
148 y.o. adult 33 yo male with hx of psych with presumed SI and hit by a car and allegedly
shot. Pt was brought in full cardiac arrest ,Trauma doctor Strumwasser did full thoracotomy, I
did right sided chest tube, there was no ROSC. Pt was found to have cardiac tamponade,
cardiac injury and ascending aorta injury. Pt had devastating injuries and a lot of blood in his
thorax. Pt was pronounced at 1208.

DOJ04274

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Trauma, Southsudan One (MRN 112266444) DOB: 05/04/1874          Encounter Date: 05/04/2022

**ED Course** as of 05/04/22 1255
**Wed May 04, 2022**
1159    Pt arrived [LR]
1200    Opening chest [LR]
1201    Intubated [LR]
1202    Chest tube placed in right [LR]
1208    Time of death [LR]

**ED Course User Index**
[LR] Lorraine Rowe, ER Scribe


**Chest Tube**

Date/Time: **5/4/2022 12:47 PM**
Performed by: **Randy E Woo, MD**
Authorized by: **Randy E Woo, MD**

Consent:
  Consent obtained: **Emergent situation**
  Consent given by: **Healthcare agent**
Pre-procedure details:
  Skin preparation: **ChloraPrep**
Anesthesia (see MAR for exact dosages):
  Anesthesia method: **None**
Procedure details:
  Placement location: **R lateral**
  Scalpel size: **11**
  Tube size (Fr): **36**
  Dissection instrument: **Finger**
  Ultrasound guidance: **no**
  Tension pneumothorax: **no (hemo pneumothorax)**
  Drainage characteristics: **Bloody (300 cc blood drained)**
Post-procedure details:
  Post-insertion x-ray findings: **tube repositioned**
  Patient tolerance of procedure: **Tolerated well, no immediate complications**


-

**Clinical Impression**
Final diagnoses:
**None**


**ED Disposition**
Expired
{Reminder to Refresh: DO NOT REMOVE UNTIL REFRESHED BY PROVIDER}
**New Prescriptions**
  No medications on file

No follow-up provider specified.

Printed by Tina Sutton at 5/4/22 8:20 PM                    Page 4 of 6

Trauma, Southsudan One (MRN 112266444) DOB: 05/04/1874          Encounter Date: 05/04/2022

| **Attestations** |
|---|

**Scribe Attestation:**
5/4/2022 12:50 PM By signing my name below, I LORRAINE ROWE (scribe), attest that this documentation has been prepared in the presence and under the direction of Randy Woo, MD Electronically signed: LORRAINE ROWE, Scribe

**Provider Attestation:**
Some documentation on this chart may have been completed by the scribe at my direction. All such documentation was personally reviewed by me. Additions and corrections were made by me as appropriate. I acknowledge the chart to be accurate at this time. (The time of chart signature and attestation may not reflect the time and date of patient care.)

## Other Notes
All notes

 ED Notes
Moses Nzeogu, RN Emergency Medicine •
5/4/2022

Prashanth Sutrave, MD Anesthesiology •
5/4/2022

Moses Nzeogu, RN Emergency Medicine •
5/4/2022

Moses Nzeogu, RN Emergency Medicine •
5/4/2022

Moses Nzeogu, RN Emergency Medicine •
5/4/2022

Moses Nzeogu, RN Emergency Medicine •
5/4/2022

 Procedures
Procedure note 5/4/2022

## Additional Orders and Documentation

  🜀 Results      ✍ Meds      📋 Orders      🎛 Flowsheets
                                           Procedures

Encounter Info: History, Allergies, Detailed Report

## Clinical Impressions
Primary: **Cardiac arrest** I46.9
Cardiac tamponade I31.4

## Disposition
⊞ Expired
Date: 5/4/2022
Patient: Southsudan One Trauma
Admitted: 5/4/2022 11:59 AM
Attending Provider: Randy E Woo, MD
Southsudan One Trauma was pronounced dead at 12:08 by Dr. A Strumwasser MD.

DOJ04276

Trauma, Southsudan One (MRN 112266444) DOB: 05/04/1874          Encounter Date: 05/04/2022

## Medication Changes
As of 5/4/2022 6:37 PM

None

## Medication List at End of Visit
As of 5/4/2022 6:37 PM

None

## Care Timeline

| | |
|---|---|
| 05/04 1144 | Trauma Documentation Start |
| 05/04 1159 | Arrived |
| 05/04 1208 | Trauma Documentation End |
| 05/04 1421 | Prepare RBC: |
| 05/04 1834 | Discharged |

DOJ04277

# BASE HOSPITAL FORM

Log # _____  Sequence # _CV-2205040488_  ☐ Pg2

| Date | _____ | Provider Code | _____ | Pt # ___ of ___ | Gender ☑M ☐F ☐N | | Hospital Code _SFM_ |
| Time | 1140 | Unit | 98 | Age 33 ☑Yrs ☐Mos ☐Days | | ☑Phone | ☐9-1-1 Call |
| Location | Fwy | | | ☐Wks ☐Hrs ☐Est. | ☐Too Tall | ☐Radio | ☐9-1-1 RE-Triage |
| | | | | Weight 110 ☐Kg 220b | ☐Too Short | ☑VMED28 | ☐IFT |

**PROVIDER IMPRESSION**  **LEVEL OF DISTRESS** ☐None ☐Mild ☐Moderate ☑Severe

**MEDS:** ☐ADE ☐EPI ☐ALB ☐FEN ☐AMI ☐IGLU/GLP ☐ASA ☐KLC ☐ATR ☐MID ☐BEN ☐Morphine ☐BIC ☐NAR ☐CAL ☐NTG ☐CD10 ☐OND

**CHIEF COMPLAINT CODES**
A mLAPSS ☐ Protocol: _____
Traumatic arrest
Big rig struck x 2  STe
CHP shoot x3  GSW
(lower) leg
chest @thigh

S Met: ☐Y ☐N
Last Known Well: _____
Date: _____
Time: _____

E LAMS Score: ☐ Unable
needle F   PEA 30
Bleed  8-10 min

Medical Hx: _____
Medications: _Valium_
☐ NKA Allergies: _____

**TXS:**
☐BMV ☐CPAP ☐ETT ☐SGA(K) ☐SMR
☐Glucometer: ☐DEFibrillateX___
☐CAR ☐TCP ☐AED-Analyzed
☐AED-Defibrillated ☐Needle THoracost.
☐Tourniquet(TK) IV/IO Fluid ___cc ☐OTher:

☐ IUP: ___ wks
☐ Suspected Drugs/ETOH?
DNR/AHCD/POLST? ☐Y ☐N ☑N

**LOC** ☐ALERT ☑Ox3
☐Disoriented ☐Normal for Pt
☐Combative ☐No Response
☐NoT Alert

**GCS**
Eye ___ Verbal ___ Motor ___
TOTAL GCS: 3  Repeat GCS (if applicable):

**PUPILS**
☐PERL ☐Fixed/Dilated
☐Unequal ☐Cataracts
☐PInpoint ☐Sluggish

Initial Rhythm: _____
12-Lead ECG Ordered? ☐Y ☐N
12-Lead ECG @ ___:___
EMS Interpretation:
☐ Normal ☐ ABnormal ☐ STEMI
Software Interpretation:
☐ Normal ☐ ABnormal ☐ STEMI

**RESPIRATIONS** ☐CLEAR ☐NORMAL rate/effort
TIDAL VOLUME: ☐ N ☐ + ☐ -
☐Wheezes ☐Labored ☐Apnea
☐Rales ☐Unequal ☐Snoring
☐RHonchi ☐JVD
☐STridor ☐Accessory Muscle Use

**SKIN** ☐NML
☐Pale ☐Cyanotic
☐CooL/Cold ☐Flushed
☐Diaphoretic ☐Hot

Cap Refill: ☐NoRmal ☐DElayed

**Glucometer**
#1: _____ #2: _____
Glucometer Ordered? ☐Y ☐N

Artifact? ☐Y ☐N
Wavy Baseline? ☐Y ☐N
Paced Rhythm? ☐Y ☐N
Witnessed by:
☐ Citizen ☐ EMS ☐ None
CPR by:
☐ Citizen ☐ EMS ☐ None
Arrest to CPR (in minutes) _____
Rtn of Pulse (ROSC)? ☐Y ☐N
Rtn of Pulse (ROSC) @ ___:___
Resus D/C @ ___:___
Resus D/C Rhythm |__|__|
Total Min. EMS CPR:

O2@ ___ lpm Titrated ☐Y ☐N via: ☐ NC ☑ Mask ☐ BMV ☐BloW by ☐ ETT ☐ SGA(K) ☐ CPAP
IV: ☐ SL ☐ FC: ___cc ☐ Not Ordered ☐ IV Unable ☐ Refused ☑ IO ☐ PreeXisting IV
TransCutaneous Pacing: Electrical Capture ☐Y ☐N  Mechanical Capture ☐Y ☐N ☐ Needle THoracostomy
☐ Spinal Motion Restriction ☐ SMR Refused ☐ Tourniquet (TK)

| TIME | B/P | PULSE | RR | O2 SAT | PAIN | TEMP | TEMP UNITS | O2# | WAVE-FORM? | ECG | DRUG/DEFIB | SEDs past 48hrs?☐Y☐N | DOSE | DOSE UNITS | ROUTE |
|------|-----|-------|----|--------|----|----|----|-----|----|-----|-----|-----|-----|-----|-----|
| | ∅ | | | | | | | | | | ☐REFUSED | | | | |
| | | | | | | | | | | | ☐PRN | | | | |
| | | | | | | | | | | | ☐PRN | | | | |
| | | | | | | | | | | | ☐PRN | | | | |

**PROTECTIVE DEVICES:** ☐Helmet ☐Seat Belt ☐Air Bag ☐Car Seat/Booster

☐No Apparent Injury
☐BUrns/Elec. Shock  ☐Trauma Arrest  ☐Abdomen
☐Critical Burn  ☐Head  ☐Diffuse Abd. Tenderness
☐SBP <90(<70 if<1yr)  ☐GCS ≤14  ☐Genitals
☐RR<10/>29(<20<1yr)  ☐Face/Mouth  ☐Buttocks
☐Susp. Pelvic FX  ☐Neck  ☐Extremities
☐Spinal Cord Injury  ☐Back  ☐EXtrem. above knee/elbow
☐Inpatient Trauma  ☐Chest  ☐FRactures ≥2 long bones
☐Uncontrolled Bleeding  ☐Flail Chest  ☐Amputation above wrist/ankle
 ☐Tension Pneumo  ☐Neur/Vasc/Mangled
 ☐Minor Lacerations

☐Enclosed Vehicle  ☐Sports/Rec  ☐FAll ☐>15ft/>10ft Peds) **MOI:**
 ☐Ejected  ☐ASsault  ☐Self-Inflict'd/Accid.
 ☐EXtricated@___:___  ☐STabbing  ☐Self-Inflict'd/Intent.
 Pass. Space Intr. ☐>12"☐>18"  ☐G&W  ☐Electrical Shock
 ☐Survived Fatal Accident  ☐ANimal Bite  ☐Thermal Burn
☐Impact >20mph Unenclosed  ☐CRush  ☐Hazmat Exposure
☐Ped/Bike: Runover/Thrown/>20mph  ☐Telemetry Data  ☐Work-Related
☐Ped/Bike ≤20mph  ☐Special Consid.  ☐UNknown
☐Motorcycle/Moped  ☐AntiCoagulants  ☐OTher:
☐Taser

**CODE** all options, **CHECK** actual destination:
☐MAR
☐EDAP (age ≤14)
☐TC
☐PTC (trauma, age ≤14)
☐PMC (medical, age ≤14)
☐STEMI Receiving Center
☐PrimAry Stroke Center
☐Comprehensive StroKe Center
☐PeriNatal (≥20wks oregnancy)
☐SART
☐Other _____
Time Clear _____ 1143
Time Receiving Hospital Notified
Name of Person Notified

| CODE | ETA |
|------|-----|
| SFM | 5 |
| SFM | 5 |

**CHECK ONE:**
Specialty Center:
☐ Not Required
☐ Required/Criteria Met
☐ Guidelines Met
PT TRANSPORTED VIA:
☐ ALS ☐ BLS
☐ Helicopter - ETA: ___
☐ No Transport

**DESTINATION RATIONALE:**
☐ ED Saturation ☐ Internal Disaster ☐ CT Diversion ☐ IFT
SC diversion: ☐ TC/PTC ☐ PMC ☐ STEMI
☐ PrimAry Stroke Center ☐ Comprehensive StroKe Center
☐ SC Not AccessibLe ☐ JudGment (Provider/Base)
☐ Shared AmBulance ☐ Minimal InJuries ☐ Unmanageable Airway
☐ Requested by: ☐ Other:

**REASON FOR NO TRANSPORT:**
☐ AMA ☐ DOA ☐ Assess, Treat & Release ☐ Eloped ☐ T.O.R./814
☐ Pronounced ☐ Other: _____

**DISPO:**
If Base is receiving hospital: ☐ Discharged ☐ Ward ☐ Stepdown ☐ ICU ☐ ObseRvation
☐ OR ☐ Cath Lab ☐ INterventional Radiology ☐ Expired In ED ☐ OB
Transferred to: _____ (Hosp. code) ☐ Other: _____
ED Diagnosis: _____

**COMMENTS:** _Tier 1 144_

MICN: _____  Physician: _____  Patient Name/Number: _____

DOJ04278