# EXHIBIT 28

6/9/22, 2:48 PM                     https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862



### MCCORMICK AMBULANCE SERVICE
### PATIENT CARE REPORT

| |
|---|
| **DOE, JOHN** |
| **DOB:** (35 YEARS (EST.)) |
| **SEX:** MALE |
| **CASE #:** 44739 |
| **DOS:** 05/04/2022 |

| SERVICE MODEL AGENCY AMR | DISPATCH INFORMATION | TIMES |
|---|---|---|
| **FROM:**<br>WB 105 EO 710 FWY<br>PARAMOUNT, CA 90723<br>(ROADWAY - HIGHWAY)<br>GEOGRAPHICAL AREA: URBAN<br>**TO:**<br>ST FRANCIS MED CTR-LYN<br>3630 E IMPERIAL HWY<br>LYNWOOD, CA 90262<br>(HOSPITAL - ED)<br>ROOM/DEPT: HOSPITAL-EMERGENCY<br>DEPARTMENT<br>**DESTINATION DECISION:** BASE ORDERS | **CALLER:** F22158356<br>**SQUAD/ENGINE NUMBER:** S98<br>**LA COUNTY SEQUENCE NUMBER:** 2205040488<br>**ZONE:** 101<br>**UNIT:** 1402<br>**RESPONSE MODE:** LIGHTS AND SIREN<br>**TRANSPORT MODE:** LIGHTS AND SIREN<br>**ALS ASSESSMENT:** FIRE PARAMEDIC<br>**DISPOSITION:**<br>TRANSPORTED - TO HOSPITAL ER/ED<br>**NATURE OF CALL:** T/C PEDESTRIAN INVOLVED<br>**FIRE INCIDENT NUMBER :** F22158356<br>**RUN TYPE:** R - REGULAR RUN | **CALL RECEIVED:** 11:21:10<br>**DISPATCHED:** 11:21:48<br>**ENROUTE:** 11:21:59<br>**AT SCENE:** 11:32:01<br>**AT PT SIDE:** 11:33:00<br>**TRANSPORT:** 11:51:38<br>**ARRIVAL:** 11:56:59<br>**CARE TRANS'D:** 12:30:00<br>**AVAILABLE:** 12:42:38<br><br>**SCENE MILES:** 0.0<br>**DESTINATION MILES:** 3<br>**TOTAL MILES:** 3.0 |

#### PATIENT DEMOGRAPHICS

**NAME:** DOE, JOHN
**ADDRESS:** WB 105 EO 710 FWY
**CITY, STATE ZIP:** PARAMOUNT, CA 90723
**HOME PHONE:**
**CELL PHONE:**
**EMAIL:**
**SSN:**

**DOB:**
**AGE:** 35 YEARS (EST.)
**GENDER:** MALE
**ETHNICITY:** NOT KNOWN

**INSURANCE:** NO INSURANCE AVAILABLE     **POLICY:**     **GROUP:**

**RESPONSIBLE PARTY:** DOE, JOHN
**PHONE:**

#### NARRATIVE

**NARRATIVE**
RESPONDED TO 911 CALL TO HIGHWAY FOR APPROXIMATELY 35 YOM C/C TRAUMATIC ARREST
PT WAS FOUND LAYING SUPINE ON FREEWAY
PT WAS A/O X 0 AND GCS 3
WHEN WE ARRIVED ON SCENE MEDICS WERE PERFORMING CPR ON PT
MEDIC HAD STARTED IO PRIOR TO ARRIVAL ON LEFT TIBIA
MEDIC HAD PLACED CHEST TUBE ON RIGHT MIDAXILLARY PRIOR TO ARRIVAL
MEDIC HAD INSERTED OPA AND WAS USING BVM TO PROVIDE RESPIRATIONS TO PT PRIOR TO ARRIVAL
PT WAS GS TO GURNEY AND TRANSPORTED CODE 3 +PMA TO ST FRANCIS
EN ROUTE PT CONDITION REMAINED THE SAME
EMT VANESSA TOOK OVER COMPRESSIONS
MEDIC STATED PT HAD BEEN HIT BY VEHICLE TWICE THEN TASED BY CHP AND SHOT 4 TIMES ONCE IN THE HEAD ON THE RIGHT

DOJ04283

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

| | |
|---|---|
| | **DOE, JOHN**<br>**DOB:** (35 YEARS {EST,})<br>**SEX:** MALE<br>**CASE #:** 44739<br>**DOS:** 05/04/2022 |

PARIETAL LOBE WHICH LOOKED LIKE THE BULLET GRAZED HIS HEAD
PT WAS ALSO SHOT ON RIGHT SIDE OF CHEST MIDCLAVICULAR
PT WAS ALSO SHOT ON RIGHT LEG AND LEFT LEG
PT HAD TOURNIQUET ON RIGHT LEG FROM CHP
MEDIC STATED PT WAS ATTEMPTING SUICIDE JUMPING IN FRONT OF VEHICLES ON THE FREEWAY WHEN HE WAS STRUCK BY A VEHICLE
MEDIC THEN STATED PT WAS TASED AND SHOT FOUR TIMES BY CHP AND THEN PT WENT INTO TRAUMATIC ARREST
AT HOSPITAL PT CONDITION REMAINED THE SAME
PT WAS A/O X 0 AND GCS 3
EMT VANESSA WAS STILL DOING COMPRESSIONS ON PT
UTO SECOND SET OF VITALS BECAUSE HOSPITAL WAS WORKING ON PT
UTO PT INFORMATION BECAUSE PT DID NOT HAVE ANY ID
UTO PT SIGNATURE BECAUSE PT WAS IN CARDIAC ARREST

## IMPRESSION

**PRIMARY IMPRESSION:** TRAUMA - TRAUMATIC ARREST
**SECONDARY IMPRESSION:** TRAUMA - TRAUMATIC ARREST

**PRIMARY SYMPTOM:** CARDIAC ARREST

## HISTORY OF PRESENT ILLNESS

**CHIEF COMPLAINT(S):**

**CHIEF COMPLAINT CATEGORY:** CARDIAC ARREST; **LA COUNTY COMPLAINT:** CARDIAC ARREST

**CAUSE(S) OF INJURY:** O - SHOOTING (); **COMMENTS:** NOT ADDED ;
**FACTORS IMPACTING CARE:** NONE
**ALCOHOL/DRUG INDICATORS:** DRUG PARAPHERNALIA AT SCENE

## MEDICAL HISTORY

**HISTORY OBTAINED FROM:** NOT OBTAINED
**MEDICAL HISTORY:** UNABLE TO OBTAIN-UNRESPONSIVE
**ENVIRONMENTAL/FOOD ALLERGIES:** NOT KNOWN
**MEDICATION ALLERGIES:** UNABLE TO OBTAIN
**MEDICATIONS:** NONE REPORTED/PATIENT DENIES MEDS
**DOES THE PATIENT DISPLAY/COMPLAIN OF ANY OF THE FOLLOWING SYMPTOMS?:** NO
- FEVER
- COUGH
- SHORTNESS OF BREATH
- WEAKNESS/TIREDNESS

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | GLASGOW COMA SCALE | | | | EKG | SPO2 | ETCO2 | BLOOD GLUCOSE | PAIN SCALE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | E | V | M | TOTAL | | | | | |
| PTA | | | | | | | 3 | | | | | |

DOJ04284

DOE, JOHN
DOB: (35 YEARS (EST.))
SEX: MALE
CASE #: 44739
DOS: 05/04/2022

## PHYSICAL FINDINGS

**WEIGHT:** 90.7 KG; 200 LBS

**PHYSICAL ASSESSMENT**

**HEAD:**
  **RIGHT PARIETAL SKULL/SCALP -**
  POSITIVE: PUNCTURE/PIERCING
**NECK:** ATRAUMATIC, NO JVD
**CHEST:**
  **RIGHT MID-CLAVICULAR -**
  POSITIVE: PUNCTURE/PIERCING
**ABDOMEN:** SOFT, NON-TENDER, NON-DISTENDED
**PELVIS:** STABLE, NO CREPITUS OR DEFORMITY
**BACK:** NO CREPITUS, DEFORMITY, PAIN
**EXTREMITIES:**
  **RIGHT LEG -**
  POSITIVE: PUNCTURE/PIERCING
  **LEFT LEG -**
  POSITIVE: PUNCTURE/PIERCING

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
| X |  | LACOFD | **VITAL SIGNS -** |
|  |  |  | **GLASGOW COMA SCALE -** GCS SCORE: 3 |
|  |  |  | **VITALS -** ALL FIELDS EMPTY |
|  | 11:33:00 | LACOFD | **INTUBATION -** INDICATION: CARDIAC ARREST; TYPE: ORAL; TUBE SIZE: 7.0MM; # OF ATTEMPTS: 1; RESULT AFTER: IMPROVED; PROCEDURE WAS: SUCCESSFUL |
|  | 11:33:00 | LACOFD | **LEVEL OF CONSCIOUSNESS -** RESPONDS TO (AVPU): UNRESPONSIVE |
|  | 11:33:00 | LACOFD | **CHEST COMPRESSION -** INDICATION: CARDIAC ARREST; TYPE: MANUAL; RESULT AFTER: UNCHANGED |
|  | 11:33:00 | LACOFD | **INTRAOSSEOUS -** INDICATION: UNABLE TO OBTAIN PERIPHERAL ACCESS; TYPE: MANUAL; SIZE: 18; SITE: PROXIMAL TIBIA LEFT; SOLUTION: NORMAL SALINE; TOTAL VOLUME: N/A; ATTEMPTS: 1; PROCEDURE WAS: SUCCESSFUL; RESULT AFTER: UNCHANGED |
|  | 11:51:00 | FUENTES, VANESSA,AMR | **FACILITY ACTIVATION -** ACTIVATION TYPE: CARDIAC ARREST ALERT |
|  | 11:51:38 | LACOFD | **INTUBATION REASSESSMENT -** TUBE IN PLACE: YES |

## CARDIAC ARREST

**REASON FOR ARREST:** TRAUMA
**WITNESSED ARREST:** YES
**ARREST WITNESSED BY:**

**FIRST KNOWN RHYTHM:** ASYSTOLE
**PATIENT FIRST DEFIBRILLATED BY:** NONE
**MECHANICAL ADJUNCTS USED:** NONE

DOJ04285

| | **DOE, JOHN** |
|---|---|
| | **DOB:** (35 YEARS (EST.)) |
| | **SEX:** MALE |
| | **CASE #:** 44739 |
| | **DOS:** 05/04/2022 |

FIRST RESPONDER (NON-TRANSPORTING EMS)                    **PULSE RETURNED:** NO
**DISPATCHER CPR INSTRUCTIONS:** YES                    **PULSE UPON ARRIVAL AT HOSPITAL:** NO
**WHO FIRST PROVIDED CPR:**                    **EVENT RESOLUTION:** ONGOING RESUSCITATION IN ED
FIRST RESPONDER (NON-TRANSPORTING EMS)
**AED PRIOR TO EMS ARRIVAL:** NO

## RUN COMPLETION

**PATIENT CONDITION UPON EMS ARRIVAL:** CRITICAL (RED)
**CONDITION OF PATIENT AT THE END OF EMS CARE:** CRITICAL (RED)

**OTHER CAREGIVERS**

**CAREGIVER NAME:**
**CERTIFICATION:**
**AGENCY:** LACOFD
**ROLE:**
**REASON FOR OTHER UNIT/TEAM TRANSPORT:**
**ARRIVED ON SCENE:**
**TIME CARE TRANSFERRED IN FIELD:**
**COMMENTS:**

**PRIVACY PRACTICES:** THE NOTICE OF PRIVACY PRACTICES WAS UNABLE TO BE PROVIDED

## DELAY REASONS

**REASON OF RESPONSE DELAY:** 1. EXTENDED DISTANCE
**REASON OF TRANSPORT DELAY:** NONE/NO DELAY
**REASON OF TURNAROUND DELAY:** NONE/NO DELAY
**REASON OF SCENE DELAY:** NONE/NO DELAY

**PCR ID:** 2022050412165547862              **DEVICE:** CACOMMEDT58              **PRINTED:** 6/9/2022 15:47:19

DOJ04286

## ATTACHMENTS

| | | | |
|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

**LA COUNTY**

LACLAO
1320 N Eastern Avenue
City of Los Angeles, CA
90063
Work: (323) 881-2411

### Incident Info

**Unit Notified by Dispatch Date/Time:** 05/04/2022 11:21:09

**Mass Casualty Incident:** No

**EMS Vehicle (Unit) Number:** S98

**Dispatch Complaint:** T/C PED INVOLVED - ALS

**Location Code:** FR - Freeway
**Incident Address:** WB 105 EO 710 FWY PARAMOUNT, CA 90723

**Incident Number:** LAC22148094

**Sequence Number:** CF2205040488

**EMS Unit Call Sign:** S98

**Disposition:** (ALS) Patient Treated, Transported

**GPS Location:** 33.91135,-118.1649

### Provider and Times

**Agency:** LACoFD          **Unit ID:** S98          **Level of Care:** Advanced Life Support

**Dispatch:** 05/04/2022 11:21:09
**Arrival:** 05/04/2022 11:29:12
**At Patient:** 05/04/2022 11:35:12
**Left Scene:** 05/04/2022 12:16:12
**At Facility:** 05/04/2022 12:24:12
**Facility Equip:** 05/04/2022 12:25:08
**Available:** 05/04/2022 12:30:12

### Additional Responding Units

#### LACoFD Units

| Unit ID | Level of Care | PSAP Call Date/Time | Notified by Dispatch Date/Time | En Route Date/Time |
|---|---|---|---|---|
| ES7 | BLS-Basic /EMT | 11:19:47 | 11:21:09 | 11:21:22 |

#### Transporting Units

| Transport Agency | Transport Unit Number |
|---|---|
| WEST MED/MCCORMICK AMBULANCE | 000 |

### Crew Members

#### Crew Members

| Crew Member ID | Crew Member Level | Crew Member Response Role |
|---|---|---|
| DIGBY, ADAM (P41473) | Paramedic | Paramedic Driver (Documenter) |
| SCHAEPER, PATRICK (P41470) | Paramedic | Primary Patient Caregiver -ALS Unit |

#### PPE

| EMS Professional (Crew Member) ID | Personal Protective Equipment Used |
|---|---|
| DIGBY, ADAM (P41473) | Mask-N95 |
| SCHAEPER, PATRICK (P41470) | Mask-N95 ; Gloves |

### Transported To

**Receiving Facility:** SFM Saint Francis Medical Center

Page 1 of 13

DOJ04287

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

| | | | | |
|---|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC 221 48 094 | **Sequence Number:** CF2 2050 40 48 8 |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

**Facility Address:** 3630 E Imperial Hwy, Lynwood, C A 90 262
**Incident/Patient Disposition:** (ALS) Patient Treated, Transported
**Transport To:** Criteria - Specialty Center
**Hospital Capability:** Trauma Center Level 2 (TC)

**Reason:**

**Base Hospital Contacted:** SFM Saint Francis Medical Center

**# Patients Transported:** 1                                        **# Patients at Scene:** 1

## Patient Information

**Name:** Unknown, Male,
**Date of Birth:** Unable to Complete          **Age:** 35 Years          **Gender:** Male
**Est. Weight (lbs.):** 225                **Est. Weight (kg):** 102.1

**Color Code Weight:**

**Home Address:** Unknown, ,

## Patient History

**Med/Surg History:** Unable to Complete
**Medication Allergies**

Unable to Complete

**Allergic to ASA?:** No

**Current Medications**

Unable to Complete

## Patient Assessment

**Distress Level:** Severe

**Dispatch Complaint:** T/C PED INVOLVED

**Chief Complaint:** Penetrating Traumatic Arrest
**Other Complaints:**

**Primary Impression:** Traumatic Arrest, Penetrating
**Other Impressions:**

**Mechanism of injury:** Firearm Injury, Assault/Intentional (GSW)

## Treatment Protocols

**Protocols Used**

Traumatic Arrest - 1243

## GCS/ Stroke Scale

### GCS

| Date/Time | Eye | Motor | Verbal | Total Score |
|---|---|---|---|---|

Page 2 of 13

DOJ04288

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
|---|---|---|---|---|---|---|---|
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

| 11:40:53 | 1 - None | 1 - None | 1 - None | 3 | |

### Stroke Assessment

**Stroke Scale Type**

LAMS
LAMS
LAMS
LAMS
LAMS
LAMS
LAMS

### Therapies/Procedures/Meds/Defib

#### Procedures

| Date/Time | TM # | Procedure | Procedure Successful |
|---|---|---|---|
| 11:36:01 | SCHAEPER, PATRICK (P41470) | CPR | Yes |
| 11:36:02 | SCHAEPER, PATRICK (P41470) | AED | |
| 11:36:04 | SCHAEPER, PATRICK (P41470) | OPA - Oropharyngeal Airway Insertion | Yes |
| 11:36:36 | SCHAEPER, PATRICK (P41470) | Bag-Mask Ventilations (BMV) | |
| 11:37:44 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | No |
| 11:38:19 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | No |
| 11:39:48 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | Yes |
| 11:41:32 | SCHAEPER, PATRICK (P41470) | Dressing Application | Yes |
| 11:42:49 | SCHAEPER, PATRICK (P41470) | Needle Thoracostomy | Yes |
| 11:46:28 | SCHAEPER, PATRICK (P41470) | ALS Assessment | Yes |

#### Medications

| Date/Time Medication Administered | Medication Crew (Healthcare Professionals) ID | Medication Given | Medication Dosage/Units | Medication Administered Route |
|---|---|---|---|---|
| 11:39:12 | SCHAEPER, PATRICK (P41470) | OX - Oxygen | 15 Liters Per Minute (LPM [gas]) | Bag Valve Mask (BVM) |

DOJ04289

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

**Date/Time:** 05/04/2022 11:21:09    **Patient Name:** Unknown, Male    **Incident Number:** LAC22148094    **Sequence Number:** CF2205040488
**EMS Agency Name:** LACoFD    **Unit Number:** S98    **Incident/Patient Disposition:** (ALS) Patient Treated, Transported    **Rec Facility:** SFM Saint Francis Medical Center

**Time:** 05/04/2022 11:38:00
**File Name:** ZOLL_20220504113800.png



https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862                    8/24

DOJ04290

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC 22148 094 | Sequence Number: | CF2 20 50 40 48 8 |
|---|---|---|---|---|---|---|---|
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:48:00
**File Name:** ZOLL_20220504114929.png



DOJ04291

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

**Date/Time:** 05/04/2022
11:21:09
**EMS Agency** LACoFD
**Name:**

**Patient Name:** Unknown, Male

**Unit Number:** S98

**Incident** LAC2148094
**Number:**
**Incident/Patient** (ALS) Patient
**Disposition:** Treated,
Transported

**Sequence** CF2205040488
**Number:**
**Rec Facility:** SFM Saint
Francis Medical
Center

**Time:** 05/04/2022 11:52:58
**File Name:** ZOLL_20220504115258.png



https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862                    10/24

DOJ04292

6/9/22, 2:48 PM                https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC 221 48 094 | Sequence Number: | CF2 20 50 40 48 8 |
|---|---|---|---|---|---|---|---|
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:54:58
**File Name:** ZOLL_20220504115458.png



DOJ04293

**Date/Time:** 05/04/2022 11:21:09  
**EMS Agency Name:** LACoFD  

**Patient Name:** Unknown, Male  
**Unit Number:** S98  

**Incident Number:** LAC221 48 094  
**Incident/Patient Disposition:** (ALS) Patient Treated, Transported  

**Sequence Number:** CF2 20 50 40 48 8  
**Rec Facility:** SFM Saint Francis Medical Center  

**Time:** 05/04/20 22 11:5 6:28  
**File Name:** ZOLL_ 20220504115628.png



DOJ04294

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

6/9/22, 2:48 PM          https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862



**Date/Time:** 05/04/2022 11:21:09    **Patient Name:** Unknown, Male    **Incident Number:** LAC22148094    **Sequence Number:** CF2205040488

**EMS Agency Name:** LACoFD    **Unit Number:** S98    **Incident/Patient Disposition:** (ALS) Patient Treated, Transported    **Rec Facility:** SFM Saint Francis Medical Center

**Time:** 05/04/2022 11:58:28
**File Name:** ZOLL_20220504115828.png

DOJ04295



**Date/Time:** 05/04/2022 11:21:09
**EMS Agency Name:** LACoFD

**Patient Name:** Unknown, Male
**Unit Number:** S98

**Incident Number:** LAC22148094
**Incident/Patient Disposition:** (ALS) Patient Treated, Transported

**Sequence Number:** CF2205040488
**Rec Facility:** SFM Saint Francis Medical Center

**Time:** 05/04/2022 12:00:58
**File Name:** ZOLL_20220504120058.png

### Arrest Details

| | | | | |
|---|---|---|---|---|
| **Advance Directives:** N - No | **Cardiac Arrest:** Yes, Prior to EMS Arrival | **Cardiac Arrest Etiology:** Trauma - TR | | **Arrest Witnessed Witnessed By:** by Law Enforcement |
| | | **EMS CPR Time:** 05/04/2022 11:30:49 | | |
| | | **Type of CPR Provided:** Compressions-Continuous; Ventilation-Bag Valve Mask | | |
| | | | | **CPR Care Provided Prior to EMS Arrival:** No |
| **First Monitored Arrest Rhythm of the Patient:** PEA **Reason CPR/Resuscitation Discontinued:** | **Any Return of Spontaneous Circulation:** No | **AED Use Prior to EMS Arrival:** No | | |

DOJ04296

| Date/Time: 05/04/2022 11:21:09 | Patient Name: Unknown, Male | Incident Number: LAC22148094 | Sequence Number: CF2205040488 |
|---|---|---|---|
| EMS Agency Name: LACoFD | Unit Number: S98 | Incident/Patient Disposition: (ALS) Patient Treated, Transported | Rec Facility: SFM Saint Francis Medical Center |

## Physical

### Exams

| Date/Time of Assessment | Airway/Face | Lung Exam Breathing | Level of Conscious-ness Summary | Skin | Head | Eye Exam | Chest/Lungs Assessment | Ches t | Abdo men | Extremities | Back/Spine |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:46:29 | Airway - Patent | A - Apnea | Unresponsive (U) | F - Flushed | | Eye - Bilateral: Punctured l - Pinpoint | Punc ture | Punc ture | Puncture | Upper Leg - Leg-Upper-Right: Puncture; Gunshot wound with tourniquet placed over | |

## Special Circumstances

**Suspected Abuse/Neglect?:**

**Suspected ETOH?:**

**Suspected Drugs?:** N/A or Not Recorded

### Recreational Substance History

## Vitals

### Vitals

| Date/Time Vital Signs Taken | Vitals Crew Members ID | Blood Pressure | Heart Rate/Pulse | Respiratory Rate | O2 | Pain Scale Score | ETCO2 |
|---|---|---|---|---|---|---|---|
| 11:38:00 | SCHAEPER, PATRICK (P41470) | / | 117 | 6 | 0 | | 11 |
| 11:40:53 | SCHAEPER, PATRICK (P41470) | Not Applicable / | Not Applicable | Not Applicable | Not Applicable | 0 | |
| 11:44:08 | SCHAEPER, PATRICK (P41470) | / | | | Not Applicable | 0 | |
| 11:48:00 | SCHAEPER, PATRICK (P41470) | / | 26 | | | | |
| 11:52:58 | SCHAEPER, PATRICK (P41470) | / | 118 | | | | 0 |
| 11:54:58 | SCHAEPER, PATRICK (P41470) | / | 99 | | | | 7 |
| 11:56:28 | SCHAEPER, PATRICK (P41470) | / | 57 | | | | 0 |
| 11:58:28 | SCHAEPER, PATRICK (P41470) | / | 94 | 5 | | | 11 |
| 12:00:58 | SCHAEPER, PATRICK (P41470) | / | | | | | 0 |

### Airway Confirmations

## Transfer of Care

**Care Transferred To:** F - Facility    **Facility Name:** SFM Saint Francis Medical Center    **Facility Code:** 20446

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

| | | | | |
|---|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | | **Rec Facility:** SFM Saint Francis Medical Center |
| | | **# Patients Transported:** 1 | | **Code 3:** Code 3 |
| | | | | **Transport Mode:** |

Transfer of Care Airway

**Narrative**

**Paramedic Narrative:** Aos to find pt laying supine on freeway in severe distress
CC of cardiac arrest resulting from penetrating trauma
Upon our arrival, pt aox0, 1/1/1 gcs
Ems was initially called to scene for pt running on to freeway as part of an apparent suicide attempt
Lunging in front of traffic
CHP arrived at patient before our arrival at scene and engaged with patient
By the time we arrived at pt, he had suffered multiple gun shot wounds and was pulseless with only agonal breathing
After two agonal breaths, pt became pulseless and apneic
Pt chest exposed, placed on pads and rhythm assessed
Pt found to be in PEA at approx 30 bpm
Compressions begun immediately, with opa placement and bvm therapy initiated at the same time
Once more resources arrived on scene, medics were able to move from BLS to ALS interventions
Head to toe assessment completed
CHP stating they fired a grazing shot at pts head, laceration noted to occipital
GSW noted to upper right chest
CHP also stating pt has GSW to right thigh, though wound never visualized by ems
Tourniquet placed by CHP, who state that wound is directly beneath tourniquet so it was left in place
Fourth gsw noted to left lower leg
Two attempts at IO insertion in right proximal tibia, but IO needle broke on both attempts
Third attempt at insertion at left proximal tibia, this time successful
Fluid resuscitation begun
Chest seal placed over gsw to upper right chest
LS absent with BVM
Needle thoracostomy performed on affected side, mid axillary
Significant blood return from catheter after insertion
Rhythm and pulse checks continued to be performed during this time, no shockable rhythm ever noted
Ambulance arrival time at scene delayed due to access issues and freeway traffic, hence transport delay
Immediately upon ambulance arrival on scene, pt loaded and transport initiated to sfm
Pt monitored en route to sfm where transfer of care was performed with ER staff
All times approximate

**Signatures**

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Date/Time of Signature:** 05/04/2022 11:24:10

**Signature Graphic:**

**Name:** SCHAEPER , PATRICK

**Controlled Substances**

**Controlled Substances**

Page 12 of 13

DOJ04298

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

Intentionally left blank if none given.

### Attachments

**File Name:** 20220504113554_AR15C012729
**Modified By:** ADAM DIGBY
**Modified On:** 05/04/2022 16:14:22

Page 13 of 13

DOJ04299

6/9/22, 2:48 PM          https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrlds=2022050412165547862



## MCCORMICK AMBULANCE SERVICE
## PRE-HOSPITAL CARE REPORT SIGNATURES

**CASE #:** 44739                    **UNIT ID:** 1402                    **DATE:** 05/04/2022

### MCCORMICK AMBULANCE SERVICE CREW MEMBERS

**CREW 1**
**NAME:** FUENTES, VANESSA,AMR
**NUMBER:** E169829
**CERTIFICATION:** EMT

**CREW 2**
**NAME:** ARIAS, ELAINE,AMR
**NUMBER:** E165038
**CERTIFICATION:** EMT

### OTHER CAREGIVERS

**NAME:**                          NO SIGNATURE FOUND
**AGENCY:** LACOFD
**CERTIFICATION:**
**REASON FOR OTHER CAREGIVER:**

### DESTINATION

**DESTINATION:**
ST FRANCIS MED CTR-LYN

**DESTINATION FLOOR/DEPT/ROOM:**
HOSPITAL-EMERGENCY DEPARTMENT
**TURNED OVER TO:** MOSES
**DATE/TIME SIGNED:** 12:40:31 05/04/2022

**PCR ID:** 2022050412165547862          **DEVICE:** CACOMMEDT58          **PRINTED:** 6/9/2022 15:47:19

DOJ04300

6/9/22, 2:48 PM                            https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrlds=2022050412165547862

## Westmed Ambulance, Inc. DBA McCormick Ambulance

**Run Number:** 44739                                                    **Date and Time of Transport:** 5/4/2022 11:51:38
**Patient Name:** JOHN DOE
**Destination:** ST FRANCIS MED CTR-LYN, 3630 E IMPERIAL HWY, LYNWOOD, CA 90262

I acknowledge that I am legally responsible for the ambulance services provided to me. I request and assign payment of authorized Medicare benefits and/or other insurance benefits be made on my behalf to AMR directly for any ambulance services and supplies furnished to me by AMR whether in the past, now, or in the future. I authorize any holder of medical information about me or other relevant documentation about me to release to the Centers for Medicare and Medicaid Services and its agents and contractors, any and all appropriate third-party payers and their respective agents and contractors, as well as AMR, any information or documentation in their possession needed to determine these benefits and /or the benefits payable for related services whether in the past, now or in the future. I agree to cooperate with AMR or its agent in collecting any such benefits and authorize AMR to file an appeal or grievance on my behalf when AMR determines my insurance has paid less than AMR's expected reimbursement for provided services. I expressly authorize AMR or its related corporate entities, associates, agents, servicers, debt collectors and independent contractors, to contact me or any responsible party at any telephone number (including numbers assigned to any paging, cellular, or mobile service, or any service which charges for the call) mailing address, or any other electronic address used by, or associated with me, or any responsible party and obtained through any source (including any telephone number, I, any responsible party, or any party accompanying me at the time of service, have provided previously or may provide in the future) for the purpose of resolving any unpaid balances or any other pertinent issues regarding this account. I expressly agree any such contact by AMR, it related corporate entities, associates, agents, servicers, debt collectors and independent contractors, may be through any means (including a dialer, automatic telephone dialing system, predictive dialer, interactive voice recognition system, pre-recorded or artificial voice, pre-set messages, or any pre-set electronic messages delivered by any other electronic messaging or text messaging system). Patient or Guarantor agrees and acknowledges any e-mail address or any other electronic address Patient or Guarantor provides to AMR is Patient's or Guarantor's private address, is not owned or furnished by their employer and cannot be accessed by unauthorized third parties. Patient or Guarantor also authorizes AMR or its agents or associates to obtain a credit report to assist in the collection of any unpaid balances. Nothing herein shall relieve me from the direct financial responsibility for any charges not paid by an insurer. I further agree to send promptly to AMR any payments that an insurer forwards to me.

----------------------------------------------------------------                    ----------------------------------------------------------------
*Signature of Patient*                                                            *Date*

### REPRESENTATIVE SIGNATURE

**Reason Patient could not Sign :**
----------------------------------------------------------------
----------------------------------------------                ----------------------------------------------                ----------------------------------------------
*Signature of Representative*                    *Printed Name of Representative*                    *Date*

### FACILITY SIGNATURE

**Complete this section only if you are unable to obtain the signature of the patient or authorized representative listed above.**
**Reason Patient could not Sign:** Unconscious

By signing below, I certify that the above named patient was physically or mentally incapable of signing at the time of transport and that none of the individuals listed in 42 C.F.R. $424.36(b)(1)-(3) was available or willing to sign the claim on behalf of the beneficiary.

                                                                05/04/2022
----------------------------------------------                ----------------------------------------------
*Crew Signature*                                                *Crew Date*

----------------------------------------------------------------

*This section is to be complete by a representative of the receiving facility, whenever you are unable to obtain the signature of the patient or an authorized representative. Note: The crew must also complete the "Crew Signature" Section above.*

**Name and Location of Facility** ST FRANCIS MED CTR-LYN, 3630 E IMPERIAL HWY

The above named patient, as described by McCormick, was received by our facility, which provided care or assistance to the patient, on the date and time set forth above.

                                                                05/04/2022
----------------------------------------------                ----------------------------------------------
*Signature of Receiving Representative*                        *Date*

----------------------------------------------                ----------------------------------------------
MOSES                                                            Registered Nurse
*Printed Name of Receiving Facility Representative*                *Title*

*McCormick is required to obtain this form in order to submit a claim for payment to Medicare or other third party payer. This Signature is not an acceptance of financial responsibility for the patient.*

CASE #:44739                                        PAGE 1 OF 1                                PRINTED:6/9/2022 15:47:19
PCR ID:2022050412165547862                            PT:JOHN DOE                                DEVICE NAME:CACOMMEDT58
DATE:05/04/2022                                                                                PT # 1 OF 1:6/9/2022 15:47:19

https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrlds=2022050412165547862                    19/24

DOJ04301

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

## CREW SAFETY MEASURES

| Crew | Safety Measures |
|---|---|
| Crew One Safety Precautions | Gloves,Surgical Mask |
| Crew Two Safety Precautions | Gloves,Surgical Mask |

DOJ04302

## PROCEDURES NOT PERFORMED

| Procedure | Reason Procedure not Performed |
|---|---|
| Vital Signs | Other Provider/Agency responsible for Primary Care |
| Pain Scale | Not Able |
| Capnometry/Capnography | Other Provider/Agency responsible for Primary Care |
| Capnometry/Capnography | Other Provider/Agency responsible for Primary Care |
| Vascular Access | Not Able |
| EKG/ECG | Other Provider/Agency responsible for Primary Care |
| Pain Scale | Not Able |

DOJ04303

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Sandra Kirkman, Carlos Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

# CHECKPOINT AUDIT TRAIL

**SITE:** MCCORMICK                                                            **PCR ID:** 2022050412165547862

| DATE ENTERED CHECKPOINT | CASE NUMBER | DOS | TOTAL AGE(HRS) | IS TRIP IN CHECKPOINT |
|---|---|---|---|---|
| 2022-05-04T15:52:25,47 | 44739 | 2022-05-04T00:00:00 | 20 | NO |

| QUEUE NAME | TIMER ENTERED QUEUE | TIME SUBMITTED | HOURS PRESENT | SUBMITTED/MOVED BY | SUBMITTED METHOD |
|---|---|---|---|---|---|
| 100% HOLD 96 HR | 2022-05-04T15:52:25.47 | 2022-05-05T11:35:40.51 | 20 | 19885113 | PROCESS |

| FIELD NAME | OLD VALUE | NEW VALUE | TIME MODIFIED | MODIFIED BY |
|---|---|---|---|---|
| DATE_T_CANCEL | | | 2022-05-05T11:35:19.443 | 19885113 |
| T_CANCEL | | | 2022-05-05T11:35:19.46 | 19885113 |
| DATE_T_DISPATCHED | 5/4/2022 11:21:48 | 05/04/2022 11:21:48 | 2022-05-05T11:35:19.477 | 19885113 |
| DATE_T_ONSCENE | 5/4/2022 11:32:01 | 05/04/2022 11:32:01 | 2022-05-05T11:35:19.477 | 19885113 |
| DATE_T_START | 5/4/2022 11:21:59 | 05/04/2022 11:21:59 | 2022-05-05T11:35:19.49 | 19885113 |
| DATE_T_TRANS | 5/4/2022 11:51:38 | 05/04/2022 11:51:38 | 2022-05-05T11:35:19.507 | 19885113 |
| DATE_T_AVAILABLE | 5/4/2022 12:44:00 | 05/04/2022 12:42:38 | 2022-05-05T11:35:19.523 | 19885113 |
| DATE_T_ARRHOSP | 5/4/2022 11:56:59 | 05/04/2022 11:56:59 | 2022-05-05T11:35:19.54 | 19885113 |
| CALLERNAME | <PARAMOUNT> | F22158356 | 2022-05-05T11:35:19.553 | 19885113 |
| DATE_T_CALL | 5/4/2022 11:21:10 | 05/04/2022 11:21:10 | 2022-05-05T11:35:19.57 | 19885113 |
| OTHERLOC | | <NONE> | 2022-05-05T11:35:19.57 | 19885113 |
| TRANSPRI | | 1 | 2022-05-05T11:35:19.57 | 19885113 |
| CADDETERMINANTCODE | | TCP | 2022-05-05T11:35:19.57 | 19885113 |
| T_DISPATCHED | 112148 | 112148 | 2022-05-05T11:35:19.57 | 19885113 |
| T_ONSCENE | 113201 | 113201 | 2022-05-05T11:35:19.57 | 19885113 |
| T_TRANS | 115138 | 115138 | 2022-05-05T11:35:19.57 | 19885113 |
| T_AVAILABLE | 124400 | 124238 | 2022-05-05T11:35:19.57 | 19885113 |
| T_ARRHOSP | 115659 | 115659 | 2022-05-05T11:35:19.583 | 19885113 |
| T_CALL | 112110 | 112110 | 2022-05-05T11:35:19.583 | 19885113 |
| ID | | 1 | 2022-05-05T11:35:37.79 | 19885113 |
| DOCUMENTID | | 1 | 2022-05-05T11:35:37.79 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:37.807 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:37.807 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:37.82 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:37.82 | 19885113 |
| ID | | 2 | 2022-05-05T11:35:37.837 | 19885113 |
| DOCUMENTID | | 2 | 2022-05-05T11:35:37.837 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:37.853 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:37.87 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:37.87 | 19885113 |

DOJ04304

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

| FIELD NAME | OLD VALUE | NEW VALUE | TIME MODIFIED | MODIFIED BY |
|---|---|---|---|---|
| EXTENSION | | JPEG | 2022-05-05T11:35:37.883 | 19885113 |
| ID | | 3 | 2022-05-05T11:35:37.883 | 19885113 |
| DOCUMENTID | | 3 | 2022-05-05T11:35:37.9 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:37.9 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:37.913 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:37.93 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:37.947 | 19885113 |
| ID | | 4 | 2022-05-05T11:35:37.947 | 19885113 |
| DOCUMENTID | | 4 | 2022-05-05T11:35:37.96 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:37.977 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:37.977 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:37.993 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:37.993 | 19885113 |
| ID | | 5 | 2022-05-05T11:35:38.01 | 19885113 |
| DOCUMENTID | | 5 | 2022-05-05T11:35:38.01 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.023 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.023 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.04 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.133 | 19885113 |
| ID | | 6 | 2022-05-05T11:35:38.133 | 19885113 |
| DOCUMENTID | | 6 | 2022-05-05T11:35:38.15 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.15 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.15 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.15 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.15 | 19885113 |
| ID | | 7 | 2022-05-05T11:35:38.15 | 19885113 |
| DOCUMENTID | | 7 | 2022-05-05T11:35:38.15 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.15 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.15 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.15 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.163 | 19885113 |
| ID | | 8 | 2022-05-05T11:35:38.163 | 19885113 |
| DOCUMENTID | | 8 | 2022-05-05T11:35:38.163 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.163 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.163 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.163 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.163 | 19885113 |
| ID | | 9 | 2022-05-05T11:35:38.163 | 19885113 |
| DOCUMENTID | | 9 | 2022-05-05T11:35:38.163 | 19885113 |

DOJ04305

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC Sandra Kirkman | Carlos Alandocstate of California, Filed 02/24/25 Page 25 of 25   Page ID #:1251

6/9/22, 2:48 PM                    https://medsviewer.amr.net/#/report?hipaaReason=Investigations&isInternalUser=true&pcrIds=2022050412165547862

| FIELD NAME | OLD VALUE | NEW VALUE | TIME MODIFIED | MODIFIED BY |
|---|---|---|---|---|
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.163 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.163 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.163 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.163 | 19885113 |
| ID | | 10 | 2022-05-05T11:35:38.163 | 19885113 |
| DOCUMENTID | | 10 | 2022-05-05T11:35:38.163 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.163 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.163 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.163 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.163 | 19885113 |
| ID | | 11 | 2022-05-05T11:35:38.163 | 19885113 |
| DOCUMENTID | | 11 | 2022-05-05T11:35:38.163 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.163 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.163 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.163 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.163 | 19885113 |
| ID | | 12 | 2022-05-05T11:35:38.163 | 19885113 |
| DOCUMENTID | | 12 | 2022-05-05T11:35:38.163 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.163 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.163 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.163 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.163 | 19885113 |
| ID | | 13 | 2022-05-05T11:35:38.163 | 19885113 |
| DOCUMENTID | | 13 | 2022-05-05T11:35:38.163 | 19885113 |
| ADDEDBY | | CHECKPOINT | 2022-05-05T11:35:38.163 | 19885113 |
| ATTACHEDDATE | | 5/5/2022 | 2022-05-05T11:35:38.163 | 19885113 |
| DESCRIPTION | | CHECKPOINT - OTHER | 2022-05-05T11:35:38.163 | 19885113 |
| EXTENSION | | JPEG | 2022-05-05T11:35:38.18 | 19885113 |

DOJ04306