# EXHIBIT 29



Image 3: Scene photo of evidentiary items recovered from the sixth lane of the interstate to the west of Van Dragt's patrol vehicle.

STATE OF CALIFORNIA
DEPARTMENT OF CALIFORNIA HIGHWAY PATROL
**MULTIDISCIPLINARY ACCIDENT INVESTIGATION TEAM NARRATIVE/DIAGRAM**
CHP 558D (Rev. 9-08) OPI 065 (*MAIT use only*)

| DATE OF CRASH (*MONTH-DAY-YEAR*) | TIME (*2400*) | NCIC | OFFICER ID | AREA/AGENCY CASE NUMBER | MAIT CASE NUMBER | PAGE |
|---|---|---|---|---|---|---|
| 05-04-2022 | 1132 | 9501 | 16129 | C22-501-003 | SS-035-22 | 10 |

## Physical Evidence Description (continued)

| EVIDENCE ITEM | DATA POINT(S) | ITEM IDENTIFICATION AND APPROXIMATE WIDTH AT SPECIFIC DATA POINTS |
|---|---|---|
| DOJ6 | 168 – 169 | Gray eyeglass case with glass pipe (zip closure) |
| DOJ7 | 170 – 174 | Taser wires, cut, no probes |
| DOJ8 | 175 – 176 | Vape device (black) |
| DOJ9 | 177 | Taser AFID – Pink[9] |
| DOJ10 | 178 | Taser AFID – Yellow |
| DOJ11 | 179 | Taser AFID – Pink |
| DOJ12 | 180 | Taser AFID – Yellow |
| DOJ13 | 181 – 185 | Taser with cartridges and wires (no probes) X3000524V 22003REVG |
| DOJ14 | 186 | Expended projectile (under semi-trailer) |
| DOJ15 | Not Measured | Expended projectile (in semi-trailer interior panel) |
| DOJ16 | 191 | Bullet/Jacket fragment |
| DOJ17 | Not Measured | Decedent's wallet |
| DOJA | 9037 | Projectile strike |
| DOJB | 9038 | Projectile strike |
| DOJC | 9041 | Projectile strike |
| DOJD | 9039 | Projectile strike |
| Not Applicable | 136 – 137<br><br>136<br>137 | CHP 2018 Harley-Davidson FLHTP (3012119 / California)<br><br>Rear wheel<br>Front wheel |
| Not Applicable | 145 – 148<br><br><br>145<br>146<br>147<br>148 | CHP 2016 Ford Police Interceptor Utility (PIU) (1484302 / California)<br><br>Left rear wheel<br>Left front wheel<br>Right front wheel<br>Right rear wheel |

---

[9] AFID (Anti-Felon Identification).

DOJ02678