# EXHIBIT 30

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC    Document 60-94    Filed 03/24/25    Page 2 of 2    Page ID #:1256
Sandra Kirkman v Carlos Alaniz v State of California, et al. 2:23-cv-07532-DMG-SSC

