# EXHIBIT 32



DOJ01540