# EXHIBIT 33

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC   Document 60-97   Filed 01/24/25   Page 2 of 2   Page ID #:1262
Sandra Kirkman v. Carlos Alaniz v. State of California, et al., 2:23-cv-07532-DMG-SSC

