# EXHIBIT 34

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Sandra Kirkman v. Carlos Alaniz, State of California, et al., 2:23-cv-07532-DMG-SSC
Case 2:23-cv-07532-DMG-SSC   Document 60-38   Filed 01/24/25   Page 2 of 2   Page ID #:1264

DOJ01543