Name & Address:
Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sandra Kirman, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:23-cv-07532-DMG-SSC |
| v. | |
| State of California, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

PLEASE SEE ATTACHMENT

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

January 24, 2025
Date

Lee H. Roistacher
Attorney Name

State of CA by and through CHP & Ramon Silva
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)  NOTICE OF MANUAL FILING OR LODGING

<u>*Sandra Kirkman, et al. v. State of California, et al.*</u>
Case No. 2:23-cv-07532-DMG-SSC

## ATTACHMENT TO FORM G-92 – NOTICE OF MANUAL FILING OR LODGING

**List of Documents**:

| EXHIBIT NO.: | DOCUMENT |
|---|---|
| 1 | A true and correct copy of a video recording ("Truck Video") produced pursuant to subpoena by the California Department of Justice, California Police Shooting Investigation Team as DOJ002222.MOV. |
| 5 | A true and correct copy of 911 call recordings produced pursuant to subpoena by the California Department of Justice, California Police Shooting Investigation Team as DOJ00211.WAV. |
| 11 | A true and correct copy of law enforcement dispatch transmission recordings from May 4, 2022 produced pursuant to subpoena by the California Department of Justice, California Police Shooting Investigation Team as DOJ00221.WAV. |
| 14 | A true and correct copy of the video from Ramon Silva's BWC of the May 4, 2022 incident produced by CHP during discovery as STATEOFCA 007879 with the file name Axon Body 2 Video X81626525 2022-05-01 112520.MP4. |
| 17 | A true and correct copy of the MVARS from Jonathan Van Dragt's patrol vehicle of the May 4, 2022 incident and produced pursuant to subpoena by the California Department of Justice, California Police Shooting Investigation Team as DOJ00223.MP4. |

| 18 | A true and correct copy of a video file titled STATEOFCA007879 Axon Body 2 Video X81626525 2022-05-04 112520-241118141634 (Side by Side) created by David Blake, as referenced in paragraph 6.A. of his declaration. |
|---|---|
| 19 | A true and correct copy of a video file titled SILVA BWC_FULL VERSION w ANNOTATION.mp4. created by David Blake, as referenced in paragraph 6.B. of his declaration. |
| 20 | A true and correct copy of a video file titled SILVA BWC_SEQUENCE w ANNOTATION.mp4. created by David Blake, as referenced in paragraph 6.C. of his declaration. |