**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>**DECLARATION OF COOPER ALISON-MAYNE IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:         Dolly M. Gee<br>Hearing Date:  February 28, 2025<br>Hearing Time:  9:30 a.m.<br>Courtroom:     8C |

1

DECLARATION OF COOPER ALISON-MAYNE

# DECLARATION OF COOPER ALISON-MAYNE

I, Cooper Alison-Mayne, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs Sandra Kirkman and Carlos Alaniz. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgement. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "Exhibit A" is a true and correct copy of the relevant portions of Andrew Acosta's May 4, 2022 Interview.

3. Attached hereto as "Exhibit B" is a true and correct copy of the relevant portions of a video recording produced pursuant to subpoena by the California Department of Justice.

4. Attached hereto as "Exhibit C" is a true and correct copy of the relevant portions of the Deposition of Andrew Acosta.

5. Attached hereto as "Exhibit D" is a true and correct copy of the relevant portions of Andrew Acosta's September 27, 2022 Interview.

6. Attached hereto as "Exhibit E" is a true and correct copy of the relevant portions of 911 call recordings produced pursuant to subpoena by the California Department of Justice .

7. Attached hereto as "Exhibit F" is a true and correct copy of the relevant portions of the Deposition of John Van Dragt.

8. Attached hereto as "Exhibit G" is a true and correct copy of the relevant portions of the Deposition of Ramon Silva.

9. Attached hereto as "Exhibit H" is a true and correct copy of the relevant portions of Ramon Silva's BWC produced by CHP during discovery.

10. Attached hereto as "Exhibit I" is a true and correct copy of the relevant portions of the Autopsy Report of John Alaniz.

11. Attached hereto as "Exhibit J" is a true and correct copy of the relevant portions of the Declaration of Scott Defoe in support of Plaintiffs' opposition to Defendant's motion for summary judgment.

12. Attached hereto as "Exhibit K" is a true and correct copy of the relevant portions of a video taken by a witness to the May 4, 2022 incident titled "Red Truck Video 1."

13. Attached hereto as "Exhibit M" is a true and correct copy of the relevant portions of John Van Dragt's May 10, 2022 interview.

14. Attached hereto as "Exhibit N" is a true and correct copy of a fame-by-frame analysis of Officer Silva's body-worn camera footage, which was attached to Defendant's Motion for Summary Judgment as "Exhibit 23."

15. Attached hereto as "Exhibit O" is a true and correct copy of the relevant portions of a video taken by a witness to the May 4, 2022 incident titled "Red Truck Video 2."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 7, 2025.

Dated: February 7, 2025

/s/*Cooper Alison-Mayne*
Cooper Alison-Mayne

*Attorneys for Plaintiffs*

3
DECLARATION OF COOPER ALISON-MAYNE