CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1              TRANSCRIPTION OF RECORDED INTERVIEW

 2                            OF

 3                    ANDREW MARIO ACOSTA

 4

 5                            ON

 6                       MAY 4, 2022

 7                       CALIFORNIA

 8

 9

10

11   Interviewed by:  Justin, CHP Officer,

12                    California Highway Patrol

13                    California Department of Justice

14                    Division of Law Enforcement

15                    Bureau of Investigation

16

17

18   Transcribed by:  Kim Visee,

19                    Foothill Transcription Company

20                    August 27, 2022

21                    Elk Grove, California

22

23                         --oOo--

24

25
```

DOJ03833

| | |
|---|---|
| 1 | back up and starts walking down the |
| 2 | shoulder.  And that's when I just start, you |
| 3 | know, following him.  Then my partner, |
| 4 | (inaudible) driver and he started driving |
| 5 | the truck to follow.  And, you know, all the |
| 6 | way from basically from like the beginning |
| 7 | where -- uh -- Lakewood is all the way to |
| 8 | over here -- um -- I'm trying to -- I'm |
| 9 | trying to like stop him from going onto the, |
| 10 | you know, back onto the freeway.  Because I |
| 11 | had a feeling that's what he was trying to |
| 12 | do.  Because -- uh -- the first guy that hit |
| 13 | him, he said he jumped in front of his -- |
| 14 | his car.  So, I'm like, okay, this guy's |
| 15 | trying to hurt himself.  And I'm following |
| 16 | him along the -- the shoulder.  I'm on his |
| 17 | left side.  And if he had tried, you know, |
| 18 | to go onto the freeway, I'd just block him. |
| 19 | And I think the -- the second car that -- |
| 20 | that he had hit was I think the -- nothing |
| 21 | had hit.  I think he -- he -- he went back |
| 22 | onto the freeway and tried going -- put his |
| 23 | head underneath one of -- another big rig's |
| 24 | tires.  But that big rig stopped before, you |
| 25 | know, it could roll over his head.  And he |

6

| | | |
|---|---|---|
| 1 | | And then -- |
| 2 | **Justin:** | Yeah. |
| 3 | **Acosta:** | -- he rolled out into my lane. That was |
| 4 | | when I slammed on my brakes to avoid hitting |
| 5 | | him. I parked the car. And just went to go |
| 6 | | check on him. |
| 7 | **Justin:** | And how fast were you going next to that big |
| 8 | | rig before the -- the big rig slammed on his |
| 9 | | brakes? |
| 10 | **Acosta:** | Maybe like 55. |
| 11 | **Justin:** | Fifty-five? |
| 12 | **Acosta:** | Yeah. |
| 13 | **Justin:** | And you guys and the big rig are keeping up |
| 14 | | with each other and then -- until the big |
| 15 | | rig had to slam on its brakes. |
| 16 | **Acosta:** | Yeah. Yeah. |
| 17 | **Justin:** | Okay. |
| 18 | **Acosta:** | I mean, if I was, you know, neck and neck |
| 19 | | with him, I definitely would have hit him |
| 20 | | right after. |
| 21 | **Justin:** | Okay. Okay. So, you guys were travelling |
| 22 | | about 55 miles an hour. Big rig, obviously, |
| 23 | | you kind of witness it happen. You're able |
| 24 | | to stop in time because you saw the |
| 25 | | (inaudible) lane. |

10

| | | |
|---|---|---|
| 1 | **Acosta:** | (Overlapping). |
| 2 | **Justin:** | Okay.  Um -- how long was the gentleman down |
| 3 | | for after he got hit? |
| 4 | **Acosta:** | Maybe like two to three minutes. |
| 5 | **Justin:** | So, he was down for a while. |
| 6 | **Acosta:** | Yeah. |
| 7 | **Justin:** | Okay. |
| 8 | **Acosta:** | Because he did have a moment where he looked |
| 9 | | backed up, looked around, and then just put |
| 10 | | his head back down. |
| 11 | **Justin:** | Okay.  And you said he started walking and |
| 12 | | then that's when he laid down in front of a |
| 13 | | second big rig? |
| 14 | **Acosta:** | Yeah. |
| 15 | **Justin:** | Okay. |
| 16 | **Acosta:** | It was under anoth -- another -- under |
| 17 | | another -- one of the overpasses -- |
| 18 | **Justin:** | Okay. |
| 19 | **Acosta:** | -- where he put his head under a big -- big |
| 20 | | rig. |
| 21 | **Justin:** | Okay.  And that big rig, what tire did he |
| 22 | | try and lay under?  Was it the actual front |
| 23 | | right tire? |
| 24 | **Acosta:** | Uh -- in front of -- uh -- the one -- the -- |
| 25 | | the pair that are behind it. |

11

DOJ03843

```
 1                  TRANSCRIBER'S CERTIFICATE
 2
 3
 4   STATE OF CALIFORNIA    )
 5                          ) ss.
 6   COUNTY OF SACRAMENTO   )
 7
 8
 9        This is to certify that I, Kim Visee, transcribed the
10   audio recording of Andrew Mario Acosta taken on May 4,
11   2022; that the pages numbered 1 through 25 constitute said
12   transcript; that the same is a complete and accurate
13   transcription of the aforesaid to the best of my ability.
14
15        August 27, 2022
16
17                         [signature: Kim M. Visee]
18
19                         Kim Visee,
                           Foothill Transcription Company
20
21
22                            --oOo--
23
24
25


                                 26
```