# CONVENTIONALLY FILED
# Exhibit B

Video of from truck