```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4    SANDRA KIRKMAN AND CARLOS     )  2:23-cv-07532-DMG-SSC
      ALANIZ, INDIVIDUALLY AND AS   )
 5    SUCCESSORS-IN-INTEREST TO     )
      JOHN ALANIZ, DECEASED,        )
 6                                  )
                Plaintiffs,         )
 7                                  )
      v.                            )
 8                                  )
      STATE OF CALIFORNIA; RAMON    )
 9    SILVA; AND DOES 1-10,         )
      INCLUSIVE,                    )
10                                  )
                Defendants.         )
11    _____)

12

13

14            REMOTE DEPOSITION OF ANDREW ACOSTA

15                         VOLUME 1

16              North Hollywood, California

17             Thursday, November 14, 2024

18

19

20

21

22    Reported by:
      DENISE MARLOW
23    RPR, CSR No. 11631

24    Job No. 10153285

25    PAGES 1 - 36
```

```
 1   to it.
 2        Q.  Okay.  To the left or the right?  Do you recall?
 3        A.  To the left.
 4        Q.  Did the semi brake at all?
 5        A.  As soon as he hit the guy, yeah, he immediately
 6   slammed on his brakes.
 7        Q.  And then what happened next after the individual
 8   was hit and the semi had stopped?
 9        A.  Well, when the guy had got hit, he kind of like
10   rolled into my lane.  So I had to slam on my brakes,
11   trying to avoid hitting him.
12        Q.  And were you able to avoid hitting him?
13        A.  Yes.
14        Q.  Okay.  And what did you do after you slammed on
15   your brakes?
16        A.  I put our truck into park, and I went to go
17   check on him to see if he was okay.
18        Q.  And when you got out of your vehicle to check on
19   him, what did you notice?
20        A.  He was bleeding a lot from his head.
21        Q.  Was he conscious at all?
22        A.  For like the first minute, no.
23        Q.  Okay.  So after -- so you said for the first
24   minute he wasn't conscious.  Was he -- did he ever
25   regain consciousness after that first minute?
```

Case 2:23-cv-07532-DMG-SSC   Document 70-6   Filed 02/07/25   Page 3 of 13   Page ID #:1345

Volume 1　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kirkman vs.
Andrew Acosta　　　　　　　　　　　　　　　　　　　　　　　State of California

```
 1        A.   Yeah, yeah.  Yes.
 2        Q.   And then what happened after that?
 3        A.   He -- he just got up, like after realizing where
 4   he was at, and then just started walking down the side
 5   of the freeway again.
 6        Q.   Did he say anything to you when he got up?
 7        A.   No.
 8        Q.   Did he say anything to anybody when he got up?
 9        A.   No.
10        Q.   Other than the blood from his head, did you
11   notice any other injuries?
12        A.   No.
13        Q.   And so he got up and started walking on the
14   shoulder of the freeway or in the lanes of the freeway?
15        A.   The shoulder.
16        Q.   Okay.  And what did you do after that?
17        A.   I -- I started following him because I -- I had
18   a feeling that he was going to possibly do it again,
19   jump in front of traffic.
20        Q.   So why, why did you feel that way?
21        A.   It was just like a gut feeling that he was
22   trying to kill himself.
23        Q.   At any point did you -- after this happened,
24   after you noticed this individual or you saw this
25   individual injured after jumping in front of the semi,
```

```
 1   did you call 911 at any point?
 2        A.   Yes, I did.
 3        Q.   What did you report?  Do you recall?
 4        A.   Pretty much just somebody getting hit by the
 5   truck, and then I guess the operator was asking me,
 6   like, what he's doing now, and I'm pretty sure I told
 7   her that he's just walking down the freeway.  And I was
 8   pretty much just staying on the phone with the operator
 9   the whole time and explaining that he's continuing to
10   jump in front of the traffic.
11        Q.   Did you at all tell the 911 dispatcher that you
12   believe this individual was trying to kill himself?
13        A.   I don't remember.
14        Q.   Okay.  So the individual got up, he's walking
15   down the shoulder of the freeway, and you started
16   following him.  Did you have a safety vest on like you
17   do today?
18        A.   Yes.
19        Q.   Okay.  Now, you said you followed him because
20   you had a gut feeling that he was going to try and jump
21   in front of traffic.  Is that accurate?
22        A.   Yes.
23        Q.   And did he, as you followed him, continue to try
24   and jump into traffic at all?
25        A.   Yes.
```

```
 1       A.   Nope.  It did not phase him.
 2       Q.   Did he just get up and continue to walk on the
 3   shoulder after he was hit by the van?
 4       A.   Yes.
 5       Q.   Now, at any time, I mean, after -- after the
 6   individual was -- strike that.  Let me reask.
 7            So after he was hit by the side of the van, did
 8   you continue to follow him?
 9       A.   Yes.
10       Q.   And did he say anything to you at any time?
11       A.   Yeah.  At some point of me, like, trying to stop
12   him, he just -- I think he was saying like, Just save
13   yourself, just over and over.
14       Q.   And that was all he had said to you during the
15   encounter?
16       A.   Yes.
17       Q.   And what did you take that to mean?
18       A.   I just think he -- he didn't want me to, like,
19   get hit by the cars myself.
20       Q.   Okay.  At any time -- you know, I understand
21   based on your testimony so far that the individual had
22   gotten hit by a semi that you were traveling next to.
23   At any time did you see the individual also try to put
24   his head underneath the tire of a semitruck as --
25       A.   Yes.
```

Case 2:23-cv-07532-DMG-SSC   Document 70-6   Filed 02/07/25   Page 6 of 13   Page ID #:1348

Volume 1                                                          Kirkman vs.
Andrew Acosta                                              State of California

```
 1   mean, after getting hit by a truck, I know a lot of
 2   people would be hurt and just stayed, you know, down.
 3   But he -- I think he was just full of adrenaline, just
 4   wanting to kill himself.
 5        Q.   And that was just based on your personal
 6   perception of him while --
 7        A.   Yes.
 8        Q.   -- you were following him that day?
 9        A.   Yes.
10        Q.   And do you recall what -- how far you had
11   followed him from where you stopped your truck up and to
12   the time that the CHP officers arrived?
13        A.   Oh, man.
14        Q.   How many yards -- can you give me how many yards
15   would you estimate?
16        A.   Like 150 to 200.  It was pretty far.
17        Q.   Do you know or can you give me an estimate of
18   how long you had been following him and trying to help
19   him prior to the officers arriving?
20        A.   I don't know, like 20 minutes.
21        Q.   And do you recall what this individual's
22   physical appearance was, such as his height?  What would
23   you estimate that to be?
24        A.   Like 5'7", 5'8".  He was almost pretty much as
25   tall as I was.
```

Case 2:23-cv-07532-DMG-SSC   Document 70-6   Filed 02/07/25   Page 7 of 13   Page ID #:1349

Volume 1                                                Kirkman vs.
Andrew Acosta                                    State of California

```
 1      Q.   What about his weight?
 2      A.   He was not thin, a little bit -- like a little
 3   bit overweight.
 4      Q.   Do you recall what he was wearing?
 5      A.   Shorts.
 6      Q.   Do you --
 7      A.   A shirt.
 8      Q.   Do you know what color?
 9      A.   No.
10      Q.   Do you recall what color his hair was?
11      A.   Like a dark brown, maybe black.
12      Q.   And what about his age?  Did you have any sort
13   of estimate of how old he would have been?
14      A.   Maybe like mid to late forties.
15      Q.   Okay.  Now, as we know, at some point in time
16   CHP officers had arrived on scene.  Is that correct?
17      A.   Yes.
18      Q.   And do you recall seeing an officer arrive on a
19   motorcycle first, or did you see officers arrive in a
20   patrol car first?
21      A.   A motorcycle.
22      Q.   Okay.  Do you recall where the motor officer
23   approached from?
24      A.   He was coming from the opposite way of traffic.
25      Q.   Was he coming off of an off-ramp; do you know?
```

```
 1      A.  I don't know if it was an off-ramp or not.
 2      Q.  Okay.  Now, when the motor officer arrived on
 3   scene, what did you do?
 4      A.  I tried to stay with the guy as long as I could
 5   until the officer came.  And when he had came, he told
 6   me to get away from him, to come to the officer -- like,
 7   come over here -- because the officer wanted me to get
 8   away from the guy.  So I went to the officer.  I went
 9   behind him.
10      Q.  Okay.  And then after the officer on the
11   motorcycle instructed you to go behind him, did you hear
12   that officer give the individual any sort of commands?
13      A.  Not any commands that I remember.
14      Q.  Okay.  And -- okay.  So after you had went
15   behind the officer on the motorcycle, what happened
16   next?
17      A.  Can you repeat that one more time?
18      Q.  Yeah.  So after the officer on the motorcycle
19   instructed you to go behind him and you went behind him,
20   what happened next?
21      A.  I think that the -- the individual was, I don't
22   know, kind of like shocked that the cop was there.  And
23   I don't really remember exactly, like anything after
24   that.  I think more -- like I think more cops had just
25   started like appearing, like pretty soon.
```

```
 1       Q.   Okay.  And go ahead.
 2            So after more cops began appearing on scene, did
 3   you hear them give the individual any sort of commands?
 4       A.   Probably just like the typical, like, Get on the
 5   ground.
 6       Q.   And do you recall seeing the individual comply
 7   with --
 8       A.   No.
 9       Q.   -- those commands?
10       A.   No.  He did not.
11       Q.   Now, at some point -- actually, strike that.
12            So after additional officers arrived on scene,
13   what happened next after commands were given and the
14   individual did not comply?  What happened next?
15       A.   It seemed like he just started getting more
16   frantic, the more cops showed up.  And at one point,
17   pretty much, I think he was, like, circling, like, one
18   of the police vehicles.  And that's pretty much, like,
19   when he started -- he went around it at least one more
20   time and started charging at one of the officers.
21       Q.   And when you say "charging," do you mean
22   running?
23       A.   Yeah.
24       Q.   Was he jogging or sprinting towards the officer?
25       A.   He wasn't, like, running that fast.  But, I
```

Case 2:23-cv-07532-DMG-SSC   Document 70-6   Filed 02/07/25   Page 10 of 13   Page ID #:1352

Volume 1                                                                    Kirkman vs.
Andrew Acosta                                                       State of California

```
 1   mean, he was, like, approaching him at a good speed.
 2       Q.  And was that the officer in the patrol vehicle,
 3   or was that the motorcycle officer?
 4       A.  I -- I don't think it was the -- the motorcycle
 5   officer.
 6       Q.  Okay.  And after the individual started running
 7   at this other officer, what happened next?
 8       A.  Well, they started to shoot him.
 9       Q.  Did you see the individual put his hands in his
10   pocket at any time?
11       A.  Yes.
12       Q.  When was that?
13       A.  As he was charging at them.
14       Q.  At the officers?
15       A.  Yes.
16       Q.  And did you see him pull anything out of his
17   pocket?
18       A.  No.
19       Q.  Do you know what hand -- what pocket he put his
20   hands into?
21       A.  I -- the right pocket.
22       Q.  Okay.  And then after, you know, shots were
23   fired at the individual, what did the officers do after?
24       A.  I don't recall.
25       Q.  Okay.  Do you recall seeing any officers provide
```

```
 1      Q.   Yeah, I can reask that if it would be helpful.
 2      A.   I don't remember.
 3      Q.   Okay.  Did you ever hear any of the officers
 4   give any verbal warning to the individual that they were
 5   going to shoot or use their firearm against him?
 6      A.   I don't remember.
 7      Q.   At any time did you ever hear the individual
 8   make any verbal threats to anyone?
 9      A.   I don't think he did.
10      Q.   Did he ever make any verbal threats to you?
11      A.   No.
12      Q.   Did he ever make any -- or strike that.
13           Did you review any documents in preparation for
14   your interview today -- or your deposition today?
15      A.   No.
16      Q.   Do you remember that you gave a statement both
17   on May 4th, 2022, and an additional statement on
18   September 27th, 2022, to investigators from the
19   Department of Justice?
20      A.   Do I remember?
21      Q.   Yes.  Do you remember that you gave two
22   interviews?
23      A.   Yes.
24      Q.   And have you not reviewed those statements,
25   then?
```

```
 1      A.  No.
 2      Q.  Do you remember saying in your September 2022
 3   interview that you did not think it was necessary to
 4   shoot the individual on the date of the incident?
 5      A.  Yes.
 6      Q.  Why did you -- why did you think that at that
 7   time?
 8      A.  Well, I think I remember telling the
 9   investigators for the second interview I had that I
10   believe they should -- they had -- they should have used
11   a less-than-lethal before using their actual gun.
12      Q.  Do you recall saying in that September 2022
13   interview that you were shocked that the officers shot
14   the individual?
15      A.  I don't remember.
16      Q.  Okay.  Those are all the questions I have.
17          MS. REYES:  I just have a couple follow-up
18   questions.
19
20                    FURTHER EXAMINATION
21   BY MS. REYES:
22      Q.  Mr. Acosta, do you recall telling DOJ
23   investigators that you saw the individual pull a black
24   object from his pocket when he was running at the
25   officers?
```

```
 1                REPORTER'S CERTIFICATION

 2

 3            I, the undersigned, a certified Shorthand

 4    Reporter of the State of California, do hereby

 5    certify:

 6            That the foregoing proceedings were taken

 7    before me at the time and place herein set forth;

 8    that the witness in the foregoing proceedings,

 9    prior to testifying, was administered an oath; that

10    a record of the proceedings was made by me using

11    machine shorthand which was thereafter transcribed

12    under my direction; that the foregoing transcript is

13    a true record of the testimony given.

14            Further, that if the foregoing pertains to

15    the original transcript of a deposition in a Federal

16    Case, before completion of the proceedings, review

17    of the transcript [ X ] was [   ] was not requested.

18

19            IN WITNESS WHEREOF, I have hereunto subscribed

20    my name this 18th day of November, 2024.

21

22                            Denise Marlow

23                            _____

24                            Denise Marlow, CSR No. 11631

25
```

Page 33