CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC  Sandra Kirkman, Carlos Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC  Document 71  Filed 02/07/25  Page 1 of 7  Page ID #:1356

```
 1              TRANSCRIPTION OF RECORDED INTERVIEW
 2                              OF
 3                        ANDREW ACOSTA
 4
 5                              ON
 6                      SEPTEMBER 27, 2022
 7                         CALIFORNIA
 8
 9
10
11  Interviewed by:  Special Agent Daniel Ibarra,
12                   Special Agent Alvin Hernandez
13                   California Department of Justice
14                   Division of Law Enforcement
15                   Bureau of Investigation
16
17
18  Transcribed by:  Lorraine Bayler,
19                   Foothill Transcription Company
20                   October 06, 2022
21                   Elk Grove, California
22
23                          --o0o--
24
25
```

1

| | | |
|---|---|---|
| 1 | **Ibarra:** | And did he go like on the freeway, did he go |
| 2 | | on the side of the freeway, do you remember |
| 3 | | where he was at roughly? |
| 4 | **Acosta:** | He was basically in -- uh -- like the first |
| 5 | | lane, the first -- like the furthest right |
| 6 | | lane. |
| 7 | **Ibarra:** | The furthest right lane? |
| 8 | **Acosta:** | Yeah, and he ended up just stopping there, |
| 9 | | maybe like -- like 20, 30 feet away from me. |
| 10 | | And then he just told me to -- to like get |
| 11 | | away from him, come towards me or get behind |
| 12 | | him.  And when I got behind him, you know, |
| 13 | | and I was clear, he ended up just pulling |
| 14 | | out his gun to get ready for whatever. |
| 15 | **Ibarra:** | So, you got behind the officer? |
| 16 | **Acosta:** | I got behind the officer, yes. |
| 17 | **Ibarra:** | Approximately -- when you got behind the |
| 18 | | officer, what did you do?  Were you able to |
| 19 | | -- where were you approximately like? |
| 20 | **Acosta:** | I ended up being behind him to the left. |
| 21 | **Ibarra:** | Okay. |
| 22 | **Acosta:** | On like the hillside of the freeway. |
| 23 | **Ibarra:** | On the hillside? And were you able to -- did |
| 24 | | you eventually like turn back to see what |
| 25 | | was going on? |

| # | | |
|---|---|---|
| 1 | Acosta: | There was nothing really going on behind |
| 2 | | other than the freeway just being, you know |
| 3 | | -- |
| 4 | Ibarra: | Okay. |
| 5 | Acosta: | -- just stopped. |
| 6 | Ibarra: | But I mean towards the -- because you -- you |
| 7 | | noticed the other officer arrived, so I'm |
| 8 | | assuming you were looking towards what was |
| 9 | | going on. |
| 10 | Acosta: | Yeah. |
| 11 | Ibarra: | Okay.  Can you kind of give me an idea -- |
| 12 | | and I know it's tough, but roughly about how |
| 13 | | far was that from -- was the individual |
| 14 | | compared to you guys?  Was he like -- like a |
| 15 | | -- like a football field apart, half a  foot |
| 16 | | -- football field apart? |
| 17 | Acosta: | Close to a half. |
| 18 | Ibarra: | About half? |
| 19 | Acosta: | Yeah. |
| 20 | Ibarra: | About half a field -- football field apart? |
| 21 | Acosta: | It's pretty far, yeah. |
| 22 | Ibarra: | Yeah, it would be like about 50 yards or so. |
| 23 | Acosta: | Yeah. |
| 24 | Ibarra: | About 50 yards or so. Okay, from your |
| 25 | | perspective, what was he doing?  Wh -- what |

9

| | | |
|---|---|---|
| 1 | | was the individual doing?  Right before you |
| 2 | | said he sprinted, what was he doing? |
| 3 | **Acosta:** | He looked like he was just in -- like in -- |
| 4 | | like a panic mode. |
| 5 | **Ibarra:** | The individual was in a panic mode? |
| 6 | **Acosta:** | Yeah.  Honestly thought he had too much |
| 7 | | adrenaline.  I was surprised that he even |
| 8 | | got up from getting hit so many times. |
| 9 | **Ibarra:** | Uh -- what was his -- uh -- was he doing any |
| 10 | | movements with his hands?  Where were his |
| 11 | | hands at?  What was -- what was going on |
| 12 | | with his hands? |
| 13 | **Acosta:** | For the most part, after the first time |
| 14 | | getting hit, he -- he couldn't really walk |
| 15 | | correctly so he was kind of just like |
| 16 | | stumbling and walking. |
| 17 | **Ibarra:** | Okay. |
| 18 | **Acosta:** | So. |
| 19 | **Ibarra:** | From that position that you were in when you |
| 20 | | turned back, do you remember what he was |
| 21 | | doing?  Where was his hands at?  Do you |
| 22 | | remember? |
| 23 | **Acosta:** | His -- his hands were always to his side up |
| 24 | | until, you know, he started rushing at the |
| 25 | | officers. |

DOJ03868

| | | |
|---|---|---|
| 1 | **Acosta:** | We were under like one of the overpasses. I |
| 2 | | think that's where he was like hiding, kind |
| 3 | | of underneath the overpass and waiting for |
| 4 | | like a -- a vehicle to drive by. |
| 5 | **Hernandez:** | Oh, okay. |
| 6 | **Acosta:** | Yeah. |
| 7 | **Ibarra:** | Yeah, I don't -- I -- he -- he was already |
| 8 | | interviewed for the accident part? |
| 9 | **Hernandez:** | Right. |
| 10 | **Ibarra:** | So, I don't want to go re-do all that all |
| 11 | | over. |
| 12 | **Hernandez:** | That's fine. So that's where it started, |
| 13 | | okay. |
| 14 | **Ibarra:** | Yeah. |
| 15 | **Acosta:** | Yeah, he was alone from when I first saw |
| 16 | | him. He wasn't with anybody else. |
| 17 | **Ibarra:** | Okay. And I don't want to go too far back |
| 18 | | into like the whole accident stuff, but do |
| 19 | | you remember some of the injuries that he |
| 20 | | had? |
| 21 | **Acosta:** | ==Uh -- he was definitely bleeding a lot from== |
| 22 | | ==his head.== |
| 23 | **Ibarra:** | ==From his head?== |
| 24 | **Acosta:** | ==Yeah.  It was like getting all over his --== |
| 25 | | ==running down his face onto his -- uh --== |

25

| | | |
|---|---|---|
| 1 | | jacket. |
| 2 | **Ibarra:** | And that was before the -- the shooting? |
| 3 | **Acosta:** | Yeah, yeah. |
| 4 | **Ibarra:** | Okay. Do you recall any other injuries |
| 5 | | before the shooting? |
| 6 | **Acosta:** | Other -- |
| 7 | **Ibarra:** | That you could -- that you could see or -- |
| 8 | **Acosta:** | No. |
| 9 | **Ibarra:** | Okay. |
| 10 | **Hernandez:** | And -- uh - I guess that's all I have. |
| 11 | **Ibarra:** | You good? |
| 12 | **Hernandez:** | Oh -- uh -- sorry. |
| 13 | **Ibarra:** | (Inaudible) -- |
| 14 | **Hernandez:** | About how long after they started to apply |
| 15 | | -- uh -- first aid -- um -- or life-saving |
| 16 | | measures, how long after that until the |
| 17 | | paramedics arrived, approximately? |
| 18 | **Acosta:** | Uh -- like two or three minutes. |
| 19 | **Hernandez:** | Two to three minutes. That's pretty |
| 20 | | (inaudible). That's all I have. |
| 21 | **Ibarra:** | Oh, sorry, I missed one here. So, you said |
| 22 | | that -- uh -- when he pulled something out |
| 23 | | of his pocket, he was like 10 to 20 feet |
| 24 | | from the officer. He was 10 to 20 feet |
| 25 | | roughly, but was he still moving towards the |

DOJ03884

```
 1                TRANSCRIBER'S CERTIFICATE
 2
 3
 4  STATE OF CALIFORNIA    )
 5                         ) ss.
 6  COUNTY OF SACRAMENTO   )
 7
 8
 9       This is to certify that I, Lorraine Bayler,
10  transcribed the audio recording of Andrew Acosta taken on
11  September 27, 2022; that the pages numbered 1 through 30
12  constitute said transcript; that the same is a complete and
13  accurate transcription of the aforesaid to the best of my
14  ability.
15
16       October 06, 2022
17
18                    Loraine Bayler
19
20                    Lorraine Bayler,
                      Foothill Transcription Company
21
22
23                       --o0o--
24
25

                             31
```