CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1                TRANSCRIPTION OF RECORDED
 2
 3                  DISPATCH TRANSMISSIONS
 4
 5                            ON
 6                       MAY 4, 2022
 7
 8                    PARAMOUNT, CALIFORNIA
 9
10
11
12
13
14
15
16
17
18
19
20  Transcribed by:   Tamyra Morgan,
21                    Foothill Transcription Company
22                    August 29, 2022
23                    Elk Grove, California
24                         --o0o--
25
```

-1-

| | | |
|---|---|---|
| 1 | | CALL 1 - CALL ON WEDNESDAY, MAY 4, 2022, 11:20:04 A.M. |
| 2 | Dispatch: | 82-74 or the 74 or 179. Westbound 105 east |
| 3 | | of the 710. It's a big rig versus a ped |
| 4 | | blocking the slow lane. |
| 5 | 74: | 82-74, I copy. |
| 6 | Dispatch: | 74, I'm going to start South LA as well, a |
| 7 | | duplicate call putting it near Long Beach. |
| 8 | 74: | 74, I copy. |
| 9 | Dispatch: | 74 copies. |
| 10 | S-12: | 82-S-12, I copy. |
| 11 | Dispatch: | S-12 copies. |
| 12 | 710: | 710 Mary from the office. |
| 13 | Dispatch: | 710 Mary from the office. Duplicate caller |
| 14 | | advising the pedestrian may have jumped in |
| 15 | | front of the rig on purpose. |
| 16 | 74: | 74, copy. |
| 17 | | CALL 2 - CALL ON WEDNESDAY, MAY 4, 2022, 11:21:22 A.M. |
| 18 | Dispatch: | Again, it's still getting dup calls on this |
| 19 | | party. They're saying he 10-31. West 105 |
| 20 | | east of the 710. Ped is back up, walking in |
| 21 | | lanes, bleeding, and trying to jump in front |
| 22 | | of other vehicles. I have no description |
| 23 | | except for a male. |
| 24 | 74: | 74, copy. |
| 25 | Dispatch: | 74 copies. |

DOJ02426

| | | |
|---|---|---|
| 1 | **Mary-2:** | Mary-2 also from (inaudible) from southbound |
| 2 | | to Cesar Chavez. |
| 3 | **Dispatch:** | Mary-2 from south 710 to Cesar Chavez. |
| 4 | | Party is a male Hispanic, black shirt, green |
| 5 | | shorts. He is a homeless party. Male |
| 6 | | Hispanic, black shirt, green shorts. |
| 7 | **Mary-2:** | Mary-2, I copy. Can you see if there's an |
| 8 | | airship available to check that out. |
| 9 | **Dispatch:** | All right. Requesting an airship. |
| 10 | **LASO Air 8:** | And LA CHP on the yellow Sheriff's Air 8 on |
| 11 | | the frequency. What's the pinpoint? |
| 12 | **Dispatch:** | LASO Air 8, we're in two locations. Either |
| 13 | | west 105 east of the 710 or west 105 near |
| 14 | | Long Beach Boulevard. It's a pedestrian |
| 15 | | who is suicidal, jumping in front of big |
| 16 | | rigs and vehicles. A male Hispanic |
| 17 | | transient wearing black shirt, green shorts. |
| 18 | **LASO Air 8:** | Okay. Sheriff's Air 8, we're about three |
| 19 | | minutes out. |
| 20 | **Dispatch:** | LASO Air 8 at about three minutes out. And |
| 21 | | a party possibly got hit by another vehicle. |
| 22 | **Mary-2:** | Mary-2, copy. What's the location now? |
| 23 | **Dispatch:** | Let me ascertain from the call taker. |
| 24 | **CALL 3 - CALL ON WEDNESDAY, MAY 4, 2022, 11:23:17 A.M.** | |
| 25 | **420:** | 420 I revalidate too en route to that. |

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC  Document 65  Filed 02/07/25  Page 4 of 5  Page ID #:1366
Sandra Kirkman; Carlos Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC

|    |              |                                                              |
|----|--------------|--------------------------------------------------------------|
| 1  |              | Garfield off-ramp, so you guys are going                     |
| 2  |              | to have to stay on the 105 westbound. He's                   |
| 3  |              | on the shoulder just coming up to Garfield                   |
| 4  |              | now.                                                         |
| 5  | **Dispatch:** | Air 8 advising stay on the west 105. Take                   |
| 6  |              | the right shoulder as you're approaching                     |
| 7  |              | Garfield.                                                    |
| 8  | **74:**      | There's a -- looks like a semi-truck                         |
| 9  |              | involved and it's going be east -- westbound                 |
| 10 |              | east of Garfield. The party is standing by                   |
| 11 |              | in lanes. I'm continuing to the ped.                         |
| 12 | **Dispatch:** | West 105 east of Garfield is where the semi                 |
| 13 |              | is standing by in lanes. That's the                          |
| 14 |              | original call.                                               |
| 15 | **LASO Air 8:** | All right. He's underneath the Garfield                   |
| 16 |              | overpass right now, right shoulder.                          |
| 17 | **Dispatch:** | Under the Garfield overpass, right shoulder.                |
| 18 | **74:**      | 74, 97 as well as the MAZEEP unit.                           |
| 19 | **Dispatch:** | 74, 97 with 83 MAZEEP 2.                                    |
| 20 |   **CALL 13 - CALL ON WEDNESDAY, MAY 4, 2022, 11:30:32 A.M.** | |
| 21 | **Dispatch 2:** | Westbound.                                                |
| 22 |   **CALL 14 - CALL ON WEDNESDAY, MAY 4, 2022, 11:31:01 A.M.** | |
| 23 | **Mary-2:**  | 10-97.                                                       |
| 24 | **Dispatch:** | 82-Mary-2, 97. All units standby. West 105                  |
| 25 |              | under Garfield.                                              |

-9-

1                      TRANSCRIBER'S CERTIFICATE

2

3

4 STATE OF CALIFORNIA    )

5                             ) ss.

6 COUNTY OF SACRAMENTO   )

7

8

9      This is to certify that I, Tamyra Morgan, transcribed

10 the audio recording of Dispatch Transmissions taken on

11 May 4, 2022; that the pages numbered 1 through 28

12 constitute said transcript; that the same is a complete and

13 accurate transcription of the aforesaid to the best of my

14 ability.

15

16      August 29, 2022

17

18                        *Tamyra Morgan*

19                        Tamyra Morgan
                          Foothill Transcription Company

20

21

22

23

24

25                           --o0o--

DOJ02453