**CONVENTIONALLY FILED**
# Exhibit H
Officer Silva's Body-worn Camera