# CONVENTIONALLY FILED
# Exhibit K

Emmanuel Clark's cell phone video