```
 1                TRANSCRIPTION OF RECORDED INTERVIEW

 2                               OF

 3                       JONATHAN VAN DRAGT

 4

 5                               ON

 6                          MAY 10, 2022

 7                     MONTEREY PARK, CALIFORNIA

 8

 9

10

11   Interviewed by:  Special Agent Daniel Ibarra,

12                    Special Agent Tony Baca,

13                    California Department of Justice

14                    Division of Law Enforcement

15                    Bureau of Investigation

16

17

18   Transcribed by:  Cristina Willis,

19                    Foothill Transcription Company

20                    July 2, 2022

21                    Elk Grove, California

22

23                           --o0o--

24

25
```

1

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Sandra Kirkman v. Carlos Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC
Case 2:23-cv-07532-DMG-SSC   Document 70-15   Filed 02/07/25   Page 2 of 3   Page ID #:1401

| | | |
|---|---|---|
| 1 | **Baca:** | Why? |
| 2 | **Van Dragt:** | Are you asking why I believe the motor |
| 3 | | officer? I believe the motor officer felt I |
| 4 | | was in -- in danger, and I can completely |
| 5 | | understand why he took the action he did, |
| 6 | | based on the fact that the -- from my |
| 7 | | perspective, where I was at the back of the |
| 8 | | patrol vehicle, I might have had a clearer |
| 9 | | line of sight, but anyone else there that |
| 10 | | didn't have that clear line of sight, this |
| 11 | | -- this looked like a weapon. This looked |
| 12 | | like a -- clearly it -- it was in a shooting |
| 13 | | platform. All -- only the fact that I had -- |
| 14 | | because I was so close at the back of the |
| 15 | | patrol car that I -- is the fact that I |
| 16 | | didn't fire because I could see that if he |
| 17 | | would've had anything else that looked like |
| 18 | | a firearm in any -- any way, I would've |
| 19 | | fired my firearm at the back of the patrol |
| 20 | | vehicle, so. If -- I -- if I was in that |
| 21 | | motor position -- if it was reversal, I |
| 22 | | would've fired my firearm. |
| 23 | **Baca:** | How far was the motor from you? |
| 24 | **Van Dragt:** | I don't know. I -- I -- he was to my right. |
| 25 | | Like, the last time I had seen him before |

41

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

```
 1                TRANSCRIBER'S CERTIFICATE
 2
 3
 4   STATE OF CALIFORNIA    )
 5                          )  ss.
 6   COUNTY OF SACRAMENTO   )
 7
 8
 9       This is to certify that I, Cristina Willis,
10   transcribed the audio recording of Jonathan Van Dragt taken
11   on May 10, 2022; that the pages numbered 1 through 77
12   constitute said transcript; that the same is a complete and
13   accurate transcription of the aforesaid to the best of my
14   ability.
15
16        July 3, 2022
17
18
19
20                          Cristina Willis,
                            Foothill Transcription Company
21
22
23                         --oOo--
24
25
```

DOJ00146