# EXHIBIT 23



FRAME: 1
OFRAME:12710
TIME: 00:00:00.033
OTIME: 00:07:04.090













<60></60>



FRAME: 3
OFRAME:12718
TIME: 00:00:00.300
OTIME: 00:07:04.357











