**CONVENTIONALLY FILED**

# Exhibit O

Emmanuel Clark's cell phone video 2