LAW OFFICES OF DALE K. GALIPO
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, et al. <br><br> PLAINTIFF(S) <br><br> v. <br><br> STATE OF CALIFORNIA, et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:23-cv-07532-DMG-SSC <br><br> **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed  [ ] Lodged:  (**List Documents**)

Attached hereto is a USB - drive containing true and correct copies of the following exhibits:

Exhibit B – VIDEO
Exhibit H – VIDEO
Exhibit K – VIDEO
Exhibit O – VIDEO

These exhibits are being manually filed in relation to the Declaration of Cooper Alison-Mayne file on February 7, 2025 (Dkt. 70-3).

**Reason:**
[ ] Under Seal
[ ] In Camera
[✓] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

February 10, 2025
Date

Cooper Alison-Mayne
Attorney Name
Attorneys for Plaintiffs
Party Represented

*Note:*  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING