1   Dean Gazzo Roistacher LLP
    Lee H. Roistacher, Esq. (SBN 179619)
2   440 Stevens Avenue, Suite 100
    Solana Beach, CA  92075
3   Telephone:  (858) 380-4683
    Facsimile:  (858) 492-0486
4   E-mail:  lroistacher@deangazzo.com

5   Attorneys for Defendants
    State of California by and through California
6   Highway Patrol and Officer Ramon Silva

7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10  SANDRA KIRKMAN AND              Case No.: 2:23-cv-07532-DMG-SSC
    CARLOS ALANIZ,
11  INDIVIDUALLY AND AS             **DECLARATION OF LEE H.**
    SUCCESSORS-IN-INTEREST TO       **ROISTACHER IN SUPPORT OF**
12  JOHN ALANIZ, DECEASED,          **REPLY OF DEFENDANTS STATE**
                                    **OF CALIFORNIA BY AND**
13              Plaintiff,          **THROUGH CALIFORNIA**
                                    **HIGHWAY PATROL AND**
14      v.                          **OFFICER RAMON SILVA TO**
                                    **PLAINTIFFS' OPPOSITION TO**
15  STATE OF CALIFORNIA;            **MOTION FOR SUMMARY**
    RAMON SILVA; AND DOES 1-10,     **JUDGMENT**
16  INCLUSIVE,
                                    Date:        February 28, 2025
17              Defendant.          Time:        2:00 p.m.
                                    Courtroom:   8C
18                                  Judge:       Hon. Dolly M. Gee

19                                  Complaint Filed: July 28, 2023
                                    Trial Date: April 15, 2025
20

21      I, Lee H. Roistacher, hereby declare as follows:

22      1.    I am an attorney licensed to practice law in the State of California.  I

23  am also a partner in the law firm of Dean Gazzo Roistacher, LLP, attorneys of

24  record for defendants State of California by and through California Highway

25  Patrol and Officer Ramon Silva in this matter.  I have personal knowledge of the

26  following facts, and if called to testify with respect thereto, would do so

27  competently.

28  ///

                              1

1       2.      Attached as exhibit 38 are true and correct copies of excerpts from
2  the deposition of Ramon Silva, page 6:22-24.

3       10.    Attached as exhibit 39 is a true and correct copy of the Autopsy
4  Report of John Alaniz dated May 6, 2022.

5       11.    Attached as exhibit 40 is a true and correct copy of the Rule 26
6  report by plaintiffs' expert Bennet Omalu.

7       I declare under penalty of perjury under the laws of the United States of
8  America that the foregoing is true and correct.

9       Executed on January 24, 2025.

10

11

12                      */s/ Lee H. Roistacher*
                    Lee H. Roistacher, declarant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# EXHIBIT 38

```
 1                   UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3

 4   SANDRA KIRKMAN, CARLOS ALANIZ,        )
     individually and successor-in-       )
 5   interest to JOHN ALANIZ, deceased,    )
                                           )
 6              Plaintiffs,                )
                                           )
 7              vs.                        )Case No.
                                           )2:23-CV-07532-DMG-SSC
 8   STATE OF CALIFORNIA, RAMON SILVA,     )
     and DOES 1-10, inclusive,            )
 9                                         )
                Defendants.                )
10   _____)

11

12

13

14            REMOTE VIDEOCONFERENCE DEPOSITION OF

15                       RAMON SILVA

16               WEDNESDAY, MARCH 6, 2024

17

18

19

20

21

22

23   Reported Stenographically By:

24   Jinna Grace Kim, CSR No. 14151

25   Work Order:  51529
```

Exhibit 38-1

1    any time before that, just let me know and we'll take a break

2    at that time.

3              Okay?

4    A.    Sounds good, sir.

5    Q.    Have you reviewed any documents, videos, statements,

6    anything like that in preparation for the deposition?

7    A.    Yes.

8    Q.    Can you please tell me what you reviewed?

9    A.    I reviewed my body cam; I reviewed my statements to

10    the CHP SIT Team, and then I reviewed my statement to the DOJ

11    investigators, and other documents regarding training that

12    Ms. Reyes had sent over.

13              But that's basically it.

14    Q.    Let me just follow up on a little bit of that.

15              Your body cam, was that your personal body cam at

16    the time?

17    A.    Yes, sir.

18    Q.    And have you ever watched the body cam like in a

19    slowed-down fashion?

20    A.    I'm sure I have that I can explicitly remember

21    now.

22    Q.    And how about still shots, have you ever been

23    provided with any still shots of the body-worn camera?

24    A.    No, sir.

25    Q.    And do you have an estimate?

Exhibit 38-2

```
 1                        CERTIFICATE

 2                            OF

 3          CERTIFIED STENOGRAPHIC SHORTHAND REPORTER

 4

 5          I, JINNA GRACE KIM, CSR No. 14151, a Certified

 6   Stenographic Shorthand Reporter of the State of California,

 7   do hereby certify:

 8          That the foregoing proceedings were taken before me

 9   at the time and place herein set forth;

10          That any witnesses in the foregoing proceedings,

11   prior to testifying, were placed under oath;

12          That a verbatim record of the proceedings was made

13   by me, using machine shorthand, which was thereafter

14   transcribed under my direction;

15          Further, that the foregoing is an accurate

16   transcription thereof.

17          I further certify that I am neither financially

18   interested in the action, nor a relative or employee of any

19   attorney of any of the parties.

20

21          IN WITNESS WHEREOF, I have subscribed my name, this

22   date:  March 6, 2024.

23          _____

24          Jinna Grace Kim, CSR No. 14151

25
```

Exhibit 38-3

# EXHIBIT 39

# AUTOPSY REPORT

**12**

I performed an autopsy on the body of ➡

at        the DEPARTMENT OF MEDICAL EXAMINER-CORONER

No.

2022-04841

ALANIZ, JOHN JOSEPH

| Los Angeles, California | on May 6, 2022 | 0830 |
|---|---|---|
| | (Date) | (Time) |

From the anatomic findings and pertinent history I ascribe the death to:

(A)  MULTIPLE GUNSHOT WOUNDS

DUE TO OR AS A CONSEQUENCE OF
(B)

DUE TO OR AS A CONSEQUENCE OF
(C)

DUE TO OR AS A CONSEQUENCE OF
(D)

OTHER CONDITIONS CONTRIBUTING BUT NOT RELATED TO THE IMMEDIATE CAUSE OF DEATH

MANNER OF DEATH
   HOMICIDE

HOW INJURY OCCURRED
   SHOT BY OTHER(S) DURING ENCOUNTER WITH LAW ENFORCEMENT

*Anatomic Summary :*

I.   Multiple gunshot wounds
       A. Total number of gunshot wounds: 3
            i. GSW #1, Chest, Imminently fatal (GSW A, P2of2)
                 1. Significant injuries of aorta, pulmonary
                    arteries, bilateral lungs and esophagus
                 2. Associated bilateral hemothorax; at least
                    450 cc total
            ii. GSW#2, Right leg (GSW B, P1of2)
           iii. GSW#3, Left leg (GSW C)
       B. Total number of projectiles recovered: 2
       C. Range of fire for all wounds is indeterminate

II.  Blunt force trauma
       A. Lacerations of posterior left scalp
            i. No associated fracture or intracranial
               hemorrhage
       B. Various contusions and superficial abrasions of the
          face, torso, and extremities
       C. Focal soft tissue hemorrhage of anterior peritoneum
          and mesentery
            i. No significant injury to organs or associated
               hemorrhage

III. History of electronic control device (ECD) discharge
       A. Projectile consistent with a barb recovered from
          clothing and submitted as evidence

76A890M-Rev 8/16/15

Exhibit 39-1

# AUTOPSY REPORT

No.

2022-04841

ALANIZ, JOHN JOSEPH

Gunshot wound #1, Chest, Imminently fatal (GSW A and P2of2):

Entrance (GSW A): On the right upper chest 12-3/4 inches from top of head, 8 inches to top of table with body in supine position, and 6 inches right of the anterior midline is an ovoid ½ x 1/4 inch diameter gunshot wound. There is no marginal abrasion, and the edges of the wound are smooth. Soot, unburned gunpowder particles, and stippling are not visible on the skin surrounding the wound.

Recovery (P 2of2): A copper and gray colored projectile is recovered from the left lung lower lobe at the time of examination and submitted as evidence.

Exit: None.

Path: The projectile sequentially perforates skin, soft tissue, the anterior chest wall through the right anterior rib 3, the right lung upper lobe, pericardium, aorta, pulmonary arteries, esophagus, the anterior surface of the T7 vertebral body, and then becomes embedded in the left lung lower lobe.

Associated injuries:
   1. Bilateral hemothorax; at least 250 cc on the right and 200 cc on the left

Direction: The projectile travels from his right to left, front to back and downward

Range of fire: The range of fire is indeterminate.

Gunshot wound #2, Right leg (GSW B and P1of2):

Entrance (GSW B): On the right anterior thigh 38-1/2 inches from top of head, 9-1/4 inches from top of table with body in supine position, and 1/8 inches right of the anterior limb midline is a irregular 1 x 7/8 inch diameter gunshot wound. There is an eccentric marginal abrasion from 9-4 o'clock measuring 1/16 to 3/16 inches in width, with a trailing abrasion at 11 o'clock measuring ½ x 3/16 inches. Just inferior to the wound is a purple-pink contusion and abrasion cluster measuring 1-1/4 x ¾ inches in area with abrasions ranging from pinpoint up to 3/16

Exhibit 39-2

# AUTOPSY REPORT

**12**

No.

2022-04841

ALANIZ, JOHN JOSEPH

inches in width. Soot, unburned gunpowder particles, and stippling are not visible on the skin surrounding the wound.

Recovery (P1of2): A copper and gray colored projectile is recovered from right leg soft tissue 46 inches from top of head and 2 inches left of the anterior limb midline at the time of examination and submitted as evidence.

Exit: None.

Path: The projectile sequentially perforates skin and soft tissue before embedding in the soft tissue.

Direction: The projectile travels from right to left, front to back and down.

Range of fire: The range of fire is indeterminate.

Gunshot wound #3, left leg (GSW C):

Entrance/Exit (GSW C): On the left anterior shin 53 inches from top of head, 4-1/4 inches from top of table with body in supine position, and 1/2 inch right of the anterior limb midline is a ovoid ¾ x 1/4 inch diameter gunshot wound. There is an eccentric marginal abrasion from 2-3 o'clock measuring 1/16 inch in greatest width, with smooth edges that are focally dark purple and dry. Soot, unburned gunpowder particles, and stippling are not visible on the skin surrounding the wound.

Recovery: None. Note, given the shallow nature of the wound the projectile was likely dislodged prior to examination of the body.

Path: The projectile sequentially perforates skin and superficial soft tissue with the hemorrhagic wound tract ending just superior to the left tibia.

Direction: The projectile travels from front to back.

Range of fire: The range of fire is indeterminate.

Exhibit 39-3

# AUTOPSY REPORT

**12**

| No. |
| --- |
| 2022-04841 |
| ALANIZ, JOHN JOSEPH |

Page __13__

**SUMMARY & OPINION:**

This 34-year-old man's death is attributed to multiple gunshot wounds.

At examination, he is found to have a total of 3 gunshot wounds with an imminently fatal gunshot wound of the chest that disrupts the aorta, pulmonary arteries, both lungs, and esophagus with associated bilateral hemothorax of at least 450 cc total. A total of two projectiles are recovered from within the body, and a projectile consistent with an electronic control device barb is recovered from the clothing. The range of fire for all of the gunshot wounds is indeterminate. Blunt force trauma, including lacerations of the posterior scalp are identified, though no fatal blunt force trauma is found. Possible puncture marks are identified on the upper extremities, but in the setting of medical intervention no definite evidence of the electronic control device contacting the skin is evident. Toxicology studies demonstrate the presence of cannabinoids in the chest blood.

For the purpose of public health and vital statistics, given the history and circumstances as currently known by me in the setting of the findings by examination and ancillary studies, the manner of death is classified as homicide.

Julie Huss-Bawab, M.D.
Deputy Medical Examiner

2/17/2023
Date

76A798P-Rev8 6-15

Exhibit 39-4

# EXHIBIT 40

## Bennet Omalu
### P A T H O L O G Y

Phone: 279-345-1300
Fax: 866-402-6875
**bennetomalu@bennetomalu.com**

**Autopsy and Anatomic Pathology**
**Clinical Pathology and Toxicology**
**Forensic Pathology**

**Neuropathology**
**Epidemiology**
**Medico-Legal Consultations**

Dale Galipo, Esq.                                    January 13, 2025
The Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367

Dear Mr. Galipo,

**Re:    John Joseph Alaniz, Deceased**
**       Medico-Legal Report**

### Summary of Education, Training and Experience

I completed medical school in 1990 at the University of Nigeria, Enugu, Nigeria. Upon graduating from medical school, I completed a one-year clinical housemanship at the University of Nigeria Teaching Hospital in the fields of Pediatrics, Internal Medicine, General Surgery, Obstetrics, and Gynecology. After housemanship, I worked as an emergency room physician at a university hospital in Nigeria for approximately three years. I sat for and passed my United States Medical Licensing Examinations [USMLE] while I worked as an emergency room physician. I came to the United States in 1994 through a World Health Organization scholarship to become a visiting research scholar for eight months at the Department of Epidemiology, Graduate School of Public Health, University of Washington, Seattle, Washington.

In 1995, I proceeded to the College of Physicians and Surgeons of Columbia University, New York, at Harlem Hospital Center, to complete residency training in Anatomic Pathology and Clinical Pathology. In 1999 I proceeded to the University of Pittsburgh, Pittsburgh, Pennsylvania to complete residency training in Forensic Pathology and Neuropathology. I hold four board-certifications in Anatomic Pathology, Clinical Pathology, Forensic Pathology and Neuropathology. I also hold a Masters in Public Health [MPH] degree in Epidemiology from the Graduate School of Public Health, University of Pittsburgh, Pittsburgh, Pennsylvania. I also hold a Masters in Business Administration [MBA] degree from the Tepper School of Business, Carnegie Mellon University, Pittsburgh, Pennsylvania, one of the leading business schools in the world. I am a Certified Physician Executive and an Honorary Fellow of the American Association of Physician Leadership [AAPL]. I also hold a fifth board-certification in Medical Management from the AAPL. I am currently licensed to practice Medicine and Surgery in the State of California.

I am currently the President and Medical Director of Bennet Omalu Pathology [BOP], a California medico-legal consulting firm, and a Clinical Professor at the Department of Medical

Pathology and Laboratory Medicine, University of California, Davis. In my capacity as the
Medical Director of BOP, I am a consulting Forensic Pathologist and Neuropathologist to many
hospitals in central California and to several counties in northern California. There are less than
a few dozen practicing Forensic Pathologists-Neuropathologists in the United States who are
board-certified in both Forensic Pathology and Neuropathology.

For over twenty years, I have been involved in over thirteen death and injury investigations in
my career as a Forensic Pathologist and Neuropathologist, which began in 1999. I have
personally conducted and performed over twelve thousand autopsies and death investigations
and examined over thirteen thousand brain tissue specimens. I also perform trauma pattern
analysis in both living patients and deceased patients to determine causes and mechanisms of
sustenance of injuries and death. I am also involved in the evaluation of living victims of all
types of injuries and trauma, including but not limited to victims of assault, traumatic falls,
industrial and accidental injuries, medical complications and misadventures, rape, child abuse
and sports-related injuries. I have been consulted and retained as an expert witness in two to
three thousand cases involving all types of medico-legal cases across all jurisdictions in the
United States including federal, state, county and municipal courts and arbitration panels; in
both civil and criminal cases, for the plaintiff, defense, district attorneys and public defenders. I
have been involved as an expert witness in complex class action and industrial lawsuits
involving thousands of individuals and major corporations.

My areas of interest and focus include brain patho-physiology, brain injuries and brain trauma,
in both living and deceased patients. I identified Chronic Traumatic Encephalopathy [CTE] in a
retired football player when I performed an autopsy and examined the brain of Mike Webster in
2002. Subsequently, I identified CTE in other high-impact, high-contact sports athletes and in
military veterans suffering from Post-Traumatic Stress Disorder [PTSD]. Since 2002 CTE has
received international attention from the sports industry, sports medicine, and neuroscience.
My work has been featured extensively in all media platforms across the world. My work and life
were featured in a major Hollywood film, "Concussion" released in December 2015 by Sony
Motion Pictures, in which the renowned actor, Will Smith, played me as Dr. Omalu. Several New
York Times best-selling books have also been published on my life and work including "The
League of Denial" and "Concussion." I have published several books including my memoir,
"Truth Doesn't Have a Side," which was published in August 2017. My latest book, "Brain
Damage in Contact Sports" was published in February 2018. I have published extensively in the
medical and scientific literature, authoring many scientific papers and book chapters.

I have received three honorary PhD degrees from two universities in the United States, and from
the Royal College of Surgeons of Ireland in recognition of my work and expertise. I have also
received numerous awards from across the world in recognition for my work and expertise in
both living and deceased patients. I have received the "Distinguished Service Award" from the
American Medical Association [AMA], which is the most prestigious award of the AMA. I have
been honored by the United States Congress and I have appeared on multiple occasions before
committees of the United States Congress and committees of State Legislatures across the
Unites States advising them on matters relating to trauma. In 2019 and 2020 I was appointed to
the Traumatic Brain Injury Board of the State of California to advise the state on matters
relating to traumatic brain injuries.

Since 1999 I have testified as an expert witness in matters relating to all types of injuries and
deaths in over 600 court proceedings across the United States. I have attached a copy of my
curriculum vitae [CV] as Appendix A. My CV enumerates my body of work and experience in



Exhibit 40-2

greater detail. The cases I have testified in, beginning in 2009, are enumerated at the end of my
CV.

Pursuant upon your request, I have reviewed the following materials sent to me on the case of
John Joseph Alaniz, Deceased:
1.    Complaint for damages
2.    Certificate of death
3.    Autopsy report
4.    Autopsy photographs
5.    Scene photographs
6.    Los Angeles Fire Department report
7.    St Francis Medical Center medical records
8.    California Highway Patrol emergency medical report
9.    McCormick Ambulance Service report
10.   Los Angeles Medical Examiner evidence log
11.   Axon body video clip

In order to perform and apply a valid differential diagnosis method including but not limited to
causation criteria[1] analysis, Central Limit Theorem analysis and Clinico-Pathologic Correlation
analysis, on this case, I had to review, document, and analyze the materials sent to me on this
case in considerable depth and detail. Such differential diagnosis and review formed the
foundation for my case-specific and general causation opinions in this case.


**Brief Summary of Prevailing Forensic Scenario[2,3]**
At the time of his death on May 4, 2022, John Joseph Alaniz (John Alaniz) was a 34-year-old
male who was born on January 25, 1988.

According to the Coroner Investigator's Narrative, on 05/04/2022, at approximately 11:19 a.m.,
John Alaniz was walking on the 105 freeway into the right-hand lane of traffic when he was
struck by a truck. He got up and ran through lanes of traffic and was struck a second time by a
pickup truck.

California Highway Patrol (CHP) officers were dispatched to the scene and on arrival at
approximately 11:32 a.m., John Alaniz started walking towards them and the officers deployed a
Taser while another officer opened fire and shot him five times. John Alaniz was unarmed.

Officers administered a cycle of cardiopulmonary resuscitation (CPR) before paramedics of the
Los Angeles County Fire Department arrived at the patient side at about 11:35:12 a.m. Mr.
Alaniz was found lying supine on the freeway in severe distress. At 11:38 a.m. his heart rate was
117, respiratory rate was 6. At 11:40:53 a.m. his Glasgow Coma Scale (GCS) was 3/15. EKG

---

[1] Hill, AB. The Environment and Disease: Association or Causation? Proc R Soc Med. 1965 May;58(5):295-300.
PMID: 14283879; PMCID: PMC1898525. [These are causation criteria that long existed prior to Sir Hill for the
purposes of differentia diagnosis. However, he summarized some of them in a speech that he gave in 1965. Since
then, some of these criteria applied to the method of differential diagnosis became known as the Bradford Hill
criteria. However, they existed and were in use prior to Sir Hill's speech].
[2] This section of the report should not be used to establish the facts in this case and is not intended to be used to
establish the facts in this case.
[3] There is an accompanying video clip that, in part, documented the prevailing terminal forensic scenario.



Exhibit 40-3

showed pulseless electrical activity (PEA) at approximately 30 beats per minute. He received
chest compressions and had an oropharyngeal airway placement and Bag-valve-mask (BVM)
ventilation. Basic and advanced life support protocols were initiated.

At 11:33 a.m. paramedics of the McCormick Ambulance Service (MAS) also arrived at the patient
side. His GCS was stated to be 3/15. John Alaniz was emergently transported to the St. Francis
Medical Center. While en route there was no change in his condition. Medical records from the
St. Francis Medical Center state that Mr. Alaniz arrived at the hospital at 11:59 a.m. Mr. Alaniz
was brought in by ambulance in traumatic full arrest with CPR in progress. He was pulseless
with no heart sounds, and unresponsive with fixed and nonreactive pupils. He had no
recordable blood pressure and his respiratory rate was 0. Mr. Alaniz was intubated and had a
left-sided thoracotomy and a right-sided chest tube placement without any return of
spontaneous circulation (ROSC). There was bloody output from the right chest tube and
devastating injuries with cardiac tamponade and cardiac and ascending aorta injuries. Mr.
Alaniz was pronounced dead at 12:08 p.m.


**Autopsy:**
A full autopsy was performed on the body of John Joseph Alaniz on May 6, 2022, at the Los
Angeles Department of Medical Examiner-Coroner by Dr. Julie Huss-Bawab, Deputy Medical
Examiner. The autopsy began at 08:30 a.m.. John Alaniz, a 34-year-old male died as a result of
a Gunshot Wound of the Chest. The manner of his death was determined to be a homicide.


Dr. Huss-Bawab described the following evidence of trauma:


1.    Gunshot Wound of the Chest [Bullet Recovered]<sup>Designated GSW #1 in the autopsy report</sup>
There was an ovoid ½ x ¼ inch entrance wound in the lateral rostral right chest located 12-3/4
inches from the top of the head, and 6 inches right of the anterior midline. There were 0.1 to 0.2
cm in width red-pink circumferential marginal abrasions without soot deposits or powder
stippling.

The bullet perforated the skin and soft tissues of the anterior chest wall, perforated the right
anterior 3rd rib, the upper lobe of the right lung, the pericardium, the aorta, the pulmonary
arteries, the esophagus, the anterior T7 vertebral body and the lower lobe of the left lung where
it came to settle. There were associated bilateral hemothoraces, at least 250 cc on the right and
200 cc on the left.

A copper and gray-colored projectile was recovered embedded in the lower lobe of the left lung.

The trajectory of the bullet was backward, downward and leftward.


2.    Gunshot Wound of the Proximal Right Thigh [Bullet Recovered]<sup>Designated GSW #2 in the autopsy report</sup>
There was a 1 x 7/8 inch irregular entrance wound in the lateral anterior proximal right thigh
located 38-1/2 inches from the top of the head, and 1/8 inches right of the anterior limb midline.
There were eccentric marginal abrasions in the superior margins of the wound, which measured
from 1/16 to 3/16 inch in width from the 9 o'clock to 4 o'clock clockwise positions, and a ½ x
3/16 inch trailing abrasion at the 11 o'clock position. There were no soot deposits or powder



Exhibit 40-4

John Joseph Alaniz, Deceased
Medico-Legal Report

Page 5 of 17

stippling. Just inferior to the wound was a 1-1/4 x ¾ inch cluster of purple-pink abrasions and contusions, with the abrasions ranging from pinpoint up to 3/16 in width.

The bullet perforated the skin and soft tissues before it came to settle in the soft tissues of the right thigh.

A copper gray-colored projectile was recovered embedded in the soft tissues of the right thigh located 46 inches from the top of the head and 2 inches left of the anterior limb midline.

The trajectory of the bullet was backward, downward and leftward.


3.    Gunshot Wound of the Left Leg<sup>Designated GSW #3 in the autopsy report</sup>
There was an ovoid ¾ x ¼ inch gunshot entrance wound in the left anterior shin located 53 inches from the top of the head, and ½ inch right of the anterior limb midline. There was a 1/16 inch in greatest dimension circumferential marginal abrasion without any soot deposit or powder stippling[4].

The bullet perforated the skin and superficial soft tissues with a hemorrhagic wound tract that ended just superior to the left tibia. According to the autopsy report, it appeared that the bullet fell off from the superficial track of the wound prior to the autopsy and was apparently not recovered during the autopsy.

The direction of the bullet was backward, downward and leftward[5].


The following other trauma were also described in the autopsy report:

4.    Blunt Force Trauma: Left Posterior Scalp Laceration Cluster
        1.    There was a 1-1/2 x 3/16 inch exposed soft tissue linear laceration
        2.    There was a ½ x ¼ inch by 1/8 inch depth exposed soft tissue stellate laceration
        3.    There were associated 1 x 1-inch abrasions
        4.    There was a 7 x 5 cm area of subcutaneous and periosteal hemorrhages upon reflection of the scalp.
        There was no associated fracture or internal hemorrhage.


5.    Superficial Abrasions
        1.    There were multiple 1/8 x 1/8 to ½ x 3/8 inch superficial abrasions of the forehead
        2.    There was a 3/16 to ¼ inch range cluster of superficial abrasions of the right ear
        3.    There was a 1/8 x 1/16 to ¼ x ¼ inch cluster of superficial abrasions of the left ear
        4.    There was a 1/16 to ½ inch cluster of superficial abrasions of the right cheek
        5.    There was a 3/8 x ¼ inch superficial abrasion of the left cheek
        6.    There was a 1/8 x ½ inch cluster of superficial abrasions of the chin
        7.    There was a ¾ x ¼ inch superficial abrasion of the anterior neck

---

[4] The autopsy report states that the marginal abrasion was eccentric, however the autopsy pictures show circumferential marginal abrasions.
[5] The autopsy pictures show a backward, downward and leftward trajectory. The autopsy report states only a backward trajectory.



Exhibit 40-5

John Joseph Alaniz, Deceased
Medico-Legal Report

Page 6 of 17

8.    There was a ½ x 1/8 inch superficial abrasion of the right abdomen
9.    There was a ½ x ½ inch superficial abrasion of the upper back
10.    There was a 1/16-inch superficial abrasion of the right posterior shoulder
11.    There was a 5-1/4 x 1-3/4 inch superficial abrasion, with 1-1/4 x ½ inch pink contusion of the left lower back located 33-35-1/4 inches proximal to the left heel
12.    There was a ¼ x 1/8 to ¾ x ¾ inch cluster of superficial abrasions of the right elbow.
13.    There was a 1/8 inch in diameter superficial abrasion of each right posterior 2nd and 3rd knuckles.
14.    There were multiple proximal to distal 2 x 1 inch, ½ x ¼ inch, and ¾ x ½ inch superficial abrasions of the left posterior arm.
15.    There were ¼ x ¼ and ¼ x 3/16 inch cluster of superficial abrasions of the left posterior hand, 2nd and 3rd knuckles.
16.    There was a 1/8 x 1/16 inch superficial abrasion of the right knee.
17.    There were multiple superficial abrasions, each measuring approximately 3/8 inch in diameter, of the left lateral ankle.

6.    Contusions
1.    There was a faint blue 4 x 3-1/2 inch area of contusions of the left upper anterior shoulder.
2.    There was a purple 2 x 2-1/2 inch area of contusions of the right elbow
3.    There was a purple 1-1/2 x ½ inch area of contusions of the right posterior hand
4.    There were multiple areas of 1-1/4 x ¼ inch to 1-3/4 x ½ inch contusions of the right anterior hand wrist to palm.
5.    There was a ¼ x 3/8 inch purple contusion of the left posterior shoulder
6.    There was a 5 x 4-1/4 inch purple-black contusion of the left proximal posterior upper arm
7.    There was a 3 x 2 inch faint purple contusion of the left posterior wrist
8.    There was a 1 x ¼ inch purple contusion of the left posterior hand, 3rd knuckle
9.    There were multiple ½ x 1/8 to 1-1/2 x 1-inch contusions of the right leg, thigh to knee
10.    There was a 3 x 2 inch faint blue contusion of the left mid-anterior thigh

The following other internal findings were described:
1.    There were soft tissue hemorrhages in the anterior pelvic peritoneum.
2.    There were soft tissue hemorrhages in the mesentery near the tail of the pancreas.

The brain weighed 1430 grams. The heart weighed 400 grams and the right and left lungs weighed 330 grams and 280 grams respectively and were dark red-purple. The liver weighed 1660 grams and was tan-brown. Serial sectioning of the coronary arteries showed minimal atherosclerosis. The brain was diffusely softened.

Bennet Omalu
PATHOLOGY

Exhibit 40-6

**Medico-Legal Questions**

**1.  What were the bullet wound characteristics and trajectories of the bullets of the gunshot wounds John Joseph Alaniz sustained, and what was his body positioning while he was being shot?**

Medicine is a life science, which is evidence based. The practice of medicine is guided by established standards and generally accepted principles, which certified physicians must adhere to. The specialties and the categories of physicians who are proficiently trained, specialized, and competent in the accurate determination of the cause, mechanism and manner of death and the mechanisms of sustenance of lethal trauma are the forensic pathologists, especially for deaths involving all types of trauma and bodily injury. The death of John Alaniz involved serious bodily injury.

It is a generally accepted principle and common knowledge in medicine and forensic pathology, that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. Applying the clinico-pathologic method of differential diagnosis, a specific documented pattern of trauma can be evaluated, translated, and applied to the determination of the mechanisms of generation, causation, and sustenance of the specified trauma pattern, with a reasonable degree of medical and scientific certainty; based on the established common knowledge and generally accepted principles of trauma patterns and their mechanisms of generation, causation, and sustenance.

The patterns of injuries generated by gunshots, firearms and ballistics weapons, and the mechanisms of generation, causation, and sustenance of these patterns of injuries are very well-established in the medical literature and are common knowledge. Based on the prevailing forensic scenario, and on the generally accepted principles and common knowledge of medicine and science, and based on the global constellation, configurations and anatomic conformations of the gunshot wounds sustained by John Alaniz, the mechanisms of generation, causation and sustenance of his fatal injuries can be determined with a reasonable degree of medical certainty.

Based on the physical characteristics and physics of ballistics, partially burnt and hot residues of the gunpowder and soot travel behind the bullet when it exits the muzzle, and due to gravitational forces and the differential densities of the bullet, soot, and residues of gunpowder in the gravitational field, the bullet can travel longest, followed by the partially burnt gunpowder residues, which travel longer than soot. Soot will travel for about 1 foot, before it is pulled down by gravitational forces, and the partially burnt gunpowder residue will travel for about 2-3 feet before it is pulled down by gravitational forces. Therefore, if the muzzle of the gun was closer to the skin by less than 1 foot, you would expect to find marginal soot deposits around the gunshot wound of entrance [close range shot]. If the muzzle of the gun was closer to the skin by less than 2-3 feet, you would expect to find powder stippling around the gunshot wound of entrance [Intermediate range shot]. If the muzzle of the gun was located greater than 2-3 feet away from the skin ad infinitum, you would expect to find only marginal abrasions around the wound without soot deposits or powder stippling [distant range shot].

If there is an eccentric accentuation of the width of the marginal abrasion, it may suggest that the muzzle of the gun was not located perpendicularly to the skin when it was fired, but rather located in the direction of the eccentric accentuation of the marginal abrasion.



Exhibit 40-7

John Joseph Alaniz, Deceased
Medico-Legal Report

Page 8 of 17

The direction of travel of a bullet inside the body can be determined in the three planes of nature
by the systematic dissection of the body and description of the anatomic pathway of the bullet
and tissue damages and injuries, correlated with the anatomic topographic locations of the
gunshot wound of entrance, gunshot wound of exit or recovery of the bullet.

The lethal capacity of a gunshot wound is primarily determined by the extent of physical
anatomic damage and degree of physiological and biochemical impairment inflicted on the body
by the kinetic energy the bullet transfers to the body. Bullets travel at very high velocities of up
to 1200 to 1500 feet per second for bullets fired from handguns. Given the small masses of
bullets, such high velocities generate extremely high levels of kinetic energy, which surpass the
human body's threshold tolerance for kinetic energy.

Based on these common knowledge and generally accepted principles of medicine and science,
John Alaniz's gunshot wounds documented at autopsy are summarized below:

Table One

| GSW # | Location of Entrance Wound | Range of Shot | Eccentricity of Marginal Abrasion | Recovery of Bullet | Trajectory of Bullet | Immediately Fatal or Non-Fatal |
|---|---|---|---|---|---|---|
| 1 | Lateral Rostral Right Chest | Distant | Circumferential | Lower Lobe of Left Lung | BDL | Fatal |
| 2 | Lateral Anterior Proximal Right Thigh | Distant | Right Superior Eccentricity | Medial Anterior Soft Tissues of Right Thigh | BDL | Non-Fatal |
| 3 | Anterior Left Leg | Distant | Circumferential | Bullet Fell Off from Anterior Peri-Tibial Soft Tissues | BDL | Non-Fatal |

Table Legend: BDL- Backward, Downward and Leftward

John Alaniz sustained a total of three gunshot wounds of his body as shown in Table One. None
of the gunshot wounds of entrance exhibited any marginal soot deposit or powder stippling. This
means that all the gunshot wounds sustained by John Alaniz were distant range gunshot
wounds. The officer who shot John Alaniz was not located in close range or intermediate range
of John Alaniz. The muzzle of the gun that fired the bullets was not located in close range or
intermediate range of John Alaniz. The officer and the muzzle of the gun that fired the bullets
were located greater than 2-3 feet, ad infinitum, away from John Alaniz when the gun was fired
and killed John Alaniz. All the gunshot wounds of entrance described at the autopsy revealed
only marginal abrasions, without soot deposits or powder stippling. John Alaniz was shot at a
distance by the police officer, and the gun that fired the bullets was located at a distance from
John Alaniz. John Alaniz was not within close range or intermediate range of the muzzle of the
gun or of the officer when he was shot.

Out of the three gunshot wounds John Alaniz suffered, the only immediately fatal wound was
the gunshot wound of his chest, designated as gunshot wound #1 in the autopsy report. The
bullet that caused this wound penetrated, perforated, contused, and lacerated the pleural
cavities, the right and left lungs, the mediastinum, the pericardium, the ascending aorta and the
heart and caused cardiac tamponade and hemothoraces. Extensive damage and destruction of
vital organs and vessels including but not limited to the lungs, the heart and the aorta could not
support adequate physiological and anatomic functioning that would sustain life, and expectedly
precipitated death. This was a less-survivable to non-survivable gunshot wound. This wound
alone, out of the three was what killed John Alaniz. If John Alaniz was shot only twice, one in



Exhibit 40-8

the right thigh and one in the left leg, he would have survived. Unfortunately, only a third gunshot wound killed him.

When John Alaniz sustained gunshot wound #1 [gunshot wound of the chest], he was not facing the officer or the gun head-on or perpendicularly. He was not charging at the officer. The officer who fired the gun was located at the right side of Mr. Alaniz, slightly on the anterior right lateral side of Mr. Alaniz. This was why the gunshot wound of entrance was located in the lateral right anterior rostral chest, close to the right axilla. The bullet exhibited an acutely inclined trajectory inside the body, having traveled backward, downward and leftward from the rostral chest, across the right 3rd rib, into the upper lobe of the right lung, across the heart and into the lower lobe of the left lung where it came to settle. To sustain such an anatomic wound configuration and trajectory, John Alaniz was not standing erect on his feet facing the officer when he was shot. The level of the muzzle of the gun was higher than the level of his rostral chest. Therefore, he must have been beginning to fall to the ground or had fallen closer to the ground when he was shot and sustained gunshot wound #1.

Gunshot wound #1 was the only wound that involved critical organs of the cardiovascular system and respiratory system because the bullet perforated, contused, and lacerated the pleural cavities, the lungs, the aorta and the heart. Gunshot wound #1 was the only gunshot wound out of the three that had such severe bodily injury, which could have resulted in immediate death. Therefore, it can be reasonably concluded that if John Alaniz had not been shot in his chest, there was a reasonable medical probability that he would have survived his wounds with or without urgent and emergent medical and surgical intervention and treatment.

A bullet that perforates the chest wall and pleural cavity has a capacity to cause death without urgent and emergent medical and surgical intervention. The intra-thoracic pressure is -4 to -6 mmHg in order to maintain passive inspiratory and expiratory movements of the chest wall and diaphragm for optimal breathing. Atmospheric pressure is at 760 mmHg, so there is a differential of 764 to 766 mmHg of pressure between the atmospheric pressure and intra-thoracic pressure. When a bullet perforates the chest wall and enters the pleural cavity, it creates a one-way valve mechanism that results in the gushing of air into the pleural cavity to balance and equilibrate the intra-thoracic pressure with the atmospheric pressure. Air goes into the pleural cavity but does not exit the pleural cavity. This equilibration of pressures causes acutely and significantly raised intra-thoracic pressure, which subjects the lungs to tension. This extra-pulmonary, intra-thoracic air hypertension is termed tension pneumothorax. Tension pneumothorax prevents the lungs from expanding to inhale air, causes acute cardio-respiratory arrest, systemic and cerebral hypoxemia and hypoperfusion , which eventually results in diffuse, global, hypoxic-ischemic cerebral injury, which results in death.

In addition, a gunshot wound like gunshot wound #1 that perforates and damages the aorta and the heart causes death through the patho-physiological mechanism of global hypoxic-ischemic brain injury from traumatic hypovolemia, systemic hypotension and cerebral hypoperfusion. The human brain is a post-mitotic organ and can only survive on oxygen and glucose, which are supplied by blood that come from the heart, primarily in the internal carotid arteries and the vertebral arteries. While the brain is only about 2-3% of the body weight, it receives approximately 15% of the cardiac output at a rate of 750-900 ml/min of blood. The normal range of perfusion of the brain is about 50 to 65 ml/100 g/min [80-100 ml/100g/min for the gray matter and 20—25 ml/100g/min for the white matter, at a rate of oxygen consumption of 3.5 ml/100 g/min. The normal brain tissue partial pressure of oxygen is 35 to 40 mmHg. Brain tissue oxygen levels below 30 mmHg may cause brain tissue injury, and at 20 mmHg, the risk of



Exhibit 40-9

brain damage becomes exponentially elevated. The threshold for brain infarction is 10-12 ml/100g/min of blood supply with neuronal injury and death beginning in 60 to 180 seconds.

Being a post-mitotic organ, the human brain does not have any reasonable capacity to regenerate itself. This means that when the human brain suffers any type of irreversible injury, that injury is permanent and cannot be reversed or cured by the brain or by medical therapy. There are so many types of brain injuries. Hypoxic-ischemic brain injury due to hypo-perfusion or non-perfusion of the brain is only one type of brain injury. For the human brain to suffer irreversible hypoxic-ischemic brain injury, there has to be an impaired supply of oxygen and blood to the brain for a relatively long period. The established and generally accepted median or mean reference threshold time for irreversible hypoxic-ischemic brain damage to occur is 3 to 5 minutes in cumulative time.

These specified trauma-induced mechanisms of death, which were instigated by gunshot wound #1 do not result in instantaneous death. Such mechanisms of death take time to occur and eventually result in death. John Alaniz did not die instantaneously following his sustenance of trauma. He may have become immobilized and motor-non-responsive in a state of shock, but did not die instantly.

Gunshot wounds #2 and #3 were located in this right thigh and left leg, respectively. The bullets perforated only the skin and soft tissues and did not damage any vital vessel or organ. They were highly survivable injuries and did not possess any immediate lethal capacity. These wounds possessed the capacity to immediately stop, restrain or restrict his motion, mobility, and the optimal motor function and use of his right and left lower extremities.

When John Alaniz sustained gunshot wound #2 [gunshot wound of the right thigh], the officer and the gun that shot him were similarly located on the right side of Mr. Alaniz. The officer and the gun were located on the anterior right lateral side of Mr. Alaniz. John Alaniz was not facing the officer and the gun head-on or perpendicularly. Mr. Alaniz was not charging at the officer when he sustained the gunshot wound of his right thigh. The trajectory of the bullet in the right thigh was also highly inclined backward, downward and leftward. In order to exhibit such anatomic configurations and trajectory, more likely than not, Mr. Alaniz was not standing erect on his feet when he was shot by the officer. He was beginning to fall, had fallen closer to the ground or was on the ground when he was shot by the officer. In addition, the gunshot wound of entrance exhibited a right superior marginal eccentricity. The pattern of eccentricity of the marginal abrasions further confirms that the officer and the gun were standing to the right side of Mr. Alaniz, and not in his front. The superior eccentricity of the marginal abrasions also further confirm that Mr. Alaniz was not standing erect when he was shot, and was either beginning to fall to the ground, had fallen closer to the ground or was on the ground when he was shot.

Gunshot wound #3 in the left leg exhibited a very superficial trajectory and penetration of the left leg. The bullet also fell off the wound prior to the autopsy and was not recovered at autopsy. Given the limited wound characteristics of this gunshot wound, it would be unreasonable to deduce conclusions from this wound to the same extent as gunshot wounds #1 and #2. The gunshot wound of entrance exhibited a circumferential marginal abrasion. The trajectory was backward, downward and leftward. The officer and the gun that shot him were located to the right side of Mr. Alaniz when he was shot. Gunshot wound #3 did not possess any immediate lethal capacity.



Exhibit 40-10

John Joseph Alaniz, Deceased
Medico-Legal Report

Page 11 of 17

**2.    Did John Alaniz experience conscious pain and suffering, and for how long?**

It is a generally accepted principle and common knowledge in medicine and forensic pathology, that specific traumatic events generate predictable, reproducible, and specific patterns of traumas and injuries. The patterns of traumas/injuries generated by blunt force impacts, gunshots, firearms and ballistics weapons, and the mechanisms of sustenance of these patterns of traumas/injuries are very well established in the medical literature and have become common knowledge.

**Patho-physiology of conscious pain and suffering**
Conscious pain and suffering is initiated by widespread free nerve endings situated in the skin, soft tissues, and organs. Pain can be elicited by multiple types of stimuli classified into three broad categories: mechanical, thermal, and chemical pain stimuli. Nerve endings for pain sensations generate electrical action potentials following contact of any part of the body with an impacting surface and following all types of mechanical tissue damage caused by kinetic energy and blunt force trauma. Similarly, nerve endings for pain and heat sensations generate electrical action potentials following contact of any part of the body with flames and heat and following all types of tissue damage caused by flames and heat. The fundamental mechanism of injury sustenance for gunshots is kinetic energy transference, which causes mechanical destruction of tissues. Action potentials are the sub-cellular physiologic basis for noxious conscious sensations and originate from voltage gated sodium and potassium electrolyte membrane pumps in the cell membranes of nerve cells, fibers, and synapses.

It takes a few 10,000ths of a second to generate action potentials. Action potentials are transmitted through nerve fibers to the brain. They are transmitted in peripheral nerves in the Aδ and C fibers for fast and slow pain respectively at impulse rates of 5-30 meters per second and 0.5-2 meters per second, respectively. There is therefore a double pain sensation, a fast-sharp pain, and a slow pain. The sharp pain apprises the person rapidly of imminent danger and prompts the person to react immediately and remove himself from the painful stimulus or imminent danger. The slow pain becomes greater as time passes resulting in continued intolerable pain and suffering prompting the person to continue to try to relieve the cause of the pain and flee from imminent danger.

John Alaniz was stated to be 68 inches [1.73 meters] tall in his medical records. John Alaniz felt all types of gunshot induced pain within milliseconds of contact of the bullets with his skin, and within milliseconds of direct blunt force impacts and contact of his body with any unyielding surface. One millisecond is one second divided into 1000 parts. For the slowest nervous mechanisms of pain sensation and consciousness, a man like John Alaniz felt pain within 100 milliseconds.

Nerve pathways transmitting pain, terminate in the spinal cord. Secondary pathways transmit the pain from the spinal cord to the brainstem and thalamus, especially to the reticular activating system of the brainstem. From the thalamus, tertiary pathways transmit pain to other basal ganglia, limbic cortex, and neocortex of the brain. Pain stimuli are transmitted to the reticular nuclei of the midbrain, pons, and medulla; to the tectal midbrain and the periaqueductal gray matter. These lower regions of the brain, i.e., brainstem, are vital for the appreciation of the suffering types of pain.

Animals with their brains sectioned above the midbrain, to block any impulse reaching the neocortex and cerebral hemispheres, still experience suffering from pain caused by all types of



Exhibit 40-11

trauma. Complete removal of the somatosensory regions of the cerebral hemispheres does not preclude an animal's ability to perceive and experience pain. Pain impulses entering the brainstem and lower centers of the human brain can cause conscious perception of pain. Pain perception is principally a function of the lower centers of the brain; however, the upper centers and cerebral hemispheres are responsible for the interpretation of the quality of pain.

Mechanical pain from tissue damage by blunt force trauma and by bullets elicit both the fast and slow pain types. Fast pain is felt within milliseconds while slow pain is felt within about one second. Following mechanical tissue damages, biochemical tissue reactants like bradykinin, serotonin, histamine, prostaglandins, leukotrienes, potassium ions, substance P, acetylcholine, acute phase reactants and proteolytic enzymes are expressed to elicit sustained secondary chemical pain in addition to the primary fast pain directly caused by mechanical tissue damages. The chemical pain elicited by these chemical reactants is a slow type of suffering pain. The intensity of pain is closely correlated with the rate of tissue damage from kinetic energy.

The brain is responsible for and sustains consciousness in human beings. The region of the brain responsible for consciousness is the brainstem. The center in the brainstem, which is responsible for consciousness, is the reticular activating system, which is deeply located in the central regions of the brainstem. As long as the reticular activating system remains anatomically and electrochemically intact, an individual like John Alaniz will remain conscious and will feel pain and experience suffering. The sensation of pain induces conscious suffering since pain is a noxious sensation, which stimulates the neocortex, limbic cortex, and forebrain to cause mental pain and suffering. All these neural processes occur in 1000$^{ths}$ of a second [milliseconds]. The human nervous system is one of the most efficient, effective, and optimal operating systems ever known to mankind. After centuries of empirical research mankind has not been able to fully decipher and reproduce the operating systems of the human brain and nervous system.

The primary mechanisms of death for the types of gunshot wounds John Alaniz suffered, as have been described above involved tension pneumothorax and acute cardio-respiratory arrest, hypovolemia, systemic hypotension, cerebral hypoperfusion and eventual global, diffuse hypoxic-ischemic cerebral injury. The human brain is a post-mitotic organ and can only survive on oxygen and glucose, which are supplied by blood that come from the heart, primarily in the internal carotid arteries and the vertebral arteries. While the brain is only about 2-3% of the body weight, it receives approximately 15% of the cardiac output at a rate of 750-900 ml/min of blood. The normal range of perfusion of the brain is about 50 to 65 ml/100 g/min [80-100 ml/100g/min for the gray matter and 20—25 ml/100g/min for the white matter, at a rate of oxygen consumption of 3.5 ml/100 g/min. The normal brain tissue partial pressure of oxygen is 35 to 40 mmHg. Brain tissue oxygen levels below 30 mmHg may cause brain tissue injury, and at 20 mmHg, the risk of brain damage becomes exponentially elevated. The threshold for brain infarction is 10-12 ml/100g/min of blood supply with neuronal injury and death beginning in 60 to 180 seconds.

Being a post-mitotic organ, the human brain does not have any reasonable capacity to regenerate itself. This means that when the human brain suffers any type of irreversible injury, that injury is permanent and cannot be reversed or cured by the brain or by medical therapy. There are so many types of brain injuries. Hypoxic-ischemic brain injury due to hypo-perfusion or non-perfusion of the brain gunshot wounds is only one type of brain injury. For the human brain to suffer irreversible hypoxic-ischemic brain injury, there has to be an impaired supply of oxygen and blood to the brain for a relatively long period. The established and generally accepted median or mean reference threshold time for irreversible hypoxic-ischemic brain damage to occur is 3 to 5 minutes



Exhibit 40-12

in cumulative time. This means that irreversible brain damage can occur in less than 3 minutes or in more than 5 minutes, but with a mean or median time of close to 3 to 5 minutes.

**John Alaniz's conscious pain and suffering**
The terminal trauma event which resulted in the violent death of John Alaniz began moments prior to 11:32 a.m. when he was shot on May 4, 2022, when police officers arrived at the scene and accosted him. Fire Department and EMS personnel and paramedics were dispatched at approximately 11:21 a.m. and arrived at the scene at approximately 11:29 a.m. At this time John Alaniz was experiencing a psychiatric episode/ crisis and needed urgent medical attention and care. He was fully conscious and aware of his surroundings. He was not suffering from any known disease that would have precluded him from experiencing the primitive and autonomic reflexes of thirst, hunger, and pain.

Mental illness, mental retardation or dementia do not preclude patients from experiencing pain and suffering. Pain is a reflex primitive or autonomic physiological functioning of the human nervous system that does not primarily involve the higher centers of the brain including the neocortex and the subcortical ganglia and nuclei. Therefore, patients like John Alaniz who may be experiencing a psychiatric episode can still experience all forms of pain and suffering. Pain being a reflex primitive function is like hunger or thirst and is at the same level of physiological functioning as hunger or thirst. And of course, we know that psychiatric and dementia patients experience hunger and thirst, therefore they also experience pain. Their intellectual or cognitive interpretation or assessment of the pain may be impaired but is not required to experience pain and suffering.

Mr. Alaniz's reticular activating system was completely intact and functional. As a 34-year-old adult male he had the mental capacity to identify and perceive the approaching officers and guns, the noises and lights of the police vehicles, and the orders. At this moment, the brainstem nuclei, the frontal cortex, pre-frontal cortex, basal forebrain, and limbic cortex of John Alaniz's brain initiated, within $10,000^{th}$ of a second, action potentials, which initiated within milliseconds, the primitive human reflexes of fleeing from perceived threat or danger. The videos show a man exhibiting this primitive reflex of fleeing from perceived threat when he was shot.

This mental awareness of imminent or perceived danger initiated the nor-adrenergic and adrenergic biochemical neural responses of fright, flight, and fight, when the locus ceruleus of the brainstem released large amounts of nor-adrenalin to the cerebral hemispheres. This fright, flight and fight adrenergic response caused high levels of mental pain and suffering. His heart started pumping faster [chronotropic effect] and stronger [ionotropic effect] due to the nor-adrenergic/adrenergic response. His respiratory rate and general muscle tonicity increased as well due to the nor-adrenergic/adrenergic response.

All these patho-physiologic processes culminated in high levels of conscious mental pain and suffering. The high levels of mental pain and suffering resulted in attendant somatic and chemical pain and suffering as a result of the body's pathophysiological and biochemical responses to mental pain and suffering. The various domains of his brain and cerebral functioning were intact and identified the imminent danger within $1000^{ths}$ of a second. His limbic system instigated high levels of primitive adrenergic fright-flight-fight response, which caused high levels of mental, somatic and chemical pain and suffering.

The fright, flight and fight autonomic response prompted John Alaniz to attempt to flee from the officers and run away. At this time, all the mental, somatic, and chemical pain John Alaniz was



Exhibit 40-13

suffering continued and progressed in intensity. Firing the gun generated loud blast noises in close range which instigated mechanical ossicular noxious stimuli and pain from transmission of such loud noises.

As the autopsies have documented, John Alaniz sustained multiple blunt force impacts and blunt force trauma during his lethal event. Each impact initiated multimodal transfer of kinetic energy from the ground. At this time, John Alaniz experienced physical and mechanical somatic pain caused by every blunt force impact his body sustained. Each blunt force impact of his body activated hundreds to thousands of nerve endings in his tissues and organs and elicited millions of pain action potentials, which were transmitted to the spinal cord and brain to cause high levels of conscious somatic pain, which caused high levels of conscious somatic suffering, which in turn elicited high levels of novel mental pain and suffering, which synergized with the previously existing mental and somatic pain and suffering. Within milliseconds to seconds of his trauma, the biochemical cycles and systems in his body began to express acute reactant proteins and peptides in response, which elicited more chemical pain and suffering, and further accentuated his global conscious mental, somatic and chemical pain, and suffering.

Following the gunshots, the bullets traveled through air, hit, and perforated John Alaniz's trunk and extremities. When the bullets perforated John Alaniz's skin, soft tissues, organs, and skeleton they transferred high levels of kinetic energy[6] and thermal energy to the tissues causing mechanical tissue damages and destruction, which activated thousands to millions of nerve endings and action potentials. He experienced more somatic pain and suffering with the attendant and accompanying mental and chemical pain and suffering within 100 milliseconds of sustenance of his gunshot wounds.

The bullets perforated and damaged the skin, soft tissues, skeleton and viscerae of the trunk and extremities, chest walls, pleural and pericardial cavities and mediastinum. Perforation of the chest wall and pleural cavity caused acute and marked elevation of the intra-thoracic pressure in equilibrium with the atmospheric pressure, which caused pulmonary atelectasis and acute cardio-respiratory failure. Perforations, contusions and lacerations of soft tissues, heart, blood vessels and visceral parenchyma precipitated hemorrhages and traumatic cardiac arrest which resulted in acute decompensation of the vascular pressure and cerebral perfusion pressure. The constellation of these injuries resulted in acute traumatic shock, which in turn activated millions of nerve endings and action potentials, generated more high levels of somatic and chemical pain and suffering combined with the attendant mental pain and suffering in response.

The multimodal transfer of kinetic energy, including the gunshot wounds and the multifocal blunt force impacts of different regions of his body induced physical and mechanical somatic pain and suffering, accompanied by attendant mental and chemical pain and suffering. Action potentials were transmitted to the spinal cord and brain to cause high levels of composite conscious pain and suffering. Given the large amounts of kinetic energy a bullet generates, and the matching degree of tissue damage and destruction, the levels of pain and suffering were expectedly high-scale. At this time, the novel mental, somatic, and chemical pain and suffering synergized with the pre-existing and continuing mental, somatic, and chemical pain and suffering. This synergism caused increasingly higher levels of pain and suffering.

---

[6] A bullet traveling at a linear velocity of over 1200 feet per second possesses large amounts of kinetic energy.



Exhibit 40-14

Fire Department personnel and paramedics arrived at the patient side at approximately 11:33 to 11:35 a.m. CPR was in progress and the GCS was 3/15. John Arhaniz was pronounced dead at 12:08 p.m.

He continued to experience mental, somatic, and chemical pain, and suffering, as the cascades of chemical pain and suffering were intensifying his conscious pain and suffering. Within seconds of his trauma, the biochemical cycles and systems in his body began to express acute reactant proteins and peptides in response to the high levels of traumatic stress, which elicited novel chemical pain and suffering, and further accentuated his global conscious pain and suffering.

During this time, his traumatic and hypovolemic shock progressed and began to cause hypoxic-ischemic brain injury. The attendant pathophysiological and biochemical responses of the body including but not limited to systemic inflammatory response, enzymatic, proteomic, and biochemical cyclic responses and expression in addition generated more and novel chemical pain, which added to and accentuated the global conscious mental, somatic and chemical pain John Aлaniz was experiencing.

As he continued to suffer the sequelae of his trauma on the ground, traumatic shock progressed, and he began to pass through the levels and spectrum of consciousness with diminishing sensorium. He began to pass from full alertness to lethargy or somnolence, to obtundation, to stupor or semi-coma, and eventually to superficial or light coma to deep coma, loss of consciousness and eventually death, as he progressively suffered the sequelae of his trauma and a post-traumatic shock state. At this time, he remained in a state of progressive hypovolemic and traumatic shock.

In spite of his injuries, his brain and neural axis remained functionally intact. His subcortical ganglia and brainstem nuclei of the cranial nerves remained intact. His reticular activating system remained electrochemically intact. The distinctive anatomy of his injuries enabled him to continue to experience increasingly higher levels of somatic pain and suffering, mental pain and suffering, chemical pain, and suffering. The vertebral trauma and para-spinal trauma he suffered may have placed him in a state of spinal shock which could have made him flaccid and unresponsive but conscious.

The secondary traumatic sequences of his injuries progressed, including traumatic shock, hemorrhagic shock, acute cardio-respiratory arrest, and hypoxic-ischemic cerebral injury. He progressed into deeper levels of traumatic and hypovolemic shock, as he developed more severe and advanced stages of cerebral hypoperfusion and cerebral hypoxic-ischemic injury. Traumatic shock and composite biochemical acute responses to injury progressed to multi-organ-system failure, coma, and death.

Full alertness and consciousness is a GCS of 15/15, and loss of consciousness may be a GCS of 7-8/15 or less. A drop of GCS from 15/15/ to 7-8/15 does not happen at an instant following all forms of non-catastrophic injuries. Pathophysiological processes are involved, and these processes take time to occur. Catastrophic injuries may be involved in the instance of a high-scale explosion like a bomb that splinters the body into pieces at an instant or a nuclear bomb and annihilation. John Aلaniz suffered serious and fatal injuries, but he did not suffer catastrophic injuries like injuries from a massive bomb.

According to medical definitions and criteria, John Aلaniz's body continued to experience debilitating pain and suffering although he was in a state of coma. The human body continues to



Exhibit 40-15

John Joseph Alaniz, Deceased
Medico-Legal Report

Page 16 of 17

experience debilitating trauma-induced and physiologic chemical pain and suffering until there is a complete cessation of all bodily functions and death. Human beings who are in coma do experience chemical bodily pain and suffering as long as the central nervous system is intact. The unconscious patient remains in a state of high human suffering especially due to chemical pain and suffering because of the ongoing biochemical and molecular responses and systems in his body, especially in response to traumatic shock. In fact, one of the clinical tests for the evaluation of the depth or severity of unconsciousness is to intentionally inflict somatic pain to an extremity of the unconscious patient and observe the patient to see if he withdraws his extremity from the source of pain, moans, or grimaces. Again, this is one of the medical reasons why the majority of unconscious patients in the intensive care unit of hospitals are on strong pain medications and narcotic analgesics like Morphine and Fentanyl although they are in a coma. This is also why the lowest score for the Glasgow Coma Scale is 3/15 and not 0/15, and in part why analgesics and narcotic analgesics are given to patients who are under anesthesia, and are components of drug panels used for anesthesia.

Although loss of consciousness and death are frequently immediate, they are rarely instantaneous since loss of consciousness and death are processes that involve cascades of patho-physiologic events. The adjective "immediate," within a forensic context, and within the prevailing forensic scenario in this case should be interpreted as death occurring as a result of gunshot wounds without the intervention of another novel or independent object, cause, or factor. It should not be forensically construed as instantaneous.

Based on the global prevailing forensic scenarios in this case and based on the generally accepted principles and common knowledge of medicine and science, including the central limit theorem, John Alaniz experienced high levels of conscious somatic, mental, and chemical pain and suffering for less than 3 to 5 minutes beginning from the time he was accosted by the police officers to the time he was shot, fell to the ground and began suffering the sequalae of his gunshot wounds [7,8]. He experienced pre-death pain and suffering for less than 30-40 minutes [from the time he was accosted by the police to the time he was pronounced dead at about 12:08 p.m.][9,10].

I have provided all my opinions and conclusions with a reasonable degree of medical certainty.

---

[7] Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine in part based on the principles of the central limit theorem.
[8] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.
[9] Medicine is not an absolute science, and these estimated ranges should not be interpreted as absolute quantitative estimations of time. Quantitative ranges of any measurable index are common practice and are the standard of practice in pathology and medicine, in part based on the principles of the central limit theorem.
[10] Human events like loss of consciousness and death involve a continuum of pathophysiological events on the cellular and gross functional levels without any identifiable rigid transitions or demarcations. Therefore, the determination of the time of occurrence of these events are guided by the time the events have been reproducibly and quantifiably confirmed. For example, the time of death of any individual is determined by the time the individual was pronounced dead by a designated medical professional who has clinically assessed the patient and confirmed the patient to be dead based on prevailing, reproducible and quantifiable clinical evidence that the patient was dead.



Bennet Omalu
PATHOLOGY

Exhibit 40-16

John Joseph Alaniz, Deceased
Medico-Legal Report

Page 17 of 17

I reserve the right to amend, supplement, revise and/or modify my opinions and report, up and to the time of trial, should additional information become available.

Thank you.

Very truly yours,

Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP
Clinical Pathologist, Anatomic Pathologist, Forensic Pathologist, Neuropathologist, Epidemiologist
President and Medical Director, Bennet Omalu Pathology

Bennet Omalu
P A T H O L O G Y

Exhibit 40-17

## CURRICULUM VITAE AND BIBLIOGRAPHY

**PART 1: CURRICULUM VITAE**

## BENNET  I.  OMALU, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP

Anatomic Pathologist/ Clinical Pathologist/ Forensic Pathologist/ Neuropathologist/ Epidemiologist
Clinical Professor of Medical Pathology and Laboratory Medicine, University of California, Davis [UC-Davis]
President and Medical Director, Bennet Omalu Pathology [BOP], Inc.

**Bennet Omalu Pathology**
**1631 Executive Court**
**Sacramento, CA 95864**

bennetomalu@bennetomalu.com

Exhibit 40-18

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 31 of 124    Page
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 2 of 94*
ID #:5178

## Honorary Doctorate Degrees:

1. Doctor of Science
   Westminster College
   Fulton, Missouri, September 15, 2016

2. Doctor of Science
   Xavier University of Louisiana
   New Orleans, Louisiana, May 7, 2016

3. Doctor of Science
   Royal College of Surgeons in Ireland
   Dublin, Ireland, June 7, 2017

## Degrees and Certifications:

1. Board Certification in Anatomic Pathology (AP)
   Diplomate, American Board of Pathology
   American Board of Pathology, July 2002.

2. Board Certification in Clinical Pathology (CP)
   Diplomate, American Board of Pathology
   American Board of Pathology, July 2003.

3. Board Certification in Forensic Pathology (FP)
   Diplomate, American Board of Pathology
   American Board of Pathology, November 2004.

4. Board Certification in Neuropathology (NP)
   Diplomate, American Board of Pathology
   American Board of Pathology, September 2005.

5. Board Certification in Medical Management
   Certified Physician Executive [CPE]
   Certifying Commission in Medical Management
   American College of Physician Executives, February 2011

6. Masters in Public Health (MPH), Epidemiology
   University of Pittsburgh, Graduate School of Public Health
   Pittsburgh, Pennsylvania, April 2004.

7. Masters in Business Administration [MBA]
   Tepper School of Business, Carnegie-Mellon University
   Pittsburgh, Pennsylvania, May 2008.

8. One year clinical Internship Certificate, general/ family practice
   University of Nigeria Teaching Hospital, Enugu, Nigeria, January 1992.

Exhibit 40-19

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 32 of 124    Page
Curriculum Vitae and Bibliography        Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP        Page 3 of 94
ID #:5718

9.    Bachelor of Medicine and Bachelor of Surgery (M. B., B. S.)
      University of Nigeria, Enugu, Nigeria, June 1990.

10.   United States Medical Licensing Examinations (Steps I and II), September 1993.

11.   United States Medical Licensing Examination Step III, May 1998.

12.   Grade 1 certificate in the Theory of Music, The Royal Schools of Music, London, England, 1981.


## Professional and Post-Graduate Education and Training

1.    College of Medicine,
      University of Nigeria, Enugu, Nigeria.                  July 1984 - July 1990

2.    House Physician,
      Department of Pediatrics,
      Enugu General Hospital, Enugu, Nigeria.                August 1990 - Dec. 1990

3.    Internship in General/ Family Practice,
      University of Nigeria, Hospital, Enugu, Nigeria.        January 1991 - January 1992

4.    Emergency Room Physician,
      Jos University Hospital, Jos, Nigeria.                  March 1992 - October 1994

5.    Visiting/ Research Scholar,
      Cancer Epidemiology, Dept. of Epidemiology,
      School of Public Health, University of Washington, Seattle.   October 1994 - June 1995

6.    Pathology Residency, Anatomic/ Clinical
      College of Physicians and Surgeons of Columbia University,
      Harlem Hospital Center, New York City.                 July 1995 - June 1999

7.    Fellowship training in Forensic Pathology,
      Allegheny County Coroner's Office
      University of Pittsburgh, Pittsburgh, Pennsylvania.     July 1999 - June 2000

8.    Fellowship training in Neuropathology,
      University of Pittsburgh Medical Center
      University of Pittsburgh, Pittsburgh, Pennsylvania.     July 2000 - June 2002

9.    Masters in Public Health: Epidemiology
      Graduate School of Public Health
      University of Pittsburgh, Pittsburgh, Pennsylvania      June 2002 – April 2004

Exhibit 40-20

10.    Masters in Business Administration
       Tepper School of Business
       Carnegie Mellon University, Pittsburgh, Pennsylvania          August 2005 – May 2008


## Medical Licensure

1.    License of practice as a physician, unrestricted, State of Indiana          1998 - 2023

2.    License of practice as a physician, unrestricted, State of Pennsylvania      1998 - 2023

3.    License of practice as a physician, unrestricted, State of Hawaii            2003 - 2023

4.    License of practice as a physician, unrestricted, State of California        2007 – Present


## Professional Medical Affiliations and Memberships

1.    Member, American Association of Physician Leadership, 2006 – present

2.    Member, American Association for the Advancement of Science [AAAS], 2005 – present

3.    Fellow, College of American Pathologists (CAP), 1995 – present

4.    Fellow, American Society of Clinical Pathologists (ASCP), 1995 – present

5.    Member, American Association of Neuropathologists (AANP), 2002 – present

6.    Member, National Association of Medical Examiners (NAME), 1999 – present

7.    Member, American Academy of Forensic Sciences, 2004 – present

8.    Member, United States and Canadian Academy of Pathology, 2003 – present

9.    Member, International Academy of Pathology, 2003 – present

10.   Fellow, American College of Epidemiology, 2004 – present

11.   Member, American Association of Public Health Physicians, 2004 – present

12.   Member, American Public Health Association, 2004 - present

13.   Member, American Society for Investigative Pathology, 2004 - present

14.   Member, American Medical Association (AMA), 2002 - present

15.   Member, San Joaquin Medical Society, 2009 – present

16.   Member, California Medical Society, 2009 – present

17.   Member, California Society of Pathologists, 2015 - present

18.   Member, Union of American Physicians and Dentists, 2007 - present

19.   Member, Pennsylvania Medical Society, 2003 - 2007

Exhibit 40-21

20.   Member, Allegheny County Medical Society, 2003 – 2007

21.   Member, New York County Medical Society, 1997 - 1999

22.   Member, Nigerian Medical and Dental Council, 1990

23.   Member, Association of Nigerian Physicians in the Americas, 2017 - present

## Appointments

1.   Consulting Forensic Pathologist-Neuropathologist, Kaiser Permanente Hospitals, Central California, February 2018 – Present.

2.   Physician Associate and Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, February 2018 – Present.

3.   Consulting Forensic Pathologist-Neuropathologist, Yosemite Pathology Medical Group, January 2018 – Present.

4.   Consulting Forensic Pathologist-Neuropathologist, Lake County, California, February 2018 - Present.

5.   Visiting Professor, Emory University, Department of Pathology and Laboratory Medicine, March 2017.

6.   Clinical Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, January 2017 – Present.

7.   Co-Director/Co-Founder, Taumark, Inc, Better Brain Diagnostics, May 2013 – present.

8.   Chief Medical Examiner, Washington, D.C. Appointed on October 11, 2013. Declined Offer.

9.   Co-Director, Brain Injury Research Institute, West Virginia University/NorthShore University Health System, November 2009 – present.

10.   Visiting Professor, Department of Neurosurgery, West Virginia University, Dec. 2009 – Dec. 2011

11.   Member, NFL Players Association Concussion and Traumatic Brain Injury Committee, December 2009 – 2012.

12.   Visiting Professor, Rockefeller Institute of Neuroscience, Morgantown, Virginia, August 2009 – April 2010.

13.   Chief Medical Examiner, San Joaquin County, California, September 2007 – March 2018.

14.   Associate Clinical Professor, Department of Medical Pathology and Laboratory Medicine, University of California, Davis, September 2013 – January 2017.

Exhibit 40-22

Case 2:23-cv-07532-DMG-SSC   Document 72-3   Filed 02/14/25   Page 35 of 124   Page
*Curriculum Vitae and Bibliography*      *Bennet I. Omalu, MD,MBA, MPH, CPE, DABP-AP,CP,FP,NP*      *Page 6 of 94*
ID #:5778

15.   Clinical Professor of Pathology, Department of Pathology, University of California, Davis, March 2012 – July 2013.

16.   Associate Physician Diplomate, Medical Pathology and Laboratory Medicine, University of California-Davis Medical Center, March 2012 – July 2013.

17.   Associate Clinical Professor of Pathology, Department of Pathology, University of California, Davis, May 2008 – January 2012.

18.   Adjunct Assistant Professor of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania, June 2010 – 2012.

19.   Assistant Clinical Professor of Epidemiology, Department of Epidemiology, Graduate School of Public Health, University of Pittsburgh, March 2004 – 2008

20.   Clinical Associate Professor of Pathology and Clinical Instructor, Department of Pathology, University of Pittsburgh, Pittsburgh, Pennsylvania,      May 2003 – 2009

21.   Attending Forensic Pathologist, Allegheny County Coroner's Office, July 2002 – March 2007

22.   Attending Forensic Neuropathologist, Allegheny County Coroner's Office, July 2002 – March 2007

23.   Associate Forensic Pathologist, Allegheny County Coroner's Office, July 2000 – June 2002


## Hospital Admissions and Practice Privileges

1.   University of California, Davis, Health System/ Medical Center      March 2012 to July 2013
     Department of Medical Pathology and Laboratory Medicine      February 2018 to Present
     2315 Stockton Blvd
     Sacramento, CA 95817


2.   Contra Costa Regional Medical Center      January 2013 to Present
     Department of Pathology
     2500 Alhambra Avenue
     Martinez, CA 94553

Exhibit 40-23

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 36 of 124    Page
*Curriculum Vitae and Bibliography*        Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP        *Page 7 of 94*
ID #:1508

3.    San Joaquin General Hospital                    September 2007 to Present

     Department of Pathology

     500 West Hospital Road

     French Camp, CA 95231


4.    Yosemite Pathology Medical Group                August 2017 to Present

     Business Associate- Autopsy Services

     2625 Coffee Road

     Modesto, CA 95355


5.    NorthBay Medical Center                         June 2018 to Present

     1200 B. Gale Wilson Boulevard

     Fairfield, CA 94533


6.    Adventist Health Bakersfield Hospital           2022 to Present

     2615 Chester Avenue

     Bakersfield, CA 93301


## Journal Editorial and Peer Review Experience

1.    Associate Editor, Neurosurgery Journal, Sports and Rehabilitation Section, September 2009 – 2014

2.    Reviewer, Militarily Relevant Peer Reviewed Alzheimer's Disease Research Program (MRPRA), 2012: American Institute of Biological Sciences [AIBS], Scientific Peer Advisory and Review Services Panel.

3.    Reviewer, Nigerian Journal of Clinical Practice, February, 2011 to 2014

4.    Reviewer, Nigerian Journal of Surgery, October 2011

5.    Reviewer, The Journal of Neuropsychiatry and Clinical Neurosciences, April 2012

6.    Reviewer, The Journal of Forensic Nursing, June 2009, October 2012, February 2013

7.    Reviewer, Forensic Science, Medicine and Pathology, November 2012

Exhibit 40-24

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 37 of 124    Page
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 8 of 94*
ID #:978

## Consulting and Peer Review Assignments

1.  Consulting Forensic Pathologist/ Neuropathologist, Cyril H. Wecht and Pathology
    Associates Inc. June 2000 – January 2006.

2.  Consulting Forensic Neuropathologist, Office of the Chief Medical Examiner,
    Commonwealth of Virginia: August 2006 – December 2012

3.  Consulting Forensic Neuropathologist, Office of the Coroner/Medical Examiner, Clark
    County, Las Vegas, Nevada, September 2007 – December 2012

4.  Consulting Forensic Neuropathologist, Office of the Coroner/Medical Examiner, Washoe
    County, Reno, Nevada, 2009 – present

5.  Consulting Forensic Pathologist, Solano County Coroner's Office, California, 2011 - 2012

6.  Consulting Neuropathologist, Conemaugh Memorial Hospital, Johnstown, Pennsylvania:
    August 2003 – August 2007

7.  Consulting Expert Witness/Forensic Pathologist/Neuropathologist, Public Defender's
    Office, County of Sacramento, California, April 2010 – present.

8.  Consulting Forensic Neuropathologist, Medical Examiner's Office, Allegheny County,
    Pittsburgh, Pennsylvania, January, 2011.

9.  Consulting Forensic Neuropathologist, Medical Examiner's Office, County of Summit,
    Akron, Ohio. October, 2011.

10. Consulting Forensic Neuropathologist, American Forensics, Dallas, Texas. October, 2011.


## Congressional Hearing, Testimony and Briefing

### The Congress of the United States

1.  One Hundred and Eleventh Congress, Congress of the United States, House of
    Representatives, Committee on the Judiciary, Field Hearing: Legal Issues Relating to
    Football Head Injuries, Part II, Monday, January 4th, 2010.

2.  One Hundred and Eleventh Congress, Congress of the United States, House of
    Representatives, Committee on the Judiciary, Judiciary Forum: Head and Other Injuries in
    Youth, High School, College and Professional Football, Monday, February 1, 2010.

3.  One Hundred and Fourteenth Congress, Congress of the United States, House of
    Representatives: Dr. Omalu's Briefing on his Work and Legacy. Energy and Commerce
    Committee Room, 2123 Rayburn HOB. Tuesday, January 12, 2016.

Exhibit 40-25

<u>California State Assembly</u>

1.  Testimony in support of AB 2007- Concussion Management for Youth Sports Leagues, Committee on Arts, Entertainment, Sports, Tourism and Internet Media, Tuesday, May 3, 2016.

2.  Testimony in support of SB 1303- An act to amend Sections 24000, 24009, and 24010 of the Government Code, relating to local government [Coroner: County Office of the Medical Examiner], Senate Committee on Governance and Finance, California State Senate, April 11, 2018.

3.  Testimony in support of SB 1303, Senate Committee on Public Safety, California State Senate, April 24, 2018.

4.  Testimony in support of SB 1303, Assembly Committee on Local Government, California State Assembly, June 20, 2018.

5.  Testimony in support of SB 1303, Assembly Committee on Public Safety, California State Assembly, June 26, 2018.

<u>New York State Assembly</u>

1.  Testimony in support of A4448- An act to amend the public health law, in relation to prohibiting children thirteen years old and younger from playing tackle football. Roundtable discussion before Concussion movie screening to New York State Assembly and New York State Senate Members. Wednesday, May 4, 2016.

Exhibit 40-26

## Selected Honors, Awards, Recognition and Achievements

1.  2019 Medgar Evers Freedom Fighter Award, National Association for the Advancement of Colored People [NAACP], Stockton, California, November 16, 2019, Stockton, California.

2.  Distinguished Alumnus- Medical Discovery Award, College of Medicine, University of Nigeria, Enugu, Nigeria, September 19, 2019.

3.  Recognized as a member of the Trailblazer of the Lab Power List, 2019. The Pathologist, August 2019. https://thepathologist.com/power-list/2019

4.  Recognized as one of the "100 Figures Who Shaped The NFL's First Century": "Perhaps the single most significant name in football post-2000, Bennet Omalu—the Nigerian-born doctor who first discovered evidence of brain trauma in the body of former Steelers great Mike Webster—changed the way everyone from players and coaches to administrators and concerned parents have approached the violent sport". 100 Figures Who Shaped the NFL's First Century. By The Sports Illustrated Staff, August 28, 2019. https://www.si.com/nfl/2019/nfl-100-most-influential-figures-all-time

5.  2019 Peace And Justice Award, California State University, Sacramento, College of Health and Human Services, Center for African Peace and Conflict Resolution, Sacramento, April 27, 2019.

6.  Leadership Award, Carson Scholars Fund, April 13, 2109, San Diego, California.

7.  Pioneer Award, 2019 Champions of Health Awards, National Medical Fellowships, Bay Area, March 2, 2019, Berkeley, California.

8.  Appointed Member, Traumatic Brain Injury Advisory Board, California Department of Rehabilitation, State of California Health and Human Services Agency, January 1, 2019 to May 31, 2021.

9.  Department of the Army, California Army National Guard, Sacramento, California, Nigerian 68W Familiarization/SES Donald Get [AFRICOM] Visit to California, Invitational Appearance Based on Military Necessity, August 27, 2018.

10. William Steiger Memorial Award, 2018: American Conference of Governmental Industrial Hygienists [ACGIH]: For Efforts Contributing to the Advancement of Occupational Health and Safety. March 2018.

11. Honorary Member Award, Academy for Sports Dentistry, June 23, 2017, San Francisco, California.

12. Residents Choice Award, 2017, Emory University School of Medicine, Department of Pathology and Laboratory Medicine, March 13, 2017.

Exhibit 40-27

13.   Joint Members Resolution No. 116 to Commend Dr. Bennet Omalu for Exemplary Record of Medical Achievements, State of California Legislature, February 22, 2017.

14.   Certificate of Recognition, Board of Supervisors, San Joaquin County, for contributions and distinguished service to San Joaquin County, January 10, 2017, Stockton, California.

15.   Outstanding Achievement in Medicine Award, The San Joaquin Medical Society, Stockton, California, December 15, 2016.

16.   Rescuer of Humanity Award, 2016, Values-in-Action Foundation, Cleveland, Ohio, December 6, 2016.

17.   Service To Science Award, 2016 D. Walter Cohen, DDS Award, NDRI [National Disease Research Interchange], November 18, 2016, Philadelphia, Pennsylvania.

18.   Distinguished Service Award [The highest award of the American Medical Association-AMA], November 12, 2016, AMA Interim Meeting, 2016, Orlando, Florida.

19.   Beacon of Ethics Award, The Greater Omaha Alliance For Business At Creighton University, Better Business Bureau Annual Integrity Awards Luncheon, November 2, 2016.

20.   Healing Hand Award, The El Paso Hispanic Chamber of Commerce, 26th Anniversary Fiesta Celebration and Pinata Bash, October 15, 2016.

21.   Honorary Lifetime Membership, The National Honor Society in Neuroscience [Nu Rho Psi], University of Evansville, Indiana, October 13, 2016.

22.   Invited Guest and Speaker, Camp Fire 2016, Santa Barbara, California, September 29 – October 2, 2016.

23.   Special Tribute to Bennet Omalu, State of Michigan, The Ninety-Eighth Legislature, At Lansing, September 20, 2016.

24.   The Louise Blouin Foundation Award for a Positive Impact on a Global Scale, The Eleventh Annual Awards, The Blouin Creative Leadership Summit Awards Reception, September 19, 2016, New York City.

25.   Above and Beyond Award, 2016. The Network of Ethnic Physician Organization and The California Medical Association Foundation, September 17, 2016.

26.   The 2016 Green Lecture Speaker, Westminster College, Fulton, Missouri, September 15, 2016.

27.   2016 Distinguished Great Immigrant, Carnegie Corporation of New York, June 30, 2016.

28.   2016 Dr. Ernst Jokl Sports Medicine Award, Unites States Sports Academy, June 29, 2016.

Exhibit 40-28

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 41 of 124    Page
ID #:5073
*Curriculum Vitae and Bibliography*      **Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP**    *Page 12 of 94*

29. Key Note Speaker, 2016 Commencement, University of California, Davis, School of Medicine, May 28, 2016.

30. Honorary Fellow, American Association of Physician Leadership, April 15, 2016, Washington, DC.

31. Invited Speaker, W.L. Mellon Speaker Series, April 14, 2016, Tepper School of Business, Carnegie Mellon University, Pittsburgh, Pennsylvania.

32. Pioneer in Medicine Award, 2016, The Society for Brain Mapping and Therapeutics (SBMT), April 9th, 2016, 13th Annual World Congress for Brain Mapping and Therapeutics, Miami, Florida.

33. 2016 Red Cross Heroes-Spirit of the Red Cross Award. The American Red Cross, Gold Country Region. March 16, 2016.

34. Contribution to Science and Education Award, 37th Annual Young Artist Awards, The Young Artist Foundation, Los Angeles, California, March 13, 2016.

35. Congressional Honors, United States Congress, House of Representatives, for the discovery of Chronic Traumatic Encephalopathy and Raising Awareness on Repetitive Brain Trauma, Wednesday, February 3, 2016, Congressman Jerry McNerny, D-California, 9th District.

36. Invited to the Address to the Congress on the State of the Union, President Barack Obama, January 12, 2015, 114th Congress, United States House of Representatives, Guest of Honorable Jackie Speier, U.S. Representative for California's 14th Congressional District.

37. Invited Guest, 73rd Golden Globe Awards, The Hollywood Foreign Press Association, January 10, 2016, Beverly Hills, California.

38. Presented the Key to the City of Lodi by Mark Chandler, Mayor, City of Lodi, California, January 9, 2016.

39. Invited Guest, 7th Annual Governors Award, Academy of Motion Pictures Arts and Sciences, November 14, 2015, Hollywood, California.

40. Medscape Best Physicians of the Year: 2015.

41. WebMD Health Heroes Award- Scientist, 2015. November 5, 2015.

42. Founding member and director, Bennet Omalu Foundation, Inc., September 2014.

43. Member, Greater Talent Network Speakers' Bureau, New York, New York, 2015

44. Recognized as one of the "120 Great Nigerians You Never Knew". First Bank of Nigeria [since 1894], Ed Emeka Keazor, MME Media, Johannesburg, South Africa, 2014.

Exhibit 40-29

Case 2:23-cv-07532-DMG-SSC   Document 72-3   Filed 02/14/25   Page 42 of 124   Page
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 13 of 94*
ID #:5763

45.   Certificate of Special Congressional Recognition, San Joaquin County Bar Association, Law Day Luncheon. April 30, 2015. Jerry Mcnerney, Member of the United States Congress.

46.   Named among 20 Top Forensic Pathology Professors Online. Forensics Colleges. November 2013. [http://www.forensicscolleges.com/blog/profs/20-top-forensic-pathology-professors; http://www.ucdmc.ucdavis.edu/publish/news/newsroom/8426]

47.   2013 Alumni Achievement Award, University of Nigeria Alumni and Friends Association, U.S.A. Saturday, October 19, 2013, Los Angeles, California.

48.   Founding Member, CTEM, Inc. Wheeling, West Virginia, 2013.

49.   Nominated for the Potamkin Prize for Research in Pick's, Alzheimer's, and Related Diseases, American Academy of Neurology, 2012.

50.   Years of Excellence In Pioneering Neuropathology Concussion Research For Athlete Populations. June 22, 2012, Sports Concussion Institute, Sixth Annual National Summit On Sports Concussion And Other Athletic Injuries.

51.   America's Top Physicians, 2007, 2008, 2009, 2010, 2011. Consumer's Research Council of America, Washington, DC.

52.   Member, Board of Directors, Brain Injury Research Institute, West Virginia University, Morgantown, West Virginia, August 2010 to present.

53.   Discovered and named Chronic Traumatic Encephalopathy [CTE] in American football players and American professional wrestlers, 2002 and 2007.

54.   Co-Founder, Brain Injury Research Institute, West Virginia University, Morgantown, West Virginia, November 2009.

55.   First Chief Medical Examiner of San Joaquin County, California.

56.   Honored Visiting Professor, Department of Neurosurgery, West Virginia University, October 1, 2008.

57.   Founder and President, Bennet Omalu Pathology, Inc. October, 2011.

58.   Identified the West Nile Virus within the neurons of an infected deceased man using fluorescent-labeled con-focal immuno-microscopy, 2004.

59.   The 2002 'Manifesting the Kingdom' Award, Most Reverend Donald W. Wuerl, Bishop, Catholic Diocese of Pittsburgh January 5, 2003.

60.   National merit list, Masters in Public Health, Graduate School of Public Health, University of Pittsburgh, April 2004.

Exhibit 40-30

61. Honorary Fellowship Award, American Registry of Pathology at the Department of Environmental and Toxicologic Pathology, Armed Forces Institute of Pathology (AFIP). October, 1998.

62. College of American Pathologists (CAP) Foundation Informatics Award: Automated Information Management in the Clinical Laboratory. (Ann Arbor, Michigan) May 1998.

63. World Health Organization Research scholar Award, Cancer Epidemiology, School of Public Health, University of Washington, Seattle, Washington. October 1994 - June 1995.

64. Chief Resident, Department of Pathology, Harlem Hospital Center July 1998 - June 1999.

65. Harlem Hospital House Staff President, March 1998 - April 1999.

66. Laboratory Inspector, College of American Pathologist (CAP), Stanford University, November 2002.

67. New York state delegate, College of American Pathologists Residents Forum, July 1997 – June 1999.

68. Resident Member, Harlem Hospital Medical Board, April 1998 - March 1999.

69. Resident Member, Harlem Hospital Community Board, April 1998 - March 1999.

70. National Delegate, Committee of Interns and Residents (CIR), March 1996 - April 1999.

71. Harlem Hospital Residency Program Liaison, American Society of Clinical Pathologists, July 1997 - June 1999.

72. Honorable Mention, House Staff Research Fair, College of Physicians and Surgeons of Columbia University at Harlem Hospital Center, New York, for: An Immunohistochemical Profile of Tumor Associated Antigens in Malignant Melanoma and Benign Melanocytic Nevi: CD44, p53 protein, Cathepsin B, Melan-A Gene Product. April 1998.

73. Honorable Mention, House Staff Research Fair, College of Physicians and Surgeons of Columbia University at Harlem Hospital Center, New York, for: Forensic implications of the Analytical Evaluation of Human Tissues after Exposure to Cesium Chloride: Atomic Absorption Spectrometry. May 1999.

74. College Scholarship award: National Merit List, Federal Government of Nigeria. September 1979 - July 1984.

75. Producer, "Christ is King !! A Liturgical Selection": an audio compact disc album for Saint Benedict the Moor Roman Catholic Church, Pittsburgh, Pennsylvania. November 2003.

Exhibit 40-31

Case 2:23-cv-07532-DMG-SSC   Document 72-3   Filed 02/14/25   Page 44 of 124   Page
ID #:5708
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 15 of 94*

76. President and Founder/ Principal partner, BOGE LLP, a health management and consulting company, Pittsburgh, Pennsylvania, March 2004 – 2007.

77. President and Founder/ Principal partner, Clairton Community Cultural Center, a community re-development company, Pittsburgh, Pennsylvania, 2005 – 2007.

78. President and Founder/ Principal partner, Clairton Community Health Center, a 24-hour community primary care health center, Pittsburgh, Pennsylvania, 2005 – 2007.

79. Trustee, Prostate Health and Research Foundation, a non-profit prostate health education organization, Lagos, Nigeria, March 2004 – 2007.


## Selected Invited Lectureships and Talks

1. Keynote Speaker, Black Health Matters Conference 2023: "Decolonizing Health: Recentering Black Wellness and Community Empowerment", February 19, 2023, Harvard Undergraduate Black Health Advocates, Harvard University, Cambridge, Massachusetts.

2. Business Ethics Class, Dean Hanumantha R. Unnava, UC Davis Graduate School of Management, Davis, California, February 10, 2020.

3. Guest Speaker, Board of Trustees Meeting, Educational Commission for Foreign Medical Graduates [ECFMG]/ Foundation for Advancement of International Medical Education and Research [FAIMER], December 5, 2019, Philadelphia, Pennsylvania.

4. Dreamforce Fireside Chat: Bennet Omalu and Emilia Clarke, November 22, 2019, San Francisco, California, Salesforce.

5. Keynote Speech: "I practice my faith in my science- by faith the impossible becomes possible". Ministry Days 2019 convention, the Catholic Diocese of Sacramento, September 28, 2019, Sacramento, California.

6. Keynote Speech: "Truth Doesn't Have a Side". 2019 Annual Member Symposium, Beta Healthcare Group, La Jolla, California, September 26, 2019.

7. Commencement Speech, UC Davis Graduate Studies, 72nd Annual Commencement, June 13, 2019, ARC Pavilion, University of California, Davis.

8. Keynote Speech, "Don't Break the Rules, Change the Game", Courage at Our Core initiative, Progressive Group of Insurance Companies, Mayfield Village, Ohio, June 12, 2019.

9. Keynote Speech, "An Afternoon with Dr. Bennet Omalu", 2019 OhioHealth Neuroscience Symposium, May 17, 2019, OhioHealth, Columbus, Ohio.

10. Keynote Speech, "A morning with Bennet Omalu", Values Day, May 10, 2019, Annual Conference, McKinsey & Company, Chicago, Illinois.

Exhibit 40-32

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 45 of 124    Page
ID #:5708
*Curriculum Vitae and Bibliography*        **Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP**        *Page 16 of 94*

11.    Distinguished Keynote Speaker, 28th Annual Africa Peace Awards, The Center for Africa Peace and Conflict Resolution, College of Health and Human Services, California State University, Sacramento, April 27, 2019.

12.    Keynote Speaker, 2019 Annual Banquet, Carson Scholars Fund, San Diego, California, April 13, 2019.

13.    Keynote Speaker, 2019 Cal-HOSA [Health Occupations Students of America] State Leadership Conference, Sacramento Convention Center, March 30, 2019.

14.    California Military Department/ California National Guard, Key Note Speaker and Certificate of Appreciation, February 2019 Special Emphasis Observance, February 25, 2019, Sacramento, California.

15.    "Don't Break the Rules, Change the Game: How Bennet Omalu Single-Handedly Changed American Football, Professional Sports, and How the World Perceives Traumatic Brain Injuries". American Academy of Neurology Annual Meeting, Los Angeles, California, April 25, 2018.

16.    Keynote Speech: Conformational Intelligence and Innovation, 2018 MedHealth Summit, Michigan, United States, and Ontario, Canada. Detroit, Michigan, April 19, 2018.

17.    "An Afternoon with Dr. Bennet Omalu". Florida Justice Association, World Center Marriot Hotel, Annual Meeting, Orlando, Florida, March 23, 2018.

18.    "An Evening with Dr. Bennet Omalu". The Hinman Dental Society, Georgia World Congress Center, Atlanta, Georgia, March 22, 2018.

19.    "NFLPA Denver Chapter Movie Night, "Concussion". Sports Legend Assistance Fund in affiliation with NFLPA Denver Chapter, Landmark Theater, Greenwood Village, Colorado, November 9, 2017.

20.    "Don't Break the Rules; Change the Game". Tulsa Town Hall, Tulsa Performing Arts Center, Tulsa, Oklahoma, October 27, 2017.

21.    "An Evening with Dr. Bennet Omalu". Baraboo Growth, LLC, Milwaukee Club, Milwaukee, Wisconsin, October 24, 2017.

22.    "American Football, Player Safety and Health, and Future of Contact Sports". Chicago Ideas, Morningstar, Chicago, Illinois, October 21, 2017.

23.    "An Evening with Dr. Bennet Omalu". Commonwealth Club Present Dr. Bennet Omalu, The Commonwealth Club, San Francisco, California, August 23, 2017.

24.    "Don't Break the rules, Change the Game: How Bennet Omalu single-handedly changed American football, professional sports, and how the world perceives traumatic brain injuries". Keynote Address, Life Chiropractic College West, Wave 2017 Conference, San Francisco, California, August 5, 2017.

25.    Keynote/Commencement Speaker, Conferring Ceremony, School of Medicine, Royal College of Surgeons in Ireland, Dublin, Ireland, June 7, 2017.

Exhibit 40-33

26.    "An Evening with Bennet Omalu". North Shore University Hospital Medical Staff Society, 2017 Dinner and Awards Ceremony. Garden City, New York, May 4, 2017.

27.    "An Evening with Bennet Omalu". University of North Carolina- Wilmington, Leadership Lecture, Wilmington, North Carolina, March 29, 2017.

28.    "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American Football, Professional Sports, and how the world perceives traumatic brain injuries." Frederick Speaker Series, Weinberg Center for the Arts, Inc. Frederick, Maryland, March 23, 2017.

29.    "The Science and Humanity of Chronic Traumatic Encephalopathy". Professional Development Working Group Seminar, Department of Defense, Congressionally Directed Medical Research Programs, Ft. Detrick, Maryland, March 22, 2017.

30.    "Conformational Intelligence and the Humanity of Science", Dept of Pathology and Laboratory Medicine Grand Rounds, Emory University, School of Medicine, Department of Pathology and Laboratory Medicine, Atlanta, Georgia, March 13, 2017.

31.    "A Morning with Dr. Bennet Omalu", CTE, FTD: Connecting the Dots- Focus on Tau, Frontotemporal Labor Degeneration Association, The University of Texas Health Science Center, San Antonio, Texas, March 11, 2017.

32.    "A Morning with Dr. Bennet Omalu", Key Note Speaker, 2017 Breakfast with Friends, Catholic Charities Community Service, Rochester, New York, March 3, 2017.

33.    "An Evening with Dr. Bennet Omalu". 2017 Sanderson Lecture, Thomas J. Long School of Pharmacy and Health Sciences, University of the Pacific, Stockton, California, March 1, 2017.

34.    "Concussion + The Mustard Seed Effect- How Small Steps Can Spark Big Change". Chambers Lecture Series, Boston College, Chestnut Hill, Massachusetts, February 23, 2017.

35.    "The Science and Consequences of Concussions: Shedding Light on CTE Disease", UC Davis, Capitol Speaker Series, UC Center Sacramento, 1130 K Street, LL22, Sacramento, CA 95814, February 22, 2017.

36.    "A Morning with Dr. Bennet Omalu, Unlocking Your Full Potential: how to have a positive impact on communities, families and the world while navigating the complexities of wealth." The Threshold Group, Sausalito, California, February 22, 2017.

37.    "Chronic Traumatic Encephalopathy, My Life and My Work". Court of Appeal, 3rd Appellate District, 914 Capitol Mall, Sacramento, CA 95814, January 5, 2017.

38.    "An Evening with Dr. Bennet Omalu". Banner Bon Sante Ball, Banner Health Foundation, Scottsdale, Arizona, December 10, 2016.

Exhibit 40-34

39.  "An Evening with Bennet Omalu". Pacific Northwest Chapter, World President's Organization and Young President's Organization. Concussions in Sports meeting, Swedish Neuroscience Institute, Seattle Washington, November 9, 2016.

40.  "Don't Break the Rules, Change the Game", Missouri Hospital Association, 94th Annual Convention and Tradeshow, Osage Beach, Missouri, November 3, 2016.

41.  "An Afternoon with Bennet Omalu". Better Business Bureau, Inc. Annual Integrity Awards Luncheon, La Vista, Nebraska, November 2, 2016.

42.  "The Science and Humanity of Chronic Traumatic Encephalopathy". Navy SEAL Foundation, Inc. Navy SEAL Foundation Mental Health and Veteran Care Convening, San Diego, California, November 1, 2016.

43.  "An Afternoon with Bennet Omalu". California Primary Care Association, 2016 Annual Conference, Long Beach, California, October 27, 2016.

44.  "An Evening with Bennet Omalu". University Distinguished Speaker Event, Healthy Nevada Speaker Series, University of Nevada, Reno, Nevada, October 25, 2016.

45.  "A Morning with Bennet Omalu". American Academy of Physical Medicine and Rehabilitation, 2016 Annual Assembly, New Orleans, Louisiana, October 21, 2016.

46.  "An Afternoon with Bennet Omalu". American Health Information Management. 2016 AHIMA Annual Convention, Baltimore, Maryland, October 19, 2016.

47.  "An Evening with Dr. Bennet Omalu". Key Note Speaker, El Paso Hispanic Chamber of Commerce, Dreams and Visions to Reality Equal, Annual Fiesta Celebration, El Paso, Texas, October 15, 2016.

48.  "An Evening with Bennet Omalu", Patricia H. Snyder Concert and Lecture Series, University of Evansville, Evansville, Indiana, Annual Endowed Lecture and Concert Series on Innovation, research, and healthcare, October 13, 2016.

49.  "A morning with Bennet Omalu". Annual Meeting, Indiana Hospital Association, Indianapolis, Indiana, October, 6, 2016.

50.  "An Evening with Bennet Omalu". University Lecture Series, Miami University of Ohio, Oxford, Ohio, October 3, 2016.

51.  "An Evening with Bennet Omalu". College Endowed Lecture Series, the Anna B. Mow Symposium on Comparative Religious Ethics, Bridgewater College, Bridgewater, Virginia, September 28, 2016.

Exhibit 40-35

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 48 of 124    Page
ID #:5428
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 19 of 94*

52.  "Don't break the rules, change the game: How Bennet Omalu single-handedly changed American Football, Professional sports, and how the world perceives traumatic brain injuries." Spotlight Program Board's Distinguished Speaker Series, Georgia State University, Atlanta, Georgia, September 27, 2016.

53.  "Don't Break the Rules, Change the Game". Key note speaker, The Brain Injury Association of Michigan, 36th Annual Fall Conference, Lansing, Michigan, September 22, 2016.

54.  "An Evening with Bennet Omalu", "Lost and Found" – Thrival Innovation Day 1, Thrival Festival, Thrill Mill, Inc, Pittsburgh, Pennsylvania, September 20, 2016.

55.  "The Humanity of Science and Conformational Intelligence: The Bennet Omalu Story", Westminster College Hancock Symposium, The Green Lecture, Westminster College, Fulton, Missouri, September 15, 2016.

56.  "An Evening with Bennet Omalu". University of Missouri, Columbia, Annual Delta Gamma Lecture Series on Values & Ethics, Jesse Auditorium, September 14, 2016.

57.  "An Afternoon with Bennet Omalu". KPMG's International Partners Meeting, Prague, Czech Republic, September 12, 2016.

58.  "An Evening with Bennet Omalu: Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries. University of Tennessee, Alumni Memorial Building, Cox Auditorium, Knoxville, Tennessee, August 31, 2016.

59.  "An Afternoon with Bennet Omalu" Leadership Tyler. Leadership Live 2016, Tyler, Texas. August 30, 2016.

60.  "A Forensic Pathologist, Chronic Traumatic Encephalopathy [CTE] and Conformational Intelligence [CI]". Keynote Speaker, American College of Legal Medicine, 22nd Annual World Congress of Medical Law, Los Angeles, California, August 10, 2016.

61.  "Chronic Traumatic Encephalopathy: A Journey from Pathology Discovery to Advocacy and Beyond." Association of Pathology Chairs, 2016 Annual Meeting, San Diego, California, July 15, 2016.

62.  "Don't Break the Rules, Change the Game". Keynote Address, Society of Corporate Secretaries and Governance Professionals, Annual National Conference, Colorado Springs, Colorado, June 25, 2016.

63.  "Working as a Team to Seek the Truth: Bennet Omalu's Journey on Discovering CTE and Making the Movie Concussion". Key note speaker, Association of Nigerian Physicians in the Americas [ANPA], 2016 Convention and Scientific Assembly, Las Vegas, Nevada, June 23, 2016.

Exhibit 40-36

Case 2:23-cv-07532-DMG-SSC     Document 72-3     Filed 02/14/25     Page 49 of 124    Page
ID #:5473
*Curriculum Vitae and Bibliography*          ***Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP***          *Page 20 of 94*

64.  "Interview with Dr. Omalu, moderated by Buzz Bissinger". Aspen Ideas Festival Spotlight Health, The Aspen Institute, Aspen, Colorado, June 24, 2016.

65.  "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries." Vizient New England CEO Executive Board Meeting, York, Maine. June 22, 2016.

66.  "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional sports, and how the world perceives traumatic brain injuries" Vizient Upper Midwest Executive Board Meeting, Chicago, Illinois, June 14, 2015.

67.  "Interview with Will Smith and Bennet Omalu, moderated by Jim Greenwood, CEO, BIO [Biotechnology Innovation Organization]", 2015 BIO International Convention, San Francisco, California, June 7, 2015.

68.  "Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, Professional Sports, and how the world perceives traumatic brain injuries". Vizient New England CEO Executive Board Meeting, Williamsburgh, Virginia, June 2, 2016.

69.  2016 Project Play Summit, The Aspen Institute, Newseum, Washington, DC, May 17, 2016.

70.  A Moring with Dr. Bennet Omalu. Western Health Care Leadership Academy, California Medical Association, San Francisco, California, May 15, 2016.

71.  An Evening with Dr. Bennet Omalu. Drexel Neurosciences Institute Inaugural Neurosciences Conference. Drexel Neuroscience Institute, Drexel University College of Medicine, Atlantic City, New Jersey, May 11, 2016.

72.  A Morning with Bennet Omalu. US Trust President's Award Program, Bank of America/ U.S. Trust, Colorado Springs, Colorado, May 10, 2016.

73.  An Afternoon with Bennet Omalu. Annual SAS Health Care and Life Sciences Executive Conference, SAS Institute, Inc., Cary, North Carolina, May 4, 2016.

74.  An Afternoon with Bennet Omalu. 2016 Diversity & Inclusion Symposium, Carolinas Healthcare System, Charlotte, North Carolina, April 28, 2016.

75.  An Evening with Bennet Omalu. Healthcare Business Summit, MedAssets, Las Vegas, Nevada, April 26, 2016.

76.  An Evening with Bennet Omalu. The Institute For Rehabilitation and Research [TIRR], Houston, Texas, April 21, 2016.

77.  The 2016 Significant Speaker Event, Gallogly Events Center, University of Colorado, Colorado Springs. An Evening with Dr. Bennet Omalu: Don't Break the Rules, Change the Game: How Bennet Omalu single-handedly changed American football, professional sports,

Exhibit 40-37

how the world perceived traumatic brain injuries, and making small steps to spark a major change. April 19, 2016.

78.    Speaker, W.L. Mellon Series, Tepper School of Business, Carnegie Mellon University, April 14, 2016. The W.L. Mellon Speaker Series enables students to interact with global leaders, CEOs and management experts in student forums that encourage insightful and lively dialogue.

79.    An Evening with Dr. Bennet Omalu, University of Pécs Medical School, Pécs, Hungary, April 1, 2016.

80.    "A Morning with Dr. Bennet Omalu". The Head Injury Association: Head Injury Awareness Forum...Protecting School-aged Athletes from Concussion. Hauppauge, New York, March 30, 2016.

81.    "Concussion: The Story Behind the Movie". 68th Annual Meeting, San Francisco Neurological Society, Sonoma, California, March 12, 2016.

82.    "Don't Break the Rules, Change the Game". 11th Annual Brain Injury and Rehabilitation Conference, Liberty Station Conference Center, The Rehabilitation Center at Scripps Memorial Hospital Encinitas, San Diego, California. March 11, 2016.

83.    "An Evening with Bennet Omalu". Oklahoma State University, Speakers' Board, Wes Watkins Center, Stillwater, Oklahoma, March 9, 2016.

84.    "An Afternoon with Bennet Omalu". Vivo Capital Annual Limited Partner Meeting. Palo Alto, California, March 2, 2016.

85.    "An Afternoon with Bennet Omalu- Discussing the Discovery of CTE". Wounded Warrior Battalion (West), Camp Pendleton, California, March 1, 2016.

86.    "An Afternoon with Bennet Omalu". California Schools Employee Association and California Schools VEBA- Benefit University. Anaheim, California, February 29, 2016.

87.    "An Evening with Bennet Omalu". Inspiring Minds Speaker Series, Beth El Synagogue, St. Louis Park, Minnesota, February 25, 2016.

88.    "An Afternoon with Bennet Omalu". California Schools VEBA/ United HealthCare, Sacramento, California, February 23, 2016.

89.    "Concussion: An Evening with Bennet Omalu". Ohio State University, Columbus, Ohio, February 18, 2016.

90.    "An Evening with Bennet Omalu". Lifelong Learning Society, Florida Atlantic University, Jupiter, Florida, February 16, 2016.

91.    "A Morning with Bennet Omalu". 2016 MedAssets Healthcare Executive Forum. The Westin Kierland Resort & Spa, Scottsdale, Arizona, February 6, 2016.

Exhibit 40-38

92. "50 Minute Interview with Stone Phillips". City Arts & Lectures, Nourse Theatre, San Francisco, California, February 4, 2016.

93. "An Evening with Bennet Omalu". Frontier Forum Lecture Series, Straz Center for the Performing Arts, University of South Florida, Tampa, Florida, December 3, 2015.

94. Keynote speaker: "Courageous Truth-Seeker: One Pathologist's Quest for a Diagnostic Breakthrough". The College of American Pathologists Annual Conference [CAP] 2015, Nashville, Tennessee, October 4, 2015.

95. Panelist, Concussion Litigation: Past, Present and Future. California Judges Association, 2015 Mid-Year Conference. May 1-3, 2015, Indian Wells, California.

96. Keynote speaker, Law Day Luncheon 2015. The San Joaquin County Bar Association and Foundation. Thursday April 30, 2015.

97. Chronic Traumatic Encephalopathy [CTE] and Emerging In-Vivo Diagnosis. Santa Clara Valley Brain Injury Conference. Conversations on Coma to Community. February 5-7, 2015, Santa Clara Marriott, Santa Clara, California.

98. The Historical Foundation of Chronic Traumatic Encephalopathy [CTE]: The Role of the Medical Examiner. West Coast Training Conference "Games People Play". Wednesday, April 23, 2014. County of Los Angeles Department of Medical Examiner-Coroner. Beverly Garland, North Hollywood, Los Angeles, California.

99. Emerging In-Vivo Diagnosis of Chronic Traumatic Encephalopathy. Grand Rounds Lecture, Monday, December 2, 2013. Department of Medical Pathology and Laboratory Medicine, University of California, Davis.

100. Chronic Traumatic Encephalopathy: Current Understanding of Clinicopathologic Features; A Forensic Perspective. American Academy of Neurology, 65th Annual Meeting. San Diego, March 16-23, 2013. San Diego Convention Center. March 21, 2013: Cumulative Sports Concussion and Risk of Dementia Course.

101. CTE: A Historical Perspective- Pathological Overview and Taupathy. Mild Head Injury, Concussion, and Return to Activities: Update 2013. Symposium, Friday, January 25, 2013. The University of Chicago, Section of Neurosurgery, Department of Surgery. The University of Chicago Gleacher Center, 450 North Cityfront Plaza Drive. Chicago, Illinois.

102. History, Definition and Clinicopathologic Features of Chronic Traumatic Encephalopathy [CTE]. Sports Concussion Institute, The National Summit On Sports Concussion And Other Athletic Injuries. June 22, 2012. Los Angeles, California.

103. "Pathophysiology of Traumatic Brain Injury". Manteca Unified School District, School Nurses. Manteca, California. March 19, 2012.

Exhibit 40-39

104. "Sociology of Health & Illness". Department of Sociology, University of Pacific, Stockton Campus, Stockton, California. March 15, 2012.

105. "Chronic Traumatic Encephalopathy and PTSD". Grand Rounds, Department of Neurosurgery, University of California, Davis, Sacramento, California, March 13, 2012.

106. "Motivational Lecture and Forensics: Becoming What You Want to Become" San Joaquin County Youth Leadership Academy, District Attorney's Office, June 27, 2012.

107. "Youth Leadership for Change", 2012 Law Day Educational Program, San Joaquin County Bar Association. April 26, 2012.

108. "Chronic Traumatic Encephalopathy and PTSD" Full-Day Dementia Program, San Francisco Neurological Society. Sir Francis Drake Hotel, San Francisco, California, Friday, October 14, 2011.

109. "Taupathy and Chronic Traumatic Encephalopathy" Grand Rounds, Department of Pathology, University of California-Davis, Sacramento, California. April 18, 2011.

110. "Long Term Effects of Repeated Impacts to the Head in American Athletes". Brain Rehabilitation and Injury Network. Thinktank 2011, Long Beach, California. March 27, 2011.

111. "Chronic Traumatic Encephalopathy in American Athletes". Visiting Professor, Grand Rounds, University of California, San Francisco, Department of Neurology, Memory and Aging Center, March 11, 2011.

112. Motivational Lecture to One Hope School, County Operated Schools and Programs, San Joaquin County Office of Education. October 24 and 25, 2011

113. "Motivational Lecture and Forensics: the value and importance of education" San Joaquin County Youth Leadership Academy, District Attorney's Office, June 29, 2011.

114. Employee Personal Motivation Lecture. Employee Mentoring Program, Equal Employment Opportunity Office, San Joaquin County, Administration Building, 44 North San Joaquin Street, June 16, 2011.

115. Keynote Speaker, Thirteenth Annual San Joaquin County Diversity Luncheon. San Joaquin County, California. September 30, 2010.

116. "Becoming a Forensic Pathologist: My Experience and Perspective". Guest Lecturer, First and Second Year Medical Students, School of Medicine, University of California, Davis, October 22, 2010.

117. "Chronic Traumatic Encephalopathy in Sports". 2010 Advanced Team Physician Course, American College of Sports Medicine, American Medical Society for Sports Medicine and American Orthopaedic Society for Sports Medicine. Washington, DC, December 10, 2010.

Exhibit 40-40

118. "Emerging Technology in the Evaluation and Treatment of Concussion". 2010 Advanced Team Physician Course, American College of Sports Medicine, American Medical Society for Sports Medicine and American Orthopaedic Society for Sports Medicine. Washington, DC, December 10, 2010.

119. "Epidural Hemorrhages" Visiting Professor Lecture, Neurosurgery Residents, Department of Neurosurgery, West Virginia University, August 17, 2010

120. "Pharm Parties". 10th Annual San Joaquin County Child Abuse Prevention Symposium, Stockton, California, April 14, 2010.

121. "The Forensic Pathology of Chronic Traumatic Encephalopathy". 2010 Independent Retired Players Summit and Conference, Las Vegas, Nevada, April 17, 2010.

122. "Chronic Traumatic Encephalopathy". The Amen Clinic, Newport Beach, California, March 20, 2010.

123. "The forensic pathology of Chronic Traumatic Encephalopathy in American Athletes: the journey thus far." Advanced Education Seminar, Lakewood Orthopedics & Sports Medicine, Speakers Bureau Member, Dallas, Texas, January 23, 2010.

124. "Emerging Forensic Issues of Chronic Traumatic Encephalopathy in American Athletes". Presenter, 2009 National Educational Conference, American Association of Legal Nurse Consultants, Phoenix, Arizona, April 24, 2009.

125. "The stressors in the life of a physician and forensic pathologist". Sociology of Health & Illness Course, University of the Pacific, Stockton, California, March 26, 2009.

126. "New Technologies in Neuropathology and Neuropathology of Concussion in Athletes". Presenter, Emerging Technology and Techniques in Neurosurgery, Ceasar's Palace, Las Vegas, November 8, 2008, Departments of Neurosurgery, West Virginia University, Morgantown, WV, and Allegheny General Hospital, Pittsburgh, PA.

127. "The Forensic Pathology of Chronic Traumatic Encephalopathy in Professional American Athletes". Key Note Speaker, American Association of Legal Nurse Consultants, West Virginia, Upper Ohio Valley Chapter, 2008 meeting, October 17, 2008, Wheeling, West Virginia.

128. "The Pathophysiology of Traumatic Brain Injury". Visiting Professor/Guest Lecturer, October 1, 2008, Department of Neurosurgery, West Virginia University, Morgantown, West Virginia.

129. Key Note Speaker, "Helping People One Test at a Time", National Laboratory Week, Harlem Hospital Center, New York City, April 25, 2008

Exhibit 40-41

130. "The Link between the Field and Dementia" Rendezvous II: An International Sports Medicine Conference, March 25, 2008, Caesars Palace, Las Vegas. 17th Annual Meeting of The American Medical Society for Sports Medicine (AMSSM) and The Canadian Academy of Sports Medicine (CASM), March 25 – 29, 2008.

131. "The Neuropathology and Delayed Sequelae of Concussion in NFL Players". The National Concussion Summit: Concussion in Sports: The Under-Recognized Public Epidemic The Sports Concussion Institute. Centinela Freeman Regional Medical Center, Marina Campus, Marina Del Rey, California at The Marriott Hotel, 4100 Admiralty Way, Marin Del Rey, CA 90292, Friday, April 20th, 2007.

132. "Football Induced Chronic Traumatic Encephalopathy" November 2006, meeting of the Pittsburgh chapter of the National Association of Neurological Nurses, Waterfront, Homestead, Pittsburgh.

133. "The forensic perspectives of traumatic brain injury". 2005 Annual Nursing Conference: traumatic brain injury, from ER management to ICU, rehab, organ donation and Trisha Meili a.k.a. Central Park Jogger. Allegheny General Hospital Pittsburgh, Pennsylvania. November 18, 2005

134. 'Mortality following bariatric surgery'. Bariatric Surgery Research Mini-symposium, Minimally Invasive Surgery Center, Department of Surgery, University of Pittsburgh, Pennsylvania, January 17, 2004.

135. "My professional life as a forensic pathologist and neuropathologist". A career development presentation to selected high school students of the Pittsburgh Public School System. April 14, 2004.

136. "My professional life as a forensic pathologist and neuropathologist". A career development presentation to students of the Saint Benedict the Moor Catholic School, 2900 Bedford Avenue, Pittsburgh, Pennsylvania 15219. March 5, 2004.

137. 'The medico-legal autopsy'. University of Pittsburgh Chapter of the American Inns of Court, Pittsburgh, Pennsylvania. April, 2002.

138. 'My professional experience as a Forensic Pathologist'. Graduating Lecture, 2002 certificate program class, The Cyril H. Wecht Institute of Forensic Sciences, School of Law, Duquesne University, Pittsburgh, Pennsylvania. November, 2002.

139. "The mechanisms of trauma in motor vehicular accidents". Surgical grand-rounds, Department of Surgery, The Mercy Hospital System, Pittsburgh, Pennsylvania. May, 2000.

Exhibit 40-42

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 55 of 124    Page
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 26 of 94*
ID #:5473

## Post-Graduate Medical Teaching Experience-1

1.  Supervised medical students during the Emergency Medicine rotation, University of Jos, Jos, Nigeria, January 1991-September, 1994.

2.  Taught a patho-physiology course for the physician assistant program at the Harlem Hospital Center, New York, NY. July, 1996 – June, 1999.

3.  Presented weekly clinico-pathologic conferences for the departments of pathology, surgery, internal medicine, obstetrics and gynecology, Harlem Hospital Center, New York, NY. July, 1995 – June, 1999.

4.  Taught medical students and residents, forensic pathology and neuropathology, University of Pittsburgh, July, 1999 – June, 2002.

5.  Taught a workshop in the patho-physiology course, Masters in Public Health program, Graduate School of Public Health, University of Pittsburgh, September, 2002 – 2007.

6.  Supervised residents during rotation in forensic pathology, University of Pittsburgh, July, 2002 – 2007.

7.  Taught monthly forensic neuropathology workshops to residents and fellows in pathology, neurology and neurosurgery, University of Pittsburgh, 2004 – 2007.

8.  Taught monthly neuropathology workshops to residents in pathology, Conemaugh Memorial Hospital, Johnstown, Pennsylvania, January 2005 – 2007.

9.  Presented monthly trauma rounds to surgery residents, Mercy Hospital of Pittsburgh, January 2006 – 2007.

10. Presented quarterly one-day introductory autopsy conferences for the emergency medicine technology program of Allegheny County Community College, April, 2006.

11. Forensic pathology and neuropathology grand round lectures, internal medicine, family practice and surgery residents, San Joaquin General Hospital, French Camp, California, 2009 – 2012.

12. Forensic neuropathology brain cutting workshops for pathology residents and fellows, University of California at Davis, Department of Pathology, 2009 – 2013.

13. Forensic neuropathology brain cutting workshops for neurology residents and fellows, University of Nevada, Las Vegas at the Clark County Coroner's Office, 2011 – 2012.

14. Mentoring and teaching residents and medical Students and covering the autopsy service, and forensic neuropathology service, Department of Medical Pathology and Laboratory Medicine, University of California at Davis, March 2012 – July 2013.

Exhibit 40-43

15. Microscopy sessions and slides review, residents and medical students, Department of Medical Pathology and Laboratory Medicine, University of California at Davis, September 2013 to present.

16. Grand rounds lectures, didactic lectures in laboratory management, forensic pathology and neuropathology for medical students, residents and fellows, Department of Medical Pathology and Laboratory Medicine, UC-Davis Medical School, 2008 – Present.

17. Grand Rounds, Department of Medical Pathology and Laboratory Medicine, UC-Davis, February 1, 2016: What a Pathologist can Learn from Hollywood: Dr. Omalu's Experience.

18. Brain Cutting Workshops and Signouts, Medical Students, Graduate Medical and Non-Medical Students, Residents and Fellows, Department of Medical Pathology and Laboratory Medicine, University of California- Davis Medical School. January 2018 – Present.


## Research Grant

1. $24, 750.00 grant from The Pittsburgh Foundation for a research project on Loss of heterozygosity as predictors of grade and outcome in meningiomas in collaboration with John Lee, M.D. University of Pittsburgh.

2. $200,000.00 grant from The Hazel Ruby Mcquain Charitable Trust, West Virginia to the Brain Injury Research Institute, for research into Chronic Traumatic Encephalopathy, 2010-2011.


## Boards and Committees Memberships

1. Child Death Review Board, San Joaquin County, California, 2007 – 2018

2. Infant Death Review Board, San Joaquin County, California, 2007 – 2018

3. Elder Death Review Board, San Joaquin County, California, 2007 – 2018

4. Homicide Review Committee, San Joaquin County, California, 2010 – 2015

5. San Joaquin County Trauma Audit Committee, San Joaquin County Emergency Medical Services Agency, California, 2014 – 2018

6. Member, Traumatic Brain Injury Advisory Board, State of California, 2018 - Present

Exhibit 40-44

## Broadway Theatre and Hollywood Motion Picture Coverage

1.  Concussion, drama film, Sony Pictures, starring Will Smith as Bennet Omalu. December 25, 2015. Written and directed by Peter Landsman, produced by Scott Free Productions and the Shuman Company.

2.  League of Denial: The NFL's Concussion Crisis. Documentary Movie. Frontline, Public Broadcasting Service [PBS]. October 8, 2013.
    http://www.pbs.org/wgbh/frontline/film/league-of-denial/?utm_source=email&utm_medium=social&utm_campaign=share_button

3.  EST/Sloan presents Headstrong, by Patrick Link; directed by William Carden. The Ensemble Studio Theatre, New York City, New York. April/May 2012.

## Selected Book Coverage

1.  Concussion by Jeanne Marie Laskas. Random House, New York, USA. 2015 [New York Times Best Seller]

2.  League of Denial. The NFL, Concussions, and the Battle for Truth by Mark Fainaru-Wada and Steve Fainaru. Crown-Archetype, Random House, New York, USA. 2013.

3.  The Death Penalty on Trial, Crisis in American Justice, by Bill Kurtis, PublicAffairs[TM], 2004.

## Selected Media Coverage

1.  The Lost Lincoln, History Will Change. Discovery Channel TV, October 4, 2020.
    https://www.discovery.com/shows/the-lost-lincoln

2.  Medical Examiners under Fire. CBS Sunday Morning, CBS News, June 14, 2020.

3.  The Truth Seeker. Sitting Down With Bennet Omalu, President and Medical Director of Bennet Omalu Pathology, by Luke Turner, The Pathologist, September 27, 2019.
    https://thepathologist.com/outside-the-lab/the-truth-seeker

4.  Contact sports will "cease to exist" within a generation. Adrian Proszenko. The Sidney Morning Herald. August 11, 2019. https://www.smh.com.au/sport/nrl/contact-sports-will-cease-to-exist-within-a-generation-20190809-p52fpf.html

5.  Renowned Pathologist Testifies in Football Player's Lawsuit. Barbara S. Miller. The Intelligencer: Wheeling News Register. May 12, 2019.
    http://www.theintelligencer.net/news/community/2019/05/renowned-pathologist-testifies-in-football-players-lawuit/

Exhibit 40-45

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 58 of 124    Page
*Curriculum Vitae and Bibliography*    **Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP**    *Page 29 of 94*
ID #:572

6.  Recognizing the patterns of truth. You may have seen the movie based on the life of Bennet I. Omalu, MD, MBA, MPH. Find out the real story behind what he has discovered in CTE and in letting science lead the way. By Kevin O'Reilly. American Medical Association Moving Medicine Magazine. Spring 2019, Volume 1, Issue 1. March 30, 2019. https://app.svwps.com/americanmedicalassociation/ama/amamag/mag.html

7.  Bennet Omalu, le médecin qui a secoué le sport En faisant le lien au début des années 2000 entre dégénérescence cérébrale et pratique du football américain, ce médecin légiste a brisé un tabou. Il s'est attiré les foudres de la NFL mais ses travaux ont fait évoluer les mentalités et eu des répercussions en hockey, rugby et football. Valérie de Graffenried, Le Temps, February 15, 2019. https://www.letemps.ch/sport/bennet-omalu-medecin-secoue-sport

8.  Was C.T.E. Stealing His Mind? A Gunshot Provided the Answer: Jason Hairston played briefly in the N.F.L., hunted with Donald Trump Jr. and owned a wildly successful hunting gear and apparel company. But he increasingly worried about a degenerative brain disease. John Branch, New York Times, January 31, 2019. https://www.nytimes.com/2019/01/31/sports/cte-football-hairston-super-bowl.html

9.  REVEALED: Former NFL star Jason Hairston was home alone with his son, 10, when he took his life - moments after the boy said he was 'acting different' in a call to his mom, who says CTE is to blame. Chris Spargo, Daily Mail, February 2019. https://www.dailymail.co.uk/news/article-6155381/NFL-star-Jason-Hairston-home-son-10-suicide-autopsy-looks-CTE.html

10. Tout ce que je cherchais, c'est la vérité - Dr Bennet Omalu. Propos recueillis par Diane Sauvé, Journaliste, Radio-Canada Sports. January 8, 2019. https://ici.radio-canada.ca/sports/podium/68/podium-dr-bennet-omalu-commotions-concussion-cerebrales-football-will-smith-cte-etc http://ici.radio-canada.ca/sports/podium/70/podium-connor-crisp-hockey-commotions-cerebrales-omalu-canadien-etc-cte?fromApp=appSportsAndroid&fromMobileApp=android

11. The Forensic Fighter: From Battling the NFL to challenging police shootings, Dr. Bennet Omalu has used his scalpel to expose the truth. By Gabriel Thompson, San Francisco Magazine, October 19, 2018. https://modernluxury.com/san-francisco/story/the-forensic-fighter

12. Head Drama- When Bennet Omalu, MD, identified a degenerative brain disease in NFL players, it shifted the worlds of both sports and neurology- and protocols about concussion. By Richard Laliberte, Brain&Life, Neurology For Everyday Living. American Academy of Neurology, August/September 2018.

13. Independent Autopsy Finds Police Shot Stephon Clark in the Back. Julie Small, KQED News, March 30, 2018. https://www.kqed.org/news/11658808

14. Favre and famed doctor on the NFL's concussion crisis. https://www.cnn.com/videos/tv/2018/02/01/bennet-omalu-brett-favre-amanpour.cnn.video/playlists/amanpour/ Christiane Amanpour, February 1, 2018.

**Exhibit 40-46**

15. CTE Has Been Found in a Living Brain for the First Time Ever: Dr. Bennet Omalu has made a big breakthrough. By Luke Darby, GQ magazine, November 17, ,2017. https://www.gq.com/story/cte-living-brain

16. Ex-NFL player confirmed as 1st case of CTE in living patient. By Nadia Kounang. CNN Health, November 16, 2017. http://www.cnn.com/2017/11/16/health/cte-confirmed-in-first-living-person-bn/index.html

17. Ex-NFL player confirmed as first case of CTE found in living person – researchers. By Bryan Armen Graham. The Guardian, November 16, 2017. https://www.theguardian.com/sport/2017/nov/16/cte-living-person-nfl-concussion-brain-trauma-research

18. Sacramento's Dr. Bennet Omalu and His Struggle for Sports Safety. By Seth Sandronsky. Comstock's Business Insight for the Capital Region, November 9, 2017. https://www.comstocksmag.com/web-only/sacramentos-dr-bennet-omalu-and-his-struggle-sports-safety

19. Book by 'Concussion' doctor is recommended reading for parents of football kids. By Ed Sherman Chicago Tribune, October 30, 2017. http://www.chicagotribune.com/lifestyles/books/sc-books-sports-book-roundup-1101-story.html

20. "From Hopeless to Healer: Persecuted in Nigeria, Stonewalled by the NFL- Early struggles prepared Bennet Omalu for character assassination in the U.S. By **Error! Hyperlink reference not valid.**

21. 'Concussion' doctor says kids shouldn't play these sports until they're 18. By A. Pawlowski. Health and Wellness, September 5, 2017. https://www.today.com/health/concussion-doctor-warns-against-contact-sports-kids-t115938

22. "Truth Doesn't Have a Side". Publishers Weekly, Book Review, August 2017. https://www.publishersweekly.com/978-0-310-35196-2?utm_source=Publishers+Weekly&utm_campaign=92aa48e849-EMAIL_CAMPAIGN_2017_08_23&utm_medium=email&utm_term=0_0bb2959cbb-92aa48e849-305322873

23. "Who is Bennet Omalu and why did his concussion discovery send shock waves through sport?", by Jeremy Wilson, The Telegraph, August 9, 2017. http://www.telegraph.co.uk/football/2017/08/09/bennet-omalu-did-concussion-discovery-send-shock-waves-sport/

24. New book shows a more intimate 'Side' of Dr. Bennet Omalu, by Terri Schlichenmeyer, The Philadelphia Tribune, August 22, 2017. http://www.phillytrib.com/lifestyle/new-book-shows-a-more-intimate-side-of-dr-bennet/article_e969b814-adac-5897-ac64-1eb5cc56166a.html

Exhibit 40-47

25. 'Concussion' doctor: No such thing as 'making football safer', by Brett Cyrgalis, New York Post, August 7, 2017. http://nypost.com/2017/08/07/concussion-doctor-no-such-thing-as-making-football-safer/

26. Dr. Bennet Omalu: CTE obsession obscuring truth about brain health of football players, by Kevin Seifert, ESPN, August 4, 2017. http://www.espn.com/nfl/story/_/id/20245394/dr-bennet-omalu-says-obsession-cte-obscuring-larger-truth-brain-health-football-players

27. Under 18s should not play rugby, says 'concussion' doctor. Leading neuropathologist calls for contact sport with risk of head blows to be limited to adults, by Gavin Cummiskey, The Irish Times, Dublin, Ireland, June 3, 2017. http://www.irishtimes.com/sport/rugby/under-18s-should-not-play-rugby-says-concussion-doctor-1.3105970

28. How head injuries will end sport as we know it. Dr Bennet Omalu says children should not be playing rugby or heading the ball in soccer, by Gavin Cummiskey, The Irish Times, Dublin, Ireland, June 3, 2017. http://www.irishtimes.com/sport/rugby/how-head-injuries-will-end-sport-as-we-know-it-1.3105943

29. http://www.post-gazette.com/local/city/2017/05/30/Bennet-Omalu-concussion-Kenneth-Reeves-homicide-trial-Allegheny-County-Pittsburgh/stories/201705300124.

30. Omalu Says NHL Docs Using 'Alternative Facts' To Refute CTE, by Zachary Zagger, Law360, New York, February 8, 2017.

31. Bennet Omalu gets involved in NHL concussion lawsuit, by Rick Westhead, TSN Canada, February 9, 2017. http://www.tsn.ca/bennet-omalu-gets-involved-in-nhl-concussion-lawsuit-1.667427

32. Thank you Dr. Omalu, by Roger Braden, Attorney at Law Magazine, Kentucky Edition, Volume 4, No. 1, 2016.

33. Physician who discovered CTE in NFL players gets AMA's highest honor, by Timothy Smith, AMA Wire, November 12, 2016. https://wire.ama-assn.org/ama-news/physician-who-discovered-cte-nfl-players-gets-ama-s-highest-honor

34. First case of CTE diagnosed in MMA fighter, by Bob Hohler, The Boston Globe, October 21, 2016. https://www.bostonglobe.com/sports/2016/10/20/first-case-cte-diagnosed-mma-fighter/SfUZnoh3Z1dT9xruTm95RO/story.html

35. Bennet Omalu - From Trauma to Triumph, Dr. Benjamin Ola. Akande, President, Westminster College, Missouri. Ladue News, St. Louis, Missouri.

36. Bennet Omalu, MD. The Physician Leader Whose Research Inspired The Movie Concussion. PIJ- Physician Leadership Journal, Bill Steiger, American Association For Physician Leadership. Volume 3, Issue 2, March/April, 2016.

37. Truth and Consequences. Hillary Louise Johnson. Sactown Magazine. April-May 2016.

Exhibit 40-48

38. Concussion, Bang to Rights: Science is taking big stems toward understanding the impact of concussion. The Economist, March 5, 2016. http://www.economist.com/news/science-and-technology/21693906-science-taking-big-steps-toward-understanding-impact-concussion-bang

39. Bennet Omalu receives congressional honors, by The Record. The Stockton Record Newspaper, February 5, 2016. http://m.recordnet.com/article/20160205/NEWS/160209826.

40. CTE in the NFL: The tragedy of Fred McNeill. By Nadia Kounang, CNN. February 5, 2016. http://edition.cnn.com/2016/02/04/health/fred-mcneill-cte-football-player/index.html.

41. Brain Trust. Will Smith shines a light on the dark side of the sport he loves. By Ben Reiter. Sports Illustrated Magazine. December 28, 2015.

42. The Inside Story of Concussion's Dr. Bennet Omalu and His 'Good Friend' Will Smith. By Johnny Dodd. People Magazine. December 24, 2015.

43. The Doctor the NFL Tried to Silence. League physicians sought to discredit Bennet Omalu's autopsy study showing widespread brain damage in former Steelers star Mike Webster. By Jeanne Marie Laskas. World Street Journal. November 24, 2015.

44. Greater Good. Health Heroes- Scientist. WebMD. November-December 2015 issue.

45. Concussion Pathologist Play by Will Smith Tells His Story. Pam Harrison. Medscape Medical News. Medscpae.com. October 4, 2015.

46. Gridiron Dementia. Nicholas Ducassi. Carnegie Mellon Today. May 2015 issue.

47. Will Smith to play Bennet Omalu, who changed the way we think about football. Alyssa Rosenberg. The Washington Post, June 5, 2014 [http://www.washingtonpost.com/news/act-four/wp/2014/06/05/will-smith-to-play-bennet-omalu-who-changed-the-way-we-think-about-football/]

48. Will Smith to Star In NFL Concussion Drama (EXCLUSIVE): Sony's untitled thriller based on GQ article 'Game Brain'. Justin Kroll. Variety, June 3, 2014. [http://variety.com/2014/film/news/will-smith-to-star-in-movie-about-nfl-concussions-exclusive-1201210878/]

49. Dorsett, others show signs of CTE. By William Weinbaum and Steve Delsohn | ESPN.com, November 6, 2013. [http://espn.go.com/espn/otl/story/_/id/9931754/former-nfl-stars-tony-dorsett-leonard-marshall-joe-delameilleure-show-indicators-cte-resulting-football-concussions].

50. "S.J.'s chief medical examiner declines job offer from D.C." by Jennie Rodriguez-Moore. The Stockton Record. October 27, 2013.

Exhibit 40-49

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 62 of 124    Page
ID #:5708
*Curriculum Vitae and Bibliography*        **Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP**        *Page 33 of 94*

51.   Public Broadcasting Corporation, Frontline, "The League of Denial", October 8, 2013.

52.   ESPN.com, January 22, 2013. "CTE found in living ex-NFL players" by Steve Fainaru *and* Mark Fainaru-Wada

53.   The New York Times, April 26, 2012. "Veterans and Brain Disease" by Nicholas D. Kristof.

54.   Gehirn&Geist, February 9, 2012, Bidredaktion, SCHÄDEL-HIRN-TRAUMATA, Krieg im Kopf [German]; by Sharon Weinberger

55.   "Gun linked to Gilley in killing" by Jennie Rodriguez-Moore. The Stockton Record. April 17, 2012.

56.   Nature 477**,** 390-393 (September 2011) Bombs' hidden impact: The brain war. Wartime explosions may be creating an epidemic of brain damage — and a major challenge for scientists; by Sharon Weinberger.

57.   Faculty Newsletter, UC Davis Health System, February – March 2011: Brain Trauma Expert Bennet Omalu Teaches Forensic Neuropathology; Published by the Faculty Development Office.

58.   ESPN The Magazine, January 10, 2011: Coming to a head: When the NFL reversed field on concussions, it spawned a medical gold rush that pits scientist against scientist in a quest for cures, treatments and dead men's brains; by Peter Keating.

59.   The Patriot-News, December 26, 2010: 2010: The year of the concussion; by Stefanie Loh.

60.   CNN.com, November 24, 2010: Ex-NFL stars after concussion: Lives unraveled; by Stephanie Smith, CNN medical producer.

61.   CNN.com, November 22, 2010, Warner: Playing through concussion 'part of the game'; by Stephanie Smith, CNN Medical News.

62.   The Patriot-News, August 22, 2010: What Chris Henry taught us: how an autopsy of the former Cincinnatic Bengals' receiver's brain has helped doctors further research about concussions in football, by Stefanie Loh.

63.   The New York Times, June 28, 2010: Former Bengal Henry Found to Have Had Brain Damage, by Alan Schwarz.

64.   "Gray jury report unveils details of Huckaby case" by Scott Smith. The Stockton Record. June 19, 2010.

65.   The Associated Press, June 18, 2010: Forensic Pathologist: Disposal of Sandra Cantu's Body Likely Premeditated.

66.   Fox News Network, American News HQ, Shannon Bream, Sunday, February 7, 2010.

Exhibit 40-50

67.  ESPN Television, Outside the Lines, Concussions in Football, Sunday, February 7, 2010.

68.  Stars and Stripes, "Doctors study link between combat and brain disease." January 23, 2010, by Seth Robbins.

69.  The Sydney Morning Herald, Australia, "US football players face head injury time bomb." January 10, 2010, by Ed Pilkington.

70.  Guardian Newspaper, United Kingdom, "Ticking timebomb in US colleges as American football head injuries linked to dementia: As NFL bows to pressure and changes its rules, a Congressional hearing has opened into fears of long-term brain damage." January 4, 2010, by Ed Pilkington.

71.  ESPN.COM, "Doctors: Wrestler had brain damage", December 9, 2009, by Greg Garber.

72.  "S.J. medical examiner details gruesome scene", by Scott Smitt. The Stockton Record. November 20, 2009.

73.  ABC Television, Nightline: Driven Mad? What long-term brain injuries can football players sustain? October 16, 2009, by Martin Bashir and Roxanna Sherwood.

74.  GQ Magazine: Blowing the whistle on the NFL: a shocking look at what the modern game is doing to players' brains. October 2009, by Jeanne Marie Laskas.

75.  Science Journal: A late hit for pro football players: emerging research suggests that hard knocks on the field may cause delayed brain damage in retired athletes. August 7, 2009, by Greg Miller.

76.  Canadian Broadcasting Corporation- Television Documentary: Head Games. The Fifth Estate. Aired on Wednesday November 19, 2008 on CBC-TV.

77.  Canadian Broadcasting Corporation-Television Documentary: A fight to the death. Concussions in Sports. Aired on February 6 and 10, 2008 on CBC-TV and on February 8 on CBC Newsworld.

78.  State Journal: Sports Research Group Wants Action, WVU's Bailes, others hope findings lead to more education about concussions. September 13, 2007; by Juliet A. Terry.

79.  Science Daily: Wrestler Chris Benoit Brain's Forensic Exam Consistent with Numerous Brain Injuries. September 6, 2007.

80.  USA Today: NFL begins debate about concussions at summit. Wednesday, June 20, 2007; by Gary Mihoces.

81.  USA Today: Concussion force hard look inward around NFL. Tuesday, June 19, 2007; by Gary Mihoces.

Exhibit 40-51

82. New York Times: PRO FOOTBALL; Lineman, Dead at 36, Sheds Light on Brain Injuries. Friday, June 15, 2007; by Alan Schwarz.

83. USA Today: NFL disputes doctor's diagnosis of "footballer's dementia". Monday, June 18, 2007; by Gary Mihoces.

84. Neuroscene Podcast: "Dementia of Football": The next major public health issue in sports. Friday, June 15, 2007. http://www.neuroscene.com.

85. HBO Sports, RealSports with Bryant Gumbel, Concussions in the NFL, May 7, 2007.

86. Head Games, Football's Concussion Crisis, by Christopher Nowinski, The Drummond Publishing Group, 2007.

87. New York Times: Pro football, expert ties ex-player's suicide to brain damage from football. Thursday, January 18, 2007; by Alan Schwarz.

88. Washington Post: "Brain chaser" tackles effects of NFL hits. Wednesday April 25, 2007; by Les Carpenter.

89. Football Concussions Linked to Depression, Cognitive Impairment—Experts Seek Prospective Studies, by Stephanie Cajigal, Neurology Today Volume 7(5), 6 March 2007, pp 1, 22–23. Lippincott, Williams and Wilkins, 2007 AAN Enterprises, Inc.

90. Concussions in Collision Sports, by Alyssa Banotal, Advance, for Speech-Language Pathologists and Audiologists, The Nation's Speech-Language and Audiology Weekly. May 14, 2007 Vol. 17 No. 20, pp 6-8, 42.

91. Gastric bypass surgery patients often find it's not a cure for depression. Wednesday, June 29, 2005 by Alana Samuels.

92. Pittsburgh profiles, interview with Elaine Effort on KQV news radio, AM 1410, Pittsburgh, Pennsylvania, Sunday, April 25th, 2004.

93. Recorded mass, part of parish evangelization effort. Pittsburgh Catholic. Friday, January 24, 2003 by Patricia Bartos.

94. Pittsburgh Post-Gazette: Suicide rose during '90s, peaked in '97. Sunday, November 16, 2003; by Jim McKinnon.

95. New Pittsburgh Courier: Omalu joins coroner's office. Saturday, July 17, 1999; by Treshea N. Wade.

Exhibit 40-52

## PART 2: BIBLIOGRAPHY

## <u>Books and Book Chapters</u>

1.  Play Hard Die Young: Football dementia, depression and death. By Bennet Omalu, M.D., NeoForenxis Books, Lodi, California, February 2008.

2.  A Historical Foundation of CTE in Football Players: Before the NFL, There was CTE. By Bennet Omalu, M.D. Bennet Omalu, Lodi, California, July 2014.

3.  <u>Omalu, B</u>. Chronic Traumatic Encephalopathy in Concussion, Niranjan A and Lunsford LD eds. Progress in Neurological Surgery, Vol. 28. Karger, New York, New York, 2014.

4.  <u>Omalu, </u>B. Neuropathology of Chronic Traumatic Encephalopathy in Handbook of Neurological Sports Medicine, Concussion and Other Nervous System Injuries in the Athlete. Petraglia AL, Bailes JE, Day AL eds. Human Kinetics, Champaign, Illinois, 2015.

5.  Omalu, B. The Pathologist is the "Salt" of Patient Care. The Healing Art of Pathology. Bui MM, Galagan KA eds. CAP Press, 2016.

6.  Truth Doesn't Have a Side: My Alarming Discovery about the Danger of Contact Sports. By Bennet Omalu, with Mark Tabb [contributor]. Zondervan Books, HarperCollins Christian Publishers, August, 2017.

7.  Brain Damage in Contact Sports: What Parents Should Know Before Letting Their Children Play. Neo-Forenxis Books, February 2018.

8.  Evaluation of head, neck and spinal cord for injury and disease. Omalu, BI and Hammers JL. In Medical Legal Handbook, Hammers JL, Fitzsimmons, RP eds. Juris Publishing, Inc, 2018, Huntington, New York.

Exhibit 40-53

Case 2:23-cv-07532-DMG-SSC   Document 72-3   Filed 02/14/25   Page 66 of 124   Page
ID #:1503
*Curriculum Vitae and Bibliography*   ***Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP***   ***Page 37 of 94***

## Peer-Reviewed Scientific Journal Publications - 1

1.  Boakye K, <u>Omalu B,</u> Thomas L. Fallopian Tube and Pulmonary Sarcoidosis. A Case Report. J Reprod Med. 1997 Aug; 42(8):533-535.

2.  Harris A, Levy E, Kanal E, Pollack A, Cayhill AM, <u>Omalu BI,</u> Albright AL. Infectious aneurysm clipping by MRI/ MRA wand guided protocol: a case report and technical note. Pediatric Neurosurgery. 2001 Aug;35(2):90-3.

3.  Levy EI, Harris AE, <u>Omalu BI,</u> Hamilton R, Branstetter BF, Pollack IF. Sudden death from fulminant acute cerebellitis. Pediatric Neurosurgery. 2001 Jul;35(1):24-8.

4.  Uma P, Lacomis D, <u>Omalu B.</u> Amiodarone induced neuromyopathy: three cases and review of the literature. Journal of Clinical Neuromuscular Disease. 2002 March;3(3):97-105.

5.  <u>Omalu BI</u>HT, Wiley CA, Hamilton RL. February 2003: a 53-year-old male with new onset seizures. Brain Pathology. 2003 Jul;13(3):419-20, 423.

6.  Harris AE, Lee JYK, <u>Omalu B,</u> Flickinger JC, Kondziolka D, Lunsford LD. The effect of radiosurgery during management of aggressive meningiomas, Surgical Neurology. 2003 October, 60 (4): 298-305

7.  Centeno JA, Pestaner JP, <u>Omalu BI,</u> Torres NL, Field F, Wagner G, Mullick FG.TH Blood and Tissue Concentration of Cesium after Exposure to Cesium Chloride: A Report of Two Cases. Biol Trace Elem Res. 2003;94(2):97-104.

8.  <u>Omalu BI,</u> Dominick JT, Uhrich TG, Wecht CH. Fatal constriction of an 8-year-old child by her parents' pet python: a call for amendment to existing laws on the ownership of exotic wildlife to protect children from avoidable injury and death, Child Abuse & Neglect, 2003 Sep;27(9):989-91.

Exhibit 40-54

9.    Omalu BI, Abdulrazek SA, Guoji W, Lipkin WI, Wiley CA.T Fatal Fulminant Pan-Meningo-Polioencephalitis Due to West Nile Virus. Brain Pathology 2003;T13[4]:465-472.

10.   Ionescu DN, Sasatomi E, Aldeeb D, Omalu BI, Finkelstein SD, Swalsky PA, Yousem SA.. Pulmonary meningothelial-like nodules: a genotypic comparison with meningiomas. American Journal of Surgical Pathology 2004;28(2):207-14.

11.   Omalu B, Abdulrezak SM, Rozin L, Ladham S, Wecht CH. Post-mortem grading of cerebral contusions: a proposed modification of the Adams' contusion index with re-definition of anatomic markers. Forensic Science, Medicine and Pathology. June 2005;1(2):105-112.

12.   Omalu BI, Luckasevic T, Abdulrezak SM, Rozin L, Wecht CH, Kuller LH. Post-bariatric surgery deaths, which fall under the jurisdiction of a coroner. Am J Forensic Med Pathol. 2004 Sep; 25(3):237-242.

13.   Lee JYK, Finkelstein S, Hamilton RL, Rekha R, King Jr. JTK, Omalu B. Loss of Heterozygosity Analysis of Benign, Atypical, and Anaplastic Meningiomas. Neurosurgery 2004; 55(5):1163-1173.

14.   Koehler SA, Weiss H, Songer TJ, Rozin L, Shakir A, Ladham S, Omalu B, Dominick J, Wecht CH. Deaths among criminal suspects, law enforcement officers, civilians and prison inmates. A coroner-based study. The American Journal of Forensic Medicine and Pathology 2003; 24(4):334-338.

15.   Omalu B, Diagnosis of traumatic diffuse axonal injury. Am J Forensic Med Pathol. 2004; 25(3):270-271.

16.   Koehler SA, Luckasevic TM, Rozin L, Shakir A, Ladham S, Omalu B, Dominick J, Wecht CH. Death by chainsaw: fatal kickback injuries to the neck. Journal of Forensic Sciences 2004;49(2):345-50.

Exhibit 40-55

17.  Koehler SA, Shakir A, Ladham S, Rozin L, <u>Omalu B,</u> Dominick J, Wecht CH. Cardiac concussion: Definition, Differential Diagnosis, and Cases Presentation and the Legal Ramification of a Misdiagnosis. Am J Forensic Med Pathol. 2004 Sep; 25(3): 205-208.

18.  Koehler SA, Ladham S, Rozin L, Shakir A, <u>Omalu B,</u> Dominick J, Wecht CH. The risk of body packing: a case of a fatal cocaine overdose. Forensic Sci Int. 2005 Jun 30;151(1):81-4.

19.  <u>Omalu BI,</u> Dekosky ST Minster RL, Kamboh MI,.Hamilton, R, Wecht CH. Chronic Traumatic Encephalopathy in a National Football League Player. Neurosurgery. 2005 Jul;57(1):128-34.

20.  <u>Omalu BI,</u> Cho P, Shakir AM, Agumadu UH, Rozin L, Kuller LH, Wecht CH. Suicides following bariatric surgery for the treatment of obesity. Surgery for Obesity and Related Diseases. 2005 Jul-Aug;1(4):447-449.

21.  <u>Omalu BI,</u> Macurdy KM, Koehler ST, Nnebe-Agumadu UH, Shakir A, Rozin L, Wecht CH. Forensic pathology and forensic epidemiology of suicides in Allegheny County, Pennsylvania: a ten year retrospective review (1990 – 1999). Forensic Science, Medicine and Pathology. June 2005;1(2):125-138.

22.  <u>Omalu BI,</u> Mancuso JA, Cho P, Wecht CH. Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave, The Journal of Forensic Sciences. November 2005;1453-1458.

23.  Brown MJ, Willis T, <u>Omalu B</u>, Leiker R. Deaths resulting from hypocalcemia after administration of edetate disodium: 2003-2005. Pediatrics, 2006 August; 118(2): e534-6.

24.  Lindner JL, <u>Omalu BI,</u> Buhari A, Shakir A, Rozin L, Wecht CH. Nursing home deaths which fall under the jurisdiction of the coroner: an 11-year retrospective study. Am J Forensic Med Pathol 2007; 28: 292–298.

Exhibit 40-56

25.   <u>Omalu BI</u>, DeKosky ST, Hamilton RL, Minster RL, Kamboh I, Wecht CH. Chronic Traumatic
      Encephalopathy in a National Football League Player. Neurosurgery. May
      2006;58(5):E1003

26.   <u>Omalu BI</u>, DeKosky ST, Hamilton RL, Minster RL, Kamboh I, Shakir A, Wecht CH. Chronic
      traumatic encephalopathy in a national football league player: part II. Neurosurgery. 2006
      Nov;59(5):1086-1092.

27.   <u>Omalu BI,</u> Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates
      and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004.
      Arch Surg 2007;142(10):923-928.

28.   <u>Omalu BI,</u> Lindner JL, Janssen JK, Nnebe-Agumadu U, Weedn V. The role of environmental
      factors in the causation of sudden death in infants: two cases of sudden unexpected death
      in two unrelated infants who were cared for by the same babysitter. Journal of Forensic
      Sciences, 2007, November; 52(6).

29.   <u>Omalu BI,</u> Shakir AM, Lindner JL, Tayur SR. Forecasting as an operations management tool
      in a medical examiner's office. Journal of Health Management, Vol. 9, No. 1, 75-84 (2007)

30.   <u>Omalu BI,</u> Lindner JL, Parwani AV, Balani J, Shakir A, Ness RB. Is there an association
      between coronary atherosclerosis and carcinoma of the prostate in men aged 50 years and
      older? An autopsy and coroner based post-mortem study. Nigerian Journal of Clinical
      Practice, January-March 2013, 16(1).

31.   <u>Omalu BI,</u> Bailes J, Hammers J, Fitzsimmons, RP. Chronic traumatic encephalopathy,
      suicides and parasuicides in professional American athletes: the role of the forensic
      pathologists. Am J Forensic Med Pathol Volume 31, Number 1, March 2010.

32.   <u>Omalu</u> BI, Hammers J, DiAngelo C, Moore S, Luckasevic T. Autopsy features of sudden
      death due to isolated eosinophilic coronary arteritis: report of two cases and review of
      literature. J Forensic Nurs. 2011 Sep;7(3):153-6.

Exhibit 40-57

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 70 of 124    Page
ID #:5704
*Curriculum Vitae and Bibliography*        **Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP        Page 41 of 94**

33.  <u>Omalu B.</u> Pathophysiological nervous system consequences of conducted electrical devices and sudden, unexpected death. J Forensic Nurs. 2011 Mar;7(1):51-3

34.  Tindle HA, <u>Omalu B</u>, Courcoulas A, Marcus M, Hammers J, Kuller LH. Risk of suicide after long-term follow-up from bariatric surgery. Am J Med. Nov;123(11):1036-1042.

35.  <u>Omalu B</u>, Bailes J, Hamilton RL, Kamboh MI, Hammers J, Case M, Fitzsimmons R. Emerging Histomorphologic Phenotypes of Chronic Traumatic Encephalopathy [CTE] in American Athletes. Neurosurgery. 2011 Jul;69(1):173-83; discussion 183.

36.  <u>Omalu B,</u> Hammers J, Bailes J, Hamilton RL, Kamboh MI, Webster G, Fitzsimmons R. Chronic traumatic encephalopathy in an Iraqi war veteran with posttraumatic stress disorder who committed suicide. Neurosurgical Focus 31 (5): E3, 2011.

37.  <u>Omalu B,</u> Hammers J, Luckasevic T. Diagnosis of hemorrhagic stroke in an exhumed brain after three years of burial in a deep grave. Journal of Forensic Sciences. 2012;57(6):1665-8.

38.  Small GW, Kepe V, Siddarth P, Ercoli LM, Merrill DA, Donoghue N, Bookheimer SY, Martinez J, <u>Omalu B</u>, Bailes J, Barrio JR. PET scanning of brain tau in retired National Football League players: preliminary findings. American Journal of Geriatric Psychiatry. 2013;21(2):138-44.

39.  Turner RC, Lucke-Wold BP, Robson MJ, <u>Omalu BI,</u> Petraglia AL, Bailes JE. Repetitive traumatic brain injury and development of chronic traumatic encephalopathy: a potential role for biomarkers in diagnosis, prognosis and treatment? Frontiers in Neurology. 2012;3:186

40.  Bailes J, Petraglia A, <u>Omalu B</u>, Nauman E, Talavage T. The role of subconcussion in repetitive mild traumatic brain injury. <u>J Neurosurg.</u> 2013; 119(5): 1235-45.

41.  <u>Omalu B.</u> Chronic traumatic encephalopathy. Prog Neurol Surg. 2014;28:38-49.

Exhibit 40-58

42.  Lucke-Wold BP, Turner RC, Logsdon AF, Nguyen L, Bailes JE, Lee JM, Robson MJ, <u>Omalu BI</u>,
     Huber JD, Rosen CL. Endoplasmic reticulum stress implicated in chronic traumatic
     encephalopathy. J Neurosurg. 2015 Sep 18:1-16. [Epub ahead of print]

43.  Barrio JR, Small GW, Wong KP, Huang SC, Liu J, Merrill DA, Giza CC, Fitzsimmons RP, <u>Omalu
     B</u>, Bailes J, Kepe V. In vivo characterization of chronic traumatic encephalopathy using [F-
     18]FDDNP PET brain imaging. Proc Natl Acad Sci U S A. 2015 Apr 21;112(16):E2039-47.
     Epub 2015 Apr 6. Erratum in: Proc Natl Acad Sci U S A. 2015 Jun 2;112(22):E2981.

44.  Raji CA, Merrill DA, Barrio JR, <u>Omalu B</u>, Small GW. Progressive Focal Gray Matter Volume
     Loss in a Former High School Football Player: A Possible Magnetic Resonance Imaging
     Volumetric Signature for Chronic Traumatic Encephalopathy. Am J Geriatr Psychiatry 2016,
     24:10; 784-790.

45.  <u>Omalu B,</u> Small GW, Bailes J, Ercoli LM, Merrill DA, Wong, K, Huang S, Satyamurthy N,
     Hammers JL, Lee J, Fitzsimmons RP, Barrio JR. Postmortem autopsy confirmation of
     antemortem [F-18]FDDNP-PET scans in a football player with chronic traumatic
     encephalopathy. Neurosurgery, November 10, 2017. E-published.

46.  Lucke-Wold B, Seidel K, Udo R, <u>Omalu B</u>, Ornstein M, Nolan R, Rosen C, Ross J. Role of Tau
     Acetylation in Alzheimer's Disease and Chronic Traumatic Encephalopathy: The Way
     Forward for Successful Treatment. J Neurol Neurosurg. 2017;4(2). Epub 2017 Dec 7.

47.  Pombo R, Johnson E, Gamboa A, <u>Omalu B.</u> Autopsy-proven Mirtazapine Withdrawal-
     induced Mania/Hypomania Associated with Sudden Death. J Pharmacol Pharmacother.
     2017 Oct-Dec;8(4):185-187.

48.  Chen ST, Siddarth P, Merrill DA, Martinez J, Emerson ND, Liu J, Wong K, Satyamurthy N,
     Giza CC, Huang S, Fitzsimmons RP, Bailes J, <u>Omalu B,</u> Barrio JR, Small GW. FDDNP-PET Tau
     Brain Protein Binding Patterns in Military Personnel with Suspected Chronic Traumatic
     Encephalopathy. Journal of Alzheimer's Disease 2018 65(1):79-88.

49.  Nassir Ghaemi S, Mauer S, <u>Omalu BI</u>. Lithium treatment for chronic traumatic
     encephalopathy: A proposal. Bipolar Disord. 2019 Feb 12. doi: 10.1111/bdi.12757.

Exhibit 40-59

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 72 of 124    Page
ID #:508
*Curriculum Vitae and Bibliography*        ***Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP***        *Page 43 of 94*

50. <u>Omalu B</u>, Diu S, Paudel N, Parson SJ, Hammers JL. Autopsy Cardiac Troponin I Plasma Levels
    Can Be Elevated in Myocardial Infarction Type 3: A Proposal to Modify the Definition of
    Myocardial Infarction Type 3. Am J Forensic Med Pathol. 2021 Jan 19. doi:
    10.1097/PAF.0000000000000662. Epub ahead of print. PMID: 33491951.

51. <u>Omalu, Bennet</u> MD, MBA, MPH; Hammers, Jennifer DO Letter: Recommendation to Create
    New Neuropathologic Guidelines for the Post-Mortem Diagnosis of Chronic Traumatic
    Encephalopathy, Neurosurgery: July 2021 - Volume 89 - Issue 1 - p E97-E98 doi:
    10.1093/neuros/nyab138

52. <u>Omalu, Bennet</u> MD, MBA, MPH*; Hammers, Jennifer DO‡ In Reply: Recommendation to
    Create New Neuropathologic Guidelines for the Postmortem Diagnosis of Chronic
    Traumatic Encephalopathy, Neurosurgery: January 2022 - Volume 90 - Issue 1 - p e21-e23
    doi: 10.1227/NEU.0000000000001768

53. <u>Omalu B</u>, Hammers J. Letter: Traumatic Encephalopathy Syndrome [TES] Is Not Chronic
    Traumatic Encephalopathy [CTE]: CTE Is Only a Subtype of TES. Neurosurgery. 2021 Aug
    16;89(3):E205-E206. doi: 10.1093/neuros/nyab231. PMID: 34271585.

54. Shergill A, Conner P, Wilson M, <u>Omalu B</u>. Accuracy and validity of determined cause of
    death and manner of death following forensic autopsy prosection. J Clin Pathol. 2023 Jun
    12:jcp-2023-208876. doi: 10.1136/jcp-2023-208876. Epub ahead of print. PMID: 37308286.

Exhibit 40-60

## Abstract Presentations and Publications - 1

1.  <u>Omalu B,</u> Torres NL, Field F, Centeno JA, Mullick FG. Forensic implications of the analytical evaluation of human tissues after exposure to cesium chloride. AFIP Fellowship, Dept. of Environmental and Toxicologic Pathology.

2.  <u>Omalu B,</u> Navarro C, Thomas L, Olibrice M. Pulmonary steatosis: fatty degeneration of type II pneumocytes Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

3.  <u>Omalu B,</u> Navarro C, Coira-Pademonte M. An immunohistochemical profile of tumor associated antigens in malignant melanoma and benign melanocytic nevi: CD44, p53 protein, cathepsin B and melan-A gene product.

4.  Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

5.  <u>Omalu B,</u> Torres NL, Field F, Centeno JA, Mullick FG. Forensic implications of the analytical evaluation of human tissues after exposure to cesium chloride. AFIP Fellowship, Dept. of Environmental and Toxicologic Pathology.

6.  <u>Omalu B,</u> Navarro C, Thomas L, Olibrice M. Pulmonary steatosis: fatty degeneration of type II pneumocytes Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

7.  <u>Omalu B,</u> Navarro C, Coira-Pademonte M. An immunohistochemical profile of tumor associated antigens in malignant melanoma and benign melanocytic nevi: CD44, p53 protein, cathepsin B and melan-A gene product. Harlem Hospital 6th Annual Research Fair. College of Physicians and Surgeons of Columbia University. April 1998.

Exhibit 40-61

## Abstract Presentations and Publications - 2

8.    Omalu H, <u>Omalu B</u>. Hepatitis B virus markers and liver function in patients with homozygous sickle cell disease. Library Archives, Department of Pediatrics, College of Medicine, University of Nigeria:March 1992.

9.    <u>Omalu B.</u> Knowledge, attitude and practice of contraception among university students in Enugu, Nigeria. Library Archives, Department of Public Health, College of Medicine, University of Nigeria: May 1989.

10.   <u>Omalu B,</u> Hamilton R, Rolston R, Jaumotte J, Swalsky P, Finkelstein S. Mirodissection-based mutational profiling of meningiomas: meningioma grading and fractional allelic loss index. Platform presentation at the American Association of Neuropathologists national meeting, Denver, Colorado, June 20-23, 2002.

11.   <u>Omalu B</u>, Koehler SA, Ladham S, Shakir A, Rozin L, Dominick J, Wecht CH. Forensic epidemiology of suicides in Allegheny County, Pennsylvania: a ten year retrospective review, 1991-1999. Platform presentation at the National Association of Medical Examiners national meeting, Sherveport, Louisiana, .September 27 - October 3, 2002,

12.   Koehler SA, <u>Omalu B</u>, Ladham S, Shakir A, Rozin L, Dominick J, Wecht CH. The methods of suicide and seasonal patterns by Age, Sex, and Race: A 10-year Forensic Epidemiological study of Suicides in Allegheny County, Pa:1990-1999. Platform presentation at the International Assocaition of Forensic Nurses 10th Annual Scientific Assembly, Minneapolis, Minnestoa, October 9-12 2002

13.   <u>Omalu B,</u> Lee JYK, Hamilton R, Finkelstein S. Loss of heterozygosity analysis of meningiomas as predictors of grade. Oral poster presentation at the 52[ndP] Annual Meeting of the Congress of Neurological Surgeons, Philadelphia, Pennsylvania, September 23-25, 2002.

Exhibit 40-62

## Abstract Presentations and Publications - 3

14. Ionescu DN, <u>Omalu BI,</u> Finkelstein SD, Swalsky PA, Trusky C, Lomago D, Yousem SA. Pulmonary meningothelial-like nodules: a genotypic comparison with meningiomas. Abstract presentation at the 92nd Annual meeting of the United States and Canadian Academy of Pathology, Washington DC, March 22-28, 2003.

15. <u>Omalu B</u>, Abdulrazek S, Guoji W, Lipkin W, Wiley C. Fatal fulminant pan-meningo-polioencephalitis due to west nile virus. Abstract presentation at the 79th Annual Meeting of the American Association of Neuropathologists, Orlando, Florida., June 19-22, 2003.

16. <u>Omalu B</u>, Abdulrazek S, Guoji W, Lipkin W, Wiley C. Fatal fulminant pan-meningo-polioencephalitis due to west nile virus. Abstract presentation at the Annual Meeting of the National Association of Medical Examiners, San Jose, California, September 19 – 24, 2003.

17. Lee JYK, <u>Omalu B,</u> Hamilton R, King JT, Finkelstein S. Loss of Heterozygosity Analysis of Meningiomas: A Population Study. Abstract presentation at the 53rd Annual Meeting of the Congress of Neurological Surgeons, Denver Colorado, October 18-23, 2003.

18. Luckasevic TM, <u>Omalu BI,</u> "Sudden and Unexpected Death Following Bariatric Surgery for Morbid Obesity." Poster Presentation at the United States and Canadian Association of Pathology 2004 Annual Meeting, Vancouver, British Columbia, Canada; March 6 – 12, 2004.

19. <u>Omalu BI,</u> "Diagnosis of Alzheimer's disease in an exhumed decomposed brain after twenty months of burial in a deep grave". Poster Presentation at the American Association of Neuropathologists (AANP) 2004 Annual Meeting, Cleveland, Ohio, June 24-27, 2004.

Exhibit 40-63

## Abstract Presentations and Publications - 4

20.  Omalu BI,  "Chronic traumatic encephalopathy and the National Football League" Poster
     Presentation at the American Association of Neuropathologists (AANP) 2004 Annual
     Meeting, Cleveland, Ohio, June 24-27, 2004.

21.  Omalu BI, "Diagnosis of Alzheimer's disease in an exhumed decomposed brain after
     twenty months of burial in a deep grave". Poster Presentation at the National Association
     of Medical Examiners (NAME) 2004 Annual Meeting, Nashville, TN, September, 10-15,
     2004.

22.  Omalu BI,  "Chronic traumatic encephalopathy and the National Football League" Poster
     Presentation at the National Association of Medical Examiners (NAME) 2004 Annual
     Meeting, Nashville, TN, September, 10-15, 2004.

23.  Ionescu DN, Naus GJ, Shakir AM, Omalu BI. Autopsy findings, manner and cause of death
     in nursing home deaths investigated by the Allegheny county coroner's Office,
     Pennsylvania: a five year retrospective review. Poster Presentation at the United States
     and Canadian Academy of Pathology 2005 Annual Meeting, San Antonio, Texas, February
     26 – March 4, 2005.

24.  Lindner JL, Omalu BI, Alhaji B, Shakir AM, Silverman JF, Wecht CH. Nursing home deaths
     which fall under the jurisdiction of the coroner: an 11-year retrospective study. United
     States and Canadian Academy of Pathology 2006 Annual Meeting, Atlanta, Georgia,
     February 11 – 17, 2006.

25.  Omalu BI, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates
     and causes of death following bariatric surgery for pennsylvania residents, 1995 to 2004.
     American Diabetes Association, 66P[thP] scientific session, June 9P[th] – 13P[th], 2006,
     Washington, DC.

Exhibit 40-64

## Abstract Presentations and Publications - 5

26.  <u>Omalu BI</u>, Lindner JL, Hamilton RL, Minster RL, Kamboh MI, Abdulrezak AM, DeKosky ST. A comparison of chronic traumatic encephalopathy in two national football league players. American Association of Neuropathologists, 26th International Congress of Neuropathology, September 10 – 15, September 10th – 15th, 2006, San Francisco, California.

27.  Lindner JL, <u>Omalu BI,</u> Shakir AM. Nursing home deaths, which fall under the jurisdiction of the medical examiner. An eleven year retrospective review. 2006 national meeting of the National Association of Medical Examiners. October 2006, San Antonio, Texas.

28.  Lindner JL, <u>Omalu BI</u>, Ives DG, Buhari AM, Lindner JL, Schauer PR, Wecht CH, Kuller LH. Death rates and causes of death following bariatric surgery for Pennsylvania residents, 1995 to 2004. 2006 national meeting of the National Association of Medical Examiners. October 13 – 17, 2006, San Antonio Texas

29.  <u>Omalu BI</u>. The emerging role of forensic pathologists in identifying cases of chronic traumatic encephalopathy in NFL players. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

30.  Lindner JL, <u>Omalu BI.</u> The role of environmental factors in the causation of sudden death in infants: two cases of sudden unexpected death in two unrelated infants who were cared for by the same babysitter. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

31.  Lindner JL, <u>Omalu BI.</u> Forecasting as an operations management tool in a medical examiner's office. 2007 Annual meeting of the National Association of Medical Examiners, October 12 – October 17, 2007, Savannah, Georgia.

Exhibit 40-65

## Abstract Presentations and Publications - 6

32.    Bailes J, <u>Omalu BI.</u> Spectrum of Consequences of Sports-Related Mild Traumatic Brain Injury. 2008 annual meeting of the American Academy of Neurological Surgeons, September 8, Phoenix, Arizona.

33.    Bailes JE, Omalu B:  Chronic Traumatic Encephalopathy:  Autopsy analysis in professional and contact sport athletes. Presented at:  American Academy of Neurological Surgery 71st annual meeting, West Palm Beach, Florida, November 2009.

34.    Omalu B, Chronic Traumatic Encephalopathy: My Understanding of What We Can do Moving Forward. 13th Annual Society for Brain Mapping and Therapeutics. Miami, Florida, April 9th, 2016.

35.    Omalu B, CTE and FDDNP: Blast and Non-Blast Variants. 13th Annual Society for Brain Mapping and Therapeutics. Miami, Florida, April 9th, 2016.

36.    Omalu B, Chronic Traumatic Encephalopathy, Conformational Intelligence and the Law. April 23, 2017. Association of Defense Trial Attorneys, 2017 Annual Meeting, April 19-23, 2017, Monterey, California.

## Internet, Newspaper and Newsletter Articles and Publications

1.    Guest View: Autopsy of George Floyd did not reveal the truth. Stockton Record, Opinion, June 13, 2020. https://www.recordnet.com/opinion/20200613/guest-view-autopsy-of-george-floyd-did-not-reveal-truth

2.    It's time to stop fooling ourselves about the harm of heading a football. Daily Mail, October 28, 2019. https://www.dailymail.co.uk/news/article-7347433/Dr-Bennet-Omalu-says-contact-sports-banned-Australia.html.

3.    CTE Discoverer: We Shouldn't Be Surprised That Aaron Hernandez Had CTE. Op-Ed Contribution, Fortune.com, September 26, 2017. http://fortune.com/2017/09/26/bennet-omalu-cte-aaron-hernandez/?iid=sr-link1

Exhibit 40-66

4.    Concussions and NFL: How the name CTE came about. CNN, Political Op-Eds/ Social
       Commentary Contribution. December 22, 2015.

5.    Don't Let Kids Play Football. New York Times Op-Ed Contribution, December 7, 2015.

6.    Founder, http://www.Neo-Forenxis.com, an internet medico-legal consulting and autopsy
       service company, September 2006.

7.    Ionescu DN, Janssen JK, Omalu BI. A 49-year-old white woman found dead in her bed.
       Clinical pathology case of the month, Department of Pathology, University of Pittsburgh.
       http://path.upmc.edu/casemonth/cp-casemonth.html, November 2004, Case 407,
       Forensic Toxicology.

8.    Omalu B, A forensic perspective of suicide. Coroner's Gazette, Allegheny County Coroner's
       Office: 2000 June; 6:4-8.

9.    Dr. Bennet Omalu, Sacrament of marriage protective factor against suicide, Commentary,
       Pittsburgh Catholic Newspaper; Page 5, Friday, February 20, 2004

10.   Bennet I. Omalu, MD, MPH, Announcing Beta-Amyloid Precursor Protein
       Immunohistochemistry for the Forensic Pathology Practice. A newsletter circulated to all
       members of the National Association of Medical Examiners, March 2004.

Exhibit 40-67

## PART 3: COURT TESTIMONIES

## CRIMINAL CASES

**NOTE: I began keeping records in June 2009. I do not have records from 1999 to 2009, a period of ten years.**

1.   The People of the State of California vs. Amera Khalid Addi. Superior Court of California, County of San Joaquin, California. Trial, June 4, 2009. LF010386.

2.   The People of the State of California vs.Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin, California. Preliminary Hearing, June 8, 2009. SF111174.

3.   The People of the State of California vs. Rammel Barao, Vandell Johnson, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 28, 2009. SF111178.

4.   The People of the State of California vs. Gabriel Isidore Olivarez, Ruben Carrillo. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 24, 2009. SF111555.

5.   The People of the State of California vs. Terrance Graham. Supeior Court of California, County of San Joaquin, California. Preliminary Hearing. July 20, 2009. SF111544.

6.   The People of the State of California vs. Melissa Huckabee. Superior Court of California, County of San Joaquin. California. Grand Jury. July 21, 2009. DA# 2535.

7.   The People of the State of California vs. Chanreasmey Prum, Rattany Uy, Michael Andrew Garduno, Deandre Cole. Superior Court of California, County of San Joaquin, California. Trial. August 4, 2009. SF107288.

8.   The People of the State of California vs. Raymond Lee Dale. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 5, 2009. MM118508.

9.   The People of the State of California vs. Anthony Santos Mejorado, Issac Joseph Mejorado. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 25, 2009. SF111696.

10.  The People of the State of California vs. Daniel Seth Maciel, Jaime Ledezma Baro, Travis Leon Carter, Debbie Rosemarie Perez, Roy Allen Thierry. Superior Court of California, County of San Joaquin, California. Trial. September 18, 2009. SF105792.

11.  The People of the State of California vs. Dejon Whitfield, Djuane Hicks, Edward Adams. Superior Court of California, County of San Joaquin, California. Grand Jury. September 23, 2009. DA# 2550.

Exhibit 40-68

12. The People of the State of California vs. Jesse Refugio Tellez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 15, 2009. SF112270.

13. The People of the State of California vs. Sidney Kelley, David Depron, Erica Crystal Vergara, Amanda Nicole Newitt. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 20, 2009. SF107969.

14. The People of the State of California vs. Terry Lynn Herron. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2009. SF112494.

15. The People of the State of California vs. Mario Pena. Superior Court of California, County of San Joaquin, California. Trial. November 4, 2009. MF031224.

16. The People of the State of California vs. Jorge Morgan, Robert Anthony Plunkett-Morgan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 19, 2009. SF112590.

17. The People of the State of California vs. Jeffrey Haworth. Superior Court of California, County of San Joaquin, California. Trial. January 5, 2010. SF112033.

18. The People of the State of California vs. Joel Ladon Lewis, Gerell Lee Whatley, Delisa Rochelle Bryant. Superior Court of California, County of San Joaquin, California. Trial. January 22, 2010. SF110732.

19. The People of the State of California vs. Verra Torres. Superior Court of California, County of San Joaquin, California. Grand Jury. January 27, 2010. DA# 2571.

20. The People of the State of California vs. Richard Tihomir Lukic. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 3, 2010. SF113247.

21. The People of the State of California vs. Gabriel Isidore Olivarez, Ruben Carrillo. Superior Court of California, County of San Joaquin, California. Trial. February 18, 2010. SF111555.

22. The People of the State of California vs. Jose Jesus Perez, Jose Gutierrez. Superior Court of California, County of San Joaquin. Preliminary Hearing. February 19, 2010. SF113004.

23. The State of Nevada vs. Victor Olusegun Fakoya. Clark County District Court, Nevada. Trial. February 24, 2010. 08F22346X/C249790.

24. The People of the State of California vs. Anthony Adell Hubbard. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 2, 3, 2010. SF113328.

Exhibit 40-69

25.    The People of the State of California vs. Gerardo Antonio Orozco, Jose Jesus Gomez, Steven
        Mickey Alvarado. Superior Court of California, County of San Joaquin. Trial. March 10, 2010.
        SF111174.

26.    Commonwealth of Virginia vs. Elmer Jonathan Midence. Circuit Court of Fairfax County, Virginia.
        Trial. March 11, 2010. FE-2009-0000914.

27.    The People of the State of California vs. Ghanem Valdimar Elsumeri. Superior Court of California,
        County of San Joaquin, California. Preliminary Hearing. March 23, 2010. SF113429.

28.    The People of the State of California vs. Michael Dwayne Mau, Johnny Joseph Martinez, Elvis
        Mendoza, Cecilia Naomi Colon, Maria De La Luz Martinez. Superior Court of California, County of
        San Joaquin, California. Preliminary Hearing. March 28, 2010. SF113131.

29.    The People of the State of California vs. Leopoldo Carranza. Superior Court of California, County of
        San Joaquin, California. Preliminary Hearing. March 28, 2010. SF113697.

30.    The People of the State of California vs. Baljit Singh. Superior Court of California, County of San
        Joaquin, California. Preliminary Hearing. April 7, 2010. SF113711.

31.    The People of the State of California vs. Antonio Perez Ford. Superior Court of California, County of
        San Joaquin, California. Trial. May 12, 2010. SF106558.

32.    The People of the State of California vs. James Washington. Superior Court of California, County of
        Sacramento, California. Trial. May 18, 2010. 08F04720.

33.    The People of the State of California vs. Jose Rodriguez Cardenas, Ramon Enriquez Mendez.
        Superior Court of California, County of San Joaquin, California. Trial. May 20, 2010. SF106859.

34.    The People of the State of California vs. Arthur Carlos Garcia. Superior Court of California, County
        of San Joaquin, California. Trial. May 26, 2010. SF107299.

35.    The People of the State of California vs. Junior Barrasa. Superior Court of California, County of San
        Joaquin, California. Preliminary Hearing. June 2, 2010. SF113295.

36.    The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County
        of San Joaquin, California. Preliminary Hearing. June 8, 2010. SF114327.

37.    The People of the State of California vs. Ricardo David Tabios. Superior Court of California, County
        of San Joaquin, California. Preliminary Hearing. July 13, 2010. SF112508.

38.    The People of the State of California vs. David Leon Lagrimas. Superior Court of California, County
        of San Joaquin, California. Preliminary Hearing. July 14, 2010. SF114042.

Exhibit 40-70

39.   The People of the State of California vs. Rammel Barao, Vandell Johnson, Jr. Superior Court of California, County  of San Joaquin, California. Trial. August 3, 2010. SF111178.

40.   The People of the State of California vs. Jose Luis Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 9, 2010. SF114511.

41.   The People of the State of California vs. Siphanna Touch, Dinunn Chan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 30, 2010. SF114812.

42.   The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 8, 2010. SF114626.

43.   The People of the State of California vs. Patrick John Forrester. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 14, 2010. SF114825.

44.   The People of the State of California vs. Leopoldo Carranza. Superior Court of California, County of San Joaquin, California. Trial. September 28, 2010. SF113697.

45.   The People of the State of California vs. Jose Jesus Perez, Jose Gutierrez. Superior Court of California, County of San Joaquin, California. Trial. October 1, 2010. SF113004.

46.   The People of the State of California vs. Mitchell Barron. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 12, 2010. SF114979.

47.   The People of the State of California vs. Kevin Harrison. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 18, 2010. SF115281.

48.   The People of the State of California vs. Maria Colunga and Elias Armenta. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2010. SF111623.

49.   The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 29, 2010. SF115481.

50.   The People of the State of California vs. Patrick Devora. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 1, 2010. SF115194.

51.   The People of the State of California vs. Nicholas Ferrell Emmett. Superior Court of California, County of Sacramento, California. Preliminary Hearing. November 5, 2010. 09F04994.

52.   The People of the State of California vs. Michael Dwayne Mau, Johnny Joseph Martinez. Superior Court of California, County of San Joaquin, California. Trial. November 9, 2010. SF113131.

Exhibit 40-71

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 84 of 124    Page
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 55 of 94*
ID #:5778

53.    The People of the State of California vs. Douglas Andre Thomas, Jr. Superior Court of California, County of Sacramento, County of San Joaquin, California. Preliminary Hearing. November 19, 2010. SF114273.

54.    The People of the State of California vs. Gregory Michael Rice. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 30, 2010. SF114606.

55.    The People of the State of California vs. Jesse Refugio Tellez. Superior Court of California, County of San Joaquin, California. Trial. December 1, 2010. SF112270.

56.    The State of Nevada vs Victor Olusegun Fakoya. Clark County District Court, Clark County, Nevada. Trial. December 6, 7, 2010. 08F22346X/C249790.

57.    The People of the State of California vs. Marco Antonio Rios. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 29, 2010. SF115976.

58.    The People of the State of California vs. Demario Josh Langford. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 3, 2011. SF115727.

59.    The People of the State of California vs. Tiffany Ann Holmes. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 18, 2011. SF115318.

60.    The People of the State of California vs. Anthony Paul Acosta. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 24, 2011. SF115873.

61.    The People of the State of California vs. Alexander Suliven. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 24, 2011. SF115230.

62.    The People of the State of California vs. Baljit Singh. Superior Court of California, County of San Joaquin, California. Trial. February 3, 8, 2011. SF113711.

63.    The People of the State of California vs. Michael Sokkhorm May, Kaller Sam, Ron Korm, Jereme Sin, Allen Phalit, Eddi Yam, Savann Rang and Ly Jan So. Superior Court of California, County of San Joaquin, California. Grand Jury. February 9, 2011. DA#2598.

64.    The People of the State of California vs. Edgar Jose Canseco. Superior Court of California, Count of San Joaquin, California. Preliminary Hearing. March 1, 2011. SF115887.

65.    The People of the State of California vs. Alphonze Fitzhugh. Superior Court of California, County of San Joaquin, California. Grand Jury. March 3, 2011. DA#2632.

Exhibit 40-72

66.  The People of the State of California vs. Angelo Marcus Gonzales, Lionzo Angel Villarreal. Superior Court of California, County of San Joaquin, California. March 14, 2010. SF115628.

67.  The People of the State of California vs. Noah Eugene Duenas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. Preliminary Hearing. March 22, 2011. SF116082.

68.  The People of the State of California vs. Benjamin Serratos III. Superior Court of California, County of San Joaquin, California. Preliminary Hearing, March 28, 2011. SF115116.

69.  The People of the State of California vs. Richard Tihomir Lukic. Superior Court of California, County of San Joaquin, California. Jury Trial. March 29, 2011. SF113247.

70.  The People of the State of California vs. Genaro Torres Jr. Superior Court of California, County of San Joaquin, California. Grand Jury. April 7, 2011. DA# 2638.

71.  The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 22, 2011. SF115112.

72.  The People of the State of California vs. Jose Rodriguez Cardenas. Superior Court of California, County of San Joaquin, California. Trial. April 27, 2011. SF106859.

73.  The Commonwealth of Virginia vs. Antonio B. Rueda [AKA: Antonio Barron]. Floyd County Circuit Court, Virginia. Trial. May 5, 2011. CR10-09.

74.  The People of the State of California vs. Brandon Cole Lagorio. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2011. LF012214.

75.  The People of the State of California vs. John Joseph Lydon. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2011. SF115784.

76.  The People of the State of California vs. Ignacio Felix. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 16, 2011. SF116259.

77.  The People of the State of California vs. Demario Josh Langford. Superior Court of California, County of San Joaquin, California. Trial. May 17, 2011. SF115727.

78.  The People of the State of California vs. Georgina Nunez, Hamid Abid Flores. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 6, 2011. SF117178.

79.  The People of the State of California vs. Patrick John Forrester. Superior Court of California, County of San Joaquin, California. Trial. June 17, 21, 2011. SF114825.

80.  The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Trial. June 30, 2011. SF114626.

Exhibit 40-73

81.  The People of the State of California vs. David Leon Lagrimas. Superior Court of California, County of San Joaquin, California. Trial. July 21, 2011. SF114042.

82.  Commonwealth of Virginia v. Stephanie Renee Scates. Circuit Court of the County of Pittsylvania, Virginia. Trial. July 25, 2011. CR10000525-00/CR10000850-00.

83.  The People of the State of California vs. Jose Antonio Valle. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 2, 2011. SF116354.

84.  The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin, California. Trial. August 17, 2011. SF115481.

85.  The People of the State of California vs. Gerardo Antonio Orozco, Jose Jesus Gomez, Steven Mickey Alvarado. Superior Court of California, County of San Joaquin, California. Trial. September 1, 2011. SF111174.

86.  The People of the State of California vs. Courtney Brown. Superior Court of California, County of San Joaquin, California. Grand Jury Testimony. September 12, 2011. SP07-42491.

87.  The People of the State of California vs. Howard Daniel Smith. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 20, 2011. SF117208.

88.  The People of the State of California vs. Alberto Francisco Lara, Issiah Flores, Aurelio Espinoza, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 21, 2011. SF116240.

89.  The People of the State of California vs. Patricia Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 26, 2011. SF116883.

90.  The State of Maryland vs. David Bolding. Circuit Court for Prince George's County, Maryland. Trial. October 13, 2011; October 17, 2011. 101221X.

91.  The People of the State of California vs. Djuane Nunley, Dorjan Lyndell and Marcus McCliman. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 14, 2011. SFII8124.

92.  The State of Nevada vs. Cody Brian Wallace. Justice Court of Walker River Township, County of Lyon, State of Nevada. Preliminary Hearing. October 16, 2011. 10 CR 00385 3H

93.  The People of the State of California vs. Luciano Michael Mejia. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 28, 2011. SF117784.

94.  The People of the State of California vs. Angelo Marcus Gonzales, Lionzo Angel Villarreal. Superior Court of California, County of San Joaquin, California. Trial. December 9, 2011. SF115628.

95.  The Commonwealth of Virginia vs. Junior Kamper Spradlin. In the Circuit Court of Washington County, Virginia. Trial. December 13, 2011. CR11-594.

Exhibit 40-74

96.  The People of the State of California vs. Bianca Armstead. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 15, 2011. SF116605.

97.  The People of the State of California vs. Xavier Spivey, Stedviano Mayes. Superior Court of California, County of San Joaquin, California. Grand Jury. December 15, 2011. 11-24963/GJ-2011-4013055.

98.  The People of the State of California vs. Michael Harmon. Superior Court of California, County of Sacramento, California. Trial. December 19, 2011. 11F06107.

99.  The People of the State of California vs. Aushua Mcduff-Brown. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 20, 2011. SF118629.

100. The People of the State of California vs. Junior Barrasa. Superior Court of California, County of San Joaquin, California. Jury Trial. December 23, 2011. SF113295.

101. The People of the State of California vs. Gonzalo Riquelme, Miguel Valle. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 3, 2012. SF118647.

102. The People of the State of California vs. Howard Lamont Eady. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 9, 2012. SF117609.

103. The People of the State of California vs. Fernando Valdez. Superior Court of California, County of San Joaquin, California. Trial. January 19, 2012. SF115526.

104. The People of the State of California vs. Donald Lee Wilson. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 23, 2012/March 1, 2012/March 5, 2012. SF118090.

105. The People of the State of California vs. Noah Duenas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 2, 2012. SF116082 (A).

106. The State of Nevada vs. Lisanewerk Gebresilassie. Las Vegas Justice Court, Clark County, Las Vegas, Nevada. Preliminary Hearing. February 8, 2012. 11F17023X.

107. The People of the State of California vs. Benjamin Serrotos, III. Superior Court of California, County of San Joaquin, California. Trial. February 15, 2012. SF115116.

108. The People of the State of California vs. Anthony Paul Acosta. Superior Court of California, County of San Joaquin, California. Trial. February 28, 2012. SF118511.

109. The People of the State of California vs. Eddie Sandoval Lopez. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 29, 2012. SF119144.

110. The People of the State of California vs. Feliciano Lopez and Alajandro Sanchez. Superior Court of California, County of San Joaquin, California. Grand Jury. March 2, 2012. S010-09651.

Exhibit 40-75

111. The People of the State of California vs. Dawson Andrew Mcgehee. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 28, 2012. SF118835.

112. The People of the State of California vs. Jason Ross Gilley. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 16, 2012. SF118737.

113. The People of the State of California vs. Rebecca Mendoza. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 17, 2012. SF119652.

114. The People of the State of California vs. Devon Omar Epps. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 24, 2012. SF119095.

115. The People of the State of California vs. Robert Alexis Turner, Allen John Periman, Valerie Nessler. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 2, 2012. SF114626.

116. The People of the State of California vs. Jonathan Casas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 14, 2012. SF119416.

117. The People of the State of California vs. Edgar Canseco, Emmanuel Mendoza. Superior Court of California, County of San Joaquin, California. Trial. June 1, 2012. SF115887.

118. The People of the State of California vs. Richard Gonzalez, Jr. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 27, 2012. SF119941.

119. The People of the State of California vs. Tammi Harris. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. June 27, 2012. SF117439.

120. The People of the State of California vs. Alberto Lara, Issiah Flores, Aurelio Espinoza, Jr. Superior Court of California, County of San Joaquin. Jury Trial. August 8, 2012. SF116240.

121. The People of the State of California vs. Link Rhodes, III. Superior Court of California, County of San Joaquin. Preliminary Hearing. July 18, 2012. SF120193.

122. The People of the State of California vs. Jose Antonio Vega. Superior Court of California, County of San Joaquin. Jury Trial. August 23, 2012. SF115481.

123. The People of the State of California vs. Demetrius Anderson. Superior Court of California, County of San Joaquin. Grand Jury. August 23, 2012. SP12-01979.

124. The People of the State of California vs. Manuel Guzman. Superior Court of California, County of Sacramento. Jury Trial. August 30, 2012. IIFO5045.

125. The People of the State of California vs. Robert Antonio Barnes, Carlos Alberto Hernandez. Superior Court of California, County of San Joaquin. Jury Trial. September 7, 2012. SF117037.

Exhibit 40-76

126. The People of the State of California vs. Ashik Ali Zane. Superior Court of California, County of San Joaquin. Preliminary Hearing. September 10, 2012. SF118453.

127. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 12, 2012. SF119970.

128. The People of the State of California vs. Terrell Lamont Washington and Link Rhodes. Superior Court of California, County of San Joaquin, California. Grand Jury. October 2, 2012. SP12-10681.

129. The People of the State of California vs. Aushua Mcduff-Brown. Superior Court of California, County of San Joaquin, California. July Trial. October 4, 2012. SF118629.

130. The People of the State of California vs. Stephen Carriero. Superior Court of California, County of San Joaquin, California. Grand Jury. October 15, 2012. TP12-04806.

131. The People of the State of California vs. Djuane Nunley, Durjan Lyndell Daniels and Marcus Mccliman. Superior Court of California, County of San Joaquin, California. Jury Trial. October 31, 2012. SF118124.

132. The People of the State of California vs. Dawson Andrew Mcgehee. Superior Court of California, County of San Joaquin, California. Jury Trial. November 8, 2012. SF118835.

133. The State of Nevada vs. Kevin Lee Travis. Justice's Court of New River Township, County of Churchill, State of Nevada. Preliminary Hearing. November 9, 2012. 12-CR-00041.

134. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 4, 2012. SF120760.

135. The State of Nevada vs. Robert Schnueringer, Zach Kelsey, and Andrue Jefferson. Second Judicial District Court of the State of Nevada. County of Washoe. Trial. December 10, 2012. WCSO WC12-001241.

136. The People of the State of California vs. Yor Xiong. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. December 11, 2012. SF120774.

137. The People of the State of California vs. Devon Omar Epps. Superior Court of California, County of San Joaquin, California. Trial. December 20, 2012. SF119095.

138. The People of the State of California vs. Isaac Martinez. Superior Court of California, County of San Joaquin, California. Grand Jury. December 20, 2012. SO11-21376.

139. The People of the State of California vs. John Joseph Lydon. Superior Court of California, County of San Joaquin, California. Jury Trial. January 16, 2013. SF115784.

140. The People of the State of California vs. Anthony Santos Mejorado, Issac Joseph Mejorado. Superior Court of Calfornia, County of San Joaquin, California. Jury Trial. February 6, 2013. SF111696.

Exhibit 40-77

141. The State of Nevada vs. Diego Nochebuena. Eight Judicial District Court, Clark County, Nevada. Motion Hearing. February 28, 2013. C-11-270267-1.

142. The People of the State of California vs. Stedvieno Mayes, Xavier Spivey and Shameka Evans. Superior Court of California, County of San Joaquin, California. Jury Trial. March 5, 2013. SF119150.

143. The People of the State of California vs. Brandon Riberal, Raymond Vallis, Rocky Riberal, Vincente Yanez, Carlos Zendejas. Superior Court of California, County of San Joaquin, California. Grand Jury. March 11, 2013. SP12-11070.

144. The People of the State of California vs. Jay Loren Prater. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 25, 2013. SF120867.

145. The People of the State of California vs. Otilio Garcia. Superior Court of California, County of San Joaquin, California. Grand Jury. March 26, 2013. SO12-28688.

146. The People of the State of California vs. Alfredo Reyes Reyes. Superior Court of California, County of San Joaquin, California. Grand Jury. April 9, 2013. S082-01452.

147. The People of the State of California vs. Charlie Dumlao. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 10, 2013. SF121232.

148. The People of the State of California vs. Michael Sokkhorm Muy, Kailler Sam, Ron Korm. Superior Court of California, County of San Joaquin, California. Jury Trial. April 25, 2013. SF116876.

149. The People of the State of California vs. James Elron Mings. Superior Court of California, County of Yolo, California. Jury Trial. May 7, 2013. 13-0828.

150. The People of the State of California vs. Oscar Gaspar. Superior Court of California, County of Sacramento, California. Motion Hearing. May 22, 2013. 11F05744.

151. Commonwealth of Virginia v. Vanesa Patricio Cruz. The Circuit Court for Loudoun County, Leesburg, Virginia. Jury Trial. May 29 and 30, 2013. CR23981.

152. People of the State of California vs. Angelo Dunya Wright. Superior Court of California, County of Sacramento, California. Jury Trial. June 10, 2013. 11F07773.

153. The People of the State of California vs. Oscar Gaspar. Superior Court of California, County of Sacramento, California. Jury Trial. June 18, 2013. 11F05744.

154. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Motion Hearing. June 24, 2013. SF119970.

155. The State of Nevada v. Paul Mathew Revell. Second Judicial District Court of the State of Nevada, County of Washoe, Reno, Nevada. Discovery Motion Hearing. August 9, 2013. CR12-1874.

Exhibit 40-78

156. Yolo County Grand Jury, California, Samuel Stone, #A12-0691, Office of the District Attorney, Yolo County, Woodland, California. Grand Jury Testimony. August 20, 2013.

157. The People of the State of California vs. Otilio Lee Garcia. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. September 12, 2013. SF125241.

158. The People of the State of California vs. Jason Ross Gilley. Superior Court of California, County of San Joaquin, California. Jury Trial. September 13, 2013. SF118737.

159. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Jury Trial. September 27, 2013. SF114327.

160. The People of the State of California vs. Percy Lamonte Camel. Superior Court of California, County of San Joaquin, California. Jury Trial. October 4, 2013. SF114327.

161. The People of the State of California vs. Anthony Nabor Orosco. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 8, 2013. SF123417.

162. The People of the State of California vs. Edgar Frayre. Superior Court of California, County of San Joaquin, California. Grand Jury. October 9, 2013. SP13-31815.

163. The People of the State of California vs. Tushambi Evans and Jamela Evans. Superior Court of California, County of San Joaquin, California. Trial. October 24, 25, 2013; November 18, 2013. SF119970.

164. The People of the State of California vs. Miguel Araiza, Jr. Superior Court of California, County of San Joaquin, California. Trial. November 26, 2013. SF119827.

165. The People of the State of California vs. Bobby Suriyan. Superior Court of California, County of San Joaquin, California. Trial. December 4, 2013. SF120760.

166. Commonwealth of Virginia v. Vanesa Patricio Cruz. The Circuit Court for Loudoun County, Leesburg, Virginia. Jury Trial. December 19, 20, 2013. CR23981.

167. The People of the State of California vs. Miguel Flores. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. January 6, 2014. SF124973.

168. State of Nevada vs. Patrick Cody McCormick. Fourth Judicial District of the State of Nevada in and for the County of Elko, Nevada. Evidentiary Hearing. January 7, 2014. CR-FP-95-6248.

169. The People of the State of California vs. Jesse Leon Helm. Superior Court of California, County of San Bernardino, Victorville Superior Court, California. Preliminary Hearing. January 9, 2014. FV11201162.

170. The People of the State of California vs. Otilio Lee Garcia. Superior Court of California, County of San Joaquin, California. Jury Trial. February 25, 2014. SF125241.

Exhibit 40-79

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 92 of 124    Page
ID #:5268
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 63 of 94*

171. State of Nevada vs. Leonardo Cardoza. In the Justice Court of Carson Township in and for Carson City, State of Nevada, Carson City, Nevada. Jury Trial. February 27, 2014. 13 CR 00059 1B.

172. The People of the State of California vs. Charlie Dumlao. Superior Court of California, County of San Joaquin, California. Jury Trial. February 28, 2014. SF121232.

173. The People of the State of California vs. Brandon Rocky Riberal, Raymond Valles, Rocky Riberal, Vincente Yanez and Carlos Zendejas. Superior Court of California, County of San Joaquin, California. Jury Trial. March 18, 2014. SF123374.

174. The People of the State of California vs. Christopher Robinson. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 21, 2014. SF126631.

175. The People of the State of California vs. Stephen James Rodriguez, Matthew Ornelas and Herbis Sanchez Sauceda. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 26, 2014. SF125294.

176. The People of the State of California vs. Michael McKuin. Superior Court of California, County of San Joaquin. Grand Jury Hearing. March 27, 2014. SO13-00014.

177. The People of the State of California vs. Joshua Adam Franklin. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. March 27, 2014. SF124959.

178. The People of the State of California vs. Juan Julius Barnes, Terrance Lee Adams and Deandre Lamont Adams. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 1, 2014. SF124679.

179. The People of the State of California vs. Jerome Sidney Deavila. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 3, 2014. SF123201.

180. The People of the State of California vs. Tammi Harris. Superior Court of California, County of San Joaquin, California. Jury Trial. April 9, 2013. SF117439.

181. The People of the State of California vs. Yvonne Nichole Gallardo. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 14, 2014. SF125711.

182. The People of the State of California vs. Quentin Paul Stone. Superior Court of California, Yolo County, California. Jury Trial. May 6, 2014; May 15, 2014. 13003357.

183. The People of the State of California vs. Sergio Reyes. Superior Court of California, County of Sacramento, California. Jury Trial. May 7, 2014. 13F07721.

184. The People of the State of California vs. Matthew Ornelas and Herbis Sanchez Sauceda. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 9, 2014. SF125294.

Exhibit 40-80

185.  The People of the State of California vs. Derrick Ware, Dameon Spragans and Robert McNeally. Superior Court of California, County of Contra Costa, California. Jury Trial. May 15, 2014. 5110797-8.

186.  The People of the State of California vs. John Sylvester Collier, III. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 16, 2014. SF125355.

187.  The People of the State of California vs. Eric Mitchell. Superior Court of California, County of Sacramento, California. Jury Trial. May 21, 2014. 13FO5850.

188.  The People of the State of California vs. Zane Ali Ashik. Superior Court of California, County of San Joaquin, California. Jury Trial. August 8, 2014. SF118453.

189.  The People of the State of California vs. Dwight Wilson Slay, Jr. and Latima Denise Coleman. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 19, 2014; August 26, 2014. SF127718.

190.  The People of the State of California vs. Bobby Sherell Miller and Kyren Nicodemus Nicholson. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. August 20, 2014. SF127084.

191.  The People of the State of California vs. David Plan and Brandon Gann. Superior Court of California, County of San Joaquin, California. Jury Trial. September 3, 2014. SF122517.

192.  The People of the State of California vs. Rebecca Mendoza. Superior Court of California, County of San Joaquin, California. Jury Trial. September 19, 2014. SF119652.

193.  The People of the State of California vs. Gary Miguel. Superior Court of California, County of Sacramento, California. Jury Trial. October 3 and 6, 2014. 13F03791.

194.  The People of the State of California vs. Christopher Robinson. Superior Court of California, County of San Joaquin, California. Jury Trial. October 14, 2014. SF126631.

195.  The People of the State of California vs. Juan Julius Barnes and Deandre Lamont Adams. Superior Court of California, County of San Joaquin, California. Jury Trial. October 17, 2014. SF124679.

196.  The People of the State of California vs. Christopher Emery, Steve Schleimer, Joseph Dibartolomeo and Brian Ice. Superior Court of California, County of San Joaquin, California. Grand Jury. October 27, 2014. SO13-23454.

197.  The People of the State of California vs. Longino Lamort Tolefree. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. October 28, 2014. SF126699.

198.  The State of Nevada vs. Paul Mathew Revell. Second Judicial District Court, State of Nevada, County of Washoe. Jury Trial. November 13 and 19, 2014. CR12-1874/D03.

Exhibit 40-81

199. The People of the State of California vs. Robert Thomas. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 14, 2014. SF127496.

200. The People of the State of California vs. Nicholas Medina. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. November 20, 2014. SF127256.

201. State of Nevada vs. Brittany Michelle Paugh. In the Justice Court of Carson Township and for Carson City, State of Nevada. Sentencing Hearing. December 30, 2014. 14 CR 00017 1B.

202. The People of the State of California vs. Jorge Aceves-Cortez. Superior Court of California, County of Kern, California. Jury Trial. January 12, 13, 2015. BF151070A.

203. The People of the State of California vs. Francisco Javier Gonzalez Rivera. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. February 3, 2015. SF129196.

204. The State of Nevada vs. Tatiana Leibel. In the Ninth Judicial District Court of the State of Nevada in and for the County of Douglas, Nevada. Jury Trial. February 4, 2015. 14-CR-0062.

205. The People of the State of California vs. Coleen Iva Marie Torres. Superior Court of California, County of San Joaquin, California. Jury Trial. March 3, 2015. SF125122.

206. The People of the State of California vs. Brian Michael Hrenko. Superior Court of California, County of San Joaquin, California. Jury Trial. March 18, 2015. SF125618.

207. The People of the State of California vs. Kenneth Charles Stringfellow. Superior Court of California, County of Plumas, California. Jury Trial. March 30, 2015. F13-00929.

208. The People of the State of California vs Keith Darnell Denegal, Jr. Superior Court of California, County of San Joaquin. California. Preliminary Hearing. April 6, 2015. SF129019.

209. The People of the State of California vs Yor Xiong. Superior Court of California, County of San Joaquin, California. Jury Trial. April 7, 2015. SF120774.

210. The People of the State of California vs Charlie Srey. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 13, 2015. SF127198.

211. The People of the State of California vs Terrance Jerome Boone, Christon Williams Clark Jones. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. April 14, 2015. SF129328.

212. The People of the State of California vs. Zachary Hurlburt-Erhardt. Superior Court of California, County of San Joaquin, California. Grand Jury Hearing. May 7, 2015. MP14-25661.

213. The People of the State of California vs. Bryan Scott and Valentina Ann Paz. Superior Court of California, County of San Joaquin, California. Preliminary Hearing. May 12, 2015. SP14-00215.

Exhibit 40-82

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 95 of 124    Page
                                                    ID #:508
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 66 of 94*

214.  The People of the State of California vs. Juan Cristobal Sanchez. Superior Court of California,
      County of San Joaquin, California. Preliminary Hearing. May 21, 2015. SO14-17957.

215.  The State of Nebraska vs. Brittney Pryce. District Court of Custer County, Nebraska. Deposition.
      May 29, 2016 and July 1, 2016. CR14-18.

216.  The People of the State of California vs. Aaron Kajaun Mckenzie. Superior Court of California,
      County of San Joaquin, California. Preliminary Hearing. June 8, 2015. SP12-10681.

217.  The People of the State of California vs. Anthony Nabor Orosco. Superior Court of California,
      County of San Joaquin, California. Jury Trial. June 17, 2015. SP13-09851.

218.  The People of the State of California vs. Robert Lee White. Superior Court of California, County of
      San Joaquin, California. Preliminary Hearing. June 30, 2015. SP14-29281.

219.  The People of the State of California vs. Fabian Scrivens. Superior Court of California, County of
      San Joaquin, California. Jury Trial. July 8 and 9, 2015. SP12-30066.

220.  The People of the State of California vs. Eugene Gaines and Derrick McDowell. Superior Court of
      California, County of San Joaquin, California. Preliminary Hearing. August 12, 2015. SP15-05441.

221.  The State of Mississippi vs. Patricia Redman. In the Circuit Court of Desoto County, Mississippi.
      Jury Trial. August 20, 2015. CR2014-0604GCD.

222.  The People of the State of California vs. Richard Howard Watkins. Superior Court of California,
      County of San Joaquin, California. Preliminary Hearing. August 21, 2015. MP14-07142.

223.  The People of the State of California vs. Anthony Blackowl. Superior Court of California, County of
      Sacramento, California. Jury Trial. September 1, 2015. 12FO5374.

224.  The People of the State of California vs. Alfredo Reyes Reyes. Superior Court of California, County
      of San Joaquin, California. Jury Trial. October 21, 2015. SO82-01452.

225.  The People of the State of California vs. John Wilburn. Superior Court of California, County of Kern,
      California. Jury Trial, November 2-3, 2015. BF150017A.

226.  The People of the State of California vs. Grant Maurice Lavender. Superior Court of California,
      County of San Joaquin, California. Preliminary Hearing. January 11, 2015. SP15-33905.

227.  The People of the State of California vs. Andy Hem. Superior Court of California, County of San
      Joaquin, California. Preliminary Hearing. January 13, 2016. SP14-37451.

228.  The People of the State of California vs. Leo Avita. Superior Court of California, County of San
      Joaquin, California. Grand Jury. January 13, 2016. SP14-25269.

229.  The State of Nevada vs. Cody Brian Wallace. The Third Judicial District Court of the State of
      Nevada, County of Lyon. Jury Trial. February 15, 2016. CR 7960.

Exhibit 40-83

230. The People of the State of California vs. Ralph Hauerta Gamboa, Jesus Rodriguez and Sirenia
     Alcauter. Superior Court of California, County of San Joaquin, California. Preliminary Hearing.
     February 24, 2016. SP15-23069.

231. The People of the State of California vs. Christopher Lee Emery, Brian Andrew Ice, Stephen Charles
     Schleimer and Joseph Anthony Dibartolomeo. Superior Court of California, County of San Joaquin,
     California. Jury Trial. February 26, 2016. SO13-23454.

232. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of California,
     County of San Joaquin, California. Jury Trial. March 3, 2016. MP14-01081.

233. The People of the State of California vs. Salvador Alexander Castro, II and Joseph Anthony Castro.
     Superior Court of San Joaquin County, California. Jury Trial. March 16, 2016. SP15-19945.

234. The People of the State of California vs. Shaun Terriel Perkins. Superior Court of San Joaquin
     County, California. Preliminary Hearing. March 21, 2016.

235. The People of the State of California vs. Grant Maurice Lavender. Superior Court of San Joaquin
     County, California. Jury Trial. April 5, 2016. SP15-33905.

236. The People of the State of California vs. Darnell Leshawn White and John Doe. Superior Court of
     San Joaquin County, California. Preliminary Hearing. April 18, 2016. SP15-40792.

237. The People of the State of California vs. Zachary Hurlburt Erhardt. Superior Court of San Joaquin
     County, California. Jury Trial. April 29, 2016. CR-2015-4095760.

238. The People of the State of California vs. Bryan Scott Cook. Superior Court of San Joaquin County,
     California. Jury Trial. May 5, 2016. SP14-00215.

239. The People of the State of California vs. Darnell Leshawn White. Superior Court of San Joaquin
     County, California, Jury Trial. July 5, 2016. SP15-40792.

240. The People of the State of California vs. Jorge Melchor Castro. Superior Court of the State of
     California, Count of Riverside, California, Jury Trial. July 12, 2016. INF1401570.

241. The People of the State of California vs. Bobby Sherell Miller and Kyren Nicodemus Nicholson.
     Superior Court of the State of California, County of San Joaquin, California, Jury Trial. July 13, 2016.
     SP14-06371.

242. The People of the State of California vs. Derrick Allen Brown. Superior Court of California, County
     of Riverside, California, Jury Trial. July 20, 21, 2016. RIF1400959.

243. The People of the State of California vs. Nicholas Medina. Superior Court of the State of California,
     Jury Trial. August 9, 2016. SP14-8019.

Exhibit 40-84

244. The People of the State of California vs. Sarah Josephine Zavala. Superior Court of the State of
California, Preliminary Hearing. August 9, 2016. SP16-11551.

245. The People of the State of California vs. Terrance Jerome Boone and Christon Williams Clark Jones.
Superior Court of the State of California, San Joaquin County. Jury Trial. August 19, 2016. TP14-
37534.

246. The State of Nebraska vs. Brittney Pryce. District Court of Custer County, Nebraska. Jury Trial,
August 24, 2016. CR14-18.

247. The People of the State of California vs. Michael McKuin. Superior Court of the State of California,
San Joaquin County. Jury Trial. August 26, 2016. SO13-00014.

248. The People of the State of California vs. Robert Baguindo. Superior Court of the State of California,
San Joaquin County. Preliminary Hearing. September 8, 2016. SP16-19073.

249. The People of the State of California vs. Randy Howard Francis. Superior Court of the State of
California, San Joaquin County. Jury Trial. October 4, 2016. SP15-09500.

250. The People of the State of California vs. Darnell Deangelo Dorsey. Superior Court of the State of
California, Yolo County. Jury Trial. October 17, 2016. 14000394.

251. The People of the State of California vs. Jorge Melchor Castro. Superior Court of the State of
California, County of Riverside. Jury Trial. October 26, 2016. INF1401570.

252. The People of the State of California vs. Sarath Lon. Superior Court of the State of California,
County of San Joaquin. Grand Jury. November 16, 2016. SP16-21917.

253. The People of the State of California vs. Longino Lamort Tolefree. Superior Court of the State of
California, County of San Joaquin. Jury Trial. November 29, 2016. MP14-01081.

254. The People of the State of California vs. Marilyn Jean Gibson. Superior Court of California, County
of Sacramento. Jury Trial. December 22, 2016. 16MI010914.

255. The People of the State of California vs. Rocky Allen Overturf. Superior Court of California, County
of San Joaquin. Preliminary Hearing. February 2, 2017. EP16-01034.

256. The People of the State of California vs. Leon Carlyn Mayo. Superior Court of California, County of
San Joaquin. Preliminary Hearing. February 6, 2017. SP16-18157.

257. The People of the State of California vs. Robert Lee White. Superior Court of California, County of
San Joaquin. Jury Trial. February 17, 2017. SP14-29281.

258. The People of the State of California vs. Vesan Jordan Sem. Superior Court of California, County of
San Joaquin. Preliminary Hearing. March 20, 2017. SO16-09783.

Exhibit 40-85

259. The People of the State of California vs. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin. Preliminary Hearing. March 27, 2017. LP16-07073.

260. The People of the State of California vs. Andrew Loren Sanchez. Superior Court of California, County of Merced. Jury Trial. April 11, 2017. 15CR-03437.

261. The People of the State of California vs. Andy Hem. Superior Court of California, County of San Joaquin. Jury Trial. May 9, 2017. SP14-37451.

262. The People of the State of California vs. Joel Lewis. Superior Court of California, County of San Joaquin. Jury Trial. May 24, 2017. SP08-55867.

263. The Commonwealth of Pennsylvania vs. Kenneth Reeves. In the Court of Common Pleas of Allegheny County, Pennsylvania. Jury Trial. May 30, 2017. CC 201501958.

264. The People of the State of California vs. James Philip Valadez. Superior Court of California, County of San Joaquin. Jury Trial. June 14, 2017. SP16-13114.

265. The People of the State of California vs. Juancarlos Villalpando-Lua and Guillermo Ivan Ibarra. Superior Court of California, County of San Joaquin. Jury Trial. August 25, 2017. SP15-28354.

266. The People of the State of California vs. Jamal Faulkner. Superior Court of California, County of San Joaquin, Preliminary Hearing. September 8, 2017. TP15-06732.

267. The People of the State of California vs. Richard Howard Watkins. Superior Court of California, County of San Joaquin, Jury Trial. September 21, 2017. MP14-07142.

268. The People of the State of California vs. Gina Nicole Bailey, FCR318645. Superior Court of California, County of Solano, Jury Trial. November 16, 2017 and December 1, 2017. DA No. F155224.

269. The People of the State of California vs. Leon Carlyn Mayo. Superior Court of California, County of San Joaquin, Jury Trial. December 7, 2017. SP16-18157.

270. The People of the State of California vs. Jamal Faulkner. Superior Court of California, County of San Joaquin, Jury Trial. December 8, 2017. TP15-06732.

271. The People of the State of California vs. Erek Williams and Breonia Lynette Campbell. Superior Court of California, County of San Joaquin, Preliminary Hearing. December 18, 2017. SP17-12865.

272. The People of the State of California vs. Alexis Roldan and Nicholas Andre Banles. Superior Court of California, County of San Joaquin, Preliminary Hearing. December 27, 2017. SP17-24957.

273. The People of California vs. David Kenneth Lee. Superior Court of California, County of Del Norte, Crescent City, California, Jury Trial. February 1, 2018. CRF17-9152.

Exhibit 40-86

274. The People of the State of California v. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. March 7, 2018.

275. The People of the State of California v. Israel Roman. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. April 11, 2018, SP17-16695.

276. The People of the State of California v. Donte Latraille Revels. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. April 12, 2018, SP16-3809.

277. The People of the State of California v. Ralph Hauerta Gamboa, Jesus Rogriguez and Sirenia Alcauter. Superior Court of California, County of San Joaquin, Stockton, California, Jury Trial. April 24, 2018, SP15-23269.

278. The People of the State of California v. Eugene Gaines and Derrick Emari. Superior Court of California, County of San Joaquin, Stockton, California, Jury Trial. June 20, 2018, SP15-05441.

279. The People of the State of California v. LaAndre Anthony Hale. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 9, 2018, SP15-39489.

280. The People of the State of California v. David Khouny Pech. Superior Cout of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 15, 2018, SP17-33948.

281. The People of the State of California v. Arthur Dean Combs. Superior Court of California, County of San Joaquin, Stockton, California, Preliminary Hearing. October 23, 2018, SP17-32445.

282. The People of the State of California, Grand Jury, John Hampton, III, Deceased, Superior Court of California, County of San Joaquin, Stockton, California. March 13, 2019. SP11-26687.

283. The People of the State of California, Grand Jury, Daniel Tereso Stoutt Ibara, Jr. Deceased; Neftali Del Carmen Gonzalez Castaneda, Deceased, Superior Court of California, County of San Joaquin, Stockton, California. March 20, 2019. SP18-15839.

284. The People of the State of California vs. Jesse Adrian Esparza. Superior Court of California, County of San Joaquin, Stockton, California, April 4, 2019. Jury Trial. SP17-05986.

285. The People of the State of California vs. Donte Latraille Revels. Superior Court of California, County of San Joaquin, Stockton, California, May 1 and May 3, 2019. Jury Trial. SP16-38092.

286. The People of the State of California vs. Carlos Hernandez, Juan Del Mar Lopez et al. Superior Court of California, County of San Joaquin, Stockton, California, May 2, 2019. Jury Trial. Case No. SP17-23762.

287. The People of the State of California vs. Jimmie Lee Evans. Superior Court of California, County of San Joaquin, Stockton, California, May 23, 2019. Jury Trial. Case No. SP17-11875.

288. The People of the State of California vs. Jontell Jaymar Roots. Superior Cout of California, County of San Joaquin, Stockton, California, August 21, 2019. Jury Trial. Case No. SP17-35282.

Exhibit 40-87

289.  The People of the State of California. Grand Jury. San Joaquin County, Stockton, California. September 16, 2019. SP15-37123.

290.  The People of the State of California vs. Chalsey Sapaipatuitui Maynard. Superior Court of California, County of San Joaquin, Stockton, California, September 18, 2019. Preliminary Hearing. Case No.: SP17-27704.

291.  The People of the State of California vs. Clarence Keith Bailey. Superior Court of California, County of San Joaquin, Stockton, California, October 16, 2019. Jury Trial. Case No.:  SP17-33283.

292.  The People of the State of California vs. Raul Hyce. Superior Court of California, County of Sacramento, Sacramento, California, October 28, 2019. Jury Trial. Case No.:  16FEO22561.

293.  The People of the State of California vs. Jesse Adrian Esparza. Superior Court of California, County of San Joaquin, Stockton, California, October 30, 2019. Jury Trial. Case No.: SP17-05986.

294.  The People of the State of California vs. Brandon Dozier. Superior Court of California, County of Los Angeles, Pomona, California, December 16, 2019. Jury Trial. Case No.: KA114829.

295.  The People of the State of California vs. Nicklos Andrew Zapata. Superior Court of California, County of San Joaquin, Stockton, California, December 17, 2019. Preliminary Hearing. Case No.: LP17-01069.

296.  The People of the State of California vs. David Khouny Pech. Superior Court of California, County of San Joaquin, Stockton, California, February 11, 2020. Jury Trial. Case No.: SP17-33948.

297.  The People of the State of California vs. Kenneth Vanderford and Kevin Etherton. Superior Court of California, County of San Joaquin, Stockton, California, February 14 and 19, 2020. Jury Trial. Case No.: LP16-07073.

298.  The People of the State of California vs. Jorge Aceves-Cortez. Superior Court of California, County of Kern, Bakersfield, California, September 28, 2020. Brady Hearing. Case No.: BF151070A.

299.  The People of the State of California vs. Mavrick William Fisher. Superior Court of the State of California, County of Lake, Lakeport, California, November 3, 2020. Case No.:  CR955266.

300.  The People of the State of California vs. Shaun Terriel Perkins. Superior Court of the State of California, County of San Joaquin, Stockton, California, October 19, 2021. Case No:  SP15-32300.

301.  The People of the State of California vs. James Peter Stancampiano. Superior Court of the State of California, County of San Joaquin, Stockton, California, October 25, 2021. Case No: TP10-06949.

302.  The People of the State of California vs. Shaun Terriel Perkins. Superior Court of California, County of San Joaquin, Stockton, California, January 25, 2022. Case No: SP15-32300.

Exhibit 40-88

303.  The People of the State of California vs. Ryan Scott Blinston. Superior Court of California, County of Butte, Oroville, California. Trial, May 9, 2022. Case No.: 21CF02562.

304.  The People of the State of California vs. Ray Cain, Jr. Superior Court of California, County of Tehama, Red Bluff, California. Trial, September 6, 2022. Case No.: 22CR493.

305.  The People of the State of California vs. Tammy Sue Grogan-Robinson. Superior Court of the State of California for Lake County, Lakeport, California. Trial, November 3, 2022. Case No.: CR961579.

306.  The People of the State of California vs. Hrach Grigoryan. Superior Court of the State of California, County of Los Angeles, California. Trial, February 21 and 22, 2023.

307.  The People of the State of California vs. Dino Blackbear Lincoln, Corina Amanda Carrio, and Caytlin Marie Collicott. Superior Court of California, Mendocino County, Ukiah, California. Trial, May 8, 2023. Case No:  21CR02023-A.

308.  The People of the State of California vs. Henry Hall. Superior Court of California in and for the City and County of San Francisco, San Francisco, California. Trial, September 8, 2023. Case No.: SCN 218468 MCN 10027848.

309.  The People of the State of California, County of Amador vs. Jared Stephen Wilkinson. Superior Court of California, County of Amador, Jackson, California. Preliminary Hearing, November 14, 2023. Case No.: 22CR31709.

310.  The People of the State of California, County of San Joaquin vs. Jesus Martinez, Daniel Maya, Salvador Enriquez Vega and Adrian Henry. Superior Court of California, County of San Joaquin, Stockton, California. Trial, May 7, 2024. Case No.:  SP18-15839.

Exhibit 40-89

## PART 4: COURT TESTIMONIES- CIVIL CASES

**NOTE: I began keeping records in June 2009. I do not have records from 1999 to 2009, a period of ten years.**

1.  Matthew Hicks et al, Complaint, George Walden Vs. Norfolk Southern Railway Company. The Circuit Court of Kanawha County, File No.: 02-C-9500, West Virginia. December 4, 2007. 00-C-46-RI. Deposition.

2.  Cathy Batton, Executrix of the Estate of Dewey Batton Vs. CSX Corporation, CSX Transportation, Inc., Seaboard System Railroad, Inc., Seaboard Coast Line Railroad Company, Chessie System, Inc. New Hanover County, The General Court of Justice, Superior Court Division, North Carolina. August 4, 2008.7-CVS-4453. Deposition.

3.  Cathy Batton, Executrix of the Estate of Dewey Batton Vs. CSX Corporation, CSX Transportation, Inc., Seaboard System Railroad, Inc., Seaboard Coast Line Railroad Company, Chessie System, Inc. The General Court of Justice, Superior Court Division, New Hanover County, North Carolina. February 23, 2009. 7-CVS-4453. Trial.

4.  Robert T. Pritchard, Sr. and Elizabeth Ann Pritchard, his wife Vs. Dow Agro Sciences, a division of Dow Chemical Company, Southern Mill Creek Products of Ohio, and Risidex Corporation. United States District Court for the Western District of Pennsylvania. June 26, 2009. 07-CV-01621 (W.D. Pa.). Deposition.

5.  Matthew Hicks et al, Complaint, George Walden Vs. Norfolk Southern Railway Company. The Circuit Court of Kanawha County, West Virginia. June 29, 2009. File No.: 02-C-9500.  00-C-46-RI. Deposition.

6.  McConnell Vs. Dunfee et al. Philadelphia Court of Common Pleas, February Term, 2007, Pennsylvania. October 19, 2009. 001123. Trial.

7.  Dolores J. Kennedy Vs. Ajex Magnethermic Corp, et al. Court of Common Pleas Cuyahoga County, Ohio. November 5, 2009. 595757. Deposition.

8.  Clemmy L. Womack Vs. A.O. Smith Corporation et al. Court of Common Pleas Cuyahoga County, Ohio. November 5, 2009. 04-523048. Deposition.

9.  Jody Lynn Scanlon Vs. Life Insurance Company of North America. United States District Court, Western District of Washington at Seattle. November 13, 2009. C08-0256-JCC. Summary Judgment.

10. George Wertz, Administrator of the Estate of Micahel Dolinskas Vs. Showe Management Corporation and Jeffersonville Green Limited Partnership. Common Pleas Court, Franklin County, Ohio. January 8, 2010. 08 CVH 11428. Deposition.

11. Dalton W. and Alice Faye Holler Vs. David W. Mallow. Court of Common Pleas Bedford County, Pennsylvania. January 16, 2010. 329-2008. Deposition.

Exhibit 40-90

12.  Kevan Colledge and Casey Colledge Vs. David Mallow, Mallow Home Improvement, LLP. Court of Common Pleas Bedford County, Pennsylvania. January 16, 2010. 707-2008. Deposition.

13.  Richard and Karen Roberts on behalf of the minor children Diedre Roberts and Delaney Roberts Vs. Marletta Salzman, Karen Pihakis et al. Court of Common Pleas of Allegheny County, Orphans Court Division, Pennsylvania. March 17, 2010. 09-326. Trial.

14.  Laura K. Balombini, Personal Representative of the Estate of William E. Goddard, Deceased Vs. Adience, Inc., et al. Court of Common Pleas Cuyahoga County, Ohio.  April 28, 2010.  674360. Deposition.

15.  Marlene Seigfried, Executrix of the Estate of William Seigfried, and Marlene Seigfried in her own right Vs. Allegheny Ludlum Corporation, et al. United States District Court for the Eastern District of Pennsylvania. April 30, 2010. MDL 875 [E.D. Pa. No. 2:09-cv-66150-ER]. Deposition.

16.  Estate of Thomas Synder Vs. Adience, Inc., et al. Court of Common Pleas, Cuyahoga County, Ohio. May 28, 2010. 08-664830. Deposition.

17.  Estate of Ross E. Hockemeyer Vs. Aqua Chem Inc., et al. Court of Common Pleas, Cuyahoga County, Ohio. May 28, 2010. 08-673791. Deposition.

18.  Johana Azenas, Personal Representative of the Estate of Brianna Azenas Castillo Vs. Inova Healthcare Services d/b/a Inova Fairfax Hospital et al. Circuit Court for Fairfax County, Virginia. June 28, 2010. 2008-12969. Deposition.

19.  Joann Reisinger, et al Vs. Dwight C. Holzhauser et al. Court of Common Pleas, Cuyahoga County, Ohio. August 9, 2010. 595346. Deposition.

20.  Teresa Carretta, Individually and as Special Administratrix of the Estate of Alfred Carretta Vs. May Trucking Company. United States District Court, District of Southern Illinois. August 11, 2010. 09-158-MJR. Deposition.

21.  Marlene Seigfried, Individually and as Executrix of the Estate of William Seigfried Vs. Allegheny Ludlum Corporation, et al. United States District Court for the Eastern District of Pennsylvania. September 13, 2010. 2:09-cv-66150-ER. Deposition.

22.  Florence King, Executrix of the Estate of John R. King, Deceased Vs. Crane Co.'s. Court of Common Pleas of Cuyahoga County, Ohio. September 13, 2010. CV-08-664120. Deposition.

23.  David Earley, Timothy Wells and Tiffani Talbert, Administratrix of the Estate of Gerald Talbert Vs. Structural Group, Inc., Pullman Power, LLC, Ohio Power Company, American Electric Power Company, Inc., Fiberglass Structural Engineering, Inc., Ershings, Inc., and John Does 1-5. Circuit Court of Marshall County, West Virginia. October 12, 2010. 06-C-153M. Deposition.

24.  Shelly Bryant, individually and as administratrix of the Estate of Shelton Flowers, Deceased Vs. Loews Montgomery Cinemas, Inc,; Loews Cineplex Entertainment Corporation; AMC

Exhibit 40-91

Entertainment Inc.; Marquee Holdings Inc.; LCE Holdings, Inc. Court of Common Pleas of Allegheny County, Pennsylvania. November 2, 2010. GD 07-023755. Deposition.

25.  Maria Soledad Miramontes, et al, as administratrix of the Estate of Cresencio Huizar Vs. Hartford Insurance. Underinsured Motorist Arbitration, Arbitrator: Patrick Little, Esq., California. November 29, 2010. YYK AU 54912. Deposition.

26.  Joseph and Toni Pinasco, individually and Estate of Joseph Pinasco, Jr. Vs. State of California, California Highway Patrol, M. Walling, S. Coffman and Does 1 thru 50, inclusive. United States District Court, Eastern District of California. December 13, 2010. 09CV-777 MCE KJM. Deposition.

27.  Maria Soledad Miramontes, et al, as administratrix of the Estate of Cresencio Huizar. Vs. Hartford Insurance. Underinsured Motorist Arbitration, Arbitrator: Patrick Little, Esq., California. December 14, 2010. YYK AU 54912. Arbitration Testimony.

28.  Tommy J. Robinson, et al Vs. Borg-Warner Corporation, et al. Court of Common Pleas, Cuyahoga County, Ohio. January 4, 2011. 698837. Deposition.

29.  Andrew Silverstein, Leonard A. Silverstein and Ellen Frauenthal Vs. Simpsonwood United Methodist Conference and Retreat Center, Inc.; Aramark Corporation, and Aramark Management Services Limited Partnership. State Court of Gwinnett County, State of Georgia. Civil Action File No.: 08C-04113-3. May 6, 2011. Deposition.

30.  Dallas Edens vs. Joseph Christopher Wehman, MD, University of Miami School of Medicine and Public Health Trust of Miami-Dade County, Florida, Jackson Memorial Hospital/Jackson Health System. In the Circuit Court of the 11th Judicial Circuit in and for Dade County, Florida. Civil Division. Case No. 09-65401. September 2, 2011. Deposition.

31.  Rebecca Alejandres et al vs. County of San Joaquin et al, Jin-Mei Woan, MD, Alan Uyeno, MD and Sutter Tracy Community Hospital et al. Superior Court of California, County of San Joaquin, Unlimited Jurisdiction. Consolidated Case Number: 39-2008-00195896-CU-PO-STK. November 4, 2011.

32.  Joseph and Toni Pinasco, individually, et al. vs. State of California, et al. United States District Court for the Eastern District of California. Trial. January 11, 2012. Civil Action No. 2:09-cv-00777 KJM CKD.

33.  Duane Barkley et al vs. Regional Medical Center of San Jose et al. Superior Court of The State of California, County of Santa Clara. Deposition. February 13, 2012. Case No. 110 CV 179398.

34.  Jacob Hussain Saheb, Individually and Administrator for the Estate of Sheik Reza Saheb, Deceased, Plaintiff vs. Michael Glynn Fulton, Danhil Containers II, Ltd.; Danhill Containers Management, LC, Defendants. 237th District Court of Lubbock County, Texas. Case No. 2010-553,317. Deposition. March 24, 2012.

35.  Duane Barkley, Kevin Jones II, Kanisha Jones, a minor, Tanisha Jones, a minor. Vs. Regional Medical Center of San Jose, James Hinsdale, MD, Conway Lien, MD, Christopher Traver, MD, David Yeh,

Exhibit 40-92

MD and Does 1 to 50. Superior Court of the State of California, County of Santa Clara, California. Case No.: 110 CV 179398. Deposition. April 5, 2012.

36.  Asima Gul, an individual, and as a successor in interest, and as guardian ad litem for Aaminah Asif Ajmal vs. Garda Security Inc.; Garda CL West, Inc.; Garda World Security Corporation; Jose De Jesus Zinga; and Does 1 through 50, inclusive. Superior Court of the State of California, County of San Joaquin, California. Case No.: 39-2010-00234481-CU-PO-STK. Deposition. June 25, 2012.

37.  Sandra Jacobs, individually and as personal representative of the Estate of Richard Owens vs. Harold G. Morse, M.D.; Hospital Medicine Consultants of Anerson, LLC and AnMed Health. In the Court of Common Pleas, State of South Carolina, County of Anderson. C. A. No. 2010-CP-04-530; C.A. No. 2010-CP-04-531. Deposition. January 4, 2013.

38.  Glenn Shiner and Beth Shiner, His Wife, Appellants vs. Ralph W. Ralston, Jr., Executor of the Estate of Ralph W. Ralston, Sr., Deceased, Genuine Parts Company, and Suntrust Leasing Corporation. In the Superior Court of Pennsylvania. No. 1791 MDA 2011. Appeal from the Order entered September 28, 2011, in the Court of Common Pleas of Centre County, Civil Division, at No: 09-2216. Before: Bowes, Ott, and Strassburger. Filed February 22, 2013. Summary Judgement

39.  Mandy Eisenbeis, Patricia Towle, Madisun Eisengeis, by and through her Guardian ad Litem, Mandy Eisenbeis vs. California Transplant Donor Network, County of San Joaquin, Lodi Funeral Home Inc. and Does 1 to 100. Superior Court of California, County of San Joaquin, California. Case No. 39-2012-00277909-cu-po-stk. Deposition, March 27, 2013.

40.  Sunbridge Stockton Rehabilitation Center vs. State of California. Superior Court of California, County of San Joaquin, California. Case No. 39-2011-00270702-CU-JR-STK. Deposition, April 30, 2013.

41.  Yolo County DESS in Re: Stone. Yolo County Superior Court. The People of the State of California, Yolo County, California. Case No. JV 12-441, 12-443. Court Room Hearing and Testimony. May 1, 2013.

42.  Asima Gul et al vs. Garda Security, Inc. et al. San Joaquin Superior Court, Unlimited Civil Jurisdiction, California. Case No. 39-2010-00234481-CU-STK. Trial. July 18, 2013.

43.  Mohammed Al-Qarawi vs Dominican University et al. Superior Court of California, County of San Francisco, California. Case No. CGC-11-510757. Deposition. August 7, 2013.

44.  Daniel Cook, Jr. vs. CSX Transportation, Inc. Jefferson Circuit Court, Division 7, Commonwealth of Kentucky. Case No. 09-CI-012026. Deposition. January 27, 2014.

45.  Melissa Humphreys et al vs. State of California. San Joaquin County Superior Court, California. Case No. 39-2009-00223770 CU PO STK. Deposition. February 7, 2014.

46.  James G. Brian and Karen A. Brain, his wife vs. Association of Independent Oil Distributors, E.I. Du Pont De Nemours Corporation, The Lincoln Electric Company, Martin-Senour Paints, Genuine Auto Parts Company, Safety-Kleen Corporation, The Sherwin Williams Company, Zep, Inc, L Ronald

Exhibit 40-93

Valletti and Joan Valletti d/b/a National Autobody Supply. The Court of Common Pleas of Westmoreland County, Pennsylvania. Case No. 3413 of 2011. Deposition. March 7, April 10, May 13, June 24, June 25, 2014

47.    Shirley Oliver and Julian Oliver vs. Progressive Mountain Insurance Company. In the State Court of Fulton County, State of Georgia. File No. 11EV013248B. Deposition. May 7, 2014.

48.    James and Jean Rushing and their marital community vs. Surgical Associates, PLLC and Gastroenterology Associates, PLLC. Superior Court of the State of Washington, County of Thurston, Washington. Deposition. November 25, 2014. 12-2-01791-1.

49.    James and Jean Rushing and their marital community vs. Surgical Associates, PLLC and Gastroenterology Associates, PLLC. Superior Court of the State of Washington, County of Thurston, Washington. Jury Trial. January 15, 2015. 12-2-01791-1.

50.    Oscar Rodriguez, Deceased vs. Savemart Supermarkets, permissibly self-insured, administered by Pegasus Risk Management. The Division of Workers Compensation of the State of California. Deposition. January 29, 2015. ADJ9510659.

51.    Estate of Lonnie Lamont Ashlock, Ashlock Family 2013 Trust, Gabriel Ashlock vs Stacey Carlson. Superior Court of the State of California, County of Stanislaus, California. Jury Trial. February 11, 2015. 445230 [consolidated 445304 and 445360].

52.    Paul H. Musciantonio, Esq. [Estate of Tanya Wilson, Estate of LaTonya Brown] vs US Securities Associates. In the Court of Common Pleas, Commonwealth of Pennsylvania, County of Philadelphia, No. 00653. Jury Trial. February 20, 2015. Civil Action No.: 111200653.

53.    Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi vs. County of San Joaquin; Sheriff Steve Moore, in his Official Capacity as Sheriff of San Joaquin County and Steve Moore, Individually. In the United States District Court, Eastern District of California. Deposition. August 10, 2015. Case No. 2:13-CV-00266-MCE-DAD.

54.    Martin Watson, surviving widow vs. Life Insurance Company of North America. In the United States District Court, Western District of Washington, At Seattle. Deposition. January 5, 2016. Case No. 2:15-cv-00271-MJP.

55.    Fatimah K Phoenix, Individually, and Jesse Calloway and Fatimah K. Phoenix, as Co-administrators of the Estate of Vidal C. Calloway, Deceased, Plaintiffs v. Wal-Mart Stores, Inc., Wal-Mart Stores East, LP (Delaware), U.S. Security Associates, Michael L. Burton, Jaiviere N. Pruitt, and Phille Roberts, Defendants. In the State Court of Dekalb County, State of Georgia. Deposition, February 11, 2016. Civil Action File No. 13A48475-5.

56.    Megan Lewis-Whiteman, Individually and in her own rights as Executrix of the Estate of Rodney L. Whiteman, Deceased v. Continental Motors, Inc., et al v. United States of America, and Elizabeth C. Snider, Individually and as Executrix of the Estate of Daniel Snider, and Lee W. Snider, a minor, by his mother, Elizabeth C. Snider, v. Sterling Airways, Inc., et al., v. United States of America. In

Exhibit 40-94

the United States District Court for the Eastern District of Pennsylvania. Deposition, February 27, 2016. Civil Action No. 2:13-cv-02950-JCJ; 2:13-cv-02949-JCJ.

57.   Nelson Torres [Deceased] vs. Alternative Service Concepts, LLC. State of California, Department of Industrial Relations, Division of Workers' Compensation. Workers' Compensation Appeals Board. Case No. ADJ9586179. Deposition, March 4, 2016.

58.   Elizabeth C. Snider, Individually and as Administratrix of the Estate of Daniel A. Snider, and Lee W. Snider, a minor, by his mother, Elizabeth C. Snider vs. Sterling Airways, Inc., et al. Unites States District Court for the Eastern District of Pennsylvania. Case No. 2:13-CV-02949. Jury Trial, January 31, 2017.

59.   Jeremiah J. Cross, deceased, by and through his personal representative, Valerie Steel, Plaintiff vs. XPO Express, Inc., et al., Defendants. United States District Court, District of South Carolina, Florence Division. Civil Action No: 4:15-02480 BHH, -2481, 2773, 1253, 1254. Deposition, May 22, 2017, Sacramento, California.

60.   Dr. Alan Sampson, MD and Kathy Sampson on behalf of the Estate of Andrew Sampson, plaintiffs vs. Ukiah Valley Medical Center; Debbie L. Marks, MD; Pacific Redwood Medical Group; Calstar; & The Department of California Highway Patrol; and Does 1 through 10. United States District Court, Northern District of California, Civil Action NO.: 3:15-cv-00160-WHO. Deposition, June 27, 2017, San Francisco, California.

61.   Nicole Albaum, an individual vs. Ravinderpal Singh, an individual; Surinderpal Singh, an individual, and doing business as SBT Trucking; SBT Trucking, a California Corporation, Assured Aggregates Company, Inc., a California Corporation; Gagliasso Trucking, Inc. a California Corporation; Don Chapin Company, Inc. and Does 1-20, inclusive. In the Superior Court of the State of California in and for the County of Santa Clara. Case No. 114CV268097. Deposition, July 6, 2017, Sacramento, California.

62.   Breanna Cooke, individually and as Co-Successor-In-Interest for Decedent James Cooke, et al, vs. Jeremy Edens, in his individual and official capacity as Police Officer of the City of Stockton, et al. United States District Court for the Eastern District of California. Case No.: 2:14-CV-00908-KJM-KJN. Deposition, July 14, 2017, Stockton, California.

63.   Remy Giannini and Darleen Giannini vs. Hank Siefel and Does 1 through 25, Inclusive. Superior Court of California, County of Placer. Case No. SCV0034577. Deposition, August 18, 2017, Sacramento, California.

64.   Estate of Johnathan Rose et al vs. County of Sacramento, et al. United States District Court, Eastern District of California. Case No. 2:13-CV-01339-TLN-EFB. Jury Trial, September 20 and 22, 2017, Sacramento, California.

65.   Keith Dahl, in his Personal Capacity and as Personal Representative of the Estate of Brandon Dahl, Deceased vs. Mason County, et al. United States District Court, Western District of Washington. Case No. 3:16-CV-05719-RBL. Deposition, November 17, 2017, Sacramento, California.

Exhibit 40-95

66.  Marian Ahumada vs. Benjamin Wiederhold, Dignity Health, St. Joseph's Medical Center, Apexx Physicians Medical Corporation, Inc. and Does 1 through 100. Superior Court of California, County of San Joaquin Unlimited Civil Jurisdiction. Case No. STK-CV-UMM-2015-0012012. Deposition, December 18, 2017, Stockton, California.

67.  James Martell and Colleen Mingeaud, individually and as co-personal representatives of the Estate of Marlene Martell vs. Aegis Senior communities, LLC, dba Aegis Living, a Washington limited liability company. Superior Court of Washington For King County. Case No. 16-2-16256-8 SEA. Deposition, January 5, 2017, Sacramento, California.

68.  Angelina Vuong vs. FMC Technologies, Inc ET AL. Superior Court of California, County of Alameda. Case No. RG16803957. Deposition, January 10, 2017, Walnut Creek, California.

69.  Filiberto Valencia Sr., et al vs. City of Stockton, et al. United States District Court, Eastern District of California, Case No. 2:16-CV-02081-JAM-AC. Deposition, January 11, 2017, Stockton, California.

70.  Remy Giannini and Darleen Giannini vs. Hank Stiefel, et al. Placer County Superior Court, Roseville, California, Case No. SCV0034577. Jury Trial, January 23 and 24, 2018, Roseville, California.

71.  Salvador Cordova Pimentel and Maria Cuevas Dominguez, individually and as successors-in-interest to decedent Abelino Cordova-Cuevas vs. City of Stockton, Stockton Police Department and Does 1 to 100 inclusive. United States District Court, Eastern District of California, Deposition, February 8, 2018, Sacramento, California. Case No. 2:17-CV-00931-WBS-AC.

72.  Debra Ploetz, Individually and on Behalf of the Estate of Gregory Ploetz, Deceased vs. National Collegiate Athletic Association. District Court, Dallas County, Texas, 95th Judicial District, Deposition, Sacramento, California, March 2, 2018. Case No. DC-17-00676.

73.  Jerry Sims, Kara Sims, Khloe Sims & Krystal Scherer vs. The Permanente Medical Group, Inc., et al. Superior Court of California, In Re: Arbitration. Deposition, Folsom, California, March 12, 2018. Case No. 14694.

74.  Todd and Melinda Durand, as Co-Administrators of the Estate of Derek J. Durand, Deceased in their own right vs. Sarver Family Practice, P.C. and Donald F. Ehrenberger, D.O. In the Court of Common Pleas of Butler County, Pennsylvania, Frye Hearing, May 29, 2018. Civil Division A.D. No. 14-10067.

75.  Todd and Melinda Durand, as Co-Administrators of the Estate of Derek J. Durand, Deceased in their own right vs. Sarver Family Practice, P.C. and Donald F. Ehrenberger, D.O. In the Court of Common Pleas of Butler County, Pennsylvania, Deposition, June 14, 2018, Sacramento, California, Civil Division A.D. No. 14-10067.

76.  Sara L. Lacy vs. Snohomish County. Superior Court for the State of Washington, King County, Washington, Deposition, June 15, 2018, Sacramento, California, Case Number:  16-2-21526-2 SEA.

77.  Thomas Knowles, by and through his successor-in-interest, Seana Knowles; Seana Knowles, individually; Frank Knowles, individually; Geraldine Bakersville, individually; and Ann Clark,

Exhibit 40-96

individually, v. Windsor El Camino Care Center, LLC; and Does 1 through 50, inclusive. Superior Court of the State of California For the County of Sacramento, Deposition, July 10, 2018, Sacramento, California, Case No.: 34-2015-00186245.

78.  Jeffrey Sutherland and Beverly Tobey vs. City of Manteca; Manteca Police Department; County of San Joaquin; and Does 1-100, inclusive. Superior Court of the State of California, County of San Joaquin, Deposition, July 16, 2018, Stockton, California, Case No.: STK-CV-UPI-2016-0000290.

79.  Marian Ahumada vs. Benjamin Wiederhold et al, Superior Court of California, County of San Joaquin, Jury Trial, August 22, 2018, Stockton, California, Case No.: STK-CV-UMM-2015-0012012.

80.  Jacqueline Ann McCann, Deceased, by and through her PRs, Constance Huff and Ray Huff vs. XPO Express, Inc. et al. United States District Court for the District of South Carolina, Jury Trial, August 30, 2018, Charleston, South Carolina, Case No.: 2:16-CV-1254-BHH.

81.  Salvador Cordova Pimentel and Maria Cuevas Dominguez, individually and as successors-in-interest to decedent Abelino Cordova-Cuevas vs. City of Stockton, Stockton Police Department and Does 1 to 100 inclusive. United States District Court, Eastern District of California, Deposition, September 24, 2018, Sacramento, California. Case No. 2:17-CV-00931-WBS-AC.

82.  Yvette Diaz, an individual; and Michael Johnston, an individual vs. The County of Los Angeles, a public entity, and Does 1 to 50, inclusive. Superior Court of the State of California, County of Los Angeles- Spring Street Courthouse, Deposition, September 26, 2018, Los Angeles, California. Case No. BC 656353.

83.  Yvette Diaz, an individual; and Michael Johnston, an individual vs. The County of Los Angeles, a public entity, and Does 1 to 50, inclusive. Superior Court of the State of California, County of Los Angeles- Spring Street Courthouse, Jury Trial, October 24, 2018, Los Angeles, California. Case No. BC 656353.

84.  Sarah L. Lacy, in her personal capacity and as personal representative of the Estate of Cecil D. Lacy, Jr. Deceased, vs. Snohomish County. Superior Court of the State of Washington, in and for the County of King. Jury Trial, October 25, 2018, Seattle, Washington. Case No. 16-2-21526-2.

85.  Angela Ainley, individually; Patrick Jackson, individually; Angela Ainley and Patrick Jackson, as joint personal representatives of the Estate of Kris Jackson; the estate of Kris Jackson vs. City of South Lake Tahoe, a municipal corporation; Joshua Klinge, individually and as a police officer for the City of South Lake Tahoe; Brian Uhler, individually and in his capacity as the City of South Lake Tahoe Chief of Police; and does 1 through 25, inclusive. United States District Court, Eastern District of California. Deposition, November 13, 2018, Santa Ana, California, Case No. 2:16-CV-00049 TLN-CKD.

86.  Anna Morsaw, as personal representative of the Estate of Jordan Parsons, deceased, vs. Dennis Wright, Patricia Fuller, and BSB Delray, LLC, d/b/a Buddha Sky Bar. In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida. Deposition, November 15, 2018, Stockton, California, Case No.: 502016CA007649XXXXMB.

Exhibit 40-97

87.  Savanna Smith, Thanh-Thanh Hoang both individually and in her capacity as successor in interest to Luke Smith, deceased vs. County of Santa Cruz; Sheriff Jim Hart, Deputy Chris Vigil, Sergeant Jacob Ainsworth, Deputy Jeffery Eisner, Deputy Emma Ramponi, City of Capitola, City of Capitola Police Depart, Chief Terry Mcmanus, Officer Pedro Zamora, City of Watsonville, City of Watsonville Police Department, Chief David Honda, Officer Noe Hernandez and Does 4-50. United States District Court, Northern District of California. Deposition, February 22, 2019, Pleasant Hill, California, Case No.: C17-05095 LHK.

88.  Fermin Vincent Valenzuela vs. City of Anaheim et al. United States District Court, Central District of California. Deposition, February 26, 2019, Los Angeles, California, Case No.: SACV17-0278 CJC [DFMx], Consol. w/Case No. SACV17-2094 CJC [DFMx].

89.  Adrian Robinson, Jr. v Philadelphia Eagles, LLC. Commonwealth of Pennsylvania Department of Labor and Industry, Bureau of Workers' Compensation. Deposition, March 1, 2019, Stockton, California, Case No.: BCN- 8025026.

90.  Dustin Winding vs. Ford Motor Company. In the Circuit Court of Clay County, Missouri. Deposition, March 15, 2019, Oakland, California, Case No.: 16CY-CV00868.

91.  Diem Ho, individually and as gardian ad litem for minors Alex Tran and Sabell vs. Dignity Health et al. Superior Court of San Joaquin County, California, Jury Trial, March 22, 2019. Case No: STK-CV-UMM-2016-11133.

92.  Mathew Onyshko and Jessica Onyshko, his wife, vs. National Collegiate Athletic Association, in the Court of Common Pleas, Washington County, Pennsylvania, Jury Trial, May 8, 2019. Case No: 2014-3620.

93.  Antonio Pulido, an individual; Yolanda Mejia, an individual vs. Alameda Unified School District, City of Alameda, State of California and Does 1 through 30. Superior Court of the State of California, County of Alameda, Deposition, May 31, 2019, Stockton, California. Case No.: RG17859762.

94.  Mary H. Garcia, Individually, and as successor-in-interest to Estate of Phillip Soto Garcia, Jr. Deceased, et al. vs. County of Riverside et al. United States District Court, Central District of California, Eastern Division. Deposition, June 3, 2019, Sacramento, California. Case No. 5:18-CV-839-SJO [ASx].

95.  A.B., a minor, individually and as successor in interest to decedent Kristopher Birtcher, by and through her guardian ad litem, Ryan Birtcher, Michael Birtcher, individually; and Catherine Birtcher, individually v. County of San Diego; San Diego Sheriff's Department, William D. Gore, Sheriff; Drew Beatty; Adrian Carrillo; Roland Garza; Joseph Kodadek; John Robledo; Scott Rossall; Frank Stalzer; Scott Winter and Does 1-10, Inclusive. United States District Court, Southern District of California. Deposition, August 14, 2019, Alameda, California. Case No. 18cv01541-MMA-LL.

96.  Estate of Brianna Suarez, an alleged disabled person by and through Juan Suarez, temporary guardian of Brianna Suarez's Estate and Person vs. Loyola University Medical Center, an Illinois Corporation; and Camilo Gomez, M.D., Individually. In the Circuit Court of Cook County, Illinois,

Exhibit 40-98

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 111 of 124
                                    Page ID #:1805
*Curriculum Vitae and Bibliography*        *Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP*        *Page 82 of 94*

County Department, Law Division. Deposition, November 4, 2019, Sacramento, California. Case No. 16 L 12024.

97.  Fermin Vincent Valenzuela vs. City of Anaheim et al. United States District Court, Central District of California. Jury Trial, November 15, 2019, Los Angeles, California. Case No. SACV17-0278 [DFMx] and SACV17-2094 CJC [DFMx].

98.  Antonio Pulido, an individual; Yolanda Mejia, an individual vs. Alameda Unified School District, City of Alameda, State of California and Does 1 through 30. Superior Court of the State of California, County of Alameda, Jury Trial, December 2 and 3, 2019, Oakland, California. Case No.: RG17859762.

99.  J.G., a minor, individually and as successor-in-interest to decedent, Mario Guevara, by and through her Guardian ad litem Susie Castro et al vs City of Colton: Michael Sandoval; and Does 2-10, inclusive. United States District Court, Central District of California, Deposition, December 30, 2019, San Francisco, California. Case No.: 5:18-cv-02386-RGK.

100.  The Estate of Vu Anh Ngo and Tina Ngo, individually and as successor in interest to Vu Anh Ngo vs. County of Riverside, Joshua Greco, and does 1-25, inclusive. Superior Court of the State of California, County of Riverside, Riverside Hall of Justice. Deposition, January 9, 2020, San Francisco, California. Case No. RIC1902381.

101.  Demajay Williams, an individual; a minor by and through her guardian ad litem Desiree Renee Wilson; a minor by and through her guardian ad litem Danielle Banks; and Tammy Johnson Williams, an individual, Larisa Washington, individually and as successor in interest to the Estate of Roderick D. Williams, Jr. v. Kohl's Department Stores, Inc., a Delaware corporation; Kohl's Illinois, Inc., a Nevada corporation; County of Riverside, a California municipal entity; Riverside County Sheriff's Department, a California municipal entity; Deputy Gordon Mitchell, an individual; Deputy Justin Tibbetts, an individual; and Does 1-30, inclusive. United States District Court, Central District of California, Eastern Division. Case No. 5:19-cv-00397-JGB-SHKx, 5:19-cv-00405-JGB-SHKx, 5:19-cv-00864-JGB-SHKx. Deposition, March 16, 2020, Sacramento, California.

102.  Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Deposition, June 15, 2020, Sacramento, California.

103.  Sheila Varner vs. LH 2007 Properties, LLC, John Doe Owner and John Doe II. In the State Court of Cobb County, State of Georgia. Case No. 16-A-2609. Deposition, October 12, 2020, Sacramento, California.

104.  Mary Starks, individually and as successor in interest to Rickie Starks vs. County of Los Angeles, a municipal entity, Deputy Taylor Ingersoll, an individual, and Deputy Edwin Barajas, an individual, and Does 1-10, inclusive. Superior Court of the State of California, County of Los Angeles, Central District. Case No. 19STCV38462. Deposition, October 24, 2020, Via Zoom, Sacramento, California.

Exhibit 40-99

105.  Mussalina Muhaymin as personal representative of the estage of Muhammad Abdul Muhaymin, Jr., vs. City of Phoenix, an Arizona municipal corporation, Antonio Terango, Officer Oswald Grenier, Officer Kevin McGowan, Officer Jason Hobe, Officer Ronaldo Canilao, Officer David Head, Officer Susan Heimbinger, Officer James Clark, Officer Dennis Lerous, Officer Ryan Nielson, Officer Steven Wong, and Doe Supervisors 1-5. In the United States District Court for the District of Arizona, Case No.: 17-cv-04565-PHX-SMB. Deposition, October 26, 2020, Sacramento, California.

106.  Los Angeles County Medical Examiner Coroner. Re: Andres Guardado, Coroner's Case No. 2020-05405, Coroner Inquest. Testimony, November 30, 2020. Virtual, Sacramento, California.

107.  Teresa Perkins as successor-in-interest to decedent Justin Perkins; and David Michael Perkins vs. City of Anaheim et al. In the Unites States District Court, Central District of California, Case No.: 8:19-cv-00315-JLS-JDE. Deposition, December 4, 2020. Virtual, Sacramento, California.

108.  Cindy M. Alejandre et al v. County of San Joaquin et al. United States District Court for the Eastern District of California. Case No.: 2:19-cv-00233-WBS-KJN. Deposition, January 18, 2021, Virtual, Sacramento, California.

109.  Catherine Escalante, as personal representative of the Estate of John C. Okoye, Deceased, vs. Restore Care of North Alabama, LLC; Choice Medicine, HWY 53 Medical Center; Celia W. Lloyd-Turney, MD et al. In the Circuit of Madison County, Alabama. Civil Action #: CV 2017-901490. Deposition, February 5 and 12, 2021, Virtual, Sacramento, California.

110.  James Stewart, Individually and as successor in interest to Decedent Jahmal Derrick Stewart vs. County of Yuba, a municipal corporation et al. Unites States District Court of Eastern District of California. Case No. 2:19-cv-01744 TLN-DB. Deposition, February 12, 2021, Virtual, Sacramento, California.

111.  Cindy M. Alejandre et al v. County of San Joaquin et al. United States District Court for the Eastern District of California. Case No.: 2:19-cv-00233-WBS-KJN. Rebuttal to Defense Expert Reports, Deposition, March 22, 2021, Virtual, Sacramento, California.

112.  Robert Ansara, as special administrator of the estate of Kay Garfield, Deceased et al vs. Medicwest Ambulance, Inc., Robert Luis Thompson; Benjamin Andrew Hartnell, Jr.; Yutaro Kobayashi, Does 1-20, and Rote Business Entities 1-20 inclusive, District Court, Clark County Nevada. Case No.: A-18-779407-C. Deposition, March 29, 2021, Virtual, Sacramento, California.

113.  Michelle Himes; Marcia Benjamin; and Daniel Benjamin, Plaintiffs vs. Somatics, LLC. United States District Court, Central District of California. Case No.: 2:17-CV-06686-RGK-JCx. Deposition, May 8, 2021, Virtual, Sacramento, California.

114.  Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Court Room Trial Testimony, May 12, 2021, Santa Ana, California.

Exhibit 40-100

115. Mildred Collins-Williams as administrator of the estate of Tijuana Frazier and as guardian and next friend of Quanisha Holt, a minor, and Pebbles McClain as guardian and next friend of Julian Frazier and Isaiah Frazier vs. Contour Eastwyck LLC. The United States District Court for the Northern District of Georgia, Atlanta Division. Case No. 1:20-CV-03129-CAP. Deposition, July 12, 2021, Virtual, Sacramento, California

116. The Estate of Vu Anh Ngo and Tina Ngo, individually and as successor in interest to Vu Anh Ngo vs. County of Riverside, Joshua Greco, and does 1-25, inclusive. Superior Court of the State of California, County of Riverside, Riverside Hall of Justice. Trial, July 19, 2021, Riverside, California. Case No. RIC 1902381.

117. B.P., a minor, D.K., a minor, R.P., a minor and A.S., a minor, individually by and through their guardian Ad Litem Aja M. Kane and Megan Cash Pantalion, individually, and each as successor-in-interest to decedent Casey Pantalion vs. County of San Bernardino et al. United States District Court, Central District of California. Deposition, September 3, 2021, Virtual, Sacramento, California. Case No. 5:19-cv-01243-JGB-SP.

118. Ron Ely v. County of Santa Barbara et al. United States District Court, Central District of California. Deposition, September 13 and 20, 2021, Virtual, Sacramento, California. Case No. 2:20-cv-06549 DMG [SKx].

119. Jami Lucas et al vs. County of Fresno and Jared Mullis. United States District Court for the Eastern District of California. Deposition, October 18, 2021, Virtual, Sacramento, California. Case No. 1:18-cv-01488-DAD-EPG.

120. Hector A. Hernandez; and Maria Ibarra as co-successors-in-interest for Decedent Hector Hernandez vs. County of Alameda, a municipal corporation; WellPath, a professional corporation; and Does 1-50, inclusive, individually, jointly and severally. United States District Court, Northern District of California. Deposition, October 25, 2021, Virtual, Sacramento, California. Case No: C20-2884 HSG.

121. Paola French and Russell French vs. City of Los Angeles, et al. United States District Court of the Central District of California. Trial, October 26, 2021, Riverside, California. Case No: 5:20-CV-00416-JGB-SP.

122. Denise Smart v California Highway Patrol, a state agency California Highway Patrol Officer Paul brian Shadwell, and Does 1 through 10, individually, jointly and severally. United States District Court for the Eastern District of California, Sacramento Division. Deposition, October 29, 2021, Virtual, Sacramento, California. Case No. 2:17-cv-01075-TLN-JDP.

123. Suratun Hassan, as surviving spouse of Malik Abdul-Hassan, deceased, and as personal representative / administrator of the Estate of Malik Abdul-Hassan v. The Kroger Co., Court of Dekalb County, State of Georgia, Deposition, January 21, 2022, Virtual, Sacramento, California. Case No. 18A68687.

Exhibit 40-101

124. Beatric Mapanda, Feliex Mapanda vs. Mark Edward Kuhn, Ind, and DBA Hill View Funeral Chapel et al. United States District Court for the Eastern District of California, Deposition, February 7, 2002, Virtual, Sacramento, California. Case No. 1:20-CV-01676-EPG.

125. Eric Houston, as an individual and as administrator and personal representative of the estate of Clyde Houston v. Roland Manago, as an individual, Amethyest Care Home, LLC, a Nevada Limited Liability Company; Does I-X, and Roe Business Entities XI-XX, inclusive. District Court of Clark County, Nevada, Deposition, February 14, 2022, Virtual, Sacramento, California. Case No. A-20-822532.

126. Francis J. Kerrigan and Carole Meikle vs. Orange County, Chapman Funeral Homes and Does 1 through 50 inclusive. Superior Court of the State of California for the County of Orange. Deposition, February 21, 2022, Virtual, Sacramento, California. Case No. 30-2018-00973047-CU-CR-CJC.

127. Karol Hargis Davis and John Mark Davis, Individually and on behalf of the Estate of John Thomas Davis, Deceased vs. National Collegiate Athletic Association. County Court of Dallas County, Texas. Deposition, February 25, 2022, Virtual, Sacramento, California. Case No. CC-20-01121-D.

128. Rosalinda Ibarra v. Cheyenne Lee, Scott Walton, Sheriff of Rogers County in his official capacity, and The Board of County Commissioners of Rogers County. United States District Court for the Northern District of Oklahoma. Deposition, March 28, 2022, Virtual, Sacramento, California. Case No: 20-CV-00598-TCK-JFJ.

129. Jeanne LLera and Jorge L. Gomez, as appointed co-special administrators of the estate of Jorge A. Gomez; Jeanne LLera; and Jorge L. Gomez v. Las Vegas Metropolitan Police Department; Ryan Fryman; Dan Emerton; Vernon Ferguson; Andrew Locher; Joh Squeo; and Does 2-10 inclusive. United States District Court, District of Nevada. Deposition, April 1, 2022, Virtual, Sacramento, California. Case No.: 2-20-cv-01589-RFB-BNW.

130. Estate of Eric Esteban Briceno, Deceased, through his successor in interest Blanca Luisa Briceno, individually and as successor in interest; and Juan Manuel Briceno, individually and as successor in interest v. County of Los Angeles, Los Angeles County Sheriff's Department, Sheriff Alex Villanueva, Sergeant Joseph Bernas, Sergeant Isaias Marin, Captain Richard Mejia, Deputy Jennifer Romero, and Deputy Danny Glavez, individually and in their capacities as peace officers. United States District Court Central District of California. Western Division. Deposition, April 4, 2022, Virtual, Sacramento, California. Case No.: 2:21-cv-01388-SB [Ex].

131. Francis J. Kerrigan and Carole Meikle vs. Orange County, Chapman Funeral Homes and Does 1 through 50 inclusive. Superior Court of the State of California for the County of Orange. Trial, April 12, 2022, Central Justice Center, Santa Ana, California. Case No. 30-2018-00973047-CU-CR-CJC.

Exhibit 40-102

132. Stephen Clark; Se'Quette Clark; A.C., a minor, by and through his Guardian Ad Litem, Rajneesh Manni, C.C., a minor, by and through his Guardian Ad Litem, Rajneesh Manni; Sequity Eddy Thompson; and Tommy Lee Thompson vs. City of Sacramento, Terrence Mercadel; Jared Robinet; and Does 1-10, inclusive. United States District Court, Eastern District of California. Deposition, April 18, 2022, Virtual, Sacramento, California. Case No.: 2:19-cv-00171-JAM-EFB.

133. Ann Rosalia and Eric Rosalia, J.R., as successors-in-interest to Decedent Eric Rosalia; and Maria Martinez, Elias Jimenez, and A.R., a minor, by and through her guardian ad litem, Yvonne Deguair, individually vs. City of Hayward, a municipal entity; Nesar Naik, individually and in his official capacity as a police officer for the City of Hayward Police Department; and Does 1-50, inclusive, individually and in their official capacities as police officers for the City of Hayward Police Department. United States District Court, Northern District of California. Deposition, April 18, 2022, Virtual, Sacramento, California. Case No.: 3:21-cv-00380-VC.

134. Walter Pettaway, as administrator, the Estate of Joseph Lee Pettaway, Deceased vs. Nicholas D. Barber et al. In the United States District Court for the Middle District of Alabama, Northern Division. Deposition, April 25, 2022, Sacramento, California. Case No.: 2:19-CV-00008.

135. Clara L. Barillas, Juan J. Barillas and Ruby E. Barillas, both individually and as successors in interest to Juan A. Barillas vs. City of Los Angeles; Los Angeles Police Department; Detective Michael Montoya, and individual, Detective Corbin Rheault, and individual and DOES 1-50. United States District Court, Central District of California. Case No. CV18-08740 CJC [ASx]. Court Room Trial Testimony, May 26, 2021, Santa Ana, California.

136. Shane Skillpa, individually vs. Pennsylvania Interscholastic Athletic Association, Inc.; Western Pennsylvania Interscholastic Athletic League; and West Mifflin Area School District. In the Court of Common Pleas of Allegheny County, Pennsylvania. Frye Hearing, July 11, 2022, Virtual, Sacramento, California. Civil Division No. GD 17-002366.

137. Alana Gee, Individually and as Executor of the Estate of Matthew Gee, Deceased, Plaintiff, v. National Collegiate Athletic Association, Defendant. In the Superior Court of the State of California, County of Los Angeles. Deposition, September 13, 2022, Sacramento, California. Case No. 20STCV43627.

138. Shane Skillpa, individually vs. Pennsylvania Interscholastic Athletic Association, Inc.; Western Pennsylvania Interscholastic Athletic League; and West Mifflin Area School District. In the Court of Common Pleas of Allegheny County, Pennsylvania. Trial Testimony, September 19, 2022, Pittsburgh, Pennsylvania. Civil Division No. GD 17-002366.

139. Ron Ely v. County of Santa Barbara et al. United States District Court, Central District of California. Trial Testimony, October 11, 2022, Los Angeles, California. Case No. 2:20-cv-06549 DMG [SKx].

140. Alana Gee, Individually and as Executor of the Estate of Matthew Gee, Deceased, Plaintiff, v. National Collegiate Athletic Association, Defendant. In the Superior Court of the State of California, County of Los Angeles, Trial Testimony, November 4, 2022. Case No.: 20STCV43627.

Exhibit 40-103

141. Jeffrey Thelen v. Somatics LLC and Electrika, Inc. United States District Court, Middle District of Florida, Tampa Division. Virtual Deposition, November 14, 2022, Sacramento, California. Case No.: 8:20-CV-01724-TPB-JSS.

142. AKAYSIA PEARSON, COLTRANE PEARSON, JR., KALIYAH PEARSON, and N.P., by and through her guardian ad litem Galina Karsh, individually and as a successor in interest to Coltrane Pearson, deceased, Plaintiffs, v. STATE OF CALIFORNIA, et al., Defendants. United States District Court for the Northern District of California, San Francisco Division. Deposition, November 7 and 15, 2022, Sacramento, California. Case NO.: 3:20-cv-5726-CRB (LB).

143. REGINALD RAFE NICHOLAS PAYNE, individually and as Successor-In-Interest to THE ESTATE OF REGINALD DAMONE PAYNE; HARRIETT JEFFERSON; and RUFUS JEFFERSON, Plaintiffs, vs. CITY OF SACRAMENTO; DAVID MOWER; JOHN HELMICH; KEVIN MOORMAN; JEFFREY KLEIN; SCOTT CARAVALHO; SEAN HOLLEMAN; CLINTON SIMONS; ERIC MUNSON, and DOES 11-20, Defendants. United States District Court, Eastern District of California. Deposition, November 19, 2022, Sacramento, California. Case No.: 2-22-cv-00313-TLN-JDP.

144. Tammy Murillo, an individual and as Successor in Interest to Jesse Murillo, Deceased vs. City of Los Angeles, a Government Entity and Does 1 to 50 Inclusive. United States District Court, Central District of California. Deposition, November 29, 2022, Sacramento, California. Case No.: 2:21-cv-08738 FMO [AGRx]

145. HECTOR HERNANDEZ, individually; C.H. and H.R. by and through their Guardian,  ASHLEY CHADWICK, individually  and  as  successors-in- interest of HECTOR HERNANDEZ, deceased, Plaintiffs, vs. CITY OF FULLERTON; FULLERTON POLICE  DEPARTMENT,  public entities;  CORPORAL JONATHAN FERRELL, and DOES 1 through 50, individually  and  as  peace  officers, inclusive, Defendants. Unites States District Court, Central District of California. Deposition, December 5, 2022, Sacramento, California. Case No. 8:20-cv-01747-MEMF-JD.

146. KAREN CARROLL, et al. Plaintiffs, v. BRUNSWICK CORPORATION, SEA RAY BOATS, and BRUNSWICK BOAT GROUP. United States District Court for the Western District of Missouri, Central District. Deposition, December 9, 2022, Virtual, Sacramento, California. Case No.: 2:21-CV-4136.

147. RODNEY MYERS, JR., DIAMOND AMARI MYERS, a minor, by and through her Guardian Ad Litem, SHAWNIKA COLLINS, Plaintiffs, vs. COUNTY OF LOS ANGELES; CITY OF COMPTON; and DOES 1-100, inclusive,Rodney Myer, Jr v. City of Compton, Defendants. Superior Court of the State of California for the County of Los Angeles. Deposition, December 16, 2022, Virtual, Sacramento, California. Case No.:  BC680294.

148. CECILIA VARGAS; ARIANA SALAS, individually and as a successor-in-interest to RUBEN ESCUDERO, deceased, Plaintiffs, vs. COUNTY OF SAN BERNARDINO; H. MIRANDA; S. CARTER; Z. VOGEL, J. MATA; Z. PRITCHETT; J. JIMENEZ; A. MATA; T. KAUTZ; J. ATTLESEY; RODRIGUEZ (first initial unknown) and DOES 1-10, inclusive, Defendants. Unites States District Court Central District of California. Deposition, January 3, 2023, Virtual, Sacramento, California. Case No: 5:20-cv-02646-JGB-KK.

Exhibit 40-104

149. ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS, Individually, and WILLIE MAE KIRKLAND as Guardian ad Litem for J.C.N., Kimone Nunis, Oral W. Nunis, Andre Nunis and Ludecea Nunis, as Successors-in-Interest to Decedent Oral W. Nunis, Plaintiffs, vs. CITY OF CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUAL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1-90, Inclusive, Defendants. United States District Court, Southern District of California. Deposition, January 06, 2023, Virtual, Sacramento, California. Case No. 3:21-cv-1627-AJB-DEB.

150. MILDRED WHITTIER, on behalf of the estate of Julius Whittier, deceased, Plaintiff, vs. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, Defendant. IN THE COUNTY COURT OF DALLAS COUNTY, TEXAS COUNTY COURT AT LAW NO. 3. Deposition, January 09, 2023, Virtual, Sacramento, California. CAUSE NO. CC-20-02912-C.

151. ANGELINA SMALLS, as the personal representative of THE ESTATE OF BENNIE BRANCH, and BRENDELIN BRANCH, individually, Plaintiffs, v. CITY OF TACOMA; RYAN BRADLEY and "JANE DOE" BRADLEY, individually and the marital community comprised thereof; and DOES 1-10, inclusive, Defendants. United States District Court for the Western District of Washington at Tacoma. Deposition, January 13, 2023. Virtual, Sacramento, California. No. 3:22-CV-05043 BJR.

152. SOPHIA BHANDARI, individually and as Successor in Interest to TONY GARZA WILSON, Deceased, and SIERRA WILSON and TONY PHILIP WILSON, individually, Plaintiff, v. NATIONAL CITY, a municipal corporation, NATIONAL CITY POLICE DEPARTMENT, CHIEF JOSE TELLEZ, OFFICERS JONATHAN TAYLOR and EVAN DAVIS; and CORPORAL CHARLES STEVENS, and DOES 1-50, inclusive, Defendants. United States District Court, Southern District of California. Deposition, January 30, 2023. Virtual, Sacramento, California. Case No.:  3:21-cv-01652-BTM-MDD.

153. VIRGINIA "VICKY" ZARAGOZA, an individual, F.C., a minor, by and through her Guardian Ad Litem, JASMINE MUNOZ, an individual, and L.S.C., a minor, by and through her Guardian Ad Litem, NANCY GONZALEZ, an individual; Plaintiffs, v. COUNTY OF RIVERSIDE, a municipal entity, DEPUTY DAVID ANDERSON #5097, an individual and DOES 2-10, Inclusive; Defendants. United States District Court, Central District of California, Western Division. Deposition, January 31, 2023. Virtual, Sacramento, California. Case No.: 5:20-CV-01381-SSS-SP.

154. NICOLE JUAREZ ZELAYA, Individually and as Successor-In-Interest to Decedent, JACOB JUAREZ CEDILLO, Plaintiff, v. CITY OF LOS ANGELES, OFFICER DUSTIN RICHMOND as Doe 1, OFFICER JOSEPH HUNT as Doe 2 and DOES 3 THROUGH 10, Inclusive, Defendants. United States District Court Central District of California, Western Division. Deposition, February 10, 2023, Virtual, Sacramento, California. Case No. 2:20-cv-08382-ODW (MAAx).

155. MARTIN PATTI, as Special Administrator of the Estate of FABRICCIO PATTI, Deceased; MARTIN PATTI, individually, and as heir of the Estate of FABRICCIO PATTI, and MARIA PATTI individually, and as heir to the Estate of FABRICCIO PATTI; Plaintiffs, vs. E.R. CORPORATION d/b/a LUCKY CIGARS & SMOKES, LLC, a Nevada Domestic Corporation; and DOES 1 through 20; DOE 1 through 20, inclusive, Defendants. District Court, Clark County, Nevada. Deposition, March 27, 2023, Sacramento, California. CASE NO. A-18-779647-C.

Exhibit 40-105

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 118 of 124

*Curriculum Vitae and Bibliography*    *Bennet I. Omalu, MD, MBA,MPH, CPE, DABP-AP,CP,FP,NP*    *Page 89 of 94*
Page ID #:2442

156. DIANE O'NEIL, Plaintiff, v. SOMATICS, LLC; and ELEKTRIKA, INC., Defendants. United States District Court, District of New Hampshire. Deposition, Virtual, Sacramento, California, April 18, 2023. Case No: 1:20-cv-00175-PB.

157. MELBA SHAHEED, individually and as co- successor-in-interest to EBIMOTOMI AREKE SUALLA, Plaintiffs, v. COUNTY OF SAN JOAQUIN, a municipal entity; KANWARDEEP GREWAL, in his individual capacity; MA THEA LIM, in her individual capacity; GARRETT BERGREN, in his individual capacity; and DOES 1-25, inclusive, Defendants, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION. Deposition, Virtual, Sacramento, California, May 1, 2023. Case No: 2:21-cv-01109-JAM-DB

158. GLORIA S. ZAPATA, as special administrator for the estate of JONATHAN BLACKSTONE, deceased; and MITCHELL BLACKSTONE, individually and as heir to the Estate of JONATHAN BLACKSTONE, Plaintiff, vs. SHOWCASE 1415 LLC, et al Defendants. DISTRICT COURT, CLARK COUNTY, NEVADA. Deposition, Virtual, Sacramento, California, May 22, 2023. Case No: A-19-799464-C.

159. Jeffrey Thelen v. Somatics LLC and Electrika, Inc. United States District Court, Middle District of Florida, Tampa Division. Trial Testimony, June 2, 2023, Tampa, Florida, Case No.: 8:20-CV-01724-TPB-JSS.

160. Anthony Phang, Plaintiff v. Serenity Recuperative Care, Inc.; City of Long Beach; and Does 1 through 100, Inclusive, Defendants. Deposition Testimony, June 13, 2023, Virtual, Sacramento, California, Case No.: 20STCV42079.

161. MARIA ELENA GARCIA, an individual; ADRIEANA GARCIA, an individual; C.G., a minor by and through his *guardian ad litem* Maria Elena Garcia; S.G., a minor by and through her *guardian ad litem* Maria Elena Garcia; J.G., a minor by and through her *guardian ad litem* Mana Elena Garcia; and GLORIA GARCIA, an individual, Plaintiffs, v. CITY OF FARMERSVILLE, a California municipal entity; TULARE COUNTY, a California municipal entity; CITY OF VISALIA, a California municipal entity; OFFICER EDUARDO CARRILLO, an individual, OFFICER DIEGO CORONA, an individual; OFFICER JEREME BROGAN, an individual; OFFICER PAULINO MANZANO, an individual; SERGEANT RALPH VASQUEZ, JR., an individual; LIEUTENANT JAYBROCK, an individual; SERGEANT CARDENAS, an individual; DEPUTY MATTHIAS HERNANDEZ, an individual; DEPUTY TAYLOR HOBSON, an individual; DEPUTY S. JAJYO, an individual; DEPUTY JASON KENNEDY, an individual; TRACIA ANDERSON, an individual; ERIC KRENZ, an individual; CALIFORNIA FORENSIC MEDICAL GROUP, DBA WELLPATH, a corporation; and DOES 1- 100, inclusive, Defendants. United States District Court, Eastern District of California, Fresno Division. Deposition Testimony, July 12, 2023, Virtual, Sacramento, California, Case No.: 1:21-CV-00482-JLT-EPG.

162. KARINE ALADZHANZIAN, individually and as successor-in-interest to Ara Aladzhanzian (deceased); VARDEVAR ALADZHANZIAN individually, and as successor-in-interest to Ara Aladzhanzian (deceased); VAHE ALADZHANZIAN, a minor by and through his Guardian Ad Litem, KARINE ALADZHANZIAN, individually and as successor-in-interest to Ara Aladzhanzian (deceased), Plaintiffs v. DELPRO LLC; ENTERPRISE VAN LINES, INC.; INEZ TORREZ MARTINEZ, JR. an individual; UNITED VAN LINES, LLC; NAVISTAR, INC.; NAVISTAR INTERNATIONAL CORPORATION; RUSH TRUCK CENTER – WHITTIER; RUSH TRUCK CENTERS OF CALIFORNIA, INC.; RUSH ENTERPRISES, INC.; COMMERCIAL

Exhibit 40-106

COOLING; PAR ENGINEERING, INC.; and Does 1 to 100, Inclusive, Defendants. Superior Court of the State of California in and for the County of Los Angeles, Stanley Mosk Courthouse. Deposition Testimony, Virtual, Sacramento, California, August 21, 2023. Case No. 18STCV00849.

163. Tammy Murillo, an individual and as Successor in Interest to Jesse Murillo, Deceased vs. City of Los Angeles, a Government Entity and Does 1 to 50 Inclusive. United States District Court, Central District of California. Trial, August 23, 2023, Los Angeles, California. Case No.: 2:21-cv-08738 FMO [AGRx].

164. Alexis Mendoza, as special administrator of the Estate of Max Garcia; Alexis Mendoza, on behalf of her minor child, Ripley Garcia, as heir to the Estate of Max Garcia, Plaintiffs vs. Palm Deluxe Group, LLC, a foreign limited liability company; SOS Security, LLC, a Delaware limited liability company et al, Defendants. Eight Judicial District Court, Clark County, Nevada. Deposition, Virtual, Sacramento, CA, September 19, 2023. Case No.:  A-20-809943-C.

165. Mario Gonzalez, Deceased, through his successor in interest, M.G.C., a minor through his mother and Next Friend Andrea Cortez, Individually and as successor in interest for Mario Gonzalez, Deceased, Plaintiffs vs. City of Alameda, a public entity; Alameda Police Officers Eric Mckinley, James Fisher, and Cameron Leahy, and Does 1-10, Jointly and Severally, Defendants. Related with Edith Arenales, Plaintiff, vs. City of Alameda et al, Defendants. United States District Court, Northern District of California, Deposition, Virtual, September 19, 2023, Sacramento, California. Case Numbers 4:21-cv-09733-DMR and 22-cv-00718-DMR.

166. Leeyonnie Hernandez, an individual, for herself and, as guardian ad litem for minors PZ, KH, and AH, Plaintiffs, vs. County of Riverside, et al. Defendants. United States District Court, Central District of California, Eastern Division. Deposition, September 25, 2023, Sacramento, California. Case No. 5:21-cv-01791-JGB (SPx) (Consolidating 5:21-cv-01795-JGB (SPx).

167. Maria Cassandra Quinto-Collins, individually and as successor-in-interest to Decedent Angelo Quinto; and Isabella Collins, individually, Plaintiffs vs. City of Antioch, a municipal corporation et al and Does 5-50, Inclusive, Defendants. United States District Court, Northern District of California. Deposition, October 6, 2023, Sacramento, California. Case No: C21-6094 AMO.

168. Nicole Juarez Zelaya, individually and as successor-in-interest to decedent, Jacob Juarez Cedillo, plaintiff v. City of Los Angeles, Officer Dustin Richmond as Doe 1, Office Joseph Hunt as Doe 2 and Does 3 through 10, Inclusive, defendants. United States District Court, Central District of California, Western Division. Trial, October 12, 2023, Los Angles, California. Case No.: 2:20-cv-08382-ODW (MAAx).

169. Violeta Morales-Lazo; and Maria Morales-Lazo; plaintiffs vs. Matheson Trucking; Transportation Commodities, Inc.; Estate of Ermilo Gonzales, Jr; and Does 1 through 50, Inclusive; defendants. Superior Court of the State of California for the County of Contra Costa. Deposition, October 18, 2023, Virtual, Sacramento, California. Case No. CIVMSC18-00673.

Exhibit 40-107

170. Matthew G. Lopez-Bautista, by and through his Guardian ad Litem, Karina Bautista, Plaintiff, v. Foothill Presbyterian Hospital, et al., Defendants. Superior Court of the State of California, County of Los Angeles- Pomona Courthouse South. Deposition, October 30, 2023, Virtual, Sacramento, California. Case No.: BC693486.

171. D.R., a deceased minor by and through her successors in interest JOHN FREEMAN or CRISTINA RAMIEZ; JOHN FREEMAN, an individual; and CRISTINA RAMIREZ, an individual, Plaintiffs, vs CONTRA COSTA COUNTY, a public entity; TASHA MIZEL, an individual; MARCIE FRANICH, an individual; and DOES 1 to 50, inclusive, Defendants. United States District Court, Northern District of California. Deposition, November 3, 2023, Virtual, Sacramento, California. Case No.: C19-07152 MMC.

172. DEVONTE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; LINDEN STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON; KEANDRE STEPHENSON, individually and as successor in interest to Decedent LEROY STEPHENSON, Plaintiffs, vs STATE OF CALIFORNIA; COUNTY OF RIVERSIDE; DANE NOREM; JEFFREY MCKEE; MATT BORDEN; and DOES 1 through 100, inclusive, Defendants. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. Deposition, November 7, 2023, Virtual, Sacramento, California. Case No. Case No.: 5:21-cv-00526-JWH (KKx)

173. Diane O'Neil, Plaintiff vs. Somatics, LLC, et al. United States District Court, District of New Hampshire. Deposition, November 13, 2023, Virtual, Sacramento, California. Case No.: 1:20-cv-175-PB.

174. Kori McCoy, etc, et al, Plaintiffs v. City of Vallejo, etc, et al, Defendants, United States District Court, Eastern District of California. Deposition, November 20, 2023, Virtual, Sacramento, California. Case No. 2:19-cv-01191-JAM-CKD

175. Victor Mario Sienze et al, Plaintiffs vs. County of Lake Sheriff's Deputy Benjamin T. Moore et al, Defendants. United States District Court, Northern District of California. Deposition, November 27, 2023, Virtual, Sacramento, California. Case No. 4:19-CV-04279-JSW.

176. The Estate of Jill Ann Esche; Sierra Jill Wofford by and through her guardian and litem Wayne Wofford; and Camron Scott Esche, Plaintifffs vs. Renown Regional Medical Center: Marta J. Bunuel-Jordana, M.D.; Caroline Vasendin, M.D.; Johanna Gruen, PhD; Earle Oki, M.D.; Maegen Smith, RN; Caitlin E. Herschel, RN; and Does I-X, Defendants. United States District Court, District of Nevada. Deposition, December 1, 2023, Sacramento, California. Case No.: 3:21-cv-520.

177. Julie Huff and Terry Wade Huff, Plaintiffs, v. City of Eufaula, Oklahoma; Eufaula Chief of Police Don Murray; Eufaula Police Officer Casey Torrix; Oklahoma Highway Patrolman Christopher Reeves, et al, Defendants. United States District Court for the Eastern District of Oklahoma. Deposition, December 11, 2023, Sacramento, California. Case No.: 18-cv-22-EFM.

178. Tamara Flores by and through her guardian ad litem, Annelle Flores, Plaintiff vs. Sutter Lakeside Hospital, Inc, : Arthur David Barnes, M.D., et al. Defendants. Superior Court of California, County of Lake. Deposition, Virtual, December 12, 2023, Sacramento, California. Case No. CV421561.

Exhibit 40-108

179. Fernando Molina, an individual and as successor-in-interest to Jose Molina, Juan Molina, a minor, et al; Plaintiffs, vs. Federal Express Corporation, a Delaware Corporation; William A. Phu, an individual; and Does 1 through 50, inclusive; Defendants. Superior Court of the State of California, for the County of Sacramento- Unlimited Jurisdiction. Deposition, Virtual, December 19, 2023, Sacramento, California. Case No. 34-2022-00315405.

180. Fraternal Order of Police, Fort Pitt Lodge No. 1 vs. City of Pittsburgh, Pennsylvania. Harriet Street Arbitrations. Deposition, January 22, 2024, City of Pittsburgh, Department of Law, Pittsburgh, Pennsylvania.

181. Virginia "Vicky" Zaragoza, et al v. County of Riverside, et al. United States District Court for the Central District of California. Court Trial Testimony, January 31, 2024, Riverside, California. Case No. 5:20-cv-01381-SSS-SP.

182. Veratani Alailefaleula, an individual and citizen of Nevada et al, Plaintiffs vs. FCA US LLC, a Delaware Limited Liability Company et al, Defendants. District Court of Clark County Nevada. Virtual Deposition, March 19, 2024, Sacramento, CA. Case No.: A-22-854317-C.

183. A.J.P. and A.M.P., minors by and through their guardian ad litem Cynthia Nunez, individually and as successor in interest to Albert Perez, deceased; and Patricia Ruiz, individually, Plaintiffs v. County of San Bernardino; and Does 1-10, Inclusive, Defendants. United States District Court, Central District of California, Western Division. Virtual Deposition, March 28, 2024, Sacramento, CA. Case No.: 5:22-cv-01291 SSS (SHKx).

184. Fernando Molina, an individual and as successor-in-interest to Jose Molina, et al, Plaintiffs vs. Federal Express Corporation, a Delaware Corporation; William A. Phu, an individual; and Does 1 through 50, Inclusive; Defendants. Superior Court of the State of California, For the County of Sacramento, Unlimited Jurisdiction. Trial, March 29, 2024, Sacramento, CA, Case No.: 34-2022-00315405.

185. Margaret T. Lopez, Sonia Torres, Keni Lopez, Rosy Lopez, Plaintiffs, vs. City of Los Angeles, Jose Zavala, Julio Quintanilla, and Does 1 through 10, Inclusive, Defendants. United States District Court, Central District of California. Virtual Deposition, March 29, 2024, Sacramento, CA. Case No.: 2:22-CV-07534 FLA-MAA.

186. Ira Goldberg, Plaintiff v. Somatics LLC; Richard Abrams, M.D., Conrad Swartz, M.D.; David Mirkovich; Elektrika Inc., and Jesse Pavel, Defendants. In the Circuit Court of Cook County, Illinois, County Department, Law Division. Virtual Deposition, April 13, 2024, Sacramento, CA. Case No. 2020-L-012096.

187. Matthew G. Lopez-Bautista, by and through his Guardian ad Litem, Karina Bautista, Plaintiff, v. Foothill Presbyterian Hospital, et al., Defendants. Superior Court of the State of California, County of Los Angeles- Pomona Courthouse South. Trial, April 16, 2024, Los Angeles, California. Case No.: BC693486.

188. ESTATE OF ORAL W. NUNIS, SR. by and through, ROXIE A. NUNIS, individually, and as Administratrix of the ESTATE, and NAOMI NUNIS, Individually, ABIGAIL TABITHA NUNIS,

Exhibit 40-109

Case 2:23-cv-07532-DMG-SSC    Document 72-3    Filed 02/14/25    Page 122 of 124
*Curriculum Vitae and Bibliography*        Bennet I. Omalu, MD, MBA, MPH, CPE, DABP-AP,CP,FP,NP        Page 93 of 94
Page ID #:1884

Individually, and WILLIE MAE KIRKLAND as Guardian ad Litem for J.C.N., Kimone Nunis, Oral W. Nunis, Andre Nunis and Ludecea Nunis, as Successors-in-Interest to Decedent Oral W. Nunis, Plaintiffs, vs. CITY OF CHULA VISTA; DAVID ARCE, BRIAN OLSEN, DAVID KREMER, EVAN LINNEY, DAVID RIVERS, MANUAL PADILLA, JORDAN SALVADOR, KENNETH HICKS and DOES 1-90, Inclusive, Defendants. United States District Court, Southern District of California. Trial, April 19, 2024, San Diego, California. Case No. 3:21-cv-1627-AJB-DEB.

189. Estate of Daniel R. Russell, Jr., by and through Tiffany Gabbard, the Personal Representative, Plaintiff v. Res-Care Washington, Inc, D/B/A All Ways Caring Homecare, a foreign for-profit corporation, Defendant. Superior Court of the State of Washington, in and for the County of Pierce. Deposition, May 17, 2024, Virtual, Sacramento, California. Case No.: 23-2-04757-1.

190. The Estate of Ava Wilson, Deceased, by Pamela Wilson and Gerald Wilson, Administrators, Plaintiffs, vs. Advocate Health and Hospitals Corporation, an Illinois Corporation; and Lauren Kriedemann, CNP, Individually, Defendants. In the Circuit Court of Cook County, Illinois County Department, Law Division. Deposition, May 31, 2024, Virtual, Sacramento, California. Case No.: 22 L 7728.

191. MarleneThomas, an individual and as Successor in Interest Ryan Thomas, Plaintiff v. Aeolus Air Charter, Inc., a corporation, and Does 1 through 100, Defendants. Superior Court for the State of California, County of Los Angeles. Deposition, June 17, 2024, Virtual, Sacramento, California. Case No.:  22STCV03393.

192. Estate of Daniel R. Russell, Jr., by and through Tiffany Gabbard, the Personal Representative, Plaintiff v. Res-Care Washington, Inc, D/B/A All Ways Caring Homecare, a foreign for-profit corporation, Defendant. Superior Court of the State of Washington, in and for the County of Pierce. Trial, June 25, 2024, Tacoma, Washington. Case No.: 23-2-04757-1.

193. ADRIAN HUMBERTO RIOS, an individual, by and through his Guardian ad Litem, Brenda Yvette Ceja; ADRIAN RIOS JR., an individual; M.P.R., a minor individual, by and through her Guardian ad Litem, Brenda Yvette Ceja, Plaintiffs, vs. CITY OF AZUSA; COUNTY OF LOS ANGELES; BENJAMIN CYPHER, an individual; V. GARCIA, an individual; RICHARD MARTINEZ, an individual; STEVEN D. SEARS, an individual; MICHAEL De ANDA, an individual; MICHAEL WISE, an individual; ZACHARY CHADWICK, an individual; JACOB DAO, an individual; and DOES 1 through 10, inclusive, Defendants. United States District Court, Central District of California. Deposition, August 23, 2024, Virtual, Sacramento, California. Case No.: 2:22-cv-03968-WLH-RAOx.

194. Ozz Saturne, an individual, Plaintiff, vs Lyft, Inc., a California corporation; Sasan Nassimizadeh, an individual; and Does 1 through 100, inclusive, Defendants. Superior Court of the State of California for the County of Los Angeles- Spring Street Courthouse. Deposition, October 25, 2024, Virtual, Sacramento, California. Case No.: 23STCV02365.

195. JACOB SERVIN, Plaintiff, vs. SAN JOAQUIN COUNTY, a public entity; San Joaquin County Sheriff-Coroner PATRICK WITHROW, in his individual and official capacities; San Joaquin County Sheriff's Office Custody Division Sergeant RUBEN RODRIGUEZ; San Joaquin County Sheriff's Office Custody Line Officers GARRETT BERGREN, EMMANUEL FLORES, MARIO RODRIGUEZ, MARK RODRIGUEZ, and ZACHARY THOMPSON; San Joaquin County Sheriff's Office Custody Line Officers KACEY FOSTER and JANE DOE 9; San Joaquin County

Exhibit 40-110

Sheriff's Office Custody Line Officers JOHN DOES 7, 10, and 11; and, DOES 12-75, individually, jointly and severally, Defendants. United States District Court, Eastern District of California. Deposition, November 13, 2024, Virtual, Sacramento, California. Case No. 2:20-cv-02445-WBS-CSK.

Exhibit 40-111



# Bennet Omalu
## P A T H O L O G Y

**Phone: 279-345-1300**       **Autopsy and Anatomic Pathology**       **Neuropathology**
**Fax: 866-402-6875**          **Clinical Pathology and Toxicology**    **Epidemiology**
**bennetomalu@bennetomalu.com** **Forensic Pathology**                 **Medico-Legal Consultations**

## FEE SCHEDULE

## MEDICO-LEGAL CONSULTATIONS

**Professional Hourly Fees:** $750 [Seven Hundred and Fifty Dollars] per hour

**Retainer Fees:**
1. An initial non-refundable deposit of $15,000 [Fifteen Thousand Dollars].
   a. For different types of law enforcement involved deaths, in-custody deaths, CTE and TBI cases and other types of high-profile cases, this non-refundable deposit may be increased to $20,000 [Twenty Thousand Dollars] to $40,000 [Forty Thousand Dollars] depending on the complexity of each case.
2. The deposit should be made payable to "Bennet Omalu Pathology."
3. More non-refundable retainer deposits may be requested in increments of $5,000 [Five Thousand Dollars] for high-volume and additional case materials review after the report is written and submitted, or after deposition testimonies have been given.

**Deposition Fees:**
1. For the preparation for deposition testimonies, we charge an hourly rate of $750 [Seven Hundred and Fifty Dollars] per hour for a minimum of three hours.
2. For deposition testimonies we charge an hourly rate of $1000 [One Thousand Dollars] per hour.
3. For depositions that require travel outside the central valley of California we charge the same daily rates for trial or hearing fees described below [Trial or Hearing Fees: #2].

**Trial or Hearing Fees:**
1. For the preparation for trial or hearing testimonies we charge an hourly rate of $750 [Seven Hundred and Fifty Dollars] per hour for a minimum of three hours.
2. For trial or hearing testimonies we charge $8,000 [Eight Thousand Dollars] per day for out-of-state and in-state cases and courts.

**Visit of Coroner or Medical Examiner's Offices to Examine and Process Tissues**
1. For all forms of travel to visit Coroner or Medical Examiner's Offices to examine tissue histology slides, examine formalin-fixed autopsy tissues and collect tissue sections for tissue histology slides we charge $8,000 [Eight Thousand Dollars] per day for out-of-state and in-state office visits.

**Travel and Accommodation Expenses:**
1. All travel and accommodation expenses for coroner/ medical examiner's office visits, laboratory visits, deposition, trial, or hearing testimonies, which are above $200 [Two Hundred Dollars] will be charged for reimbursement at cost.

**1621 Executive Court
Sacramento, CA 95864**

Exhibit 40-112