Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:     lroistacher@deangazzo.com

Attorneys for Defendant
State of California by and through California
Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom: 8C<br>Judge:     Hon. Dolly M. Gee<br><br>Complaint Filed: July 28, 2023<br>Trial Date: April 15, 2025 |

I, Cherie Parker, declare:

1.     That I am and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 440 Stevens Avenue, Suite 100, Solana Beach, California 92075, and my electronic address is cparker@deangazzo.com.

On February 12, 2025, I served the following documents described as:

**REPLY OF DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

1

**DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA'S RESPONSE TO THE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT AND ADDITIONAL MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

**OBJECTION TO PLAINTIFFS' EVIDENCE**

**DECLARATION OF LEE H. ROISTACHER IN SUPPORT OF REPLY OF DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

on all interested parties in this action addressed as follows:

Dale K Galipo
Cooper Alison-Mayne
Law Offices of Dale Galipo
21800 Burbank Boulevard Suite 310
Woodland Hills, CA 91367
818-347-3333
Fax: 818-347-4118
Email: dalekgalipo@yahoo.com
       cmayne@galipolaw.com
       ldeleon@galipolaw.com
       slaurel@galipolaw.com

**Attorneys for Plaintiffs**

___    BY ELECTRONIC SERVICE: On the date stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

___    BY FACSIMILE: By use of a facsimile machine, telephone number (858) 494-0486, at approximately _____ a.m./p.m. on _____, I served a copy of the documents described above on all designated recipients. The facsimile machine I used complied with California Rules of Court, Rule 2033(3) and no error was reported by the machine.

_X_    BY E-MAIL: On the date stated above, I caused to be served the document via e-mail described above on designated recipients.

Case No. 2:23-cv-07532-DMG-SSC

1
2
3
4
5        ___   BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the office's practice of collecting and processing of documents for mailing. Under that practice it would be deposited with the United States Postal Service on the same day in a sealed envelope with first-class postage prepaid at Solana Beach, California in the ordinary course of a business day.

6
7
8
9        ___   BY OVERNIGHT DELIVERY: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

10
11       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12       Executed on February 12, 2025.

13
14
15                                                 _____
                                                   Cherie Parker, Declarant
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. 2:23-cv-07532-DMG-SSC