UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 23-07532-DMG(SSCx) | Date | February 28, 2025 |
| Title | Sandra Kirkman, et al. v. State of California, et al. | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE**

| Derek Davis | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Dale Galipo | Lee H Roistacher |
| Cooper Alison-Mayne | |

**Proceedings: Defendant's Motion for Summary Judgment as to Plaintiffs' Complaint filed by Defendants State of California, Ramon Silva [66]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue. The Court extends the deadline for the filing of pretrial documents by 10 days, i.e., from March 4, 2025 to March 14, 2025.