**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>*Assigned to:*<br>*Hon. Dolly M. Gee*<br>*Hon. Stephanie S. Christensen*<br><br>**JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE TO MARCH 25** |

**TO THIS HONORABLE COURT:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs SANDRA KIRKMAN and CARLOS ALANIZ, individually and as successors in interest to John Alaniz, deceased; and Defendants STATE OF CALIFORNIA, ACTING BY AND THROUGH THE CALIFORNIA HIGHWAY PATROL, and RAMON SILVA ("the Parties"), by and through their respective attorneys of record, as follows:

1. The Final Pretrial Conference in this matter is currently scheduled for March 18, 2025, at 1:30 p.m.

2. Plaintiffs' lead trial counsel has a trial beginning on March 11, 2025, in Fresno, California, which is expected to extend beyond March 18, 2025. *Mickel E. Lewis Jr. et al v. Kern County et al*, 1:21-cv-00378-KES-CDB (E.D. Cal.). As a result, counsel will be unavailable to participate in the Final Pretrial Conference as currently scheduled.

3. Additionally, at the February 28, 2025 hearing on defendants' summary judgment motion, the Court extended the parties time to submit the pretrial documents, including motions in limine and Daubert motions, from March 4 to March 14, 2025.  Doc. 73.  Using the 7-days previously provided for oppositions to those motions, see Doc. 45, the oppositions would be due on March 21, 2025 – after the March 18 final pretrial conference.  Parties agree that rescheduling the Final Pretrial Conference would be beneficial as it would allow the Court time to review the parties' oppositions to the motions in limine and *Daubert* motions before the final pretrial conference.

4. Accordingly, the Parties respectfully request that the Final Pretrial Conference be continued to March 24, 2025, at 1:30 p.m., or to a date thereafter that is convenient for the Court.

5. The Parties stipulate that GOOD CAUSE exists for this request, as it

will ensure that all counsel can meaningfully participate in the pretrial proceedings and that the Court has sufficient time to consider the pending motions prior to the Final Pretrial Conference.

**IT IS SO STIPULATED.**

DATED: March 7, 2025         **DEAN GAZZO ROISTACHER**

By: */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
Attorneys for Defendants, State of California, acting by and through the California Highway Patrol, and Ramon Silva

DATED: March 7, 2025         **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
Attorneys for Plaintiffs

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.