**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>*Assigned to:*<br>*Hon. Dolly M. Gee*<br>*Hon. Stephanie S. Christensen*<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE** |

-1-
[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the Parties' Joint Stipulation to Continue Final Pretrial Conference and finding good cause therefrom, hereby orders that the Final Pre-Trial Conference shall be set for March 25, 2025 at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: _____        UNITED STATES DISTRICT COURT

_____
Hon. Dolly M. Gee
United States Chief District Judge