Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**NOTICE OF APPEAL**<br><br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br><br>Complaint Filed: July 28, 2023<br>Trial Date: April 15, 2025 |

Notice is hereby given that defendant Ramon Silva and the State of California by and through the California Highway Patrol (State) appeal to the United States Court of Appeals for the Ninth Circuit from the district court's March 5, 2025 order denying, in part, defendants' summary judgment motion. *See* Doc. 75.

Silva appeals from the district court's order denying him qualified immunity on plaintiff's' Fourth Amendment force-based based 42 U.S.C. § 1983 claim. *See Williams v. City of Sparks*, 112 F.4th 635, 642 (9th Cir. 2024) (appellate jurisdiction to review interlocutory appeals to orders denying qualified immunity).

1

1. Silva and the State also appeal from the district court's denial of summary judgment on the state law Bane Act claim because that claim is "inextricably intertwined" with the district court's denial of qualified immunity to Silva on the § 1983 claim asserting a Fourth Amendment violation. *See Williamson v. City of Nat'l City*, 23 F.4th 1146, 1151 (9th Cir. 2022) ("We have jurisdiction over the denial of summary judgment on Williamson's Bane Act claims under the doctrine of pendent appellate jurisdiction because the rulings related to that claim and Williamson's Section 1983 claim are inextricably intertwined. *See Huskey v. City of San Jose*, 204 F.3d 893, 903-04 (9th Cir. 2000).").

Silva and the State also appeal from the denial of summary judgment on plaintiffs' state law battery claim because that claim is "inextricably intertwined" with the district court's denial of qualified immunity to Silva on the § 1983 claim asserting a Fourth Amendment violation. *Huskey,* 204 F.3d at 903-04; *see Cunningham v. Gates*, 229 F.3d 1271, 1285 (9th Cir. 2000) (inextricably intertwined issues are those where "resolution of the issue properly raised on interlocutory appeal necessarily resolves the pendent issue"); *Hayes v. Cty. of San Diego,* 736 F.3d 1223, 1232 (9th Cir. 2013) ("Claims of excessive force under California law are analyzed under the same standard of objective reasonableness used in Fourth Amendment claims."); *K.C.R. v. Cty. of Los Angeles*, 2015 U.S. Dist. LEXIS 191500, at *30 (C.D. Cal. Jan. 28, 2015) (California "state law tort of battery is inextricably intertwined with the analysis of the Section 1983 claim. The analysis of the reasonableness of force is the same under both California and federal law.") (simplified).

///
///
///
///
///

Attached to this notice is a Representation Statement.

Dated: March 10, 2025					Dean Gazzo Roistacher LLP

					By: */s/ Lee H. Roistacher*
					Lee H. Roistacher
					Attorneys for Defendants
					State of California by and through
					California Highway Patrol and
					Officer Ramon Silva

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
California Highway Patrol Officer Ramon Silva and State of California by and through California Highway Patrol

Name(s) of counsel (if any):
Lee H. Roistacher, Esq.; Dean Gazzo Roistacher LLP

Address: 440 Stevens Avenue, Suite 100, Solana Beach, CA 92075
Telephone number(s): 858-380-4683
Email(s): lroistacher@deangazzo.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Sandra Kirkman and Carlos Alaniz, individually and as Successors-in-Interest to John Alaniz, Deceased

Name(s) of counsel (if any):
Dale K. Galipo, Esq.
Cooper Alison-Mayne, Esq.
Law Offices of Dale Galipo

Address: 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367
Telephone number(s): 818-347-3333
Email(s): dalekgalipo@yahoo.com; cmayne@galipolaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 6**                               1                          New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)*