1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 23-7532-DMG (SSCx)<br><br>*Assigned to:*<br>*Hon. Dolly M. Gee*<br>*Hon. Stephanie S. Christensen*<br><br>**ORDER APPROVING JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE [74]** |

The Court, having reviewed the Parties' Joint Stipulation to Continue Final Pretrial Conference and finding good cause therefor, hereby **APPROVES** the Stipulation and **CONTINUES** the Final Pretrial Conference from Tuesday, March 18, 2025 at 2:00 p.m. to Tuesday, March 25, 2025 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: March 7, 2025

_____
DOLLY M. GEE
Chief United States District Judge