Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:      lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California
Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**PROPOSED ORDER ON DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER HEARING DEFENDANTS' MOTION TO STAY CASE PENDING APPEAL ON AN EXPEDITED BASIS**<br><br>Courtroom: 8C<br>Judge:      Hon. Dolly M. Gee<br><br>FPTC Date: March 25, 2025<br>Trial Date: April 15, 2025 |

For good cause show, the Court will hear defendants' motion to stay the case pending appeal on March 25, 2025 at 2:00 p.m. Plaintiffs' opposition shall be filed by March 19, 2025.

Dated: _____        _____

HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1