Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California
Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**NOTICE OF MOTION AND MOTION IN LIMINE BY DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA TO EXCLUDE INADMISSIBLE LAY WITNESS OPINIONS AND IRRELEVANT AND PREJUDICAL WITNESS VIDEO COMMENTARY**<br><br>**[No. 1 of 4]**<br><br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br><br>FPTC: March 25, 2025, 2:00 p.m.<br><br>Trial Date: April 15, 2025, 8:30 a.m. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** defendants State of California by and through California Highway Patrol and Officer Ramon Silva will move this Court in limine for an order excluding inadmissible lay witness opinions and irrelevant and prejudicial video commentary. This motion is based upon Evidence Code §§ 401-

1

403 and § 701, this notice, the memorandum of points and authorities, the pleadings, papers, and records on file herein, and such other evidence and/or argument as the Court may accept at or prior to the hearing on this motion.

Dated: March 14, 2025            Dean Gazzo Roistacher LLP

                        By: */s/ Lee H. Roistacher*
                            Lee H. Roistacher
                            Attorneys for Defendants
                            State of California by and through
                            California Highway Patrol and
                            Officer Ramon Silva