Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE GRUESOME POST-INCIDENT AND POST-MORTEM PHOTOGRAPHS**<br><br>**[No. 2 of 4]**<br><br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br><br>FPTC: March 25, 2025, 2:00 p.m.<br><br>Trial Date: April 15, 2025, 8:30 a.m. |
|---|---|

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants State of California by and through California Highway Patrol and Officer Ramon Silva will move this Court in limine for an order excluding gruesome post-incident and post-mortem photographs depicting the decedent and his injuries. This motion is brought under Federal Rules of Evidence 401-43 and is based upon this notice, the memorandum of points and authorities, the pleadings, papers, and records on file herein, and such

1

1  other evidence and/or argument as the Court may accept at or prior to the hearing
2  on this motion.
3
4  Dated: March 14, 2025                    Dean Gazzo Roistacher LLP
5
6                                           By: */s/ Lee H. Roistacher*
7                                                Lee H. Roistacher
                                                 Attorneys for Defendants
8                                                State of California by and through
                                                 California Highway Patrol and
9                                                Officer Ramon Silva

2