Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:         lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE OPINIONS OF PLAINTIFFS' EXPERT MEDICAL EXAMINER BENNETT OMALU**<br><br>**[No. 4 of 4]**<br><br>Courtroom: 8C<br>Judge:        Hon. Dolly M. Gee<br><br>FPTC: March 25, 2025, 2:00 p.m.<br><br>Trial Date: April 15, 2025, 8:30 a.m. |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants State of California by and through California Highway Patrol and Officer Ramon Silva will move this Court in limine for an order excluding opinions of plaintiffs' expert medical examiner Bennett Omalu. This motion is based upon Federal Rules of Civil Procedure 26 and 37, Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharms., Inc.*, 509

1

U.S. 579 (1993), this notice, the memorandum of points and authorities, the declaration of Lee H. Roistacher, the notice of lodgment of exhibits, the pleadings, papers, and records on file herein, and such other evidence and/or argument as the Court may accept at or prior to the hearing on this motion.

Dated: March 14, 2025                                   Dean Gazzo Roistacher LLP

By: */s/ Lee H. Roistacher*
    Lee H. Roistacher
    Attorneys for Defendants
    State of California by and through
    California Highway Patrol and
    Officer Ramon Silva