1  Dean Gazzo Roistacher LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  440 Stevens Avenue, Suite 100
   Solana Beach, CA 92075
3  Telephone: (858) 380-4683
   Facsimile: (858) 492-0486
4  E-mail:      lroistacher@deangazzo.com

5  Attorneys for Defendants
   State of California by and through California
6  Highway Patrol and Officer Ramon Silva

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10 | SANDRA KIRKMAN AND | Case No.: 2:23-cv-07532-DMG-SSC |
   | CARLOS ALANIZ, | |
11 | INDIVIDUALLY AND AS | **DECLARATION OF LEE H.** |
   | SUCCESSORS-IN-INTEREST TO | **ROISTACHER IN SUPPORT OF** |
12 | JOHN ALANIZ, DECEASED, | **DEFENDANTS STATE OF** |
   | | **CALIFORNIA BY AND THROUGH** |
13 | Plaintiff, | **CALIFORNIA HIGHWAY PATROL** |
   | | **AND OFFICER RAMON SILVA'S** |
14 | v. | **MOTIONS IN LIMINE NOS. 1-4** |

15 | STATE OF CALIFORNIA; | |
   | RAMON SILVA; AND DOES 1-10, | Courtroom: 8C |
16 | INCLUSIVE, | Judge:      Hon. Dolly M. Gee |

17 | Defendant. | FPTC: March 25, 2025, 2:00 p.m. |

18                                        Trial Date: April 15, 2025, 8:30 a.m.

19

20      I, Lee H. Roistacher, hereby declare as follows:

21      1.    I am an attorney licensed to practice law in the State of California. I

22 am also a partner in the law firm of Dean Gazzo Roistacher, LLP, attorneys of

23 record for defendants State of California by and through California Highway

24 Patrol and Officer Ramon Silva in this matter. I have personal knowledge of the

25 following facts, and if called to testify with respect thereto, would do so

26 competently.

27 ///

28 ///

                                1

2.      Exhibit 1 is a true and correct copy of Federal Rule of Civil Procedure 26 (a) (2) (B) Report by Scott A. DeFoe.  He prepared no supplemental report.  He was not deposed.

3.      Exhibit 2 is a true and correct copy of Autopsy Report.

4.      Exhibit 3 is a true and correct copy of Federal Rule of Civil Procedure 26 (a)(2 (B) Report by Bennett I. Omalu. MD, MBA, MPH, CPE, DABP-AP, CP, FP, NP. He prepared no supplemental report.  He was not deposed.

5.      Exhibit 4 is a true and correct copy of paramedic records.

6.      Exhibit 5 is a true and correct copy of hospital records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 14, 2025.


*/s/ Lee H. Roistacher*
Lee H. Roistacher, declarant