Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:        lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California
Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA'S MOTIONS IN LIMINE NOS. 1-4**<br><br>Courtroom:  8C<br>Judge:        Hon. Dolly M. Gee<br><br>FPTC: March 25, 2025, 2:00 p.m.<br><br>Trial Date: April 15, 2025, 8:30 a.m. |

Defendants State of California by and through California Highway Patrol California Highway Patrol and Officer Ramon Silva hereby lodge true and correct copies of the following exhibits in support of their Motions in Limine Nos. 1-4, in the above-captioned matter:

**Exhibit 1** is a true and correct copy of Federal Rules of Civil Procedure 26 (a) (2) (B) Report by Scott A. DeFoe.

**Exhibit 2** is a true and correct copy of Autopsy Report.

///

///

1

1    **Exhibit 3** is a true and correct copy of Federal Rules of Civil Procedure 26

2    (a) (2) (B) Report by Bennett I. Omalu. MD, MBA, MPH, CPE, DABP-

3    AP,CP,FP,NP.

    **Exhibit 4** is a true and correct copy of paramedic records.

    **Exhibit 5** is a true and correct copy of hospital records.

Dated: March 14, 2025                    Dean Gazzo Roistacher LLP

                                    By:  */s/ Lee H. Roistacher*
                                        Lee H. Roistacher
                                        Attorneys for Defendants
                                        State of California by and through
                                        California Highway Patrol and
                                        Officer Ramon Silva