# EXHIBIT 2

COUNTY OF LOS ANGELES                                              DEPARTMENT OF MEDICAL EXAMINER-CORONER

| 12 | **AUTOPSY REPORT** | No. 2022-04841 |
|---|---|---|
| | I performed an autopsy on the body of ➡ | ALANIZ, JOHN JOSEPH |

at            the DEPARTMENT OF MEDICAL EXAMINER-CORONER

Los Angeles, California            on May 6, 2022            0830
(Date)            (Time)

From the anatomic findings and pertinent history I ascribe the death to:

(A) MULTIPLE GUNSHOT WOUNDS

DUE TO OR AS A CONSEQUENCE OF
(B)

DUE TO OR AS A CONSEQUENCE OF
(C)

DUE TO OR AS A CONSEQUENCE OF
(D)

OTHER CONDITIONS CONTRIBUTING BUT NOT RELATED TO THE IMMEDATE CAUSE OF DEATH

MANNER OF DEATH
HOMICIDE

HOW INJURY OCCURRED
SHOT BY OTHER(S) DURING ENCOUNTER WITH LAW ENFORCEMENT

*Anatomic Summary:*

I.  Multiple gunshot wounds
    A. Total number of gunshot wounds: 3
        i. GSW #1, Chest, Imminently fatal (GSW A, P2of2)
            1. Significant injuries of aorta, pulmonary
               arteries, bilateral lungs and esophagus
            2. Associated bilateral hemothorax; at least
               450 cc total
        ii. GSW#2, Right leg (GSW B, P1of2)
        iii. GSW#3, Left leg (GSW C)
    B. Total number of projectiles recovered: 2
    C. Range of fire for all wounds is indeterminate

II. Blunt force trauma
    A. Lacerations of posterior left scalp
        i. No associated fracture or intracranial
           hemorrhage
    B. Various contusions and superficial abrasions of the
       face, torso, and extremities
    C. Focal soft tissue hemorrhage of anterior peritoneum
       and mesentery
        i. No significant injury to organs or associated
           hemorrhage

III. History of electronic control device (ECD) discharge
    A. Projectile consistent with a barb recovered from
       clothing and submitted as evidence

CONFIDENTIAL FOR LAW ENFORCEMENT USE ONLY

76A89DM-Rev 8/16/15                                                              DOJ02764

HIGHLY CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

COUNTY OF LOS ANGELES

DEPARTMENT OF MEDICAL EXAMINER-CORONER

# AUTOPSY REPORT

**12**

No.

2022-04841

ALANIZ, JOHN JOSEPH

Page 2

      B. Possible puncture wounds identified on either arm, in setting of medical intervention

IV.   Status post medical intervention
      A. Thoracotomy
      B. Right chest tube

V.   See separate toxicology report

**CIRCUMSTANCES:**
As per the Coroner Investigator's Report and Law Enforcement including brief summary of case at autopsy examination and review of available video footage of incidents.

**EXTERNAL EXAMINATION:**
The body is identified by toe tags and is that of an unembalmed refrigerated adult male who appears the reported age of 34 years. The body measures Click here to enter text. inches, weighs Click here to enter text. pounds and appears normally developed. Examination of the skin in general reveals no various ovoid to irregular hyperpigmented well healed scars, occasionally with central scabbing, ranging from 1/8 up to ¾ inches in width scattered across the chest, abdomen, shoulders, back, and buttocks. Distinct scars are found on the upper extremities including a cluster of parallel linear scars on the left antecubital fossa ranging from 1-1/4 up to 4-1/4 inches in length and an irregular scar on the left forearm measuring 1-1/2 x 3/8 inch. A tattoo is identified on the left posterior calf consisting of a design.

The head is normal in size and shape. The scalp hair is black and straight. There is no temporal or vertex balding. Mustache and beard are present. Examination of the eyes reveals irides that appear to be brown and sclerae that are white. The conjunctivae are not congested. The oronasal passages are unobstructed. There is no foam in the nares or oral cavity. Upper and lower teeth are present. Frenulae and oral mucosa are intact.

There is no increased anterior-posterior diameter or the chest. The abdomen is flat and soft. The genitalia are those of an

DOJ02765

HIGHLY CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

Case 2:23-cv-07532-DMG-SSC Document ID #:1845 Alaniz v. State of California, et al. 2:23-cv-07532-DMG-SSC Filed 03/14/25 Page 4 of 29 Page

COUNTY OF LOS ANGELES

DEPARTMENT OF MEDICAL EXAMINER-CORONER

# AUTOPSY REPORT

**12**

No.

2022-04841

ALANIZ, JOHN JOSEPH

Page ___3___

adult male. The external genitalia are without trauma or lesions.

**EVIDENCE OF THERAPEUTIC INTERVENTION:**
There is evidence of recent therapeutic intervention including the presence of an airway device in the oral cavity, and intravascular line in the left posterior hand and an intraosseous line in the left tibia. He is status post thoracotomy with a sutured incision across the chest measuring 23 inches in length, an opening through the anterior chest wall through the right intercostal space 6 and left intercostal space 5, an open pericardium, and disruption of the soft tissues surrounding the thoracic aorta. Evidence of a chest tube, with an incision on the right lateral chest with associated needle mark on the skin and an opening through the right posterolateral intercostal space 6. Evidence of reported cardiopulmonary resuscitation includes anterior rib fractures involving the right ribs 2, 4 and 5, and left ribs 3 through 6.

There has not been post mortem intervention for organ procurement.

**POST MORTEM CHANGES:**
Rigor mortis is present. Livor mortis is fixed in a posterior dependent distribution.

**CLOTHING:**
The body is not clothed, but the clothing is reviewed separately. The clothing consists of multiple pieces which have various cuts and defects throughout. Notably the black felt jacket is found to have an attached silver and yellow colored projectile with one sharp end and a wire, on the mid left sleeve. The projectile is recovered and submitted as evidence.

**EVIDENCE OF INJURY:**
Injuries are documented on forms and by representative autopsy photography at time of examination. The gunshot wounds are arbitrarily labeled for reference purposes only and do not indicate temporality or severity. All measurements and reference of direction of projectiles within the body are based on the body in anatomical position.

CONFIDENTIAL - FOR LAW ENFORCEMENT USE ONLY

76-A7983-Rev 8 8/13

DOJ02766

COUNTY OF LOS ANGELES

DEPARTMENT OF MEDICAL EXAMINER-CORONER

# AUTOPSY REPORT

**12**

Page __4__

No.

2022-04841

ALANIZ, JOHN JOSEPH

Gunshot wound #1, Chest, Imminently fatal (GSW A and P2of2):

Entrance (GSW A): On the right upper chest 12-3/4 inches from top of head, 8 inches to top of table with body in supine position, and 6 inches right of the anterior midline is an ovoid ½ x 1/4 inch diameter gunshot wound. There is no marginal abrasion, and the edges of the wound are smooth. Soot, unburned gunpowder particles, and stippling are not visible on the skin surrounding the wound.

Recovery (P 2of2): A copper and gray colored projectile is recovered from the left lung lower lobe at the time of examination and submitted as evidence.

Exit: None.

Path: The projectile sequentially perforates skin, soft tissue, the anterior chest wall through the right anterior rib 3, the right lung upper lobe, pericardium, aorta, pulmonary arteries, esophagus, the anterior surface of the T7 vertebral body, and then becomes embedded in the left lung lower lobe.

Associated injuries:
1. Bilateral hemothorax; at least 250 cc on the right and 200 cc on the left

Direction: The projectile travels from his right to left, front to back and downward

Range of fire: The range of fire is indeterminate.

Gunshot wound #2, Right leg (GSW B and P1of2):

Entrance (GSW B): On the right anterior thigh 38-1/2 inches from top of head, 9-1/4 inches from top of table with body in supine position, and 1/8 inches right of the anterior limb midline is a irregular 1 x 7/8 inch diameter gunshot wound. There is an eccentric marginal abrasion from 9-4 o'clock measuring 1/16 to 3/16 inches in width, with a trailing abrasion at 11 o'clock measuring ½ x 3/16 inches. Just inferior to the wound is a purple-pink contusion and abrasion cluster measuring 1-1/4 x ¾ inches in area with abrasions ranging from pinpoint up to 3/16

CONFIDENTIAL — FOR LAW ENFORCEMENT USE ONLY

76A798P-Rev 8-6-15

CONFIDENTIAL — FOR LAW ENFORCEMENT USE ONLY

COUNTY OF LOS ANGELES

# AUTOPSY REPORT

**12**

Page 5

DEPARTMENT OF MEDICAL EXAMINER-CORONER

No.

2022-04841

ALANIZ, JOHN JOSEPH

inches in width. Soot, unburned gunpowder particles, and stippling are not visible on the skin surrounding the wound.

Recovery (P1of2): A copper and gray colored projectile is recovered from right leg soft tissue 46 inches from top of head and 2 inches left of the anterior limb midline at the time of examination and submitted as evidence.

Exit: None.

Path: The projectile sequentially perforates skin and soft tissue before embedding in the soft tissue.

Direction: The projectile travels from right to left, front to back and down.

Range of fire: The range of fire is indeterminate.

Gunshot wound #3, left leg (GSW C):

Entrance/Exit (GSW C): On the left anterior shin 53 inches from top of head, 4-1/4 inches from top of table with body in supine position, and 1/2 inch right of the anterior limb midline is a ovoid ¾ x 1/4 inch diameter gunshot wound. There is an eccentric marginal abrasion from 2-3 o'clock measuring 1/16 inch in greatest width, with smooth edges that are focally dark purple and dry. Soot, unburned gunpowder particles, and stippling are not visible on the skin surrounding the wound.

Recovery: None. Note, given the shallow nature of the wound the projectile was likely dislodged prior to examination of the body.

Path: The projectile sequentially perforates skin and superficial soft tissue with the hemorrhagic wound tract ending just superior to the left tibia.

Direction: The projectile travels from front to back.

Range of fire: The range of fire is indeterminate.

DOJ02768

COUNTY OF LOS ANGELES

# AUTOPSY REPORT

DEPARTMENT OF MEDICAL EXAMINER-CORONER

**12**

Page 6

No.

2022-04841

ALANIZ, JOHN JOSEPH

## Blunt Force Trauma

Laceration cluster, left posterior scalp
- Linear laceration, 1-1/2 inch length by 3/16 inch depth, exposed soft tissues
- Stellate laceration, ½ x ¼ inch by 1/8 inch depth, exposed soft tissue
- Associated abrasions, area 1 x 1 inch
- Upon reflection of the scalp subcutaneous and periosteal hemorrhage, 7 x 5 cm area
- No associated fracture or intracranial hemorrhage

Superficial abrasions
- Forehead, multiple, 1/8 x 1/8 to ½ x 3/8 inch
- Right ear cluster, 3/16 to 1/4 inch range
- Left ear cluster, 1/8 x 1/16 to ¼ x 1/4 inch
- Right cheek cluster, 1/16 to ½ inch range
- Left cheek, 3/8 x ¼ inch
- Chin cluster, 1/8 to 1/2 inch range
- Anterior neck, ¾ x ¼ inch
- Right abdomen, ½ x 1/8 inch
- Upper back, ½ x ½ inch
- Right posterior shoulder, 1/16 inch diameter
- Left lower back, 5-1/4 x 1-3/4 inch with 1-1/4 x ½ inch pink contusion, located 33-35-1/4 inches proximal to left heel
- Right elbow cluster, ¼ x 1/8 to ¾ x ¼ inch range
- Right posterior hand 2nd and 3rd knuckles, each 1/8 inch diameter
- Left posterior arm, multiple proximal to distal, 2 x 1 inch, ½ x ¼ inch, ¾ x ½ inch
- Left posterior hand 2nd and third knuckles, ¼ x ¼ and ¼ x 3/16 inch cluster
- Right knee, 1/8 x 1/16 inch
- Left lateral ankle, multiple, each approximately 3/8 inch diameter

FOR LAW ENFORCEMENT USE ONLY

CONFIDENTIAL

76A79SP-Rev. 8/6/15

DOJ02769

HIGHLY CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

COUNTY OF LOS ANGELES

# AUTOPSY REPORT

DEPARTMENT OF MEDICAL EXAMINER-CORONER

No.
2022-04841

ALANIZ, JOHN JOSEPH

**12**

Page 7

Contusions
- Left upper anterior shoulder, faint blue, 4 x 3-1/2 inch area
  - Soft tissue hemorrhage confirmed on internal examination
- Right elbow, purple, 2 x 2-1/2 inch area
- Right posterior hand, purple, 1-1/2 x ½ inch area
- Right anterior hand wrist to palm, multiple, 1-1/4 x ¼ inch to 1-3/4 x ½ inch range
- Left posterior shoulder, purple, ¼ x 3/8 inch
- Left proximal upper arm posterior, purple-black, 5 x 4-1/4 inch
- Left posterior wrist, faint purple, 3 x 2 inches
- Left posterior hand, 3rd knuckle, purple 1 x ¼ inch
- Right leg thigh to knee, multiple, ½ x 1/8 to 1-1/2 x 1 inch range
- Left mid anterior thigh, faint blue, 3 x 2 inches

Internal Findings
- Anterior pelvis peritoneum, soft tissue hemorrhage
- Mesentery near the tail of the pancreas, soft tissue hemorrhage
- No hemoperitoneum or laceration of vital organs or vascular structures is identified.

Possible puncture wounds
(Relation to medical intervention cannot be excluded)
- Right posterior upper arm
- Left antecubital fossa

**INITIAL INCISION:**
The body cavities are entered through the standard coronal incision and the standard Y-shaped incision.

### SYSTEMIC AND ORGAN REVIEW:
Note: The following observations are limited to findings other than injuries, if described above.

76A798P-Rev 8-6-15

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

DOJ02770

HIGHLY CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

COUNTY OF LOS ANGELES

# AUTOPSY REPORT

DEPARTMENT OF MEDICAL EXAMINER-CORONER

**12**

Page 8

No.

2022-04841

ALANIZ, JOHN JOSEPH

**NECK:**
No foreign material is present in the mouth, upper airway, and trachea. The neck organs are removed en bloc with the tongue. There is no edema of the larynx. Both hyoid bone and larynx are intact and without fractures. No hemorrhage is present in the adjacent throat organs investing fascia, strap muscles, thyroid, or visceral fascia. There are no prevertebral fascial hemorrhages. The tongue when sectioned shows no trauma.

**CHEST/ABDOMINAL CAVITY:**
The pleural cavity has been previously disrupted by the thoracotomy procedure. Pleural fibrous adhesions are absent. The parietal pleurae are smooth and glistening. Soft tissues of the thoracic and abdominal walls are well-preserved. The organs of the abdominal cavity have a normal arrangement and none are absent. Ascites is not present. The peritoneal cavity is without evidence of peritonitis. There are no adhesions.

**MUSCULOSKELETAL SYSTEM:**
No nontraumatic abnormalities of the visualized bony framework or muscles are identified.

**CARDIOVASCULAR SYSTEM:**
The thoracic and abdominal aorta have no significant atherosclerosis. There is no tortuosity or widening of the thoracic segment. There is no dilation of the lower abdominal segment. No aneurysm is present. The major branches of the aorta show no abnormality. The pericardial sac has been previously disrupted.

The heart weighs 400 grams. It has a normal configuration. The cardiac silhouette is not globular and the myocardium is not flabby. The right ventricle is 0.3 cm in thickness, and the left ventricle is 1.4 cm in thickness. The chambers are normally developed and are without mural thrombosis. The valves are thin, leafy, and competent. No cardiac valve vegetations are present. There is no endocardial discoloration. There is no abnormality of the apices of the papillary musculature. There are no nontraumatic defects of the septum. The great vessels enter and leave in a normal fashion. The coronary ostia are patent, located at or below the sinotubular junction and are

76A798P-Rev 8-6-15

DOJ02771

COUNTY OF LOS ANGELES

DEPARTMENT OF MEDICAL EXAMINER-CORONER

# AUTOPSY REPORT

**12**

No.

2022-04841

ALANIZ, JOHN JOSEPH

Page 9

relatively centrally located within their respective sinuses.
The coronary artery distribution is right dominant. Serial
sectioning of the coronary arteries shows minimal
atherosclerosis.

## RESPIRATORY SYSTEM:

Scant secretions are found in the upper respiratory and lower
bronchial passages. The mucosa is intact and pale. The right
lung weighs 330 grams and the left lung weighs 280 grams. The
visceral pleurae are smooth and glistening. The pulmonary
parenchyma is dark red-purple and the cut surfaces exude a
minimal amount of blood and frothy fluid. The pulmonary
vasculature is without thromboembolism. There is no evidence of
pulmonary infarction.

## GASTROINTESTINAL SYSTEM:

The esophagus has a relatively uniform size and no mucosal
lesions. Esophageal varices are not present. The stomach
contains approximately 25 cc of brown fluid (cannot identify
types of food). The mucosa is unremarkable. The small
intestine and colon are opened to reveal tan liquid to soft
brown stool contents and no mucosal lesions. The appendix is
present. The pancreas occupies a normal position. There is no
necrosis or trauma. There is no evidence of pancreatic fibrosis
or of pancreatitis.

## HEPATOBILIARY SYSTEM:

The liver weighs 1660 grams and is tan-brown. The capsule is
intact and smooth. Upon sectioning a normal lobular pattern is
observed and the consistency of the parenchyma is soft. There
is no evidence of cirrhosis. The gallbladder is present. The
wall is thin and pliable. It contains a small amount of bile
and no calculi.

## URINARY SYSTEM:

The right kidney weighs 130 grams and the left kidney weighs 130
grams. The kidneys are normally situated and the capsules strip
easily revealing a surface that is smooth and glistening. The
corticomedullary demarcation is preserved. The pyramids are not
remarkable. The peripelvic fat is not increased. The ureters
are without dilation or obstruction and pursue their normal

76A798P-Rev 8-6-15

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL

COUNTY OF LOS ANGELES

# AUTOPSY REPORT

**No.**

2022-04841

ALANIZ, JOHN JOSEPH

DEPARTMENT OF MEDICAL EXAMINER-CORONER

**12**

Page 10

course. The urinary bladder is unremarkable. It contains no measurable amount of yellow urine.

**GENITAL SYSTEM:**
The prostate is not enlarged and is without nodularity. Both testes are in the scrotum and are unremarkable and without trauma.

**HEMOLYMPHATIC SYSTEM:**
The spleen weighs 90 grams. The capsule is intact. The parenchyma is dark red and soft. There is no increased follicular pattern. The bone is not remarkable. The bone marrow of the vertebra is unremarkable.

**ENDOCRINE SYSTEM:**
The thyroid, adrenal, and pituitary glands are unremarkable. The parathyroid glands are not identified. The thymus is not appreciated.

**SPECIAL SENSES:**
The eyes are not dissected. The middle and inner ear are not dissected.

**HEAD AND CENTRAL NERVOUS SYSTEM:**
The dura mater is stripped showing no fractures of the calvarium or base of the skull. There are no tears of the dura mater. There is no epidural, subdural or subarachnoid hemorrhage.

The brain weighs 1430 grams. The leptomeninges are thin and transparent. A normal convolutionary pattern is observed. The brain is diffusely softened. Coronal sectioning demonstrates a uniformity of cortical gray thickness. The basal ganglia are intact. Anatomic landmarks are preserved. Cerebral contusions are not present. The ventricular system has a normal appearance without dilation or distortion. Pons, medulla, and cerebellum are unremarkable. There is no evidence of uncal or cerebellar herniation. Vessels at the base of the brain have a normal pattern of distribution. There are no aneurysms. The cerebral arteries are without arteriosclerosis.

**SPINAL CORD:**
The cord is not dissected.

CONFIDENTIAL FOR LAW ENFORCEMENT USE ONLY

DOJ02773

HIGHLY CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

COUNTY OF LOS ANGELES — DEPARTMENT OF MEDICAL EXAMINER-CORONER

# AUTOPSY REPORT

**12**

Page 11

No.

2022-04841

ALANIZ, JOHN JOSEPH

**EVIDENCE COLLECTION:**
Projectiles recovered by me at the time of examination of the clothing on 5/5/2022 and submitted as evidence:

P1of1: Silver and yellow colored projectile with sharp end and wire collected from black jacket sleeve left.

Projectiles recovered by me at the time of internal examination of the body on 5/6/2022 and submitted as evidence.

P1of2: Copper and gray colored projectile from right leg soft tissue

P2of2: copper and gray colored projectile from left lung lower lobe.

**RETAINED TISSUE AND HISTOLOGY:**
Representative sections from various organs are preserved in one storage jar. No representative sections of tissue are submitted for microscopic examination.

**TOXICOLOGY:**
Samples of chest blood, femoral blood, liver, bile, gastric contents, and vitreous are submitted to the laboratory. An EDTA tube of heart blood is collected for blood typing. Toxicology studies are requested.

**SPECIAL PROCEDURES:**
None.

**PHOTOGRAPHY:**
Photographs have been taken prior to and during the course of the autopsy.

**RADIOLOGY:**
A postmortem full body CT-scan and x-rays of the distal lower extremities are performed. Review of the imaging demonstrates two hyperdensities consistent with the projectiles recovered from within the body. No evidence of displaced skeletal injuries of the skull, extremities or pelvis are identified. Findings in the chest are consistent with the examination and

CONFIDENTIAL — FOR LAW ENFORCEMENT USE ONLY

DOJ02774

COUNTY OF LOS ANGELES

# AUTOPSY REPORT

DEPARTMENT OF MEDICAL EXAMINER-CORONER

**12**

No.

2022-04841

ALANIZ, JOHN JOSEPH

Page 12

medical record description of thoracotomy and cardiopulmonary resuscitation efforts.

**WITNESSES:**
Present for the internal examination were Investigator S. Kimble and Detective J. Nguy of the California Highway Patrol and Special Agent D. Ibarra, Special Agent A. Hernandez, Special Agent A. Oratovsky, and Senior Criminalist G. Williams of the State of California Department of Justice.

**DIAGRAMS USED:**
Diagram forms #20(1of4), 20(2of4), 20(3of4) and 20(4of4) were used during the performance of the autopsy. Coroner diagrams are not intended to be facsimiles nor are they drawn to scale.

CONFIDENTIAL — FOR LAW ENFORCEMENT USE ONLY

76A798P-Rev-8-6-15

COUNTY OF LOS ANGELES

# AUTOPSY REPORT

DEPARTMENT OF MEDICAL EXAMINER-CORONER

**12**

Page **13**

No.
2022-04841

ALANIZ, JOHN JOSEPH

**SUMMARY & OPINION:**

This 34-year-old man's death is attributed to multiple gunshot wounds.

At examination, he is found to have a total of 3 gunshot wounds with an imminently fatal gunshot wound of the chest that disrupts the aorta, pulmonary arteries, both lungs, and esophagus with associated bilateral hemothorax of at least 450 cc total. A total of two projectiles are recovered from within the body, and a projectile consistent with an electronic control device barb is recovered from the clothing. The range of fire for all of the gunshot wounds is indeterminate. Blunt force trauma, including lacerations of the posterior scalp are identified, though no fatal blunt force trauma is found. Possible puncture marks are identified on the upper extremities, but in the setting of medical intervention no definite evidence of the electronic control device contacting the skin is evident. Toxicology studies demonstrate the presence of cannabinoids in the chest blood.

For the purpose of public health and vital statistics, given the history and circumstances as currently known by me in the setting of the findings by examination and ancillary studies, the manner of death is classified as homicide.

Julie Huss-Bawab, M.D.
Deputy Medical Examiner

2/17/2023
Date

CONFIDENTIAL - FOR LAW ENFORCEMENT USE ONLY

DOJ02776



COUNTY OF LOS ANGELES

DEPARTMENT OF MEDICAL EXAMINER-CORONER

20 (1 of 4)

General and medical

2022-04841
ALANIZ, JOHN J
HOMI        475

CONFIDENTIAL FOR LAW ENFORCEMENT USE ONLY

black straight

brown irides pictous, congestion or petechiae

upper and lower teeth airway device

Associated probable needle puncture

various avevto irregular hyperpigmented fount scars with rave central scabs

23/4 x 8-34"

Anterior chest, back, abdomen, buttocks bilateral shoulders upper arms, upper legs

parallel wds 1/4, 1/4 L range

wds 1/4"x 3/8"

Identifier hospital "112266444"

scab x3

male uncircumcised

No contents

Possible needle punctures

Tattoo: Design

Identifier hospital "SFMC"

Identifiers ME x2 "2022-04841"

⊕ = Intra osseous line
✗ = Intravascular line
╫ = sutured incision
✦ = chest tube puncture

Rigor present     Livor fixed posterior

Date 5/6/2022

Right Thumbprint

_____ M.D.
Deputy Medical Examiner

Rev. 9/17

DOJ02777



DOJ02778

COUNTY OF LOS ANGELES — DEPARTMENT OF MEDICAL EXAMINER-CORONER

**20** (3of4)

Penetrating Trauma

2022-04841
ALANIZ, JOHN J
HOMI 475

GSWA. Right upper chest
Entrance
TOH 12¾
ROAM 6
TOTS 8
OVOID ½ x ½"
Smooth edges
No MA

P2 of 2:
Recovery
Left lung lower lobe
Copper and gray colored
projectile

Possible
puncture

Possible
puncture

A

P2 of 2

Possible
puncture

B

P1 of 2

GSW B. Right anterior thigh
Entrance
TOH 38½
ROALM-½ (centered)
TOTS 4½"
Irregular 1x⅝"
MA 9-4o'clock ⅛-³⁄₁₆"
with 4 o'clock abrasion ¾x³⁄₁₆"
inferior margin
abrasion cluster 1½x½" area
pinpoint to ³⁄₁₆" in diameter
various purple pink contusions

GSW C. Left anterior shin
Entrance/EXIT
TOH 53
ROALM ½
TOTS 4½
OVOID ¾x½"
MA 2-3o'clock ½"
Smooth edges, dry dark purple

P1 of 2:
Recovery
TOH 46
LOALM 2
copper and gray colored
projectile embedded in
soft tissue

TOH : Top of head
ROAM: Right of anterior midline
L/ROALM: Left/Right of anterior
limb midline
TOTS: Top of table supine
MA: Marginal abrasion

Date 5/16/2022

~~Right Thumbprint~~

M.D.
Deputy Medical Examiner

Rev. 9/17

CONFIDENTIAL FOR LAW ENFORCEMENT USE ONLY



COUNTY OF LOS ANGELES     DEPARTMENT OF MEDICAL EXAMINER-CORONER

**20** (4of4)

Gunshot Wounds

2022-04841
ALANIZ, JOHN J



GSW#1, Chest (GSWA, P2of2):
Ent (GSWA): Right upper chest
Ext: None
Recovery (P2of2): Left lung lower lobe
Path: Skin → ST → Ant chest wall at right
    anterior rib 3 → Right lung Upper lobe
    → Pericardium → Aorta → Pulmonary arteries
    → esophagus → Anterior surface
    7th thoracic vertebral body,
    → embeds in the parenchyma
    of the left lung lower lobe
Ass. Injuries:
    1. bilateral hemothorax
    at least 250cc right
    at least 200cc left
Direction: R→L, F→B, Down
Range: Indeterminate

GSW#2, right leg (GSWB, P1of2):
Ent (GSWB): Right anterior thigh
Ext: None
Recovery (P1of2): right leg soft tissue
Path: Skin → embeds in soft tissue
Direction: R→L, F→B, Down
Range: Indeterminate

GSW#3, left leg (GSWC):
Ent/Ext (GSW C): left anterior shin
Recovery: None
Path: Skin, superficial hemorrhagic
    wound tract ends just superficial
    to left tibia without associated
    fracture
Direction: F→B
Range: Indeterminate

O = Entrance
x = Exit
⊙ = Recovery

Right Thumbprint

Rev. 9/17

Date 5/6/2022

_____ M.D.
Deputy Medical Examiner

DOJ02780

HIGHLY CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

COUNTY OF LOS ANGELES | **MEDICAL REPORT** | DEPARTMENT OF MEDICAL EXAMINER-CORONER

**15**

AUTOPSY CLASS: ☒ A ☐ B ☐ C ☐ Examination Only D

☐ FAMILY OBJECTION TO AUTOPSY

Date: 5/6/22 Time: 0830 Dr. Bawab (Print)

FINAL ON: 7/22/2022 By: Bawab (Print)

APPROXI-MATE INTERVAL BETWEEN ONSET AND DEATH

2022-04841
ALANIZ, JOHN J
HOMI 475

DEATH WAS CAUSED BY: (Enter only one cause per line for A, B, C, and D)

IMMEDIATE CAUSE:
(A) MULTIPLE GUNSHOT WOUNDS ◄ RAPID

Age: 34 Gender: (Male) / Female

DUE TO, OR AS A CONSEQUENCE OF:
(B) ◄

DUE TO, OR AS A CONSEQUENCE OF:
(C) ◄

DUE TO, OR AS A CONSEQUENCE OF:
(D) ◄

OTHER CONDITIONS CONTRIBUTING BUT NOT RELATED TO THE IMMEDIATE CAUSE OF DEATH:

☐ **NATURAL** ☐ **SUICIDE** ☒ **HOMICIDE**

☐ **ACCIDENT** ☐ **COULD NOT BE DETERMINED**

If other than natural causes, HOW DID INJURY OCCUR? SHOT BY OTHER(S) DURING ENCOUNTER WITH LAW ENFORCEMENT

WAS OPERATION PERFORMED FOR ANY CONDITION STATED ABOVE: ☐ YES ☒ NO

TYPE OF SURGERY: _____ DATE: _____

☐ ORGAN PROCUREMENT ☒ TECHNICIAN: P. Nguyen

PREGNANCY IN LAST YEAR ☐ YES ☐ NO ☐ UNK ☒ NOT APPLICABLE

☒ WITNESS TO AUTOPSY
California Highway Patrol:
Inv. S. Kimble
Det. J. Nguy
State of CA Dept of Justice:
Sp. Agent D. Ibarra
Sp. Agent A. Oratovsky
Sp. Agent A. Hernandez
Sr. Criminalist G. Williams

☒ EVIDENCE RECOVERED AT AUTOPSY
Item Description:
Projectiles:
1of 2: Copper and gray colored projectile from right leg soft tissue
2of 2: Copper and gray colored projectile from left lung lower lobe

**PRIOR EXAMINATION REVIEW BY DME**
☒ BODY TAG ☐ CLOTHING
☒ X-RAY (No. & CT ) ☐ FLUORO
☐ SPECIAL PROCESSING TAG ☐ MED. RECORDS
☒ AT SCENE PHOTOS (No. )

**CASE CIRCUMSTANCES**
☐ EMBALMED
☐ DECOMPOSED
☐ > 24 HRS IN HOSPITAL
☐ OTHER: _____ (Reason)

**TYPING SPECIMEN**
TYPING SPECIMEN TAKEN BY: Bawab
SOURCE: Heart blood

**TOXICOLOGY SPECIMEN**
COLLECTED BY: Bawab
☐ HEART BLOOD ☒ STOMACH CONTENTS
☒ FEMORAL BLOOD ☒ VITREOUS
TECHNIQUE: Percutaneous
☒ Chest _____ BLOOD ☐ SPLEEN
_____ BLOOD ☐ KIDNEY
☒ BILE ☐ _____
☒ LIVER ☐ _____
☐ URINE ☐ _____
URINE GLUCOSE DIPSTICK RESULT: 4+ 3+ 2+ 1+ 0
TOX SPECIMEN RECONCILIATION BY:

**HISTOLOGY**
☒ Regular (No. 1 ) ☐ Oversize (No. )
Histopath Cut: ☐ Autopsy ☐ Lab

**TOXICOLOGY REQUESTS**
FORM 3A: ☒ YES ☐ NO Date 5/6/22
☐ NO TOXICOLOGY REQUESTED
SCREEN ☐ C ☒ H ☐ T ☐ S ☐ D
☐ ALCOHOL ONLY
☐ CARBON MONOXIDE
☐ OTHER (Specify drug and tissue)
_____
_____
_____

**REQUESTED MATERIAL ON PENDING CASES**
☐ POLICE REPORT ☐ MED HISTORY
☐ TOX FOR COD ☐ HISTOLOGY
☐ TOX FOR R/O ☐ INVESTIGATIONS
☐ MICROBIOLOGY ☐ EYE PATH. CONS.
☐ RADIOLOGY CONS.
☐ CONSULT ON: _____
☐ BRAIN SUBMITTED
☐ NEURO CONSULT ☐ DME TO CUT
☐ CRIMINALISTICS
☐ GSR ☐ SEXUAL ASSAULT ☐ OTHER

RESIDENT _____ DME _____

WHITE - File Copy    **CANARY** - Forensic Lab    **PINK** - Certification    **GOLDENROD** - DME    (Rev. 9/13)

DOJ02781

COUNTY OF LOS ANGELES     AUTOPSY CHECK SHEET     DEPARTMENT OF CORONER

# 16

2022-04841
ALANIZ, JOHN J
HOMI     475

**EXTERNAL EXAM**
- Sex
- Race
- Age
- Height
- Weight
- Hair
- Eyes    *See forms1*
- Sclera    *and 20 (1084)*
- Teeth
- Mouth
- Tongue
- Nose
- Chest
- Breasts
- Abdomen
- Scar
- Genitals
- Edema
- Skin
- Decubitus

**HEART Wt.** 400
- Pericardium *opened*   RV 0.3
- Hypertrophy   Septum
- Dilation   LV 1.4
- Muscle   Septum
- Valves T 13 P 7.0 M 11.0 A 7.5
- Coronaries *minimal*

**AORTA** *clean*
**VESSELS**
**LUNGS Wt.**
- R 330
- L 280
- Adhesions
- Fluid
- Atelectasis
- Oedema
- Congestion
- Consolidation
- Bronchi
- Nodes

**PHARYNX**
**TRACHEA**
**THYROID**
**THYMUS**
**LARYNX**
**HYOID**
**ABDOMINAL WALL FAT** 5 cm
      chest 3.5 cm

**PERITONEUM**
- Fluid
- Adhesions

**LIVER Wt.** 1660
- Capsule *brown tan*
- Lobules *soft*
- Fibros
- G B *Mild amount bile*
- Calculus Ø
- Bile ducts

**SPLEEN Wt.** 90
- Color
- Consistency
- Capsule
- Malpigment

**PANCREAS**
**ADRENALS**
**KIDNEYS Wt.**
- R 130
- L 130
- Capsule
- Cortex
- Vessels
- Pelvis
- Ureters

**BLADDER** *Nonmeasurable urine*
**GENITALIA**
- Prostate
- Testes
- ~~Uterus~~
- ~~Tubes~~
- ~~Ovaries~~

**OESOPHAGUS**
**STOMACH**
- Contents ~ 25cc brown liquid

**DUOD. & SM. INT.**
**APPENDIX** *Present* } *No lesions*
**LARGE INT.**
**ABDOM. NODES**
**SKELETON** *Thoracotomy*
- Spine    *Left 5th ICS R 6th ICS*
- Marrow    *chest tube:*
- Rib Cage    *R posteriolateral 6th ICS*
- Long bones *Previously opened*
- Pelvis    *pericardium and disruption*
     *of tissue around aorta (intact)*
     *Anterior rib fractures*
     *Left 3-6*
     *Right 2, 4 and 5 at sternum*

**SCALP**
**CALVARIUM**
**BRAIN Wt.** 1430
- Dura
- Fluid
- Ventricles
- Vessels
- Middle ears
- Other

**PITUITARY**

**SPINAL CORD**

**TOXICOLOGY SPECIMENS**
*Blood, Liver, bile*
*gastric contents,*
*vitreous*
**SECTIONS FOR**
**HISTOPATHOLOGY**
*6 X 1*

**MICROBIOLOGY**
Ø

**DIAGRAMS** 20 X 4
**X-RAYS**
    CT
    LE X-rays

**OTHER PROCEDURES**
*Auto photo*

**GROSS IMPRESSIONS**
*Internal evidence of Torso*
*Blunt Force Trauma:*
*Left anterior peritoneal hemorrhage*
*Left mesentery distal pancreas*
*hemorrhage*

| Date | Time | Deputy Medical Examiner |
|---|---|---|
| 5/6/2022 | 0830 | *Juli Burb* |

G:\Medical\FORMS - medical div\Form #16.doc           76A878-(REV. 3/0

FOR LAW ENFORCEMENT USE ONLY
CONFIDENTIAL





**Department of Medical Examiner-Coroner, County of Los Angeles**

# FORENSIC SCIENCE LABORATORIES
### 1104 North Mission Road, Los Angeles, CA 90033
**Laboratory Analysis Summary Report**

Huss-Bawab, Julie M.D.

Deputy Medical Examiner
1104 North Mission Road
Los Angeles, CA 90033

☑ **PendingTox**

**Coroner Case Number:** 2022-04841    **Decedent:** ALANIZ, JOHN JOSEPH

| SPECIMEN | SERVICE | DRUG | RESULT | ANALYST |
|---|---|---|---|---|
| **Alcohol Quantitation/Confirmation** | | | | |
| Blood, Chest | | | | |
| | Alcohol-GC/FID-HS | Ethanol | Negative | A. Kazaryan |
| **Drug Screen** | | | | |
| Blood, Chest | | | | |
| | ELISA-Immunoassay | Benzodiazepines | ND | J. Fallot |
| | ELISA-Immunoassay | Cocaine and Metabolites | ND | J. Fallot |
| | ELISA-Immunoassay | Fentanyl | ND | J. Fallot |
| | ELISA-Immunoassay | Marijuana: 11-nor-Delta-9-Carboxy-THC | PP | J. Fallot |
| | ELISA-Immunoassay | Methamphetamine & MDMA | ND | J. Fallot |
| | ELISA-Immunoassay | Opiates: Codeine & Morphine | ND | J. Fallot |
| | ELISA-Immunoassay | Opiates: Hydrocodone & Hydromorphone | ND | J. Fallot |
| | ELISA-Immunoassay | Phencyclidine | ND | J. Fallot |
| **Drug Screen/Confirmation** | | | | |
| Blood, Chest | | | | |
| | Bases-GC/NPD &/or MS | Basic Drugs | ND | R. Cabrera |
| | Cannabinoids-LC/MS/MS | 11-nor-Delta-9-Carboxy-THC, Free | Present | T. Doumit |
| | Cannabinoids-LC/MS/MS | Delta 9-Tetrahydrocannabinol (THC), Free | 10 ng/mL | T. Doumit |

FOR LAW ENFORCEMENT USE ONLY

CONFIDENTIAL



DOJ02783

**Coroner Case Number:** 2022-04841   **Decedent:** ALANIZ, JOHN JOSEPH

| SPECIMEN | SERVICE | DRUG | | RESULT | ANALYST |
|---|---|---|---|---|---|

**Legend:**

| | | ND | Not Detected | SNS | Specimen Not Suitable |
|---|---|---|---|---|---|
| g | Grams | ng/g | Nanograms per Gram | TNP | Test Not Performed |
| g% | Gram Percent | ng/mL | Nanograms per Milliliter | ug | Micrograms |
| Inc. | Inconclusive | PP | Presumptive Positive | ug/g | Micrograms per Gram |
| mg | Milligrams | QNS | Quantity Not Sufficient | ug/mL | Micrograms per Milliliter |

The alcohol analysis was performed in accordance to California Code of Regulations "Title 17" compliance by a qualified analyst in the Forensic Toxicology Laboratory, Forensic Laboratories Division, County of Los Angeles Department of Medical Examiner - Coroner.

Enzyme-linked immunosorbant assay (ELISA) provides only a preliminary analytical result that is contingent upon a confirmatory test. A "presumptive positive" (PP) signifies a detection of a drug class and must be confirmed by additional testing for true identification and/or quantitation of specific drug(s) present in the specimen.

Per the Department's Evidence Retention Policy, the blood specimen(s) will be retained for one year (minimum) and all other specimens six months (minimum) from Postmortem Exam.

**Final Review By:** _____   **Date:** 8|10|22

Jessica Gadway, M.S.
**Supervising Criminalist I**

*The above results relate only to the items sampled and tested and have been technically and administratively reviewed and are the opinions and conclusions of the analysts noted. The final review has been certified by the noted Toxicologist to ensure that all standard operating procedures were followed as set by the Forensic Toxicology Laboratory, Forensic Sciences Laboratory Division, County of Los Angeles Department of Medical Examiner-Coroner.*

CONFIDENTIAL

FOR LAW ENFORCEMENT USE ONLY

DOJ02784

| **CASE REPORT** | | | | | | | |
|---|---|---|---|---|---|---|---|

**COUNTY OF LOS ANGELES** | **DEPARTMENT OF CORONER**

| **1** | APPARENT MODE | **HOMICIDE** | | CASE NO |
|---|---|---|---|---|
| | | | | **2022-04841** |
| | SPECIAL CIRCUMSTANCES | Gunshot Wound, Law Enforcement Related, Media Interest, Victim of Crime, Officer Involved | | CRYPT **475** |

**LAST, FIRST MIDDLE** | AKA | #
**ALANIZ, JOHN JOSEPH**

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 1645 WEST LAMBERT ROAD | LA HABRA | CA | 90631 |

| SEX | RACE | DOB | AGE | HGT | WGT | EYES | HAIR | TEETH | FACIAL HAIR | ID VIEW | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MALE | HISPANIC/LATIN AMERICAN | 1/25/1988 | 34 | 64 in. | 246 lbs. | BROWN | BROWN | ALL NATURAL TEETH | BEARD AND MUSTACHE | Yes | FACIAL TRAUMA |

| MARK TYPE | MARK LOCATION | MARK DESCRIPTION |
|---|---|---|
| TATTOO | RIGHT LEG | TRIBAL TATTOO |

| NOK | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| CARLOS ALANIZ | 1645 WEST LAMBERT ROAD | LA HABRA | CA | 90631 |

| RELATIONSHIP | PHONE | NOTIFIED BY | DATE | TIME |
|---|---|---|---|---|
| FATHER | (562) 607-4194 | | 5/4/2022 | |

| SSN | DL ID | STATE | PENDING BY |
|---|---|---|---|
| XXXX - XX - 4482 | D8252797 | CA | |

**ID METHOD**
FINGERPRINTS FROM DOJ

| LA # | MAIN # | CII # | FBI # | MILITARY # | POB |
|---|---|---|---|---|---|
| | 33348928 | A33468138 | 225912VD8 | | CALIFORNIA |

| IDENTIFIED BY NAME (PRINT) | RELATIONSHIP | PHONE | DATE | TIME |
|---|---|---|---|---|
| PRINTS FROM DOJ | | | 5/4/2022 | 22:52 |

| PLACE OF DEATH / PLACE FOUND | ADDRESS OR LOCATION | CITY | ZIP |
|---|---|---|---|
| HOSPITAL | 3630 E. IMPERIAL HIGHWAY | LYNWOOD | 90262 |

| PLACE OF INJURY | AT WORK | DATE | TIME | LOCATION OR ADDRESS | ZIP |
|---|---|---|---|---|---|
| FREEWAY | No | 5/4/2022 | 11:19 | 105 W/B & GARFIELD EXIT, PARAMOUNT, CA | 90723 |

| DOD | TIME | FOUND OR PRONOUNCED BY |
|---|---|---|
| 5/4/2022 | 12:08 | DR. STRUMWASSER |

| OTHER AGENCY INV. OFFICER | PHONE | REPORT NO. | NOTIFIED BY | NO |
|---|---|---|---|---|
| DEPARTMENT OF JUSTICE - AGENT DANIEL IBAR | (323) 765-2035 | BI-LA2022-00016 | | |

| TRANSPORTED BY | TO | DATE | TIME |
|---|---|---|---|
| MICHELLE SIERRA | LOS ANGELES FSC | 5/4/2022 | 21:35 |

| FINGERPRINTS? | Yes | CLOTHING | Yes | PA RPT | No | MORTUARY | O CONNOR MORT |
|---|---|---|---|---|---|---|---|
| MED. EV. | Yes | INVEST. PHOTO # | 47 | SEAL TYPE | NOT SEALED | HOSP RPT | Yes |
| PHYS. EV. | Yes | EVIDENCE LOG | Yes | PROPERTY? | Yes | HOSP CHART | Yes |
| SUICIDE NOTE | No | GSR NO | | RCPT. NO. | 333448 | PF NO. | 112266444 |

**SYNOPSIS**

THE DECEDENT WAS A 34-YEAR-OLD HISPANIC MALE WITH AN UNKNOWN MEDICAL/SOCIAL HISTORY. ACCORDING TO THE REPORTED INFORMATION, ON 05/04/2022 AT APPROXIMATELY 1119 HOURS THE DECEDENT WAS WALKING ON THE 105 FREEWAY AND WALKED INTO THE RIGHT-HAND LANE OF TRAFFIC. A SEMI-TRUCK OBSERVED HIM AND ATTEMPTED TO SLOW DOWN. THE DECEDENT RAN TOWARDS THE TRUCK AND JUMPED TOWARDS IT. HE THEN GOT UP AND CONTINUED RUNNING THROUGH LANES OF TRAFFIC, JUMPING IN FRONT OF OTHER VEHICLES, AND HE WAS SUBSEQUENTLY STRUCK BY A PICKUP TRUCK. CALIFORNIA HIGHWAY PATROL OFFICERS WERE DISPATCHED TO THE SCENE. AT APPROXIMATELY 1132 HOURS, THE DECEDENT WAS PROCEEDING TOWARDS THE OFFICERS AND OFFICERS HAD DEPLOYED A TASER AND ANOTHER OFFICER OPENED FIRE SHOOTING FIVE TIMES. THERE WERE FIVE .40 CALIBER SPENT SHELL CASINGS ON SCENE. THERE WAS VIDEO FOOTAGE OF THE INCIDENT. IT WAS REPORTED THE DECEDENT HAD SOMETHING IN HIS HAND THAT APPEARED TO BE A FIREARM. IT WAS LATER DETERMINED THAT HE WAS UNARMED. THIS IS AN OFFICER INVOLVED SHOOTING. PLEASE NOTIFY HANDLING DETECTIVES AND AGENTS THREE HOURS PRIOR TO AUTOPSY.

| JEFFREY GUILMETTE | | DATE | 5/4/2022 | REVIEWED BY | | DATE | 5/5/2022 |
|---|---|---|---|---|---|---|---|
| 610196 | | | | ACTING SUPERVISOR | | | |
| | INVESTIGATOR | TIME | 23:21 | | | TIME | 00:32 |

FORM #3 NARRATIVE TO FOLLOW? ☑

DOJ02785



## County of Los Angeles, Department of Coroner
## Investigator's Narrative



Case Number: 2022-04841      Decedent: ALANIZ, JOHN JOSEPH

### Information Sources:

Daniel Ibarra, Special Agent, and Samuel Richardson, Special Agent Supervisor, Department of Justice, 323-765-2035, Report Number: BI-LA2022-00016

Robin Hines #17287, California Highway Patrol Major Crimes Unit Southern Division, 323-644-9557, Report Number: MCU-082-509-22

Medical Record and Form 18, St. Francis Medical Center, 3630 East Imperial Highway, Lynwood, California 90262, Medial Record Number: 112266444

On scene investigation.

### Investigation:

On 05/04/2022 at 1645 hours, Special Agent Alan Oratovsky from the Department of Justice reported this homicide death to our office. It was reported the decedent was running through lanes on the 105 freeway, subsequently struck by two vehicles, then an officer involced shooting occurred. He was transported to the hospital where he was later pronounced deceased. There was no further information provided at this time.

On 05/04/2022 at 1737 hours, Captain Emily Tauscher assigned me this field call for investigation.

I left from the Forensic Science Center with Captain Emily Tauscher on 05/04/2022 at 1751 hours and we arrived on scene at 1843 hours. We cleared the scene at 1928 hours and arrived at the St. Francis Medical Center at 1948 hours. I cleared from the call at 2108 hours.

Forensic Attendant M. Sierra and I transported the decedent from the St. Francis Medical Center to the Forensic Science Center on 05/04/2022 at 2135 hours.

The decedent's fingerprint returns revealed no drug or alcohol related arrests on file.

The coroner criminalist call out criteria was reviewed and was not met at the time of my investigation.

### Location:

Place of injury: Westbound 105 Freeway west of the Garfield overpass, Paramount, California 90723

Place of death: St. Francis Medical Center, 3630 East Imperial Highway, Lynwood, California 90262

### Informant/Witness Statements:

On scene I spoke to Special Agent Daniel Ibarra and Special Agent Supervisor Samuel Richardson from the Department of Justice and Detective Robin Hines from the California Highway Patrol Major Crimes Unit Southern Division and they collectively provided me the following information. On 05/04/2022 at approximately 1119 hours the decedent was walking on the 105 freeway and walked into the right-hand lane of traffic. A semi-truck observed him and attempted to slow down. The decedent ran towards the truck and jumped towards it. He then got up and continued running through lanes of traffic, jumping in front of other vehicles, and he was subsequently struck a second time by a pickup truck. California highway patrol officers were dispatched to the scene. At approximately 1132 hours, the decedent was proceeding towards the officers and officers had deployed a taser and another officer opened fire shooting five times. There were five .40 caliber spent shell casings found on scene. There was video footage of the incident. It was reported the decedent had something in his hand that appeared to be a firearm, it was later determined that he was unarmed.

DOJ02786




## County of Los Angeles, Department of Coroner
## Investigator's Narrative

Case Number:  2022-04841               Decedent: ALANIZ, JOHN JOSEPH

The Medical Records and Form 18 had the following information. On 05/04/2022 at 1159 hours, the decedent was transported to the hospital by an ambulance (sequence CF2205040488). He was transported by Unit #98 on 05/04/2022 at 1140 hours with a GSC score of 3. He arrived to the hospital in traumatic full arrest and asystole with CPR in progress. It was reported the decedent may have been suicidal because he was running around on the 105 freeway, he was struck by a big rig, a second vehicle, and shot multiple times by police. Despite all lifesaving efforts he was pronounced dead on 05/04/2022 at 1208 hours by Dr. Strumwasser.

### Scene Description:

The scene was the westbound 105 freeway to the west of the Garfield overpass. The incident occurred in the two right lanes that exited towards the 710 freeway. There were paint markings on the ground revealing where the vehicles once were. There was a small amount of apparent bodily fluids and medical appliance trash noted in the right lane. The scene was secured by multiple police vehicles.

### Evidence:

At the St. Francis Medical Center, I collected a gunshot residue kit on 05/04/2022 at 2008 hours, a fingernail kit at 2013 hours, a hair kit at 2015 hours, and medical evidence at 2108 hours. See copy of the evidence log and Form 3A.

### Body Examination:

The decedent was an adult Hispanic male with brown eyes, brown hair, a beard, mustache, and apparent natural teeth. He was observed wearing a pair of cut black underwear. During the external examination of the decedent at the St. Francis Medical Center he was seen to have an electrocardiogram patches, an endotracheal tube, an intravenous catheter to his left hand and right arm, and an intraosseous catheter was noted to his left leg. There were no other medical appliances noted to the decedent's body. A large sutured incision was noted across his chest. Abrasions and lacerations were noted to his head, arms, legs, and back. A large open laceration was noted to the back of his head. A hole was noted to his right flank, left leg, upper right chest, and upper right leg. A hospital id band, reading, "Trauma, Southsudan One, 112266444", was noted to his left wrist. A handwritten hospital toe tag was noted to his foot. A tattoo of a tribal design was noted to his left leg.

### Identification:

The decedent was positively identified by his fingerprint returns from the Department of Justice as John Joseph Alaniz with the date of birth of 01/25/1988. The decedent was also identified by his fingerprint comparison to the Los Angeles Sheriff's Department and the Federal Bureau of Investigation.

### Next of Kin Notification:

On 05/04/2022, I spoke to DOJ Special Agent Daniel Ibarra and he confirmed he was at the residence with the decedent's family and notified him of the death. I was informed the decedent was not married and did not have children.

### Tissue Donation:

According to the available medical records hospital staff notified One Legacy to discussed organ and tissue donation.



## County of Los Angeles, Department of Coroner
## Investigator's Narrative



Case Number: 2022-04841                  Decedent: ALANIZ, JOHN JOSEPH

## Autopsy Notification:

Please notify the following investigators three hours prior to autopsy; DOJ Special Agent Daniel Ibarra and California Highway Patrol Detective Hines. See case notes for their confidential cell phone numbers.

JEFFREY GUILMETTE #610196                    SUPERVISOR

05/20/2022

Date of Report

CONFIDENTIAL — FOR LAW ENFORCEMENT USE ONLY

**COUNTY OF LOS ANGELES**
**DEPARTMENT OF MEDICAL EXAMINER-CORONER**

**HOSPITAL AND NURSING**
**CARE FACILITY REPORT**

1104 NORTH MISSION ROAD
LOS ANGELES, CALIF. 90033

# 18

**TO REPORT A DEATH — PHONE (323) 343-0711 FAX (323) 222-7041**
COMPLETE ALL LINES, USE INK. IF UNKNOWN OR NOT APPLICABLE, SO STATE.

_Saint Francis Medical Center_
NAME OF FACILITY

CC# **2022-04841**

ADDRESS _3630 East Imperial Hw_ HOSPITAL PHONE # _310) 900-8900_

NAME OF DECEDENT _Trauma Southsudan one_

SOURCE OF IDENTIFICATION _____ DOB _Unk_ AGE _unkn_ SEX _Male_ RACE _Hispanic_

DATE OF DEATH _05-04-2022_ TIME _1208_

PRONOUNCED BY _Dr Strumwasser_ MEDICAL RECORD OR PATIENT FILE # _112266444_

## ALL ADMISSION BLOOD SAMPLES/SPECIMENS NEED TO BE HELD FOR
## THE CORONER OR ACCOMPANY DECEDENT/DO NOT DISCARD

DATE ENTERED HOSPITAL _05/04/2022_ TIME _1159_

☐ SELF ☒ AMBULANCE (Name or P.A.A) _2205040488_ ☒ ER DEATH? ☐ IN PATIENT DEATH?

FROM _The Street/freeway_
(STATE WHETHER HOME, HOSPITAL OR OTHER) GIVE ADDRESS _____ (IF HOSPITAL ATTACH THEIR HISTORY)

ADMITTED BY: _WOO_ M.D. PRIMARY ATTENDING PHYSICIAN _Strumwasser_ M.D.

OFFICE PHONE # _____ OFFICE PHONE # _____

INJURIES _GSW x 3 Right chest, Right thigh, left tibia_ PLACE _____ CAUSE _____

DATE _5/4/22_ TIME _1159_ _____ (TRAFFIC, FALL, ETC.)

DESCRIBE INJURIES:

CLINICAL HISTORY: _pt arrived in traumatic full arrest and asystole, CPR in progress. According to the paramedics, pt was possibly suicidal as he was running around on the 105 freeway. Medics also said that pt was hit by a big rig and also a car and he was also shot three times by the CHP. Three gunshot wounds noted on the right chest, right thigh and left tibia. Multiple attempts to resuscitate pt were unsuccessful, pt was pronounced dead at 1208._

SURGICAL PROCEDURES: STATE TYPE, DATE, TIME AND RESULTS OF ANY OPERATION OR AMPUTATION PERFORMED

WAS A BULLET OR OTHER FOREIGN OBJECTS RECOVERED? SPECIFY _____

LABORATORY: REPORT ON PATHOLOGY SPECIMENS TAKEN _____ DATE & TIME _____

LABORATORY PHONE NUMBER _____

MICROBIOLOGY CULTURE RESULTS: ____ NO ____ YES (ATTACH REPORT)

TOXICOLOGY SCREEN: ____ NO ____ YES (ATTACH RESULTS)

RADIOLOGICAL STUDIES: ____ NO ____ YES (ATTACH RESULTS)

REMARKS: ESPECIALLY SYMPTOMS PRECEDING AND DURING TERMINAL EPISODE

IN MY OPINION, THE CAUSE OF DEATH IS: _____

BY _____ M.D. -OR- _____
NURSE/HOSPITAL ADMINISTRATOR

OFFICE PHONE # _____ OFFICE PHONE # _____

6H655 (REV.9/13)

**THE BODY WILL NOT BE REMOVED BY THE CORONER WITHOUT THIS COMPLETED REPORT AND COPIES OF ALL CHARTS**

FOR LAW ENFORCEMENT USE ONLY

**COUNTY** — **LOS ANGELES**

**PERSONAL EFFECTS INVENTORY**

**DEPARTMENT OF MEDICAL EXAMINER-CORONER**

**2**

6C

A6 FF

05/05/22

1104 North Mission Road, Los Angeles, CA 90033 (213) 343-0515

Property Release Hours: Monday -Thursday 10:30 AM to 4:00 PM
Closed Saturday, Sunday & Holidays

☐ NO PERSONAL EFFECTS TAKEN  ☒ NO CASH TAKEN

☐ ADDITIONAL RECEIPTS # _____

No. 333448
Date 5/4/2022
Case # 2022-04841
Name DOE ALANIZ
                  Last
JOHN      J.
First           MI

**PERSONAL EFFECTS:** U.S. Cash ∅     Dollars     Supervisor Review >$500

Keepsake/Foreign Monies _____

| Item | No | Yes | Description | Item | No | Yes | Description |
|------|----|-----|-------------|------|----|-----|-------------|
| Wallet | | | | Keys, Fob, Remote | | X | 2 on Clip |
| Purse | | | | P.F. Card | | | |
| Cell Phone | | | | Misc. Documents | | | |
| Will/Trust | | | | Personal Identifying Docs and Cards | | | |
| Suicide Note | | | | | | | |

The following Identification documents are routinely returned to the issuing agencies: California Driver's Licenses, California Identification Cards, Immigration Cards, Passports and Military I.D. Cards.

| Watches, Jewelry & Other Items | Credit Cards, Traveler's Checks and Checks for Decedent (List bank acct. nos., amount, card name and no.) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**DECLARATION FOR RELEASE OF WEAPONS IN THE FIELD:**
The Dept. of Medical Examiner does not accept firearms. The following _____ caliber _____ make _____ model _____ type

Weapon bearing serial number _____ was released to: _____ name _____ badge/I.D.#

Name of Agency: _____ Phone Number ( )

Address: _____

**WITNESS DECLARATION:**    **UNDER PENALTY OF PERJURY, I DECLARE:**

☒ The above list is all the property found on the body, clothing or adjacent area to the above named decedent and was checked by me in the presence of the witness signed below.

☐ Above is listed all the property of the above indicated decedent after the body, clothing or adjacent area had been searched prior to my arrival.

Signature _____ Print Name & Title GUILLMETTE #616196

Witness Signature _____ Print Name & Title Public Safety

Address & Agency _____ City _____ ZIP _____ Phone ( )

**DECLARATION FOR RELEASE OF PROPERTY IN THE FIELD:**
The above indicated personal effects were released to me by _____ Date _____

Signature _____ Print Name & Title _____

Agency _____ Phone ( )

**DECLARATION FOR RELEASE OF PROPERTY TO FAMILY:**
The above listed property was delivered to me by _____ of the Property Section of the Dept. of Medical Examiner Los Angeles County.

Signature _____ Print Name WYNN HINKSON

Relationship O'CONNOR MORTUARY   Date 5/13/22   Phone ( ) 949.581.4308

Address 25301 ALICIA PRKWY   City LAGNA HILLS ZIP 92653

**PROPERTY WILL NOT BE RELEASED WITHOUT AFFIDAVIT PURSUANT TO SECTION 630 PROBATE CODE OR LETTERS TESTAMENTARY.**

REV. 11/21

CONFIDENTIAL LAW ENFORCEMENT USE ONLY

FOR TIME USE ONLY

| COUNTY OF LOS ANGELES | ORDER FOR RELEASE – ORDEN DE ENTREGA | DEPARTMENT OF MEDICAL EXAMINER-CORONER |

*Please read and answer all questions before signing*

**5**

Was the decedent legally married at the time of death? ___ Yes ☒ No
Does the decedent have any living adult children? ___ Yes ☒ No
Does the decedent have any living minor children? ___ Yes ☒ No
Does the decedent have any living parents? ☒ Yes ___ No

Case No. 2022-04841
Case Name

John Alaniz

*Favor de leer y contestar todas las preguntas antes de firmar*

¿El difunto ha sido casado legalmente? ___ SI ___ NO
¿El difunto tiene hijos adultos ? ___ SI ___ NO
¿El difunto tiene hijos menores de edad vivientes? ___ SI ___ NO
¿El difunto tiene padres vivientes? ___ SI ___ NO

## HEALTH AND SAFETY CODE• § 7100 •CUSTODY AND DUTY OF INTERMENT

**"WARNING: The person signing this Order for Release is liable for all damages caused by any untruthful statements contained in this document. (Health and Safety Code Section 7110). It is also a criminal offense to knowingly file a false statement with a government agency. (Penal Code Section 115 and 470)"**

The right to control the disposition of the remains of a deceased person unless other directions have been given by the decedent pursuant to Section 7100.1, vests in, and the duty of disposition and the liability for the reasonable cost of disposition of the remains devolves upon, the following in the order named: (1) An agent under a power of attorney for health care who has the right and duty of disposition under Division 4.7 (commencing with Section 4600) of the Probate Code; (2) The competent surviving spouse; (3) The sole surviving competent adult child of the decedent or, if there is more than one competent adult child of the decedent, the majority of the surviving competent adult children. (4) The surviving competent parent or parents of the decedent. If one of the surviving competent parents is absent, the remaining competent parent shall be vested with the rights and duties of this section after reasonable efforts have been unsuccessful in locating the absent surviving competent parent.(5) The sole surviving competent adult sibling of the decedent or, if there is more than one surviving competent adult sibling of the decedent, the majority of the surviving competent adult siblings. (6) The surviving competent adult person or persons respectively in the next degrees of kinship; (7) A conservator of the person or estate appointed under Part 3 (commencing with Section 1800) of Division 4 of the Probate Code when the decedent has sufficient assets. (8) The public administrator when the deceased has sufficient assets.

Therefore, please release the body upon completion of your death investigation of said deceased to:

O'Connor Mortuary
NAME OF MORTUARY

Carlos    Alaniz    Father    [signature]
NAME OF NEXT-OF-KIN    (PLEASE PRINT LEGIBLY)    RELATIONSHIP    NEXT-OF-KIN'S SIGNATURE

1645 West Lambert Rd LaHabra CA 90631 562-607-4194 5/11/22
ADDRESS    CITY    STATE    ZIP CODE    TELEPHONE NUMBER    DATE SIGNED

IF THE LEGAL NEXT-OF-KIN IS NOT HANDLING, PLEASE ENTER NEXT-OF-KIN INFORMATION BELOW AND EXPLAIN WHY THEY ARE NOT HANDLING. ATTACH SUPPORTING AUTHORIZATION DOCUMENTS, E.G. WILLS, POWER OF ATTORNEY, FAXES, ETC.

NAME    RELATIONSHIP    ADDRESS / CITY / STATE / ZIP CODE    TELEPHONE NUMBER

## CÓDIGO SALUD Y SEGURIDAD • § 7100 • CUSTODIA Y OBLIGACIÓN DE ENTERRO

**"AVISO: La persona que firma esta documento será responsable de su contenido y responderá por cualquier daño(s) producto de cualquier información falsa contenida en el mismo. (Sección 7110 Del Código De Salud y Seguridad) Además, es una ofensa criminal proveer información falsa a propósito a una entidad del gobierno. Código Penal Sección 115 y 470"**

El derecho a controlar la disposición de los restos de una persona fallecida, el deber de la disposición y la responsabilidad por el costo razonable de la disposición corresponde a los siguientes en el orden indicado abajo, a menos que otras direcciones hayan sido dadas por el difunto de acuerdo con la Sección 7100. 1, y (1) Un agente con un poder notarial para decisiones de la salud, el cual tiene el derecho y el deber de la disposición conforme a la División 4.7 (comenzando con la Sección 4600) del Código de Sucesiones; (2) El cónyuge sobreviviente competente; (3) El único hijo sobreviviente adulto competente del difunto o, si hay más de un hijo adulto competente, el consenso de la mayoría de los hijos adultos sobrevivientes competentes. (4) El padre sobreviviente competente o a los padres del difunto. Si uno de los padres competentes supervivientes está ausente, el padre competente presente se le concederá a los derechos y deberes de esta sección siempre y cuando esfuerzos razonables para localizar al padre ausente no han tenido éxito. (5) El único hermano adulto sobreviviente competente del difunto o, si hay más de un hermano adulto sobreviviente competente del difunto, el consenso de la mayoría de los hermanos adultos sobrevivientes competentes. (6) El sobreviviente adulto competente o personas, en los grados de parentesco próximo. (7) Si el difunto tiene activos suficientes, un tutor del individuo o de la propiedad, designado de acuerdo a la parte 3(comenzando con la Sección 1800) del 4° Capítulo del Código de Sucesiones. (8) El administrador público cuando el fallecido tiene activos suficientes.

Por lo tanto, tras finalizar la investigación de la muerte del susodicho individuo, favor de entregar sus restos a:

NOMBRE DE FUNERALIA

NOMBRE DE PARENTESCO    (ESCRIBA EN LETRA DE MOLDE)    PARENTESCO    FIRMA DE PARENTESCO

DIRECCION    CIUDAD    ESTADO    ZONA POSTAL    NUMERO DE TELEFONO    FECHA DE FIRMA

SI USTED NO ES EL PARIENTE PRÓXIMO DE ACUERDO A LA LEY, FIRME Y EXPLIQUE PORQUE EL PARIENTE PRÓXIMO NO ESTÁ HACIENDO LOS TRÁMITES EN ESTE ASUNTO. SI ES EL ALBACEA DEL TESTAMENTO, FAVOR DE INCLUIR UNA COPIA DEL MISMO JUNTO A ESTE DOCUMENTO.

PARIENTE PRÓXIMO    PARENTESCO    DIRECCION / CIUDAD / ESTADO / ZONA POSTAL    NUMERO DE TELEFONO

760739 – (REV. 4/2019)

dispatched   Traditional   amber   5/12 0951

ADDITIONAL DECEDENT INFORMATION ON REVERSE

DOJ02791