# EXHIBIT 4

| | | | | |
|---|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | | **Rec Facility:** SFM Saint Francis Medical Center |



LA COUNTY

LACLAO
1320 N Eastern Avenue
City of Los Angeles, CA 90063
Work: (323) 881-2411

### Incident Info

| | |
|---|---|
| **Unit Notified by Dispatch Date/Time:** 05/04/2022 11:21:09 | **Incident Number:** LAC22148094 |
| **Mass Casualty Incident:** No | **Sequence Number:** CF2205040488 |
| **EMS Vehicle (Unit) Number:** S98 | **EMS Unit Call Sign:** S98 |
| **Dispatch Complaint:** T/C PED INVOLVED - ALS | **Disposition:** (ALS) Patient Treated, Transported |
| **Location Code:** FR - Freeway | |
| **Incident Address:** WB 105 EO 710 FWY PARAMOUNT, CA 90723 | **GPS Location:** 33.91135,-118.1649 |

### Provider and Times

**Agency:** LACoFD    **Unit ID:** S98    **Level of Care:** Advanced Life Support

- **Dispatch:** 05/04/2022 11:21:09
- **Arrival:** 05/04/2022 11:29:12
- **At Patient:** 05/04/2022 11:35:12
- **Left Scene:** 05/04/2022 12:16:12
- **At Facility:** 05/04/2022 12:24:12
- **Facility Equip:** 05/04/2022 12:25:08
- **Available:** 05/04/2022 12:30:12

### Additional Responding Units

#### LACoFD Units

| Unit ID | Level of Care | PSAP Call Date/Time | Notified by Dispatch Date/Time | En Route Date/Time |
|---|---|---|---|---|
| E57 | BLS-Basic/EMT | 11:19:47 | 11:21:09 | 11:21:22 |

#### Transporting Units

| Transport Agency | Transport Unit Number |
|---|---|
| WEST MED/MCCORMICK AMBULANCE | 000 |

### Crew Members

#### Crew Members

| Crew Member ID | Crew Member Level | Crew Member Response Role |
|---|---|---|
| DIGBY, ADAM (P41473) | Paramedic | Paramedic Driver (Documenter) |
| SCHAEPER, PATRICK (P41470) | Paramedic | Primary Patient Caregiver -ALS Unit |

#### PPE

| EMS Professional (Crew Member) ID | Personal Protective Equipment Used |
|---|---|
| DIGBY, ADAM (P41473) | Mask-N95 |
| SCHAEPER, PATRICK (P41470) | Mask-N95 ; Gloves |

### Transported To

**Receiving Facility:** SFM Saint Francis Medical Center

Page 1 of 13

DOJ04250

| | | | | | | |
|---|---|---|---|---|---|---|
| **Date/Time:** | 05/04/2022 11:21:09 | **Patient Name:** | Unknown, Male | **Incident Number:** | LAC22148094 | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** | LACoFD | **Unit Number:** | S98 | **Incident/Patient Disposition:** | (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

**Facility Address:** 3630 E Imperial Hwy, Lynwood, CA 90262
**Incident/Patient Disposition:** (ALS) Patient Treated, Transported
**Transport To:** Criteria - Specialty Center
**Hospital Capability:** Trauma Center Level 2 (TC)
**Reason:**

**Base Hospital Contacted:** SFM Saint Francis Medical Center

**# Patients Transported:** 1         **# Patients at Scene:** 1

## Patient Information

**Name:** Unknown, Male,
**Date of Birth:** Unable to Complete         **Age:** 35 Years         **Gender:** Male
**Est. Weight (lbs.):** 225         **Est. Weight (kg):** 102.1
**Color Code Weight:**

**Home Address:** Unknown , ,

## Patient History

**Med/Surg History:** Unable to Complete
**Medication Allergies**
Unable to Complete

**Allergic to ASA?:** No

**Current Medications**
Unable to Complete

## Patient Assessment

**Distress Level:** Severe

**Dispatch Complaint:** T/C PED INVOLVED

**Chief Complaint:** Penetrating Traumatic Arrest
**Other Complaints:**

**Primary Impression:** Traumatic Arrest, Penetrating
**Other Impressions:**

**Mechanism of injury:** Firearm Injury, Assault/Intentional (GSW)

### Treatment Protocols
**Protocols Used**
Traumatic Arrest - 1243

## GCS/ Stroke Scale

### GCS

| Date/Time | Eye | Motor | Verbal | Total Score |
|---|---|---|---|---|

DOJ04251

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
|---|---|---|---|---|---|---|---|
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

| 11:40:53 | 1 - None | 1 - None | 1 - None | 3 |
|---|---|---|---|---|

## Stroke Assessment

**Stroke Scale Type**

LAMS
LAMS
LAMS
LAMS
LAMS
LAMS
LAMS

## Therapies/ Procedures/ Meds/ Defib

### Procedures

| Date/Time | TM # | Procedure | Procedure Successful |
|---|---|---|---|
| 11:36:01 | SCHAEPER, PATRICK (P41470) | CPR | Yes |
| 11:36:02 | SCHAEPER, PATRICK (P41470) | AED | |
| 11:36:04 | SCHAEPER, PATRICK (P41470) | OPA - Oropharyngeal Airway Insertion | Yes |
| 11:36:36 | SCHAEPER, PATRICK (P41470) | Bag-Mask Ventilations (BMV) | |
| 11:37:44 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | No |
| 11:38:19 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | No |
| 11:39:48 | SCHAEPER, PATRICK (P41470) | Intraosseous Insertion | Yes |
| 11:41:32 | SCHAEPER, PATRICK (P41470) | Dressing Application | Yes |
| 11:42:49 | SCHAEPER, PATRICK (P41470) | Needle Thoracostomy | Yes |
| 11:46:28 | SCHAEPER, PATRICK (P41470) | ALS Assessment | Yes |

### Medications

| Date/Time Medication Administered | Medication Crew (Healthcare Professionals) ID | Medication Given | Medication Dosage/ Units | Medication Administered Route |
|---|---|---|---|---|
| 11:39:12 | SCHAEPER, PATRICK (P41470) | OX - Oxygen | 15 Liters Per Minute (LPM [gas]) | Bag Valve Mask (BVM) |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date/Time:** | 05/04/2022 11:21:09 | **Patient Name:** | Unknown, Male | **Incident Number:** | LAC22148094 | **Sequence Number:** | CF2205040488 |
| **EMS Agency Name:** | LACoFD | **Unit Number:** | S98 | **Incident/Patient Disposition:** | (ALS) Patient Treated, Transported | **Rec Facility:** | SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:38:00
**File Name:** ZOLL_20220504113800.png

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC   Document 85-4   Filed 03/14/25   Page 6 of 14   Page ID #:1989
Sandra Kirkman v. Carlos Alaniz, State of California, et al, 2:23-cv-07532-DMG-SSC



| | |
|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 |

| | |
|---|---|
| **Incident Number:** LAC22148094 | **Sequence Number:** CF2205040488 |
| **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:48:00
**File Name:** ZOLL_20220504114929.png

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC   Document 85-4   Filed 03/14/25   Page 7 of 14   Page ID #:1990
Sandra Kirkman v. Carlos Alaniz, State of California, et al. 2:23-cv-07532-DMG-SSC



**Date/Time:** 05/04/2022 11:21:09
**EMS Agency Name:** LACoFD
**Patient Name:** Unknown, Male
**Unit Number:** S98
**Incident Number:** LAC22148094
**Incident/Patient Disposition:** (ALS) Patient Treated, Transported
**Sequence Number:** CF2205040488
**Rec Facility:** SFM Saint Francis Medical Center

**Time:** 05/04/2022 11:52:58
**File Name:** ZOLL_20220504115258.png

DOJ04255

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC  Document 89-4  Filed 03/14/25  Page 8 of 14  Page ID #:1991
Sandra Kirkman v. Carlos Alaniz, State of California, et al., 2:23-cv-07532-DMG-SSC



| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

Time: 05/04/2022 11:54:58
File Name: ZOLL_20220504115458.png





| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date/Time:** | 05/04/2022 11:21:09 | **Patient Name:** | Unknown, Male | **Incident Number:** | LAC22148094 | **Sequence Number:** | CF2205040488 |
| **EMS Agency Name:** | LACoFD | **Unit Number:** | 598 | **Incident/Patient Disposition:** | (ALS) Patient Treated, Transported | **Rec Facility:** | SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:56:28
**File Name:** ZOLL_20220504115628.png

DOJ04257

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date/Time:** | 05/04/2022 11:21:09 | **Patient Name:** | Unknown, Male | **Incident Number:** | LAC22148094 | **Sequence Number:** | CF2205040488 |
| **EMS Agency Name:** | LACoFD | **Unit Number:** | 598 | **Incident/Patient Disposition:** | (ALS) Patient Treated, Transported | **Rec Facility:** | SFM Saint Francis Medical Center |

**Time:** 05/04/2022 11:58:28
**File Name:** ZOLL_20220504115828.png

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC    Document 85-7    Filed 03/14/25    Page 11 of 14    Page ID #:1994
Sandra Kirkman, Carlos Alaniz v. State of California, et al. 2:23cv07532 DMG SSC

| | | | | |
|---|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | **Sequence Number:** CF2205040488 | |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center | |

**Time:** 05/04/2022 12:00:58
**File Name:** ZOLL_20220504120058.png



### Arrest Details

| | | | |
|---|---|---|---|
| **Advance Directives:** N - No | **Cardiac Arrest:** Yes, Prior to EMS Arrival | **Cardiac Arrest Etiology:** Trauma - TR | **Arrest Witnessed By:** Witnessed by Law Enforcement |
| | | **EMS CPR Time:** 05/04/2022 11:30:49 | |
| | | **Type of CPR Provided:** Compressions-Continuous; Ventilation-Bag Valve Mask | **CPR Care Provided Prior to EMS Arrival:** No |
| **First Monitored Arrest Rhythm of the Patient:** PEA | **Any Return of Spontaneous Circulation:** No | **AED Use Prior to EMS Arrival:** No | |
| **Reason CPR/Resuscitation Discontinued:** | | | |

| Date/Time: | 05/04/2022 11:21:09 | Patient Name: | Unknown, Male | Incident Number: | LAC22148094 | Sequence Number: | CF2205040488 |
|---|---|---|---|---|---|---|---|
| EMS Agency Name: | LACoFD | Unit Number: | S98 | Incident/Patient Disposition: | (ALS) Patient Treated, Transported | Rec Facility: | SFM Saint Francis Medical Center |

### Physical

#### Exams

| Date/Time of Assessment | Airway/Face | Lung Exam Breathing Summary | Level of Consciousness | Skin | Head | Eye Exam | Chest | Chest/Lungs Assessment | Abdomen | Extremities | Back/Spine |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:46:29 | Airway - Patent | A - Apnea | Unresponsive (U) | F - Flushed | Puncture | Eye - Bilateral: I - Pinpoint | Puncture | Puncture | | Upper Leg - Leg-Upper-Right: Puncture; Gunshot wound with tourniquet placed over | |

### Special Circumstances

Suspected Abuse/Neglect?:

Suspected ETOH?:

Suspected Drugs?: N/A or Not Recorded

#### Recreational Substance History

### Vitals

#### Vitals

| Date/Time Vital Signs Taken | Vitals Crew Members ID | Blood Pressure | Heart Rate/Pulse | Respiratory Rate | O2 | Pain Scale Score | ETCO2 |
|---|---|---|---|---|---|---|---|
| 11:38:00 | SCHAEPER, PATRICK (P41470) | / | 117 | 6 | 0 | | 11 |
| 11:40:53 | SCHAEPER, PATRICK (P41470) | Not Applicable / | Not Applicable | Not Applicable | Not Applicable | 0 | |
| 11:44:08 | SCHAEPER, PATRICK (P41470) | / | | | Not Applicable | 0 | |
| 11:48:00 | SCHAEPER, PATRICK (P41470) | / | 26 | | | | |
| 11:52:58 | SCHAEPER, PATRICK (P41470) | / | 118 | | | | 0 |
| 11:54:58 | SCHAEPER, PATRICK (P41470) | / | 99 | | | | 7 |
| 11:56:28 | SCHAEPER, PATRICK (P41470) | / | 57 | | | | 0 |
| 11:58:28 | SCHAEPER, PATRICK (P41470) | / | 94 | 5 | | | 11 |
| 12:00:58 | SCHAEPER, PATRICK (P41470) | / | | | | | 0 |

#### Airway Confirmations

### Transfer of Care

Care Transferred To: F - Facility       Facility Name: SFM Saint Francis Medical Center       Facility Code: 20446

| | | | | |
|---|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | **Sequence Number:** CF2205040488 | |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center | |
| | | **# Patients Transported:** 1 | **Code 3:** Code 3 **Transport Mode:** | |

Transfer of Care Airway

### Narrative

**Paramedic Narrative:** Aos to find pt laying supine on freeway in severe distress
CC of cardiac arrest resulting from penetrating trauma
Upon our arrival, pt aox0, 1/1/1 gcs
Ems was initially called to scene for pt running onto freeway as part of an apparent suicide attempt
Lunging in front of traffic
CHP arrived at patient before our arrival at scene and engaged with patient
By the time we arrived at pt, he had suffered multiple gunshot wounds and was pulseless with only agonal breathing
After two agonal breaths, pt became pulseless and apneic
Pt chest exposed, placed on pads and rhythm assessed
Pt found to be in PEA at approx 30 bpm
Compressions begun immediately, with opa placement and bvm therapy initiated at the same time
Once more resources arrived on scene, medics were able to move from BLS to ALS interventions
Head to toe assessment completed
CHP stating they fired a grazing shot at pts head, laceration noted to occipital
GSW noted to upper right chest
CHP also stating pt has GSW to right thigh, though wound never visualized by ems
Tourniquet placed by CHP, who state that wound is directly beneath tourniquet so it was left in place
Fourth gsw noted to left lower leg
Two attempts at IO insertion in right proximal tibia, but IO needle broke on both attempts
Third attempt at insertion at left proximal tibia, this time successful
Fluid resuscitation begun
Chest seal placed over gsw to upper right chest
LS absent with BVM
Needle thoracostomy performed on affected side, mid axillary
Significant blood return from catheter after insertion
Rhythm and pulse checks continued to be performed during this time, no shockable rhythm ever noted
Ambulance arrival time at scene delayed due to access issues and freeway traffic, hence transport delay
Immediately upon ambulance arrival on scene, pt loaded and transport initiated to sfm
Pt monitored en route to sfm where transfer of care was performed with ER staff
All times approximate

### Signatures

**Type of Person Signing:** EMS Primary Care Provider (for this event)

**Signature Reason:** EMS Provider

**Date/Time of Signature:** 05/04/2022 11:24:10

**Signature Graphic:**

[signature]

**Name:** SCHAEPER, PATRICK

### Controlled Substances

**Controlled Substances**

DOJ04261

| | | | | |
|---|---|---|---|---|
| **Date/Time:** 05/04/2022 11:21:09 | **Patient Name:** Unknown, Male | **Incident Number:** LAC22148094 | **Sequence Number:** CF2205040488 |
| **EMS Agency Name:** LACoFD | **Unit Number:** S98 | **Incident/Patient Disposition:** (ALS) Patient Treated, Transported | **Rec Facility:** SFM Saint Francis Medical Center |

Intentionally left blank if none given.

**Attachments**

File Name: 20220504113554_AR15C012729
Modified By: ADAM DIGBY
Modified On: 05/04/2022 16:14:22