# EXHIBIT 5

## St. Francis Medical Center
3630 East Imperial Highway, Lynwood, CA 90262
310-900-8900

### ADMISSION/REGISTRATION

| Patient | Medical Record # | CSN# | Hospital Acct # | Fin Class/Reimb Type |
|---|---|---|---|---|
| Trauma, Southsudan One | 112266444 | 7700065126606 | 706000149224 | GOVT/ |
| Preferred Name | | | | |

| Admit/Serv Dt Time | IP Admit Dt/Time | ED Arr Dt Time | Disch Dt Time | Room/Bed | Location | Service |
|---|---|---|---|---|---|---|
| 5/4/2022 1159 | N/A N/A | 5/4/22 1159 | 5/4/2022 1834 | TRAUMA 02 | SFMC ER | Emergency Medicine |

| Pt Class | Arrival Mode | Point of Origin | Priority | Primary Care | Office Phone |
|---|---|---|---|---|---|
| Emergency | ALS Ambulanc | Home | Trauma Center | None Pcp, MD | None |

| Chief Complaint | Admission Diagnosis | User |
|---|---|---|
| TRAUMA | | MNZEOGU |

| Emergency Physician | Office Phone | Attending Physician | Office Phone | Admitting Physician | Office Phone |
|---|---|---|---|---|---|
| Randy E Woo | 310-900-4525 | | | | |

### PATIENT

| SSN | DOB | Age | Sex | MS | Religion | VIP | Conf |
|---|---|---|---|---|---|---|---|
| xxx-xx-0001 | 5/4/1874 | 148 y.o. | U | Unknown | Unknown | | |

| Race | Ethnicity | Preferred | Maiden | Other |
|---|---|---|---|---|
| Unknown | Unknown | Unknown | | |

Address:
UNKNOWN
LYNWOOD, CA 90262

Alternative Address:
Care of:

Home Phone: 999-999-9999
Cell Phone:

### PATIENT EMPLOYER
Employer:
Address:

Work Phone:
Occupation:

### GUARANTOR
Name: TRAUMA,SOUTHSUDAN ONE    SSN: xxx-xx-0001
Address: UNKNOWN
         LYNWOOD, CA 90262

Home Phone: 999-999-9999
Relationship to Patient: Self

### GUARANTOR EMPLOYER
Employer:
Address:

Work Phone:
Occupation:

### EMERGENCY CONTACT 1
Relationship to Patient: Other
Name:    UNK,UNK
Address:
Home Ph:
Work Ph:
Cell Ph:    999-999-9999

### EMERGENCY CONTACT 2
Relationship to Patient:
Name:    *No Contact Specified*
Address:
Home Ph:
Work Ph:
Mobile ph:

### Insurance # 1                                    Authorization
Payor/Plan: TRAUMA /TRAUMA PATIENT    Subscriber: TRAUMA,SOUTHSUDAN O*    Auth:
                                      Pat Rel to Subscriber: Self
Address:                              Group Name:
10100 PIONEER BLVD #200               Group Number: 0001
SANTA FE, CA 90670-8299               Subscriber ID: 000000

### Insurance # 2                                    Authorization
Payor/Plan: /                         Subscriber:                          Auth:
DOB:                                  Pat Rel to Subscriber:
Address:                              Group Name:
                                      Group Number:
                                      Subscriber ID:

### OTHER INFO
Organ Donor: N                Influenza Vaccine this Season?    Accident Occurrence:
Primary Isolation: No active isolations   Pneumococcal Vaccine ever?    ONSET OF SYMPTOMS/ILLNES* Date: 5/4/2022

CSN:            Printed: 5/4/22 8:19 PM

DOJ04264

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Case 2:23-cv-07532-DMG-SSC   Document 85-5   Filed 03/14/25   Page 3 of 5   Page ID
#:2000
Sandra Kirkman, Carlos Alaniz v. State of California, et al., 2:23-cv-07532-DMG-SSC

**Date of Death:** 05/04/2022 **Time:** 1208 **Unit/Room** T-2  ☐ Code Blue ☐ Armband ☐ DNR ☐ In Restraints ☐ Restraints w/in 24hrs

## PATIENT

**First Name:** Southsudan One **Last Name:** Trauma **Medical Record #** 112266444

**Age:** unk **Date of Birth:** unk **Male** ☒ **Female** ☐ **Fetal-Unknown** ☐ **Ethnicity:** Hispanic

**Home Address:** unk **Home Phone#**

**City:** unk **Faith:**

## MD'S

**Primary MD:** unk **Phone:** **Notified?** Yes/No **Autopsy?** Yes/No

**Consult MD:** unk **Phone:** **Notified?** Yes/No **Autopsy?** Yes/No

**MD to Sign Death Certificate:** **Phone:** **Notified?** Yes/No **Autopsy?** Yes/No

## ADMIT

**Date Patient Admitted:** 5/4/2022 **Time Admitted:** 1159

**Patient Diagnosis:** Cardiac Arrest. Cardiac Tamponade

**FROM:** ER ☐ MD Office ☐ Nursing Home ☐ Other: ☒ street

## ORGAN DONOR

I notified organ donor contact at OneLegacy
At hotline number: 1-800-338-6112
The number given to me was: R2205-00746
**Date:** 05/04/22 **Time:** 1236

**My Signature:** [signature]
**Print Name:** MOSES NZEOGU
**Position:** RN

## FAMILY

**Significant Other to this Patient - Family, Friends, or Legal Guardian**

| Name: | Relation | Phone: |
| Name: | Relation | Phone: |

**Notification** of Family/Friend - **Notified By (Staff Name and Position):** **Date:** **Time:**

**Does the Patient Family Request An Autopsy?** ☐ NO ☐ YES ☒ UNKNOWN AT THIS TIME

If Yes, MD must write an order in Progress Notes and family must sign an Autopsy Consent Form. The entire 3 part Autopsy Consent and Record of Patient Death must be delivered with the chart to Nursing Administration within 2 hours of Patient's demise. Only patients with MDs who have privileges at SFMC will be autopsied. Payment may be required.

## CORONER

Patients who expire within 24 hours of admission, post-surgery, 24 hours after an ER Admit, victims of accidents (cars, falls, or violent crime) may be a considered a Coroner Case. **If no physician will sign the patient Death Certificate the patient is to be considered a Coroner investigation. Case # is:** 2022-04841 **Deputy Name:**

Process in this manner:
Complete a Form 18 and sign it. Call the Coroner at 1-323-343-0711 to report the death. Write the Coroner case number on form. Have the entire chart for this admission copied by Medical Records ASAP. Fax Record of Death and facesheet to (310)900-8880. The patient chart copy, the original Form 18, and the Patient Death Form are to be brought to Decedent Affairs ASAP.

## MORTUARY

Plans Being **Made for Patient's Mortuary Services - Please Check an Area**
Patient's Family/Legal Representative has already made arrangements with a mortuary, they are as follows:
Name of Mortuary:
Address: **Phone Number:**
Signature of Family Member: **Relation:**

☐ No arrangements have been made. Family will call Decedent Affairs (310) 900-8622 with their information.

**Released Date:** **Mortuary Rep:** **Mortuary:**
**Time:** **SFMC Witness:** **Mortuary Address:**
**Phone #**

🏥 St. Francis Medical Center

**Record of Patient Death**

FORM #55.002 Rev 10.19. Distribution: Entire Set to Nursing Administration

LA ST FRANCIS MEDICAL CENTER
Trauma, Southsudan One   TRAUMA 02
Att Dr: Randy E Woo, MD
05/04/74  U  148 y.o.   112266444
7700065126606 Emergency   05/04/22

At Release of Patient: White Copy-Med Records, Yellow-N Admin

AHS 7800 & DECEDENT AFFAIRS 8622

REPORT THIS DEATH NOW!

DOJ04265

Case 2:23-cv-07532-DMG-SSC    Document 85-5    Filed 03/14/25    Page 4 of 5   Page ID #:2001
CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Sandra Kirkman, Carlos Alaniz v. State of California, et al., 2:23-cv-07532-DMG-SSC



St. Francis Medical Center

**MONITOR STRIPS RECORD**

44-137 (Rev. 1/16)    Cardiology/Respiratory

PATIENT IDENTIFICATION
LA ST FRANCIS MEDICAL CENTER
Trauma, Southsudan One
Att Dr: No att. providers found
05/04/74   U   148 y.o.                112266444
7700065126606  Emergency

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER

| COUNTY OF LOS ANGELES | HOSPITAL AND NURSING | 1104 NORTH MISSION ROAD |
| DEPARTMENT OF MEDICAL EXAMINER-CORONER | CARE FACILITY REPORT | LOS ANGELES, CALIF. 90033 |

**18**

TO REPORT A DEATH — PHONE (323) 343-0711 FAX (323) 222-7041
COMPLETE ALL LINES, USE INK. IF UNKNOWN OR NOT APPLICABLE, SO STATE.

CC# _____

NAME OF FACILITY: Saint Francis Medical Center

ADDRESS: 3630 East Imperial Hwy    HOSPITAL PHONE #: 310) 900-8900
NAME OF DECEDENT: Trauma Southsudan one
SOURCE OF IDENTIFICATION: _____    DOB: unk    AGE: unkn    SEX: Male    RACE: Hispanic
DATE OF DEATH: 05-04-2022    TIME: 1208
PRONOUNCED BY: Dr Strumwasser    MEDICAL RECORD OR PATIENT FILE #: 112266444

**ALL ADMISSION BLOOD SAMPLES/SPECIMENS NEED TO BE HELD FOR THE CORONER OR ACCOMPANY DECEDENT/DO NOT DISCARD**

DATE ENTERED HOSPITAL: 05/04/2022    TIME: 1159
☐ SELF  ☒ AMBULANCE (Name or R.A#) 2205040488    ☒ ER DEATH?  ☐ IN PATIENT DEATH?
FROM: The Street/freeway
(STATE WHETHER HOME, HOSPITAL OR OTHER) GIVE ADDRESS    (IF HOSPITAL ATTACH THEIR HISTORY)
ADMITTED BY: Woo M.D.    PRIMARY ATTENDING PHYSICIAN: Strumwasser M.D.
OFFICE PHONE #: _____    OFFICE PHONE #: _____
INJURIES: GSW x 3, Right chest, Right thigh, Left tibia
DATE: 5/4/22    TIME: 1159    PLACE: _____    CAUSE: _____ (TRAFFIC, FALL, ETC.)

DESCRIBE INJURIES:
CLINICAL HISTORY: pt arrived in traumatic full arrest and asystole, CPR in progress. According to the paramedics, pt was possibly suicidal as he was running around on the 105 freeway. Medics also said that pt was hit by a big rig and also a car and he was also shot three times by the CHP. Three gunshot wounds noted on the right chest, right thigh and left tibia. Multiple attempts to resuscitate pt were unsuccessful, pt was pronounced dead at 1208.

SURGICAL PROCEDURES: STATE TYPE, DATE, TIME AND RESULTS OF ANY OPERATION OR AMPUTATION PERFORMED

WAS A BULLET OR OTHER FOREIGN OBJECTS RECOVERED?    SPECIFY _____
LABORATORY: REPORT ON PATHOLOGY SPECIMENS TAKEN _____    DATE & TIME _____
LABORATORY PHONE NUMBER _____
MICROBIOLOGY CULTURE RESULTS: ___ NO  ___ YES (ATTACH REPORT)
TOXICOLOGY SCREEN: ___ NO  ___ YES (ATTACH RESULTS)
RADIOLOGICAL STUDIES: ___ NO  ___ YES (ATTACH RESULTS)

REMARKS: ESPECIALLY SYMPTOMS PRECEDING AND DURING TERMINAL EPISODE

IN MY OPINION, THE CAUSE OF DEATH IS: _____
BY _____ M.D. -OR- _____ NURSE/HOSPITAL ADMINISTRATOR
OFFICE PHONE # _____    OFFICE PHONE # _____

6H655 (REV.9/13)

THE BODY WILL NOT BE REMOVED BY THE CORONER WITHOUT THIS COMPLETED REPORT AND COPIES OF ALL CHARTS

DOJ04267