Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075
Telephone:  (858) 380-4683
Facsimile:  (858) 492-0486
E-mail:        lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California
Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>             Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>             Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT**<br><br>Courtroom:  8C<br>Judge:         Hon. Dolly M. Gee<br><br>FPTC: March 25, 2025, 2:00 p.m.<br><br>Trial Date: April 15, 2025, 8:30 a.m. |

## FOURTH AMENDMENT EXCESSIVE FORCE

**Question No. 1:**  Did Officer Silva use excessive or unreasonable force against John Alaniz?

           YES _____          NO _____

If you answered "YES" to Question No. 1, please proceed to Question No. 2.

1

If you answered "NO" to Question No. 1, please proceed to Question No. 8.

**Question No. 2:** Was Officer Silva's use of excessive or unreasonable force a cause of injury, harm, damage or death to John Alaniz?

YES _____   NO _____

Please proceed to Question No. 3.

## BATTERY

**Question No. 3:** Did Officer Silva intentionally use excessive or unreasonable force against John Alaniz?

YES _____   NO _____

If you answered "YES" to Question No. 3, please proceed to Question No. 4.

If you answered "NO" to Question No. 3, please proceed to Question No. 5.

**Question No. 4:** Was Officer Silva's intentional use of excessive or unreasonable force against John Alaniz a substantial factor in causing his death?

YES _____   NO _____

Please proceed to Question No. 5.

///

///

2
Case No. 2:23-cv-07532-DMG-SSC

**BANE ACT**

**Question No. 5**: Did Officer Silva act violently against John Alaniz?

YES _____        NO _____

If you answered "YES" to Question No. 5, please proceed to Question No. 6.

If you answered "NO" to Question No. 5, skip to Question No. 7.

**Question No. 6:** Did Officer Silva commit these acts of violence against John Alaniz to prevent him from exercising his right to be free from excessive force under the Fourth Amendment?

YES _____        NO _____

If you answered "YES" to Question No. 6, please proceed to Question No. 7.

If you answered "NO" to Question No. 6, please proceed to Question No. 8.

**Question No. 7:** Was Officer Silva's conduct a substantial factor in causing harm to John Alaniz?

YES _____        NO _____

Please proceed to Question No. 8.

///
///
///

# NEGLIGENCE

**Question No. 8:**   Did Officer Silva negligently use deadly force against John Alaniz?

YES _____          NO _____

If you answered "YES" to Question No. 8, please proceed to Question No. 9.

If you answered "NO" to Question No. 8, please proceed to the Damages section below.

**Question No. 9:**   Was Officer Silva's negligent use of deadly force a substantial factor in causing of John Alaniz's death?

YES _____          NO _____

Please proceed to Question No. 10.

**Question No. 10:**   Was John Alaniz negligent?

YES _____          NO _____

If you answered "YES" to Question No. 10, please proceed to Question No. 11.

If you answered "NO" to Question No. 10, please proceed to the Damages section below.

///

///

///

**Question No. 11:** Was John Alaniz's negligence a substantial factor in causing his death?

      YES _____            NO _____

If you answered "YES" to Question No. 11, please proceed to Question No. 12.

If you answered "NO" to Question No. 11, please proceed to the Damages section below.

**Question No. 12**: What percentage of negligence that was the cause of John Alaniz's death do you assign to Officer Silva, and what percentage of negligence that was a cause of John Alaniz's death do you assign to John Alaniz:

      Officer Silva: _____

      John Alaniz: _____

      (Your total must equal 100%)

Please proceed to the Damages section below.

## DAMAGES

If you did not answer "YES" to any of Question Nos. 2, 4, 7 and 9, please sign and return this verdict form.

If you answered "YES", to any of Questions Nos. 2, 4, 7 and 9, please answer Question No. 13.

///

///

**Question No. 13**: What are John Alaniz's damages?

       Pre-death pain and suffering:    $_____.

       Loss of life:    $_____ (Only provide an amount if you answered "YES" to Question No. 2).

If you did not answer "YES" to any of Question Nos. 4, 6 or 7, please sign this verdict form and return it to the Court.

If you answered "YES" to any of Question Nos. 4, 6 or 7, please answer Question No. 14.

**Question No. 14:** What are Sandra Kirkman and Carlos Alaniz's damages for the death of John Alaniz?

    A.    Funeral and burial expenses: $_____.

    B.    The loss of John Alaniz's love, companionship, comfort, care, assistance, society and moral support from March 4, 2022 to the present: $_____.

    C.    The loss of John Alaniz's love, companionship, comfort, care, assistance, society and moral support from today forward: $_____.

Please sign and date this verdict form and return it to the Court.

Dated: _____     _____

                                                          Jury Foreperson

**Question No. 13**: What are John Alaniz's damages?

       Pre-death pain and suffering:    $_____.

       Loss of life:    $_____ (Only provide an amount if you answered "YES" to Question No. 2).

If you did not answer "YES" to any of Question Nos. 4, 6 or 7, please sign this verdict form and return it to the Court.

If you answered "YES" to any of Question Nos. 4, 6 or 7, please answer Question No. 14.

**Question No. 14:** What are Sandra Kirkman and Carlos Alaniz's damages for the death of John Alaniz?

    A.    Funeral and burial expenses: $_____.

    B.    The loss of John Alaniz's love, companionship, comfort, care, assistance, society and moral support from March 4, 2022 to the present: $_____.

    C.    The loss of John Alaniz's love, companionship, comfort, care, assistance, society and moral support from today forward: $_____.

Please sign and date this verdict form and return it to the Court.

Dated: _____     _____
                                                          Jury Foreperson