**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br>[*Hon. Dolly M. Gee*]<br><br>**PLAINTIFFS' WITNESS LIST**<br><br><u>Pre-Trial Conference</u><br>March 25, 2025, 2:00 p.m.<br><br><u>Trial</u><br>April 15, 2025, 8:30 a.m. |

1. **PLEASE TAKE NOTICE** that the Plaintiffs hereby submit their Witness List for
2. the trial of this matter. Plaintiffs reserve their right to supplement and amend this witness
3. list.
4.     Respectfully submitted,
5. DATED: March 14, 2025         **LAW OFFICES OF DALE K. GALIPO**

        By:   */s/ Cooper Alison-Mayne*
            Dale K. Galipo, Esq.
            Cooper Alison-Mayne
            *Attorneys for Plaintiffs*

# PLAINTIFFS' WITNESS LIST

| WITNESS | DATE CALLED |
|---|---|
| Ramon Silva | |
| Johnathan Van Dragt | |
| Andrew Acosta | |
| Clark Emmanuel | |
| Julie Huss-Bawab, M.D. | |
| *Patrick Schaeper, EMT | |
| *Adam Digby, EMT | |
| *Beth Lester, R.R.T. | |
| *Moses Nzeogu, R.N. | |
| *Prashanth Sutrave, M.D. | |
| *Aarom M. Strumwasser, M.D. | |
| *Randy E. Woo, M.D. | |
| Bennet Omalu, M.D. | |
| Scott A. DeFoe | |
| Carlos Alaniz | |
| Sandra Kirkman | |

* Witness will be called only if necessary.