**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br>[*Hon. Dolly M. Gee*]<br><br>**PLAINTIFFS' PROPOSED VERDICT FORM**<br><br><u>Pre-Trial Conference</u><br>March 25, 2025, 2:00 p.m.<br><br><u>Trial</u><br>April 15, 2025, 8:30 a.m. |

1  **PLEASE TAKE NOTICE** that the Plaintiffs hereby submit their proposed verdict
2  form for the trial of this matter.
3      Respectfully submitted,
4  DATED: March 14, 2025    **LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne
*Attorneys for Plaintiffs*

We, the jury in the above-entitled action, find the following:

## FOURTH AMENDMENT EXCESSIVE FORCE CLAIM

**QUESTION 1:** Did Ramon Silva use excessive or unreasonable force against John Alaniz?

_____ YES            _____ NO

*If you answered "Yes" to Question 1, please answer Question 2.*
*If you answered "No" to Question 1, please proceed to Question 3.*

**QUESTION 2:** Was Ramon Silva's use of excessive or unreasonable force a cause of injury, harm, damage, or death to John Alaniz?

_____ YES            _____ NO

*Please proceed to Question 3.*

## BATTERY CLAIM

**QUESTION 3:** Did Ramon Silva commit a battery upon John Alaniz?

_____ YES            _____ NO

*If you answered "Yes" to Question 3, please answer Question 4.*
*If you answered "No" to Question 3, please proceed to Question 5.*

**QUESTION 4:** Was Ramon Silva's battery a cause of injury, harm, damage, or death to John Alaniz?

_____ YES              _____ NO

*Please proceed to Question 5.*

### NEGLIGENCE CLAIM

**QUESTION 5**: Was Ramon Silva negligent towards John Alaniz?

_____ YES              _____ NO

*If you answered "Yes" to Question 5, please answer Question 6.*
*If you answered "No" to Question 5, please proceed to Question 10.*

**QUESTION 6:** Was Ramon Silva's negligence a cause of injury, harm, damage, or death to John Alaniz?

_____ YES              _____ NO

*If you answered "Yes" to Question 6, please answer Question 7.*
*If you answered "No" to Question 6, please proceed to Question 10.*

**QUESTION 7:** Was John Alaniz negligent?

_____ YES        _____ NO

*If you answered "Yes" to Question 7, please answer Question 8.*
*If you answered "No" to Question 7, please proceed to Question 10.*

**QUESTION 8:** Was John Alaniz's negligence a cause of his own injury, harm, damage, or death?

_____ YES        _____ NO

*If you answered "Yes" to Question 8, please answer Question 9.*
*If you answered "No" to Question 8, please proceed to Question 10.*

**QUESTION 9:** What percentage of negligence that was a cause of John Alaniz's death do you assign to Ramon Silva, and what percentage of negligence that was a cause of John Alaniz death do you assign to John Alaniz? (Your total should equal 100%).

                    Ramon Silva              _____
                    John Alaniz              _____


                    Total                    100%

*Please proceed to Question 10.*

*If you answered "Yes" to Question 2, please answer Question 10. Otherwise, proceed to the Damages section, below.*

**Question 10:** Did Ramon Silva violate the Bane Act?

      _____ YES    _____ NO

*Please proceed to the Damages section, below.*

## DAMAGES

*If you answered "Yes" to Question 2, answer Question 11.*

*If you answered "Yes" to Question 4, Question 6, or Question 10, answer Question 12.*

**QUESTION 11**: What are John Alaniz's damages for his pre-death pain and suffering and loss of life?

    Pre-death pain and suffering    $_____
    Loss of Life           $_____

**QUESTION 12**: What are the Plaintiffs' wrongful death damages for the loss of John Alaniz?

  Sandra Kirkman's past wrongful death damages:    $_____

  Carlos Alaniz's future wrongful death damages:    $_____

  Sandra Kirkman's past wrongful death damages:    $_____

6
PLAINTIFFS' PROPOSED VERDICT FORM

Carlos Alaniz's future wrongful death damages:     $_____

*Please sign and date the verdict form and return it to the Court.*

Date: _____          _____
                                        Jury Foreperson