Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:    lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Courtroom: 8C<br>Judge:    Hon. Dolly M. Gee<br><br>FPTC: March 25, 2025, 2:00 p.m.<br><br>Trial Date: April 15, 2025, 8:30 a.m. |

///
///
///
///
///
///
///
///
///

1

1    Please take notice that defendants submit the following witness list.
2    Defendants reserve their rights to supplement and amend this list.
3
4    Dated: March 14, 2025                          Dean Gazzo Roistacher LLP
5
6                                             By: /s/ Lee H. Roistacher
7                                                  Lee H. Roistacher
                                                   Attorneys for Defendants
8                                                  State of California by and through
                                                   California Highway Patrol and
9                                                  Officer Ramon Silva
10   ///
11   ///
12   ///
13   ///
14   ///
15   ///
16   ///
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28
                                    2

## DEFENDANTS' WITNESS LIST

| WITNESS | DATE CALLED |
|---|---|
| Ramon Silva | |
| Jonathan Van Dragt | |
| Andrew Acosta | |
| Stanley Burton | |
| Cecil Verdugo | |
| Clarence Chapman | |
| David Blake | |
| Rod Englert | |
| Nikki Wagar | |
| Cheryl Kanzler | |
| Dr. Michael Graham | |
| Dr. Yun Suk Chong | |
| Scott Norris | |
| Julie Huss-Bawab | |
| Patrick Schaeper | |
| Adam Digby | |
| Vanessa Fuentes | |
| Elaine Arias | |
| * Investigator J. Chen | |
| * Nathan Coker | |
| * Sergeant C. Bueno | |
| * Torrance Police Department Custodian | |
| * Providence Little Mary Hospital Custodian | |
| * Veterans Administration Custodian | |
| * Hoag Medical Center Custodian | |

| * Hoag Memorial Hospital Custodian | |
|---|---|