**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br>[*Hon. Dolly M. Gee*]<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER**<br><br>Pre-Trial Conference<br>March 25, 2025, 2:00 p.m.<br><br>Trial<br>April 15, 2025, 8:30 a.m. |

1   **PLEASE TAKE NOTICE** that the Parties hereby hereby lodge the following

2   [Proposed] Final Pretrial Conference Order.

3   Respectfully submitted,

4   DATED:  March 14, 2025          **LAW OFFICES OF DALE K. GALIPO**

5

6

7   By:    */s/ Cooper Alison-Mayne*

8          Dale K. Galipo, Esq.
           Cooper Alison-Mayne[1]

9          *Attorneys for Plaintiffs*

10

11

12  DATED:  March 14, 2025          **DEAN GAZZO ROISTACHER**

13

14

15  By:    */s/ Lee H. Roistacher*

16         Lee H. Roistacher, Esq.
           *Attorneys for Defendants, State of California,*

17         *acting by and through the California Highway*
           *Patrol, and Ramon Silva*

18

19

20

21

22

23

24

25

26

27

28

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL CONFERENCE ORDER