**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br>[*Hon. Dolly M. Gee*]<br><br>**JOINT TRIAL WITNESS TIME ESTIMATE FORM**<br><br><u>Pre-Trial Conference</u><br>March 25, 2025, 2:00 p.m.<br><br><u>Trial</u><br>April 15, 2025, 8:30 a.m. |

**PLEASE TAKE NOTICE** that the Parties hereby submit the Joint Trial Witness Time Estimate Form as "Attachment A" to this filing. The parties reserve their rights to supplement and amend this form.

Respectfully submitted,

DATED: March 14, 2025         **LAW OFFICES OF DALE K. GALIPO**

By:  /s/ Cooper Alison-Mayne
Dale K. Galipo, Esq.
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

DATED: March 14, 2025         **DEAN GAZZO ROISTACHER**

By:  /s/ Lee H. Roistacher
Lee H. Roistacher, Esq.
*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol, and Ramon Silva*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# ATTACHMENT A

JOINT TRIAL WITNESS TIME ESTIMATE FORM

Case No. and Title:  2:23-cv-07532, *Sandra Kirkman v. State of California*          Trial Date: April 15, 2025

| No. | Witness | | | |
|---|---|---|---|---|
| 1. | **SILVA, RAMON** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 3.0 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | 2.0 (rebuttal/direct) |
| | Brief Description of Testimony: | Eyewitness to incident | | |
| 2. | **VAN DRAGT, JOHNATHAN** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 1.0 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | 1.0 (rebuttal/direct) |
| | Brief Description of Testimony: | Eyewitness to incident | | |
| 3. | **ACOSTA, ANDREW** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 0.5 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | .8 (cross/direct) |
| | Brief Description of Testimony: | Eyewitness to incident | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 4. | **EMMANUEL, CLARK** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 0.25 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | .25 |
| | Brief Description of Testimony: | Eyewitness to incident | | |
| 5. | **HUSS-BAWAB, JULIE** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 1.0 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | 1.0 (cross/direct) |
| | Brief Description of Testimony: | Coroner; testimony about injuries and cause of death | | |
| 6. | **SCHAEPER, PATRICK** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 0.25 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | .5 (cross/direct) |
| | Brief Description of Testimony: | Eyewitness; cause of death, pain and suffering | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 7. | **OMALU, BENNET** | | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | | 1.5 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | | 1.0 |
| | Brief Description of Testimony: | Forensic Pathologist, cause of death, pain and suffering | | | |
| 8. | **DEFOE, SCOTT A.** | | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | | 1.5 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | | 1.0 |
| | Brief Description of Testimony: | Police practices expert | | | |
| 9. | **ALANIZ, CARLOS** | | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | | 0.5 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | | .5 |
| | Brief Description of Testimony: | Decedent and Plaintiffs relationship with Decedent | | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 10. | **KIRKMAN, SANDRA** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | 0.5 |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Decedent and Plaintiffs relationship with Decedent | | |
| 11. | **[Placeholder for additional medical witnesses, including EMTs, doctors, and coroners, to be called if the listed witnesses are unavailable]** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: | Eyewitness to incident | | |
| 12. | **[Placeholder for additional medical witnesses, including EMTs, doctors, and coroners, to be called if the listed witnesses are unavailable]** | | | |
| | Direct Examiner: | Plaintiffs | Direct Exam Time Est.: | |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: | Eyewitness to incident | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 13. | **VERDUGO, CECIL** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | .5 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Eyewitness to incident | | |
| 14. | **CHAPMAN, CLARENCE** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | 1.5 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | 1.5 |
| | Brief Description of Testimony: | Expert – police practices | | |
| 15. | **BLAKE, DAVID** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | 1.5 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | 1.5 |
| | Brief Description of Testimony: | Expert – human factors | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 16. | **ENGLERT, ROD** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | 2.0 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | 1.5 |
| | Brief Description of Testimony: | Expert – incident reconstruction | | |
| 17. | **WAGAR, NIKKI** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | 1.0 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | 1.0 |
| | Brief Description of Testimony: | Expert – incident reconstruction/forensic evidence | | |
| 18. | **KANZLER, CHERYL** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | 1.0 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | 1.0 |
| | Brief Description of Testimony: | Expert – incident reconstruction/forensic evidence | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 19. | **GRAHAM, MICHEAL** | | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | | 1.0 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | | 1.0 |
| | Brief Description of Testimony: | Expert – medical examiner | | | |
| 20. | **LYONS, SAMIR** | | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | | .5 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | | .5 |
| | Brief Description of Testimony: | Non-retained expert – foundation for scene reconstruction animations | | | |
| 21. | **NORRIS, SCOTT** | | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | | .8 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | | .5 |
| | Brief Description of Testimony: | Prior similar incident by decedent | | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 22. | **DIGBY, ADAM** | | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | | .25 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .25 |
|  | Brief Description of Testimony: | Paramedic/EMT |  |  |
| 23. | **FUENTES, VANESSA** |  |  |  |
|  | Direct Examiner: | Defendants | Direct Exam Time Est.: | .25 |
|  | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .25 |
|  | Brief Description of Testimony: | Paramedic/EMT |  |  |
| 24. | **ARIAS, ELAINE** |  |  |  |
|  | Direct Examiner: | Defendants | Direct Exam Time Est.: | .25 |
|  | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .25 |
|  | Brief Description of Testimony: | Prior medical records of decedent |  |  |

8

| No. | Witness | | | |
|---|---|---|---|---|
| 25. | **CHONG, YOU SUK** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | .8 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Decedent's medical history | | |
| 26. | **COKER, NATHAN** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | 1.0 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .5 |
| | Brief Description of Testimony: | Academy Instructor | | |
| 27. | **\* CUSTODIAN OF RECORDS TORRANCE POLICE DEPARTMENT** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | .25 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .1 |
| | Brief Description of Testimony: | Prior similar incident by decedent records | | |

| No. | Witness | | | |
|---|---|---|---|---|
| 28. | **\* CONSTODIAN OF RECORDS PROVIDENCE LITTLE MARY HOSPTIAL** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | .25 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .1 |
| | Brief Description of Testimony: | Prior medical records of decedent | | |
| 29. | **\* CONSTODIAN OF RECORDS HOAG MEDICAL CENTER** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | .25 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .1 |
| | Brief Description of Testimony: | Prior medical records of decedent | | |
| 30. | **\* CONSTODIAN OF RECORDS HOAG MEMORIAL HOSPITAL** | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | .25 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | .1 |
| | Brief Description of Testimony: | Prior medical records of decedent | | |

| No. | Witness | | | | |
|---|---|---|---|---|---|
| 31. | *  BUENO, C | | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | | 1.0 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | | .5 |
| | Brief Description of Testimony: | CHP MAIT Sergeant | | | |
| 32. | * CHEN, J | | | | |
| | Direct Examiner: | Defendants | Direct Exam Time Est.: | | 1.0 |
| | Cross Examiner: | Plaintiffs | Cross Exam Time Est.: | | .5 |
| | Brief Description of Testimony: | CHP MAIT Investigator | | | |