Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail:     lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol and Officer Ramon Silva

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**JOINT STATUS REPORT RE SETTLEMENT**<br><br>Courtroom: 8C<br>Judge:     Hon. Dolly M. Gee<br><br>Complaint Filed: July 28, 2023<br>Trial Date: April 15, 2025 |

The parties attended a mediation before Richard Copeland on January 15, 2025. The matter did not resolve.

Dated: March 14, 2025                     Dean Gazzo Roistacher LLP

                                          By: */s/ Lee H. Roistacher*
                                          Lee H. Roistacher
                                          Attorneys for Defendants
                                          State of California by and through
                                          California Highway Patrol and
                                          Officer Ramon Silva

1

| | | |
|---|---|---|
| 1 | Dated: March 14, 2025 | Law Offices of Dale K. Galipo |
| 2 | | |
| 3 | | By: /s/ *Dale K. Galipo* |
| 4 | | Dale K. Galipo |
| 5 | | Cooper Alison-Mayne<br>Attorneys for Plaintiffs |