# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>*Honorable Dolly M. Gee*<br>*Hon. Mag. Judge Stephanie S. Christensen*<br><br>**[PROPOSED] ORDER RE: PLAINTIFS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE DECEDENT JOHN ALANIZ'S PRIOR ENCOUNTER WITH POLICE** |

Case No. Case No. 2:23-cv-07532-DMG-SSC

# [PROPOSED] ORDER

Having reviewed Plaintiffs' Motion *in Limine* No. 1 to Exclude Decedent Jon Alaniz's Prior Encounter with Police, and GOOD CAUSE appearing therein, Plaintiffs' Motion is hereby GRANTED. Evidence, testimony, argument, or reference to/regarding any prior encounters police had with Decedent John Alaniz shall be excluded at the trial of the above-entitled matter.

**IT IS SO ORDERED**.

DATED: _____, 2025

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT CHIEF JUDGE