**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br>[*Hon. Dolly M. Gee*]<br><br>**JOINT EXHIBIT LIST**<br><br><u>Pre-Trial Conference</u><br>March 25, 2025, 2:00 p.m.<br><br><u>Trial</u><br>April 15, 2025, 8:30 a.m. |

**PLEASE TAKE NOTICE** that the Parties hereby submit the Joint Exhibit List for the trial of this matter. The parties reserve their rights to supplement and amend this exhibit list.

Respectfully submitted,

DATED: March 14, 2025        **LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Cooper Alison-Mayne*
Dale K. Galipo, Esq.
Cooper Alison-Mayne[1]
*Attorneys for Plaintiffs*

DATED: March 14, 2025        **DEAN GAZZO ROISTACHER**

By:   */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
*Attorneys for Defendants, State of California, acting by and through the California Highway Patrol, and Ramon Silva*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## JOINT EXHIBIT LIST

| Ex. # | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Silva Body-Worn Camera Video | | |
| 2. | Silva Body-Worn Camera Video Frame-by-Frame | | |
| 3. | Van Dragt MVARS Video | | |
| 4. | Truck Video (Ex B to Defendant' MSJ) | | |
| 5. | Red Truck Video 1 (Ex O to Plaintiffs' MSJ Opp) | | |
| 6. | Red Truck Video 2 (Ex K to Plaintiffs' MSJ Opp) | | |
| 7. | Scene Photographs | | |
| 8. | Photographs of Silva (DSC 00071–87) | | |
| 9. | Photographs of Van Dragt (DSC 00088–94) | | |
| 10. | Autopsy Photos (DOJ 4551 - 4732) | | |
| 11. | Birth Certificate (PLT 33) | | |
| 12. | Death Certificate (PLT 34) | | |
| 13. | Funeral and Burial Costs (PLT 000134, 136, 137) | | |
| 14. | Family Photographs (PLT 000138–158) | | |
| 15. | Van Dragt's Taser Log (CA004663-004664) | | |
| 16. | Round Count and Gun Photos | | |
| 17. | 911 Recordings (DOJ00211.wav) | | |
| 18. | 911 Recordings Transcript (DOJ02403-02424) | | |
| 19. | Incident Log (STATEOFCA000228-000232) | | |
| 20. | Dispatch Recordings (DOJ00221.wav) | | |
| 21. | Dispatch Recordings Transcript (DOJ02425-02453) | | |
| 22. | Photograph (DOJ01786) | | |
| 23. | Photograph (STATEOFCA007950 DOJ_0015. | | |
| 24. | Photograph STATEOFCA007950 DOJ_0015.) Annotated | | |
| 25. | Photograph (DOJ000412) | | |
| 26. | Photograph (DOJ 000412) Annotated (Image 35 from Englert Report) | | |
| 27. | Photograph (DOJ00277) | | |
| 28. | Photograph (DOJ00279) | | |
| 29. | Photograph (DOJ00289) | | |
| 30. | Photograph (DOJ00459) | | |
| 31. | Photograph (DOJ00483) | | |
| 32. | Photograph (DOJ00798) | | |

| | | | |
|---|---|---|---|
| 33. | Photograph (DOJ01540) | | |
| 34. | Photograph (DOJ01542) | | |
| 35. | Photograph (DOJ01543) | | |
| 36. | Photograph (DOJ01545) | | |
| 37. | Photograph (DOJ01499) | | |
| 38. | Animation Slide (OTS_Thighshot.jpg) | | |
| 39. | Animation Slide (OTS_Torsoshot.jpg) | | |
| 40. | Animation Slide (TopDownWide-CollarShot-Cone.jpg) | | |
| 41. | Photograph (DSC-9384.JPG) | | |
| 42. | Photograph (DSC-9384.JPG) | | |
| 43. | Photograph (DOJ01572) | | |
| 44. | Photograph (DOJ01329) | | |
| 45. | Photograph (DOJ01362) | | |
| 46. | Photograph (STATEOFCALIFORNIA008170) | | |
| 47. | Photograph (STATEOFCALIFORNIA008197) | | |
| 48. | Photograph | | |
| 49. | Photograph | | |
| 50. | Scene Diagram (DOJ02676) | | |
| 51. | Physical Evidence Diagram (DO02680) | | |
| 52. | Glass Pipe (exemplar) | | |
| 53. | Glasses Case (exemplar) | | |
| 54. | Black Vape Pen (exemplar) | | |
| 55. | MVARS/BWC side by side (Video -Blake) | | |
| 56. | BCW Full Version with Annotation (Video- Blake) | | |
| 57. | BWC Sequence with Annotation (Video- Blake) | | |
| 58. | BWC Sequence Stabilized with Zoom (Video - Blake) | | |
| 59. | Animation OTS View.mp4 (Englert) | | |
| 60. | Animation OTS View.mp4 with Timer.mp4 (Englert) | | |
| 61. | Animation OTS Slowed Down.mp4 (Englert) | | |
| 62. | Animation OTS View Slowed Down with Timer.mp4 (Englert) | | |
| 63. | Animation OTS View Slowed Down with Freeze Frames.mp4 (Englert) | | |
| 64. | Amination Side by Side Comparison OTS and BWC.mp4 (Englert) | | |

| | | | |
|---|---|---|---|
| 65. | Animation Officer Van Dragt POV.mp4 (Englert) | | |
| 66. | Animation Top Down View.mp4 (Englert) | | |
| 67. | Decedent Side of Road Zoom (PDF) (Blake) | | |
| 68. | Decedent Shooting Stance (PDF) (Blake) | | |
| 69. | Decedent Shooting Stance Adjusted (PDF) (Blake) | | |
| 70. | McCormack Ambulance Records (DOJ04283-04306) | | |
| 71. | Torrance Police Department Records (forthcoming) | | |
| 72. | Torrance Police Department Report, Incident 210038634 (00009-00011) | | |
| 73. | Torrance Police Department Report, Incident 160030729 (00002-0006) | | |
| 74. | Torrance Police Department BWC from Incident 210038634 | | |
| 75. | VA Medical Records (PLT000172-000174) | | |
| 76. | VA Medical Records (PLT000364-000387) | | |
| 77. | VA Medical Records (PLT000423-000428) | | |
| 78. | VA Medical Records (PLT000430-000434) | | |
| 79. | VA Medical Records (PLT000435-000446) | | |
| 80. | VA Medical Records (PLT000448-000453) | | |
| 81. | VA Medical Records (PLT000456-000462) | | |
| 82. | VA Medical Records (PLT000407-000419) | | |
| 83. | VA Medical Records (PLT 000483) | | |
| 84. | VA Medical Records (PLT 000472-000473) | | |
| 85. | Providence Little Mary Hospital Records (forthcoming | | |
| 86. | Houg Memorial Records (forthcoming) | | |
| 87. | Houg Medical Center Records (forthcoming) | | |
| 88. | DOJ00238.mov (0:00-0:08) | | |