# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>*Honorable Dolly M. Gee*<br>*Hon. Mag. Judge Stephanie S. Christensen*<br><br>**[PROPOSED] ORDER RE: PLAINTIFS' MOTION *IN LIMINE* NO. 3 TO EXCLUDE INFORMATION UNKNOWN TO DEFENDANT RAMON SILVA AT TIME OF INCIDENT** |

# [PROPOSED] ORDER

Having reviewed Plaintiffs' Motion *in Limine* No. 3 to Exclude Information Unknown to Defendant Ramon Silva at the Time of the Incident, and GOOD CAUSE appearing therein, Plaintiffs' Motion is hereby GRANTED. Evidence, testimony, argument, or reference to/regarding the following shall be excluded at the trial of the above-entitled matter:

1. Any evidence, testimony, argument or reference at trial regarding Mr. Alaniz's drug use that was unknown to Defendant Silva at the time of his use of force, including a glass pipe recovered after the incident;
2. Any evidence, testimony, argument or reference at trial regarding Mr. Alaniz's limited criminal history and contacts with law enforcement; and
3. Any evidence, testimony, argument or reference at trial regarding 911 calls and police records related to the incident.

**IT IS SO ORDERED**.

DATED: _____, 2025

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT CHIEF JUDGE