# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>*Honorable Dolly M. Gee*<br>*Hon. Mag. Judge Stephanie S. Christensen*<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS'** ***DAUBER*** **MOTION TO EXCLUDE TESTIMONY AND EXHIBITS OF ROD ENGLERT, NIKKI WAGNER AND CHERYL KANZLER** |

Case No. Case No. 2:23-cv-07532-DMG-SSC

[PROPOSED] ORDER RE: PLAINTIFFS' DAUBER MOTION TO EXCLUDE TESTIMONY AND EXHIBITS OF ROD ENGLERT, NIKKI WAGNER AND CHERYL KANZLER

# [PROPOSED] ORDER

Having reviewed Plaintiffs' Dauber Motion to Exclude Testimony and Exhibits of Rod Englert, Nikki Wagner and Cheryl Kanzler, and GOOD CAUSE appearing therein, Plaintiffs' Motion is hereby GRANTED. Testimony and exhibits created by Rod Englert, Nikki Wagner and Cheryl Kanzler are excluded from the trial.

**IT IS SO ORDERED**.

DATED: _____, 2025

_____
HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT CHIEF JUDGE

-1-   Case No. Case No. 2:23-cv-07532-DMG-SSC

[PROPOSED] ORDER RE: PLAINTIFFS' DAUBER MOTION TO EXCLUDE TESTIMONY AND EXHIBITS OF ROD ENGLERT, NIKKI WAGNER AND CHERYL KANZLER