# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ, individually and successors-in-interest to JOHN ALANIZ, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF CALIFORNIA, RAMON SILVA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07532-DMG-SSC<br><br>*Honorable Dolly M. Gee*<br>*Hon. Mag. Judge Stephanie S. Christensen*<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS'** ***DAUBER*** **MOTION TO EXCLUDE TESTIMONY AND EXHIBITS OF DAVID BLAKE** |

Case No. Case No. 2:23-cv-07532-DMG-SSC

[PROPOSED] ORDER RE: PLAINTIFFS' DAUBER MOTION TO EXCLUDE TESTIMONY AND EXHIBITS OF DAVID BLAKE

# [PROPOSED] ORDER

Having reviewed Plaintiffs' Dauber Motion to Exclude Testimony and Exhibits of David Blake, and GOOD CAUSE appearing therein, Plaintiffs' Motion is hereby GRANTED. Testimony and exhibits created by David Blake are excluded from the trial.

**IT IS SO ORDERED**.

DATED: _____, 2025

                                        HONORABLE DOLLY M. GEE
                                      UNITED STATES DISTRICT CHIEF JUDGE