LAW OFFICES OF DALE K. GALIPO;
Dale K. Galipo (SBN 144074)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA, 91367
Telephone: (818) 347-3333, Facsimile: (818) 347-4118

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Kirkman, Carlos Alaniz, individually and successors-in-interest to John Alaniz, deceased<br><br>PLAINTIFF(S)<br><br>v.<br><br>State of California, Ramon Silva, and Does 1-10, inclusive<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23-cv-07532-DMG-SSC<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit D to Declaration of Cooper Alison-Mayne (ECF No. 107-1) in Support of Plaintiffs' Dauber Motion: "Kirkman Animation Officer Van Dragt POV.mp4," a video reconstruction produced by Englert and his team;

Exhibit E to Declaration of Cooper Alison-Mayne (ECF No. 107-1) in Support of Plaintiffs' Dauber Motion: "Kirkman Animation OTS View.mp4," a video reconstruction produced by Englert and his team;

Exhibit F to Declaration of Cooper Alison-Mayne (ECF No. 107-1) in Support of Plaintiffs' Dauber Motion: "Kirkman Animation Side by Side Comparision OTS View and BWC.mp4," a video reconstruction produced by Englert and his team.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 17, 2025
Date

/s/ Cooper Alison-Mayne
Attorney Name

Plaintiffs
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING