1  Dean Gazzo Roistacher LLP
   Lee H. Roistacher, Esq. (SBN 179619)
2  440 Stevens Avenue, Suite 100
   Solana Beach, CA  92075
3  Telephone:  (858) 380-4683
   Facsimile:  (858) 492-0486
4  E-mail:      lroistacher@deangazzo.com

5  Attorneys for Defendants
   State of California by and through California
6  Highway Patrol and Officer Ramon Silva

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  SANDRA KIRKMAN AND CARLOS ALANIZ, 11  INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO 12  JOHN ALANIZ, DECEASED, | Case No.: 2:23-cv-07532-DMG-SSC |
| 13               Plaintiff, | **DEFENDANTS STATE OF CALIFORNIA BY AND THROUGH CALIFORNIA HIGHWAY PATROL AND OFFICER RAMON SILVA'S MOTION TO STRIKE PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO STAY CASE PENDING RESOLUTION OF APPEAL [DOC. 111]** |
| 14               v. | |
| 15  STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, 16  INCLUSIVE, | |
| 17               Defendant. | Courtroom:  8C |
| | Judge:        Hon. Dolly M. Gee |

18
19                                          FPTC:  March 25, 2025
                                           Trial Date: April 15, 2025

20       The parties reached an agreement regarding the ex parte filing of their

21  respective motion to stay and motion to deem defendants' appeal frivolous and

22  agreed to dates for filing the motions and oppositions.  Docs. 78, 79.  The parties

23  expressly agreed to waive replies.  Docs. 78-1 ¶ 7.

24       Oppositions to the motions were due on March 19, 2025.  Docs. 110, 111.

25       Defendants filed their opposition to plaintiffs' motion to deem their appeal

26  frivolous on March 19 at 3:08 p.m.  Doc. 110.

27       Plaintiffs filed their "opposition" to defendants' motion to stay on March

28  19 nearly 5 hours later at 7:54 p.m.  Doc. 111.

                                          1

1    A review of plaintiffs' "opposition" to defendants' motion to stay reveals

2  the "opposition" it is 10% opposition and 90% reply to defendants' opposition to

3  plaintiffs' motion to deem the appeal frivolous.  Indeed, it addresses arguments

4  made and cases defendants cited in their opposition.  *See* Doc. 78.  And makes

5  arguments not made in their motion.

6    Defendants request that this Court strike pages 2:14-4:10 from Doc.

7  111.  The parties agreed not to file replies and plaintiffs should not be allowed to

8  circumvent that agreement by using their opposition to defendants' motion to

9  stay as a reply to defendants' opposition to their motion to deem the appeal

10  frivolous.

11

12   Dated: March 21, 2025                    Dean Gazzo Roistacher LLP

13

14                                    By:  */s/ Lee H. Roistacher*

15                                         Lee H. Roistacher
                                           Attorneys for Defendants

16                                         State of California by and through
                                           California Highway Patrol and

17                                         Officer Ramon Silva

18

19                    **CERTIFICATION OF COMPLIANCE**

20    The undersigned, counsel of record for Defendants State of California by

21  and through California Highway Patrol and Officer Ramon Silva, certify that this

22  Motion To Strike Portions Of Plaintiffs' Opposition To Defendants' Ex Parte

23  Application For An Order To Stay Case Pending Resolution Of Appeal [Doc. 111]

24  contains 215 words, which:

25     X   complies with the word limit of L.R. 11-6.1.

26    _____ complies with the word limit set by court order dated [date].

27  Dated: March 21, 2025              */s/ Lee H. Roistacher*
                                       Lee H. Roistacher , declarant

28
                                    2