Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858)380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol and Officer Ramon Silva

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff.,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**DECLARATION OF ROD ENGLERT**<br><br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br><br>FPTC Date: March 25, 2025<br>Trial Date: April 15, 2025 |

I, Rod Englert, declare:

1. I make this declaration from my personal knowledge, from my review of documents produced through discovery in this case, from a forensic reconstruction of the incident that occurred on May 4, 2022, from the work product of members of my team, and from discussion with other experts and sources upon whom I, and others in my profession, ordinarily rely.

2. In the instant case, I serve as the Defendants' forensic reconstruction expert in connection with the subject incident that occurred on May 4, 2022, in the city of Paramount, County of Los Angeles California.

3. I have served as a forensic expert in over 580 criminal and civil cases throughout the United States, with special emphasis in crime scene reconstruction, wound ballistics, firearm ballistics (including bullet provenance and trajectory), and bloodstain pattern interpretation.

4. I am qualified in the area of homicidal reconstruction. Homicide reconstructions utilize many specialized skills in the area of forensic science, including ballistics, bloodstain pattern analysis, and identification of rim of abrasion. I have testified over 400 times in twenty-eight states. As a leader of Englert Forensic Consultants ("EFC") I am currently in good standing with the American Academy of Forensic Sciences (fellow), the Association for Crime Scene Reconstruction (Past President), the International Association of Bloodstain Pattern Analysts (Past President), and Certified in Force Science training. I remain active in training conferences and personally lecture throughout the USA regarding crime scene reconstruction and bloodstain pattern analysis.

5. Our reconstruction of a shooting scene involves applying the scientific method in order to determine out of a range of possibilities the most probable outcome of what occurred. Interpretation of the event analysis is based upon the evidence in the case and the education, training, and experience of the parties doing the reconstruction. A reconstructionist reviews all materials and expert opinions, if any. A reconstructionist is not an expert in many fields but has a knowledge base of all pertinent resources, i.e., forensic pathology, ballistics, DNA, and bloodstain pattern, among a few, that allow putting pieces of an active event together.

6. As part of my service as an expert in this case, I reviewed case discovery materials, DOJ investigative materials and photographs, transcripts, evidence analysis notes and photographs, expert reports, and data collected during reconstruction efforts. In reviewing these materials, I formulated opinions as to the most probable explanations for the physical evidence present. Following such

1  observations and conclusions, a forensic incident animation exhibit was created at
2  my direction to reflect the opinions drawn in this case. The resultant forensic
3  incident animation exhibit accurately summarizes my opinions in this case.
4    I hereby declare under penalty of perjury under the laws of the United States
5  that the foregoing is true and correct.

7  DATED this 20th day of March, 2025.

9  Rod Englert