Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA 92075
Telephone: (858) 380-4683
Facsimile: (858) 492-0486
E-mail: lroistacher@deangazzo.com

Attorneys for Defendants
State of California by and through California Highway Patrol and Officer Ramon Silva

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA KIRKMAN AND CARLOS ALANIZ, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO JOHN ALANIZ, DECEASED,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA; RAMON SILVA; AND DOES 1-10, INCLUSIVE,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br><br>**DECLARATION OF SAMIR LYONS**<br><br>Courtroom: 8C<br>Judge: Hon. Dolly M. Gee<br><br>FPTC Date: March 25, 2025<br>Trial Date: April 15, 2025 |

I, Samir Lyons, declare:

1. I am over the age of 18 years and am an expert in the above-entitled matter.

2. I have personal knowledge of all of the matters stated herein and, if called as a witness, I could competently testify thereto, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

///

///

1

3. The methods I use to create 3D animations for trial are based on my training, experience, and education as a professional 3D artist with over 20 years' experience creating animated videos for myriad industries, including forensics, feature films, television and advertisements. My direct experience creating animation in various fields has provided me with a vast knowledge of technical and artistic expertise and processes to ensure quality of work is high and the final output is technically accurate. All my past professional experiences allow me to bring my technical prowess into the courtroom, as well as to recruit, lead, manage, and supervise a team of highly skilled and competent creative and technical artists to deliver high-end legal animated exhibits for trial and mediation.

4. The methods utilized in this case to create demonstrative animations are commonly used and generally accepted within the discipline of forensic animation. Nothing in this demonstrative animation intends to manipulate any evidence. This process did not edit, corrupt, or otherwise destroy any of the underlying source data of the evidence.

5. I worked with Englert Forensics to prepare the animations and a collaboration with Rod Englert, Nikki Wagar, and Cheryl Kanzler from Englert Forensics was constant throughout this process. The animations were also reviewed and approved by Englert Forensics for accuracy and consistency of their opinions and analysis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2025.

_____
Samir Lyons, declarant