# EXHIBIT 3

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4   SANDRA KIRKMAN AND CARLOS    )  Case No.
     ALANIZ, INDIVIDUALLY AND AS  )  2:23-cv-07532-DMG-SSC
     SUCCESSORS-IN-INTEREST TO    )
 5   JOHN ALANIZ, DECEASED,       )
                                  )
 6              Plaintiffs,       )
                                  )
 7   v.                           )
                                  )
 8   STATE OF CALIFORNIA; RAMON   )
     SILVA; AND DOES 1-10,        )
 9   INCLUSIVE,                   )
                                  )
10              Defendants.       )
     _____)

11

12

13

14           REMOTE DEPOSITION OF SANDRA KIRKMAN

15                        VOLUME 1

16              Laguna Niguel, California

17              Wednesday, June 19, 2024

18

19

20

21

22   Reported by:
     DENISE MARLOW
23   RPR, CSR No. 11631

24   Job No. 10143231

25   PAGES 1 - 63
```

Page 1

```
 1        Q.   And then how about this woman holding the baby,
 2   who is that?
 3        A.   That's my daughter Sesile.
 4        Q.   And who is this gentleman in the back?
 5        A.   And that's Charlie, his brother, my oldest one.
 6   We call him --
 7        Q.   I'm sorry.  I didn't mean to interrupt you.
 8             So you guys call Carlos "Charlie"?
 9        A.   Yes.
10        Q.   Okay.  Thank you.
11             And then how about the little girl, who is that?
12        A.   That's my little niece.
13        Q.   Okay.  I do want to get some background
14   information on John.  And, again, this isn't meant to be
15   rude or anything of that sort.  It's just information
16   that we're entitled to and we need to explore with you.
17   So, again, if you need any breaks at any time, please
18   let me know.
19             Now, had John ever been arrested at any time in
20   his life that you're aware of?
21        A.   Not that I know of.
22        Q.   Did he ever serve time in jail or prison that
23   you're aware of?
24        A.   Not that I know of.
25        Q.   And to your knowledge, did John ever use any
```

```
 1   drugs or controlled substances?
 2        A.   No, not that I know of.
 3        Q.   Did he ever -- excuse me.  Did he ever undergo
 4   treatment at any drug treatment facilities that you're
 5   aware of?
 6        A.   Not that I know of.
 7        Q.   What about any alcohol treatment facilities?
 8   Has he ever undergone any treatment there?
 9        A.   Not that I know of.
10        Q.   And to your knowledge, did John ever suffer from
11   any sort of psychological problems?
12             MS. LEAP:  Just vague and ambiguous as to
13   "psychological problems."
14             But you can answer, Sandy.
15             THE WITNESS:  Yes.
16   BY MS. REYES:
17        Q.   Can you describe, you know, what problems --
18   what sort of these problems that you had noticed?
19        A.   Well, John was in the military, so he struggled
20   when he came back.
21        Q.   And when you say he struggled when he came back,
22   what do you mean?
23        A.   He had a hard time getting back into society,
24   trying to find a job.  He had a lot of, you know, trying
25   to fit back in like a lot of the veterans do.
```

```
 1                    REPORTER'S CERTIFICATION
 2
 3           I, Denise Marlow, Certified Shorthand Reporter
 4    in and for the State of California, do hereby certify:
 5
 6           That the witness named in the foregoing
 7    deposition was, before the commencement of the
 8    deposition, duly administered an oath in accordance
 9    with the Code of Civil Procedure Section 2094; that
10    the testimony and proceedings were reported
11    stenographically by me and later transcribed through
12    computer-aided transcription under my direction and
13    supervision; that the foregoing is a true record of the
14    testimony and proceedings taken at that time.
15
16           IN WITNESS WHEREOF, I have hereunto subscribed
17    my name this 3rd day of July, 2024.
18
19                           [signature: Denise Marlow]
20                           _____
21                           Denise Marlow, CSR No. 11631
22
23
24
25
```