# EXHIBIT 4

Case 2:23-cv-07532-DMG-SSC   Document 120-4   Filed 03/21/25   Page 2 of 4   Page ID #:2477

Volume 1                                                          Kirkman vs.
Carlos Lopez Alaniz, Jr.                                State of California

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

    SANDRA KIRKMAN AND CARLOS      )  Case No.
 4  ALANIZ, INDIVIDUALLY AND AS    )  2:23-cv-07532-DMG-SSC
    SUCCESSORS-IN-INTEREST TO      )
 5  JOHN ALANIZ, DECEASED,         )
                                   )
 6              Plaintiffs,        )
                                   )
 7  v.                             )
                                   )
 8  STATE OF CALIFORNIA; RAMON     )
    SILVA; AND DOES 1-10,          )
 9  INCLUSIVE,                     )
                                   )
10              Defendants.        )
    _____    )

11

12

13

14       REMOTE DEPOSITION OF CARLOS LOPEZ ALANIZ, JR.

15                        VOLUME 1

16                   La Habra, California

17                Wednesday, June 19, 2024

18

19

20

21

22  Reported by:
    DENISE MARLOW
23  RPR, CSR No. 11631

24  Job No. 10143232

25  PAGES 1 - 51
```

Case 2:23-cv-07532-DMG-SSC   Document 120-4   Filed 03/21/25   Page 3 of 4   Page ID #:2478

Volume 1                                                                      Kirkman vs.
Carlos Lopez Alaniz, Jr.                                              State of California

1      Q.   Okay.  So I want to ask you just a few
2   background questions about John.  And, again, this isn't
3   meant to upset you or anything of that nature.  Again,
4   I'm just trying to obtain facts.
5           To your knowledge, had John ever been arrested?
6      A.   No.
7      Q.   To your knowledge, did he ever serve any time in
8   jail or prison?
9      A.   No.
10     Q.   And to your knowledge, did John ever use any
11  drugs or controlled substances?
12     A.   No.
13     Q.   And to your knowledge, did John ever undergo
14  treatment at any drug treatment facilities?
15     A.   No.
16     Q.   To your knowledge, did John ever undergo
17  treatment at any alcohol treatment facilities?
18     A.   No.
19     Q.   To your knowledge, did John ever suffer from any
20  sort of psychological problems?
21     A.   Yes.
22     Q.   And can you describe what psychological problems
23  he suffered from, that you're aware of?
24     A.   Well, he was diagnosed at the VA hospital, PTSD
25  and bipolar.

Case 2:23-cv-07532-DMG-SSC    Document 120-4    Filed 03/21/25    Page 4 of 4    Page ID #:2479

Volume 1                                                                         Kirkman vs.
Carlos Lopez Alaniz, Jr.                                              State of California

REPORTER'S CERTIFICATION

I, Denise Marlow, Certified Shorthand Reporter in and for the State of California, do hereby certify:

That the witness named in the foregoing deposition was, before the commencement of the deposition, duly administered an oath in accordance with the Code of Civil Procedure Section 2094; that the testimony and proceedings were reported stenographically by me and later transcribed through computer-aided transcription under my direction and supervision; that the foregoing is a true record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have hereunto subscribed my name this 3rd day of July, 2024.

*Denise Marlow*

_____

Denise Marlow, CSR No. 11631