# EXHIBIT 7

Audio Transcription:

**EMMANUEL CLARK - STATEOFCA007523  BI-LA2022-00016**

KIRKMAN, et al.

vs.

STATE OF CALIFORNIA, et al.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


SANDRA KIRKMAN and CARLOS ALANIZ, individually and as successors-in-interest to JOHN ALANIZ, deceased, et al.,

        Plaintiffs,

vs.

STATE OF CALIFORNIA; RAMON SILVA; and DOES 1-10, inclusive,

        Defendants.

Case No.
2:23-CV-07532-DMG-SSC


TRANSCRIPT OF VIDEO RECORDING

EMMANUEL CLARK

File Name:

STATEOFCA007523  BI-LA2022-00016 - CLARK Emmanuel.MP3


Transcribed By:
TERRI NESTORE
CSR No. 5614, RPR, CRR

Emmanuel Clark - STATEOFCA007523 BI-LA2022-00016

1              EMMANUEL CLARK:  This is gonna go in his favor.

2              I don't have nothin' to say.  I don't know

3  anything, sir, and my daughter needs to be picked up from

4  daycare.  Like I've been in a rush --

5              OFFICER:  Okay.

6              EMMANUEL CLARK:  -- for a long time.

7              OFFICER:  Okay.  Well, I'd love to hear what you

8  have to say 'cause we do want to hear -- see what happened

9  here.  We want to collect all the facts that are possible.

10             EMMANUEL CLARK:  To be honest, it's not even

11 gonna change anything.  But I don't know anything.

12             OFFICER:  You don't know anything?  You --

13             EMMANUEL CLARK:  I don't -- just to give you my

14 answer, besides like the side comments, I don't know

15 anything and it's not gonna change anything.

16             OFFICER:  Okay.  Um, all right.

17             So you -- do you -- did you see any of the

18 events?  Did you see the individual that was --

19             EMMANUEL CLARK:  No.

20             OFFICER:  -- that was shot?

21             EMMANUEL CLARK:  I mean, I -- I don't know

22 anything.

23             OFFICER:  You don't know anything?

24             EMMANUEL CLARK:  I didn't see anything and I

25 don't know anything.

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

```
 1          OFFICER:  Okay.  Um, do you have your ID?  I just
 2    need to document that I talked to you and that you don't
 3    know anything.
 4          EMMANUEL CLARK:  Yeah, no problem.  Um, I needed
 5    to look for it because I just -- I just dropped it.
 6          I gave this dude my Costco card and my -- I gave
 7    him a picture of my ID, but this is my debit card for my
 8    job.
 9          OFFICER:  Okay.
10          EMMANUEL CLARK:  Um, and I can show you a picture
11    too.
12          OFFICER:  Yeah, because --
13          EMMANUEL CLARK:  Because I didn't actually look
14    for it but I need to look for it, actually.
15          OFFICER:  Sure, that's fine.
16          EMMANUEL CLARK:  Yeah.
17          OFFICER:  Here, I'll give you this back so I
18    don't accidentally walk away with it.
19          EMMANUEL CLARK:  No, you're good.  Thank you.
20          Hold on real quick.  And you guys can look too,
21    so you know I'm -- I don't have like, no -- no weird gun
22    or nothing.
23          OFFICER:  I'm not worried about that.
24          EMMANUEL CLARK:  Okay, cool.
25          OFFICER:  If you wanted to hurt me, you would
```

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

```
 1  have done it --
 2          EMMANUEL CLARK:  Man, look --
 3          OFFICER:  I don't think you want to hurt me,
 4  right?
 5          EMMANUEL CLARK:  Listen, I'll be -- I'll be
 6  damned if I'm gonna (unintelligible).
 7          OFFICER:  You drop your ID or you --
 8          EMMANUEL CLARK:  No, that dude never gave it
 9  back.
10          OFFICER:  What?
11          EMMANUEL CLARK:  This is it.
12          OFFICER:  Oh, there you go.
13          EMMANUEL CLARK:  This is the card that I gave
14  him.
15          OFFICER:  Okay.
16          EMMANUEL CLARK:  That's not my ID, but that's my
17  picture.
18          OFFICER:  You said you had a picture.
19          EMMANUEL CLARK:  And I have the picture.
20          That's how I matched it up.
21          OFFICER:  Oh.  Do you have a picture of your ID,
22  like on your phone or something?
23          EMMANUEL CLARK:  Yeah, yeah, yeah.
24          OFFICER:  Can I see it?  Because I just wanted to
25  see if I can get the driver's license number.
```

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

```
 1              EMMANUEL CLARK:  I know it by heart too.
 2              OFFICER:  Okay, well here.
 3              EMMANUEL CLARK:  I can tell it to you and show it
 4    to you.  I gave you this just so you know --
 5              OFFICER:  Oh.
 6              EMMANUEL CLARK:  -- when I give you the numbers,
 7    I am who I say I am.
 8              OFFICER:  Yeah, all right.  I believe you.
 9              EMMANUEL CLARK:  Yeah, I can give it to you both.
10              OFFICER:  All right.
11              EMMANUEL CLARK:  But it's F8514.
12              OFFICER:  F8514.
13              EMMANUEL CLARK:  762.
14              OFFICER:  76 --
15              EMMANUEL CLARK:  Then I'll show you the picture,
16    to confirm.  Um, I just took a trip to Hawaii.
17              OFFICER:  Oh.
18              EMMANUEL CLARK:  I -- I mean in Puerto Rico.  I
19    lost it in Puerto Rico.
20              OFFICER:  Okay, so --
21              EMMANUEL CLARK:  My fault.  Hold on real quick.
22              OFFICER:  Oh, okay.  So F815 -- sorry -- 4762.
23    Perfect.  Okay.  And what's your birthday on there?
24              EMMANUEL CLARK:  December 14, 1996.
25              OFFICER:  12/14 of '96.
```

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

```
 1            And what is the best phone number to reach you,
 2   sir?
 3            EMMANUEL CLARK:  Um, 424.
 4            OFFICER:  424.
 5            EMMANUEL CLARK:  380.
 6            OFFICER:  380.
 7            EMMANUEL CLARK:  8596.
 8            OFFICER:  8596?
 9            EMMANUEL CLARK:  Yes, sir.
10            OFFICER:  Okay.  And it is Emmanuel Clark,
11   correct?
12            EMMANUEL CLARK:  Yes, sir.
13            OFFICER:  Okay.  So Mr. Clark --
14            EMMANUEL CLARK:  Los Angeles, California 90042.
15            OFFICER:  And that address on there, is that the
16   best current address?
17            EMMANUEL CLARK:  Yeah, yeah, that's where I live
18   right now.
19            OFFICER:  Okay, perfect.
20            EMMANUEL CLARK:  But the reason why I showed him
21   this first and then showed him the picture was so he could
22   just match it up, you know what I mean?
23            OFFICER:  Understood.
24            EMMANUEL CLARK:  Because shit could be fake.
25            That's why I'm like, let me show you my -- my
```

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

1  debit card, my credit card, my Costco card, like --

2          OFFICER:  Fully understand.

3          All right, so Mr. Clark, so you're just --

4          EMMANUEL CLARK:  Let me give you a call back.

5          I'm handling some business, bro.

6          OFFICER:  Okay.

7          EMMANUEL CLARK:  Hopefully I'm out of here soon.

8          OFFICER:  All right.  So just -- you told me you

9  didn't see anything.  So you're telling me you did not see

10 the individual walking on the freeway?

11         EMMANUEL CLARK:  Because of where I'm at.  The

12 last cop told me he came from Lakewood Boulevard.

13         OFFICER:  Okay.

14         EMMANUEL CLARK:  Just -- just hypothetically

15 speaking, right?  Let's say he was walking from Lakewood

16 Boulevard, which is the exit way down there.

17         OFFICER:  Yes.

18         EMMANUEL CLARK:  I stopped way up here.

19         I wouldn't have been able to see him.

20         OFFICER:  Okay, so --

21         EMMANUEL CLARK:  You know what I mean?  Even if I

22 wanted to, I wouldn't have been able to.

23         OFFICER:  Absolutely.

24         EMMANUEL CLARK:  And I'll give you another thing,

25 because you seem like you're an investigator, so you can

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

1  be able to know what I'm saying is true:  From where I'm

2  sitting -- and if you even sit in this car -- and then I'm

3  sure you know where the dude was shot at.

4          OFFICER:  Uh-huh.

5          EMMANUEL CLARK:  I can't see the officer, I can't

6  see anything.  Like I can't see literally anything but

7  him.  No, you can go ahead and sit down.

8          OFFICER:  My --

9          EMMANUEL CLARK:  You hear what I'm saying?

10          OFFICER:  Yeah.

11          EMMANUEL CLARK:  I can't even see anything.

12          OFFICER:  Okay.  So you -- so you didn't see the

13  guy walk on the freeway, you didn't see the officer shoot,

14  you didn't see anything that happened before or after?

15          Okay.

16          EMMANUEL CLARK:  I'll give you this:  I was able

17  to hear the gunshots.

18          OFFICER:  Okay.  How many --

19          EMMANUEL CLARK:  So was I able to see it?  No.

20          OFFICER:  So --

21          EMMANUEL CLARK:  I'm not at an angle to see.

22          OFFICER:  Okay.  So the gunshots, how many

23  gunshots do you think you heard?  Best guess is okay.

24          EMMANUEL CLARK:  Five to seven.

25          OFFICER:  Five to seven shots?

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

1              EMMANUEL CLARK:  On a guess.

2              OFFICER:  Okay, that's perfectly fine.

3              Now, the five to seven shots, did they seem to be

4    happening all at once?

5              EMMANUEL CLARK:  Simultaneous.

6              OFFICER:  So it was pop, pop, pop, pop, pop?

7              EMMANUEL CLARK:  Simultaneous.

8              OFFICER:  All simultaneous.  Okay, perfect.

9              EMMANUEL CLARK:  Or -- or -- or in legal terms,

10   concurrent.

11             OFFICER:  Concurrent.  So no -- no stopping, no

12   pausing, just all --

13             EMMANUEL CLARK:  Everything concurrent.

14             OFFICER:  Concurrent.  Alrighty.

15             All right.  I'm going to give you my business

16   card, just in case you happen to have a thought that you

17   think I should know something else, you want -- something

18   comes to your mind.

19             EMMANUEL CLARK:  That would be perfect.

20             But after holding people here for five hours?

21             OFFICER:  Oh, did I already give you my card?

22   Did I already get ahead of me?  I already -- okay, that

23   was my last card.  Can I get that one back?

24             EMMANUEL CLARK:  Of course.  Of course.

25             OFFICER:  There's going to be someone else I'm

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

1   going to interview, and I need that card.

2              See, I was ahead of myself.  Alrighty, sir.

3              EMMANUEL CLARK:  I mean, even if you want, I can

4   take a picture of it and give it back.

5              OFFICER:  No, that's fine.  I -- I have more in

6   the car, I just need to -- so, all right.

7              Um, do you have anything you can think of?

8              EMMANUEL CLARK:  I was so far back --

9              OFFICER:  I -- I did give it to you.  I didn't

10  want to walk away with it.  There it is, sir.

11             EMMANUEL CLARK:  If I find -- if I stay -- I

12  still do need to look for my ID, but you can search

13  personally.  You know there's nothing in here but

14  literally --

15             OFFICER:  That's fine.

16             EMMANUEL CLARK:  -- a shovel, some cones.  Rock

17  in the back.

18             OFFICER:  I think we're good, sir.

19             EMMANUEL CLARK:  All right, cool.

20             OFFICER:  We're good.  All right.

21             You have -- try to have a good day and if we need

22  anything, we'll get ahold of you.

23             EMMANUEL CLARK:  I'm just going to check for my

24  ID, though.

25             OFFICER:  That's fine.  Go ahead.

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

```
 1            EMMANUEL CLARK:  I dropped it when the dude had,
 2    uh, asked me.
 3            OFFICER:  No problem.
 4            EMMANUEL CLARK:  The last officer.
 5            OFFICER:  No problem.  Take care, sir.
 6            Thank you.  All right, that's going to conclude
 7    the interview with Mr. Emmanuel Clark.
 8            The time is approximately 13:57 hours.
 9            End the recording.
10            (End of recording.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

1                       C E R T I F I C A T E

2

3

4            I, TERRI NESTORE, Certified Shorthand Reporter/

5    Transcriptionist, do hereby certify that I was authorized

6    to transcribe the foregoing recorded proceeding, and that

7    the transcript is a true and accurate transcription, to

8    the best of my ability, taken while listening to the

9    provided recording.

10           I further certify that I am not of counsel or

11   attorney for either or any of the parties to said

12   proceedings, nor in any way interested in the events of

13   this cause, and that I am not related to any of the

14   parties thereto.

15

16

17   Dated this 10th day of March, 2025.

18

19

20   _____

21   TERRI NESTORE, CSR 5614, RPR, CRR

22

23

24

25

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

**1**

**12/14** 5:25
**13:57** 11:8
**14** 5:24
**1996** 5:24

**3**

**380** 6:5,6

**4**

**424** 6:3,4
**4762** 5:22

**7**

**76** 5:14
**762** 5:13

**8**

**8596** 6:7,8

**9**

**90042** 6:14
**96** 5:25

**A**

**Absolutely** 7:23
**accidentally** 3:18
**address** 6:15,16
**ahead** 8:7 9:22 10:2,25
**ahold** 10:22
**Alrighty** 9:14 10:2
**Angeles** 6:14

**angle** 8:21
**approximately** 11:8

**B**

**back** 3:17 4:9 7:4 9:23 10:4,8,17
**birthday** 5:23
**Boulevard** 7:12, 16
**bro** 7:5
**business** 7:5 9:15

**C**

**California** 6:14
**call** 7:4
**car** 8:2 10:6
**card** 3:6,7 4:13 7:1 9:16,21,23 10:1
**care** 11:5
**case** 9:16
**change** 2:11,15
**check** 10:23
**Clark** 2:1,6,10,13, 19,21,24 3:4,10, 13,16,19,24 4:2,5, 8,11,13,16,19,23 5:1,3,6,9,11,13, 15,18,21,24 6:3,5, 7,9,10,12,13,14, 17,20,24 7:3,4,7, 11,14,18,21,24 8:5,9,11,16,19,21, 24 9:1,5,7,9,13, 19,24 10:3,8,11, 16,19,23 11:1,4,7
**collect** 2:9
**comments** 2:14
**conclude** 11:6
**concurrent** 9:10, 11,13,14

**cones** 10:16
**confirm** 5:16
**cool** 3:24 10:19
**cop** 7:12
**correct** 6:11
**Costco** 3:6 7:1
**credit** 7:1
**current** 6:16

**D**

**damned** 4:6
**daughter** 2:3
**day** 10:21
**daycare** 2:4
**debit** 3:7 7:1
**December** 5:24
**document** 3:2
**driver's** 4:25
**drop** 4:7
**dropped** 3:5 11:1
**dude** 3:6 4:8 8:3 11:1

**E**

**Emmanuel** 2:1,6, 10,13,19,21,24 3:4,10,13,16,19, 24 4:2,5,8,11,13, 16,19,23 5:1,3,6, 9,11,13,15,18,21, 24 6:3,5,7,9,10, 12,14,17,20,24 7:4,7,11,14,18,21, 24 8:5,9,11,16,19, 21,24 9:1,5,7,9, 13,19,24 10:3,8, 11,16,19,23 11:1, 4,7
**end** 11:9,10
**events** 2:18
**exit** 7:16

**F**

**F815** 5:22
**F8514** 5:11,12
**facts** 2:9
**fake** 6:24
**fault** 5:21
**favor** 2:1
**find** 10:11
**fine** 3:15 9:2 10:5, 15,25
**freeway** 7:10 8:13
**Fully** 7:2

**G**

**gave** 3:6 4:8,13 5:4
**give** 2:13 3:17 5:6,9 7:4,24 8:16 9:15,21 10:4,9
**good** 3:19 10:18, 20,21
**guess** 8:23 9:1
**gun** 3:21
**gunshots** 8:17, 22,23
**guy** 8:13
**guys** 3:20

**H**

**handling** 7:5
**happen** 9:16
**happened** 2:8 8:14
**happening** 9:4
**Hawaii** 5:16
**hear** 2:7,8 8:9,17
**heard** 8:23

**heart** 5:1
**Hold** 3:20 5:21
**holding** 9:20
**honest** 2:10
**hours** 9:20 11:8
**hurt** 3:25 4:3
**hypothetically** 7:14

**I**

**ID** 3:1,7 4:7,16,21 10:12,24
**individual** 2:18 7:10
**interview** 10:1 11:7
**investigator** 7:25

**J**

**job** 3:8

**L**

**Lakewood** 7:12, 15
**legal** 9:9
**license** 4:25
**Listen** 4:5
**literally** 8:6 10:14
**live** 6:17
**long** 2:6
**Los** 6:14
**lost** 5:19
**love** 2:7

**M**

**Man** 4:2
**match** 6:22

Emmanuel Clark - STATEOFCA007523  BI-LA2022-00016

matched 4:20

mind 9:18

**N**

needed 3:4

nothin' 2:2

number 4:25 6:1

numbers 5:6

**O**

officer 2:5,7,12, 16,20,23 3:1,9,12, 15,17,23,25 4:3,7, 10,12,15,18,21,24 5:2,5,8,10,12,14, 17,20,22,25 6:4,6, 8,10,13,15,19,23 7:2,6,8,13,17,20, 23 8:4,5,8,10,12, 13,18,20,22,25 9:2,6,8,11,14,21, 25 10:5,9,15,18, 20,25 11:3,4,5

**P**

pausing 9:12

people 9:20

perfect 5:23 6:19 9:8,19

perfectly 9:2

personally 10:13

phone 4:22 6:1

picked 2:3

picture 3:7,10 4:17,18,19,21 5:15 6:21 10:4

pop 9:6

problem 3:4 11:3,5

Puerto 5:18,19

**Q**

quick 3:20 5:21

**R**

reach 6:1

real 3:20 5:21

reason 6:20

recording 11:9, 10

Rico 5:18,19

Rock 10:16

rush 2:4

**S**

search 10:12

shit 6:24

shoot 8:13

shot 2:20 8:3

shots 8:25 9:3

shovel 10:16

show 3:10 5:3,15 6:25

showed 6:20,21

side 2:14

simultaneous 9:5,7,8

sir 2:3 6:2,9,12 10:2,10,18 11:5

sit 8:2,7

sitting 8:2

speaking 7:15

stay 10:11

stopped 7:18

stopping 9:11

**T**

talked 3:2

telling 7:9

terms 9:9

thing 7:24

thought 9:16

time 2:6 11:8

told 7:8,12

trip 5:16

true 8:1

**U**

Uh-huh 8:4

understand 7:2

Understood 6:23

unintelligible 4:6

**W**

walk 3:18 8:13 10:10

walking 7:10,15

wanted 3:25 4:24 7:22

weird 3:21

worried 3:23