# EXHIBIT 10

(True and correct copies of animations illustrating Rod Englert's opinions
This exhibits will be manually filed with the Clerk of the Court via Thumb Drive)