# EXHIBIT 11

CONFIDENTIAL PURSUANT TO STIPULATED PROTECTIVE ORDER
Sandra Kirkman, Carlos Alaniz v. State of California, et al., 2:23-cv-07532-DMG-SSC

INCHES
OFFICE OF THE ATTORNEY GENERAL
liberty and justice under law
CALIFORNIA DEPARTMENT OF JUSTICE
Case No. R1-22-001100
Date 2/7/24
Item No. DOJ 6
Analyst GMW
Eyeglass case w/ glass pipe
BFS 50
METRIC

DOJ01545