# EXHIBIT 12



DOJ01543