# EXHIBIT 13

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4    SANDRA KIRKMAN AND CARLOS      )   2:23-cv-07532-DMG-SSC
      ALANIZ, INDIVIDUALLY AND AS    )
 5    SUCCESSORS-IN-INTEREST TO      )
      JOHN ALANIZ, DECEASED,         )
 6                                   )
              Plaintiffs,            )
 7                                   )
      v.                             )
 8                                   )
      STATE OF CALIFORNIA; RAMON     )
 9    SILVA; AND DOES 1-10,          )
      INCLUSIVE,                     )
10                                   )
              Defendants.            )
11    _____)

12

13

14          REMOTE DEPOSITION OF ANDREW ACOSTA

15                     VOLUME 1

16             North Hollywood, California

17            Thursday, November 14, 2024

18

19

20

21

22    Reported by:
      DENISE MARLOW
23    RPR, CSR No. 11631

24    Job No. 10153285

25    PAGES 1 - 36
```

1     A.  No.

2     Q.  Do you remember saying in your September 2022

3  interview that you did not think it was necessary to

4  shoot the individual on the date of the incident?

5     A.  Yes.

6     Q.  Why did you -- why did you think that at that

7  time?

8     A.  Well, I think I remember telling the

9  investigators for the second interview I had that I

10 believe they should -- they had -- they should have used

11 a less-than-lethal before using their actual gun.

12    Q.  Do you recall saying in that September 2022

13 interview that you were shocked that the officers shot

14 the individual?

15    A.  I don't remember.

16    Q.  Okay.  Those are all the questions I have.

17       MS. REYES:  I just have a couple follow-up

18 questions.

19

20                      FURTHER EXAMINATION

21 BY MS. REYES:

22    Q.  Mr. Acosta, do you recall telling DOJ

23 investigators that you saw the individual pull a black

24 object from his pocket when he was running at the

25 officers?

Volume 1                                                        Kirkman vs.
Andrew Acosta                                           State of California

1        A.   Yes.

2        Q.   Do you recall seeing a black object?

3        A.   Yes.

4        Q.   What did the black object look like, if you

5   recall?

6        A.   Like a rectangular -- just rectangular.

7        Q.   How big was it?

8        A.   Maybe like hand, like a hand size.

9        Q.   Were you able to tell what it was?

10       A.   No.

11       Q.   And did you take any videos while you were with

12   the individual walking on the shoulder of the freeway?

13       A.   No.

14       Q.   Did you take any videos after the shooting

15   occurred?

16       A.   Yes.

17            MS. REYES:  That's all I have.

18            MS. LEAP:  I don't have any further questions.

19            MS. REYES:  We appreciate your time.  Thank you

20   so much.

21            The court reporter is going to -- are you going

22   to e-mail, or are you going to mail?

23            THE COURT REPORTER:  I can do either.  I can

24   have them do both as well.

25            MS. REYES:  Okay.  So the court reporter is

```
 1                    REPORTER'S CERTIFICATION

 2

 3            I, the undersigned, a certified Shorthand

 4     Reporter of the State of California, do hereby

 5     certify:

 6            That the foregoing proceedings were taken

 7     before me at the time and place herein set forth;

 8     that the witness in the foregoing proceedings,

 9     prior to testifying, was administered an oath; that

10     a record of the proceedings was made by me using

11     machine shorthand which was thereafter transcribed

12     under my direction; that the foregoing transcript is

13     a true record of the testimony given.

14            Further, that if the foregoing pertains to

15     the original transcript of a deposition in a Federal

16     Case, before completion of the proceedings, review

17     of the transcript [ X ] was [   ] was not requested.

18

19            IN WITNESS WHEREOF, I have hereunto subscribed

20     my name this 18th day of November, 2024.

21

22                       Denise Marlow

23                    _____

24                    Denise Marlow, CSR No. 11631

25
```