Name & Address:
Dean Gazzo Roistacher LLP
Lee H. Roistacher, Esq. (SBN 179619)
440 Stevens Avenue, Suite 100
Solana Beach, CA  92075

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Sandra Kirkman, et al.

PLAINTIFF(S)

v.

State of California, et al.

DEFENDANT(S).

CASE NUMBER:

2:23-cv-07532-DMG-SSC

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✔] Filed   [ ] Lodged:  **(List Documents)**

Exhibit 10 - True and correct copies of animations illustrating Rod Englert's opinions.

**Reason:**
[ ] Under Seal
[ ] In Camera
[✔] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

March 21, 2025
Date

Lee H. Roistacher
Attorney Name

State of CA by and through CHP and Ramon Silva
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)          NOTICE OF MANUAL FILING OR LODGING