CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Kirkman. et al.,<br><br>　　　　　　　Plaintiff(s)<br>v.<br><br>State of California, et al.,<br><br>　　　　　　　Defendant(s) | CASE NUMBER:<br><br>2:23-cv-07532-DMG-SSC<br><br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Christensen. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
　　　　　　　　　　　　　☐ In-Person Court Hearing
　　　　　　　　　　　　　☒ Video Conference
　　　　　　　　　　　　　☐ Telephonic

Magistrate Judge    Stephanie S. Christensen

Date/Time    April 25, 2025 at 10:00 AM

Courtroom:    790 (public access)

Dated:    April 9, 2025                By:    /s/ T. Snyder
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk