UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 23-7532-DMG (SSCx) | Date | April 9, 2025 |
|---|---|---|---|
| Title | Sandra Kirkman, et al. v. State of California, et al. | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION [112]**

On March 5, 2025, the Court granted in part and denied in part Defendants State of California and Ramon Silva's motion for summary judgment ("MSJ"). [Doc. # 75.] Defendants appealed the Court's order and filed an *ex parte* application to stay the case pending the resolution of the appeal. [Doc. ## 76, 78 ("EPA").] Plaintiffs Sandra Kirkman and Carlos Alaniz opposed the EPA. [Doc. # 111.] On March 21, 2025, Defendants filed their motion to strike portions of Plaintiffs' opposition, but the Court granted the EPA before considering Defendants' motion to strike. [Doc. ## 112, 122.] Because the Court granted Defendants' requested relief in the EPA, Defendants' motion to strike is **DENIED as moot.**

**IT IS SO ORDERED.**