UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  2:23-cv-07532-DMG-SSC            Date: April 25, 2025

Title    Sandra Kirkman, et al. v. State of California, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order Re: Informal Discovery Conference**

   The Court received the attached email from the parties dated April 9, 2025, outlining disputed discovery issues related to the timing of third-party subpoenas issued by Defendants.

   On April 25, 2025, the Court held an Informal Discovery Conference (IDC).  The Court informed the parties that it believes it lacks authority to hear any discovery dispute given that (1) all claims have been stayed pending appeal (ECF 122), and/or (2) the deadline for hearing discovery motions has passed (ECF 45).

   Should Plaintiff disagree with this conclusion, the Court will allow Plaintiff to file a motion to quash which motion must take the form of a written stipulation to be filed with the notice of motion and

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:23-cv-07532-DMG-SSC              Date: April 25, 2025

Title      Sandra Kirkman, et al. v. State of California, et al.

must comply with Rule 37 of the Local Civil Rules. The briefing must also address the Court's authority to consider the motion.

The motion, should Plaintiffs decide to file one, must be filed **no later than May 2, 2025.**

Any supplemental memoranda must be filed **no later than May 9, 2025.**

**IT IS SO ORDERED.**

:
Initials of Preparer     **ts**