UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 14 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SANDRA KIRKMAN, individually and as successors-in-interest to John Alaniz, deceased and CARLOS ALANIZ, individually and as successors-in-interest to John Alaniz, deceased,

Plaintiffs - Appellees,

v.

STATE OF CALIFORNIA and RAMON SILVA,

Defendants - Appellants,

and

DOES 1-10, inclusive,

Defendant.

No. 25-1889

D.C. No.
2:23-cv-07532-DMG-SSC

Central District of California,
Los Angeles

MANDATE

The judgment of this Court, entered March 23, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT