**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF CALIFORNIA and RAMON SILVA,<br><br>Defendant. | Case No.: 2:23-cv-07532-DMG-SSC<br>Dolly M. Gee<br><br>**JOINT STATUS REPORT** |

1

## JOINT STATUS REPORT

Pursuant to the Court's Order Staying Action (Dkt. 122), Plaintiff SANDRA KIRKMAN and CARLOS ALANIZ, and Defendants, STATE OF CALIFORNIA and RAMON SILVA, submit this Joint Status Report following issuance of the Ninth Circuit's mandate on April 14, 2026 (Dkt. 136), affirming this Court's Order on Defendants' Motion for Summary Judgment (Dkt. 75).

With the mandate now issued, this matter is ready to proceed to trial. Before the Court entered its stay, the parties had completed and filed all pretrial documents required by the Court's Scheduling and Case Management Order (Dkt. 25), including memoranda of contentions of fact and law (Dkts. 88, 104), witness lists (Dkts. 90, 94), exhibit lists (Dkt. 102), proposed jury instructions (Dkts. 93, 95, 98), proposed verdict forms (Dkts. 87, 91), proposed voir dire (Dkts. 86, 89), the joint statement of the case (Dkt. 92), and the proposed pretrial conference order (Dkt. 96). Both sides also filed motions in limine, which were fully briefed but not heard before the stay issued. See Dkts. 80–83, 100–101, 103, 107–108 (MILs); Dkts. 113–119, 123–124 (oppositions).

**All parties are available on October 27, 2026.**

Plaintiffs propose the following additional trial dates:

- August 25, 20206
- November 10, 2026

Defendants are not available on the above dates because of client and expert availability, as well as counsels trial schedule.

After coordinating with their experts and clients (Officer Silva is unavailable all of August), defendants propose the following additional trial dates:

- October 20
- December 1
- December 8

Plaintiffs are not available on the above dates because Dale Galipo has the following conflicts:

- October 20: Mr. Galipo is set for trial in three matters that overlap this date. Yang v. City of Los Angeles (24STCV24804, Los Angeles Superior) and Alvarez (Andrade) v. City of Pasadena (2:25-cv-02490-MWF-PVC, C.D. Cal.) both begin October 13 with seven-day estimates, placing Mr. Galipo in trial through approximately October 21. Smith v. Huntington Beach (8:25-cv-01326-JWH-DFM, C.D. Cal.) begins October 19 with a seven-day estimate and directly overlaps the proposed date.

- December 1: Mr. Galipo is set for trial in Rias v. City of Fontana (5:25-cv-00207-JGB-SHKx, C.D. Cal.), which begins December 1. Sandoval v. City of Rialto (5:25-cv-01879-AB-AS, C.D. Cal.) begins November 23 with a seven-day estimate and is expected to still be in trial on December 1.

- December 8: Rias v. City of Fontana begins December 1 with a seven-day estimate and is expected to still be in trial on December 8. Mr. Galipo is also set to begin trial in Birtcher v. County of San Diego (37-2020-00039800-CU-PO-NC, San Diego Superior) on December 11, immediately after the proposed date.

The parties agree that the pretrial filings previously submitted should stand as filed and that the motions in limine should be deemed submitted on the existing briefing, subject to any supplemental argument the Court may permit at the hearing. Should the Court prefer updated submissions, the parties will meet and confer regarding a supplemental schedule.

The parties do not anticipate being able to resolve this case through settlement.

Respectfully submitted,

Dated: May 14, 2026

**LAW OFFICES OF DALE K. GALIPO**

By:    /s/    *Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorneys for Plaintiff*

DATED:  May 14, 2026

**DEAN GAZZO ROISTACHER**

By:    */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
*Attorney for Defendants, State of California, acting by and through the California Highway Patrol, and Ramon Silva*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4