UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-7532-DMG (SSCx)** | Date | May 21, 2026 |
| --- | --- | --- | --- |

| Title | ***Sandra Kirkman, et al. v. State of California, et al.*** | Page | **1** of **1** |
| --- | --- | --- | --- |

Present: The Honorable    DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
| --- | --- |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| --- | --- |
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE JOINT STATUS REPORT [137]**

On March 10, 2025, Defendants State of California and Ramon Silva appealed the Court's March 5, 2025 Order Re Defendant's Motion for Summary Judgment.  [Doc. # 76.]  The Court stayed this action pending the outcome of the appeal and vacated the Final Pretrial Conference and Trial dates.  [Doc. # 122.]

Before the Court is the parties' Joint Status Report [Doc. # 137 ("JSR")], filed on May 14, 2026, following the Ninth Circuit's Mandate affirming the Court's Order Re Defendant's Motion for Summary Judgment [Doc. # 136].  The parties mutually request a trial date of October 27, 2026.  JSR at 2.[1]  The parties also agree that their previously filed pretrial documents should be deemed submitted on the existing briefing, subject to any additional oral argument at the Final Pretrial Conference.  *Id.* at 3.

The Court hereby schedules the jury trial for **October 27, 2026** at **8:30 a.m**.  The Final Pretrial Conference shall take place on **September 29, 2026** at **2:00 p.m**.  The previously filed pretrial documents shall stand submitted.  The parties will have an opportunity to be heard at the Final Pretrial Conference.

**IT IS SO ORDERED.**

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk DD |
| --- | --- | --- |