**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiffs*

LAW OFFICES OF DALE K. GALIPO CIVIL RIGHTS ATTORNEYS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SANDRA KIRKMAN, CARLOS ALANIZ,

Plaintiffs,

vs.

STATE OF CALIFORNIA and RAMON SILVA,

Defendants.

Case No.: 2:23-cv-07532-DMG-SSC
Dolly M. Gee

**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**

**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES**

Plaintiffs Sandra Kirkman and Carlos Alaniz ("Plaintiffs") and Defendants State of California, acting by and through the California Highway Patrol, and Ramon Silva ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby notify the Court that the Parties have reached a settlement of all claims in this action.

On September 9, 2026, the Parties attended a private mediation with Richard Copeland of Conflict Solutions Services. The Parties reached a settlement of the entire action at the mediation. The Parties are now finalizing the written settlement agreement and the related settlement paperwork. Once the settlement paperwork is

LAW OFFICES OF DALE K. GALIPO CIVIL RIGHTS ATTORNEYS

finalized and executed, the Parties will file a joint stipulation of dismissal of the entire action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Because the action has settled, the Parties respectfully request that the Court vacate all dates and deadlines currently on calendar so that neither the Court nor the Parties expend further resources preparing for the Final Pretrial Conference and trial. The dates currently on calendar include:

- The Final Pretrial Conference set for September 29, 2026; and
- The Jury Trial set for October 27, 2026.

The Parties further request that all remaining pretrial deadlines be vacated.

Respectfully submitted,

Dated: September 15, 2026 **LAW OFFICES OF DALE K. GALIPO**

By: */s/ Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne[1]
*Attorneys for Plaintiff*

DATED: September 15, 2026 **DEAN GAZZO ROISTACHER**

By: */s/ Lee H. Roistacher*
Lee H. Roistacher, Esq.
*Attorney for Defendants, State of California, acting by and through the California Highway Patrol, and Ramon Silva*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.