**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ,<br>Plaintiffs,<br>vs.<br>STATE OF CALIFORNIA and RAMON SILVA,<br>Defendants. | Case No.: 2:23-cv-07532-DMG-SSC<br>Dolly M. Gee<br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE ALL DATES AND DEADLINES** |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO VACATE ALL DATES AND DEADLINES**

The Court, having reviewed the Parties' Joint Notice of Settlement and Stipulation to Vacate All Dates and Deadlines, and good cause appearing, hereby ORDERS as follows:

1. The Final Pretrial Conference currently set for September 29, 2026 is VACATED;

2. The Jury Trial currently set for October 27, 2026 is VACATED;

3. All remaining pretrial dates and deadlines are VACATED; and

4. If the Parties have not filed a stipulation of dismissal of the entire action within ninety (90) days of the date of this Order, the Parties shall file a joint status report advising the Court of the status of the settlement and the anticipated date of dismissal.

IT IS SO ORDERED.

Dated: ____________________

______________________________
Hon. Dolly M. Gee
Chief United States District Judge