**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA KIRKMAN, CARLOS ALANIZ,<br>Plaintiffs,<br>vs.<br>STATE OF CALIFORNIA and RAMON SILVA,<br>Defendants. | Case No. CV 23-7532-DMG (SSCx)<br><br>**ORDER RE JOINT NOTICE OF SETTLEMENT AND STIPULATION TO VACATE ALL DATES AND DEADLINES [140]** |

The Court, having reviewed the Parties' Joint Notice of Settlement and Stipulation to Vacate All Dates and Deadlines [Doc. # 140], and good cause appearing, hereby **ORDERS** as follows:

1. The Final Pretrial Conference currently set for September 29, 2026 is **VACATED**;
2. The Jury Trial currently set for October 27, 2026 is **VACATED**;
3. All remaining pretrial dates and deadlines are **VACATED**; and
4. If the Parties have not filed a stipulation of dismissal of the entire action by **December 14, 2026**, the Parties shall file a joint status report advising the Court of the status of the settlement and the anticipated date of dismissal. Upon failure to timely comply with this Order, this action shall be deemed dismissed as of December 15, 2026.

**IT IS SO ORDERED.**

DATED: September 16, 2026

DOLLY M. GEE
Chief United States District Judge